Timothy F. Hunter, Esq.,
Nevada Bar No. 010622
RAY LEGO & ASSOCIATES
7450 Arroyo Crossing Parkway, Suite 250
Las Vegas, NV 89113
Tel:    (702) 479-4350
Fax:    (702) 270-4602
tfhunter@travelers.com

Attorneys for Plaintiff, **TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA**

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

TRAVELERS PROPERTY CASUALTY
COMPANY OF AMERICA,

            Plaintiff,

    vs.

PROGRESSIVE DIRECT INSURANCE
COMPANY,

            Defendant.

Case No.:

**TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA'S COMPLAINT FOR DECLARATORY RELIEF, EQUITABLE SUBROGATION, EQUITABLE INDEMNITY, AND EQUITABLE CONTRIBUTION**

**DEMAND FOR JURY TRIAL**

Travelers Property Casualty Company of America alleges and avers as follows:

### THE PARTIES

1.      Plaintiff Travelers Property Casualty Company of America (hereinafter "Travelers") is, and at all relevant times was, an insurance company organized under the laws of the State of Connecticut, having its principal place of business in Hartford, Connecticut, and authorized to conduct business in the State of Nevada.

2.      Travelers is informed and believes that Defendant Progressive Direct Insurance Company (hereinafter "Progressive") is, and at all relevant times was, a corporation organized under

the laws of the State of Ohio having its principal place of business in Mayfield Village, Ohio, and authorized to conduct business in the State of Nevada.

## JURISDICTION AND VENUE

3.      This Court has original jurisdiction under 28 USCA §1332 in that the above-captioned matter is a civil action between citizens of different states in which the matter in controversy exceeds, exclusive of costs and interest, seventy-five thousand dollars.

4.      Venue is proper in this district because the events giving rise to the Underlying Action (defined below), including the location of the automobile accident, occurred in Washoe County, which is located within the District of Nevada.

## THE UNDERLYING ACTION

5.      The underlying action styled *Kathleen Cripps v. Daniel Sanchez-Aguilar, Dolan Automotive Group, Inc.; Dolan Automotive Group, Inc. dba Dolan Lexus; John Does I-XX, inclusive; ABC Corporations I-X, inclusive; Black and White Companies, I-X, inclusive*, Second Judicial District Court in Washoe County, Case No. CV23-00527 ("Underlying Action") involved personal injuries arising from a motor vehicle collision that took place on July 17, 2021 in Reno, Nevada (the "Accident").

6.      Claimant Kathleen Cripps filed the Underlying Action on March 24, 2023. The Underlying Action claimed severe and permanent injuries caused by Daniel Sanchez-Aguilar's negligent operation of a 2018 Mercedes Benz, an automobile allegedly owned by Dolan Automotive Group, Inc. dba Dolan Lexus (hereinafter the 2018 Mercedes Benz will be referred to as the "Dealership's Auto"). Cripps alleged that she was lawfully driving her vehicle, making a left turn, when Sanchez-Aguilar negligently and carelessly collided into the right side of her vehicle. She alleged that Sanchez-Aguilar was traveling in excess of the posted speed limit and that witnesses confirmed he was driving recklessly and weaving in and out of traffic prior to the accident. She sought general, special, and incidental damages in addition to court costs, interest, attorney's fees, and other relief as the Court may deem proper.

**TWO INSURANCE POLICIES**

**PROVIDED LIABILITY COVERAGE FOR THE AUTO**

7.     Sanchez-Aguilar was test driving the Dealership's Auto with a sales representative from Dolan Lexus when the accident occurred. The sales representative, Zain Bhurgari, was acting in the course and scope of his employment with Dolan Automotive Group. Dolan Automotive Group also employed the operator of the Dealership's Auto, Sanchez-Aguilar; however, Sanchez-Aguilar was off duty at the time of the accident.

8.     Travelers is informed and believes that Defendant Progressive provided personal automobile liability insurance to Sanchez-Aguilar with limits of $25,000 per person and $50,000 per occurrence (hereinafter "Progressive's Policy"). Progressive settled a claim made by the passenger of the Dealership's Auto, sales representative Zain Bhurgari. Progressive settled Bhurgari's claim for $25,000 in July 2023.[1] Pursuant to the terms and conditions of Progressive's Policy, Progressive had a duty to defend and indemnify Sanchez-Aguilar for claims made against him by Kathleen Cripps in the Underlying Action.

9.     Plaintiff Travelers provided commercial insurance to Dolan Automotive Group, LLC and other entities listed on the Named Insured endorsement (collectively "Dolan Automotive Group"), pursuant to the terms and conditions of Policy No. AD-7N911433-21-CAG (hereinafter "the Travelers Policy"). A certified copy of the Travelers Policy is attached hereto as Exhibit A. Travelers' Policy was in effect on the date of the accident and provided a $1 million limit for covered autos liability insurance. The Travelers Policy covered the Dealership's Auto that Sanchez-Aguilar was test driving at the time of the accident. Because Sanchez-Aguilar was a customer permissively using the Dealership's Auto when the accident occurred, Sanchez-Aguilar qualified as an insured under the Travelers Policy.

**PROGRESSIVE'S RESPONSE TO UNDERLYING ACTION**

10.     Travelers and Progressive both received notice of the Underlying Action.

---

[1] Progressive made a demand to Travelers for this settlement with claimant Bhurgari; however, the Travelers Policy did not afford coverage for its employee who was acting in the course and scope of his employment at the time of the accident.

11.     Initially, Travelers incorrectly assessed that under the terms of the Travelers Policy, Travelers was primary and Progressive was excess. Travelers communicated this mistaken belief to Progressive in 2023. Travelers retained counsel to defend Sanchez-Aguilar and Dolan Automotive Group in the Underlying Action.

12.     Progressive received updates on the status of the Underlying Action in September 2023 and November 2023.

13.     The parties to the Underlying Action scheduled mediation for August 13, 2024. Prior to mediation, a different claim professional from Travelers, Brian Gorath, reached out to Progressive and stated his understanding that Travelers was excess and Progressive was primary. Gorath advised Progressive of defense counsel's liability assessment, proposed that Progressive tender its $25,000 limit to Travelers, and offered to negotiate settlement and keep Progressive updated. Progressive had the ability and option to participate in settlement negotiations but elected not to do so in a case where liability indisputably far exceeded its $25,000 limit.

14.     In October 2024, the parties to the Underlying Action reached agreement on key terms for settlement.

15.     Shortly thereafter, Travelers followed up with Progressive. Travelers informed Progressive that the matter settled for a specified amount and again stated that Progressive should be primary. Travelers requested that Progressive reimburse Travelers the Progressive Policy's limit of $25,000 and offered to negotiate defense costs even though Progressive was the primary insurer and thus responsible for such costs. Progressive declined to do so, referring back to the earlier communication with Travelers expressing a mistaken belief that Travelers was primary and Progressive was excess. In response, Travelers (Brian Gorath) provided a copy of the Travelers Policy to Progressive. Travelers referred to Paragraph 2.b.(4) under the "Who is an Insured" section, noting that the Nevada Changes endorsement designates a customer as a permissive user but also makes the customer's personal policy primary.

16.     In early 2025, Travelers received the signed release and dismissal of the Underlying Action. Travelers again reached out to Progressive seeking reimbursement. Despite repeated

requests, Progressive refused to reimburse Travelers or otherwise contribute any funds to the defense and settlement of the Underlying Action.

<u>**TRAVELERS' FINAL DEMAND**</u>

17.    To avoid unnecessary litigation, Travelers issued a demand letter to Progressive in July 2025 seeking reimbursement in the amount of $102,836.06. The amount demanded consists of Progressive's $25,000 policy limit and $77,836.06 in costs incurred by Travelers to defend the Underlying Action, without interest.

18.    As stated in Travelers' demand letter, Nevada statutory law establishes which insurer is primary under the circumstances presented here. Section 690B.025 of the Nevada Revised Statutes provides in relevant part as follows (bold added for emphasis):

1.    **If two or more policies of liability insurance covering the same motor vehicle are in effect when the motor vehicle is involved in an incident which results in a claim against the policies**:

(a)    If the motor vehicle was being operated by a person engaged in the business of selling, repairing, servicing, delivering, testing, road testing, parking or storing motor vehicles, or by an agent or employee of the person while in pursuit of that business, the policy issued to that business shall be deemed to be primary and any other policy shall be deemed to provide excess coverage.

(b)    **If the motor vehicle was being operated by a person described in paragraph (a) in any pursuit other than of that business, or by some other person, the policy issued to the operator of the vehicle shall be deemed to be primary and any policy issued to the business shall be deemed to provide excess coverage**.

(c)    If, while the vehicle of the customer was being repaired or serviced …

2.    The provisions in subsection 1 may be modified but only by a written agreement signed by all the insurers who have issued policies applicable to a claim described in subsection 1 and by all the insureds under those policies.

3.    This section applies only to policies of liability insurance issued or renewed on or after July 1, 1981.

N.R.S. 690B.025 (bold added for emphasis).

19.     The foregoing statute applies because two liability insurance policies provide coverage for the Dealership's Auto: Progressive's Policy and Travelers' Policy.

20.     The foregoing statute determines which insurance is primary based on whether paragraph 1.(a), 1.(b), or 1.(c) applies. Paragraph 1.(b) applies here because the operator, Sanchez-Aguilar, was an off duty employee who was test driving the Dealership's Auto at the time of the accident. Sanchez-Aguilar was not acting as an employee of Dolan Automotive Group in pursuit of that business at the time of the accident; therefore, paragraph 1.(a) is inapplicable. Rather, he was driving the car as a customer of the dealership rendering paragraph 1.(b) applicable. Pursuant to the terms of paragraph 1.(b), Sanchez-Aguilar's liability insurance is primary; the dealership's insurance is excess.

21.     Paragraph 2 of the statute prohibits any modification to the statutory mandate as to which insurer is primary and which insurer is excess except under limited, specified conditions. Nevada's Legislature authorized a modification only if there is an agreement signed by all insurance companies and all insureds. No such agreement exists here. Accordingly, under Nevada law, the operator's liability insurance, i.e., Progressive's Policy, is primary; the dealership's commercial liability insurance issued by Travelers is excess.

22.     Progressive has wrongfully refused Travelers' demands for reimbursement.

23.     Progressive has wrongfully refused to contribute any funds whatsoever to Travelers' settlement and defense of the Underlying Action. Progressive has not asserted that the settlement or any defenses costs incurred in the Underlying Action were unreasonable.

## FIRST CAUSE OF ACTION – DECLARATORY RELIEF

24.     Travelers realleges and incorporates herein by reference each and every allegation contained in paragraphs 1 through 23 inclusive, as though fully set forth herein.

25.     An actual controversy exists between Travelers and Progressive with respect to their respective duties and obligations under their respective policies and Nevada law. Travelers contends that Progressive's Policy required Progressive to defend and indemnify Sanchez-Aguilar in the Underlying Action, and furthermore, that Progressive's Policy was primary with respect to claims made by Kathleen Cripps in the Underlying Action. Travelers' Policy was excess. Travelers is

informed and believes that Progressive does not agree with Travelers' contentions.

26.    A judicial declaration is necessary and appropriate at this time to ascertain the parties' rights and duties under their respective policies as respects the defense and indemnity of Sanchez-Aguilar in the Underlying Action.

27.    Travelers seeks the following declaratory relief pursuant to this cause of action:

a.    For a declaration that Progressive was obligated to indemnify Sanchez-Aguilar under the Progressive Policy against claims made by Kathleen Cripps in the Underlying Action, subject to the Progressive Policy's limits of liability (which Travelers is informed and believes is $25,000);

b.    For a declaration that Progressive was obligated to defend Sanchez-Aguilar under the Progressive Policy against claims made by Kathleen Cripps in the Underlying Action until exhaustion of the Progressive Policy's limits;

c.    For a declaration that Progressive was obligated to defend and indemnify Sanchez-Aguilar in the Underlying Action on a primary and non-contributory basis;

d.    For a declaration that Progressive breached its defense and indemnification obligation to Sanchez-Aguilar as respects the Underlying Action;

e.    For a declaration that Travelers has no defense obligation to Sanchez-Aguilar as respects the Underlying Action until the proper exhaustion of the Progressive Policy limits;

f.    For a declaration that the coverage afforded Sanchez-Aguilar under the Travelers Policy in the Underlying Action is excess to the coverage afforded Sanchez-Aguilar under the Progressive Policy.

**SECOND CAUSE OF ACTION FOR EQUITABLE SUBROGATION**

28.    Travelers realleges and incorporates herein by reference each and every allegation contained in paragraphs 1 through 27 inclusive, as though fully set forth herein.

29.    Travelers contends that Progressive was obligated to defend and indemnify Sanchez-Aguilar in the Underlying Action.

30.    With respect to claims made by Kathleen Cripps in the Underlying Action, Nevada

law requires Progressive's Policy to be primary and Travelers' Policy to be excess. Consistent with Nevada law, the Travelers Policy provides that Sanchez-Aguilar's personal liability insurance (Progressive's Policy) is primary and the dealership's insurance (Travelers' Policy) is excess.

31.     Although Progressive is primarily liable for the defense and indemnity of Sanchez-Aguilar in the Underlying Action, Progressive has not made any defense or indemnity payments for claims asserted by Kathleen Cripps in the Underlying Action.

32.     After Travelers notified Progressive of an upcoming mediation in the Underlying Action and Progressive failed to participate or contribute, Travelers paid the agreed upon settlement amount in the Underlying Action. Travelers' settlement payment protected the interests of Sanchez-Aguilar. Travelers also protected the interests of Sanchez-Aguilar by paying defense costs and expenses in the Underlying Action, a reasonable amount of $77,836.06. Progressive would be unjustly enriched if not required to reimburse Travelers up to the Progressive Policy's limits for the settlement of the Underlying Action, and if not required to reimburse Travelers for the costs of defense in the Underlying Action, as Progressive is primarily responsible for the defense and indemnity of Sanchez-Aguilar in the Underlying Action and Travelers' coverage is excess.

33.     Progressive appears to be refusing to reimburse Travelers because of a mistaken belief expressed by a Travelers claim professional in 2023 regarding the terms of the Travelers Policy as to which insurance was primary. This mistaken belief was corrected in 2024, before mediation occurred. In any event, a statement by an employee concerning her understanding of an insurance policy's other insurance clause is irrelevant. Among other reasons, Nevada law requires Progressive to be primary and Travelers to be excess notwithstanding any policy provisions to the contrary. Furthermore, section 690B.025 of the Nevada Revised Statutes expressly states specific conditions that must be met to modify the statutory mandate determining which insurance is primary (*i.e.,* an agreement signed by all insurers and insureds). The conditions required to modify the statutory mandate were not met here. Additionally, Progressive cannot establish prejudice. Progressive had the ability and option to participate in settlement negotiations but elected not to do so in a case where liability far exceeded its $25,000 limit. Progressive was notified of the Underlying Action and received updates. Progressive has not asserted that the settlement or any defense costs

were unnecessary or unreasonable.

34.    Travelers is equitably subrogated to the rights of Sanchez-Aguilar under the Progressive Policy. As the primary insurer under Nevada law, Progressive is in an equitable position that is inferior to that of Travelers, and justice requires the loss paid by Travelers to be shifted to Progressive.

35.    Travelers seeks reimbursement from Progressive for the settlement of the Underlying Action, up to the limits of Progressive's Policy, and for all defense costs incurred in the Underlying Action, with interest accruing thereon.

## THIRD CAUSE OF ACTION FOR EQUITABLE INDEMNITY

36.    Travelers realleges and incorporates herein by reference each and every allegation contained in paragraphs 1 through 34 inclusive, as though fully set forth herein.

37.    Progressive owed a primary obligation to defend and indemnify Sanchez-Aguilar in the Underlying Action pursuant to the terms of the respective policies and Nevada law. Travelers' Policy provided excess coverage.

38.    Progressive has refused to reimburse Travelers for any amount paid in settlement of the Underlying Action in breach of its indemnity obligations to Sanchez-Aguilar under the Progressive Policy. Progressive also has refused to reimburse Travelers for defense costs incurred on behalf of Sanchez-Aguilar in the Underlying Action in breach of its defense obligations to Sanchez-Aguilar under the Progressive Policy.

39.    Travelers seeks, demands and is entitled to equitable indemnity for the amount paid in settlement, up to Progressive's Policy limits, and for defense costs incurred and paid by Travelers in the Underlying Action, plus interest accruing thereon.

## FOURTH CAUSE OF ACTION FOR EQUITABLE CONTRIBUTION

40.    Travelers realleges and incorporates herein by reference each and every allegation contained in paragraphs 1 through 38, inclusive, as though fully set forth herein.

41.    Travelers pleads this cause of action as an alternative to the equitable subrogation and equitable indemnity causes of action.

42.    Pursuant to the Travelers Policy, Travelers defended and indemnified Sanchez-

Aguilar in the Underlying Action.

43.     Pursuant to the Progressive Policy, Progressive was obligated to defend and indemnify Sanchez-Aguilar in the Underlying Action; however, Progressive failed to do so.

44.     Progressive has not contributed to or reimbursed Travelers for the amounts paid by Travelers to defend and indemnify Sanchez-Aguilar in the Underlying Action.  Travelers is therefore entitled to contribution and reimbursement from Progressive in an amount to be proven at trial.

## **PRAYER**

WHEREFORE, Travelers prays for judgment against defendant Progressive as follows:

1.      For a declaration that Progressive was obligated to indemnify Sanchez-Aguilar under the Progressive Policy against claims made by Kathleen Cripps in the Underlying Action up to the Progressive Policy's limit of liability;

2.      For a declaration that Progressive was obligated to defend Sanchez-Aguilar under the Progressive Policy against claims made by Kathleen Cripps in the Underlying Action until exhaustion of the Progressive Policy's limits;

3.      For a declaration that Progressive was obligated to defend and indemnify Sanchez-Aguilar in the Underlying Action on a primary and non-contributory basis;

4.      For a declaration that Progressive breached its defense and indemnification obligation to Sanchez-Aguilar as respects the Underlying Action;

5.      For a declaration that Travelers had no defense obligation to Sanchez-Aguilar as respects the Underlying Action until the proper exhaustion of the Progressive Policy limits;

6.      For a declaration that the coverage afforded Sanchez-Aguilar under the Travelers Policy in the Underlying Action is excess to the coverage afforded Sanchez-Aguilar under the Progressive Policy;

7.      For an Order requiring Progressive to reimburse Travelers for costs incurred to defend the Underlying Action, plus accruing interest thereon;

8.      For an Order requiring Progressive to reimburse Travelers for the amount paid in settlement of the Underlying Action up to the Progressive Policy's limits of liability, plus accruing interest thereon;

COMPLAINT

9. In the alternative, for equitable contribution and apportionment of the indemnity payment and defense costs paid by Travelers in the Underlying Action, plus accruing interest thereon;

10. For costs of suit incurred herein; and

11. For such other and further relief as the Court may deem just and proper.

Dated: October 17, 2025                    RAY LEGO & ASSOCIATES


By */s/ Timothy F. Hunter*_____
TIMOTHY F. HUNTER, ESQ., #10622
Attorneys for Plaintiff, **TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA**


## DEMAND FOR JURY TRIAL

Travelers hereby demands a jury trial as provided by Rule 38 of the Federal Rules of Civil Procedure.

Dated: October 17, 2025                    RAY LEGO & ASSOCIATES


By */s/ Timothy F. Hunter*_____
TIMOTHY F. HUNTER, ESQ., #10622
Attorneys for Plaintiff, **TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA**

# EXHIBIT A

# CERTIFIED POLICY

This certification is affixed to a policy which is a true and accurate copy of the document in the company's business records as of the date shown below.

**No additional insurance is afforded by this copy.**

TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

**Name of Insuring Company(ies)**

AD-7N911433                    07/01/21 - 07/01/22          07/02/2025

**Policy Number(s)**          **Policy Period(s)**          **Date**

Peter J. Michalik, Director, Operations
Document Management



**TRAVELERS**

One Tower Square, Hartford, Connecticut  06183

```
                    TRAVELERS CORP. TEL: 1-800-328-2189
                    AUTOMOBILE DEALERS
                    COMMON POLICY DECLARATIONS
                    ISSUE DATE: 07/15/21
                    POLICY NUMBER: AD-7N911433-21-CAG
     INSURING COMPANY:
     TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

  1. NAMED INSURED AND MAILING ADDRESS:
     DOLAN AUTOMOTIVE GROUP, LLC
     AND AS PER IL T8 03
     2100 KIETZKE LN
     RENO, NV 89502-3603


  2. POLICY PERIOD:  From 07/01/21 to 07/01/22 12:01 A.M. Standard Time at
                                              your mailing address.
  3. LOCATIONS
        Premises  Bldg.
        Loc. No.  No.  Occupancy             Address




  4. COVERAGE PARTS FORMING PART OF THIS POLICY AND INSURING COMPANIES:
     AUTO DEALER COV PART DECLARATIONS                CA T0 77 02 15 TIL




  5. NUMBERS OF FORMS AND ENDORSEMENTS
     FORMING A PART OF THIS POLICY:   SEE IL T8 01 10 93

  6. SUPPLEMENTAL POLICIES: Each of the following is a separate policy
                            containing its complete provisions:
     Policy                       Policy No.                Insuring Company




  7. PREMIUM SUMMARY:
      Provisional Premium   $
      Due at Inception      $
      Due at Each 1 MONTH   $
```



```
  NAME AND ADDRESS OF AGENT OR BROKER:          COUNTERSIGNED BY:
     L P INS SERVICES LLC (CWV32)
     300 E 2ND ST STE 1300                      _____
     RENO, NV 89501                             Authorized Representative

                                                DATE:_____

  IL T0 02 11 89(REV. 09-07)     PAGE 1 OF 1
  OFFICE: PHOENIX
```


**TRAVELERS**

**Report Claims Immediately by Calling***
**1-800-238-6225**
*Speak directly with a claim professional*
*24 hours a day, 365 days a year*

*Unless Your Policy Requires **Written** Notice or Reporting

## COMMERCIAL INSURANCE

**A Custom Insurance Policy Prepared for:**

**DOLAN AUTOMOTIVE GROUP, LLC**
**AND AS PER IL T8 03**
**2100 KIETZKE LN**
**RENO NV 89502-3603**

**Presented by:  L P INS SERVICES LLC**


**TRAVELERS**

POLICY NUMBER:  AD-7N911433-21-CAG

EFFECTIVE DATE:  07-01-21

ISSUE DATE:  07-15-21


LISTING OF FORMS, ENDORSEMENTS AND SCHEDULE NUMBERS

THIS LISTING SHOWS THE NUMBER OF FORMS, SCHEDULES AND ENDORSEMENTS
BY LINE OF BUSINESS.


```
IL T0 02 11 89   COMMON POLICY DECLARATIONS
IL T8 01 10 93   FORMS, ENDORSEMENTS AND SCHEDULE NUMBERS
IL T0 01 01 07   COMMON POLICY CONDITIONS
IL T8 03         NAMED INSURED
```


COMMERCIAL AUTOMOBILE

```
CA T0 77 02 15   AUTO DEALER DECLARATIONS-ITEM ONE & TWO
CA T0 78 02 15   AUTO DEALER DECS-ITEM THREE & FOUR
CA T0 79 02 15   AUTO DEALER DECLARATIONS - ITEM FIVE
CA T0 80 02 15   AUTO DEALER DECLARATIONS - ITEM SIX
CA T0 81 02 15   AUTO DEALER DECLARATIONS - ITEM SEVEN
CA T0 82 02 15   AUTO DEALER DECLARATIONS - ITEM EIGHT
CA T0 83 02 15   AUTO DEALER DECLARATIONS-ITEM NINE & TEN
CA T4 80 02 15   AUTO DLRS-ACTS,ERR OR OMISS LMTS EXT END
CA T4 14 02 15   GAR-KEEPERS COV & PHYS DMGE MULTIPLE DED
CA 03 03 10 13   $500 DED FOR WORK PERFRMD DOES NOT APPLY
CA T0 30 02 16   BA/AD/MC COV PART SUPPL SCH - ITEM TWO
CA T0 84 02 16   TOC AD COVERAGE FORM
CA 00 25 10 13   AUTO DEALERS COVERAGE FORM
CA 01 92 10 13   NV CHANGES - AUTO DEALERS COVERAGE FORM
CA T4 52 02 16   SHRT TRM HRD AUTO - ADDT'L INSD LS PAYEE
CA T4 57 02 15   AUTO DEALERS FALSE PRETENSE COVERAGE
CA T4 59 02 15   AMENDMENT OF EMPLOYEE DEFINITION
CA T4 72 12 18   AMDT OF PERSONAL & ADV INJURY LIAB COV
CA T6 20 01 18   ADDL INSD FOR COVERED AUTOS COV-PNC
CA T6 21 01 18   ADDL INSD FOR GENERAL LIABILITY COV-PNC
CA T6 32 12 18   AMDT OF BODILY INJURY AND PROP DAM COV
CA 20 49 10 13   ADDL INSD-GARAGES-GRANTOR OF FRANCHISE
CA 20 55 10 13   FELLOW EMPLOYEE COVERAGE
CA 21 27 10 13   NEVADA UNINSURED MOTORISTS COVERAGE
CA 25 01 10 13   BROAD FORM PRODUCTS
CA 25 48 10 13   EMPLOYEE BENEFITS LIABILITY COVERAGE
CA 25 59 10 13   DESIGNATED LOCATION(S)GL AGGREGATE LIMIT
CA 99 03 10 13   AUTO MEDICAL PAYMENTS COVERAGE
CA 99 10 10 13   DRIVE OTHER CAR COV-BROAD COV NAMED INSD
CA 99 28 10 13   STATED AMOUNT INSURANCE
CA T3 58 02 15   LEMON LAW COVERAGE
CA T3 83 02 15   AUTO DEALERS - REPLACEMENT AND REPAIR
CA T4 25 12 18   AUTO DEALERS XTEND ENDORSEMENT
CA T4 26 02 15   AUTO DEALERS-ACTS, ERR OR OMISS COVG EXT
CA T4 27 12 18   AD-POLL EXCL-INC LIM POLL COSTS LIAB COV
CA T4 28 02 15   CONSUMER COMPLAINT LEGAL DEFENSE COVG
CA T4 82 02 15   ADDL INSD FOR GEN LIAB COV-DESGN PERSON
CA T8 34         AI FOR COVERED AUTOS
```



**POLICY NUMBER:** AD-7N911433-21-CAG

**EFFECTIVE DATE:** 07-01-21

**ISSUE DATE:** 07-15-21


COMMERCIAL AUTOMOBILE (CONTINUED)

```
CA T8 35          AI FOR GL COVERAGES
CA T4 70 02 15    AUTO DEALERS - FLUCTU VALUES ENDORSEMENT
CA T4 81 02 15    AMENDMENT OF EXCLUSION -INTENTIONAL ACTS
CA T3 77 02 15    EXCLUSION - DISCRIMINATION
CA 20 01  10 13   LESSOR - ADDITIONAL INSURED AND LOSS PAYEE
```

INTERLINE ENDORSEMENTS

```
IL T4 05 05 19    DESIG PERSON, ORG-NOTICE PROVIDED BY US
IL T4 12 03 15    AMNDT COMMON POLICY COND-PROHIBITED COVG
IL T4 27 06 19    ADDITIONAL BENEFITS
IL 00 21 09 08    NUCLEAR ENERGY LIAB EXCL END-BROAD FORM
IL 01 10 09 07    NV CHANGES-CONCEALMENT,MISREP OR FRAUD
IL 01 15 01 10    NEVADA CHANGES - DOMESTIC PARTNERSHIP
IL 02 51 09 07    NV CHANGES-CANCELLATION & NONRENEWAL
```

**IL T8 01 10 93**                              **PAGE:   2 OF   2**

# COMMON POLICY CONDITIONS

All Coverage Parts included in this policy are subject to the following conditions:

**A. Cancellation**

1. The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

2. We may cancel this policy or any Coverage Part by mailing or delivering to the first Named Insured written notice of cancellation at least:

   **a.** 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

   **b.** 30 days before the effective date of cancellation if we cancel for any other reason.

3. We will mail or deliver our notice to the first Named Insured's last mailing address known to us.

4. Notice of cancellation will state the effective date of cancellation. If the policy is cancelled, that date will become the end of the policy period. If a Coverage Part is cancelled, that date will become the end of the policy period as respects that Coverage Part only.

5. If this policy or any Coverage Part is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

6. If notice is mailed, proof of mailing will be sufficient proof of notice.

**B. Changes**

This policy contains all the agreements between you and us concerning the insurance afforded. The first Named Insured shown in the Declarations is authorized to make changes in the terms of this policy with our consent. This policy's terms can be amended or waived only by endorsement issued by us as part of this policy.

**C. Examination Of Your Books And Records**

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward.

**D. Inspections And Surveys**

1. We have the right to:

   **a.** Make inspections and surveys at any time;

   **b.** Give you reports on the conditions we find; and

   **c.** Recommend changes.

2. We are not obligated to make any inspections, surveys, reports or recommendations and any such actions we do undertake relate only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:

   **a.** Are safe or healthful; or

   **b.** Comply with laws, regulations, codes or standards.

3. Paragraphs **1.** and **2.** of this condition apply not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.

4. Paragraph **2.** of this condition does not apply to any inspections, surveys, reports or recommendations we may make relative to certification, under state or municipal statutes, ordinances or regulations, of boilers, pressure vessels or elevators.

**E. Premiums**

1. The first Named Insured shown in the Declarations:

   **a.** Is responsible for the payment of all premiums; and

   **b.** Will be the payee for any return premiums we pay.

2. We compute all premiums for this policy in accordance with our rules, rates, rating plans, premiums and minimum premiums. The premium shown in the Declarations was computed based on rates and rules in effect at

the time the policy was issued. On each renewal continuation or anniversary of the effective date of this policy, we will compute the premium in accordance with our rates and rules then in effect.

**F. Transfer Of Your Rights And Duties Under This Policy**

Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual named insured.

If you die, your rights and duties will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property.

**G. Equipment Breakdown Equivalent to Boiler and Machinery**

On the Common Policy Declarations, the term Equipment Breakdown is understood to mean and include Boiler and Machinery and the term Boiler and Machinery is understood to mean and include Equipment Breakdown.

This policy consists of the Common Policy Declarations and the Coverage Parts and endorsements listed in that declarations form.

In return for payment of the premium, we agree with the Named Insured to provide the insurance afforded by a Coverage Part forming part of this policy. That insurance will be provided by the company indicated as insuring company in the Common Policy Declarations by the abbreviation of its name opposite that Coverage Part.

One of the companies listed below (each a stock company) has executed this policy, and this policy is countersigned by the officers listed below:

The Travelers Indemnity Company (IND)

The Phoenix Insurance Company (PHX)

The Charter Oak Fire Insurance Company (COF)

Travelers Property Casualty Company of America (TIL)

The Travelers Indemnity Company of Connecticut (TCT)

The Travelers Indemnity Company of America (TIA)

Travelers Casualty Insurance Company of America (ACJ)

Secretary

President

```
                              COMMERCIAL AUTO POLICY

                              ENDORSEMENT - IL T8 03 07 21

                          POLICY NUMBER  AD-7N911433--CAG


      ** THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY. **


                    NAMED INSURED


         IT IS AGREED THAT:


         ITEM 1 NAMED INSURED TO READ:
         DOLAN AUTOMOTIVE GROUP, LLC
         DBA DOLAN AUTO GROUP
         DOLAN ENTERPRISES, INC., DBA DOLAN TOYOTA
         THOMAS S. DOLAN TRUST
         DOLAN AUTO INSURANCE, INC. DBA DOLAN ALLSTATE
         TD MILL STREET PROPERTIES, LLC
         RENO SELF STORAGE, LLC
         THOMAS S. DOLAN ENTERPRISES, INC.
         DBA DOLAN LEXUS & LEXUS OF RENO
         TD SOUTH VIRGINIA STREET PROPERTIES, LLC
         TOM DOLAN AUTOMOTIVE, INC.
         DBA TOM DOLAN'S RENO MAZDA KIA
         TSD LAND, LLC
         LEE BROS. LEASING INC. DBA LEE BROS LEASING
         DOLAN RENO MOTORS, INC. DBA DOLAN DODGE RAM FIAT
         DOLAN FERNLEY MOTORS, INC.
         DBA DOLAN FERNLEY CHRYSLER JEEP DODGE RAM
         TD FERNLEY PROPERTIES, LLC
         TD KIETZKE PROPERTIES LLC
         DRIVEN CARS, LLC DBA DRIVEN
         MURPH S LAND HOLDINGS, LLC
```

```
         EFFECTIVE DATE  07-01-21   EXPIRATION DATE  07-01-22
         PAGE 0001   DATE OF ISSUE  07-15-21
```

# COMMERCIAL AUTOMOBILE

# COMMERCIAL AUTOMOBILE

 **TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

AUTO DEALERS                          POLICY NUMBER: AD-7N911433-21-CAG
COVERAGE PART DECLARATIONS            ISSUE DATE:  07-15-21  JH


ITEM ONE
INSURING COMPANY:
TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA
Declarations Period:  From:  07-01-21 to 07-01-22 12:01 A.M. Standard
Time at your mailing address shown in the Common Policy Declarations.

FORM OF BUSINESS: LIMITED LIABILITY CO

The Auto Dealers Coverage Part consists of these Declarations and the Coverage
Form shown below.


ITEM TWO
A. COVERAGE AND LIMITS OF INSURANCE
        This policy provides only those coverages where a limit, if applicable,
        is shown in the columns below. Each of the "auto"-related coverages
        will apply only to those "autos" shown as covered "autos"."Autos"
        are shown as covered "autos" for the applicable coverages by the
        entry of one or more of the symbols from section I - Covered Autos
        Coverages of the Auto Dealers Coverage Form next to the name of
        the "auto" related coverage.

| COVERAGES | COVERED AUTOS | LIMIT OF INSURANCE THE MOST WE WILL PAY FOR ANY ONE ACCIDENT OR LOSS |
|---|---|---|
| COVERED AUTOS LIABILTY | 21 | $ 1,000,000 EACH ACCIDENT |
| GENERAL LIABILITY BODILY INJURY AND PROPERTY DAMAGE LIABILITY | | $ 1,000,000 EACH ACCIDENT |
| DAMAGES TO PREMISES RENTED TO YOU | | See CA T4 25 |
| PERSONAL AND ADVERTISING INJURY LIABILITY | | $ 1,000,000 ANY ONE PERSON OR ORGANIZATION |
| GENERAL LIABILTY AGGREGATE | | $ 2,000,000 |
| PRODUCTS AND WORK YOU PERFORMED AGGREGATE | | $ 2,000,000 |
| LOCATIONS AND OPERATIONS MEDICAL PAYMENTS | | $ 5,000 |
| AUTO MEDICAL PAYMENTS | 21 | $ 5,000 |


CA T0 77 02 15                        PAGE  (CONTINUED)
PRODUCER: L P INS SERVICES LLC  CWV32  OFFICE: PHNX  169


**TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

AUTO DEALERS                          POLICY NUMBER: AD-7N911433-21-CAG
COVERAGE PART DECLARATIONS            ISSUE DATE: 07-15-21  JH

| COVERAGES | COVERED AUTOS | LIMIT OF INSURANCE THE MOST WE WILL PAY FOR ANY ONE ACCIDENT OR LOSS |
|-----------|---------------|--------------------------------------------------------------------|
| UNINSURED AND UNDERINSURED MOTORISTS COVERAGE | 22 | See CA TO 30 |
| GARAGEKEEPERS COVERAGE | 30 | REFER TO ITEM FIVE |
| PHYSICAL DAMAGE COMPREHENSIVE COVERAGE | 23 28 31 | ACTUAL CASH VALUE OR COST OF REPAIR, WHICHEVER IS LESS MINUS $ DEDUCTIBLE FOR EACH COVERED AUTO. See ITEM SIX For Dealers "Autos". |
| PHYSICAL DAMAGE COLLISION COVERAGE | 23 28 31 | ACTUAL CASH VALUE OR COST OF REPAIR, WHICHEVER IS LESS MINUS $ Ded. FOR EACH COVERED AUTO. See Item Six for Dealers Blanket Collision. |
| ACTS, ERRORS OR OMISSIONS LIABILITY | | $   500,000    AGGREGATE $     5,000    PER CLAIM DEDUCTIBLE |

B. AUDIT PERIOD:      ANNUAL

C. DESCRIPTION OF COVERED AUTO DESIGNATION SYMBOLS:
   Symbols 21-31:  See AUTO DEALERS COVERAGE FORM Section I - Covered Autos
   SYMBOL 32:

D. LOSS PAYEE: Any loss under Physical Damage Coverages is payable as
   interest may appear to you and the Loss Payee named in the Declarations
   (see Loss Payable Clause below)

E. NUMBERS OF FORMS, SCHEDULES AND ENDORSEMENTS FORMING PART OF THIS COVERAGE
   PART:  SEE IL T8 01 10 93

CA TO 77 02 15                              PAGE   (CONTINUED)
PRODUCER: L P INS SERVICES LLC  CWV32      OFFICE: PHNX  169



One Tower Square, Hartford, Connecticut  06183

AUTO DEALERS                         POLICY NUMBER: AD-7N911433-21-CAG
COVERAGE PART DECLARATIONS           ISSUE DATE:  07-15-21   JH


LOSS PAYABLE CLAUSE

A.   We will pay you and the loss payee named in the policy for "loss"
     to a covered "auto", as interest may appear.

B.   The insurance covers the interest of the loss payee unless the
     "loss" results from conversion, secretion or embezzlement on your
     part.

C.   We may cancel the policy as allowed by the CANCELLATION Common
     Policy Condition.  Cancellation ends this agreement as to the loss
     payee's interest.  If we cancel the policy we will mail you and the
     loss payee the same advance notice.

D.   If we make any payment to the loss payee, we will obtain their
     rights against any other party.


                    SCHEDULE OF LOSS PAYEES

                    LOSS PAYEE (Name and Address)


CA T0 77 02 15                    PAGE   (CONTINUED)
PRODUCER: L P INS SERVICES LLC  CWV32    OFFICE: PHNX  169



**TRAVELERS**

One Tower Square, Hartford, Connecticut  06183

AUTO DEALERS COVERAGE PART DECLARATIONS
AUTO DEALERS' SUPPLEMENTARY SCHEDULE
Issue date: 07-15-21

Policy Number: AD -7N911433-21-CAG

ITEM THREE - LOCATIONS WHERE YOU CONDUCT AUTO DEALER OPERATIONS

| Loc No | Address Street and City | State | Zip Code | terr | Cnty/twn Code |
|---|---|---|---|---|---|
| 1 | 2100 KIETZKE LANE RENO | NV | 89502 | 111 | |
| 2 | 3225 MILL ST RENO | NV | 89502 | 111 | |
| 3 | 7175 S VIRGINIA ST RENO | NV | 89511 | 111 | |

ITEM FOUR-AUTO DEALERS - LIABILITY AND PERSONAL INJURY PROTECTION
(Or Equivalent Or Similar No Fault Coverages) - PREMIUMS

| Loc No | Class of Operators | No of Persons | Rating Units | Total Rating Units |
|---|---|---|---|---|
| 1 | Cl I  Empl-Regular | 65.0 | | |
| | Cl I  Empl-A/O | 278.0 | | |
| | Cl II Non-Empl-Under age 25 | | | |
| | Cl II Non-Empl-Age 25 or over | | | |
| 2 | Cl I  Empl-Regular | 1.0 | | |
| | Cl I  Empl-A/O | | | |
| | Cl II Non-Empl-Under age 25 | | | |
| | Cl II Non-Empl-Age 25 or over | | | |
| 3 | Cl I  Empl-Regular | 15.0 | | |
| | Cl I  Empl-A/O | 62.0 | | |
| | Cl II Non-Empl-Under age 25 | | | |
| | Cl II Non-Empl-Age 25 or over | | | |

| | LOCATION #1 | | LOCATION #2 | | LOCATION #3 | | TOTAL PREMIUMS |
|---|---|---|---|---|---|---|---|
| | RATE | PREM | RATE | PREM | RATE | PREM | |
| AUTO & GEN LIAB | | | | | | | |
| LOC & OP MED PAY | | | | | | | |
| PIP/APIP | | | | | | | |
| NJ PED PIP | | | | | | | |
| MICHIGAN PPI | | | | | | | |
| AUTO MED PAY | | | | | | | |
| A, E & O LIAB | | | | | | | |

CA T0 78 02 15                              Page  1 (Continued)

 **TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

AUTO DEALERS COVERAGE PART DECLARATIONS
AUTO DEALERS' SUPPLEMENTARY SCHEDULE
Issue date: 07-15-21

Policy Number: AD -7N911433-21-CAG

ITEM THREE - LOCATIONS WHERE YOU CONDUCT AUTO DEALER OPERATIONS

| Loc No | Address Street and City | State | Zip Code | terr | Cnty/twn Code |
|---|---|---|---|---|---|
| 4 | 550 KIETZKE LN RENO | NV | 89502 | 111 | |
| 5 | 700 KIETZKE LN RENO | NV | 89502 | 111 | |
| 6 | 1395 E NEWLANDS DR FERNLEY | NV | 89408 | 106 | |

ITEM FOUR-AUTO DEALERS - LIABILITY AND PERSONAL INJURY PROTECTION
(Or Equivalent Or Similar No Fault Coverages) - PREMIUMS

| Loc No | Class of Operators | No of Persons | Rating Units | Total Rating Units |
|---|---|---|---|---|
| 4 | Cl I  Empl-Regular | 1.0 | | |
| | Cl I  Empl-A/O | 3.0 | | |
| | Cl II Non-Empl-Under age 25 | | | |
| | Cl II Non-Empl-Age 25 or over | | | |
| 5 | Cl I  Empl-Regular | 16.0 | | |
| | Cl I  Empl-A/O | 57.0 | | |
| | Cl II Non-Empl-Under age 25 | | | |
| | Cl II Non-Empl-Age 25 or over | | | |
| 6 | Cl I  Empl-Regular | 7.0 | | |
| | Cl I  Empl-A/O | 19.0 | | |
| | Cl II Non-Empl-Under age 25 | | | |
| | Cl II Non-Empl-Age 25 or over | | | |



|  | LOCATION # 4 | | LOCATION # 5 | | LOCATION # 6 | | TOTAL PREMIUMS |
|---|---|---|---|---|---|---|---|
| | RATE | PREM | RATE | PREM | RATE | PREM | |
| AUTO & GEN LIAB | | | | | | | |
| LOC & OP MED PAY | | | | | | | |
| PIP/APIP | | | | | | | |
| NJ PED PIP | | | | | | | |
| MICHIGAN PPI | | | | | | | |
| AUTO MED PAY | | | | | | | |
| A, E & O LIAB | | | | | | | |

CA T0 78 02 15                                    Page  2 (Continued)



One Tower Square, Hartford, Connecticut 06183

AUTO DEALERS COVERAGE PART DECLARATIONS
AUTO DEALERS' SUPPLEMENTARY SCHEDULE
Issue date: 07-15-21

Policy Number: AD -7N911433-21-CAG

ITEM THREE - LOCATIONS WHERE YOU CONDUCT AUTO DEALER OPERATIONS

| Loc No | Address Street and City | State | Zip Code | terr | Cnty/twn Code |
|---|---|---|---|---|---|
| 7 | 9455&9475 S VIRGINIA STREET RENO | NV | 89511 | 111 | |

ITEM FOUR-AUTO DEALERS - LIABILITY AND PERSONAL INJURY PROTECTION
(Or Equivalent Or Similar No Fault Coverages) - PREMIUMS

| Loc No | Class of Operators | No of Persons | Rating Units | Total Rating Units |
|---|---|---|---|---|
| 7 | Cl I  Empl-Regular | 11.0 | | |
| | Cl I  Empl-A/O | 37.0 | | |
| | Cl II Non-Empl-Under age 25 | | | |
| | Cl II Non-Empl-Age 25 or over | | | |
| | | | | |
| | Cl I  Empl-Regular | | | |
| | Cl I  Empl-A/O | | | |
| | Cl II Non-Empl-Under age 25 | | | |
| | Cl II Non-Empl-Age 25 or over | | | |
| | | | | |
| | Cl I  Empl-Regular | | | |
| | Cl I  Empl-A/O | | | |
| | Cl II Non-Empl-Under age 25 | | | |
| | Cl II Non-Empl-Age 25 or over | | | |

| | LOCATION # 7 | LOCATION # | LOCATION # |
|---|---|---|---|

| | RATE | PREM | RATE | PREM | RATE | PREM | TOTAL PREMIUMS |
|---|---|---|---|---|---|---|---|
| AUTO & GEN LIAB | | | | | | | |
| LOC & OP MED PAY | | | | | | | |
| PIP/APIP | | | | | | | |
| NJ PED PIP | | | | | | | |
| MICHIGAN PPI | | | | | | | |
| AUTO MED PAY | | | | | | | |
| A, E & O LIAB | | | | | | | |

CA T0 78 02 15                                    Page  3 (Continued)



**TRAVELERS**

One Tower Square, Hartford, Connecticut  06183

AUTO DEALERS COVERAGE PART DECLARATIONS
AUTO DEALERS' SUPPLEMENTARY SCHEDULE
Issue date: 07-15-21

Policy Number: AD -7N911433-21-CAG

ITEM FOUR-AUTO DEALERS - LIABILITY COVERAGE - PREMIUMS(Continued)

LIABILITY MINIMUM PREMIUM - 

DEFINITIONS:
Class I-Employees
Regular Operator - Proprietors, owners, executive officers, sales managers,
service managers, finance managers and general managers, whether they have an
assigned vehicle or not, and any employee whose principal duty involves the
operation of covered "autos" or who is furnished a covered "auto".
All Others - All other employees including salespersons who have not been
assigned an auto or who do not have permission to access plates for personal use
of autos.

NOTE:
1.  Part-time employees working an average of 20 hours or more a week for
    the number of weeks worked are to be counted as one rating unit each.
2.  Part-time employees working an average of less than 20 hours a week for
    the number of weeks worked are to be counted as 1/2 rating unit each.

Class II-Non-Employees
Any of the following persons who are regularly furnished with a covered "auto"
: Inactive proprietors, partners or officers and their relatives and the
relatives of any person described in Class I.

CA T0 78 02 15                                    Page  4

 **TRAVELERS**

One Tower Square, Hartford, Connecticut  06183

AUTO DEALERS COVERAGE PART DECLARATIONS
Issue Date: 07-15-21

Policy Number: AD -7N911433-21-CAG

ITEM FIVE
GARAGEKEEPERS COVERAGES AND PREMIUMS

| Location No. | Coverages | Limit of Insurance for Each Location |
|---|---|---|
| 1 | COMPREHENSIVE | $    2,500,000    MINUS THE DEDUCTIBLE AS SHOWN ON CA T4 14 OR $        MINUS $        DEDUCTIBLE FOR ALL PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO $        MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN EACH EVENT AT THIS LOCATION. |
|  | SPECIFIED CAUSES OF LOSS | $        MINUS $        DEDUCTIBLE FOR EACH CUSTOMER'S AUTO FOR LOSS CAUSED BY THEFT OR MISCHIEF OR VANDALISM SUBJECT TO $ MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT; OR $        MINUS $        DEDUCTIBLE FOR ALL PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO $        MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT. |
|  | COLLISION | $ 2,500,000 MINUS $    3,000 DEDUCTIBLE FOR EACH CUSTOMER'S AUTO. |

CA T0 79 02 15                          PAGE 01   (Continued)

 **TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

```
                                   AUTO DEALERS COVERAGE PART DECLARATIONS
                                   Issue Date: 07-15-21

                            Policy Number: AD -7N911433-21-CAG
ITEM FIVE
GARAGEKEEPERS COVERAGES AND PREMIUMS

Location           Coverages              Limit of Insurance for Each Location
   No.

       COMPREHENSIVE          $        500,000      MINUS THE DEDUCTIBLE AS
    2                         SHOWN ON CA T4 14
                                         OR
                             $           MINUS $           DEDUCTIBLE FOR ALL
                             PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO
                             $              MAXIMUM DEDUCTIBLE
                             FOR ALL SUCH LOSS IN EACH EVENT AT THIS LOCATION.


       SPECIFIED CAUSES OF $           MINUS $           DEDUCTIBLE FOR
       LOSS                EACH CUSTOMER'S AUTO FOR LOSS CAUSED BY THEFT
                           OR MISCHIEF OR VANDALISM SUBJECT TO $
                           MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY
                           ONE EVENT;
                                         OR
                             $           MINUS $           DEDUCTIBLE FOR ALL
                             PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO
                             $              MAXIMUM DEDUCTIBLE
                             FOR ALL SUCH LOSS IN ANY ONE EVENT.
       COLLISION             $    500,000 MINUS $     3,000 DEDUCTIBLE FOR EACH
                             CUSTOMER'S AUTO.
```

```
       CA T0 79 02 15                      PAGE 02   (Continued)
```



One Tower Square, Hartford, Connecticut 06183

```
                                        AUTO DEALERS COVERAGE PART DECLARATIONS
                                        Issue Date: 07-15-21

                             Policy Number: AD -7N911433-21-CAG
ITEM FIVE
GARAGEKEEPERS COVERAGES AND PREMIUMS

Location        Coverages              Limit of Insurance for Each Location
   No.

        COMPREHENSIVE        $      2,000,000      MINUS THE DEDUCTIBLE AS
   3                         SHOWN ON CA T4 14
                                     OR
                             $         MINUS $         DEDUCTIBLE FOR ALL
                             PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO
                             $             MAXIMUM DEDUCTIBLE
                             FOR ALL SUCH LOSS IN EACH EVENT AT THIS LOCATION.


        SPECIFIED CAUSES OF  $         MINUS $         DEDUCTIBLE FOR
        LOSS                 EACH CUSTOMER'S AUTO FOR LOSS CAUSED BY THEFT
                             OR MISCHIEF OR VANDALISM SUBJECT TO $
                             MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY
                             ONE EVENT;
                                     OR
                             $         MINUS $         DEDUCTIBLE FOR ALL
                             PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO
                             $             MAXIMUM DEDUCTIBLE
                             FOR ALL SUCH LOSS IN ANY ONE EVENT.
        COLLISION            $ 2,000,000 MINUS $    3,000 DEDUCTIBLE FOR EACH
                             CUSTOMER'S AUTO.




        CA T0 79 02 15                          PAGE 03   (Continued)
```

 **TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

AUTO DEALERS COVERAGE PART DECLARATIONS
Issue Date: 07-15-21

Policy Number: AD -7N911433-21-CAG

ITEM FIVE
GARAGEKEEPERS COVERAGES AND PREMIUMS

| Location No. | Coverages | Limit of Insurance for Each Location |
|---|---|---|
| 4 | COMPREHENSIVE | $        100,000      MINUS THE DEDUCTIBLE AS SHOWN ON CA T4 14<br>                     OR<br>$            MINUS $          DEDUCTIBLE FOR ALL PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO $            MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN EACH EVENT AT THIS LOCATION. |
| | SPECIFIED CAUSES OF LOSS | $            MINUS $          DEDUCTIBLE FOR EACH CUSTOMER'S AUTO FOR LOSS CAUSED BY THEFT OR MISCHIEF OR VANDALISM SUBJECT TO $ MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT;<br>                     OR<br>$            MINUS $          DEDUCTIBLE FOR ALL PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO $            MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT. |
| | COLLISION | $    100,000 MINUS $      3,000 DEDUCTIBLE FOR EACH CUSTOMER'S AUTO. |

CA T0 79 02 15                          PAGE 04   (Continued)

 **TRAVELERS**

One Tower Square, Hartford, Connecticut  06183

AUTO DEALERS COVERAGE PART DECLARATIONS
Issue Date: 07-15-21

Policy Number: AD -7N911433-21-CAG

ITEM FIVE
GARAGEKEEPERS COVERAGES AND PREMIUMS

| Location No. | Coverages | Limit of Insurance for Each Location |
|---|---|---|
| 5 | COMPREHENSIVE | $     1,000,000     MINUS THE DEDUCTIBLE AS SHOWN ON CA T4 14<br>OR<br>$          MINUS $          DEDUCTIBLE FOR ALL PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO $          MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN EACH EVENT AT THIS LOCATION. |
| | SPECIFIED CAUSES OF LOSS | $          MINUS $          DEDUCTIBLE FOR EACH CUSTOMER'S AUTO FOR LOSS CAUSED BY THEFT OR MISCHIEF OR VANDALISM SUBJECT TO $ MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT;<br>OR<br>$          MINUS $          DEDUCTIBLE FOR ALL PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO $          MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT. |
| | COLLISION | $ 1,000,000 MINUS $     3,000 DEDUCTIBLE FOR EACH CUSTOMER'S AUTO. |

CA T0 79 02 15                          PAGE 05   (Continued)

 **TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

```
                              AUTO DEALERS COVERAGE PART DECLARATIONS
                              Issue Date: 07-15-21

                        Policy Number: AD -7N911433-21-CAG
ITEM FIVE
GARAGEKEEPERS COVERAGES AND PREMIUMS


Location        Coverages              Limit of Insurance for Each Location
   No.

         COMPREHENSIVE        $        500,000      MINUS THE DEDUCTIBLE AS
    6                         SHOWN ON CA T4 14
                                       OR
                             $           MINUS $          DEDUCTIBLE FOR ALL
                             PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO
                             $              MAXIMUM DEDUCTIBLE
                             FOR ALL SUCH LOSS IN EACH EVENT AT THIS LOCATION.


         SPECIFIED CAUSES OF  $          MINUS $          DEDUCTIBLE FOR
         LOSS                 EACH CUSTOMER'S AUTO FOR LOSS CAUSED BY THEFT
                             OR MISCHIEF OR VANDALISM SUBJECT TO $
                             MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY
                             ONE EVENT;
                                       OR
                             $           MINUS $          DEDUCTIBLE FOR ALL
                             PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO
                             $              MAXIMUM DEDUCTIBLE
                             FOR ALL SUCH LOSS IN ANY ONE EVENT.
         COLLISION           $    500,000 MINUS $     3,000 DEDUCTIBLE FOR EACH
                             CUSTOMER'S AUTO.





         CA T0 79 02 15                        PAGE 06   (Continued)
```

 **TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

```
                              AUTO DEALERS COVERAGE PART DECLARATIONS
                              Issue Date: 07-15-21

                        Policy Number: AD -7N911433-21-CAG
ITEM FIVE
GARAGEKEEPERS COVERAGES AND PREMIUMS

Location         Coverages           Limit of Insurance for Each Location
   No.

        COMPREHENSIVE        $     1,000,000     MINUS THE DEDUCTIBLE AS
   7                         SHOWN ON CA T4 14
                                  OR
                             $          MINUS $          DEDUCTIBLE FOR ALL
                             PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO
                             $             MAXIMUM DEDUCTIBLE
                             FOR ALL SUCH LOSS IN EACH EVENT AT THIS LOCATION.


        SPECIFIED CAUSES OF  $          MINUS $          DEDUCTIBLE FOR
        LOSS                 EACH CUSTOMER'S AUTO FOR LOSS CAUSED BY THEFT
                             OR MISCHIEF OR VANDALISM SUBJECT TO $
                             MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY
                             ONE EVENT;
                                  OR
                             $          MINUS $          DEDUCTIBLE FOR ALL
                             PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO
                             $             MAXIMUM DEDUCTIBLE
                             FOR ALL SUCH LOSS IN ANY ONE EVENT.
        COLLISION            $ 1,000,000 MINUS $    3,000 DEDUCTIBLE FOR EACH
                             CUSTOMER'S AUTO.
```

```
    CA T0 79 02 15                        PAGE 07   (Continued)
```



One Tower Square, Hartford, Connecticut 06183

AUTO DEALERS COVERAGE PART DECLARATIONS
Issue Date: 07-15-21

Policy Number: AD -7N911433-21-CAG

ITEM FIVE - GARAGEKEEPERS COVERAGES & PREMIUMS (Continued)

PREMIUM FOR ALL LOCATIONS
         Comprehensive
         Specified Causes of Loss
         Collision



GARAGEKEEPERS COVERAGE applies on a legal liability basis unless one of
the Direct Coverage Options is indicated below by "(X)"

  DIRECT COVERAGE OPTIONS

    ( ) EXCESS INSURANCE  If this box is checked, GARAGEKEEPERS COVERAGE
        remains applicable on a legal liability basis. However coverage also
        applies without regard to your or any other "Insured's" legal
        liability for "loss" to a customer's "auto" on an  excess basis over
        any other collectible insurance regardless of whether the other
        insurance covers your or any other "insured's"interest or the interest
        of the covered "auto's" owner.

    ( ) PRIMARY INSURANCE  If this box is checked GARAGEKEEPERS COVERAGE is
        changed to apply without regard to your or any other "insured's"
        legal liability for "loss" to a customer's "auto" and is primary
        insurance.

CA T0 79 02 15                              PAGE 08



**TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

                                        AUTO DEALERS
                                        COVERAGE PART
                                        DECLARATIONS
                                        ISSUE DATE 07-15-21

                        POLICY NUMBER: AD -7N911433-21-CAG

ITEM SIX

PHYSICAL DAMAGE INSURANCE-TYPES OF COVERED AUTOS AND INTERESTS IN THESE
AUTOS-PREMIUMS-REPORTING OR NONREPORTING BASIS.

Each of the following PHYSICAL DAMAGE coverages that is indicated in ITEM
TWO applies only to the types of autos and interest indicated by 'X'.

|  |  | COMPREHENSIVE | SPECIFIED CAUSES OF LOSS | COLLISION |
|---|---|---|---|---|
| **COVERAGES** |  |  |  |  |
| TYPES OF AUTOS | NEW AUTOS | X |  | X |
|  | USED AUTOS, DEMONSTRATORS AND SERVICE VEHICLES | X |  | X |
| INTERESTS COVERED | YOUR INTEREST IN COVERED AUTOS YOU OWN |  |  |  |
|  | YOUR INTEREST ONLY IN FINANCED COVERED AUTOS |  |  |  |
|  | YOUR INTEREST AND THE INTEREST OF ANY CREDITOR NAMED AS A LOSS PAYEE | X |  | X |
|  | ALL INTERESTS IN ANY AUTO NOT OWNED BY YOU OR ANY CREDITOR WHILE IN YOUR POSSESSION ON CONSIGNMENT FOR SALE |  |  |  |

Our limit of insurance for 'loss' at locations other than those stated in
ITEM THREE.
   $ 1,000,000 Additional locations where you store covered autos
   $ 1,000,000 In transit

PREMIUM BASIS-Reporting (Quarterly or Monthly) or Nonreporting (Indicate Basis
 Agreed Upon by X)
  ( ) REPORTING BASIS (Quarterly or Monthly) as indicated below by 'X'.
     You must report to us on our form the locations of your covered "autos"
     and their total value at each such location. For your main sales location
     identified as location no. 1, you must include the total value of all
     covered "autos" you have furnished or made available to yourself, your
     executives, your "employees" or family members and other Class II - Non-
     Employees, and covered "autos" that are temporarily displayed or stored
     at locations other than those stated in ITEM THREE above. For your main
     sales location you must include the total value of all service vehicles.

CA T0 80 02 15                                      PAGE    1

 **TRAVELERS**

One Tower Square, Hartford, Connecticut  06183

AUTO DEALERS
COVERAGE PART
DECLARATIONS
ISSUE DATE 07-15-21

POLICY NUMBER: AD -7N911433-21-CAG

ITEM SIX    (CONTINUED)

PREMIUM BASIS-Reporting or Nonreporting(Indicate Basis Agreed Upon by X)
 (continued)

>     YOUR REPORTING BASIS IS:
>       ( )  QUARTERLY you must give us your first report by the fifteenth of the
>            fourth month after the policy begins. Your subsequent reports must
>            be given to us by the fifteenth of every third month. Your reports
>            must contain the value for the last business day of every third
>            month coming within the policy period.
>       ( )  MONTHLY You must give us your reports by the fifteenth of every
>            month. Your reports will contain the total values you had on the
>            last business day of the preceding month.
>     Premiums will be calculated pro rata of the annual premium for the expo-
>     sures contained in each report. At the end of each policy year we will
>     add the monthly premiums or the quarterly premiums to determine your
>     final premium due for the entire policy year. The estimated total
>     premiums shown will be credited against the final premium due.
>   (X)  NONREPORTING BASIS. Stated limit of insurance shown above applies.

LOC.
NO.    COVERAGE            LIMIT OF INSURANCE FOR EACH LOCATION

  1    COMPREHENSIVE       LIMIT OF INSURANCE AS STATED IN EACH SELECTION
                           BELOW, MINUS THE DEDUCTIBLES AS SHOWN ON
                           CA T4 14.

| | LIMIT | RATE | PREMIUM |
|---|---|---|---|
| FIRE ONLY, BUILDING & LOTS | | | |
| BUILDING | 10,000,000 | | |
| STANDARD OPEN LOTS | | | |
| NON STANDARD OPEN LOTS | 5,889,123 | | |
| MISCELLANEOUS BUILDING | | | |
| MISCELLANEOUS OPEN LOTS | | | |

ALL    BLANKET          $ 42,982,927 MINUS $ 2,500 DEDUCTIBLE FOR EACH
       COLLISION            COVERED AUTO.

                                             COLLISION PREMIUM  $  ████

CA T0 80 02 15                                              PAGE    2

 **TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

AUTO DEALERS
COVERAGE PART
DECLARATIONS
ISSUE DATE 07-15-21

POLICY NUMBER: AD -7N911433-21-CAG

ITEM SIX    (CONTINUED)

LOC.
NO.    COVERAGE              LIMIT OF INSURANCE FOR EACH LOCATION

2    COMPREHENSIVE          LIMIT OF INSURANCE AS STATED IN EACH SELECTION
                            BELOW, MINUS THE DEDUCTIBLES AS SHOWN ON
                            CA T4 14.

|  | LIMIT | RATE | PREMIUM |
|---|---|---|---|
| FIRE ONLY, BUILDING & LOTS | | | |
| BUILDING | 500,000 | | |
| STANDARD OPEN LOTS | | | |
| NON STANDARD OPEN LOTS | 1,000,000 | | |
| MISCELLANEOUS BUILDING | | | |
| MISCELLANEOUS OPEN LOTS | | | |

3    COMPREHENSIVE          LIMIT OF INSURANCE AS STATED IN EACH SELECTION
                            BELOW, MINUS THE DEDUCTIBLES AS SHOWN ON
                            CA T4 14.

|  | LIMIT | RATE | PREMIUM |
|---|---|---|---|
| FIRE ONLY, BUILDING & LOTS | | | |
| BUILDING | 750,000 | | |
| STANDARD OPEN LOTS | 5,308,463 | | |
| NON STANDARD OPEN LOTS | | | |
| MISCELLANEOUS BUILDING | | | |
| MISCELLANEOUS OPEN LOTS | | | |

4    COMPREHENSIVE          LIMIT OF INSURANCE AS STATED IN EACH SELECTION
                            BELOW, MINUS THE DEDUCTIBLES AS SHOWN ON
                            CA T4 14.

|  | LIMIT | RATE | PREMIUM |
|---|---|---|---|
| FIRE ONLY, BUILDING & LOTS | | | |
| BUILDING | | | |
| STANDARD OPEN LOTS | | | |
| NON STANDARD OPEN LOTS | 379,225 | | |
| MISCELLANEOUS BUILDING | | | |
| MISCELLANEOUS OPEN LOTS | | | |

CA T0 80 02 15                                          PAGE    3



One Tower Square, Hartford, Connecticut 06183



AUTO DEALERS
COVERAGE PART
DECLARATIONS
ISSUE DATE 07-15-21

POLICY NUMBER: AD -7N911433-21-CAG

ITEM SIX    (CONTINUED)

LOC.
NO.    COVERAGE              LIMIT OF INSURANCE FOR EACH LOCATION

    5    COMPREHENSIVE        LIMIT OF INSURANCE AS STATED IN EACH SELECTION
                              BELOW, MINUS THE DEDUCTIBLES AS SHOWN ON
                              CA T4 14.

                                        LIMIT          RATE        PREMIUM
         FIRE ONLY, BUILDING & LOTS
         BUILDING                     1,000,000
         STANDARD OPEN LOTS
         NON STANDARD OPEN LOTS       7,265,880
         MISCELLANEOUS BUILDING
         MISCELLANEOUS OPEN LOTS

    6    COMPREHENSIVE        LIMIT OF INSURANCE AS STATED IN EACH SELECTION
                              BELOW, MINUS THE DEDUCTIBLES AS SHOWN ON
                              CA T4 14.

                                        LIMIT          RATE        PREMIUM
         FIRE ONLY, BUILDING & LOTS
         BUILDING                       750,000
         STANDARD OPEN LOTS
         NON STANDARD OPEN LOTS       6,137,060
         MISCELLANEOUS BUILDING
         MISCELLANEOUS OPEN LOTS

    7    COMPREHENSIVE        LIMIT OF INSURANCE AS STATED IN EACH SELECTION
                              BELOW, MINUS THE DEDUCTIBLES AS SHOWN ON
                              CA T4 14.

                                        LIMIT          RATE        PREMIUM
         FIRE ONLY, BUILDING & LOTS
         BUILDING                       800,000
         STANDARD OPEN LOTS
         NON STANDARD OPEN LOTS       3,203,176
         MISCELLANEOUS BUILDING
         MISCELLANEOUS OPEN LOTS

                              TOTAL PREMIUM  $

CA T0 80 02 15                                  PAGE    4

 **TRAVELERS**                    One Tower Square, Hartford, Connecticut 06183

                                        AUTO DEALERS
                                        COVERAGE PART
                                        DECLARATIONS
                                        ISSUE DATE 07-15-21

                            POLICY NUMBER: AD -7N911433-21-CAG

    ITEM SIX    (CONTINUED)

                            SCHEDULE OF LOSS PAYEES

        (Refer to the Schedule of Loss Payees in CA T0 77 02 15 ITEM TWO.)

    CA T0 80 02 15                                    PAGE    5

 **TRAVELERS**

One Tower Square, Hartford, Connecticut  06183

AUTO DEALERS COVERAGE
PART DECLARATIONS

POLICY NUMBER: AD-7N911433-21-CAG

INSURED'S NAME:  DOLAN AUTOMOTIVE GROUP, LLC          CA T0 81 02 15

ITEM SEVEN - SCHEDULE OF COVERED AUTOS WHICH ARE FURNISHED TO SOMEONE
OTHER THAN A CLASS I OR II OPERATOR OR WHICH ARE INSURED ON A
SPECIFIED CAR BASIS
          AND AS PER IL T8 03

| COVERED AUTO NO | GARAGING CITY & STATE | ZIP CODE | COUNTY TOWN CODE | TERR ZONE CODE | ISO/ STAT CODE | USE CLASS GVW/GCW OR SEAT CAPACITY |
|---|---|---|---|---|---|---|
| 1   RENO | | | | | | |
| 1   2018 ROLLS DAWN | SCA666D54JU115638 | NEW 346300 | | LIAB 346300** | GROUP 1 | |

| | COVERED AUTO  1 | COVERED AUTO | COVERED AUTO | COVERED AUTO | COVERED AUTO |
|---|---|---|---|---|---|
| DEDUCTIBLES: | | | | | |
| COMPREHENSIVE | 3000 | | | | |
| COLLISION | 3000 | | | | |
| PREMIUMS: | | | | | |
| LIABILITY | ▉ | | | | |
| MED PAY | ▉ | | | | |
| COMPREHENSIVE | ▉ | | | | |
| COLLISION | ▉ | | | | |
| TOTAL | ▉ | | | | |

TOTAL UNINSURED AND UNDERINSURED MOTORISTS PREMIUM:  ▉

 * APPLICABLE TO COMPREHENSIVE AND SPECIFIED CAUSES OF LOSS COVERAGE
**APPLICABLE TO COMPREHENSIVE, SPECIFIED CAUSES AND COLLISION COVERAGES
          SPV     1              PAGE     1          001

 **TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

```
                                    AUTO DEALERS
                                    COVERAGE PART DECLARATIONS
                                    ISSUE DATE 07-15-21

                          POLICY NUMBER: AD -7N911433-21-CAG


      ITEM EIGHT

      SCHEDULE OF HIRED OR BORROWED COVERED AUTO COVERAGE AND PREMIUMS.


      COVERED AUTOS LIABILITY COVERAGE - COST OF HIRE RATING BASIS (OTHER THAN
      MOBILE OR FARM EQUIPMENT)
```

| COVERED AUTOS-LIABILITY COVERAGE | STATE | ESTIMATED ANNUAL COST OF HIRE FOR EACH STATE | PREMIUM |
|---|---|---|---|
| PRIMARY COVERAGE | NV | $    5,000 | $ |
| EXCESS COVERAGE | | $ | $ |
| TOTAL HIRED AUTO PREMIUM | | | $ |

```
      Cost of hire means the total amount you incur for the hire of "autos" you don'
      t own (not including "autos" you borrow or rent from your partners or "emp-
      loyees" or their family members). Cost of hire does not include charges for
      services performed by motor carriers of property or passengers.




      CA T0 82 02 15                                    PAGE   1
```


**TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

```
                                    AUTO DEALERS
                                    COVERAGE PART DECLARATIONS
                                    ISSUE DATE 07-15-21

                        POLICY NUMBER: AD -7N911433-21-CAG
```

ITEM EIGHT(CONTINUED)

SCHEDULE OF HIRED OR BORROWED COVERED AUTO COVERAGE AND PREMIUMS.

PHYSICAL DAMAGE COVERAGES - COST OF HIRE RATING BASIS FOR ALL AUTOS (OTHER THAN MOBILE OR FARM EQUIPMENT)

| COVERAGES | COMPREHENSIVE | COLLISION |
|---|---|---|
| LIMIT OF INSURANCE THE MOST WE WILL PAY DEDUCTIBLE | ACTUAL CASH VALUE, OR COST OF REPAIR, WHICHEVER IS LESS, MINUS $ 1000 DED. FOR EACH COVERED AUTO, BUT NO DEDUCTIBLE APPLIES TO LOSS CAUSED BY FIRE OR LIGHTNING. | ACTUAL CASH VALUE, OR COST OF REPAIR, WHICHEVER IS LESS, MINUS $ 1000 DED. FOR EACH COVERED AUTO |

| STATE | ESTIMATED ANNUAL COST OF HIRE | RATE PER EACH $100 ANNUAL COST OF HIRE | | PREMIUM | |
|---|---|---|---|---|---|
| | | COMP | COLL | COMP | COLL |
| NV | 5000 | ████ | ████ | ████ | ████ |

TOTAL PREMIUM $ ████

For Physical Damage Coverages, cost of hire means the total amount you incur for the hire of "autos" you don't own (not including "autos" you borrow or rent form your partners or "employees" or their family members). Cost of hire does not include charges for any "auto" that is leased, hired, rented, or borrowed with a driver.

CA T0 82 02 15                                          PAGE    2



One Tower Square, Hartford, Connecticut  06183

AUTO DEALERS COVERAGE PART DECLARATIONS

Issue date: 07-15-21

Policy Number: AD-7N911433-21-CAG

ITEM TEN
UNINSURED MOTORISTS COVERAGE-PREMIUMS-REFER TO ITEM SEVEN FOR SEPARATELY
REGISTERED COVERED AUTOS.

| LOCATION NUMBER | NUMBER OF PLATES | RATE PER PLATE | PREMIUM |
| --------------- | ---------------- | -------------- | ------- |
| 001 | 85 | | |
| 002 | 1 | | |
| 003 | 34 | | |
| 004 | 3 | | |
| 005 | 12 | | |
| 006 | 12 | | |
| 007 | 26 | | |

CA T0 83 02 15

Page  1

COMMERCIAL AUTO
POLICY NUMBER: AD-7N911433-21-CAG

ISSUE DATE: 07-15-21

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# AUTO DEALERS – ACTS, ERRORS OR OMISSIONS LIMITS EXTENSION ENDORSEMENT

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM

### SCHEDULE OF ACTS, ERRORS OR OMISSIONS LIABILITY LIMITS

The Limits of Insurance apply separately to each "act, error or omission" coverage:

| | |
|---|---|
| EACH CLAIM LIMIT OF INSURANCE | $ 500,000 |
| AGGREGATE LIMIT OF INSURANCE | $ 500,000 |
| ONE YEAR PRIOR ACTS LIMIT OF INSURANCE | $ 100,000 |

**PROVISIONS**

The following replaces Paragraph **E.**, **Limit Of Insurance And Deductible**, of **SECTION III – ACTS, ERRORS OR OMISSIONS LIABILITY COVERAGES:**

**E.　Limits Of Insurance**

1. Regardless of the number of "insureds", claims made or "suits" brought or persons or organizations making claims or bringing "suits", the most we will pay for the sum of all damages for each separate "act, error or omission" coverage is the Aggregate Limit of Insurance shown in the Schedule Of Acts, Errors Or Omissions Liability Limits.

2. Subject to the Aggregate Limit of Insurance for the applicable "act, error or omission" coverage, the most we will pay for all damages resulting from any one claim is the Each Claim Limit of Insurance shown in the Sched-

ule Of Acts, Errors Or Omissions Liability Limits. Any "suits" involving a class action will be deemed one claim. No other Limits of Insurance apply.

3. If One Year Prior Acts Coverage is part of your Acts, Errors And Omissions Liability Coverages, then the One Year Prior Acts Limit Of Insurance Paragraph is replaced by the following:

A **$100,000** One Year Prior Acts Limit Of Insurance applies separately to each coverage included in the definition of "act, error or omission" for damages because of any "act, error or omission" committed during this one year period. This limit applies to each such claim and as an aggregate for all such claims related to the same "act, error or omission" coverage. No other limit of insurance applies to such prior acts.

**CA T4 80 02 15**

© 2015 The Travelers Indemnity Company, Inc. All rights reserved.
Includes the copyrighted material of Insurance Services Office, Inc. with its permission.

Page 1 of 1

INCLUDES COPYRIGHTED MATERIAL OF
INSURANCE SERVICES OFFICE, WITH ITS
PERMISSION.  COPYRIGHT, INSURANCE
SERVICES OFFICE, 1985

EXPLANATION OF CERTAIN ENTRIES OR THE ABSENCE THEREOF ON CA T0 81

THE ABSENCE OF AN ENTRY IN PREMIUM SPACES FOR A COVERAGE SHALL MEAN THAT
    INSURANCE IS NOT AFFORDED FOR THE DESIGNATED AUTO.

THE ABBREVIATION 'ACV' IN THE 'LIMIT OF LIABILITY' SPACE SHALL MEAN 'ACTUAL
    CASH VALUE'.

THE ABBREVIATION 'BI' SHALL MEAN 'BODILY INJURY'.

THE ABBREVIATION 'GVW' SHALL MEAN 'GROSS VEHICLE WEIGHT'.

THE ABBREVIATION 'GCW' SHALL MEAN 'GROSS COMBINED WEIGHT'.

THE ABBREVIATION 'ADDED PIP' SHALL MEAN 'ADDED PERSONAL INJURY PROTECTION'
    OR 'EQUIVALENT NO-FAULT COVERAGE'.

THE ABBREVIATION 'BASIC PIP' SHALL MEAN 'BASIC PERSONAL INJURY PROTECTION'
    OR 'EQUIVALENT NO-FAULT COVERAGE'.

THE ABBREVIATION 'NDA' SHALL MEAN 'NO DEDUCTIBLE APPLIES'.

THE ABBREVIATION 'ME$100' SHALL MEAN 'MEDICAL EXPENSE $100'.

THE ABBREVIATION 'WL$200' SHALL MEAN 'WORK LOSS $200'.

THE ABBREVIATION 'CME&WL' SHALL MEAN 'COMBINED MEDICAL EXPENSE & WORK LOSS'.

THE ABBREVIATION 'I' SHALL MEAN 'DEDUCTIBLE APPLIES TO THE NAMED INSURED
    ONLY'.

THE ABBREVIATION 'I/R' SHALL MEAN 'DEDUCTIBLE APPLIES TO THE NAMED INSURED
    AND RELATIVES'.

THE ABBREVIATION 'PD' SHALL MEAN 'PROPERTY DAMAGE'.

THE ABBREVIATION 'SPEC CAUSES' SHALL MEAN 'SPECIFIED CAUSES OF LOSS
    COVERAGE' AS DEFINED IN THE POLICY.

OTHER ABBREVIATIONS DESIGNATED BELOW ARE DEFINED AS FOLLOWS
    THE ABBREVIATION 'SP' SHALL MEAN 'SPECIFIED CAUSES OF LOSS COVERAGE'.
    THE ABBREVIATION 'F' SHALL MEAN 'FIRE COVERAGE' ONLY.
    THE ABBREVIATION 'FT' SHALL MEAN 'FIRE & THEFT COVERAGE'.
    THE ABBREVIATION 'FTW' SHALL MEAN 'FIRE, THEFT & WINDSTORM COVERAGE'.
    THE ABBREVIATION 'LSP' SHALL MEAN 'LIMITED SPECIFIED CAUSES OF LOSS
        COVERAGE'.

THE ABBREVIATION 'MED PAY' SHALL MEAN 'MEDICAL PAYMENTS'.

THE ABBREVIATION 'NFRB CODE' SHALL MEAN 'NO FAULT RATING BASIS'.

THE ABBREVIATION 'PRIM' SHALL MEAN 'PRIMARY'.

THE ABBREVIATION 'XS' SHALL MEAN 'EXCESS'.

COMMERCIAL AUTO
POLICY NUMBER: **AD-7N911433-21-CAG**                                    ISSUE DATE: **07-15-21**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# GARAGEKEEPERS COVERAGE AND
# PHYSICAL DAMAGE MULTIPLE DEDUCTIBLES

This endorsement modifies insurance provided under the following:

    AUTO DEALERS COVERAGE PART DECLARATIONS
    AUTO DEALERS COVERAGE FORM

**PROVISIONS**

**1.** The deductibles shown in the applicable Schedule below apply for the Comprehensive and Specified Causes of Loss section at **ITEM FIVE – GARAGEKEEPERS COVERAGE AND PREMIUMS** and for the Comprehensive Coverage Limit of Insurance for Each Location section at **ITEM SIX – PHYSICAL DAMAGE COVERAGE** section of the **AUTO DEALERS COVERAGE PART DECLARATIONS**:

<p align="center"><strong>SCHEDULE</strong></p>

**ITEM FIVE – GARAGEKEEPERS COVERAGE**

| Location (list each location separately) | Covered Causes of Loss* | Deductible | |
| --- | --- | --- | --- |
| | | For Each Covered "Auto" | Maximum Deductible in any one event at each location |
| **SEE SCHEDULE EXTENSION** | | | |

**ITEM SIX – PHYSICAL DAMAGE COVERAGE**

| Location (list each location separately) | Covered Causes of Loss* | Deductible | |
| --- | --- | --- | --- |
| | | For Each Covered "Auto" | Maximum Deductible in any one event at each location |
| **SEE SCHEDULE EXTENSION** | | | |

**CA T4 14 02 15**        © 2015 The Travelers Indemnity Company. All rights reserved.        Page 1 of 2
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

COMMERCIAL AUTO

- For each Deductible listed in this Schedule, enter the description of any Covered Causes of Loss listed below to which that Deductible applies:

    **(1)** Theft or Mischief or Vandalism

    **(2)** Earthquake

    **(3)** Windstorm Or Hail

    **(4)** Flood

    **(5)** All Covered Perils, other than collision, not listed separately on this Schedule

**2.** The following replaces Paragraph **5.**, **Limit Of Insurance And Deductibles**, in Paragraph **E.**, **Garagekeepers Coverage**, of **SECTION I – COVERED AUTOS COVERAGES**:

**5. Limit Of Insurance And Deductibles**

**a.** Regardless of the number of "customer's autos", "insureds", premiums paid, claims made or "suits" brought, the most we will pay for each "loss" is the Garagekeepers Coverage Limit of Insurance shown in the Declarations for that location minus the applicable deductible for "loss" caused by collision shown in the Declarations, and the applicable deductible for the specified covered cause of loss shown in the Schedule above.

**b.** The maximum deductible stated in the Schedule for Garagekeepers Coverage Comprehensive applies to the location for which it is shown and is the most that will be deducted for all "loss" in any one event from the covered cause of loss for which it is shown at that location. If "NO" appears in the Schedule above for maximum deductible, then no maximum deductible applies for "loss" from the covered cause of loss for which it is shown.

**c.** Sometimes to settle a claim or "suit" we may pay all or any part of the deductible. If this happens you must reimburse us for the deductible or that portion of the deductible that we paid.

**3.** The following replaces Paragraph **5.**, **Deductible**, in Paragraph **F.**, **Physical Damage Coverage**, of **SECTION I – COVERED AUTOS COVERAGES**:

**5. Deductible**

For each covered "auto", our obligation to pay for, repair, return or replace damaged or stolen property will be reduced by the applicable deductible shown in the Schedule above that applies to specified covered cause of loss.

The maximum deductible stated in the Schedule applies to the location for which it is shown and is the most that will be deducted for all "loss" in any one event from the covered cause of loss for which it is shown at that location. If "NO" appears in the Schedule above for maximum deductible, then no maximum deductible applies for "loss" from the covered cause of loss for which it is shown.

© 2015 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

**CA T4 14 02 15**

COMMERCIAL AUTO
ISSUE DATE: 07-15-21

POLICY NUMBER: AD-7N911433-21-CAG

# SCHEDULE EXTENSION

**This is an extension of CA T4 14 02 15**

**GARAGEKEEPERS COVERAGE AND PHYSICAL DAMAGE MULTIPLE DEDUCTIBLES**

**SCHEDULE**

ITEM FIVE - GARAGEKEEPERS COVERAGE

| Loc | Covered Causes of Loss** | Deductible For Each Covered "Auto" | Maximum Deductible in any one event |
|-----|--------------------------|-----|-----|
| 1 | Flood | $ 2,500 | $ 250,000 |
| 1 | Earthquake | $ 1,000 | $ 100,000 |
| 1 | Windstorm or Hail | $ 1,000 | $ 100,000 |
| 1 | All Covered Perils, other than collision, not listed separately on this Schedule | $ 1,000 | $ 10,000 |
| 2 | Flood | $ 2,500 | $ 250,000 |
| 2 | Earthquake | $ 1,000 | $ 100,000 |
| 2 | Windstorm or Hail | $ 1,000 | $ 100,000 |
| 2 | All Covered Perils, other than collision, not listed separately on this Schedule | $ 1,000 | $ 10,000 |
| 3 | Flood | $ 2,500 | $ 250,000 |
| 3 | Earthquake | $ 1,000 | $ 100,000 |
| 3 | Windstorm or Hail | $ 1,000 | $ 100,000 |
| 3 | All Covered Perils, other than collision, not listed separately on this Schedule | $ 1,000 | $ 10,000 |
| 4 | Flood | $ 2,500 | $ 250,000 |
| 4 | Earthquake | $ 1,000 | $ 75,000 |

CA T4 14 SCHED

POLICY NUMBER: AD-7N911433-21-CAG

# SCHEDULE EXTENSION

**This is an extension of CA T4 14 02 15**

**GARAGEKEEPERS COVERAGE AND PHYSICAL DAMAGE MULTIPLE DEDUCTIBLES**

**SCHEDULE**

| 4 | Windstorm or Hail | $ | 1,000 | $ | 100,000 |
|---|---|---|---|---|---|
| 4 | All Covered Perils, other than collision, not listed separately on this Schedule | $ | 1,000 | $ | 10,000 |

**ITEM FIVE - GARAGEKEEPERS COVERAGE**

| Loc | Covered Causes of Loss** | Deductible For Each Covered "Auto" | | Maximum Deductible in any one event | |
|---|---|---|---|---|---|
| 5 | Flood | $ | 2,500 | $ | 250,000 |
| 5 | Earthquake | $ | 1,000 | $ | 100,000 |
| 5 | Windstorm or Hail | $ | 1,000 | $ | 100,000 |
| 5 | All Covered Perils, other than collision, not listed separately on this Schedule | $ | 1,000 | $ | 10,000 |

**ITEM FIVE - GARAGEKEEPERS COVERAGE**

| Loc | Covered Causes of Loss** | Deductible For Each Covered "Auto" | | Maximum Deductible in any one event | |
|---|---|---|---|---|---|
| 6 | Flood | $ | 2,500 | $ | 250,000 |
| 6 | Earthquake | $ | 1,000 | $ | 100,000 |
| 6 | Windstorm or Hail | $ | 1,000 | $ | 100,000 |
| 6 | All Covered Perils, other than collision, not listed separately on this Schedule | $ | 1,000 | $ | 10,000 |

CA T4 14 SCHED

COMMERCIAL AUTO
POLICY NUMBER: **AD-7N911433-21-CAG**                              ISSUE DATE: 07-15-21

# SCHEDULE EXTENSION

**This is an extension of CA T4 14 02 15**

**GARAGEKEEPERS COVERAGE AND PHYSICAL DAMAGE MULTIPLE DEDUCTIBLES**

**SCHEDULE**

**ITEM FIVE - GARAGEKEEPERS COVERAGE**

| Loc | Covered Causes of Loss** | Deductible For Each Covered "Auto" | Maximum Deductible in any one event |
|---|---|---|---|
| 7 | Flood | $    2,500 | $    250,000 |
| 7 | Earthquake | $    1,000 | $    100,000 |
| 7 | Windstorm or Hail | $    1,000 | $    100,000 |
| 7 | All Covered Perils, other than collision, not listed separately on this Schedule | $    1,000 | $    10,000 |

**ITEM SIX - PHYSICAL DAMAGE COVERAGE**

| Loc | Covered Causes of Loss** | Deductible For Each Covered "Auto" | Maximum Deductible in any one event |
|---|---|---|---|

**ITEM SIX - PHYSICAL DAMAGE COVERAGE**

| Loc | Covered Causes of Loss** | Deductible For Each Covered "Auto" | Maximum Deductible in any one event |
|---|---|---|---|
| 1 | Flood | $    2,500 | $    250,000 |
| 1 | Earthquake | $    2,500 | $    250,000 |
| 1 | Windstorm or Hail | $    1,000 | $    100,000 |
| 1 | All Covered Perils, other than collision, not listed separately on | $    1,000 | $    10,000 |

CA T4 14 SCHED

COMMERCIAL AUTO
POLICY NUMBER:  AD-7N911433-21-CAG               ISSUE DATE:  07-15-21

# SCHEDULE EXTENSION

### This is an extension of CA T4 14 02 15

**GARAGEKEEPERS COVERAGE AND PHYSICAL DAMAGE MULTIPLE DEDUCTIBLES**

### SCHEDULE

this Schedule

**ITEM SIX - PHYSICAL DAMAGE COVERAGE**

| Loc | Covered Causes of Loss** | Deductible For Each Covered "Auto" | Maximum Deductible in any one event |
|-----|--------------------------|------------------------------------|-------------------------------------|
| 2 | Flood | $    2,500 | $    250,000 |
| 2 | Earthquake | $    1,000 | $    100,000 |
| 2 | Windstorm or Hail | $    1,000 | $    100,000 |
| 2 | All Covered Perils, other than collision, not listed separately on this Schedule | $    1,000 | $    10,000 |

**ITEM SIX - PHYSICAL DAMAGE COVERAGE**

| Loc | Covered Causes of Loss** | Deductible For Each Covered "Auto" | Maximum Deductible in any one event |
|-----|--------------------------|------------------------------------|-------------------------------------|
| 3 | Flood | $    2,500 | $    250,000 |
| 3 | Earthquake | $    1,000 | $    100,000 |
| 3 | Windstorm or Hail | $    1,000 | $    100,000 |
| 3 | All Covered Perils, other than collision, not listed separately on this Schedule | $    1,000 | $    10,000 |

**ITEM SIX - PHYSICAL DAMAGE COVERAGE**

Deductible

CA T4 14 SCHED

Page   **4** of  **6**

COMMERCIAL AUTO
POLICY NUMBER: **AD-7N911433-21-CAG**                                    ISSUE DATE: 07-15-21

# SCHEDULE EXTENSION

**This is an extension of CA T4 14 02 15**

**GARAGEKEEPERS COVERAGE AND PHYSICAL DAMAGE MULTIPLE DEDUCTIBLES**

**SCHEDULE**

| Loc | Covered Causes of Loss** | For Each Covered "Auto" | Maximum Deductible in any one event |
|-----|--------------------------|-------------------------|-------------------------------------|
| 4 | Flood | $ 2,500 | $ 250,000 |
| 4 | Earthquake | $ 1,000 | $ 100,000 |
| 4 | Windstorm or Hail | $ 1,000 | $ 100,000 |
| 4 | All Covered Perils, other than collision, not listed separately on this Schedule | $ 1,000 | $ 10,000 |

**ITEM SIX - PHYSICAL DAMAGE COVERAGE**

| | | Deductible | |
|-----|--------------------------|-------------------------|-------------------------------------|
| Loc | Covered Causes of Loss** | For Each Covered "Auto" | Maximum Deductible in any one event |
| 5 | Flood | $ 2,500 | $ 250,000 |
| 5 | Earthquake | $ 1,000 | $ 100,000 |
| 5 | Windstorm or Hail | $ 1,000 | $ 100,000 |
| 5 | All Covered Perils, other than collision, not listed separately on this Schedule | $ 1,000 | $ 10,000 |

**ITEM SIX - PHYSICAL DAMAGE COVERAGE**

| | | Deductible | |
|-----|--------------------------|-------------------------|-------------------------------------|
| Loc | Covered Causes of Loss** | For Each Covered "Auto" | Maximum Deductible in any one event |
| 6 | Flood | $ 2,500 | $ 250,000 |

CA T4 14 SCHED

POLICY NUMBER: AD-7N911433-21-CAG

# SCHEDULE EXTENSION

**This is an extension of CA T4 14 02 15**

**GARAGEKEEPERS COVERAGE AND PHYSICAL DAMAGE MULTIPLE DEDUCTIBLES**

**SCHEDULE**

| | | | | |
|---|---|---|---|---|
| 6 | Earthquake | $ 1,000 | $ | 100,000 |
| 6 | Windstorm or Hail | $ 1,000 | $ | 100,000 |
| 6 | All Covered Perils, other than collision, not listed separately on this Schedule | $ 1,000 | $ | 10,000 |

ITEM SIX - PHYSICAL DAMAGE COVERAGE

| Loc | Covered Causes of Loss** | Deductible For Each Covered "Auto" | Maximum Deductible in any one event |
|---|---|---|---|
| 7 | Flood | $ 2,500 | $ 250,000 |
| 7 | Earthquake | $ 1,000 | $ 100,000 |
| 7 | Windstorm or Hail | $ 1,000 | $ 100,000 |
| 7 | All Covered Perils, other than collision, not listed separately on this Schedule | $ 1,000 | $ 10,000 |

CA T4 14 SCHED

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# 500 DOLLAR DEDUCTIBLE FOR WORK YOU PERFORMED DOES NOT APPLY

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

Paragraph **F.7. Limits Of Insurance – General Liability Coverages** of **Section II – General Liability Coverages** does not apply.

**CA 03 03 10 13**                    © Insurance Services Office, Inc., 2011                    Page 1 of 1



**TRAVELERS**                                    One Tower Square, Hartford, Connecticut 06183

**BUSINESS AUTO/AUTO DEALERS/**          **POLICY NUMBER:** AD-7N911433-21-CAG
**MOTOR CARRIER COVERAGE PART**          **ISSUE DATE:** 07-15-21
**SUPPLEMENTARY SCHEDULE**

**ITEM TWO**
**COVERAGE AND LIMITS OF INSURANCE**
**UNINSURED MOTORISTS COVERAGE AND UNDERINSURED MOTORISTS COVERAGE**

The LIMIT OF INSURANCE for the coverages shown below is the LIMIT OF INSURANCE shown for the State where a covered "auto" is principally garaged. Refer to the specific coverage endorsement for description of the coverage provided for each State listed below.

**Coverage**

UNINSURED MOTORISTS                    LIMIT OF INSURANCE

| State | "Bodily Injury" and "Property Damage" Each "Accident" | "Bodily Injury" Each "Accident" | "Bodily Injury" Each Person | "Bodily Injury" Each "Accident" | "Property Damage" Each "Accident" |
|---|---|---|---|---|---|
| NV | | $ 1,000,000 | | | |

UNDERINSURED MOTORISTS          LIMIT OF INSURANCE
(When not included in Uninsured Motorists Coverage)

| State | "Bodily Injury" and "Property Damage" Each "Accident" | "Bodily Injury" Each "Accident" | "Bodily Injury" Each Person | "Bodily Injury" Each "Accident" | "Property Damage" Each "Accident" |
|---|---|---|---|---|---|
| | | | | | |

**CA T0 30 02 16**          © 2015 The Travelers Indemnity Company. All rights reserved.          Page 1 of 1
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

# TABLE OF CONTENTS

# AUTO DEALERS COVERAGE FORM

Beginning on Page

SECTION I – COVERED AUTOS COVERAGES

Description Of Covered Auto Designation Symbols ........................................................... 1
Owned Autos You Acquire After The Policy Begins ......................................................... 2
Certain Trailers And Temporary Substitute Autos ........................................................... 2

Covered Autos Liability Coverage
    Coverage ........................................................................................................................ 2
    Who Is An Insured ......................................................................................................... 2
    Coverage Extensions .................................................................................................... 3
    Exclusions ...................................................................................................................... 3
    Limit of Insurance – Covered Autos Liability ............................................................... 6

Garagekeepers Coverage
    Coverage ........................................................................................................................ 6
    Who Is An Insured ......................................................................................................... 7
    Coverage Extensions .................................................................................................... 7
    Exclusions ...................................................................................................................... 7
    Limit of Insurance And Deductibles ............................................................................. 8

Physical Damage Coverage
    Coverage ........................................................................................................................ 8
    Coverage Extension – Loss of Use Expenses ............................................................ 8
    Exclusions ...................................................................................................................... 9
    Limits of Insurance ...................................................................................................... 10
    Deductible .................................................................................................................... 11

SECTION II – GENERAL LIABILITY COVERAGES

Bodily Injury And Property Damage Liability
    Coverage ...................................................................................................................... 11
    Exclusions .................................................................................................................... 12

Personal and Advertising Injury Liability
    Coverage ...................................................................................................................... 15
    Exclusions .................................................................................................................... 15

Locations and Operations Medical Payments
    Coverage ...................................................................................................................... 17
    Exclusions .................................................................................................................... 17

Who Is An Insured ........................................................................................................... 18
Supplementary Payments ................................................................................................ 19
Limits Of Insurance – General Liability  Coverages ........................................................ 19

SECTION III – ACTS, ERRORS OR OMISSIONS LIABILITY COVERAGES

Coverage ........................................................................................................................... 20
Exclusions ......................................................................................................................... 21
Who Is An Insured ............................................................................................................. 21
Supplementary Payments .................................................................................................. 21
Limit of Insurance And Deductible  ................................................................................... 22

---

**CA T0 84 02 16**

© 2015 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

Page 1 of 2

SECTION IV – CONDITIONS

Loss Conditions

Appraisal For Physical Damage Loss ................................................................ 22

Duties in the Event Of  Accident, Claim,  Offense,  Suit, Loss Or Acts, Errors Or Omissions ... 22

Legal Action Against Us ................................................................ 23

Loss Payment – Physical Damage Coverage ................................................................ 23

Transfer Of Rights Of  Recovery Against Others To Us ................................................................23

General Conditions

Bankruptcy ................................................................ 23

Concealment, Misrepresentation Or Fraud ................................................................ 23

Liberalization ................................................................ 23

No Benefit To Bailee  – Physical Damage Coverages ................................................................ 24

Other Insurance ................................................................ 24

Premium Audit ................................................................ 24

Policy Period, Coverage Territory ................................................................ 24

Two Or More Coverage Forms Or Policies Issued By Us ................................................................ 25

SECTION V – DEFINITIONS ................................................................ 25

© 2015 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

**CA T0 84 02 16**

# AUTO DEALERS COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations and include your spouse, if you are an individual. The words "we", "us" and "our" refer to the company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section **V** – Definitions.

## SECTION I – COVERED AUTOS COVERAGES

### A. Description Of Covered Auto Designation Symbols

Item Two of the Declarations shows the "autos" that are covered "autos" for each of your coverages. The following numerical symbols describe the "autos" that may be covered "autos". The symbols entered next to a coverage on the Declarations designate the only "autos" that are covered "autos".

| Symbol | Description Of Covered Auto Designation Symbols | |
|---|---|---|
| 21 | Any "Auto" | |
| 22 | Owned "Autos" Only | Only those "autos" you own (and for Covered Autos Liability Coverage any "trailers" you don't own while attached to power units you own). This includes those "autos" you acquire ownership of after the policy begins. |
| 23 | Owned Private Passenger "Autos" Only | Only the private passenger "autos" you own. This includes those private passenger "autos" you acquire ownership of after the policy begins. |
| 24 | Owned "Autos" Other Than Private Passenger "Autos" Only | Only those "autos" you own that are not of the private passenger type (and for Covered Autos Liability Coverage any "trailers" you don't own while attached to power units you own). This includes those "autos" not of the private passenger type you acquire owner ship of after the policy begins. |
| 25 | Owned "Autos" Subject To No-fault | Only those "autos" you own that are required to have no-fault benefits in the state where they are licensed or principally garaged. This includes those "autos" you acquire ownership of after the policy begins provided they are required to have no-fault benefits in the state where they are licensed or principally garaged. |
| 26 | Owned "Autos" Subject To A Compulsory Uninsured Motorists Law | Only those "autos" you own that because of the law in the state where they are licensed or principally garaged are required to have and cannot reject Uninsured Motorists Coverage. This includes those "autos" you acquire ownership of after the policy begins provided they are subject to the same state uninsured motorists requirement. |
| 27 | Specifically Described "Autos" | Only those "autos" described in Item Seven of the Declarations for which a premium charge is shown (and for Covered Autos Liability Coverage any "trailers" you don't own while attached to a power unit described in Item Seven). |
| 28 | Hired "Autos" Only | Only those "autos" you lease, hire, rent or borrow. This does not include any "auto" you lease, hire, rent, or borrow from any of your "employees", partners (if you are a partnership), members (if you are a limited liability company) or members of their households. |
| 29 | Non-owned "Autos" Used In Your "Auto" Dealership | Any "auto" you do not own, lease, hire, rent or borrow used in connection with your "auto" dealership described in the Declarations. This includes "autos" owned by your "employees" or partners (if you are a partnership), members (if you are a limited liability company) or members of their households while used in your "auto" dealership. |

© Insurance Services Office, Inc., 2011

| 30 | "Autos" Left With You For Service, Repair, Storage Or Safekeeping | Any land motor vehicle, trailer or semitrailer lawfully within your possession for service, repair, storage or safekeeping, with or without the vehicle owner's knowledge or consent. This also includes "autos" left in your care by your "employees" and members of their households who pay for the services performed. |
|----|----|----|
| 31 | "Auto" Dealers' "Autos" (Physical Damage Coverages) | Any "autos" and the interest s in these "autos" described in Item Six of the Declarations. |

**B. Owned Autos You Acquire After The Policy Begins**

1. If Symbols **21, 22, 23, 24, 25** or **26** are entered next to a coverage in Item Two of the Declarations, then you have coverage for "autos" that you acquire of the type described for the remainder of the policy period.

2. But, if Symbol **27** is entered next to a coverage in Item Two of the Declarations, an "auto" you acquire will be a covered "auto" for that coverage only if:

   a. We already cover all "autos" that you o wn for that coverage or it replaces an "auto" you previously owned that had that coverage; and

   b. You tell us within 30 days after you acquire it that you want us to cover it for that coverage.

**C. Certain Trailers And Temporary Substitute Autos**

If Covered Autos Liability Coverage is provided by this Coverage Form, the following types of vehicles are also covered "autos" for Covered Autos Liability Coverage:

1. "Trailers" with a load capacity of 2,000 pounds or less designed primarily for travel on public roads.

2. Any "auto" you do not own while used with the permission of its owner as a temporary substitute for a covered "auto" you own that is out of service because of its:

   a. Breakdown;

   b. Repair;

   c. Servicing;

   d. "Loss"; or

   e. Destruction.

**D. Covered Autos Liability Coverage**

1. **Coverage**

   We will pay all sums an "insured" legally must pay as damages because of "bodily injury" or "property damage" to which this insurance applies, caused by an "accident" and resulting from the ownership, maintenance or use of covered "autos".

   We will also pay all sums an "insured" legally must pay as a "covered pollution cost or expense" to which this insurance applies, caused by an "accident" and resulting from the ownership, maintenance or use of covered "autos". However, we will only pay for the "covered pollution cost or expense" if there is either "bodily injury" or "property damage" to which this insurance applies that is caused by the same "accident".

   We have the right and duty to defend any "insured" against a "suit" asking for such damages or a "covered pollution cost or expense". However, we have no duty to defend any "insured" against a "suit" seeking damages for "bodily injury" or "property damage" or a "covered pollution cost or expense" to which this insurance does not apply. We may investigate and settle any claim or "suit" as we consider appropriate. Our duty to defend or settle ends when the Covered "Autos" Liability Coverage Limit of Insurance has been exhausted by payment of judgments or settlements.

2. **Who Is An Insured**

   The following are "insureds" for covered "autos":

   a. You for any covered "auto".

   b. Anyone else while using with your permission a covered "auto" you own, hire or borrow except:

© Insurance Services Office, Inc., 2011

**(1)** The owner or anyone else from whom you hire or borrow a covered "auto".

This exception does not apply if the covered "auto" is a "trailer" connected to a covered "auto" you own.

**(2)** Your "employee" if the covered "auto" is owned by that "employee" or a member of his or her household.

**(3)** Someone using a covered "auto" while he or she is working in a business of selling, servicing or repairing "autos" unless that business is yours.

**(4)** Your customers. However, if a customer of yours:

**(a)** Has no other available insurance (whether primary, excess or contingent), they are an "insured" but only up to the compulsory or financial responsibility law limits where the covered "auto" is principally garaged.

**(b)** Has other available insurance (whether primary, excess or contingent) less than the compulsory or financial responsibility law limits where the covered "auto" is principally garaged, they are an "insured" only for the amount by which the compulsory or financial responsibility law limits exceed the limit of their other insurance.

**(5)** A partner (if you are a partnership), or a member (if you are a limited liability company), for a covered "auto" owned by him or her or a member of his or her household.

**c.** Anyone liable for the conduct of an "insured" described above but only to the extent of that liability.

**d.** Your "employee" while using a covered "auto" you do not own, hire or borrow in your business or your personal affairs.

**3. Coverage Extensions**

**a. Supplementary Payments**

We will pay for the "insured":

**(1)** All expenses we incur.

**(2)** Up to $2,000 for the cost of bail bonds (including bonds for related traffic law violations) required be-

cause of an "accident" we cover. We do not have to furnish these bonds.

**(3)** The cost of bonds to release attachments in any "suit" against the "insured" we defend, but only for bond amounts within our Limit of Insurance.

**(4)** All reasonable expenses incurred by the "insured" at our request, including actual loss of earnings up to $250 a day because of time off from work.

**(5)** All court costs taxed against the "insured" in any "suit" against the "insured" we defend. However, these payments do not include attorneys' fees or attorneys' expenses taxed against the "insured".

**(6)** All interest on the full amount of any judgment that accrues after entry of the judgment in any "suit" against the "insured" we defend; but our duty to pay interest ends when we have paid, offered to pay or deposited in court the part of the judgment that is within our Limit of Insurance.

These payments will not reduce the Limit of Insurance.

**b. Out-of-state Coverage Extensions**

While a covered "auto" is away from the state where it is licensed, we will:

**(1)** Increase the Limit of Insurance for Covered Autos Liability Coverage to meet the limits specified by a compulsory or financial responsibility law of the jurisdiction where the covered "auto" is being used. This extension does not apply to the limit or limits specified by any law governing motor carriers of passengers or property.

**(2)** Provide the minimum amounts and types of other coverages, such as no-fault, required of out-of-state vehicles by the jurisdiction where the covered "auto" is being used.

We will not pay anyone more than once for the same elements of loss because of these extensions.

**4. Exclusions**

This insurance does not apply to any of the following:

COMMERCIAL AUTO

**a. Expected Or Intended Injury**

"Bodily injury" or "property damage" expected or intended from the standpoint of the "insured".

**b. Contractual**

Liability assumed under any contract or agreement. But this exclusion does not apply to liability for damages:

**(1)** Assumed in a contract or agreement that is an "insured contract" provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement; or

**(2)** That the "insured" would have in the absence of the contract or agreement.

**c. Workers' Compensation**

Any obligation for which the "insured" or the "insured's" insurer may be held liable under any workers' compensation, disability benefits or unemployment compensation law or any similar law.

**d. Employee Indemnification And Employer's Liability**

"Bodily injury" to:

**(1)** An "employee" of the "insured" arising out of and in the course of:

**(a)** Employment by the "insured"; or

**(b)** Performing the duties related to the conduct of the "insured's" business; or

**(2)** The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraph **(1)** above.

This exclusion applies:

**(a)** Whether the "insured" may be liable as an employer or in any other capacity; and

**(b)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

But this exclusion does not apply to "bodily injury" to domestic "employees" not entitled to workers' compensation benefits or to liability assumed by the "insured" under an "insured contract". For the purposes of Covered Autos Liability Coverage, a domestic "employee" is a person engaged in household or domestic work

performed principally in connection with a residence premises.

**e. Fellow Employee**

"Bodily injury" to:

**(1)** Any fellow "employee" of the "insured" arising out of and in the course of the fellow "employee's" employment or while performing duties related to the conduct of your business; or

**(2)** The spouse, child, parent, brother or sister of that fellow "employee" as a consequence of Paragraph **(1)** above.

**f. Care, Custody Or Control**

"Property damage" to or "covered pollution cost or expense" involving:

**(1)** Property owned, rented or occupied by the "insured";

**(2)** Property loaned to the "insured";

**(3)** Property held for sale or being transported by the "insured"; or

**(4)** Property in the "insured's" care, custody or control.

But this exclusion does not apply to liability assumed under a sidetrack agreement.

**g. Leased Autos**

Any covered "auto" while leased or rented to others. But this exclusion does not apply to a covered "auto" you rent to one of your customers while their "auto" is left with you for service or repair.

**h. Pollution**

"Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

**(1)** That are, or that are contained in any property that is:

**(a)** Being transported or towed by, handled, or handled for movement into, onto or from, the covered "auto";

**(b)** Otherwise in the course of transit by or on behalf of the "insured"; or

**(c)** Being stored, disposed of, treated or processed in or upon the covered "auto";

**(2)** Before the "pollutants" or any property in which the "pollutants" are contained are moved from the place where they are accepted by the "insured" for movement into or onto the covered "auto"; or

**(3)** After the "pollutants" or any property in which the "pollutants" are contained are moved from the covered "auto" to the place where they are finally delivered, disposed of or abandoned by the "insured".

Paragraph **(1)** above does not apply to fuels, lubricants, fluids, exhaust gases or other similar "pollutants" that are needed for or result from the normal electrical, hydraulic or mechanical functioning of the covered "auto" or its parts, if the "pollutants" escape, seep, migrate, or are discharged, dispersed or released directly from an "auto" part designed by its manufacturer to hold, store, receive or dispose of such "pollutants".

Paragraphs **(2)** and **(3)** above of this exclusion do not apply to "accidents" that occur away from premises owned by or rented to an "insured" with respect to "pollutants" not in or upon a covered "auto" if:

**(a)** The "pollutants" or any property in which the "pollutants" are contained are upset, overturned or damaged as a result of the maintenance or use of a covered "auto"; and

**(b)** The discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused directly by such upset, overturn or damage.

**i. Racing**

Covered "autos" while used in any professional or organized racing or demolition contest or stunting activity, or while practicing for such contest or activity. This insurance also does not apply while that covered "auto" is being prepared for such a contest or activity.

**j. Handling Of Property**

"Bodily injury" or "property damage" resulting from the handling of property:

**(1)** Before it is moved from the place where it is accepted by the "insured" for movement into or onto the covered "auto"; or

**(2)** After it is moved from the covered "auto" to the place where it is finally delivered by the "insured".

**k. Movement Of Property By Mechanical Device**

"Bodily injury" or "property damage" resulting from the movement of property by a mechanical device (other than a hand truck) unless the device is attached to the covered "auto".

**l. Defective Products**

"Property damage" to any of your "products", if caused by a defect existing in your "products" or any part of your "products", at the time it was transferred to another.

**m. Work You Performed**

"Property damage" to "work you performed" if the "property damage" results from any part of the work itself or from the parts, materials or equipment used in connection with the work.

**n. Damage To Impaired Property Or Property Not Physically Damaged**

"Property damage" to "impaired property" or other property not physically damaged if caused by:

**(1)** A delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms.

**(2)** A defect, deficiency, inadequacy or dangerous condition in your "products" or "work you performed". But this exclusion, **n.(2)**, does not apply if the loss of use was caused by sudden and accidental damage to or destruction of your "products" or "work you performed" after they have been put to their intended use.

**o. Products Recall**

Damages claimed for any loss, cost or expense incurred by you or others for the loss of use, withdrawal, recall, inspection,

COMMERCIAL AUTO

repair, replacement, adjustment, removal or disposal of your "products" or "work you performed" or other property of which they form a part, if such product, work or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it.

**p. War**

"Bodily injury" or "property damage" arising directly or indirectly out of:

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power or action taken by governmental authority in hindering or defending against any of these.

**q. Acts, Errors Or Omissions**

"Bodily injury" or "property damage" arising out of "acts, errors or omissions".

**5. Limit Of Insurance – Covered Autos Liability**

For "accidents" resulting from the ownership, maintenance or use of covered "autos", the following applies:

Regardless of the number of covered "autos", "insureds", premiums paid, claims made or vehicles involved in the "accident", the most we will pay for the total of all damages and "covered pollution cost or expense" combined resulting from any one "accident" involving a covered "auto" is the Limit of Insurance for Covered "Autos" Liability Coverage shown in the Declarations.

Damages and "covered pollution cost or expense" payable under the Limit of Insurance for Covered "Autos" Liability Coverage are not payable under any applicable Limits of Insurance under Section **II** – General Liability Coverages or Section **III** – Acts, Errors Or Omissions Liability Coverage.

All "bodily injury", "property damage" and "covered pollution cost or expense" resulting from continuous or repeated exposure to

substantially the same conditions will be considered as resulting from one "accident".

No one will be entitled to receive duplicate payments for the same elements of "loss" under this Coverage Form and any Auto Medical Payments Coverage endorsement, Uninsured Motorists Coverage endorsement or Underinsured Motorists Coverage endorsement attached to this Coverage Part.

**E. Garagekeepers Coverage**

**1. Coverage**

**a.** We will pay all sums the "insured" legally must pay as damages for "loss" to a "customer's auto" or "customer's auto" equipment left in the "insured's" care while the "insured" is attending, servicing, repairing, parking or storing it in your "auto dealer operations" under:

**(1) Comprehensive Coverage**

From any cause except:

**(a)** The "customer's auto's" collision with another object; or

**(b)** The "customer's auto's" overturn.

**(2) Specified Causes Of Loss Coverage**

Caused by:

**(a)** Fire, lightning or explosion;

**(b)** Theft; or

**(c)** Mischief or vandalism.

**(3) Collision Coverage**

Caused by:

**(a)** The "customer's auto's" collision with another object; or

**(b)** The "customer's auto's" overturn.

**b.** We have the right and duty to defend any "insured" against a "suit" asking for these damages. However, we have no duty to defend any "insured" against a "suit" seeking damages for any loss to which this insurance does not apply. We may investigate and settle any claim or "suit" as we consider appropriate. Our duty to defend or settle ends for a coverage when the Limit of Insurance for that coverage has been exhausted by payment of judgments or settlements.

© Insurance Services Office, Inc., 2011

**CA 00 25 10 13**

**2. Who Is An Insured**

The following are "insureds" for "loss" to "customer's autos" and "customer's auto" equipment:

**a.** You.

**b.** Your partners and their spouses, if you are a partnership, but only with respect to the conduct of your "auto dealer operations".

**c.** Your members, if you are a limited liability company, but only with respect to the conduct of your "auto dealer operations". Your managers are also "insureds", but only with respect to their duties as your managers.

**d.** Your "executive officers" and directors, if you are an organization other than a partnership or limited liability company, but only with respect to their duties as your officers or directors. Your stockholders are also "insureds", but only with respect to their liability as stockholders.

**e.** Your "employees", other than either your "executive officers" (if you are an organization other than a partnership or limited liability company) or your managers (if you are a limited liability company), but only for acts within the scope of employment by you or while performing duties related to the conduct of your "auto dealer operations".

**3. Coverage Extensions**

The following apply as **Supplementary Payments.** We will pay for the "insured":

**a.** All expenses we incur.

**b.** The cost of bonds to release attachments in any "suit" against the "insured" we defend, but only for bond amounts within our Limit of Insurance.

**c.** All reasonable expenses incurred by the "insured" at our request, including actual loss of earnings up to $250 a day because of time off from work.

**d.** All court costs taxed against the "insured" in any "suit" against the "insured" we defend. However, these payments do not include attorneys' fees or attorneys' expenses taxed against the "insured".

**e.** All interest on the full amount of any judgment that accrues after entry of the judgment in any "suit" against the "in-

sured" we defend; but our duty to pay interest ends when we have paid, offered to pay or deposited in court the part of the judgment that is within our Limit of Insurance.

These payments will not reduce the Limit of Insurance.

**4. Exclusions**

**a.** This insurance does not apply to any of the following:

**(1) Contractual**

Liability resulting from any contract or agreement by which the "insured" accepts responsibility for "loss". But this exclusion does not apply to liability for "loss" that the "insured" would have in the absence of the contract or agreement.

**(2) Theft**

"Loss" due to theft or conversion caused in any way by you, your "employees" or by your stockholders.

**(3) Defective Parts**

Defective parts or materials.

**(4) Faulty Work**

Faulty "work you performed".

**b.** We will not pay for "loss" to any of the following:

**(1)** Tape decks or other sound-reproducing equipment unless permanently installed in a "customer's auto".

**(2)** Tapes, records or other sound-reproducing devices designed for use with sound-reproducing equipment.

**(3)** Sound-receiving equipment designed for use as a citizens' band radio, two-way mobile radio or telephone or scanning monitor receiver, including its antennas and other accessories, unless permanently installed in the dash or console opening normally used by the "customer's auto" manufacturer for the installation of a radio.

**(4)** Any device designed or used to detect speed-measuring equipment, such as radar or laser detectors, and any jamming apparatus intended to elude or disrupt speed-measuring equipment.

© Insurance Services Office, Inc., 2011

COMMERCIAL AUTO

**c.** We will not pay for "loss" caused by or resulting from the following. Such "loss" is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the "loss".

    **(1)** War, including undeclared or civil war;

    **(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

    **(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**5. Limit Of Insurance And Deductibles**

**a.** Regardless of the number of "customer's autos", "insureds", premiums paid, claims made or "suits" brought, the most we will pay for each "loss" at each location is the Garagekeepers Coverage Limit Of Insurance shown in the Declarations for that location. Prior to the application of this limit, the damages for "loss" that would otherwise be payable will be reduced by the applicable deductibles for "loss" caused by:

    **(1)** Collision; or

    **(2)** With respect to Garagekeepers Coverage Comprehensive or Specified Causes Of Loss Coverage:

        **(a)** Theft or mischief or vandalism; or

        **(b)** All perils.

**b.** The maximum deductible stated in the Declarations for Garagekeepers Coverage Comprehensive or Specified Causes Of Loss Coverage is the most that will be deducted for all "loss" in any one event caused by:

    **(1)** Theft or mischief or vandalism; or

    **(2)** All perils.

**c.** To settle a claim or "suit", we may pay all or any part of the deductible. If this happens, you must reimburse us for the deductible or that part of the deductible that we paid.

**F. Physical Damage Coverage**

**1. Coverage**

**a.** We will pay for "loss" to a covered "auto" or its equipment under:

    **(1) Comprehensive Coverage**

    From any cause except:

        **(a)** The covered "auto's" collision with another object; or

        **(b)** The covered "auto's" overturn.

    **(2) Specified Causes Of Loss Coverage**

    Caused by:

        **(a)** Fire, lightning or explosion;

        **(b)** Theft;

        **(c)** Windstorm, hail or earthquake;

        **(d)** Flood;

        **(e)** Mischief or vandalism; or

        **(f)** The sinking, burning, collision or derailment of any conveyance transporting the covered "auto".

    **(3) Collision Coverage**

    Caused by:

        **(a)** The covered "auto's" collision with another object; or

        **(b)** The covered "auto's" overturn.

**b. Glass Breakage – Hitting A Bird Or Animal – Falling Objects Or Missiles**

If you carry Comprehensive Coverage for the damaged covered "auto", we will pay for the following under Comprehensive Coverage:

    **(1)** Glass breakage;

    **(2)** "Loss" caused by hitting a bird or animal; and

    **(3)** "Loss" caused by falling objects or missiles.

However, you have the option of having glass breakage caused by a covered "auto's" collision or overturn considered a "loss" under Collision Coverage.

**2. Coverage Extension – Loss Of Use Expenses**

For Hired Auto Physical Damage, we will pay expenses for which an "insured" becomes legally responsible to pay for loss of use of a vehicle rented or hired without a driver, under

a written rental contract or agreement. We will pay for loss of use expenses if caused by:

**a.** Other than collision only if the Declarations indicates that Comprehensive Coverage is provided for any covered "auto";

**b.** Specified Causes of Loss only if the Declarations indicates that Specified Causes Of Loss Coverage is provided for any covered "auto"; or

**c.** Collision only if the Declarations indicates that Collision Coverage is provided for any covered "auto".

However, the most we will pay for any expenses for loss of use is $20 per day, to a maximum of $600.

**3. Exclusions**

**a.** We will not pay for "loss" caused by or resulting from any of the following. Such "loss" is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the "loss".

**(1) Nuclear Hazard**

**(a)** The explosion of any weapon employing atomic fission or fusion; or

**(b)** Nuclear reaction or radiation, or radioactive contamination, however caused.

**(2) War Or Military Action**

**(a)** War, including undeclared or civil war;

**(b)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(c)** Insurrection, rebellion, revolution, usurped power or action taken by governmental authority in hindering or defending against any of these.

**b.** We will not pay for "loss" to any of the following:

**(1)** Any covered "auto" leased or rented to others unless rented to one of your customers while their "auto" is left with you for service or repair.

**(2)** Any covered "auto" while used in any professional or organized racing or demolition contest or stunting activity, or while practicing for such contest or activity. We will also not pay for "loss" to any covered "auto" while that covered "auto" is being prepared for such contest or activity.

**(3)** Tapes, records, discs or other similar audio, visual or data electronic devices designed for use with audio, visual or data electronic equipment.

**(4)** Any device designed or used to detect speed-measuring equipment, such as radar or laser detectors, and any jamming apparatus intended to elude or disrupt speed-measuring equipment.

**(5)** Any electronic equipment, without regard to whether this equipment is permanently installed, that reproduces, receives or transmits audio, visual or data signals.

**(6)** Any accessories used with the electronic equipment described in Paragraph **(5)** above.

Exclusions **b.(5)** and **b.(6)** do not apply to equipment designed to be operated solely by use of the power from the "auto's" electrical system that, at the time of "loss", is:

**(a)** Permanently installed in or upon the covered "auto" ;

**(b)** Removable from a housing unit which is permanently installed in or upon the covered "auto";

**(c)** An integral part of the same unit housing any electrical equipment described in Paragraphs **(a)** and **(b)** above; or

**(d)** Necessary for the normal operation of the covered "auto" or the monitoring of the covered "auto's" operating system.

**c. False Pretense**

We will not pay for "loss" to a covered "auto" caused by or resulting from:

**(1)** Someone causing you to voluntarily part with it by trick or scheme or under false pretenses; or

COMMERCIAL AUTO

**(2)** Your acquiring an "auto" from a seller who did not have legal title.

**d.** We will not pay for:

**(1)** Your expected profit, including loss of market value or resale value.

**(2)** "Loss" to any covered "auto" displayed or stored at any location not shown in Item Three of the Declarations if the "loss" occurs more than 45 days after your use of the location begins.

**(3)** Under the Collision Coverage, "loss" to any covered "auto" while being driven or transported from the point of purchase or distribution to its destination if such points are more than 50 road miles apart.

**(4)** Under the Specified Causes of Loss Coverage, "loss" to any covered "auto" caused by or resulting from the collision or upset of any vehicle transporting it.

**e.** We will not pay for "loss" to a covered "auto" due to "diminution in value".

**f.** **Other Exclusions**

We will not pay for "loss" due and confined to:

**(1)** Wear and tear, freezing, mechanical or electrical breakdown.

**(2)** Blowouts, punctures or other road damage to tires.

This exclusion does not apply to such "loss" resulting from the total theft of a covered "auto".

**4.** **Limits Of Insurance**

**a.** The most we will pay for:

**(1)** "Loss" to any one covered "auto" is the lesser of:

**(a)** The actual cash value of the damaged or stolen property as of the time of "loss"; or

**(b)** The cost of repairing or replacing the damaged or stolen property with other property of like kind and quality.

**(2)** All electronic equipment that reproduces, receives or transmits audio, visual or data signals in any one "loss" is $1,000, if, at the time of "loss", such electronic equipment is:

**(a)** Permanently installed in or upon the covered "auto" in a housing, opening or other location that is not normally used by the "auto" manufacturer for the installation of such equipment;

**(b)** Removable from a permanently installed housing unit as described in Paragraph **(2)(a)** above; or

**(c)** An integral part of such equipment as described in Paragraphs **(2)(a)** and **(2)(b)** above.

**b.** An adjustment for depreciation and physical condition will be made in determining actual cash value in the event of a total "loss".

**c.** If a repair or replacement results in better than like kind or quality, we will not pay for the amount of the betterment.

**d.** The following provisions also apply:

**(1)** Regardless of the number of covered "autos" involved in the "loss", the most we will pay for all "loss" at any one location is the amount shown in the Declarations for that location. Regardless of the number of covered "autos" involved in the "loss", the most we will pay for all "loss" in transit is the amount shown in the Declarations for "loss" in transit.

**(2)** **Quarterly Or Monthly Reporting Premium Basis**

If, on the date of your last report, the actual value of the covered "autos" at the "loss" location exceeds what you last reported, when a "loss" occurs we will pay only a percentage of what we would otherwise be obligated to pay. We will determine this percentage by dividing your total reported value for the involved location by the total actual value at the "loss" location on the date of your last report.

If the first report due is delinquent on the date of "loss", the most we will pay will not exceed 75 percent of the Limit Of Insurance shown in the Declarations for the applicable location.

**(3)** **Nonreporting Premium Basis**

If, when "loss" occurs, the total value of your covered "autos" exceeds the

Limit Of Insurance shown in the Declarations, we will pay only a percentage of what we would otherwise be obligated to pay. We will determine this percentage by dividing the Limit of Insurance by the total actual value at the "loss" location at the time the "loss" occurred.

**5. Deductible**

For each covered "auto", our obligation to pay for, repair, return or replace damaged or stolen property will be reduced by the applicable deductible shown in the Declarations prior to the application of the Limit Of Insurance shown in the Declarations, provided that:

**a.** The Comprehensive or Specified Causes of Loss Coverage deductible applies only to "loss" caused by:

**(1)** Theft or mischief or vandalism; or

**(2)** All perils.

**b.** Regardless of the number of covered "autos" damaged or stolen, the per "loss" deductible for Comprehensive or Specified Causes of Loss Coverage shown in the Declarations is the maximum deductible applicable for all "loss" in any one event caused by:

**(1)** Theft or mischief or vandalism; or

**(2)** All perils.

**SECTION II – GENERAL LIABILITY COVERAGES**

**A. Bodily Injury And Property Damage Liability**

**1. Coverage**

**a.** We will pay all sums an "insured" legally must pay as damages because of "bodily injury" or "property damage" to which this insurance applies caused by an "accident", and resulting from your "auto dealer operations" other than the ownership, maintenance or use of "autos".

We have the right and duty to defend any "insured" against a "suit" asking for these damages. However, we have no duty to defend any "insured" against a "suit" seeking damages for "bodily injury" or "property damage" to which this insurance does not apply. We may investigate and settle any claim or "suit" as we consider appropriate. But:

**(1)** The amount we will pay for damages is limited as described in Paragraph

**F.** Limits Of Insurance – General Liability Coverages; and

**(2)** Our duty to defend or settle ends when the applicable limit of insurance has been exhausted by payment of judgments or settlements under Paragraph **A.** Bodily Injury And Property Damage Liability or **B.** Personal And Advertising Injury Liability or medical expenses under Paragraph **C.** Locations And Operations Medical Payments.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments.

**b.** This insurance applies to "bodily injury" and "property damage" only if:

**(1)** The "accident" occurs in the coverage territory;

**(2)** The "bodily injury" or "property damage" occurs during the policy period; and

**(3)** Prior to the policy period, no "insured" listed under Paragraphs **D.1.** through **D.4.** of the Who Is An Insured provision and no "employee" authorized by you to give or receive notice of an "accident" or claim, knew that the "bodily injury" or "property damage" had occurred, in whole or in part. If such a listed "insured" or authorized "employee" knew, prior to the policy period, that the "bodily injury" or "property damage" occurred, then any continuation, change or resumption of such "bodily injury" or "property damage" during or after the policy period will be deemed to have been known prior to the policy period.

**c.** "Bodily injury" or "property damage" which occurs during the policy period and was not, prior to the policy period, known to have occurred by any "insured" listed under Paragraphs **D.1.** through **D.4.** of the Who Is An Insured provision or any "employee" authorized by you to give or receive notice of an "accident" or claim, includes any continuation, change or resumption of that "bodily injury" or "property damage" after the end of the policy period.

COMMERCIAL AUTO

**d.** "Bodily injury" or "property damage" will be deemed to have been known to have occurred at the earliest time when any "insured" listed under Paragraphs **D.1.** through **D.4.** of the Who Is An Insured provision or any "employee" authorized by you to give or receive notice of an "accident" or claim:

**(1)** Reports all, or any part, of the "bodily injury" or "property damage" to us or any other insurer;

**(2)** Receives a written or verbal demand or claim for damages because of the "bodily injury" or "property damage"; or

**(3)** Becomes aware by any other means that "bodily injury" or "property damage" has occurred or has begun to occur.

**2. Exclusions**

This insurance does not apply to any of the following:

**a. Expected Or Intended Injury**

"Bodily injury" or "property damage" expected or intended from the standpoint of the "insured". This exclusion does not apply to "bodily injury" resulting from the use of reasonable force to protect persons or property.

**b. Contractual**

Liability assumed under any contract or agreement. But this exclusion does not apply to liability for damages:

**(1)** Assumed in a contract or agreement that is an "insured contract", provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement; or

**(2)** That the "insured" would have in the absence of the contract or agreement.

**c. Workers' Compensation**

Any obligation for which the "insured" or the "insured's" insurer may be held liable under any workers' compensation, disability benefits or unemployment compensation law or any similar law.

**d. Employee Indemnification And Employer's Liability**

"Bodily injury" to:

**(1)** An "employee" of the "insured" arising out of and in the course of:

**(a)** Employment by the "insured"; or

**(b)** Performing the duties related to the conduct of the "insured's" business;

**(2)** The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraph **(1)** above.

**(3)** A person arising out of any:

**(a)** Refusal to employ that person;

**(b)** Termination of that person's employment; or

**(c)** Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination or malicious prosecution directed at that person; or

**(4)** The spouse, child, parent, brother or sister of that person as a consequence of "bodily injury" to that person at whom any of the employment-related practices described in Paragraph **(3)(a), (b)** or **(c)** above are directed.

This exclusion applies:

**(a)** Whether the injury-causing event described in Paragraph **(3)(a), (b)** or **(c)** above occurs before employment, during employment or after employment of that person;

**(b)** Whether the "insured" may be liable as an employer or in any other capacity; and

**(c)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

Paragraphs **(1)** and **(2)** of this exclusion do not apply to liability assumed by the "insured" under an "insured contract".

**e. Damage To Property**

"Property damage" to:

**(1)** Property you own, rent or occupy, including any costs or expenses incurred by you, or any other person,

organization or entity, for repair, replacement, enhancement, restoration or maintenance of such property for any reason, including prevention of injury to a person or damage to another's property;

**(2)** Property loaned to the "insured";

**(3)** Property held for sale or being transported by the "insured"; or

**(4)** Property in the "insured's" care, custody or control.

Paragraphs **(1)**, **(2)** and **(4)** of this exclusion do not apply to "property damage" (other than damage by fire) to premises, including the contents of such premises, rented to you for a period of seven or fewer consecutive days. A separate limit of insurance applies to Damage To Premises Rented To You a s described in Paragraph **F.** Limits Of Insurance – General Liability Coverages.

This exclusion does not apply to liability assumed under a sidetrack agreement.

**f. Pollution**

**(1)** "Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

  **(a)** At or from any premises, site or location that is or was at any time owned or occupied by, or rented or loaned to, any "insured";

  **(b)** At or from any premises, site or location that is or was at any time used by or for any "insured" or others for the handling, storage, disposal, processing or treatment of waste;

  **(c)** At or from any premises, site or location on which any "insured" or any contractors or subcontractors working directly or indirectly on any "insured's" behalf are performing operations:

    **(i)** To test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of the "pollutants"; or

    **(ii)** If the "pollutants" are brought on or to the premises, site or location in connection with such operations by such "insured", contractor or subcontractor; or

  **(d)** That are or were at any time transported, handled, stored, treated, disposed of, or processed as waste by or for any "insured" or any person or organization for whom you may be legally responsible.

Paragraphs **(1)(a)** and **(1)(c)(ii)** do not apply to "bodily injury" or "property damage" arising out of heat, smoke or fumes from a hostile fire. A hostile fire means one that becomes uncontrollable, or breaks out from where it was intended to be.

Paragraph **(1)(a)** does not apply to "bodily injury" if sustained within a building and caused by smoke, fumes, vapor or soot produced by or originating from equipment that is used to heat, cool or dehumidify the building, or equipment that is used to heat water for personal use, by the building's occupants or their guests.

Paragraph **(1)(c)(ii)** does not apply to "bodily injury" or "property damage" sustained within a building and caused by the release of gases, fumes or vapors from material brought into that building in connection with operations being performed by you or on your behalf by a contractor or subcontractor.

**(2)** Any loss, cost or expense arising out of any:

  **(a)** Request, demand, order or statutory or regulatory requirement that any "insured" or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants"; or

  **(b)** Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxify-

COMMERCIAL AUTO

ing or neutralizing, or in any way responding to or assessing the effects of "pollutants".

However, this paragraph does not apply to liability for damages because of "property damage" that the "insured" would have in the absence of such request, demand, order or statutory or regulatory requirement, or such claim or "suit" by or on behalf of a governmental authority.

**g. Aircraft, Auto Or Watercraft**

"Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft owned or operated by or rented or loaned to any "insured". Use includes operation and "loading or unloading".

This exclusion applies even if the claims against any "insured" allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that "insured", if the "accident" which caused the "bodily injury" or "property damage" involved the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft that is owned or operated by or rented or loaned to any "insured".

This exclusion does not apply to:

**(1)** A watercraft while ashore on premises where you conduct "auto dealer operations";

**(2)** A watercraft you do not own that is:

**(a)** Less than 26 feet long; and

**(b)** Not being used to carry persons or property for a charge; or

**(3)** Liability assumed under any "insured contract" for the ownership, maintenance or use of aircraft or watercraft.

**h. Defective Products**

"Property damage" to any of your "products", if caused by a defect existing in your "products" or any part of your "products", at the time it was transferred to another.

**i. Work You Performed**

"Property damage" to "work you performed" if the "property damage" results from any part of the work itself or from the parts, materials or equipment used in connection with the work.

**j. Damage To Impaired Property Or Property Not Physically Damaged**

"Property damage" to "impaired property" or other property not physically damaged if caused by:

**(1)** A delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms.

**(2)** A defect, deficiency, inadequacy or dangerous condition in your "products" or "work you performed". But this exclusion, **j.(2)**, does not apply if the loss of use was caused by sudden and accidental damage to or destruction of your "products" or "work you performed" after they have been put to their intended use.

**k. Products Recall**

Damages claimed for any loss, cost or expense incurred by you or others for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of your "products" or "work you performed" or other property of which they form a part, if such product, work or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it.

**l. War**

"Bodily injury" or "property damage" arising directly or indirectly out of:

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**m. Recording And Distribution Of Material Or Information In Violation Of Law**

"Bodily injury" or "property damage" arising directly or indirectly out of any action

© Insurance Services Office, Inc., 2011

**CA 00 25 10 13**

or omission that violates or is alleged to violate:

**(1)** The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law;

**(2)** The CAN-SPAM Act of 2003, including any amendment of or addition to such law;

**(3)** The Fair Credit Reporting Act (FCRA), and any amendment of or addition to such law, including the Fair And Accurate Credit Transaction Act (FACTA); or

**(4)** Any federal, state or local statute, ordinance or regulation, other than the TCPA or CAN-SPAM Act of 2003 or FCRA and their amendments and additions, that addresses, prohibits or limits the printing, dissemination, disposal, collecting, recording, sending, transmitting, communicating or distribution of material or information.

**n. Personal And Advertising Injury**

"Bodily injury" arising out of "personal and advertising injury".

**o. Liquor Liability**

"Bodily injury" or "property damage" for which any "insured" may be held liable by reason of:

**(1)** Causing or contributing to the intoxication of any person;

**(2)** The furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or

**(3)** Any statute, ordinance or regulation relating to the sale, gift, distribution or use of alcoholic beverages.

This exclusion applies only if you are in the business of manufacturing, distributing, selling, serving or furnishing alcoholic beverages.

Exclusions **c.** through **o.** do not apply to damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner. A separate limit of insurance applies to this coverage as described in Paragraph **F.** Limits Of Insurance – General Liability Coverages.

**B. Personal And Advertising Injury Liability**

**1. Coverage**

We will pay all sums the "insured" legally must pay as damages because of "personal and advertising injury" to which this insurance applies, caused by an offense arising out of your "auto dealer operations", but only if the offense was committed in the coverage territory during the policy period.

We will have the right and duty to defend any "insured" against a "suit" asking for these damages. However, we have no duty to defend any "insured" against a "suit" seeking damages for "personal and advertising injury" to which this insurance does not apply. We may investigate and settle any claim or "suit" as we consider appropriate. But:

**a.** The amount we will pay for damages is limited as described in Paragraph **F.** Limits Of Insurance – General Liability Coverages; and

**b.** Our duty to defend or settle ends when the applicable limit of insurance has been exhausted by payment of judgments or settlements under Paragraph **A.** Bodily Injury And Property Damage Liability or Paragraph **B.** Personal And Advertising Injury Liability or medical expenses under Paragraph **C.** Locations And Operations Medical Payments.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments.

**2. Exclusions**

This insurance does not apply to:

**a. Knowing Violation Of Rights Of Another**

"Personal and advertising injury" caused by or at the direction of the "insured" with the knowledge that the act would violate the rights of another and would inflict "personal and advertising injury".

**b. Material Published With Knowledge Of Falsity**

"Personal and advertising injury" arising out of oral or written publication of material, if done by or at the direction of the "insured" with knowledge of its falsity.

COMMERCIAL AUTO

**c. Material Published Prior To Policy Period**

"Personal and advertising injury" arising out of oral or written publication of material whose first publication took place before the beginning of the policy period.

**d. Criminal Acts**

"Personal and advertising injury" arising out of a criminal act committed by or at the direction of the "insured".

**e. Contractual**

"Personal and advertising injury" for which the "insured" has assumed liability in a contract or agreement. This exclusion does not apply to liability for damages that the "insured" would have in the absence

**f. Breach Of Contract**

"Personal and advertising injury" arising out of a breach of contract, except an implied contract to use another's advertising idea in your "advertisement".

**g. Quality Or Performance Of Goods – Failure To Conform To Statements**

"Personal and advertising injury" arising out of the failure of goods, products or services to conform with any statement of quality or performance made in your "advertisement".

**h. Wrong Description Of Prices**

"Personal and advertising injury" arising out of the wrong description of the price of goods, products or services stated in your "advertisement".

**i. Infringement Of Copyright, Patent, Trademark Or Trade Secret**

"Personal and advertising injury" arising out of the infringement of copyright, patent, trademark, trade secret or other intellectual property rights. Under this exclusion, such other intellectual property rights do not include the use of another's advertising idea in your "advertisement".

However, this exclusion does not apply to infringement, in your "advertisement", of copyright, trade dress or slogan.

**j. Electronic Chat Rooms Or Bulletin Boards**

"Personal and advertising injury" arising out of an electronic chat room or bulletin board the "insured" hosts, owns, or over which the "insured" exercises control.

**k. Unauthorized Use Of Another's Name Or Product**

"Personal and advertising injury" arising out of the unauthorized use of another's name or product in your e-mail address, domain name or metatag, or any other similar tactics to mislead another's potential customers.

**l. Pollution**

"Personal and advertising injury" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" at any time.

**m. Pollution-related**

Any loss, cost or expense arising out of any:

**(1)** Request, demand, order or statutory or regulatory requirement that any "insured" or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

**(2)** Claim or "suit" by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

**n. War**

"Personal and advertising injury" arising, directly or indirectly, out of:

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

© Insurance Services Office, Inc., 2011    **CA 00 25 10 13**

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**o. Recording And Distribution Of Material Or Information In Violation Of Law**

"Personal and advertising injury" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

**(1)** The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law; or

**(2)** The CAN-SPAM Act of 2003, including any amendment of or addition to such law;

**(3)** The Fair Credit Reporting Act (FCRA), and any amendment of or addition to such law, including the Fair And Accurate Credit Transaction Act (FACTA); or

**(4)** Any federal, state or local statute, ordinance or regulation, other than the TCPA or CAN-SPAM Act of 2003 or FCRA and their amendments and additions, that addresses, prohibits or limits the printing, dissemination, disposal, collecting, recording, sending, transmitting, communicating or distribution of material or information.

**p. Employment-related Practices**

"Personal and advertising injury" to:

**(1)** A person arising out of any:

**(a)** Refusal to employ that person;

**(b)** Termination of that person's employment; or

**(c)** Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination or malicious prosecution directed at that person; or

**(2)** The spouse, child, parent, brother or sister of that person as a consequence of "personal and advertising injury" to that person at whom any of the employment-related practices described in Paragraph **(1)(a), (b)** or **(c)** above are directed.

This exclusion applies:

**(a)** Whether the injury-causing event described in Paragraph **(1)(a), (b)** or **(c)** above occurs before employment, during employment or after employment of that person;

**(b)** Whether the "insured" may be liable as an employer or in any other capacity; and

**(c)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

**q. Acts, Errors Or Omissions**

"Personal and advertising injury" arising out of "acts, errors or omissions".

**C. Locations And Operations Medical Payments**

**1. Coverage**

**a.** We will pay medical expenses as described below to or for each person who sustains "bodily injury" to which this coverage applies, caused by an "accident" and resulting from your "auto dealer operations".

**b.** We will pay only those expenses incurred for services rendered within one year from the date of the "accident".

**c.** We will make these payments regardless of fault. These payments will not exceed the applicable limit of insurance. We will pay reasonable expense s for:

**(1)** First aid administered at the time of an "accident";

**(2)** Necessary medical, surgical, diagnostic imaging and dental services, including prosthetic devices; and

**(3)** Necessary ambulance, hospital, professional nursing and funeral services.

**2. Exclusions**

This insurance does not apply to "bodily injury":

**a. Workers' Compensation**

To a person, whether or not an "employee" of any "insured", if benefits for the "bodily injury" are payable or must be provided under a workers' compensation or disability benefits law or a similar law.

**b. Insured**

To any "insured".

**c. Hired Person**

To a person hired to do work for or on behalf of any "insured" or a tenant of any "insured".

**d. Injury On Normally Occupied Premises**

To a person injured on that part of the premises you own or rent that the person normally occupies.

**e. Athletic Activities**

To a person injured while practicing, instructing or participating in any physical exercises or games, sports, or athletic contests.

**f. Injury Away From Auto Dealer Locations**

Sustained by a person away from locations owned, maintained or used for your "auto dealer operations".

**g. Bodily Injury And Property Damage Liability**

Excluded under Paragraph **A.** Bodily Injury And Property Damage Liability.

**D. Who Is An Insured**

The following are "insureds" for General Liability Coverages:

**1.** You.

**2.** Your partners and their spouses, if you are a partnership, but only with respect to the conduct of your "auto dealer operations".

**3.** Your members, if you are a limited liability company, but only with respect to the conduct of your "auto dealer operations". Your managers are also "insureds", but only with respect to their duties as your managers.

**4.** Your "executive officers" and directors, if you are an organization other than a partnership or limited liability company, but only with respect to their duties as your officers or directors. Your stockholders are also "insureds", but only with respect to their liability as stockholders.

**5.** Your "employees", other than either your "executive officers" (if you are an organization other than a partnership or limited liability company) or your managers (if you are a limited liability company), but only for acts within the scope of employment by you or while performing duties related to the conduct of your "auto dealer operations". However, no "employee" is an "insured" for:

**a.** "Bodily injury" or "personal and advertising injury":

**(1)** To you (if you are an individual), your partners (if you are a partnership), your members (if you are a limited liability company) or a fellow "employee" of the "insured" while in the course of his or her employment or while performing duties related to the conduct of your "auto dealer operations";

**(2)** To the spouse, child, parent, brother or sister of that fellow "employee" as a consequence of Paragraph **(1)** above;

**(3)** For which there is any obligation to share damages with or repay someone else who must pay damages because of the injury described in Paragraph **(1)** or **(2)** above; or

**(4)** Arising out of his or her providing or failing to provide professional health care services.

**b.** "Property damage" to property:

**(1)** Owned, occupied or used by;

**(2)** Rented to, in the care, custody or control of, or over which physical control is being exercised for any purpose by

you, any of your "employees", any partner or member (if you are a partnership), or any member (if you are a limited liability company).

**6.** Any "auto" dealership that is acquired or formed by you, other than a partnership or limited liability company, and over which you maintain ownership or majority interest, will qualify as a Named Insured if there is no other similar insurance available to that "auto" dealership. However:

**a.** Coverage under this provision is afforded only until the 90th day after you acquire or form the "auto" dealership or the end of the policy period, whichever is earlier; and

**b.** Coverage does not apply to:

**(1)** "Bodily injury" or "property damage" that occurred; or

**(2)** "Personal and advertising injury" arising out of an offense committed

before you acquired or formed the "auto" dealership.

No person or organization is an "insured" with respect to the conduct of any current or past partnership or limited liability company that is not shown as a Named Insured in the Declarations.

**E. Supplementary Payments**

With respect to coverage provided under Bodily Injury And Property Damage Liability and Personal And Advertising Injury Liability Coverages, we will pay for the "insured":

1. All expenses we incur.

2. The cost of bonds to release attachments in any "suit" against the "insured" we defend, but only for bond amounts within our Limit of Insurance.

3. All reasonable expenses incurred by the "insured" at our request, including actual loss of earnings up to $250 a day because of time off from work.

4. All court costs taxed against the "insured" in any "suit" against the "insured" we defend. However, these payments do not include attorneys' fees or attorneys' expenses taxed against the "insured".

5. All interest on the full amount of any judgment that accrues after entry of the judgment in any "suit" against the "insured" we defend; but our duty to pay interest ends when we have paid, offered to pay or deposited in court the part of the judgment that is within our Limit of Insurance.

These payments will not reduce the Limit of Insurance.

**F. Limits Of Insurance – General Liability Coverages**

1. Regardless of the number of "insureds", claims made or "suits" brought or persons or organizations making claims or bringing "suits", the:

   **a.** General Liability Aggregate Limit shown in the Declarations is the most we will pay for the sum of all:

      **(1)** Damages under Paragraph **A.** Bodily Injury And Property Damage Liability, except damages because of "bodily injury" and "property damage" that are both:

         **(a)** Sustained away from locations owned, maintained or used for

your "auto dealer operations"; and

         **(b)** Arising out of your "products" or "work you performed";

      **(2)** Damages under Paragraph **B.** Personal And Advertising Injury Liability; and

      **(3)** Medical expenses under Paragraph **C.** Locations And Operations Medical Payments.

   **b.** The Products And Work You Performed Aggregate Liability Limit is the most we will pay under Paragraph **A.** Bodily Injury And Property Damage Liability for "bodily injury" and "property damage" that are both:

      **(1)** Sustained away from locations owned, maintained or used for your "auto dealer operations"; and

      **(2)** Arising out of your "products" or "work you performed".

2. Subject to Paragraph **1.a.** above, the Personal And Advertising Injury Liability Limit is the most we will pay for the sum of all damages because of all "personal and advertising injury" sustained by any one person or organization under Paragraph **B.** Personal And Advertising Injury Liability.

3. Subject to Paragraph **1.a.** above, the Locations And Operations Medical Payments Limit is the most we will pay for all medical expenses because of "bodily injury" for each person injured in any one "accident" under Paragraph **C.** Locations And Operations Medical Payments.

4. Subject to Paragraph **1.a.** or **1.b.** above, whichever applies, the General Liability Bodily Injury And Property Damage Liability Each "Accident" Limit shown in the Declarations is the most we will pay for the sum of all damages under Paragraph **A.** Bodily Injury And Property Damage Liability resulting from any one "accident".

Damages payable under any applicable Limits of Insurance for General Liability Coverages are not payable under Section **I** – Covered Autos Coverages or Section **III** – Acts, Errors Or Omissions Liability Coverage.

5. Subject to Paragraph **4.** above, the Damage To Premises Rented To You Limit is the most we will pay under Paragraph **A.** Bodily Injury And Property Damage Liability for damages

because of "property damage" to any one premises, while rented to you, or in the case of damage by fire, while rented to you or temporarily occupied by you with permission of the owner.

6. The Aggregate Limits of Insurance for General Liability Coverages apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Aggregate Limits of Insurance – General Liability Coverages.

7. We will deduct $500 from the damages in any "accident" resulting from "property damage" to an "auto" as a result of "work you performed" on that "auto".

## SECTION III – ACTS, ERRORS OR OMISSIONS LIABILITY COVERAGES

### A. Coverage

We will pay all sums that an "insured" legally must pay as damages because of any "act, error or omission" of the "insured" to which this insurance applies and arising out of the conduct of your "auto dealer operations", but only if the "act, error or omission" is committed in the coverage territory during the policy period.

We will have the right and duty to defend any "insured" against a "suit" asking for these damages. However, we have no duty to defend any "insured" against a "suit" seeking damages for "acts, error or omissions" to which this insurance does not apply. We may investigate and settle any claim or "suit" as we consider appropriate. But:

1. The amount we will pay for damages is limited as described in Paragraph **E.** Limits Of Insurance And Deductible; and

2. Our duty to defend or settle ends when we have used up the applicable limit of insurance in the payment of judgments or settlements.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Paragraph **D.** Supplementary Payments.

### B. Exclusions

This insurance does not apply to:

1. **Criminal, Fraudulent, Malicious, Dishonest Or Intentional Acts**

   Damages arising out of any criminal, fraudulent, malicious, dishonest or intentional "act, error or omission" by an "insured", including the willful or reckless violation of any law or regulation. However, this exclusion does not apply to any "insured" who did not:

   **a.** Personally commit;

   **b.** Personally participate in;

   **c.** Personally acquiesce to; or

   **d.** Remain passive after having knowledge of;

   any such "act, error or omission".

2. **Bodily Injury, Property Damage Or Personal And Advertising Injury**

   "Bodily injury", "property damage" or "personal and advertising injury".

3. **Profit Gain**

   Damages based upon, attributable to or arising in fact out of the gaining of any profit, remuneration or advantage to which any "insured" was not entitled.

4. **Contractual**

   Liability for which the "insured" has assumed in a contract or agreement. This exclusion does not apply to liability for damages that the "insured" would have in the absence of the contract or agreement.

5. **Noncompensatory Damages**

   Criminal fines or penalties imposed by law or regulation, punitive or exemplary damages or demands for injunctive or equitable relief.

6. **Quality Or Performance Of Goods – Failure To Conform To Statements**

   Damages arising out of the failure of goods, products or services to conform with any statement of quality or performance.

7. **Recording And Distribution Of Material Or Information In Violation Of Law**

   Damages arising directly or indirectly out of any "act, error or omission" that violates or is alleged to violate:

   **a.** The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law;

   **b.** The CAN-SPAM Act of 2003, including any amendment of or addition to such law;

**c.** The Fair Credit Reporting Act (FCRA), and any amendment of or addition to such law, including the Fair and Accurate Credit Transaction Act (FACTA); or

**d.** Any federal, state or local statute, ordinance or regulation, other than the TCPA, CAN-SPAM Act of 2003 or FCRA and their amendments and additions, that addresses, prohibits, or limits the printing, dissemination, disposal, collecting, recording, sending, transmitting, communicating or distribution of material or information.

**8. Discrimination**

Damages arising directly or indirectly out of any "act, error or omission" that violates a person's civil rights with respect to such person's race, color, national origin, religion, gender, marital status, age, sexual orientation or preference, physical or mental condition, or any other protected class or characteristic established by any federal, state or local statutes, rules or regulations.

**9. Bankruptcy Or Insolvency**

Damages arising out of the:

**a.** Bankruptcy;

**b.** Financial inability to pay;

**c.** Insolvency;

**d.** Liquidation; or

**e.** Receivership;

of any insurance company, reinsurer or other risk-assuming entity in which the "insured" has placed or obtained insurance for a customer.

However, this exclusion does not apply if the insurance company, reinsurer or other risk-assuming entity was rated "B+" or higher by A. M. Best Company, Inc. at the time the insurance was placed or obtained.

**C. Who Is An Insured**

The following are "insureds" for "acts, errors or omissions":

**1.** You.

**2.** Your partners and their spouses, if you are a partnership, but only with respect to the conduct of your "auto dealer operations".

**3.** Your members, if you are a limited liability company, but only with respect to the conduct of your "auto dealer operations". Your man-

agers are also "insureds", but only with respect to their duties as your managers.

**4.** Your "executive officers" and directors, if you are an organization other than a partnership or limited liability company, but only with respect to their duties as your officers or directors. Your stockholders are also "insureds", but only with respect to their liability as stockholders.

**5.** Your "employees", other than either your "executive officers" (if you are an organization other than a partnership or limited liability company) or your managers (if you are a limited liability company), but only for acts within the scope of employment by you or while performing duties related to the conduct of your "auto dealer operations".

**6.** Any "auto" dealership that is acquired or formed by you, other than a partnership or limited liability company, and over which you maintain ownership or majority interest, will qualify as a Named  Insured if there is no other similar insurance available to that "auto" dealership. However:

**a.** Coverage under this provision is afforded only until the 90th day after you acquire or form the "auto" dealership or the end of the policy period, whichever is earlier; and

**b.** Coverage does not apply to "acts, errors or omissions" that were committed before you acquired or formed the "auto" dealership.

No person or organization is an "insured" with respect to the conduct of any current or past partnership or limited liability company that is not shown as a Named Insured in the Declarations.

**D. Supplementary Payments**

With respect to "Acts, Errors Or Omissions" Liability Coverage, we will pay for the  "insured":

**1.** All expenses we incur.

**2.** The cost of bonds to release attachments in any "suit" against the "insured" we defend, but only for bond amounts within our Limit of Insurance.

**3.** All reasonable expenses incurred by the "insured" at our request, including actual loss of earnings up to $250  a day because of time off from work.

**4.** All court costs taxed against the "insured" in any "suit" against the "insured" we defend. However, these payments do not include at-

COMMERCIAL AUTO

torneys' fees or attorneys' expenses taxed against the "insured".

**5.** All interest on the full amount of any judgment that accrues after entry of the judgment in any "suit" against the "insured" we defend; but our duty to pay interest ends when we have paid, offered to pay or deposited in court the part of the judgment that is within our Limit of Insurance.

These payments will not reduce the Limit of Insurance.

**E. Limit Of Insurance And Deductible**

**1.** Regardless of the number of:

**a.** "Insureds";

**b.** Claims made or "suits" brought;

**c.** Persons or organizations making claims or bringing "suits"; or

**d.** "Acts, errors or omissions",

the "Acts, Errors Or Omissions" Liability Aggregate Limit shown in the Declarations is the most we will pay for all damages because of "acts, errors or omissions" under Section **III.**

**2.** Damages payable under the Limits of Insurance for "Acts, Errors Or Omissions" Liability Coverage are not payable under any applicable Limits of Insurance under Section **I –** Covered Autos Coverages or Section **II –** General Liability Coverages.

**3.** Our obligation to pay damages applies only to the amount of damages in excess of any deductible amount stated in the Declarations as applicable to this coverage. The Limits of Insurance for "Acts, Errors Or Omissions" Liability Coverage will not be reduced by the amount of this deductible.

To settle a claim or "suit", we may pay all or any part of the deductible. If this happens, you must reimburse us for the deductible or that part of the deductible that we paid.

**4.** The "Acts, Errors Or Omissions" Liability Aggregate Limit applies separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the "Acts, Errors Or Omissions" Liability Aggregate Limit.

**SECTION IV – CONDITIONS**

The following conditions apply in addition to the Common Policy Conditions:

**A. Loss Conditions**

**1. Appraisal For Physical Damage Loss**

If you and we disagree on the amount of "loss", either may demand an appraisal of the "loss". In this event, each party will select a competent appraiser. The two appraisers will select a competent and im partial umpire.

The appraisers will state separately the actual cash value and amount of "loss". If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

**a.** Pay its chosen appraiser; and

**b.** Bear the other expenses of the appraisal and umpire equally.

If we submit to an appraisal, we will still retain our right to deny the claim.

**2. Duties In The Event Of Accident, Claim, Offense, Suit, Loss Or Acts, Errors Or Omissions**

We have no duty to provide coverage under this policy unless there has been full compliance with the fol lowing duties:

**a.** In the event of "accident", claim, "suit", offense, "loss" or "act, error or omission", you must give us or our authorized representative prompt notice of the "accident", offense, "loss" or "act, error or omission". Include:

**(1)** How, when and where the "accident", offense, "loss" or "act, error or omission" occurred;

**(2)** What the "act, error or omission" wa s;

**(3)** The "insured's" name and address;

**(4)** To the extent possible, the names and addresses of:

**(a)** Any injured persons and witnesses; or

**(b)** Anyone who may suffer damages as a result of an "act, error or omission".

**b.** Additionally, you and any other involved "insured" must:

**(1)** Assume no obligation, make no payment or incur no expense without our

consent, except at the "insured's" own cost.

**(2)** Immediately send us copies of any request, demand, order, notice, summons or legal paper received concerning the claim or "suit".

**(3)** Cooperate with us in the investigation or settlement of the claim or defense against the "suit".

**(4)** Authorize us to obtain medical records or other pertinent information.

**(5)** Submit to examination at our expense, by physicians of our choice, as often as we reasonably require.

**(6)** Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the "insured" because of an "act, error or omission" to which this insurance may also apply.

**c.** If there is "loss" to a covered "auto" or its equipment, you must also do the following:

**(1)** Promptly notify the police if the covered "auto" or any of its equipment is stolen.

**(2)** Take all reasonable steps to protect the covered "auto" from further damage. Also keep a record of your expenses for consideration in the settlement of the claim.

**(3)** Permit us to inspect the covered "auto" and records proving the "loss" before its repair or disposition.

**(4)** Agree to examinations under oath at our request and give us a signed statement of your answers.

**3. Legal Action Against Us**

No one may bring a legal action against us under this Coverage Form until:

**a.** There has been full compliance with all the terms of this Coverage Form; and

**b.** Under any liability coverage, we agree in writing that the "insured" has an obligation to pay or until the amount of that obligation has finally been determined by judgment after trial. No one has the right under this policy to bring us into an action to determine the "insured's" liability.

**4. Loss Payment – Physical Damage Coverages**

At our option, we may:

**a.** Pay for, repair or replace damaged or stolen property;

**b.** Return the stolen property, at our expense. We will pay for any damage that results to the "auto" from the theft; or

**c.** Take all or any part of the damaged or stolen property at an agreed or appraised value.

If we pay for the "loss", our payment will include the applicable sales tax for the damaged or stolen property.

**5. Transfer Of Rights Of Recovery Against Others To Us**

If any person or organization to or for whom we make payment under this Coverage Form has rights to recover damages from another, those rights are transferred to us. That person or organization must do everything necessary to secure our rights and must do nothing after "accident" or "loss" to impair them.

This condition does not apply to damages under Paragraph **C.** Locations And Operations Medical Payments Coverage of Section **II** – General Liability Coverages.

**B. General Conditions**

**1. Bankruptcy**

Bankruptcy or insolvency of the "insured" or the "insured's" estate will not relieve us of any obligations under this Coverage Form.

**2. Concealment, Misrepresentation Or Fraud**

This Coverage Form is void in any case of fraud by you at any time as it relates to this Coverage Form. It is also void if you or any other "insured", at any time, intentionally conceals or misrepresents a material fact concerning:

**a.** This Coverage Form;

**b.** The covered "auto";

**c.** Your interest in the covered "auto"; or

**d.** A claim under this Coverage Form.

**3. Liberalization**

If we revise this Coverage Form to provide more coverage without additional premium charge, your policy will automatically provide the additional coverage as of the day the revision is effective in your state.

COMMERCIAL AUTO

**4. No Benefit To Bailee – Physical Damage Coverages**

We will not recognize any assignment or grant any coverage for the benefit of any person or organization holding, storing or transporting property for a fee regardless of any other provision of this Coverage Form.

**5. Other Insurance**

**a.** For any covered "auto" you own, this Coverage Form provides primary insurance. For any covered "auto" you don't own, the insurance provided by this Coverage Form is excess over any other collectible insurance. However, while a covered "auto" which is a "trailer" is connected to another vehicle, the Covered Autos Liability Coverage this Coverage Form provides for the "trailer" is:

**(1)** Excess while it is connected to a motor vehicle you do not own; or

**(2)** Primary while it is connected to a covered "auto" you own.

**b.** For Hired Auto Physical Damage Coverage, any covered "auto" you lease, hire, rent or borrow is deemed to be a covered "auto" you own. However, any "auto" that is leased, hired, rented or borrowed with a driver is not a covered "auto".

**c.** Regardless of the provisions of Paragraph **a.** above, this Coverage Form's Covered Autos Liability Coverage is primary for any liability assumed under an "insured contract".

**d.** For General Liability and "Acts, Errors Or Omissions" Liability Coverages, this insurance is primary except when **e.** below applies. If this insurance is primary, our obligations are not affected unless any of the other insurance is also primary. Then, we will share with all that other insurance by the method described in **f.** below.

**e.** This Coverage Form is excess over any other insurance, whether primary, excess, contingent or on any other basis:

**(1)** That is Fire insurance for premises rented to you or temporarily occupied by you with permission of the owner;

**(2)** That is insurance purchased by you to cover your liability as a tenant for "property damage" to premises rented to you or temporarily occupied by you with permission of the owner;

**(3)** If the "loss" arises out of the maintenance or use of aircraft or watercraft to the extent not subject to Exclusion **g.** of Paragraph **A.** Bodily Injury And Property Damage Liability of Section **II** – General Liability Coverages;

**(4)** That is specifically written to apply as primary insurance for liability arising out of your "acts, errors or omissions".

**f.** When this Coverage Form and any other Coverage Form or policy covers on the same basis, either excess or primary, we will pay only our share. Our share is the proportion that the Limit of Insurance of our Coverage Form bears to the total of the limits of all the Coverage Forms and policies covering on the same basis.

**6. Premium Audit**

**a.** The estimated premium for this Coverage Form is based on the exposures you told us you would have when this policy began. We will compute the final premium due when we determine your actual exposures. The estimated total premium will be credited against the final premium due and the first Named Insured will be billed for the balance, if any. The due date for the final premium or retrospective premium is the date shown as the due date on the bill. If the estimated total premium exceeds the final premium due, the first Named Insured will get a refund.

**b.** If this policy is issued for more than one year, the premium for this Coverage Form will be computed annually based on our rates or premiums in effect at the beginning of each year of the policy.

**7. Policy Period, Coverage Territory**

Under this Coverage Form, we cover:

**a.** "Bodily injury", "property damage" and "losses" occurring;

**b.** "Personal and advertising injury" offenses and "acts, errors or omissions" committed; and

**c.** "Covered pollution cost or expense" arising out of "accidents" occurring

during the policy period sho wn in the Declarations and within the coverage territory.

The coverage territory is:

**(1)** The United States of America;

**(2)** The territories and possessions of the United States of America;

**(3)** Puerto Rico;

**(4)** Canada; and

**(5)** Anywhere in the world if:

    **(a)** A covered "auto" of the private passenger type is leased, hired, rented or borrowed without a driver for a period of 30 days or less;

    **(b)** The "bodily injury", "property damage" or "personal and advertising injury" is caused by an "insured" who permanently lives within the United States of America, its territories or possessions, Puerto Rico or Canada while the "insured" is temporarily outside of one of those places;

    **(c)** The "personal and advertising injury" offense takes place through the Internet or similar electronic means of communication; or

    **(d)** The "bodily injury" or "property damage" is caused by one of your "products" which is sold for use in the United States of America, its territories or possessions, Puerto Rico or Canada;

provided that the "insured's" responsibility to pay damages is determined in a "suit" on the merits, in the United States of America, the territories and possessions of the United States of America, Puerto Rico or Canada, or in a settlement we agree to.

However, the coverage territory described in Paragraph **(5)** above does not apply to "work you performed".

We also cover "bodily injury", "property damage", "covered pollution cost or expense" and "losses" while a covered "auto" is being transported between the United States of America, the territories and possessions of the United States of America, Puerto Rico or Canada.

**8. Two Or More Coverage Forms Or Policies Issued By Us**

If this Coverage Form and any other Coverage Form or policy issued to you by us or any company affiliated with us applies to the same "accident", the aggregate maximum Limit of Insurance under all the Coverage Forms or policies shall not exceed the highest applicable Limit of Insurance under any one Coverage Form or policy. This condition does not apply to any Coverage Form or policy issued by us or an affiliated company specifically to apply as excess insurance over this Coverage Form.

**SECTION V – DEFINITIONS**

**A.** "Accident" includes continuous or repeated exposure to the same conditions resulting in "bodily injury" or "property damage".

**B.** "Act, error or omission" means any actual or alleged negligent act, error or omission committed by an "insured" in the course of your "auto dealer operations" arising:

  **1.** Out of an "insured's" failure to comply with any local, state or federal law or regulation concerning the disclosure of credit or lease terms to consumers in connection with the sale or lease of an "auto" in your "auto dealer operations", including, but not limited to, the Truth In Lending and Consumer Leasing Acts;

  **2.** Out of an "insured's" failure to comply with any local, state or federal law or regulation concerning the disclosure of accurate odometer mileage to consumers in connection with the sale or lease of an "auto" in your "auto dealer operations";

  **3.** In an "insured's" capacity as an insurance agent or broker in the offering, placement or maintenance of any "auto" physical damage, auto loan/lease gap, credit life or credit disability insurance sold in connection with the sale or lease of an "auto" in your "auto dealer operations", but only if the "insured" holds a valid insurance agent or broker license at the time the "act, error or omission" is committed, in the jurisdiction in which your "auto dealer operations" is located, if required to do so by such jurisdiction; and

  **4.** Out of a defect in title in connection with the sale or lease of an "auto" in your "auto dealer operations".

**C.** "Advertisement" means a notice that is broadcast or published to the general public or specific market segments about your goods, products or services for the purpose of attracting customers or supporters. For the purposes of this definition:

COMMERCIAL AUTO

1. Notices that are published include material placed on the Internet or on similar electronic means of communication; and

2. Regarding web sites, only that part of a web site that is about your goods, products or services for the purposes of attracting customers or supporters is considered an advertisement.

**D.** "Auto" means a land motor vehicle, "trailer" or semitrailer.

**E.** "Auto dealer operations" means the ownership, maintenance or use of locations for an "auto" dealership and that portion of the roads or other accesses that adjoin these locations. "Auto dealer operations" also include all operations necessary or incidental to an "auto" dealership.

**F.** "Bodily injury" means bodily injury, sickness or disease sustained by a person including death resulting from any of these.

**G.** "Covered pollution cost or expense" means any cost or expense arising out of:

1. Any request, demand, order or statutory or regulatory requirement that the "insured" or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants"; or

2. Any claim or "suit" by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to or assessing the effects of "pollutants".

"Covered pollution cost or expense" does not include any cost or expense arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

**a.** That are, or that are contained in any property that is:

(1) Being transported or towed by, handled, or handled for movement into, onto or from the covered "auto";

(2) Otherwise in the course of transit by or on behalf of the "insured";

(3) Being stored, disposed of, treated or processed in or upon the covered "auto"; or

**b.** Before the "pollutants" or any property in which the "pollutants" are contained are moved from the place where they are ac-

cepted by the "insured" for movement into or onto the covered "auto"; or

**c.** After the "pollutants" or any property in which the "pollutants" are contained are moved from the covered "auto" to the place where they are finally delivered, disposed of or abandoned by the "insured".

Paragraph **a.** above does not apply to fuels, lubricants, fluids, exhaust gases or other similar "pollutants" that are needed for or result from the normal electrical, hydraulic or mechanical functioning of the covered "auto" or its parts, if the "pollutants" escape, seep, migrate, or are discharged, dispersed or released directly from an "auto" part designed by its manufacturer to hold, store, receive or dispose of such "pollutants".

Paragraphs **b.** and **c.** above do not apply to "accidents" that occur away from premises owned by or rented to an "insured" with respect to "pollutants" not in or upon a covered "auto" if:

(1) The "pollutants" or any property in which the "pollutants" are contained are upset, overturned or damaged as a result of the maintenance or use of a covered "auto"; and

(2) The discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused directly by such upset, overturn or damage.

**H.** "Customer's auto" means a land motor vehicle, "trailer" or semitrailer lawfully within your possession for service, repair, storage or safekeeping, with or without the vehicle owner's knowledge or consent. A "customer's auto" also includes any such vehicle left in your care by your "employees" and members of their households who pay for services performed.

**I.** "Diminution in value" means the actual or perceived loss in market value or resale value which results from a direct and accidental "loss".

**J.** "Employee" includes a "leased worker". "Employee" does not include a "temporary worker".

**K.** "Executive officer" means a person holding any of the officer positions created by your charter, constitution, by-laws or any other similar governing document.

**L.** "Impaired property" means tangible property, other than your "product" or "work you per-

formed", that cannot be used or is less useful because:

**1.** It incorporates your "product" or "work you performed" that is known or thought to be defective, deficient, inadequate or dangerous; or

**2.** You have failed to fulfill the terms of a contract or agreement;

if such property can be restored to use by the repair, replacement, adjustment or removal of your "product" or " work you performed" or your fulfilling the terms of the contract or agreement.

**M.** "Insured" means any person or organization qualifying as an insured in the Who Is An Insured provision of the applicable coverage. Except with respect to the Limit of Insurance, the coverage afforded applies separately to each insured who is seeking coverage or against whom a claim or "suit" is brought.

**N.** "Insured contract" means:

**1.** A lease of premises;

**2.** A sidetrack agreement;

**3.** Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

**4.** An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

**5.** That part of any other contract or agreement pertaining to your "auto" dealership (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another to pay for "bodily injury" or "property damage" to a third party or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement;

**6.** An elevator maintenance agreement; or

**7.** That part of any contract or agreement entered into, as part of your "auto" dealership, pertaining to the rental or lease, by you or any of your "employees", of any "auto". However, such contract or agreement shall not be considered an "insured contract" to the extent that it obligates you or any of your "employees" to pay "property damage" to any "auto" rented or leased by you or any of your "employees".

An "insured contract" does not include that part of any contract or agreement:

**a.** That indemnifies an architect, engineer or surveyor for injury or damage arising out of:

**(1)** Preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawing and specifications; or

**(2)** Giving directions or instructions, or failing to give them, if that is the primary cause of the injury or damage.

**b.** That indemnifies any person or organization for damage by fire to premises rented or loaned to you or temporarily occupied by you with permission of the owner.

**c.** That pertains to the loan, lease or rental of an "auto", to you or any of your "employees", if the "auto" is loaned, leased or rented with a driver.

**d.** That holds a person or organization engaged in the business of transporting property by "auto" for hire harmless for your use of a covered "auto" over a route or territory that person or organization is authorized to serve by public authority.

**e.** That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, roadbeds, tunnel, underpass or crossing.

**O.** "Leased worker" means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm, to perform duties related to the conduct of your business. "Leased worker" does not include a "temporary worker".

**P.** "Loading or unloading" means the handling of property:

**1.** After it is moved from the place where it is accepted for movement into or onto an aircraft, watercraft or "auto";

**2.** While it is in or on an aircraft, watercraft or "auto"; or

**3.** While it is being moved from an aircraft, watercraft or "auto" to the place where it is finally delivered;

but "loading or unloading" does not include the movement of property by means of a mechanical

COMMERCIAL AUTO

device, other than a hand truck, that is not at-tached to the aircraft, watercraft or  "auto".

**Q.** "Loss" means direct and accidental loss or dam-age. But for Garagekeepers Coverage only,  "loss" also includes any resulting loss of use.

**R.** "Personal and advertising injury" means injury, including consequential "bodily injury", arising out of one or more of the following offenses:

**1.** False arrest, detention or imprisonment;

**2.** Malicious prosecution;

**3.** The wrongful eviction from, wrongful entry into, or invasion of the right of private occu-pancy of a room, dwelling or premises that a person occupies, committed by or on behalf of its owner, landlord or lessor;

**4.** Oral or written publication, in any manner, of material that slanders or libels a person or or-ganization or disparages a person's or or-ganization's goods, products or services;

**5.** Oral or written publication, in any manner, of material that violates a person's right of pri-vacy;

**6.** The use of another's advertising idea in your "advertisement"; or

**7.** Infringing upon another's copyright, trade dress or slogan in your "advertisement".

**S.** "Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

**T.** "Products" includes:

**1.** The goods or products made or sold in an "auto" dealership by:

**a.** You; or

**b.** An "auto" dealership you have acquired; and

**2.** The providing of or failure to provide warnings or instructions.

**U.** "Property damage" means damage to or loss of use of tangible property.

**V.** "Suit" means a civil proceeding in which:

**1.** Damages because of "bodily injury", "property damage", "personal and advertising injury" or "acts, errors or omission s"; or

**2.** A "covered pollution cost or expense",

to which this insurance applies, are claimed.

"Suit" includes:

**a.** An arbitration proceeding in which such damages or "covered pollution costs or expenses" are claimed and to which the "insured" must submit or does submit with our consent; or

**b.** Any other alternative dispute resolution proceeding in which such damages or "covered pollution costs or expenses" are claimed and to which the "insured" sub-mits with our consent.

**W.** "Temporary worker" means a person who is fur-nished to you to substitute for a permanent "em-ployee" on leave or to meet seasonal or short-term workload conditions.

**X.** "Trailer" includes semitrailer.

**Y.** "Work you performed" includes:

**1.** Work that someone performed on your be-half; and

**2.** The providing of or failure to provide warnings or instructions.

© Insurance Services Office, Inc., 2011

**CA 00 25 10 13**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# NEVADA CHANGES – AUTO DEALERS COVERAGE FORM

For a covered "auto" licensed in, or "auto dealer operations" conducted in, Nevada, this endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**I. Changes In Covered Autos Liability Coverage**

Paragraph **2.b.(4)** of the **Who Is An Insured** provision does not apply.

**II. Changes In Conditions**

**A.** If the Auto Medical Payments Coverage endorsement is attached, the **Transfer Of Rights Of Recovery Against Others To Us** Condition does not apply to Auto Medical Payments Coverage.

**B.** The **Other Insurance** Condition is changed by adding the following:

**1.** When two Coverage Forms providing liability coverage apply to an "auto" and:

**a.** One provides coverage to a Named Insured engaged in the business of selling, repairing, servicing, delivering, testing, road testing, parking or storing "autos"; and

**b.** The other provides coverage to a person not engaged in that business; and

**c.** At the time of an "accident", a person described in **1.b.** is operating the "auto"; then

that person's liability insurance is primary and the Coverage Form issued to a business described in **1.a.** is excess over any insurance available to that person.

**2.** When two Coverage Forms providing liability coverage apply to an "auto" and:

**a.** One provides coverage to a Named Insured engaged in the business of repairing or servicing "autos"; and

**b.** The other provides coverage to a person not engaged in that business; and

**c.** At the time of an "accident", a person described in **2.b.** is operating an "auto" owned by the business described

in **2.a.** as a temporary substitute auto while that person's "auto" is being repaired or serviced by the business described in **2.a.;** then

that person's liability coverage is primary and the Coverage Form issued to the business described in **2.a.** is excess over any insurance available to that person.

**III. Anti-stacking Provisions**

The contrasting type contained in this endorsement is in compliance with Nevada statutory requirements that anti-stacking provisions be prominently displayed in the policy, binder or endorsement.

**A. Changes In Covered Autos Liability Coverage**

The first three paragraphs of the **Limit Of Insurance – Covered Autos Liability** provision are replaced by the following:

**FOR "ACCIDENTS" RESULTING FROM THE OWNERSHIP, MAINTENANCE OR USE OF COVERED "AUTOS", THE FOLLOWING APPLIES:**

**REGARDLESS OF THE NUMBER OF COVERED "AUTOS", "INSUREDS", PREMIUMS PAID, CLAIMS MADE OR VEHICLES INVOLVED IN THE "ACCIDENT", THE MOST WE WILL PAY FOR THE TOTAL OF ALL DAMAGES AND "COVERED POLLUTION COST OR EXPENSE" COMBINED, RESULTING FROM ANY ONE "ACCIDENT" INVOLVING A COVERED "AUTO" IS THE LIMIT OF INSURANCE FOR COVERED "AUTOS" LIABILITY COVERAGE SHOWN IN THE DECLARATIONS.**

**DAMAGES AND "COVERED POLLUTION COST OR EXPENSE" PAYABLE UNDER THE LIMIT OF INSURANCE FOR COVERED "AUTOS" LIABILITY COVERAGE ARE NOT PAYABLE UNDER ANY APPLI-**

© Insurance Services Office, Inc., 2012

COMMERCIAL AUTO

CABLE LIMITS OF INSURANCE UNDER SECTION II – GENERAL LIABILITY COVERAGES OR SECTION III – ACTS, ERRORS OR OMISSIONS LIABILITY COVERAGE.

**B. Changes In Garagekeepers Coverage**

If Garagekeepers Coverage is selected, Paragraph **5.a.** of the **Limit Of Insurance And Deductibles** provision is replaced by the following:

    **a.** REGARDLESS OF THE NUMBER OF "CUSTOMER'S AUTOS", "INSUREDS", PREMIUMS PAID, CLAIMS MADE OR "SUITS" BROUGHT, THE MOST WE WILL PAY FOR EACH "LOSS" AT EACH LOCATION IS THE GARAGEKEEPERS COVERAGE LIMIT OF INSURANCE SHOWN IN THE DECLARATIONS FOR THAT LOCATION. PRIOR TO THE APPLICATION OF THIS LIMIT, THE DAMAGES FOR "LOSS" THAT WOULD OTHERWISE BE PAYABLE WILL BE REDUCED BY THE APPLICABLE DEDUCTIBLES FOR "LOSS" CAUSED BY:

      **(1)** COLLISION; OR

      **(2)** WITH RESPECT TO GARAGEKEEPERS COVERAGE COMPREHENSIVE OR SPECIFIED CAUSES OF LOSS COVERAGE:

        **(a)** THEFT OR MISCHIEF OR VANDALISM; OR

        **(b)** ALL PERILS.

**C. Changes In General Liability Coverages**

Paragraphs **F.1.** through **F.5.** of the **Limits Of Insurance – General Liability Coverages** provision are replaced by the following:

**1.** REGARDLESS OF THE NUMBER OF "INSUREDS", CLAIMS MADE OR "SUITS" BROUGHT OR PERSONS OR ORGANIZATIONS MAKING CLAIMS OR BRINGING "SUITS", THE:

    **a.** GENERAL LIABILITY AGGREGATE LIMIT SHOWN IN THE DECLARATIONS IS THE MOST WE WILL PAY FOR THE SUM OF ALL:

      **(1)** DAMAGES UNDER PARAGRAPH A. BODILY INJURY AND PROPERTY DAMAGE LIABILITY, EXCEPT DAMAGES BECAUSE OF "BODILY INJURY" AND "PROPERTY DAMAGE" THAT ARE BOTH:

        **(a)** SUSTAINED AWAY FROM LOCATIONS OWNED, MAINTAINED OR USED FOR YOUR "AUTO DEALER OPERATIONS"; AND

        **(b)** ARISING OUT OF YOUR "PRODUCTS" OR "WORK YOU PERFORMED";

      **(2)** DAMAGES UNDER PARAGRAPH B. PERSONAL AND ADVERTISING INJURY LIABILITY; AND

      **(3)** MEDICAL EXPENSES UNDER PARAGRAPH C. LOCATIONS AND OPERATIONS MEDICAL PAYMENTS.

    **b.** THE PRODUCTS AND WORK YOU PERFORMED AGGREGATE LIABILITY LIMIT IS THE MOST WE WILL PAY UNDER PARAGRAPH A. BODILY INJURY AND PROPERTY DAMAGE LIABILITY FOR "BODILY INJURY" AND "PROPERTY DAMAGE" THAT ARE BOTH:

      **(1)** SUSTAINED AWAY FROM LOCATIONS OWNED, MAINTAINED OR USED FOR YOUR "AUTO DEALER OPERATIONS"; AND

      **(2)** ARISING OUT OF YOUR "PRODUCTS" OR "WORK YOU PERFORMED".

**2.** SUBJECT TO PARAGRAPH **1.a.** ABOVE, THE PERSONAL AND ADVERTISING INJURY LIABILITY LIMIT IS THE MOST WE WILL PAY FOR THE SUM OF ALL DAMAGES BECAUSE OF ALL "PERSONAL AND ADVERTISING INJURY" SUSTAINED BY ANY ONE PERSON OR ORGANIZATION UNDER PARAGRAPH B. PERSONAL AND ADVERTISING INJURY LIABILITY.

**3.** SUBJECT TO PARAGRAPH **1.a.** ABOVE, THE LOCATIONS AND OPERATIONS MEDICAL PAYMENTS LIMIT IS THE MOST WE WILL PAY FOR ALL MEDICAL EXPENSES BECAUSE OF "BODILY INJURY" FOR EACH PERSON INJURED IN ANY ONE

© Insurance Services Office, Inc., 2012

**CA 01 92 10 13**

"ACCIDENT" UNDER PARAGRAPH C. LOCATIONS AND OPERATIONS MEDICAL PAYMENTS.

4. SUBJECT TO PARAGRAPH 1.a. OR 1.b. ABOVE, WHICHEVER APPLIES, THE GENERAL LIABILITY BODILY INJURY AND PROPERTY DAMAGE LIABILITY EACH "ACCIDENT" LIMIT SHOWN IN THE DECLARATIONS IS THE MOST WE WILL PAY FOR THE SUM OF ALL DAMAGES UNDER PARAGRAPH A. BODILY INJURY AND PROPERTY DAMAGE LIABILITY RESULTING FROM ANY ONE "ACCIDENT".

DAMAGES PAYABLE UNDER ANY APPLICABLE LIMITS OF INSURANCE FOR GENERAL LIABILITY COVERAGES ARE NOT PAYABLE UNDER SECTION I – COVERED AUTOS COVERAGES OR SECTION III – ACTS, ERRORS OR OMISSIONS LIABILITY COVERAGE.

5. SUBJECT TO PARAGRAPH 4. ABOVE, THE DAMAGE TO PREMISES RENTED TO YOU LIMIT IS THE MOST WE WILL PAY UNDER PARAGRAPH A. BODILY INJURY AND PROPERTY DAMAGE LIABILITY FOR DAMAGES BECAUSE OF "PROPERTY DAMAGE" TO ANY ONE PREMISES, WHILE RENTED TO YOU, OR IN THE CASE OF DAMAGE BY FIRE, WHILE RENTED TO YOU OR TEMPORARILY OCCUPIED BY YOU WITH PERMISSION OF THE OWNER.

D. **Changes In Acts, Errors Or Omissions Liability Coverages**

Paragraphs **E.1.** and **E.2.** of the **Limit Of Insurance And Deductible** provision are replaced by the following:

1. REGARDLESS OF THE NUMBER OF "INSUREDS", CLAIMS MADE OR "SUITS" BROUGHT, PERSONS OR ORGANIZATIONS MAKING CLAIMS OR BRINGING "SUITS" OR "ACTS, ERRORS OR OMISSIONS", THE "ACTS, ERRORS OR OMISSIONS" LIABILITY AGGREGATE LIMIT SHOWN IN THE DECLARATIONS IS THE MOST WE WILL PAY FOR ALL DAMAGES BECAUSE OF "ACTS, ERRORS OR OMISSIONS" UNDER SECTION III.

2. DAMAGES PAYABLE UNDER THE LIMITS OF INSURANCE FOR "ACTS, ERRORS OR OMISSIONS" LIABILITY COVERAGE ARE NOT PAYABLE UNDER ANY APPLICABLE LIMITS OF INSURANCE UNDER SECTION I – COVERED AUTOS COVERAGES OR SECTION II – GENERAL LIABILITY COVERAGES.

E. **Changes In Auto Medical Payments Coverage**

If the Auto Medical Payments Coverage endorsement is attached:

1. Exclusions **2.** and **3.** are replaced by the following:

   2. "BODILY INJURY" SUSTAINED BY YOU OR ANY "FAMILY MEMBER" WHILE "OCCUPYING" OR STRUCK BY ANY VEHICLE (OTHER THAN A COVERED "AUTO") OWNED BY YOU OR FURNISHED OR AVAILABLE FOR YOUR REGULAR USE.

   3. "BODILY INJURY" SUSTAINED BY ANY "FAMILY MEMBER" WHILE "OCCUPYING" OR STRUCK BY ANY VEHICLE (OTHER THAN A COVERED "AUTO") OWNED BY OR FURNISHED OR AVAILABLE FOR THE REGULAR USE OF ANY "FAMILY MEMBER".

2. The first paragraph of the **Limit Of Insurance** provision is replaced by the following:

   REGARDLESS OF THE NUMBER OF COVERED "AUTOS", "INSUREDS", PREMIUMS PAID, CLAIMS MADE OR VEHICLES INVOLVED IN THE "ACCIDENT", THE MOST WE WILL PAY FOR "BODILY INJURY" FOR EACH "INSURED" INJURED IN ANY ONE "ACCIDENT" IS THE LIMIT OF AUTO MEDICAL PAYMENTS SHOWN IN THE DECLARATIONS.

F. **Changes In Garagekeepers Coverage – Customers' Sound-receiving Equipment**

If the Garagekeepers Coverage – Customers' Sound-receiving Equipment endorsement is attached, Paragraph **1.** of the **Limit Of Insurance And Deductibles** provision is replaced by the following:

1. REGARDLESS OF THE NUMBER OF "SOUND-RECEIVING EQUIPMENT"

ITEMS IN A "CUSTOMER'S AUTO", "INSUREDS", PREMIUMS PAID, CLAIMS MADE OR "SUITS" BROUGHT, THE MOST WE WILL PAY FOR EACH "LOSS" AT EACH LOCATION IS THE GARAGEKEEPERS COVERAGE – SOUND-RECEIVING EQUIPMENT LIMIT OF INSURANCE SHOWN IN THE SCHEDULE FOR THAT LOCATION. PRIOR TO THE APPLICATION OF THIS LIMIT, THE DAMAGES FOR "LOSS" THAT WOULD OTHERWISE BE PAYABLE WILL BE REDUCED BY THE APPLICABLE DEDUCTIBLE FOR "LOSS" CAUSED BY COLLISION OR MISCHIEF OR VANDALISM.

**G. Changes In Transportation Of Seasonal Or Migrant Agricultural Workers Endorsement**

If the Transportation Of Seasonal Or Migrant Agricultural Workers endorsement is attached, Paragraph **1.** of the **Limit Of Insurance** provision is replaced by the following:

**1. REGARDLESS OF THE NUMBER OF COVERED "AUTOS", "INSUREDS", PREMIUMS PAID, CLAIMS MADE OR VEHICLES INVOLVED IN THE "ACCIDENT", THE MOST WE WILL PAY FOR ALL DAMAGES RESULTING FROM ANY ONE "ACCIDENT" IS THE LIMIT OF INSURANCE SHOWN IN THE SCHEDULE FOR EACH "ACCIDENT".**

**H. Changes In Customer Complaint Legal Defense Coverage**

If the Customer Complaint Legal Defense Coverage endorsement is attached, Paragraphs **1., 2.** and **3.** of the **Limit Of Insurance** provision are replaced by the following:

**1. REGARDLESS OF THE NUMBER OF:**

**A. "INSUREDS";**

**B. "CUSTOMER COMPLAINTS"; OR**

**C. PERSONS OR ORGANIZATIONS BRINGING "CUSTOMER COMPLAINTS";**

THE CUSTOMER COMPLAINT LEGAL DEFENSE AGGREGATE LIMIT SHOWN IN THE SCHEDULE IS THE MOST WE WILL PAY FOR ALL "DEFENSE EXPENSES" BECAUSE OF "CUSTOMER COMPLAINTS" COVERED UNDER THIS ENDORSEMENT.

**2. SUBJECT TO THE CUSTOMER COMPLAINT LEGAL DEFENSE AGGREGATE LIMIT DESCRIBED IN PARAGRAPH D.1., THE PER CUSTOMER COMPLAINT LEGAL DEFENSE LIMIT SHOWN IN THE SCHEDULE IS THE MOST WE WILL PAY FOR THE SUM OF ALL "DEFENSE EXPENSES" BECAUSE OF ANY ONE "CUSTOMER COMPLAINT".**

**3. ALL "CUSTOMER COMPLAINTS" ARISING OUT OF THE SALE, SERVICE OR REPAIR OF THE SAME "AUTO" WILL BE CONSIDERED ONE "CUSTOMER COMPLAINT" FOR THE PURPOSES OF DETERMINING THE "PER CUSTOMER COMPLAINT" LEGAL DEFENSE LIMIT.**

**I. Changes In Employee Benefits Liability Coverage**

If the Employee Benefits Liability Coverage endorsement is attached, Paragraphs **1., 2.** and **3.** of the **Limits Of Insurance** provision are replaced by the following:

**1. THE LIMITS OF INSURANCE SHOWN IN THE SCHEDULE AND THE RULES BELOW FIX THE MOST WE WILL PAY REGARDLESS OF THE NUMBER OF:**

**A. "INSUREDS";**

**B. "CLAIMS" MADE OR "SUITS" BROUGHT;**

**C. PERSONS OR ORGANIZATIONS MAKING "CLAIMS" OR BRINGING "SUITS";**

**D. ACTS, ERRORS OR OMISSIONS; OR**

**E. BENEFITS INCLUDED IN YOUR "EMPLOYEE BENEFIT PROGRAM".**

**2. THE EMPLOYEE BENEFITS AGGREGATE LIMIT IS THE MOST WE WILL PAY FOR ALL DAMAGES BECAUSE OF ACTS, ERRORS OR OMISSIONS NEGLIGENTLY COMMITTED IN THE "ADMINISTRATION" OF YOUR "EMPLOYEE BENEFIT PROGRAM".**

**3. SUBJECT TO THE EMPLOYEE BENEFIT AGGREGATE LIMIT, THE EACH EMPLOYEE LIMIT IS THE MOST WE WILL PAY FOR ALL DAMAGES SUSTAINED BY ANY ONE "EMPLOYEE",**

INCLUDING DAMAGES SUSTAINED BY SUCH "EMPLOYEE'S" DEPENDENTS AND BENEFICIARIES, AS A RESULT OF:

**A. AN ACT, ERROR OR OMISSION; OR**

**B. A SERIES OF RELATED ACTS, ERRORS OR OMISSIONS**

NEGLIGENTLY COMMITTED IN THE "ADMINISTRATION" OF YOUR "EMPLOYEE BENEFIT PROGRAM".

HOWEVER, THE AMOUNT PAID UNDER THIS ENDORSEMENT SHALL NOT EXCEED, AND WILL BE SUBJECT TO, THE LIMITS AND RESTRICTIONS THAT APPLY TO THE PAYMENT OF BENEFITS IN ANY PLAN INCLUDED IN THE "EMPLOYEE BENEFIT PROGRAM".

**J. Changes In Limited Product Withdrawal Expense Endorsement**

If the Limited Product Withdrawal Expense endorsement is attached, Paragraph **1.** of the **Limits Of Insurance** provision is replaced by the following:

**1.** Regardless of the number of:

**a.** "Insureds";

**b.** "Product withdrawals" initiated; or

**c.** Number of your "products" withdrawn;

the Product Withdrawal Aggregate Limit shown in the Schedule is the most we will reimburse you for the sum of all "product withdrawal expenses" incurred for all "product withdrawals" initiated during the policy period.

**K. Changes In Conditions**

The **Two Or More Coverage Forms Or Policies Issued By Us** Condition is replaced by the following:

**TWO OR MORE COVERAGE FORMS OR POLICIES ISSUED BY US**

**IF THIS COVERAGE FORM AND ANY OTHER COVERAGE FORM OR POLICY ISSUED TO YOU BY US OR ANY COMPANY AFFILIATED WITH US APPLIES TO THE SAME "ACCIDENT", THE AGGREGATE MAXIMUM LIMIT OF INSURANCE UNDER ALL THE COVERAGE FORMS OR POLICIES SHALL NOT EXCEED THE HIGHEST APPLICABLE SINGLE VEHICLE LIMIT OF INSURANCE UNDER ANY ONE COVERAGE FORM OR POLICY REGARDLESS OF THE NUMBER OF COVERED "AUTOS", "INSUREDS", PREMIUMS PAID, CLAIMS MADE OR VEHICLES INVOLVED IN THE "ACCIDENT". THIS CONDITION DOES NOT APPLY TO ANY COVERAGE FORM OR POLICY ISSUED BY US OR AN AFFILIATED COMPANY SPECIFICALLY TO APPLY AS EXCESS INSURANCE OVER THIS COVERAGE FORM.**

POLICY NUMBER: **AD-7N911433-21-CAG**

COMMERCIAL AUTO
ISSUE DATE: **07-15-21**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# SHORT TERM HIRED AUTO – ADDITIONAL INSURED AND LOSS PAYEE

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM

**SCHEDULE**

Additional Insured (Lessor):

> **Any lessor of a "leased auto" under a leasing or rental agreement of less than 6 months.**

Designation Or Description Of "Leased Autos":

> **Any "leased auto" under a leasing or rental agreement of less than 6 months.**

**A. Coverage**

1. Any "leased auto" designated or described in the Schedule will be considered a covered "auto" you own and not a covered "auto" you hire or borrow for **Covered Autos Liability Coverage**.

2. For a "leased auto" designated or described in the Schedule, the **Who Is An Insured** provision under **Covered Autos Liability Coverage** is changed to include as an "insured" the lessor of such "leased auto". However, the lessor is an "insured" only for "bodily injury" or "property damage" resulting from the acts or omissions by:

   **a.** You;

   **b.** Any of your "employees" or agents; or

   **c.** Any person, except the lessor or any "employee" or agent of the lessor,

operating a "leased auto" with the permission of any of the above.

3. Coverage for any "leased auto" described in the Schedule applies until the end of the policy period shown in the Declarations or when the lessor or his or her agent takes possession of the "leased auto", whichever occurs first.

**B. Loss Payable Clause**

1. We will pay, as interest may appear, you and the lessor, if your policy includes Hired Auto Physical Damage Coverage, for "loss" to a "leased auto".

2. The insurance covers the interest of the lessor unless the "loss" results from fraudulent acts or omissions on your part.

3. If we make any payment to the lessor, we will obtain his or her rights against any other party.

© 2015 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

**C.** The lessor is not liable for payment of your premiums.

**D. Additional Definition**

As used in this endorsement:

"Leased auto" means an "auto" leased or rented to you, including any substitute, replacement or extra "auto" needed to meet seasonal or other needs, under a leasing or rental agreement that requires you to provide direct primary insurance for the lessor.

© 2015 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

**CA T4 52 02 16**

POLICY NUMBER: AD-7N911433-21-CAG

COMMERCIAL AUTO
ISSUE DATE: 07-15-21

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# AUTO DEALERS FALSE PRETENSE COVERAGE

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM

### FALSE PRETENSE COVERAGE SCHEDULE

**Limit Of Insurance – $25,000 unless another limit is shown below or in the Declarations.**

$    100,000   Limit of Insurance

| Named Location No. From Item Three Of The Declarations | Total Inventory Value For Each Named Location | Rate | Premium |
|---|---|---|---|
| 01 | $ 15,889,000 | | |
| 02 | 1,500,000 | | |
| 03 | 6,058,000 | | |
| 04 | 379,000 | | |
| 05 | 8,265,000 | | |
| 06 | 6,887,000 | | |
| 07 | 4,003,000 | | |



Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

## PROVISIONS

**1.** The following is added to Paragraph **1.**, **Coverage**, in Paragraph **F.**, **Physical Damage Coverage**, of **SECTION I – COVERED AUTOS COVERAGES:**

**False Pretense Coverage**

**(1)** Any "auto" you have acquired is a covered "auto" under False Pretense Coverage.

**(2)** We will pay for "loss" to a covered "auto" under False Pretense Coverage caused by:

**(a)** Someone causing you to voluntarily part with the covered "auto" by trick or scheme or under false pretense s.

**(b)** Your acquiring an "auto" from a seller who did not have legal title.

**2.** Exclusion **3.c.**, **False Pretense**, in Paragraph **F.**, **Physical Damage Coverage**, of **SECTION I – COVERED AUTOS COVERAGES** does not apply.

**3.** The following exclusions are added to Paragraph **3.**, **Exclusions**, in Paragraph **F.**, **Physical Damage Coverage**, of **SECTION I – COVERED AUTOS COVERAGES:**

False Pretense Coverage does not apply:

**(1)** Unless:

**(a)** You had legal title to, or consignment papers for, the covered "auto" prior to "loss"; and

**(b)** You make every effort to recover the covered "auto" when it is located.

**(2)** To a "loss" which, for any reason, a bank or any other drawee fails to pay.

**(3)** To "autos" owned or acquired by you and insured through a floor plan or finance provider. However, False Pretense Coverage does apply to the value of improvements you have made to such covered "auto" after you have acquired it, which increases its value and exceeds the amount collectible from any other insurance.

**CA T4 57 02 15**

© 2015 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

Page 1 of 2

COMMERCIAL AUTO

**4.** The following is a dded to Paragraph **4.**, **Limits Of Insurance**, in Paragraph **F.**, **Physical Damage Coverage**, of **SECTION I – COVERED AUTOS COVERAGES:**

Under False Pretense Coverage, the Limit Of Insurance shown in the False Pretense Coverage Schedule is the most we will pay for all "loss" caused by any one person, any group of persons either related or acting together or any one organization within the policy period.

**5.** The following is added to Paragraph **5.**, **Deductible**, in Paragraph **F.**, **Physical Damage Coverage**, of **SECTION I – COVERED AUTOS COVERAGES:**

From our obligation under False Pretense Coverage, we will deduct the actual value of any prop-erty delivered to you in full or partial payment for title to or poss ession of a covered "auto".

**6.** The following is added to Paragraph **A.2.a.**, **Duties In The Event Of Accident, Claim, Offense, Suit, Loss Or Acts, Errors Or Omissions**, of **SECTION IV – CONDITIONS:**

You, or someone on your behalf, must take all reasonable steps to cause a warrant to be is sued, as soon as practicable, for the arrest of anyone causing a "loss" defined within the False Pretense Coverage. Failure to cause such warrant to be is-sued as required by this Condition shall not in-validate any claim made by you, if it is shown that reasonable efforts were made.

© 2015 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

**CA T4 57 02 15**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# AMENDMENT OF EMPLOYEE DEFINITION

This endorsement modifies insurance provided under the following:

      AUTO DEALERS COVERAGE FORM
      BUSINESS AUTO COVERAGE FORM
      MOTOR CARRIER COVERAGE FORM

The following replaces the definition of "employee" in the **DEFINITIONS** Section:

"Employee" includes a "leased worker" and a "temporary worker".

**CA T4 59 02 15**    © 2015 The Travelers Indemnity Company. All rights reserved.    Page 1 of 1
Includes copyrighted material of Insurance Services Office, Inc.  with its permission.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# AMENDMENT OF PERSONAL AND ADVERTISING INJURY LIABILITY COVERAGE

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM

**PROVISIONS**

**1.** The following replaces the definition of "personal and advertising injury" in the **DEFINITIONS** Section:

"Personal and advertising injury" means "personal injury" or "advertising injury".

**2.** The following replaces Exclusion **b.**, **Material Published With Knowledge Of Falsity**, in Paragraph **2.**, **Exclusions**, in Paragraph **B.**, **Personal And Advertising Injury Liability**, of **SECTION II – GENERAL LIABILITY COVERAGES**:

**b. Material Published With Knowledge Of Falsity**

"Personal and advertising injury" arising out of oral or written publication, including publication by electronic means, of material, if done by or at the direction of the "insured" with knowledge of its falsity.

**3.** The following replaces Exclusion **c.**, **Material Published Prior To Policy Period**, in Paragraph **2.**, **Exclusions**, in Paragraph **B.**, **Personal And Advertising Injury Liability**, of **SECTION II – GENERAL LIABILITY COVERAGES**:

**c. Material Published Or Used Prior To Policy Period**

**(1)** "Personal and advertising injury" arising out of oral or written publication, including publication by electronic means, of material whose first publication took place before the beginning of the policy period; or

**(2)** "Advertising injury" arising out of infringement of copyright, "title" or "slogan" in your "advertisement" whose first infringement in your "advertisement" was committed before the beginning of the policy period.

**4.** The following is added to Exclusion **e.**, **Contractual**, in Paragraph **2.**, **Exclusions**, in Paragraph **B.**, **Personal And Advertising Injury**

**Liability**, of **SECTION II – GENERAL LIABILITY COVERAGES**:

This exclusion also does not apply to liability for damages because of "personal injury" assumed by you in a contract or agreement that is an "insured contract", provided that the "personal injury" is caused by an offense committed subsequent to the execution of the contract or agreement.

**5.** The following replaces Exclusion **f.**, **Breach Of Contract**, in Paragraph **2.**, **Exclusions**, in Paragraph **B.**, **Personal And Advertising Injury Liability**, of **SECTION II – GENERAL LIABILITY COVERAGES**:

**f. Breach Of Contract**

"Advertising injury" arising out of a breach of contract.

**6.** The following replaces Exclusion **g.**, **Quality Or Performance Of Goods – Failure To Conform To Statements**, in Paragraph **2.**, **Exclusions**, in Paragraph **B.**, **Personal And Advertising Injury Liability**, of **SECTION II – GENERAL LIABILITY COVERAGES**:

**g. Quality Or Performance Of Goods – Failure To Conform To Statements**

"Advertising injury" arising out of the failure of goods, products or services to conform with any statement of quality or performance made in your "advertisement".

**7.** The following replaces Exclusion **h.**, **Wrong Description Of Prices**, in Paragraph **2.**, **Exclusions**, in Paragraph **B.**, **Personal And Advertising Injury Liability**, of **SECTION II – GENERAL LIABILITY COVERAGES**:

**h. Wrong Description Of Prices**

"Advertising injury" arising out of the wrong description of the price of goods, products or services stated in your "advertisement".

**8.** The following replaces Exclusion **i.**, **Infringement Of Copyright, Patent, Trademark, Or Trade Secret**, in Paragraph **2.**, **Exclusions**, in

COMMERCIAL AUTO

Paragraph **B.**, **Personal And Advertising Injury Liability**, of **SECTION II – GENERAL LIABILITY COVERAGES**:

**i.   Intellectual Property**

"Personal and advertising injury" arising out of any actual or alleged infringement or violation of any of the following rights or laws, or any other "personal and advertising injury" alleged in any claim or "suit" that also alleges any such infringement or violation:

**(1)** Copyright;

**(2)** Patent;

**(3)** Trade dress;

**(4)** Trade name;

**(5)** Trademark;

**(6)** Trade secret; or

**(7)** Other intellectual property rights or laws.

This exclusion does not apply to:

**(1)** "Advertising injury" arising out of any actual or alleged infringement or violation of another's copyright, "title" or "slogan" in your "advertisement"; or

**(2)** Any other "personal and advertising injury" alleged in any claim or "suit" that also alleges any such infringement or violation of another's copyright, "title" or "slogan" in your "advertisement".

**9.** The following replaces Exclusion **n.**, **War**, in Paragraph **2.**, **Exclusions**, in Paragraph **B.**, **Personal And Advertising Injury Liability**, of **SECTION II – GENERAL LIABILITY COVERAGES**:

**War**

"Personal and advertising injury" arising out of:

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**10.** The following replaces Exclusion **o.**, **Recording And Distribution Of Material In Violation Of Law**, in Paragraph **2.**, **Exclusions**, in Paragraph **B.**, **Personal And Advertising Injury Liability**,

of **SECTION II – GENERAL LIABILITY COVERAGES**:

**Unsolicited Communication**

"Personal and advertising injury" arising out of any actual or alleged violation of any law that restricts or prohibits the sending, transmitting or distributing of "unsolicited communication".

**11.** The following replaces Exclusion **p.**, **Employment-related Practices**, in Paragraph **2.**, **Exclusions**, in Paragraph **B.**, **Personal And Advertising Injury Liability**, of **SECTION II – GENERAL LIABILITY COVERAGES**:

**Employment-Related Practices**

"Personal injury" to:

**(1)** A person arising out of any:

**(a)** Refusal to employ that person;

**(b)** Termination of that person's employment; or

**(c)** Employment-related practice, policy, act or omission, such as coercion, demotion, evaluation, reassignment, discipline, failure to promote or advance, harassment, humiliation, discrimination, libel, slander, violation of the person's right of privacy, malicious prosecution or false arrest, detention or imprisonment applied to or directed at that person, regardless of whether such practice, policy, act or omission occurs, is applied or is committed before, during or after the time of that person's employment; or

**(2)** The spouse, child, parent, brother or sister of that person as a consequence of "personal injury" or "advertising injury" to that person at whom any of the employment-related practices described in Paragraph **(a)**, **(b)**, or **(c)** above is directed.

This exclusion applies whether the "insured" may be liable as an employer or in any other capacity and to any obligation to share damages with or repay someone else who must pay damages because of the "personal injury".

**12.** The following exclusions are added to Paragraph **2.**, **Exclusions**, in Paragraph **B.**, **Personal And Advertising Injury Liability**, of **SECTION II – GENERAL LIABILITY COVERAGES**:

**Violation Of Consumer Financial Protection Laws**

"Personal and advertising injury" arising out of any actual or alleged violation of a "consumer financial protection law", or any other, "personal

© 2018 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.
**CA T4 72 12 18**

injury" or "advertising injury" alleged in any claim or "suit" that also alleges any such violation.

**Asbestos**

**(1)** "Personal and advertising injury" arising out of the actual or alleged presence or actual, alleged or threatened dispersal of asbestos, asbestos fibers or products containing asbestos, provided that the "personal and advertising injury" damage is caused or contributed to by the hazardous properties of asbestos.

**(2)** "Personal and advertising injury" arising out of the actual or alleged presence or actual, alleged or threatened dispersal of any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapors, soot, fumes, acids, alkalis, chemicals and waste, and that are part of any claim or "suit" which also alleges any "personal and advertising injury" described in Paragraph **(1)** above.

**(3)** Any loss, cost or expense arising out of any:

**(a)** Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or any way respond to, or assess the effects of, asbestos, asbestos fibers or products containing asbestos; or

**(b)** Claim or suit by or on behalf of any governmental authority or any other person or organization because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or accessing the effects of, asbestos, asbestos fibers or products containing asbestos.

**Access Or Disclosure Of Confidential Or Personal Information**

"Personal and advertising injury" arising out of any access to or disclosure of any person's or organization's confidential or personal information.

**13.** The following replaces the introductory phrase of Paragraph **5.a.** in Paragraph **D.**, **Who Is An Insured**, of **SECTION II – GENERAL LIABIITY COVERAGES**:

**a.** "Bodily injury" or "personal injury":

**14.** The following replaces Paragraph **2.**, in Paragraph **F.**, **Limits Of Insurance – General Liability Coverages**, of **SECTION II – GENERAL LIABIITY COVERAGES**:

Subject to Paragraph **1.a.** above, the Personal and Advertising Injury Liability Limit is the most we will pay under Paragraph **B.**, Personal And Advertising Injury Liability, for the sum of all damages because of all "personal injury" and "advertising injury" sustained by any one person or organization.

**15.** The following replaces Paragraph **N.5.** of the definition of "insured contract" in the **DEFINITIONS** Section:

**5.** That part of any other contract or agreement pertaining to your "auto" dealership (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another to pay for "bodily injury", "property damage" or "personal injury" to a third party or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

**16.** The following is added to the **DEFINITIONS** Section:

"Advertising injury":

**1.** Means injury caused by one or more of the following offenses:

**a.** Oral or written publication, including publication by electronic means, of material in your "advertisement" that slanders or libels a person or organization or disparages a person's or organization's goods, products or services, provided that the claim is made or the "suit" is brought by a person or organization that claims to have been slandered or libeled, or that claims to have had its goods, products or services disparaged;

**b.** Oral or written publication, including publication by electronic means, of material in your "advertisement" that:

**(1)** Appropriates a person's name, voice, photograph or likeness; or

**(2)** Unreasonably places a person in a false light; or

**c.** Infringement of copyright, "title" or "slogan" in your "advertisement", provided that the claim is made or the "suit" is brought by a person or organization that claims ownership of such copyright, "title" or "slogan".

**2.** Includes "bodily injury" caused by one or more of the offenses described in Paragraph **1.** above.

COMMERCIAL AUTO

"Consumer financial identity information" means any of the following information for a person that is used or collected for the purpose of serving as a factor in establishing such person's eligibility for personal credit, insurance or employment, or for the purpose of conducting a business transaction:

1. Part or all of the account number, the expiration date or the balance of any credit, debit, bank or other financial account.

2. Information bearing on a person's credit worthiness, credit standing or credit capacity.

3. Social security number.

4. Drivers license number.

5. Birth date.

"Consumer financial protection law" means:

1. The Fair Credit Reporting Act (FCRA) and any of its amendments, including the Fair and Accurate Credit Transactions Act (FACTA);

2. California's Song-Beverly Credit Card Act and any of its amendments; or

3. Any other law or regulation that restricts or prohibits the collection, dissemination, transmission, distribution or use of "consumer financial identity information".

"Personal injury":

1. Means injury, other than "advertising injury", caused by one or more of the following offenses:

   a. False arrest, detention or imprisonment;

   b. Malicious prosecution;

   c. The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies, provided that the wrongful eviction, wrongful entry or invasion of the right of private occupancy is committed by or on behalf of the owner, landlord or lessor of that room, dwelling or premises;

   d. Oral or written publication, including publication by electronic means, of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services, provided that the claim is made or the "suit" is brought by a person or organization that claims to have been slandered or libeled, or that claims to have had its goods, products or services disparaged; or

   e. Oral or written publication, including publication by electronic means, of material that:

      (1) Appropriates a person's name, voice, photograph or likeness; or

      (2) Unreasonably places a person in a false light; or

2. Includes "bodily injury" caused by one or more of the offenses described in Paragraph 1. above.

"Slogan":

1. Means a phrase that others use for the purpose of attracting attention in their advertising.

2. Does not include a phrase used as, or in, the name of:

   a. Any person or organization, other than you; or

   b. Any business, or any of the premises, goods, products, services or work, of any person or organization, other than you.

"Title" means a name of a literary or artistic work.

"Unsolicited communication" means any communication, in any form, that the recipient of such communication did not specifically request to receive.

© 2018 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.
CA T4 72 12 18

COMMERCIAL AUTO

POLICY NUMBER: **AD-7N911433-21-CAG**

ISSUE DATE: **07-15-21**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ADDITIONAL INSURED FOR COVERED AUTOS COVERAGES – PRIMARY AND NON-CONTRIBUTORY WITH OTHER INSURANCE

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM

### SCHEDULE OF ADDITIONAL INSURED PERSONS OR ORGANIZATIONS

MEI RIGGING & CRATING

PO BOX 1630

ALBANY, OR 97321

**PROVISIONS**

**1.** The following is added to Paragraph **c.** in **D.2., Who Is An Insured,** of **SECTION I – COVERED AUTOS COVERAGES:**

This includes any person or organization designated in the Schedule Of Additional Insured Persons Or Organizations who you are required under a written contract or agreement between you and that person or organization, that is signed by you before the "bodily injury" or "property damage" occurs and that is in effect during the policy period, to name as an additional insured for auto liability coverage, but only for damages to which this insurance applies and only to the extent of that designated person's or organization's liability for the conduct of another "insured".

**2.** The following is added to Paragraph **5., Other Insurance,** in **B., General Conditions,** of **SECTION IV –CONDITIONS,** but only for Covered Autos Liability Coverage:

Regardless of the provisions of paragraphs **a.** and **f.** of this part **5. Other Insurance,** this insurance is primary to and non-contributory with applicable other insurance under which the person or organization designated in the Schedule Of Additional Insured Persons Or Organizations is the first named insured when the written contract or agreement between you and that designated person or organization, that is signed by you before the "bodily injury" or "property damage" occurs and that is in effect during the policy period, requires this insurance to be primary and non-contributory.

© 2017 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

POLICY NUMBER: **AD-7N911433-21-CAG**

COMMERCIAL AUTO
ISSUE DATE: **07-15-21**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ADDITIONAL INSURED FOR GENERAL LIABILITY COVERAGES – PRIMARY AND NON-CONTRIBUTORY WITH OTHER INSURANCE

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM

**SCHEDULE OF ADDITIONAL INSURED PERSONS OR ORGANIZATIONS**

MEI RIGGING & CRATING
PO BOX 1630
ALBANY, OR 97321

**PROVISIONS**

1. The following is added to Paragraph **D., Who Is An Insured,** of **SECTION II – GENERAL LIABILITY COVERAGES:**

   Any person or organization designated in the Schedule Of Additional Insured Persons Or Organizations who you are required under a written contract or agreement between you and that person or organization, that is signed by you before:

   **a.** The "bodily injury" or "property damage" occurs; or

   **b.** The "personal injury" or "advertising injury" offense is committed;

   and that is in effect during the policy period, to name as an additional insured for general liability coverage, but only for damages because of "bodily injury", "property damage", "personal injury" or "advertising injury" caused, in whole or in part, by your acts or omissions or the acts or omissions of those acting on your behalf:

   **a.** In the performance of your ongoing "auto dealer operations"; or

   **b.** In connection with your premises owned by or rented to you.

2. The following is added to Paragraph **5., Other Insurance,** in **B., General Conditions,** of **SECTION IV –CONDITIONS,** but only for General Liability Coverages:

   Regardless of the provisions of paragraphs **d.** and **f.** of this part **5. Other Insurance,** this insurance is primary to and non-contributory with applicable other insurance under which the person or organization designated in the Schedule Of Additional Insured Persons Or Organizations is the first named insured when the written contract or agreement between you and that designated person or organization, that is signed by you before:

   **(1)** The "bodily injury" or "property damage" occurs; or

   **(2)** The "personal injury" or "advertising injury" offense is committed;

   and that is in effect during the policy period, requires this insurance to be primary and non-contributory.

**CA T6 21 01 18**

© 2017 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

Page 1 of 1

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# AMENDMENT OF BODILY INJURY AND PROPERTY DAMAGE COVERAGE

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM

**PROVISIONS**

1. The following replaces Exclusion **d., Employee Indemnification And Employer's Liability**, in Paragraph **2., Exclusions**, in Paragraph **A., Bodily Injury And Property Damage Liability**, of **SECTION II – GENERAL LIABILITY COVERAGES**:

   **Employee Indemnification And Employer's Liability**

   "Bodily injury" to:

   **(1)** An "employee" of the "insured" arising out of and in the course of:

       **(a)** Employment by the "insured"; or

       **(b)** Performing the duties related to the conduct of the "insured's" business;

   **(2)** The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraph **(1)** above.

   **(3)** A person arising out of any:

       **(a)** Refusal to employ that person;

       **(b)** Termination of that person's employment; or

       **(c)** Employment-related practice, policy, act or omission, such as coercion, demotion, evaluation, reassignment, discipline, failure to promote or advance, harassment, humiliation, discrimination, libel, slander, violation of the person's right of privacy, malicious prosecution or false arrest, detention or imprisonment applied to or directed at that person, regardless of whether such practice, policy, act or omission occurs, is applied or is committed before, during or after the time of that person's employment; or

   **(4)** The spouse, child, parent, brother or sister of that person as a consequence of "bodily injury" to that person at whom any of the employment-related practices described in Paragraph **(3) (a)**, **(b)**, or **(c)** above is directed.

   This exclusion applies whether the 'insured' may be liable as an employer or in any other capacity and to any obligation to share damages with or repay someone else who must pay damages because of the "personal injury".

2. The following replaces Exclusion **I., War**, in Paragraph **2., Exclusions**, in Paragraph **A., Bodily Injury And Property Damage Liability**, of **SECTION II – GENERAL LIABILITY COVERAGES**:

   **War**

   "Bodily injury" or "property damage" arising out of:

   **(1)** War, including undeclared or civil war;

   **(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

   **(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

3. The following replaces Exclusion **m., Recording And Distribution Of Material In Violation Of Law**, in Paragraph **2., Exclusions**, in Paragraph **A., Bodily Injury And Property Damage Liability**, of **SECTION II – GENERAL LIABILITY COVERAGES**:

   **Unsolicited Communication**

COMMERCIAL AUTO

"Bodily injury" or "property damage" arising out of any actual or alleged violation of any law that restricts or prohibits the sending, transmitting or distributing of "unsolicited communication".

**4.** The following Exclusion is added to Paragraph **2., Exclusions,** in Paragraph **A., Bodily Injury And Property Damage Liability,** of **SECTION II – GENERAL LIABILITY COVERAGES:**

**Asbestos**

**(1)** "Bodily injury" or "property damage" arising out of the actual or alleged presence or actual, alleged or threatened dispersal of asbestos, asbestos fibers or products containing asbestos, provided that the "bodily injury" or "property damage" is caused or contributed to by the hazardous properties of asbestos.

**(2)** "Bodily injury" or "property damage" arising out of the actual or alleged presence or actual, alleged or threatened dispersal of any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapors, soot, fumes, acids, alkalis, chemicals and waste, and that are part of any claim or "suit" which also alleges any "bodily injury" or "property damage" described in Paragraph **(1)** above.

**(3)** Any loss, cost or expense arising out of any:

**(a)** Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or any way respond to, or assess the effects of, asbestos, asbestos fibers or products containing asbestos; or

**(b)** Claim or suit by or on behalf of any governmental authority or any other person or organization because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or accessing the effects of, asbestos, asbestos fibers or products containing asbestos.

**5.** The following exclusion is added to Paragraph **2., Exclusions,** in Paragraph **A., Bodily Injury And Property Damage Liability,** of **SECTION II – GENERAL LIABILITY COVERAGES:**

**Access Or Disclosure Of Confidential Or Personal Information**

"Bodily injury" or "property damage" arising out of any access to or disclosure of any person's or organization's confidential or personal information.

**6.** The following exclusion is added to Paragraph **2., Exclusions,** in Paragraph **A., Bodily Injury And Property Damage Liability,** of **SECTION II – GENERAL LIABILITY COVERAGES:**

**Violation Of Consumer Financial Protection Laws**

"Bodily injury" or "property damage" arising out of any actual or alleged violation of a "consumer financial protection law", or any other "bodily injury", "property damage", "personal injury" or "advertising injury" alleged in any claim or "suit" that also alleges any such violation.

**7.** The following is added to **SECTION V – DEFINITIONS:**

"Consumer financial identity information" means any of the following information for a person that is used or collected for the purpose of serving as a factor in establishing such person's eligibility for personal credit, insurance or employment, or for the purpose of conducting a business transaction:

**1.** Part or all of the account number, the expiration date or the balance of any credit, debit, bank or other financial account.

**2.** Information bearing on a person's credit worthiness, credit standing or credit capacity.

**3.** Social security number.

**4.** Drivers license number.

**5.** Birth date.

"Consumer financial protection law" means:

**1.** The Fair Credit Reporting Act (FCRA) and any of its amendments, including the Fair and Accurate Credit Transactions Act (FACTA);

**2.** California's Song-Beverly Credit Card Act and any of its amendments; or

**3.** Any other law or regulation that restricts or prohibits the collection, dissemination, transmission, distribution or use of "consumer financial identity information".

"Unsolicited communication" means any communication, in any form, that the recipient of such communication did not specifically request to receive.

© 2018 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.
**CA T6 32 12 18**

POLICY NUMBER: AD-7N911433-21-CAG

COMMERCIAL AUTO
ISSUE DATE: 07-15-21

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ADDITIONAL INSURED –
# GENERAL LIABILITY COVERAGES –
# GRANTOR OF FRANCHISE

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**SCHEDULE**

**Name Of Person(s) Or Organization(s):**

TOYOTA MOTOR CREDIT CORPORATION

6565 HEADQUARTERS DR
ATTN: DEALER INSURANCE
PLANO                    TX  75024

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

Paragraph **D. Who Is An Insured** of **Section II – General Liability Coverages** is amended to include as an "insured" the person(s) or organization(s) shown in the Schedule, but only with respect to their liability as a grantor of a franchise to the named "insured".

**CA 20 49 10 13**            © Insurance Services Office, Inc., 2011            Page 1 of 1

COMMERCIAL AUTO

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# FELLOW EMPLOYEE COVERAGE

This endorsement modifies insurance provided under the following:

> AUTO DEALERS COVERAGE FORM
> BUSINESS AUTO COVERAGE FORM
> MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

The **Fellow Employee** Exclusion contained under the **Covered Autos Liability Coverage** does not apply.

**CA 20 55 10 13**                    © Insurance Services Office, Inc., 2011                    Page 1 of 1

POLICY NUMBER: **AD-7N911433-21-CAG**

COMMERCIAL AUTO
ISSUE DATE: **07-15-21**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# NEVADA UNINSURED MOTORISTS COVERAGE

For a covered "auto" licensed or principally garaged in, or "auto dealer operations" conducted in, Nevada, this endorsement modifies insurance provided under the following:

> AUTO DEALERS COVERAGE FORM
> BUSINESS AUTO COVERAGE FORM
> MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**SCHEDULE**

**Limit Of Insurance:** $ **SEE CAT030**      Each "Accident"

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**ANTI-STACKING PROVISIONS**

Any contrasting type contained in this endorsement is in compliance with the Nevada statutory requirements that anti-stacking provisions be prominently displayed in the policy, binder or endorsement.

**A. Coverage**

1. We will pay all sums the "insured" is legally entitled to recover as compensatory damages from the owner or driver of an "uninsured motor vehicle". The damages must result from "bodily injury" sustained by the "insured" caused by an "accident". The owner's or driver's liability for these damages must result from the ownership, maintenance or use of the "uninsured motor vehicle".

2. With respect to a vehicle as defined in Paragraph **a.** or **b.** of the definition of "uninsured motor vehicle", we will pay damages only in excess of the amount available to an "insured" under any bodily injury liability bonds or policies applicable to the "uninsured motor vehicle".

3. Any judgment for damages arising out of a "suit" brought without our written consent is not binding on us.

**B. Who Is An Insured**

If the Named Insured is designated in the Declarations as:

1. An individual, then the following are "insureds":

   **a.** The Named Insured and any "family members".

   **b.** Anyone else "occupying" a covered "auto" or a temporary substitute for a covered "auto". The covered "auto" must be out of service because of its breakdown, repair, servicing, "loss" or destruction.

   **c.** Anyone for damages he or she is entitled to recover because of "bodily injury" sustained by another "insured".

2. A partnership, limited liability company, corporation or any other form of organization, then the following are "insureds":

   **a.** Anyone "occupying" a covered "auto" or a temporary substitute for a covered "auto". The covered "auto" must be out of service because of its breakdown, repair, servicing, "loss" or destruction.

   **b.** Anyone for damages he or she is entitled to recover because of "bodily injury" sustained by another "insured".

**C. Exclusions**

This insurance does not apply to any of the following:

1. Any claim settled without our consent. However, this exclusion does not apply to a settlement made with the insurer of a vehicle described in Paragraph **b.** of the definition of "uninsured motor vehicle".

2. The direct or indirect benefit of any insurer or self-insurer under any workers' compensation, disability benefits or similar law.

**CA 21 27 10 13**          © Insurance Services Office, Inc., 2012          Page 1 of 4

COMMERCIAL AUTO

**3. "BODILY INJURY" SUSTAINED BY:**

**a. AN INDIVIDUAL NAMED INSURED WHILE "OCCUPYING" OR WHEN STRUCK BY ANY VEHICLE OWNED BY THAT NAMED INSURED THAT IS NOT A COVERED "AUTO" FOR UNINSURED MOTORISTS COVERAGE UNDER THIS COVERAGE FORM;**

**b. ANY "FAMILY MEMBER" WHILE "OCCUPYING" OR WHEN STRUCK BY ANY VEHICLE OWNED BY THAT "FAMILY MEMBER" THAT IS NOT A COVERED "AUTO" FOR UNINSURED MOTORISTS COVERAGE UNDER THIS COVERAGE FORM; OR**

**c. ANY "FAMILY MEMBER" WHILE "OCCUPYING" OR WHEN STRUCK BY ANY VEHICLE OWNED BY THAT NAMED INSURED THAT IS INSURED FOR UNINSURED MOTORISTS COVERAGE ON A PRIMARY BASIS UNDER ANY OTHER COVERAGE FORM OR POLICY.**

**THIS EXCLUSION APPLIES ONLY TO THE EXTENT THAT THE LIMITS OF LIABILITY FOR THIS COVERAGE EXCEED THE LIMITS OF LIABILITY REQUIRED BY THE NEVADA MOTOR VEHICLE SAFETY RESPONSIBILITY ACT.**

**4.** Anyone using a vehicle without a reasonable belief that the person is entitled to do so.

**5.** Any damages to the extent that they are or were available to be paid to an "insured" under any bodily injury liability bonds or policies applicable to the "uninsured motor vehicle" as defined in Paragraph **a.** or **b.** of the definition of "uninsured motor vehicle".

**6.** Punitive or exemplary damages.

**7.** "Bodily injury" arising directly or indirectly out of:

**a.** War, including undeclared or civil war;

**b.** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**c.** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**D. Limit Of Insurance**

**1. REGARDLESS OF THE NUMBER OF COVERED "AUTOS", "INSUREDS", PREMIUMS PAID, CLAIMS MADE OR VEHICLES INVOLVED IN THE "ACCIDENT", THE MOST WE WILL PAY FOR ALL DAMAGES RESULTING FROM ANY ONE "ACCIDENT" IS THE LIMIT OF INSURANCE FOR UNINSURED MOTORISTS COVERAGE SHOWN IN THE SCHEDULE OR DECLARATIONS.**

**2.** No one will be entitled to receive duplicate payments for the same elements of "loss" under this Coverage Form and any Liability Coverage form or Medical Payments Coverage endorsement attached to this Coverage Part.

We will not make a duplicate payment under this coverage for any element of "loss" for which payment has been made by or for anyone who is legally responsible.

**E. Changes In Conditions**

The Conditions are changed for Uninsured Motorists Coverage as follows:

**1. Other Insurance** in the Auto Dealers and Business Auto Coverage Forms and **Other Insurance – Primary And Excess Insurance Provisions** in the Motor Carrier Coverage Form are replaced by the following:

If there is other applicable insurance available under one or more policies or provisions of coverage:

**a. THE MAXIMUM RECOVERY UNDER ALL COVERAGE FORMS OR POLICIES COMBINED MAY EQUAL BUT NOT EXCEED THE HIGHEST APPLICABLE LIMIT FOR ANY ONE VEHICLE UNDER ANY COVERAGE FORMS OR POLICY PROVIDING COVERAGE ON EITHER A PRIMARY OR EXCESS BASIS.**

**b.** Any insurance we provide with respect to a vehicle the Named Insured does not own shall be excess over any other collectible uninsured motorists insurance providing coverage on a primary basis.

**c.** If the coverage under this Coverage Form is provided:

**(1)** On a primary basis, we will pay only our share of the loss that must be paid under insurance providing coverage on a primary basis. Our share is the proportion that our limit of liability bears to the total of all applicable

limits of liability for coverage on a primary basis.

    **(2)** On an excess basis, we will pay only our share of the loss that must be paid under insurance providing coverage on an excess basis. Our share is the proportion that our limit of liability bears to the total of all applicable limits of liability for coverage on an excess basis.

**2.** **Duties In The Event Of Accident, Claim, Suit Or Loss** in the Business Auto and Motor Carrier Coverage Forms and **Duties In The Event Of Accident, Claim, Offense, Suit, Loss Or Acts, Errors Or Omissions** in the Auto Dealers Coverage Form are changed by adding the following:

    **a.** Promptly notify the police if a hit-and-run driver is involved; and

    **b.** Promptly send us copies of the legal papers if a "suit" is brought.

**3.** **Transfer Of Rights Of Recovery Against Others To Us** is replaced by the following:

**Transfer Of Rights Of Recovery Against Others To Us**

    **a.** If any person or organization to or for whom we make payment under this Coverage Form has rights to recover damages from another, those rights are transferred to us. That person or organization must do everything necessary to secure our rights and must do nothing after "accident" or "loss" to impair them. However, with respect to an underinsured motor vehicle as defined in Paragraph **b.** of the definition of "uninsured motor vehicle", this condition does not apply.

    **b.** If we make any payment and the "insured" recovers from another party, the "insured" shall hold the proceeds in trust for us and pay us back the amount we have paid.

**4.** The following condition is added:

**Arbitration**

    **a.** If we and an "insured" disagree whether the "insured" is legally entitled to recover damages from the owner or driver of an "uninsured motor vehicle" or do not agree as to the amount of damages, the "insured" may make a written demand for

arbitration. However, disputes concerning coverage under this endorsement may not be arbitrated. In this event, each party will select an arbitrator. The two arbitrators will select a third. If they cannot agree within 30 days, either may request that selection be made by a judge of a court having jurisdiction. Each party will pay the expenses it incurs and bear the expenses of the third arbitrator equally.

    **b.** Unless both parties agree otherwise, arbitration will take place in the county in which the "insured" lives. Local rules of law as to arbitration procedure and evidence will apply. A decision of the arbitrators will not be binding on the "insured".

**F.** **Additional Definitions**

As used in this endorsement:

**1.** "Family member" means a person related to an individual Named Insured by blood, marriage or adoption, who is a resident of such Named Insured's household, including a ward or foster child.

**2.** "Occupying" means in, upon, getting in, on, out or off.

**3.** "Uninsured motor vehicle" means a land motor vehicle or "trailer":

    **a.** For which no liability bond or policy at the time of an "accident" provides at least the amounts required by the applicable law where a covered "auto" is principally garaged;

    **b.** That is an underinsured motor vehicle. An underinsured motor vehicle is a land motor vehicle or "trailer" to which a liability bond or policy applies at the time of the "accident", but the amount paid under that bond or policy to an "insured" is not enough to pay the full amount the "insured" is legally entitled to recover as damages;

    **c.** For which an insuring or bonding company denies coverage or is or becomes insolvent; or

    **d.** That is a hit-and-run vehicle and neither the driver nor owner can be identified. The vehicle must hit an "insured", a covered "auto" or a vehicle an "insured" is "occupying".

COMMERCIAL AUTO

However, "uninsured motor vehicle" does not include any vehicle:

**a.** Owned or operated by a self-insurer under any applicable motor vehicle law, except:

    **(1)** A self-insurer who is or becomes insolvent and cannot provide the amounts required by that motor vehicle law; or

    **(2)** A vehicle(s) owned by a governmental unit or agency.

**b.** Designed for use mainly off public roads while not on public roads.

© Insurance Services Office, Inc., 2012

**CA 21 27 10 13**

COMMERCIAL AUTO

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# BROAD FORM PRODUCTS COVERAGE

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

Paragraph **A. Bodily Injury And Property Damage Liability** of **Section II – General Liability Coverages** is changed as follow s:

Exclusion **2.h. Defective Products** does not apply. However, subject to the General Liability Bodily Injury And Property Damage Liability Each "Accident" Limit, the coverage only applies to that amount of "property damage" to your "products" that exceeds $500 for any one "accident".

TRAVELERS DOC MGMT Page 101 of 615

COMMERCIAL AUTO

POLICY NUMBER: **AD-7N911433-21-CAG**

ISSUE DATE: **07-15-21**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EMPLOYEE BENEFITS LIABILITY COVERAGE

**THIS ENDORSEMENT PROVIDES CLAIMS-MADE COVERAGE.**
**PLEASE READ THE ENTIRE ENDORSEMENT CAREFULLY.**

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

### SCHEDULE

| Coverage | Limits Of Insurance | Each Employee Deductible | Premium |
|---|---|---|---|
| Employee Benefits Programs | $1,000,000  **Each Employee**<br><br>$2,000,000  **Employee Benefits Aggregate** | $ NONE | $ ▉▉▉▉▉ |
| Retroactive Date | 07/01/2019 | | |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | | | |

**A. Employee Benefits Liability Coverage**

**1. Coverage**

**a.** We will pay those sums that the "insured" becomes legally obligated to pay as damages because of any act, error or omission, of the "insured", or of any other person for whose acts the "insured" is legally liable, to which this insurance applies. We will have the right and duty to defend the "insured" against any "suit" seeking those damages. Ho wever, we will have no duty to defend the "insured" against any "suit" seeking damages to which this insurance does not apply. We may, at our discretion, investigate any report of an act, error or omission and settle any "claim" or "suit" that may result. But:

**(1)** The amount we will pay for damages is limited as described in Paragraph **D.** Limits Of Insurance; and

**(2)** Our right to defend or settle ends when we have used up the a pplicable limit of insurance in the payment of judgments or settlements.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Paragraph **B.** Supplementary Payments.

**b.** This insurance applies to damages only if:

**(1)** The act, error or omission is negligently committed in the "administration" of your "employee benefit program";

**(2)** The act, error or omission did not take place before the Retroactive Date, if any, shown in the Schedule nor after the end of the policy period; and

**(3)** A "claim" for damages, because of an act, error or omission, is first made against any "insured", in accordance with Paragraph **c.** below, during the policy period or an Extended Reporting Period we provide under Paragraph **G.** Extended Reporting Period of this endorsement.

**c.** A "claim" seeking damages will be deemed to have been made at the earlier of the following times:

**(1)** When notice of such "claim" is received and recorded by any "insured" or by us, whichever comes first; or

**(2)** When we make settlement in accordance with Paragraph **a.** above.

**CA 25 48 10 13**          © Insurance Services Office, Inc., 2011          Page 1 of 6

COMMERCIAL AUTO

A "claim" received and recorded by the "insured" within 60 days after the end of the policy period will be considered to have been received within the policy period, if no subsequent policy is available to cover the claim.

**d.** All "claims" for damages made by an "employee" because of any act, error or omission, or a series of related acts, errors or omissions, including damages claimed by such "employee's" dependents and beneficiaries, will be deemed to have been made at the time the first of those "claims" is made against any "insured".

**2. Exclusions**

This insurance does not apply to:

**a. Dishonest, Fraudulent, Criminal Or Malicious Act**

Damages arising out of any intentional, dishonest, fraudulent, criminal or malicious act, error or omission, committed by any "insured", including the willful or reckless violation of any statute.

**b. Bodily Injury, Property Damage Or Personal And Advertising Injury**

"Bodily injury", "property damage" or "personal and advertising injury".

**c. Failure To Perform A Contract**

Damages arising out of failure of performance of contract by any insurer.

**d. Insufficiency Of Funds**

Damages arising out of an insufficiency of funds to meet any obligations under any plan included in the "employee benefit program".

**e. Inadequacy Of Performance Of Investment/Advice Given With Respect To Participation**

Any "claim" based upon:

**(1)** Failure of any investment to perform;

**(2)** Errors in providing information on past performance of investment vehicles; or

**(3)** Advice given to any person with respect to that person's decision to participate or not to participate in any plan included in the "employee benefit program".

**f. Workers' Compensation And Similar Laws**

Any "claim" arising out of your failure to comply with the mandatory provisions of any workers' compensation, unemployment compensation insurance, social security or disability benefits law or any similar law.

**g. ERISA**

Damages for which any "insured" is liable because of liability imposed on a fiduciary by the Employee Retirement Income Security Act of 1974, as now or hereafter amended, or by any similar federal, state or local laws.

**h. Available Benefits**

Any "claim" for benefits to the extent that such benefits are available, with reasonable effort and cooperation of the "insured", from the applicable funds accrued or other collectible insurance.

**i. Taxes, Fines Or Penalties**

Taxes, fines or penalties, including those imposed under the Internal Revenue Code or any similar state or local law.

**j. Employment-related Practices**

Damages arising out of wrongful termination of employment, discrimination, or other employment-related practices.

**B. Supplementary Payments**

We will pay for the "insured":

**1.** All expenses we incur.

**2.** The cost of bonds to release attachments in any "suit" against the "insured" we defend, but only for bond amounts within our Limit of Insurance.

**3.** All reasonable expenses incurred by the "insured" at our request, including actual loss of earnings up to $250 a day because of time off from work.

**4.** All costs taxed against the "insured" in any "suit" against the "insured" we defend.

**5.** All interest on the full amount of any judgment that accrues after entry of the judgment in any "suit" against the "insured" we defend, but our duty to pay interest ends when we have paid, offered to pay or deposited in court the part of the judgment that is within our Limit of Insurance.

© Insurance Services Office, Inc., 2011

CA 25 48 10 13

These payments will not reduce the Limit of Insurance.

**C. Who Is An Insured**

The following are "insureds" for Employee Benefits Liability Coverage:

**1.** You.

**2.** Your partners and their spouses, if you are a partnership, but only with respect to the "administration" of your "employee benefit program".

**3.** Your members, if you are a limited liability company, but only with respect to the "administration" of your "employee benefit program". Your managers are also "insureds", but only with respect to their duties as your managers.

**4.** Your "executive officers" and directors, if you are an organization other than a partnership or limited liability company, but only with respect to their duties as your officers or directors. Your stockholders are also "insureds" but only with respect to their liability as stockholders.

**5.** Each of your "employees" who is or was authorized to administer your "employee benefit program".

**6.** Any "auto" dealership that is acquired or formed by you, other than a partnership or limited liability company and over which you maintain ownership or majority interest, will qualify as a Named Insured if no other similar insurance applies to that "auto" dealership. However:

　　**a.** Coverage under this provision is afforded only until the 90th day after you acquire or form the "auto" dealership or the end of the policy period, whichever is earlier.

　　**b.** Coverage under this provision does not apply to any act, error or omission that was committed before you acquired or formed the "auto" dealership.

No person or organization is an "insured" with respect to the conduct of any current or past partnership or limited liability company that is not shown as a Named Insured in the Declarations.

**D. Limits Of Insurance**

**1.** The Limits Of Insurance shown in the Schedule and the rules below fix the most we will pay regardless of the number of:

　　**a.** "Insureds";

　　**b.** "Claims" made or "suits" brought;

　　**c.** Persons or organizations making "claims" or bringing "suits";

　　**d.** Acts, errors or omissions; or

　　**e.** Benefits included in your "employee benefit program".

**2.** The Employee Benefits Aggregate Limit is the most we will pay for all damages because of acts, errors or omissions negligently committed in the "administration" of your "employee benefit program".

**3.** Subject to the Employee Benefit Aggregate Limit, the Each Employee Limit is the most we will pay for all damages sustained by any one "employee", including damages sustained by such "employee's" dependents and beneficiaries, as a result of:

　　**a.** An act, error or omission; or

　　**b.** A series of related acts, errors or omissions

negligently committed in the "administration" of your "employee benefit program".

However, the amount paid under this endorsement shall not exceed, and will be subject to, the limits and restrictions that apply to the payment of benefits in any plan included in the "employee benefit program".

The Limits of Insurance of this endorsement apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations of the policy to which this endorsement is attached, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

**E. Deductible**

**1.** Our obligation to pay damages on behalf of the "insured" applies only to the amount of damages in excess of the deductible amount stated in the Schedule as applicable to Each Employee. The limits of insurance shall not be reduced by the amount of this deductible.

**2.** The deductible amount stated in the Schedule applies to all damages sustained by any one "employee", including such "employee's" dependents and beneficiaries, because of all acts, errors or omissions to which this insurance applies.

COMMERCIAL AUTO

**3.** The terms of this insurance, including those with respect to:

**a.** Our right and duty to defend any "suits" seeking those damages; and

**b.** Your duties, and the duties of any other involved "insured", in the event of an act, error or omission, or "claim"

apply irrespective of the application of the deductible amount.

**4.** We may pay any part or all of the deductible amount to effect settlement of any "claim" or "suit" and, upon notification of the action taken, you shall promptly reimburse us for such part of the deductible amount as we have paid.

**F. Changes In Conditions**

For the purposes of the coverage provided by this endorsement, **Section IV – Conditions** is amended as follows:

**1.** The **Duties In The Event Of Accident, Claim, Offense, Suit, Loss Or Acts, Errors Or Omissions** Condition is replaced by the following:

**Duties In The Event Of An Act, Error Or Omission, Or Claim Or Suit**

We have no duty to provide coverage under this policy unless there has been full compliance with the fol lowing duties:

**a.** You must see to it that we are notified as soon as practicable of an act, error or omission which may result in a "claim". To the extent possible, notice should include:

**(1)** What the act, error or omission was and when it occurred; and

**(2)** The names and addresses of anyone who may suffer damages as a result of the act, error or omission.

**b.** If a "claim" is made or "suit" is brought against any "insured", you must:

**(1)** Immediately record the specifics of the "claim" or "suit" and the date received; and

**(2)** Notify us as soo n as practicable.

You must see to it that we receive written notice of the "claim" or "suit" as soon as practicable.

**c.** You and any other involved "insured" must:

**(1)** Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the "claim" or "suit";

**(2)** Authorize us to obtain records and other information;

**(3)** Cooperate with us in the investigation or settlement of the "claim" or defense against the "suit"; and

**(4)** Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the "insured" because of an act, error or omission to which this insurance may also apply.

**d.** No "insured" will, except at that "insured's" own cost, voluntarily make a payment, assume any obligation or incur any expense without our consent.

**2.** The **Other Insurance** Condition is replaced by the following:

**Other Insurance**

If other valid and collectible insurance is available to the "insured" for a loss we cover under this endorsement, our obligations are limited as follows:

**a. Primary Insurance**

This insurance is primary except when Paragraph **b.** below applies. If this insurance is primary, our obligations are not affected unless any of the other insurance is also primary. Then, we will share with all that other insurance by the method described in Paragraph **c.** below.

**b. Excess Insurance**

**(1)** This insurance is excess over any of the other insurance, whether primary, excess, contingent or on any other basis that is effective prior to the beginning of the policy period shown in the Schedule of this insurance and that applies to an act, error or omission on other than a claims-made basis, if:

**(a)** No Retroactive Date is shown in the Schedule of this insurance; or

**(b)** The other insurance has a policy period which continues after the Retroactive Date shown in the Schedule of this insurance.

**(2)** When this insurance is excess, we will have no duty to defend the "insured" against any "suit" if any other insurer has a duty to defend the "insured" against that "suit". If no other insurer defends, we will undertake to do so, but we will be entitled to the "insured's" rights against all those other insurers.

**(3)** When this insurance is excess over other insurance, we will pay only our share of the amount of the loss, if any, that exceeds the sum of the total amount that all such other insurance would pay for the loss in absence of this insurance; and the total of all deductible and self-"insured" amounts under all that other insurance.

**(4)** We will share the remaining loss, if any, with any other insurance that is not described in this Excess Insurance provision and was not bought specifically to apply in excess of the Limits Of Insurance shown in the Schedule of this endorsement.

**c. Method Of Sharing**

If all of the other insurance permits contribution by equal shares, we will follow this method also. Under this approach, each insurer contributes equal amounts until it has paid its applicable limit of insurance or none of the loss remains, whichever comes first.

If any of the other insurance does not permit contribution by equal shares, we will contribute by limits. Under this method, each insurer's share is based on the ratio of its applicable limits of insurance to the total applicable limits of insurance of all insurers.

**G. Extended Reporting Period**

For the purpo ses of the coverage provided by this endorsement, the following Extended Reporting Period provisions are added:

**1.** You will have the right to purchase an Extended Reporting Period, as described below, if:

**a.** This endorsement is cancelled or not renewed; or

**b.** We renew or replace this endorsement with insurance that:

**(1)** Has a Retroactive Date later than the date shown in the Schedule of this endorsement; or

**(2)** Does not apply to an act, error or omission on a claims-made basis.

**2.** The Extended Reporting Period does not extend the policy period or change the scope of coverage provided. It applies only to "claims" for acts, errors or omissions that were first committed before the end of the policy period but not before the Retroactive Date, if any, shown in the Schedule. Once in effect, the Extended Reporting Period may not be cancelled.

**3.** An Extended Reporting Period of five years is available, but only by an endorsement and for an extra charge.

You must give us a written request for the endorsement within 60 days after the end of the policy period. The Extended Reporting Period will not go into effect unless you pay the additional premium promptly when due.

We will determine the additional premium in accordance with our rules and rates. In doing so, we may take into account the following:

**a.** The "employee benefit programs" "insured";

**b.** Previous types and amounts of insurance;

**c.** Limits of insurance available under this endorsement for future payment of damages; and

**d.** Other related factors.

The additional premium will not exceed 100% of the annual premium for this endorsement.

The Extended Reporting Period endorsement applicable to this coverage shall set forth the terms, not inconsistent with this section, applicable to the Extended Reporting Period, including a provision to the effect that the insurance afforded for "claims" first received during such period is excess over any other valid and collectible insurance available under policies in force after the Extended Reporting Period starts.

**4.** If the Extended Reporting Period is in effect, we will provide an extended reporting period aggregate limit of insurance described below, but only for "claims" first received and recorded during the Extended Reporting Period.

COMMERCIAL AUTO

The extended reporting period employee benefit aggregate limit of insurance will be equal to the dollar amount shown in the Schedule of this endorsement under Limits Of Insurance.

Paragraph **D.2.** of this endorsement will be amended accordingly. The Each Employee Limit shown in the Schedule will then continue to apply as set forth in Paragraph **D.3.**

## H. Definitions

For the purpo ses of the coverage provided by this endorsement, **Section V – Definitions** is amended as follows:

1. The "Employee" definition is replaced by the following:

   "Employee" means a person actively employed, formerly employed, on leave of absence or disabled, or retired. "Employee" includes a "leased worker". "Employee" does not include a "temporary worker".

2. The "Suit" definition is replaced by the following":

   "Suit" means a civil proceeding in which damages because of an act, error or omission to which this insurance applies are alleged. "Suit" includes:

   **a.** An arbitration proceeding in which such damages are claimed and to which the "insured" must submit or does submit with our consent; or

   **b.** Any other alternative dispute resolution proceeding in which such damages are claimed and to which the "insured" submits with our consent.

3. The following definitions are added:

   **a.** "Administration" means:

      **(1)** Providing information to "employees", including their dependents and beneficiaries, with respect to eligibility for or scope of "employee benefit programs";

      **(2)** Handling records in connection with the "employee benefit program"; or

      **(3)** Effecting, continuing or terminating any "employee's" participation in any

benefit included in the "employee benefit program".

However, "administration" does not include handling payroll deductions.

**b.** "Cafeteria plans" means plans authorized by applicable law to allow employees to elect to pay for certain benefits with pre-tax dollars.

**c.** "Claim" means any demand, or "suit", made by an "employee" or an "employee's" dependents and beneficiaries, for damages as the result of an act, error or omission.

**d.** "Employee benefit program" means a program providing some or all of the following benefits to "employees", whether provided through a "cafeteria plan" or otherwise:

   **(1)** Group life insurance, group accident or health insurance, dental, vision and hearing plans, and flexible spending accounts, provided that no one other than an "employee" may subscribe to such benefits and such benefits are made generally available to those "employees" who satisfy the plan's eligibility requirements;

   **(2)** Profit sharing plans, employee savings plans, employee stock ownership plans, pension plans and stock subscription plans, provided that no one other than an "employee" may subscribe to such benefits and such benefits are made generally available to all "employees" who are eligible under the plan for such benefits;

   **(3)** Unemployment insurance, social security benefits, workers' compensation and disability benefits;

   **(4)** Vacation plans, including buy-and-sell programs; leave of absence programs, including military, maternity, family and civil leave; tuition assistance plans; transportation and health club subsidies; and

   **(5)** Any other similar benefits designated in the Schedule or added thereto by endorsement.

    © Insurance Services Office, Inc., 2011    **CA 25 48 10 13**

COMMERCIAL AUTO

POLICY NUMBER: **AD-7N911433-21-CAG**

ISSUE DATE: **07-15-21**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# DESIGNATED LOCATION(S)
# GENERAL LIABILITY AGGREGATE LIMIT FOR
# CERTAIN GENERAL LIABILITY COVERAGES

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**SCHEDULE**

**Designated Location(s):** .

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**Section II – General Liability Coverages** is amended as follows:

**A.** For all sums the "insured" legally must pay as damages caused by "accidents" under Paragraph **A.** Bodily Injury And Property Damage Liability and for all medical expenses caused by "accidents" under Paragraph **C.** Locations And Operations Medical Payments, which can be attributed only to "auto dealer operations" at a single designated "location" shown in the Schedule above:

   **1.** A separate Designated Location General Liability Aggregate Limit applies to each designated "location", and that limit is equal to the amount of the General Liability Aggregate Limit shown in the Declarations.

   **2.** The Designated Location General Liability Aggregate Limit is the most we will pay for the sum of all damages under Paragraph **A.** Bodily Injury And Property Damage Liability, except damages because of "bodily injury" and "property damage" that are both:

      **a.** Sustained away from locations owned, maintained or used for your "auto dealer operations"; and

      **b.** Arising out of your "products" or "work you performed";

   and for medical expenses under Paragraph **C.** Locations And Operations Medical Payments, regardless of the number of "insur-

eds", claims made or "suits" brought or persons or organizations making claims or bringing "suits".

   **3.** Any payments made under Paragraph **A.** Bodily Injury And Property Damage Liability for damages or under Paragraph **C.** Locations And Operations Medical Payments for medical expenses shall reduce the Designated Location General Liability Aggregate Limit for that designated "location". Such payments shall not reduce the General Liability Aggregate Limit shown in the Declarations nor shall they reduce any other Designated Location General Liability Aggregate Limit for any other designated "location" shown in the Schedule above.

   **4.** The limits shown in the Declarations for General Liability Bodily Injury And Property Damage Liability Each "Accident", Damage To Premises Rented To You and Locations And Operations Medical Payments continue to apply. However, instead of being subject to the General Liability Aggregate Limit shown in the Declarations, such limits will be subject to the applicable Designated Location General Aggregate Limit.

**B.** For all sums the "insured" legally must pay as damages caused by "accidents" under Paragraph **A.** Bodily Injury And Property Damage Liability and for all medical expenses caused by "acci-

**CA 25 59 10 13**

© Insurance Services Office, Inc., 2011

Page 1 of 2

COMMERCIAL AUTO

dents" under Paragraph **C.** Locations And Operations Medical Payments, which cannot be attributed only to operations at a single designated "location" shown in the Schedule above:

1.  Any payments made under Paragraph **A.** for damages or under Paragraph **C.** for medical expenses shall reduce the amount available under the General Liability Aggregate Limit or the Products And Work You Performed Aggregate Limit, whichever is applicable; and

2.  Such payments shall not reduce any Designated Location General Liability Aggregate Limit.

**C.** When coverage for liability arising out of "bodily injury" and "property damage" that are both:

1.  Sustained away from locations owned, maintained or used for your "auto dealer operations"; and

2.  Arising out of your "products" or "work you performed";

is provided, any payments for damages because of "bodily injury" or "property damage" sustained away from locations owned, maintained or used for your "auto dealer operations" and arising out of your "products" or "work you performed" will reduce the Products And Work You Performed Aggregate Limit, and not reduce the General Liability Aggregate Limit nor the Designated Location General Liability Aggregate Limit.

**D.** For the purposes of this endorsement, **Section V – Definitions** is amended by the addition of the following definition:

"Location" means premises involving the same or connecting lots, or premises whose connection is interrupted only by a street, roadway, waterway or right-of-way of a railroad.

**E.** The provisions of Paragraph **F. Limits Of Insurance – General Liability Coverages** not otherwise modified by this endorsement shall continue to apply as stipulated.

     © Insurance Services Office, Inc., 2011     **CA 25 59 10 13**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# AUTO MEDICAL PAYMENTS COVERAGE

This endorsement modifies insurance provided under the following:

      AUTO DEALERS COVERAGE FORM
      BUSINESS AUTO COVERAGE FORM
      MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**A. Coverage**

We will pay reasonable expenses incurred for necessary medical and funeral services to or for an "insured" who sustains "bodily injury" caused by "accident". We will pay only those expenses incurred, for services rendered within three years from the date of the "accident".

**B. Who Is An Insured**

**1.** You while "occupying" or, while a pedestrian, when struck by any "auto".

**2.** If you are an individual, any "family member" while "occupying" or, while a pedestrian, when struck by any "auto".

**3.** Anyone else "occupying" a covered "auto" or a temporary substitute for a covered "auto". The covered "auto" must be out of service because of its breakdown, repair, servicing, loss or destruction.

**C. Exclusions**

This insurance does not apply to any of the following:

**1.** "Bodily injury" sustained by an "insured" while "occupying" a vehicle located for use as a premises.

**2.** "Bodily injury" sustained by you or any "family member" while "occupying" or struck by any vehicle (other than a covered "auto") owned by you or furnished or available for your regular use.

**3.** "Bodily injury" sustained by any "family member" while "occupying" or struck by any vehicle (other than a covered "auto") owned by or furnished or available for the regular use of any "family member".

**4.** "Bodily injury" to your "employee" arising out of and in the course of employment by you. However, we will cover "bodily injury" to your domestic "employees" if not entitled to workers' compensation benefits. For the purposes

of this endorsement, a domestic "employee" is a person engaged in household or domestic work performed principally in connection with a residence premises.

**5.** "Bodily injury" to an "insured" while working in a business of selling, servicing, repairing or parking "autos" unless that business is yours.

**6.** "Bodily injury" arising directly or indirectly out of:

**a.** War, including undeclared or civil war;

**b.** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**c.** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**7.** "Bodily injury" to anyone using a vehicle without a reasonable belief that the person is entitled to do so.

**8.** "Bodily Injury" sustained by an "insured" while "occupying" any covered "auto" while used in any professional racing or demolition contest or stunting activity, or while practicing for such contest or activity. This insurance also does not apply to any "bodily injury" sustained by an "insured" while the "auto" is being prepared for such a contest or activity.

**D. Limit Of Insurance**

Regardless of the number of covered "autos", "insureds", premiums paid, claims made or vehicles involved in the "accident", the most we will pay for "bodily injury" for each "insured" injured in any one "accident" is the Limit Of Insurance for Auto Medical Payments Coverage shown in the Declarations.

 © Insurance Services Office, Inc., 2011

COMMERCIAL AUTO

No one will be entitled to receive duplicate payments for the same elements of "loss" under this coverage and any Liability Coverage Form, Uninsured Motorists Coverage Endorsement or Underinsured Motorists Coverage Endorsement attached to this Coverage Part.

**E. Changes In Conditions**

The **Conditions** are changed for **Auto Medical Payments Coverage** as follows:

**1.** The **Transfer Of Rights Of Recovery Against Others To Us** Condition does not apply.

**2.** The reference in **Other Insurance** in the Auto Dealers and Business Auto Coverage Forms and **Other Insurance – Primary And Excess Insurance Provisions** in the Motor Carrier Coverage Form to "other collectible insurance" applies only to other collectible auto medical payments insurance.

**F. Additional Definitions**

As used in this endorsement:

**1.** "Family member" means a person related to you by blood, marriage or adoption who is a resident of your household, including a ward or foster child.

**2.** "Occupying" means in, upon, getting in, on, out or off.

POLICY NUMBER: **AD-7N911433-21-CAG**

COMMERCIAL AUTO
ISSUE DATE: **07-15-21**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# DRIVE OTHER CAR COVERAGE – BROADENED COVERAGE FOR NAMED INDIVIDUALS

This endorsement modifies insurance provided under the following:

        AUTO DEALERS COVERAGE FORM
        BUSINESS AUTO COVERAGE FORM
        MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

## SCHEDULE

LIMITS   Liability                 $    Limits of Insurance as
         Auto Medical Payments     $    stated in Item Two of
         Uninsured Motorists       $    the applicable Coverage
         Underinsured Motorists    $    Part Declarations

| Name of Individual | Liability Premium | Auto Medical Payments Premium | Uninsured Motorists Premium | Underinsured Motorists Premium | Physical Damage Comprehensive Deductible | Comprehensive Premium | Collision Deductible | Collision Premium |
|---|---|---|---|---|---|---|---|---|
| THOMAS S. DOLAN | | | | | | | | |
| RYAN M. DOLAN & MELISSA DOLAN | | | | | | | | |
| BRADEN T. DOLAN | | | | | | | | |
| DANIELLE DOLAN PLYMELL | | | | | | | | |
| PAMELA DOLAN | | | | | | | | |
| MICHAEL E. DOLAN | | | | | | | | |
| BROOKE ASHLYNNE DOLAN | | | | | | | | |
| SANDY MCKEE | | | | | | | | |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**Note:** When Uninsured Motorists Coverage is provided at limits higher than the basic limits required by a financial responsibility law, Underinsured Motorists Coverage is included, unless otherwise noted. If Underinsured Motorists Coverage is provided as a separate coverage, make appropriate entry in the Schedule above.

**A.** This endorsement changes only those coverages where a premium is shown in the Schedule.

**B. Changes In Covered Autos Liability Coverage**

   **1.** Any "auto" you don't own, hire or borrow is a covered "auto" while being used by any indi-

COMMERCIAL AUTO

vidual named in the Schedule or by his or her spouse while a resident of the same household except:

**a.** Any "auto" owned by that individual or by any member of his or her household.

**b.** Any "auto" used by that individual or his or her spouse while working in a business of selling, servicing, repairing or parking "autos".

**2.** The following is added to **Who Is An Insured:**

Any individual named in the Schedule and his or her spouse, while a resident of the same household, are "insureds" while using any covered "auto" described in Paragraph **B.1.** of this endorsement.

**C. Changes In Auto Medical Payments And Uninsured And Underinsured Motorists Coverages**

The following is added to **Who Is An Insured:**

Any individual named in the Schedule and his or her "family members" are "insureds" while "occu-pying" or while a pedestrian when being struck by any "auto" you don't own except:

Any "auto" owned by that individual or by any "family member".

**D. Changes In Physical Damage Coverage**

Any private passenger type "auto" you don't own, hire or borrow is a covered "auto" while in the care, custody or control of any individual named in the Schedule or his or her spouse while a resident of the same household except:

**1.** Any "auto" owned by that individual or by any member of his or her household.

**2.** Any "auto" used by that individual or his or her spouse while working in a business of selling, servicing, repairing or parking "autos".

**E. Additional Definition**

As used in this endorsement:

"Family member" means a person related to the individual named in the Schedule by blood, mar-riage or adoption who is a resident of the individual's household, including a ward or foster child.

    © Insurance Services Office, Inc., 2011    **CA 99 10 10 13**

POLICY NUMBER: AD-7N911433-21-CAG

COMMERCIAL AUTO
ISSUE DATE: 07-15-21

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# STATED AMOUNT INSURANCE

This endorsement modifies insurance provided under the following:

    AUTO DEALERS COVERAGE FORM
    BUSINESS AUTO COVERAGE FORM
    MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

### SCHEDULE

The insurance provided by this endorsement is reduced by the following deductible(s):

| Vehicle Number | Coverage | Limit Of Insurance And  Deductible | | Premium |
|---|---|---|---|---|
| SEE SCHEDULE | | $ | Limit Of Insurance    $ | |
| | | $ | Deductible | |
| | | $ | Limit Of Insurance    $ | |
| | | $ | Deductible | |
| | | $ | Limit Of Insurance    $ | |
| | | $ | Deductible | |
| | | | Total Premium    $ | |

**NOTE:**

The amount shown in the Schedule or in the Declarations is not necessarily the amount you will receive at the time of "loss" for the described property. Please refer to the Limits Of Insurance and Deductible provisions which follow.

### Designation Or Description Of Covered  "Autos"

| Vehicle Number | Model Year | Trade Name And Model |
|---|---|---|
| | | |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A.** This endorsement provides only those coverages where a premium is shown in the Schedule. Each of these coverages applies only to the vehicles shown as covered "autos".

**B.** For a covered "auto" described in the Schedule, **Physical Damage Coverage – Limits Of Insurance** is replaced by the following:

**Limits Of Insurance**

1. The most we will pay for any one "loss" to any one covered "auto" is the least of the following amounts:

   **a.** The actual cash value of the damaged or stolen property as of the time of the "loss";

   **b.** The cost of repairing or replacing the damaged or stolen property with property of like kind and quality; or

   **c.** The Limit Of Insurance shown in the Schedule.

2. An adjustment for depreciation and physical condition will be made in determining actual cash value in the event of a total "loss".

CA 99 28 10 13                 © Insurance Services Office, Inc., 2011                 Page 1 of 2

COMMERCIAL AUTO

**3.** If a repair or replacement results in better than like kind or quality, we will not pay for the amount of the betterment.

**C. Deductible**

**1.** For each covered "auto", our obligation to pay:

    **a.** The actual cash value of the damaged or stolen property a s of the time of the "loss" will be reduced by the applicable deductible shown in the Schedule;

    **b.** The cost of repairing or replacing the damaged or stolen property with property of like kind and quality will be reduced by the applicable deductible shown in the Schedule; or

    **c.** The damages for "loss" that would otherwise be payable will be reduced by the applicable deductible shown in the Schedule prior to the application of the Limit Of Insurance shown in the Schedule.

**2.** Any Comprehensive Coverage Deductible shown in the Schedule does not apply to "loss" caused by fire or lightning.

© Insurance Services Office, Inc., 2011

**CA 99 28 10 13**

POLICY NUMBER: **AD-7N911433-21-CAG**

COMMERCIAL AUTO
ISSUE DATE:  07-15-21

# SCHEDULE EXTENSION
**This is an extension of CA 99 28 10 13**

### STATED AMOUNT INSURANCE

| VEHICLE NUMBER | COVERAGE | LIMIT OF LIABILITY | PREMIUM |
|---|---|---|---|
| 1 | COMPREHENSIVE | 346,300 | PREMIUM SHOWN IN SCHEDULE OF COVERED AUTOS YOU OWN |
| 1 | COLLISION | 346,300 | |

**CA 99 28 SCHED**

Page 1 of 1

COMMERCIAL AUTO

POLICY NUMBER:  AD-7N911433-21-CAG

ISSUE DATE: 07-15-21

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# LEMON LAW COVERAGE

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM

**LEMON LAW COVERAGE SCHEDULE**

The Limits of Insurance provided for this Lemon Law Coverage are:

$  50,000  Each "Lemon Law Suit"

$  100,000  Aggregate

**PROVISIONS**

1. The following Section is added:

**LEMON LAW COVERAGE**

**A. Coverage**

We will pay all sums an "insured" legally must pay as damages to your customer on a "lemon law suit" brought during the policy period because of a defect existing in an "auto" at the time that it was sold to the customer by your "auto dealer operations" if that "auto" is subject to the applicable Lemon Law of the state in which it is titled.

We have the right and duty to defend any "lemon law suit" asking for damages, even if any of the allegations of the "lemon law suit" are groundless, false or fraudulent. We may investigate and settle any claim or "lemon law suit" as we consider appropriate. Our duty to defend ends when the applicable Limit of Insurance has been exhausted by payment of judgments, settlements or defense costs.

We will apply Paragraph **E.**, **Supplementary Payments**, of **SECTION II – GENERAL LIABILITY COVERAGES** to this Lemon Law Coverage. All payments we make for expenses as supplementary payments for a "lemon law suit" to which this Lemon Law Coverage applies will reduce the Limit of Insurance shown in the Lemon Law Coverage Schedule.

**B. Exclusions**

This Lemon Law Coverage does not apply to:

1. Any claim, "lemon law suit" because of an obligation arising from an express warranty or mechanical breakdown agreement.

2. Any intentional dishonest, fraudulent or criminal act or omission committed by any "insured".

3. Any claim, "lemon law suit" seeking injunctive relief, civil or criminal fines, penalties or assessments.

4. Any claim, "lemon law suit" alleging a violation of any anti-trust law of the United States or any other jurisdiction.

**C. Who Is An Insured**

All "insureds" under Paragraph **D.**, **Who Is An Insured**, of **SECTION II – GENERAL LIABILITY COVERAGES**, and any amendment thereto by endorsement, are also "insureds" for this Lemon Law Coverage.

**D. Limit Of Insurance – Lemon Law Coverage**

Regardless of the number of "insureds", claims made or "lemon law suits" brought or persons or organizations making claims or bringing "lemon law suits", the most we will pay under this Lemon Law Coverage for the sum of all damages, defense costs and other supplementary payments for all "lemon law suits" brought during the policy period is the Aggregate Limit of Insurance shown in the Lemon Law Coverage Schedule. Subject to the Aggregate Limit, the most we will pay under this Lemon Law Coverage for all damages, defense costs and other supplementary payments resulting from any one "lemon law suit" is the Each "Lemon Law Suit" Limit of Insurance shown in the Lemon Law Coverage Schedule. No other Limits of Insurance apply.

**CA T3 58 02 15**

© 2015 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

Page 1 of 2

COMMERCIAL AUTO

**2.** The following is added to Paragraphs **A.2.a.** and **b.**, **Duties In The Event Of Accident, Claim, Offense, Suit, Loss Or Acts, Errors Or Omissions**, of **SECTION IV – CONDITIONS**:

For purposes of Lemon Law Coverage, "suit" under this Paragraph and any amendment thereto by endorsement, is deemed to be "lemon law suit".

**3.** The following is added to **SECTION V – DEFINITIONS**:

"Lemon Law suit" means a civil proceeding in which damages are sought pursuant to a state Lemon Law.

© 2015 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.
**CA T3 58 02 15**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# AUTO DEALERS – REPLACEMENT AND REPAIR

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM

**PROVISIONS**

**1.** The following is added to Paragraph **3.d.(1)** in Paragraph **F.**, **Physical Damage Coverage**, of **SECTION I – COVERED AUTOS COVERAGES**:

This exclusion does not apply to a covered "auto" that is a "new auto".

**2.** The following replaces Paragraph **4.a.(1)**, **Limits Of Insurance**, in Paragraph **F.**, **Physical Damage Coverage**, of **SECTION I – COVERED AUTOS COVERAGES**, but only for covered "autos" that are "new autos":

**(1)** "Loss" to any "new auto" will be determined on the following basis:

**(a)** If the "new auto" is a "total loss", we will pay the higher of actual cash value or "actual dealer cost" of the "new auto" at the time of the "loss".

**(b)** If the "new auto" is not a "total loss", we will pay the lesser of the following amounts:

**(i)** The usual and customary charge for repairs in your area;

**(ii)** The difference between the "wholesale value" of the "new auto" at the time of the "loss" and the "wholesale value" of the unrepaired "new auto" after the "loss"; or

**(iii)** The retail cost of paintless dent re pair if we determine that paintless dent

repair is an appropriate repair method for the "loss".

**3.** The following is added to Paragraphs **4.d.(1)** and **(2)** in Paragraph **F.**, **Physical Damage Coverage**, of **SECTION I – COVERED AUTOS COVERAGES**:

The term value in this paragraph is deemed to be the term "wholesale value" as applied to any "new auto" after the "loss".

**4.** The following definitions are added to **SECTION V – DEFINITIONS**:

"Actual dealer cost" means the factory invoice amount plus your cost of installed accessories and enhancements, but excluding profit, holdback, advertising and overhead expenses.

"New auto" means an "auto" not older than the current model year or previous model year which:

**1.** Has not been damaged in any previous "loss";

**2.** Has not been registered or titled, unless your state requires that the "auto" be registered or titled in your name; and

**3.** Has been driven less than 6,000 miles.

"Total loss" means that the cost of repairs plus the salvage value of the "new auto" exceeds the "wholesale value" of the "new auto".

"Wholesale value" means the value of an "auto" similar to the "new auto" based on auction reports or dealer wholesale reports in your area.

© 2015 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# AUTO DEALERS XTEND ENDORSEMENT

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM

**GENERAL DESCRIPTION OF COVERAGE** – This endorsement broadens coverage. However, coverage for any injury, damage or medical expenses described in any of the provisions of this endorsement may be excluded or limited by another endorsement to this Coverage Part, and these coverage broadening provisions do not apply to the extent that coverage is excluded or limited by such an endorsement. The following listing is a general coverage description only. Limitations and exclusions may apply to these coverages. Read all the **PROVISIONS** of this endorsement and the rest of your policy carefully to determine rights, duties, and what is and is not covered.

**A.** Personal Property

**B.** Hired Auto Physical Damage – Loss Of Use – Increased Limit

**C.** Physical Damage – Transportation Expense

**D.** Drive Away Collision

**E.** Customized Furnishings

**F.** Host Liquor Liability

**G.** Damage To Premises Rented To You

**H.** Incidental Medical Malpractice

**I.** Non-Owned Watercraft

**J.** Newly Acquired Or Formed Auto Dealership – 180 Days

**K.** Notice And Knowledge Of Accident, Offense, Loss Or Act, Error Or Omission

**L.** Blanket Waiver Of Subrogation

**M.** Unintentional Errors Or Omissions

**N.** Limited Worldwide Liability Coverage – Indemnity Basis

## PROVISIONS

### A. PERSONAL PROPERTY

**1.** The following is added to Paragraph **E.**, **Garagekeepers Coverage**, of **SECTION I – COVERED AUTOS COVERAGES**:

**Coverage Extension – Customer's Personal Property**

We will pay up to $2,500 for "loss" of customer's personal property which is in or on a "customer's auto" left in the "insured's" care which the "insured" is attending, servicing, repairing, parking or storing in your "auto dealer operations". We will not pay for any "loss" until the amount of "loss" exceeds the Garagekeepers Comprehensive Coverage Deductible.

This coverage applies only in the event of either a Comprehensive or Collision "loss" to the "customer's auto". Coverage for "loss" solely to customer's personal property caused by theft applies only with evidence of forced entry.

**2.** The following is added to Paragraph **F.**, **Physical Damage Coverage**, of **SECTION I – COVERED AUTOS COVERAGES**:

**Coverage Extension – Personal Property**

We will pay up to $400 for "loss" to wearing apparel and other personal property which is:

**a.** Owned by an "insured"; and

**b.** In or on your covered "auto".

This coverage applies only in the event of a total theft of your covered "auto".

No deductibles apply to this Personal Property coverage.

### B. HIRED AUTO PHYSICAL DAMAGE – LOSS OF USE – INCREASED LIMIT

The following replaces the last sentence of Paragraph **2.**, **Coverage Extension – Loss Of Use Expenses**, in Paragraph **F.**, **Physical Damage Coverage**, of **SECTION I – COVERED AUTOS COVERAGES**:

However, the most we will pay for any expenses for loss of use is $65 per day, to a maximum of $750.

 © 2018 The Travelers Indemnity Company. All rights reserved.<br>Includes copyrighted material of Insurance Services Office, Inc. with its permission.

COMMERCIAL AUTO

## C. PHYSICAL DAMAGE – TRANSPORTATION EXPENSE

The following is added to Paragraph **F., Physical Damage Coverage**, of **SECTION I – COVERED AUTOS COVERAGES**:

**Coverage Extension – Transportation Expense**

We will pay up to $50 per day to a maximum of $1,500 for transportation expense incurred by you because of the total theft of a covered "auto". We will pay only for those covered "autos" for which you carry either Comprehensive or Specified Causes of Loss Coverage. We will pay for transportation expenses incurred during the period beginning 48 hours after the theft and ending, regardless of the policy's expiration, when the covered "auto" is returned to use or we pay for its "loss".

If the transportation expense incurred arises from your rental of an "auto", the most we will pay is the amount it costs to rent an "auto" which is of the same like kind and quality as the stolen covered "auto".

## D. DRIVE AWAY COLLISION

Exclusion Paragraph **3.d.(3)** in Paragraph **F., Physical Damage Coverage**, of **SECTION I – COVERED AUTOS COVERAGES** relating to the transportation of vehicles more than 50 miles is deleted.

## E. CUSTOMIZED FURNISHINGS

The following is added to Paragraph **4., Limits Of Insurance**, in Paragraph **F., Physical Damage Coverage**, of **SECTION I – COVERED AUTOS COVERAGES**:

The actual cash value, and the cost of repair or replacement, includes the value or cost to repair or replace customized furnishings the "insured" has made to a covered "auto" which improve the value of the covered "auto".

## F. HOST LIQUOR LIABILITY

The following is added to Paragraph **1., Coverage**, in Paragraph **A., Bodily Injury And Property Damage Liability**, of **SECTION II – GENERAL LIABILITY COVERAGES**:

We will also pay all sums the "insured" legally must pay as damages because of "bodily injury" or "property damage" arising out of the giving or serving of alcoholic beverages at functions incidental to your "auto dealer operations" provided you are not engaged in the business of manufacturing, distributing, selling, serving or furnishing alcoholic beverages. Permitting a person to bring alcoholic beverages on your premises, for consumption on your premises, whether or not a fee is charged or a license is required for such activity, is not by itself considered the business of selling, serving or furnishing alcoholic beverages.

## G. DAMAGE TO PREMISES RENTED TO YOU

1. The first paragraph of the exceptions in Exclusion **2.e., Damage To Property**, in Paragraph **A., Bodily Injury And Property Damage Liability**, of **SECTION II – GENERAL LIABILITY COVERAGES** is deleted.

2. The following replaces the last paragraph of Paragraph **2., Exclusions**, of Paragraph **A., Bodily Injury And Property Damage Liability**, of **SECTION II – GENERAL LIABILITY COVERAGES**:

   Exclusions **e.(1)**, **(2)** and **(4)**, **g.** and **o.** do not apply to "premises damage". Exclusion **f.(1)(a)** does not apply to "premises damage" caused by fire. A separate limit of insurance applies to "premises damage" as described in Paragraph **5.**, in Paragraph **F., Limits Of Insurance – General Liability Coverages**, of **SECTION II – GENERAL LIABILITY COVERAGES**.

3. The following replaces Paragraph **5.** in Paragraph **F., Limits Of Insurance – General Liability Coverages**, of **SECTION II – GENERAL LIABILITY COVERAGES**

   Subject to Paragraph **4.** above, the Damage To Premises Rented To You Limit is the most we will pay under Paragraph **A.** Bodily Injury And Property Damage Liability for damages because of "premises damage" to any one premises. The Damage To Premises Rented To You Limit will apply to all "property damage" proximately caused by the same "accident", whether such damage results from: fire; explosion; lightning; smoke resulting from such fire, explosion, or lightning; or water; or any combination of any of these causes.

   The Damage To Premises Rented To You Limit will be:

   **a.** The amount shown for the Damage To Premises Rented To You Limit on the Declarations of this Coverage Part; or

© 2018 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

**b.** $300,000 if no amount is shown for the Damage To Premises Rented To You Limit on the Declarations of this Coverage Part.

**4.** The following replaces Paragraph **N.1.** of the definition of "insured contract" in the **DEFINITIONS** Section:

**1.** A contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for "premises damage" is not an "insured contract";

**5.** The following is added to the **DEFINITIONS** Section:

"Premises damage" means "property damage" to:

**1.** Any premises while rented to you or temporarily occupied by you with permission of the owner; or

**2.** The contents of any premises while such premises is rented to you, if you rent such premises for a period of seven or fewer consecutive days.

**6.** The following replaces Paragraph **5.e.(1)** in Paragraph **B.**, **General Conditions**, of **SECTION IV – CONDITIONS**:

**(1)** That is insurance for "premises damage";

**7.** Paragraph **5.e.(2)** in Paragraph **B.**, **General Conditions**, of **SECTION IV – CONDITIONS** is deleted.

**H. INCIDENTAL MEDICAL MALPRACTICE**

**1.** The following is added to the definition of "accident" in the **DEFINITIONS** Section:

"Accident" also means an act or omission committed in providing or failing to provide "incidental medical services", first aid or "Good Samaritan services" to a person.

**2.** The following is added to Paragraph **5.a.** of Paragraph **D.**, **Who Is An Insured**, of **SECTION II – GENERAL LIABILITY COVERAGES**:

Paragraph **(4)** above does not apply to "bodily injury" arising out of providing or failing to provide:

**(a)** "Incidental medical services" by any of your "employees" who is a nurse, nurse assistant, emergency medical technician, paramedic, athletic trainer, audiologist, dietician, nutritionist, occupational therapist or occupational

therapy assistant, physical therapist or speech-language pathologist; or

**(b)** First aid or "Good Samaritan services" by any of your "employees", other than an employed doctor. Any such "employees" providing or failing to provide first aid or "Good Samaritan services" during their work hours for you will be deemed to be acting within the scope of their employment by you.

**3.** The following is added to Paragraph **4.** in Paragraph **F.**, **Limits Of Insurance – General Liability Coverages**, of **SECTION II – GENERAL LIABILITY COVERAGES**:

For the purposes of determining the applicable Each "Accident" Limit, all related acts or omissions committed in providing or failing to provide "incidental medical services", first aid or "Good Samaritan services" to any one person will be deemed to be one "accident".

**4.** The following exclusion is added to Paragraph **2.**, **Exclusions**, in Paragraph **A.**, **Bodily Injury And Property Damage Liability**, of **SECTION II – GENERAL LIABILITY COVERAGES**:

**Sale Of Pharmaceuticals**

"Bodily injury" or "property damage" arising out of the willful violation of a penal statute or ordinance relating to the sale of pharmaceuticals committed by, or with the knowledge or consent of, the insured.

**5.** The following is added to the **DEFINITIONS** Section:

"Incidental medical services" means:

**1.** Medical, surgical, dental, laboratory, x-ray or nursing service or treatment, advice or instruction, or the related furnishing of food or beverages; or

**2.** The furnishing or dispensing of drugs or medical, dental, or surgical supplies or appliances.

"Good Samaritan services" means any emergency medical services for which no compensation is demanded or received.

**6.** The following is added to Paragraph **5.e.**, in Paragraph **B.**, **General Conditions**, of **SECTION IV – CONDITIONS**:

The insurance is excess over any valid and collectible other insurance available to the insured, whether primary, excess, contingent

© 2018 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

COMMERCIAL AUTO

or on any other basis, that is available to any of your "employees" for "bodily injury" that arises out of providing or failing to provide "incidental medical services", first aid or "Good Samaritan services" to any person to the extent not subject to Paragraph **5.a.** in Paragraph **D.**, Who Is An Insured, of Section **II** – General Liability Coverages.

**I. NON-OWNED WATERCRAFT**

1. The following replaces Paragraph **(2)** of Exclusion **g.**, **Aircraft, Auto Or Watercraft**, in Paragraph **2.**, **Exclusions**, in Paragraph **A.**, **Bodily Injury And Property Damage Liability** of **SECTION II – GENERAL LIABILITY COVERAGES**:

   **(2)** A watercraft you do not own that is:

   **(a)** Fifty feet long or less; and

   **(b)** Not being used to carry any person or property for a charge; or

2. The following is added to Paragraph **D.**, **Who Is An Insured**, of **SECTION II – GENERAL LIABILITY COVERAGES**:

   Any person who, with your expressed or implied consent, uses or is responsible for the use of a watercraft you do not own that is:

   **a.** Fifty feet long or less, and is not being used to carry any person or property for a charge; or

   **b.** Ashore on premises where you conduct "auto dealer operations".

3. The following is added to Paragraph **5.**, **Other Insurance**, in Paragraph **B.**, **General Conditions**, of **SECTION IV – CONDITIONS**:

   This Coverage Form's Bodily Injury And Property Damage Liability Coverage for non-owned watercraft is not applicable, and we will not make any payment, if there is other applicable insurance covering such watercraft.

**J. NEWLY ACQUIRED OR FORMED AUTO DEALERSHIP – 180 DAYS**

The following replaces Paragraph **6.a.** in Paragraph **D.**, **Who Is An Insured**, in Paragraph **A.**, **Bodily Injury And Property Damage Liability**, of **SECTION II – GENERAL LIABILITY COVERAGES**:

**a.** Coverage under this provision is afforded only until the 180th day after you acquire or form the "auto" dealership or the end of the policy period, whichever is earlier; and

**K. NOTICE AND KNOWLEDGE OF ACCIDENT, OFFENSE, LOSS OR ACT, ERROR OR OMISSION**

The following is added to Paragraph **A.2.a.**, **Duties In The Event Of Accident, Claim, Suit, Loss Or Acts, Errors Or Omissions**, of **SECTION IV – CONDITIONS**:

Your duty to give us or our authorized representative prompt notice of the "accident", offense, "loss" or "act error or omission" applies only when the "accident", offense, "loss" or "act error or omission" is known to:

**(5)** You (if you are an individual);

**(6)** A partner (if you are a partnership);

**(7)** A member (if you are a limited liability company);

**(8)** An executive officer, director or insurance manager (if you are a corporation or other organization); or

**(9)** Any "employee" authorized by you to give such notice.

However, if this Coverage Part includes an endorsement that provides limited coverage for "bodily injury" or "property damage" or pollution costs arising out of a discharge, release or escape of "pollutants" which contains a requirement that the discharge, release or escape of "pollutants" must be reported to us within a specific number of days after its abrupt commencement, this Paragraph **a.** does not affect that requirement.

**L. BLANKET WAIVER OF SUBROGATION**

The following replaces the first paragraph of Paragraph **A.5.**, **Transfer Of Rights Of Recovery Against Others To Us**, of **SECTION IV – CONDITIONS**:

We waive any right of recovery we may have against any person or organization to the extent required of you by a written contract signed and executed prior to any "accident" or "loss", provided that the "accident" or "loss" arises out of operations contemplated by such contract. The waiver applies only to the person or organization designated in such contract.

© 2018 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

CA T4 25 12 18

**M. UNINTENTIONAL ERRORS OR OMISSIONS**

The following is added to Paragraph **B.2., Concealment, Misrepresentation, Or Fraud**, of **SECTION IV – CONDITIONS**:

The unintentional omission of, or unintentional error in, any information given by you will not prejudice your rights under this insurance. However, this provision does not affect our right to collect additional premium or exercise our right of cancellation or non-renewal.

**N. LIMITED WORLDWIDE LIABILITY COVERAGE – INDEMNITY BASIS**

**1.** The following is added to Paragraph **B.7., Policy Period, Coverage Territory**, of **SECTION IV – CONDITIONS**:

The coverage territory described in Paragraph **(5)(a)** also applies with respect to any claim made or "suit" brought outside the United States of America, the territories or possessions of the United States of America, Puerto Rico or Canada. However, for such claim or "suit":

**(a)** The following apply:

**(i)** You must arrange to defend the "insured" against, and investigate or settle any such claim or "suit" and keep us advised of all proceedings and actions.

**(ii)** Neither you nor any other involved "insured" will make any settlement without our consent.

**(iii)** We may, at our discretion, participate in defending the "insured" against, or in the settlement of, any claim or "suit".

**(iv)** We will reimburse the "insured" for sums that the "insured" legally must pay as damages because of "bodily injury" or "property damage" to which this insurance applies, that the "insured" pays with our consent, but only up to the limit described in Paragraph **F.**, Limits Of Insurance – General Liability Coverages, of **SECTION II – GENERAL LIABILITY COVERAGES.**

**(v)** We will reimburse the "insured" for the reasonable expenses incurred with our consent for your investigation of such claims and your defense of the "insured" against any such "suit", but only up to and included within the limit described in Paragraph **F.**, Limits Of Insurance – General Liability Coverages, of **SECTION II – GENERAL LIABILITY COVERAGES**, and not in addition to such limit. Our duty to make such payments ends when we have used up the applicable limit of insurance in payments for damages, settlements or defense expenses.

**(b)** This insurance is excess over any valid and collectible other insurance available to the "insured" whether primary, excess contingent or on any other basis.

**(c)** This insurance is not a substitute for required or compulsory insurance in any country outside the United States of America, the territories and possessions of the United States of America, Puerto Rico and Canada.

You agree to maintain all required or compulsory insurance in any such country up to the minimum limits required by local law. Your failure to comply with compulsory insurance requirements will not invalidate the coverage afforded by this policy, but we will only be liable to the same extent we would have been liable had you complied with the compulsory insurance requirements.

**(d)** It is understood that we are not an admitted or authorized insurer outside the United States of America, the territories and possessions of the United States of America, Puerto Rico and Canada. We assume no responsibility for the furnishing of certificates of insurance, or for compliance in any way with the laws of other countries relating to insurance.

© 2018 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# AUTO DEALERS – ACTS, ERRORS OR OMISSIONS COVERAGE EXTENSION

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM

**PROVISIONS**

**A. ADDITIONAL ACTS, ERRORS OR OMISSIONS COVERAGES: AUTO DAMAGE DISCLOSURE, AUTO PARTS DISCLOSURE, USED CAR BUYERS GUIDE**

The following is added to the definition of "act, error or omission" in the **DEFINITIONS** Section:

**5.** Out of a failure to comply with any local, state or federal law or regulation concerning Auto Damage Disclosure in connection with the sale or lease of an "auto" in your "auto dealership operations".

**6.** Out of a failure to comply with any local, state or federal law or regulation concerning Auto Parts Disclosure in connection with the sale or lease of an "auto" in your "auto dealership operations".

**7.** Out of a failure to comply with any local, state or federal Used Car Buyers Guide law or regulation in connection with the sale or lease of an "auto" in your "auto dealership operations".

**B. ONE YEAR PRIOR ACTS COVERAGE**

The following is added to Paragraph **A.**, **Coverage**, of **SECTION III – ACTS, ERRORS OR OMISSIONS LIABILITY COVERAGES:**

Coverage for any "act, error or omission" will also apply to damages because of any "act, error or omission" first committed during the one year prior to the first policy period for which you purchase this Auto Dealers – Acts, Errors Or Omissions Coverage Extension endorsement or the Auto Dealers – Title And Statutory Errors And Omissions Endorsement from us if all of the following provisions apply:

**a.** You purchased such coverage endorsement throughout that one year period;

**b.** The applicable prior coverage endorsement would also have provided coverage for the damages that are covered under this applicable Auto Dealers – Acts, Errors Or Omissions Coverage Extension endorsement;

**c.** The applicable prior coverage is no longer available to cover prior acts, errors or omissions for reasons other than the exhaustion of limits of insurance in the payments of judgments or settlements; and

**d.** No "insured" to which these Acts, Errors Or Omissions Liability coverages apply, and no "employee" authorized by you to give or receive notice of an act, error, omission or claim, knew that the act, error or omission had been committed.

Damages because of any "act, error or omission" committed during this one year period will be deemed to have been committed during the first policy period for which you purchase the Auto Dealers – Acts, Errors Or Omissions Coverage Extension endorsement from us. Only the first policy period will apply and no coverage will be provided for such damages in subsequent policy periods, if any, for which you purchase the Auto Dealers – Acts, Errors Or Omissions Coverage Extension endorsement.

A **$100,000** One Year Prior Acts Limit Of Insurance applies for damages because of any "act, error or omission" committed during this one year period. This limit applies to each such claim and as an aggregate for all such claims related to all such "acts, errors or omissions". No other limit of insurance applies to such prior acts.

 © 2015 The Travelers Indemnity Company, Inc. All rights reserved.
Includes the copyrighted material of Insurance Services Office, Inc. with its permission.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# AUTO DEALERS – POLLUTION EXCLUSION – INCLUDING LIMITED POLLUTION COSTS LIABILITY COVERAGE

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM

**PROVISIONS**

1. The following replaces Exclusion **f.**, **Pollution**, in Paragraph **A.2.**, **Exclusions**, of **SECTION II – GENERAL LIABILITY COVERAGES**:

   **f.  Pollution**

   **(1)** "Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

   **(a)** At or from any premises, site or location which is or was at any time owned, occupied or managed by, or rented or loaned to, any "insured". However, this subparagraph does not apply to:

   **(i)** "Bodily injury" if sustained within a building and caused by smoke, fumes, vapor or soot produced by or originating from equipment that is used to heat, cool or dehumidify the building, or produced by or originating from equipment that is used to heat water for personal use by the building's occupants or their guests;

   **(ii)** "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a hostile fire, which means a fire that becomes uncontrollable, or breaks out from where it was intended to be;

   **(iii)** "Property damage" caused by fire to premises while rented to you or temporarily occupied by you with the permission of the owner; or

   **(iv)** "Bodily injury" or "property damage" arising only out of the discharge, release or escape of any "pollutant" at or from any premises, site or location (other than at or from an "underground tank") which is owned or occupied or managed by, or rented or loaned to, you during the policy period, if such discharge, release or escape of any "pollutant":

   **(aa)** Is accidental;

   **(bb)** Commences abruptly during the policy period and after the effective date of the Auto Dealers – Pollution Exclusion – Including Limited Pollution Costs Liability Coverage endorsement;

   **(cc)** Ends within seven consecutive days after its abrupt commencement;

   **(dd)** Becomes known to an "insured", other than your "employee", listed under Paragraph **D.**, Who Is An Insured, of SECTION **II** – GENERAL LIABILITY COVERAGES, or to your "employee" authorized by you to give or receive notice of any "accident" or claim, and is reported to us, within 30days after its abrupt commencement; and

   **(ee)** Does not arise out of any intentional violation of any governmental law, regulation or rule by you or anyone acting on your behalf.

© 2018 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

COMMERCIAL AUTO

All such "bodily injury" or "property damage" will be deemed to occur at the time such discharge, release or escape abruptly commences.

**(b)** At or from any premises, site or location which is or was at any time used by or for any "insured" or others for the handling, storage, disposal, processing or treatment of waste. However, this subparagraph does not apply to "bodily injury" or "property damage" arising only out of the discharge, release or escape of sewage from any pipe or tank, if such discharge, release or escape satisfies the requirements in subparagraphs **(aa)**, **(bb)**, **(cc)**, **(dd)** and **(ee)** of Paragraph **f.(1)(a)(iv)** above. All such "bodily injury" or "property damage" shall be deemed to occur at the time such discharge, release or escape abruptly commences;

**(c)** If such "pollutants" are or were at any time transported, handled, stored, treated, disposed of, or processed as waste by or for:

**(i)** Any "insured"; or

**(ii)** Any person or organization for whom you may be legally responsible.

However, this subparagraph does not apply to "bodily injury" or "property damage" arising only out of the discharge, release or escape of sewage from any pipe or tank, if such discharge, release or escape satisfies the requirements in subparagraphs **(aa)**, **(bb)**, **(cc)**, **(dd)** and **(ee)** of Paragraph **f.(1)(a)(iv)** above. All such "bodily injury" or "property damage" shall be deemed to occur at the time such discharge, release or escape abruptly commences;

**(d)** At or from any premises, site or location at, on which or in which any "insured" or any contractors or subcontractors working directly or indirectly on any "insured's" behalf are or were at any time performing operations to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

**(e)** If any of such discharge, dispersal, seepage, migration, release or escape of "pollutants" resulted in "bodily injury" or "property damage" that occurred, in whole or in part, prior to the policy period. Any continuation, change, or resumption of such "bodily injury" or "property damage" during or after the policy period will be deemed to have occurred prior to the policy period.

**(2)** "Pollution costs".

**2.** The following is added to **SECTION II – GENERAL LIABILITY COVERAGES**:

**Limited Pollution Costs Liability**

**1. Coverage**

**a.** We will pay those sums that you become legally obligated to pay as "limited covered pollution costs" to which this insurance applies. We have the right and duty to defend you against a "suit" asking for these "limited covered pollution costs". However, we have no duty to defend you against any "suit" seeking "limited covered pollution costs" to which this insurance does not apply. We may at our discretion investigate any discharge, release or escape of "pollutants" and settle any claim or "suit" as we consider appropriate. But:

**(1)** The amount we will pay for "limited covered pollution costs" will be included within, and not in addition to, the General Liability Bodily Injury And Property Damage Liability Each "Accident" Limit and the General Liability Aggregate Limit for all "bodily injury" and "property damage"; and

**(2)** Our right and duty to defend ends when the applicable limit of insurance has been exhausted by the payment of judgments, settlements or "limited covered pollution costs."

**b.** This insurance applies to "limited covered pollution costs" only if:

**(1)** The "limited covered pollution costs" are incurred for a discharge, release or escape of "pollutants" that:

**(a)** Is accidental;

© 2018 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

CA T4 27 12 18

**(b)** Commences abruptly in the coverage territory, during the policy period and after the effective date of the Auto Dealers – Pollution Exclusion – Including Limited Pollution Costs Liability Coverage endorsement;

**(c)** Ends within seven consecutive days after its abrupt commencement; and

**(d)** Becomes known to an "insured", other than your "employee", listed under Paragraph **B.**, Who Is An Insured, of SECTION **II** – GENERAL LIABILITY COVERAGES or to your "employee" authorized by you to give or receive notice of any "accident" or claim, and is reported in writing to us, within 30 days after its abrupt commencement; and

**(e)** Does not arise out of any intentional violation of any governmental law, regulation or rule by you or anyone acting on your behalf; and

**(2)** Such "pollutants" also cause "bodily injury" or "property damage" to which Paragraph **1.**, Coverage, of Paragraph **A.**, Bodily Injury And Property Damage Liability, applies.

**2. Exclusions**

This insurance does not apply to "limited covered pollution costs" which you are obligated to pay by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability that you would have to pay "limited covered pollution costs" in the absence of the contract or agreement.

**3.** The following is added to Paragraph **A.2.a.**, **Duties In The Event Of Accident, Claim, Offense, Suit. Loss Or Acts, Errors Or Omissions**, of **SECTION IV – CONDITIONS**:

However, this prompt notice condition does not affect the requirement in Exclusion **f.**, Pollution, and the Limited Pollution Costs Liability Coverage paragraph of SECTION **II** – GENERAL LIABILITY COVERAGES that the discharge, release or escape of "pollutants" must be reported to us within 30 days after its abrupt commencement.

Also include in that notice: how, when and where the discharge, release or escape of "pollutants" abruptly commenced.

**4.** The following is added to Paragraph **B.5.**, **Other Insurance**, of **SECTION IV – CONDITIONS**:

Regardless of the provisions of Paragraph f. above, if valid and collectible other insurance is available to the Named Insured shown in the Declarations for a loss we cover under the Auto Dealers – Pollution Exclusion – Including Limited Pollution Costs Liability Coverage endorsement, this insurance is excess over any of the other insurance, whether primary, excess, contingent or on any other basis.

We will have no duty under the Auto Dealers – Pollution Exclusion – Including Limited Pollution Costs Liability Coverage endorsement to defend the Named Insured shown in the Declarations against any "suit" if any other insurer has a duty to defend such Named Insured against that "suit". If no other insurer defends, we will undertake to do so, but we will be entitled to such Named Insured's rights against all those other insurers.

We will pay only our share of the amount of the loss, if any, that exceeds the sum of:

**(1)** The total amount that all such other insurance would pay for the loss in the absence of this insurance; and

**(2)** The total of all deductible and self-insured amounts under all such other insurance.

**5.** The following is added to Paragraph **B.7.**, **Policy Period, Coverage Territory**, of **SECTION IV –CONDITIONS**:

Under this Coverage Form, we also cover "limited covered pollution costs" arising out of the discharge, release or escape of "pollutants" abruptly commencing during the policy period shown in the Declarations and within the coverage territory.

**6.** The following is added to the definition of "suit" in Paragraph **V.** of **SECTION V – DEFINITIONS**:

"Suit" also means a civil proceeding in which "limited covered pollution costs" to which this insurance applies, are alleged.

"Suit" also includes:

© 2018 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

COMMERCIAL AUTO

**(1)** An arbitration proceeding in which "limited covered pollution costs" are claimed and to which you must submit or do submit with our consent; and

**(2)** Any other alternative dispute resolution proceeding in which "limited covered pollution costs" are claimed and to which you submit with our consent.

**7.** The following is added to **SECTION V – DEFINITIONS**:

"Limited covered pollution costs":

**1.** Means any cost or expense that is:

**a.** To test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or assess the effects of "pollutants"; and

**b.** Reported to us within one year after the ending date of such work or operations

**2.** Does not include:

**a.** Any punitive or exemplary damages, or the portion of any multiplied damage award that exceeds the amount multiplied;

**b.** Any statutory or administrative fine or penalty;

**c.** Any salary of, or benefit for, any of your partners (if you are a partnership), any of your members (if you are a limited liability company), any of your "employees" or any of your "executive officers" or directors (if you are an organization other than a partnership or limited liability company);

**d.** Any cost or expense to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or assess the effects of, "pollutants", if such work or operations began while such "pollutants" were:

**(1)** At any premises, site or location which is or was at any time owned, occupied or managed by, or rented or loaned to, you; or

**(2)** On or in property in your care, custody or control.

**e.** Any cost or expense to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or assess the effects of, "pollutants" on or in

any of your "employees", after the actual, alleged or threatened absorption, ingestion or inhalation of such "pollutants" by any of your "employees" arising out of and in the course of:

**(1)** Employment by you; or

**(2)** Performing duties related to the conduct or your business.

"Pollution costs" means any:

**1.** Loss, cost or expense arising out of any request, demand, order or statutory or regulatory requirement that any "insured" or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

**2.** Loss, cost or expense arising out of any claim or "suit" by or on behalf of a governmental authority because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

"Underground tank" means any one or combination of tanks (including any connected pipe or pump), the volume of which (including the volume of all connected underground pipes or pumps) is 10% or more:

**1.** Beneath the surface of the ground outside of a building or structure;

**2.** Beneath the lowest basement floor of a building or structure;

**3.** Otherwise covered with earthen materials; or

**4.** Beneath the surface of the water.

Underground pipe or pump means all underground piping or pumps, including valves, elbows, joints, flanges and flexible connectors attached to any one or combination of tanks.

However, "underground tank" does not include the part of any tank (including the part of any connected pipe or pump) containing sewage.

© 2018 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

CA T4 27 12 18

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CUSTOMER COMPLAINT LEGAL DEFENSE COVERAGE

**THIS ENDORSEMENT PROVIDES CLAIMS-MADE COVERAGE FOR DEFENSE EXPENSES ONLY.**

**PLEASE READ THE ENTIRE ENDORSEMENT CAREFULLY.**

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM

**CUSTOMER COMPLAINT LEGAL DEFENSE COVERAGE SCHEDULE**

The Limits of Insurance provided for this Customer Complaint Legal Defense Coverage are:

| | | |
|---|---|---|
| $ | 25,000 | Each "Customer Complaint Suit" |
| $ | 250,000 | Aggregate |
| $ | 1,000 | Each "Customer Complaint Suit" Deductible |

**PROVISIONS**

**1.** The following Section is added:

**CUSTOMER COMPLAINT LEGAL DEFENSE COVERAGE**

**A. Coverage**

We will pay all defense costs we incur for defending you in a "customer complaint suit" brought against you during the policy period by or on behalf of a customer arising out of the sale, lease, rental, service or repair of your "product" in your "auto dealer operations".

We have the right and duty to defend any such "customer complaint suit", even if any of the allegations of the "customer complaint suit" are groundless, false or fraudulent. We have the right, but not the duty, to investigate any claim and to settle any claim or "customer complaint suit" within an amount equal to the Each "Customer Complaint Suit" Limit of Insurance as we consider appropriate. Our duty to defend ends when the applicable Limit of Insurance has been exhausted by payment of settlements or defense costs.

We will have no other obligation or liability to pay sums or perform acts or services.

**B. Exclusions**

This Customer Complaint Legal Defense Coverage does not apply to:

**1.** Any claim or "customer complaint suit" alleging damages for "bodily injury", "property damage" or "personal and advertising injury".

**2.** Any claim or "customer complaint suit" because of an obligation arising from an express warranty or mechanical breakdown agreement.

**3.** Any intentional, dishonest, fraudulent or criminal act or omission committed by any "insured".

**4.** Any claim or "customer complaint suit" seeking injunctive relief, civil or criminal fines, penalties or asse ssments.

**5.** Any claim or "customer complaint suit" alleging a violation of any anti-trust law of the United States or any other jurisdiction.

**6.** Any claim or "customer complaint suit" alleging an "act, error or omission" that would be covered under this policy but is not covered because of an applicable exclusion or exhaustion of the applicable limit of insurance for that coverage.

**7.** Any claim or, "customer complaint suit" or "lemon law suit" alleging a statutory violation of any Lemon Law that would be covered under this policy but is not covered because of an applicable exclusion or exhaustion of the applicable limit of insurance for that coverage.

**8.** Any "customer complaint suit" brought because of your refusal to make a good faith effort to resolve the customer's complaint prior to "customer complaint suit".

**9.** Any claim or "customer complaint suit" covered elsewhere in this policy, or that would be covered but is not covered because of an applicable exclusion or ex-

---

© 2015 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

COMMERCIAL AUTO

haustion of the applicable limit of insurance.

**C. Who Is An Insured**

You are an "insured" for this Customer Complaint Legal Defense Coverage.

**D. Limit Of Insurance And Deductible**

Regardless of the number of "insureds", claims made or "customer complaint suits" brought or persons or organizations making claims or bringing "customer complaint suits", the most we will pay under this Customer Complaint Legal Defense Coverage for the sum of all defense costs for all "customer complaint suits" brought during the policy period is the Aggregate Limit of Insurance shown in the Customer Complaint Legal Defense Coverage Schedule.

Subject to the Aggregate Limit, the most we will pay under this Customer Complaint Legal Defense Coverage for all defense costs resulting from any one "customer complaint suit" is the Each "Customer Complaint Suit" Limit of Insurance shown in the Customer Complaint Legal Defense Coverage Schedule. No other Limits of Insurance apply.

The defense costs that would otherwise be payable under Customer Complaint Legal De-

fense Coverage will be reduced by the Each "Customer Complaint Suit" Deductible shown in the Customer Complaint Legal Defense Coverage Schedule prior to the application of the Each "Customer Complaint Suit" Limit Of Insurance. To settle any claim or "customer complaint suit", we may pay all or any part of the deductible. If this happens, you must reimburse us for the deductible or the part of the deductible we paid.

**2.** The following is added to Paragraphs **A.2.a.** and **b.**, **Duties In The Event Of Accident, Claim, Offense, Suit, Loss Or Acts, Errors Or Omissions**, of **SECTION IV – CONDITIONS:**

For purposes of Customer Complaint Legal Defense Coverage, "suit" under this Paragraph and any amendment thereto by endorsement, is deemed to be "customer complaint suit".

**3.** The following is added to **SECTION V – DEFINITIONS:**

"Customer complaint suit" means a civil proceeding seeking damages or amounts legally recoverable by a customer, and includes an arbitration or other alternative dispute resolution proceeding in which such damages or amounts are claimed to which you must submit or do submit with our consent. A class action will be deemed to be one "customer complaint suit".

© 2015 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.
**CA T4 28 02 15**

POLICY NUMBER: **AD-7N911433-21-CAG**

COMMERCIAL AUTO
ISSUE DATE: **07-15-21**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ADDITIONAL INSURED FOR GENERAL LIABILITY COVERAGES – DESIGNATED PERSON OR ORGANIZATION

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM

**SCHEDULE OF ADDITIONAL INSUREDS**

Designated Person s or Organizations:   **CARSON NUGGET CASINO/HOTEL**

**PROVISIONS**

**1.** The following is added to Paragraph **D.**, **Who Is An Insured**, of **SECTION II – GENERAL LIABILITY COVERAGES:**

Any person or organization designated in the Schedule Of Additional Insureds is an "insured", but only with respect to liability for "bodily injury", "property damage", "personal injury" or "advertis-ing injury" caused, in whole or in part, by your acts or omissions or the acts or omissions of those acting on your behalf:

**a.** In the performance of your ongoing "auto dealer operations"; or

**b.** In connection with your premises owned by or rented to you.

COMMERCIAL AUTO POLICY

ENDORSEMENT - CA T8 34 07 21

POLICY NUMBER  AD-7N911433--CAG


** THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY. **


AI FOR COVERED AUTOS

LIABILITY PREMIUM:                    ████████

IT IS AGREED THAT:

ADDITIONAL INSURED FOR COVERED
AUTOS COVERAGES - PRIMARY AND
NON-CONTRIBUTORY WITH OTHER INSURANCE
SEE CA T6 20 01 18


EFFECTIVE DATE  07-01-21    EXPIRATION DATE  07-01-22
PAGE 0001   DATE OF ISSUE  07-15-21

```
                              COMMERCIAL AUTO POLICY

                           ENDORSEMENT - CA T8 35 07 21

                      POLICY NUMBER  AD-7N911433--CAG


   ** THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY. **


            AI FOR GL COVERAGES

                 LIABILITY PREMIUM:                 ████

      IT IS AGREED THAT:

       ADDITIONAL INSURED FOR GENERAL LIABILITY
      COVERAGES - PRIMARY AND
      NON-CONTRIBUTORY WITH OTHER INSURANCE
      SEE CA T6 21 01 18
```



```
      EFFECTIVE DATE  07-01-21   EXPIRATION DATE  07-01-22
      PAGE 0001   DATE OF ISSUE  07-15-21
```

POLICY NUMBER: AD-7N911433-21-CAG

COMMERCIAL AUTO
ISSUE DATE: 07-15-21

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# AUTO DEALERS – FLUCTUATING VALUES ENDORSEMENT

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM

### SCHEDULE

Physical Damage Additional Limit Percentage:

- ☐ 15%
- ☐ 20%
- ☒ 25%

**PROVISIONS**

The following is added to Paragraph **4.**, **Limits Of Insurance**, in Paragraph **F.**, **Physical Damage Coverage**, of **SECTION I – COVERED AUTOS COVERAGES**:

The Limit of Insurance For Each Location shown in the Auto Dealers Supplementary Schedule is in-creased by the percentage amount selected in the Schedule. For the purpose of calculating the appropriate percentage under Paragraph **F.4.d.(3)**, **Nonreporting Premium Basis**, the Limit of Insurance shown in the Declarations is deemed to be increased by the Physical Damage Additional Limit Percentage shown in the Schedule.

**CA T4 70 02 15**        © 2015 The Travelers Indemnity Company. All rights reserved.        Page 1 of 1
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# AMENDMENT OF EXCLUSION – CRIMINAL, FRAUDULENT, MALICIOUS, DISHONEST OR INTENTIONAL ACTS

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM

The following replaces Exclusion **1.**, **Criminal, Fraudulent, Malicious, Dishonest Or Intentional Acts**, in Paragraph **B.**, **Exclusions** , of **SECTION III – ACTS, ERRORS OR OMISSIONS LIABILITY COVERAGES:**

**Criminal, Fraudulent, Malicious, Dishonest Or Intentional Acts**

Damages arising out of any criminal, fraudulent, malicious, dishonest or intentional "act, error or omission" by an "insured", including the willful or reckless violation of any law or regulation.

© 2015 The Travelers Indemnity Company, Inc. All rights reserved.
Includes the copyrighted material of Insurance Services Office, Inc. with its permission.

COMMERCIAL AUTO

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION – DISCRIMINATION

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM

**PROVISIONS**

**1.** The following exclusion is added to Paragraph **2., Exclusions**, in Paragraph **A., Bodily Injury And Property Damage Liability**, of **SECTION II – GENERAL LIABILITY COVERAGES**:

**Discrimination**

"Bodily injury" resulting from or as a consequence of discrimination, whether intentional or unintentional, based upon a person's sex, sexual preference, marital status, race, creed, religion, national origin, age, physical capabilities, characteristics or condition, or mental capabilities or condition.

**2.** The following exclusion is added to Paragraph **2., Exclusions**, in Paragraph **B., Personal And Advertising Injury Liability**, of **SECTION II – GENERAL LIABILITY COVERAGES**:

**Discrimination**

"Personal injury" resulting from or as a consequence of discrimination, whether intentional or unintentional, based upon a person's sex, sexual preference, marital status, race, creed, religion, national origin, age, physical capabilities, characteristics or condition, or mental capabilities or condition.

© 2015 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission

POLICY NUMBER:  AD-7N911433-21-CAG

COMMERCIAL AUTO
ISSUE DATE:  07 – 15 – 21

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# LESSOR – ADDITIONAL INSURED AND LOSS PAYEE

This endorsement modifies insurance provided under the following:

    AUTO DEALERS COVERAGE FORM
    BUSINESS AUTO COVERAGE FORM
    MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

### SCHEDULE

**Insurance Company:**  THE TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

**Policy Number:**  AD-7N911433-21-CAG        **Effective Date:**  07 – 01 – 21

**Expiration Date:**  07 – 01 – 22

**Named Insured:**  DOLAN AUTOMOTIVE GROUP, LLC
             AND AS PER IL T8 03

**Address:**  2100 KIETZKE LN
         RENO, NV  89502-3603

**Additional Insured (Lessor):**    **ANY LESSOR UNDER A LEASING CONTRACT OR AGREEMENT OF SIX MONTHS OR MORE THAT REQUIRES YOU TO PROVIDE DIRECT PRIMARY INSURANCE FOR THE LESSOR**

**Address:**

**Designation Or Description Of "Leased Autos":**

    **ANY AUTO LEASED FOR A PERIOD OF SIX MONTHS OR MORE UNDER A LEASING CONTRACT OR AGREEMENT THAT REQUIRES YOU TO PROVIDE DIRECT PRIMARY INSURANCE FOR THE LESSOR**

| Coverages | Limit Of Insurance |
|---|---|
| **Covered Autos Liability** | $ 1,000,000    **Each "Accident"** |
| **Comprehensive** | **Actual Cash Value Or Cost Of Repair, Whichever Is Less, Minus**<br>$ SEE CA T0 80    **Deductible For Each Covered "Leased Auto"** |
| **Collision** | **Actual Cash Value Or Cost Of Repair, Whichever Is Less, Minus**<br>$  SEE CA T0 80    **Deductible For Each Covered "Leased Auto"** |
| **Specified Causes Of Loss** | **Actual Cash Value Or Cost Of Repair, Whichever Is Less, Minus**<br>$    **Deductible For Each Covered "Leased Auto"** |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**CA 20 01 10 13**        © Insurance Services Office, Inc., 2011        Page 1 of 2

COMMERCIAL AUTO

**A. Coverage**

1. Any "leased auto" designated or described in the Schedule will be considered a covered "auto" you own and not a covered "auto" you hire or borrow.

2. For a "leased auto" designated or described in the Schedule, the **Who Is An Insured** provision under **Covered Autos Liability Coverage** is changed to include as an "insured" the lessor named in the Schedule. However, the lessor is an "insured" only for "bodily injury" or "property damage" resulting from the acts or omissions by:

   a. You;

   b. Any of your "employees" or agents; or

   c. Any person, except the lessor or any "employee" or agent of the lessor, operating a "leased auto" with the permission of any of the above.

3. The coverages provided under this endorsement apply to any "leased auto" described in the Schedule until the expiration date shown in the Schedule, or when the lessor or his or her agent takes possession of the "leased auto", whichever occurs first.

**B. Loss Payable Clause**

1. We will pay, as interest may appear, you and the lessor named in this endorsement for "loss" to a "leased auto".

2. The insurance covers the interest of the lessor unless the "loss" results from fraudulent acts or omissions on your part.

3. If we make any payment to the lessor, we will obtain his or her rights against any other party.

**C. Cancellation**

1. If we cancel the policy, we will mail notice to the lessor in accordance with the Cancellation Common Policy Condition.

2. If you cancel the policy, we will mail notice to the lessor.

3. Cancellation ends this agreement.

**D.** The lessor is not liable for payment of your premiums.

**E. Additional Definition**

As used in this endorsement:

"Leased auto" means an "auto" leased or rented to you, including any substitute, replacement or extra "auto" needed to meet seasonal or other needs, under a leasing or rental agreement that requires you to provide direct primary insurance for the lessor.

          © Insurance Services Office, Inc., 2011          **CA 20 01 10 13**

# INTERLINE ENDORSEMENTS

# INTERLINE ENDORSEMENTS

POLICY NUMBER: AD-7N911433-21-CAG                    ISSUE DATE: 07-15-21

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# DESIGNATED PERSON OR ORGANIZATION – NOTICE OF CANCELLATION PROVIDED BY US

This endorsement modifies insurance provided under the following:

ALL COVERAGE PARTS INCLUDED IN THIS POLICY

### SCHEDULE

**CANCELLATION:**                    **Number of Days Notice:** _____30_____

**PERSON OR ORGANIZATION:**

MEI RIGGING & CRATING

**ADDRESS:**

PO BOX 1630

ALBANY, OR 97321

**PROVISIONS**

If we cancel this policy for any legally permitted reason other than nonpayment of premium, and a number of days is shown for Cancellation in the Schedule above, we will mail notice of cancellation to the person or organization shown in such Schedule. We will mail such notice to the address shown in the Schedule above at least the number of days shown for Cancellation in such Schedule before the effective date of cancellation.

IL T4 05 05 19                    © 2019 The Travelers Indemnity Company. All rights reserved.                    Page 1 of 1

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# AMENDMENT OF COMMON POLICY CONDITIONS – PROHIBITED COVERAGE – UNLICENSED INSURANCE AND TRADE OR ECONOMIC SANCTIONS

This endorsement modifies insurance provided under the following:

ALL COVERAGES INCLUDED IN THIS POLICY

The following is added to the Common Policy Conditions:

**Prohibited Coverage – Unlicensed Insurance**

1. With respect to loss sustained by any insured, or loss to any property, located in a country or jurisdiction in which we are not licensed to provide this insurance, this insurance does not apply to the extent that insuring such loss would violate the laws or regulations of such country or jurisdiction.

2. We do not assume responsibility for:

   a. The payment of any fine, fee, penalty or other charge that may be imposed on any person or organization in any country or jurisdiction because we are not licensed to provide insurance in such country or jurisdiction; or

   b. The furnishing of certificates or other evidence of insurance in any country or jurisdiction in which we are not licensed to provide insurance.

**Prohibited Coverage – Trade Or Economic Sanctions**

We will provide coverage for any loss, or otherwise will provide any benefit, only to the extent that providing such coverage or benefit does not expose us or any of our affiliated or parent companies to:

1. Any trade or economic sanction under any law or regulation of the United States of America; or

2. Any other applicable trade or economic sanction, prohibition or restriction.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ADDITIONAL BENEFITS

This endorsement modifies insurance provided under the following:

ALL COVERAGES INCLUDED IN THIS POLICY

The following Condition is added to each Common Policy Conditions included in this policy:

**Additional Benefits**

**1.** We may offer or provide, or allow others to provide, you or another insured under this policy with goods and services, access to discounted goods and services, other program benefits or other items of value that could assist your business with managing your risk, with servicing your policy or with staying informed about loss control and mitigation of risk.

**2.** These Additional Benefits may be provided in any form. You or another insured under this policy may be eligible to receive additional benefits. You are under no obligation to pursue any of these Additional Benefits.

**3.** While we may arrange for these Additional Benefits, the other provider is liable to you or the other insured for the provision of the goods and services. We do not warrant the merchantability, fitness or quality of any goods or services provided or assume any additional obligation related to any Additional Benefits provided.

**4.** We have the right to modify or discontinue any Additional Benefits provided by us, or others authorized by us, without notice to you or any other insured.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# NUCLEAR ENERGY LIABILITY EXCLUSION ENDORSEMENT
**(Broad Form)**

This endorsement modifies insurance provided under the following:

COMMERCIAL AUTOMOBILE COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
FARM COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
MEDICAL PROFESSIONAL LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
UNDERGROUND STORAGE TANK POLICY

1. The insurance does not apply:

   A. Under any Liability Coverage, to "bodily injury" or "property damage":

   (1) With respect to which an "insured" under the policy is also an insured under a nuclear energy liability policy issued by Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability Underwriters, Nuclear Insurance Association of Canada or any of their successors, or would be an insured under any such policy but for its termination upon exhaustion of its limit of liability; or

   (2) Resulting from the "hazardous properties" of "nuclear material" and with respect to which **(a)** any person or organization is required to maintain financial protection pursuant to the Atomic Energy Act of 1954, or any law amendatory thereof, or **(b)** the "insured" is, or had this policy not been issued would be, entitled to indemnity from the United States of America, or any agency thereof, under any agreement entered into by the United States of America, or any agency thereof, with any person or organization.

   B. Under any Medical Payments coverage, to expenses incurred with respect to "bodily injury" resulting from the "hazardous properties" of "nuclear material" and arising out of the operation of a "nuclear facility" by any person or organization.

   C. Under any Liability Coverage, to "bodily injury" or "property damage" resulting from "hazardous properties" of "nuclear material", if:

   (1) The "nuclear material" **(a)** is at any "nuclear facility" owned by, or operated by or on behalf of, an "insured" or **(b)** has been discharged or dispersed therefrom;

   (2) The "nuclear material" is contained in "spent fuel" or "waste" at any time possessed, handled, used, processed, stored, transported or disposed of, by or on behalf of an "insured"; or

   (3) The "bodily injury" or "property damage" arises out of the furnishing by an "insured" of services, materials, parts or equipment in connection with the planning, construction, maintenance, operation or use of any "nuclear facility", but if such facility is located within the United States of America, its territories or possessions or Canada, this exclusion **(3)** applies only to "property damage" to such "nuclear facility" and any property thereat.

2. As used in this endorsement:

   "Hazardous properties" includes radioactive, toxic or explosive properties.

   "Nuclear material" means "source material", "special nuclear material" or "by-product material".

   "Source material", "special nuclear material", and "by-product material" have the meanings given them in the Atomic Energy Act of 1954 or in any law amendatory thereof.

   "Spent fuel" means any fuel element or fuel component, solid or liquid, which has been used or exposed to radiation in a "nuclear reactor".

© ISO Properties, Inc., 2007

"Waste" means any waste material **(a)** containing "by-product material" other than the tailings or wastes produced by the extraction or concentration of uranium or thorium from any ore processed primarily for its "source material" content, and **(b)** resulting from the operation by any person or organization of any "nuclear facility" included under the first two paragraphs of the definition of "nuclear facility".

"Nuclear facility" means:

**(a)** Any "nuclear reactor";

**(b)** Any equipment or device designed or used for **(1)** separating the isotopes of uranium or plutonium, **(2)** processing or utilizing "spent fuel", or **(3)** handling, processing or packaging "waste";

**(c)** Any equipment or device used for the processing, fabricating or alloying of "special nuclear material" if at any time the total amount of such material in the custody of the "insured" at the premises where such equipment or device is located consists of or contains more than 25 grams of plutonium or uranium 233 or any combination thereof, or more than 250 grams of uranium 235;

**(d)** Any structure, basin, excavation, premises or place prepared or used for the storage or disposal of "waste";

and includes the site on which any of the foregoing is located, all operations conducted on such site and all premises used for such operations.

"Nuclear reactor" means any apparatus designed or used to sustain nuclear fission in a self-supporting chain reaction or to contain a critical mass of fissionable material.

"Property damage" includes all forms of radioactive contamination of property.

 © ISO Properties, Inc., 2007

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# NEVADA CHANGES – CONCEALMENT, MISREPRESENTATION OR FRAUD

This endorsement modifies insurance provided under the following:

> CAPITAL ASSETS PROGRAM (OUTPUT POLICY) COVERAGE PART
> COMMERCIAL AUTOMOBILE COVERAGE PART
> COMMERCIAL INLAND MARINE COVERAGE PART
> COMMERCIAL PROPERTY COVERAGE PART
> CRIME AND FIDELITY COVERAGE PART
> EQUIPMENT BREAKDOWN COVERAGE PART
> FARM COVERAGE PART – FARM PROPERTY – OTHER FARM PROVISIONS FORM – ADDITIONAL COVERAGES, CONDITIONS, DEFINITIONS
> FARM COVERAGE PART – LIVESTOCK COVERAGE FORM
> FARM COVERAGE PART – MOBILE AGRICULTURAL MACHINERY AND EQUIPMENT COVERAGE FORM
> STANDARD PROPERTY POLICY

The **CONCEALMENT, MISREPRESENTATION OR FRAUD** Condition is replaced by the following:

**CONCEALMENT, MISREPRESENTATION OR FRAUD**

We will not pay for any loss ("loss") or damage in any case of:

1.  Concealment or misrepresentation of a material fact; or

2.  Fraud;

committed by an insured ("insured") at any time and relating to a claim under this policy.

TRAVELERS DOC MGMT Page 147 of 615

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# NEVADA CHANGES – DOMESTIC PARTNERSHIP

This endorsement modifies insurance provided under the following:

COMMERCIAL AUTOMOBILE COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
COMMERCIAL LIABILITY UMBRELLA COVERAGE PART
ELECTRONIC DATA LIABILITY COVERAGE PART
FARM COVERAGE PART
FARM UMBRELLA LIABILITY POLICY
LIQUOR LIABILITY COVERAGE PART
MEDICAL PROFESSIONAL LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCT WITHDRAWAL COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
UNDERGROUND STORAGE TANK POLICY

**A.** All references to spouse shall include an individual who is in a domestic partnership recognized under Nevada law.

**B.** Under the Commercial Auto Coverage Part, the term "family member" is replaced by the following:

"Family member" means a person related to the:

**1.** Individual Named Insured by blood, adoption, marriage or domestic partnership recognized under Nevada law, who is a resident of such Named Insured's household, including a ward or foster child; or

**2.** Individual named in the Schedule by blood, adoption, marriage or domestic partnership recognized under Nevada law, who is a resident of the individual's household, including a ward or foster child, if the Drive Other Car Coverage – Broadened Coverage For Named Individual Endorsement is attached.

**C.** With respect to coverage for the ownership, maintenance, or use of "covered autos" provided under the Commercial Liability Umbrella Coverage Part, the term "family member" is replaced by the following:

"Family member" means a person related to you by blood, adoption, marriage or domestic partnership recognized under Nevada law, who is a resident of your household, including a ward or foster child.

TRAVELERS DOC MGMT Page 148 of 615

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# NEVADA CHANGES – CANCELLATION AND NONRENEWAL

This endorsement modifies insurance provided under the following:

    CAPITAL ASSETS PROGRAM (OUTPUT POLICY) COVERAGE PART
    COMMERCIAL AUTOMOBILE COVERAGE PART
    COMMERCIAL GENERAL LIABILITY COVERAGE PART
    COMMERCIAL INLAND MARINE COVERAGE PART
    COMMERCIAL LIABILITY UMBRELLA COVERAGE PART
    COMMERCIAL PROPERTY COVERAGE PART
    CRIME AND FIDELITY COVERAGE PART
    EMPLOYMENT-RELATED PRACTICES LIABILITY COVERAGE PART
    EQUIPMENT BREAKDOWN COVERAGE PART
    FARM COVERAGE PART
    FARM UMBRELLA LIABILITY POLICY
    LIQUOR LIABILITY COVERAGE PART
    POLLUTION LIABILITY COVERAGE PART
    PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

**A.** The following are added to the **Cancellation** Common Policy Condition:

    **7. a. Midterm Cancellation**

      If this policy has been in effect for 70 days or more, or if this policy is a renewal of a policy we issued, we may cancel only for one or more of the following reasons:

      **(1)** Nonpayment of premium;

      **(2)** Conviction of the insured of a crime arising out of acts increasing the hazard insured against;

      **(3)** Discovery of fraud or material misrepresentation in obtaining the policy or in presenting a claim thereunder;

      **(4)** Discovery of an act or omission or a violation of any condition of the policy which occurred after the first effective date of the current policy, and substantially and materially increases the hazard insured against;

      **(5)** A material change in the nature or extent of the risk, occurring after the first effective date of the current policy, which causes the risk of loss to be substantially and materially increased beyond that contemplated at the time the policy was issued or last renewed;

      **(6)** A determination by the commissioner that continuation of our present volume of premiums would jeopardize our solvency or be hazardous to the interests of our policyholders, creditors or the public;

      **(7)** A determination by the commissioner that the continuation of the policy would violate, or place us in violation of, any provision of the code.

    **b. Anniversary Cancellation**

      If this policy is written for a term longer than one year, we may cancel for any reason at an anniversary, by mailing or delivering written notice of cancellation to the first Named Insured at the last mailing address known to us at least 60 days before the anniversary date.

**B.** The following is added as an additional Condition and supersedes any other provision to the contrary:

**NONRENEWAL**

**1.** If we elect not to renew this policy, we will mail or deliver to the first Named Insured shown in the Declarations a notice of intention not to renew at least 60 days before the agreed expiration date.

    If notice is mailed, proof of mailing will be sufficient proof of notice.

**2.** We need not provide this notice if:

    **a.** You have accepted replacement coverage;

    **b.** You have requested or agreed to nonrenewal; or

**c.** This policy is expressly designated as nonrenewable.

**C. Notices**

**1.** Notice of cancellation or nonrenewal in accordance with **A.** and **B.** above, will be mailed, first class or certified, or delivered to the first Named Insured at the last mailing address known to us and will state the reason for cancellation or nonrenewal.

**2.** We will also provide a copy of the notice of cancellation, for both policies in effect less than 70 days and policies in effect 70 days or more, to the agent who wrote the policy.

© ISO Properties, Inc., 2006

**IL 02 51 09 07**

# POLICYHOLDER NOTICES

# POLICYHOLDER NOTICES

# IMPORTANT NOTICE – INDEPENDENT AGENT AND BROKER COMPENSATION

**NO COVERAGE IS PROVIDED BY THIS NOTICE.  THIS NOTICE DOES NOT AMEND ANY PROVISION OF YOUR POLICY. YOU SHOULD REVIEW YOUR ENTIRE POLICY CAREFULLY FOR COMPLETE INFORMATION ON THE COVERAGES PROVIDED AND TO DETERMINE YOUR RIGHTS AND DUTIES UNDER YOUR POLICY. PLEASE CONTACT YOUR AGENT OR BROKER IF YOU HAVE ANY QUESTIONS ABOUT THIS NOTICE OR ITS CONTENTS. IF THERE IS ANY CONFLICT BETWEEN YOUR POLICY AND THIS NOTICE, THE PROVISIONS OF YOUR POLICY PREVAIL.**

For information about how Travelers compensates independent agents and brokers, please visit www.travelers.com, call our toll-free telephone number 1-866-904-8348, or request a written copy    from Marketing at One Tower Square, 2GSA, Hartford, CT 06183.

**PN T4 54 01 08**                                                                                              Page 1 of 1

## NEVADA EVIDENCE OF MOTOR VEHICLE LIABILITY INSURANCE

This evidence of insurance has been approved by the Nevada Commissioner of Insurance.
The vehicle described below is covered by a commercial auto liability policy that meets
Nevada insurance requirements in NRS 485.185.

NAIC #:     Company: TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA
25674          ONE TOWER SQUARE, HARTFORD, CT 06183

Policy Number:                    Effective Date      Expiration Date
AD-7N911433-21-CAG    RENEWAL    07-01-21         07-01-22

Year      Make/Model              Vehicle Identification Number
2018     ROLLS DAWN              SCA666D54JU115638

Insured DOLAN AUTOMOTIVE GROUP, LLC
AND AS PER IL T8 03
2100 KIETZKE LN

        RENO                     NV   89502-3603

THIS EVIDENCE OF INSURANCE MUST BE CARRIED IN THE INSURED
MOTOR VEHICLE FOR PRODUCTION UPON DEMAND

TRAVELERS 

CAIDNV  Rev. 09-15  See Important Notice on Reverse Side

## NEVADA EVIDENCE OF MOTOR VEHICLE LIABILITY INSURANCE

This evidence of insurance has been approved by the Nevada Commissioner of Insurance.
The vehicle described below is covered by a commercial auto liability policy that meets
Nevada insurance requirements in NRS 485.185.

NAIC #:     Company: TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA
25674          ONE TOWER SQUARE, HARTFORD, CT 06183

Policy Number:                    Effective Date      Expiration Date
AD-7N911433-21-CAG    RENEWAL    07-01-21         07-01-22

Year      Make/Model              Vehicle Identification Number
2018     ROLLS DAWN              SCA666D54JU115638

Insured DOLAN AUTOMOTIVE GROUP, LLC
AND AS PER IL T8 03
2100 KIETZKE LN

        RENO                     NV   89502-3603

THIS EVIDENCE OF INSURANCE MUST BE CARRIED IN THE INSURED
MOTOR VEHICLE FOR PRODUCTION UPON DEMAND

TRAVELERS

CAIDNV  Rev. 09-15  See Important Notice on Reverse Side

**IN CASE OF AN ACCIDENT**

* Call Travelers immediately.

**1-800-238-6225**

**24 HOUR CLAIM REPORTING SERVICE**

* Be sure to get name and address of each driver, passenger, and witness, and insurance company and policy number for each vehicle involved.

* Do not assume responsibility for accident.

* Call police.

* Protect against further damage.

* Request medical assistance, if required.

* Only discuss the accident with police officers or Travelers representatives.

* It is against Nevada Law to operate or let someone else operate your vehicle without the required insurance.

* It is also illegal to use this card fraudulently, such as using this evidence of insurance as proof of insurance after the policy is terminated.

* This evidence of insurance must be shown when requested by any law enforcement official.

CAIDNV (Back)

**IN CASE OF AN ACCIDENT**

* Call Travelers immediately.

**1-800-238-6225**

**24 HOUR CLAIM REPORTING SERVICE**

* Be sure to get name and address of each driver, passenger, and witness, and insurance company and policy number for each vehicle involved.

* Do not assume responsibility for accident.

* Call police.

* Protect against further damage.

* Request medical assistance, if required.

* Only discuss the accident with police officers or Travelers representatives.

* It is against Nevada Law to operate or let someone else operate your vehicle without the required insurance.

* It is also illegal to use this card fraudulently, such as using this evidence of insurance as proof of insurance after the policy is terminated.

* This evidence of insurance must be shown when requested by any law enforcement official.

CAIDNV (Back)



One Tower Square, Hartford, Connecticut  06183

CHANGE ENDORSEMENT

                          Named Insured:
                          DOLAN AUTOMOTIVE GROUP, LLC
                          AND AS PER IL T8 03

                 Policy Number: AD-7N911433-21-CAG
          Policy Effective Date: 07/01/21
                    Issue Date: 08/12/21
                 Return Premium $██████


INSURING COMPANY:
TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

Effective from 08/01/21 at the time of day the policy becomes effective.

THIS INSURANCE IS AMENDED AS FOLLOWS:


THE COMMERCIAL AUTOMOBILE COVERAGE PART IS AMENDED AS FOLLOWS:

        BLANKET COLLISION COVERAGE IS DELETED FROM
              AUTO DEALER LOCATION(S):
                0002

        COMPREHENSIVE COVERAGE IS DELETED AS PER ATTACHED SCHEDULE
        FOR:
              GARAGE LOCATION(S):
                0002

        FALSE PRETENSE COVERAGE IS DELETED
        FOR:
              GARAGE LOCATION(S):
                0002

        COMPREHENSIVE COVERAGE IS CHANGED AS PER ATTACHED SCHEDULE
        FOR:
              GARAGE LOCATION(S):
                0001 0003 0004 0005 0006 0007

        FALSE PRETENSE COVERAGE IS CHANGED
        FOR:
              GARAGE LOCATION(S):
                0001 0003 0004 0005 0006 0007


PREMIUM IS PAYABLE AS FOLLOWS:

     DUE ON 08/01/21    $████████
     DUE ON 09/01/21    $████████  AND EACH SUBSEQUENT 1 MONTH

NAME AND ADDRESS OF AGENT OR BROKER:
     L P INS SERVICES LLC (CWV32)
     300 E 2ND ST STE 1300
     RENO, NV 89501                    COUNTERSIGNED BY:


                                       _____
                                       Authorized Representative

IL T0 07 09 87    PAGE  1 OF  2        DATE:_____
OFFICE: PHOENIX



One Tower Square, Hartford, Connecticut 06183

CHANGE ENDORSEMENT

Policy Number: AD-7N911433-21-CAG

Policy Effective Date: 07/01/21

Issue Date: 08/12/21

THE BLANKET COLLISION COVERAGE LIMIT IS CHANGED TO READ:
  AT AUTO DEALER LOCATION(S):
    0001 0003 0004 0005 0006 0007

IL T0 07 09 87    PAGE  2 OF  2

OFFICE: PHOENIX              169
PRODUCER NAME: L P INS SERVICES LLC              CWV32



POLICY NUMBER:  AD-7N911433-21-CAG

EFFECTIVE DATE:  07-01-21

ISSUE DATE:  08-12-21

LISTING OF FORMS, ENDORSEMENTS AND SCHEDULE NUMBERS

THIS LISTING SHOWS THE NUMBER OF FORMS, SCHEDULES AND ENDORSEMENTS
BY LINE OF BUSINESS.

```
    IL T0 07 09 87    CHANGE ENDORSEMENT
    IL T8 01 10 93    FORMS, ENDORSEMENTS AND SCHEDULE NUMBERS


COMMERCIAL AUTOMOBILE

    CA T0 77 02 15    AUTO DEALER DECLARATIONS-ITEM ONE & TWO
    CA T0 78 02 15    AUTO DEALER DECS-ITEM THREE & FOUR
    CA T0 79 02 15    AUTO DEALER DECLARATIONS - ITEM FIVE
    CA T0 80 02 15    AUTO DEALER DECLARATIONS - ITEM SIX
    CA T0 83 02 15    AUTO DEALER DECLARATIONS-ITEM NINE & TEN
    CA T4 80 02 15    AUTO DLRS-ACTS,ERR OR OMISS LMTS EXT END
    CA T4 14 02 15    GAR-KEEPERS COV & PHYS DMGE MULTIPLE DED
```

IL T8 01 10 93

PAGE:   1 OF   1

# COMMERCIAL AUTOMOBILE

# COMMERCIAL AUTOMOBILE

**TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

AUTO DEALERS                          POLICY NUMBER: AD-7N911433-21-CAG
COVERAGE PART DECLARATIONS            ISSUE DATE:  08-12-21  LC


ITEM ONE
INSURING COMPANY:
TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA
Declarations Period:  From:  07-01-21 to 07-01-22 12:01 A.M. Standard
Time at your mailing address shown in the Common Policy Declarations.

FORM OF BUSINESS: LIMITED LIABILITY CO

The Auto Dealers Coverage Part consists of these Declarations and the Coverage
Form shown below.


ITEM TWO
A. COVERAGE AND LIMITS OF INSURANCE
        This policy provides only those coverages where a limit, if applicable,
        is shown in the columns below. Each of the "auto"-related coverages
        will apply only to those "autos" shown as covered "autos"."Autos"
        are shown as covered "autos" for the applicable coverages by the
        entry of one or more of the symbols from section I - Covered Autos
        Coverages of the Auto Dealers Coverage Form next to the name of
        the "auto" related coverage.

        COVERAGES              COVERED AUTOS          LIMIT  OF INSURANCE
                                                      THE MOST WE WILL PAY FOR ANY ONE
                                                      ACCIDENT OR LOSS

        _____          _____        _____


COVERED AUTOS LIABILTY     21              $  1,000,000 EACH ACCIDENT

GENERAL LIABILITY                          $  1,000,000 EACH ACCIDENT
BODILY INJURY AND PROPERTY
DAMAGE LIABILITY

DAMAGES TO PREMISES                        See CA T4 25
RENTED TO YOU

PERSONAL AND ADVERTISING                   $  1,000,000 ANY ONE PERSON OR
INJURY LIABILITY                                        ORGANIZATION

GENERAL LIABILTY AGGREGATE                 $  2,000,000

PRODUCTS AND WORK YOU                       $  2,000,000
PERFORMED AGGREGATE

LOCATIONS AND OPERATIONS                    $      5,000
MEDICAL PAYMENTS

ADDED PERSONAL INJURY                      SEPARATELY STATED IN EACH
PROTECTION                                 ADDED PIP ENDORSEMENT
(or equivalent Added
No-fault coverage)


CA T0 77 02 15                        PAGE  (CONTINUED)
PRODUCER: L P INS SERVICES LLC  CWV32  OFFICE: PHNX  169

 **TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

```
AUTO DEALERS                      POLICY NUMBER: AD-7N911433-21-CAG
COVERAGE PART DECLARATIONS        ISSUE DATE:  08-12-21   LC
```

| COVERAGES | COVERED AUTOS | LIMIT  OF INSURANCE<br>THE MOST WE WILL PAY FOR ANY ONE<br>ACCIDENT OR LOSS |
|---|---|---|
| AUTO MEDICAL PAYMENTS | 21 | $     5,000 |
| UNINSURED AND<br>UNDERINSURED<br>MOTORISTS COVERAGE | 22 | See CA TO 30 |
| GARAGEKEEPERS COVERAGE | 30 | REFER TO ITEM FIVE |
| PHYSICAL DAMAGE<br>COMPREHENSIVE COVERAGE | 23 28 31 | ACTUAL CASH VALUE OR COST<br>OF REPAIR, WHICHEVER IS<br>LESS MINUS $ DEDUCTIBLE<br>FOR EACH COVERED AUTO.<br>See ITEM SIX For Dealers "Autos". |
| PHYSICAL DAMAGE<br>COLLISION COVERAGE | 23 28 31 | ACTUAL CASH VALUE OR COST<br>OF REPAIR, WHICHEVER IS<br>LESS MINUS $ Ded. FOR EACH<br>COVERED AUTO.<br>See Item Six for Dealers<br>Blanket Collision. |
| ACTS, ERRORS OR OMISSIONS<br>LIABILITY | | $   500,000    AGGREGATE<br>$     5,000    PER CLAIM DEDUCTIBLE |

```
B. AUDIT PERIOD:      ANNUAL

C. DESCRIPTION OF COVERED AUTO DESIGNATION SYMBOLS:
   Symbols 21-31:  See AUTO DEALERS COVERAGE FORM Section I - Covered Autos
   SYMBOL 32.

D. LOSS PAYEE: Any loss under Physical Damage Coverages is payable as
   interest may appear to you and the Loss Payee named in the Declarations
   (see Loss Payable Clause below)

E. NUMBERS OF FORMS, SCHEDULES AND ENDORSEMENTS FORMING PART OF THIS COVERAGE
   PART:  SEE IL T8 01 10 93
```

```
CA TO 77 02 15                         PAGE  (CONTINUED)
PRODUCER: L P INS SERVICES LLC  CWV32  OFFICE: PHNX  169
```



One Tower Square, Hartford, Connecticut  06183

AUTO DEALERS                          POLICY NUMBER: AD-7N911433-21-CAG
COVERAGE PART DECLARATIONS           ISSUE DATE:  08-12-21   LC


LOSS PAYABLE CLAUSE

A.   We will pay you and the loss payee named in the policy for "loss"
     to a covered "auto", as interest may appear.

B.   The insurance covers the interest of the loss payee unless the
     "loss" results from conversion, secretion or embezzlement on your
     part.

C.   We may cancel the policy as allowed by the CANCELLATION Common
     Policy Condition.  Cancellation ends this agreement as to the loss
     payee's interest.  If we cancel the policy we will mail you and the
     loss payee the same advance notice.

D.   If we make any payment to the loss payee, we will obtain their
     rights against any other party.


                        SCHEDULE OF LOSS PAYEES

                        LOSS PAYEE (Name and Address)


CA T0 77 02 15                        PAGE   (CONTINUED)
PRODUCER: L P INS SERVICES LLC  CWV32   OFFICE: PHNX  169



One Tower Square, Hartford, Connecticut  06183

AUTO DEALERS COVERAGE PART DECLARATIONS
AUTO DEALERS' SUPPLEMENTARY SCHEDULE
Issue date: 08-12-21

Policy Number: AD -7N911433-21-CAG

ITEM THREE - LOCATIONS WHERE YOU CONDUCT AUTO DEALER OPERATIONS

| Loc No | Address Street and City | State | Zip Code | terr | Cnty/twn Code |
|---|---|---|---|---|---|
| 1 | 2100 KIETZKE LANE RENO | NV | 89502 | 111 | |
| 2 | 3225 MILL ST RENO | NV | 89502 | 111 | |
| 3 | 7175 S VIRGINIA ST RENO | NV | 89511 | 111 | |

ITEM FOUR-AUTO DEALERS - LIABILITY AND PERSONAL INJURY PROTECTION
(Or Equivalent Or Similar No Fault Coverages) - PREMIUMS

| Loc No | Class of Operators | No of Persons | Rating Units | Total Rating Units |
|---|---|---|---|---|
| 1 | Cl I  Empl-Regular | 65.0 | | |
| | Cl I  Empl-A/O | 278.0 | | |
| | Cl II Non-Empl-Under age 25 | | | |
| | Cl II Non-Empl-Age 25 or over | | | |
| 2 | Cl I  Empl-Regular | 1.0 | | |
| | Cl I  Empl-A/O | | | |
| | Cl II Non-Empl-Under age 25 | | | |
| | Cl II Non-Empl-Age 25 or over | | | |
| 3 | Cl I  Empl-Regular | 15.0 | | |
| | Cl I  Empl-A/O | 62.0 | | |
| | Cl II Non-Empl-Under age 25 | | | |
| | Cl II Non-Empl-Age 25 or over | | | |

| | LOCATION # 1 | | LOCATION # 2 | | LOCATION # 3 | | TOTAL PREMIUMS |
|---|---|---|---|---|---|---|---|
| | RATE | PREM | RATE | PREM | RATE | PREM | |
| AUTO & GEN LIAB | | | | | | | |
| LOC & OP MED PAY | | | | | | | |
| PIP/APIP | | | | | | | |
| NJ PED PIP | | | | | | | |
| MICHIGAN PPI | | | | | | | |
| AUTO MED PAY | | | | | | | |
| A, E & O LIAB | | | | | | | |

CA T0 78 02 15                                    Page  1 (Continued)



One Tower Square, Hartford, Connecticut  06183

AUTO DEALERS COVERAGE PART DECLARATIONS
AUTO DEALERS' SUPPLEMENTARY SCHEDULE
Issue date: 08-12-21

Policy Number: AD -7N911433-21-CAG

ITEM THREE - LOCATIONS WHERE YOU CONDUCT AUTO DEALER OPERATIONS

| Loc No | Address Street and City | State | Zip Code | terr | Cnty/twn Code |
|---|---|---|---|---|---|
| 4 | 550 KIETZKE LN RENO | NV | 89502 | 111 | |
| 5 | 700 KIETZKE LN RENO | NV | 89502 | 111 | |
| 6 | 1395 E NEWLANDS DR FERNLEY | NV | 89408 | 106 | |

ITEM FOUR-AUTO DEALERS - LIABILITY AND PERSONAL INJURY PROTECTION
(Or Equivalent Or Similar No Fault Coverages) - PREMIUMS

| Loc No | Class of Operators | No of Persons | Rating Units | Total Rating Units |
|---|---|---|---|---|
| 4 | Cl I  Empl-Regular | 1.0 | | |
| | Cl I  Empl-A/O | 3.0 | | |
| | Cl II Non-Empl-Under age 25 | | | |
| | Cl II Non-Empl-Age 25 or over | | | |
| 5 | Cl I  Empl-Regular | 16.0 | | |
| | Cl I  Empl-A/O | 57.0 | | |
| | Cl II Non-Empl-Under age 25 | | | |
| | Cl II Non-Empl-Age 25 or over | | | |
| 6 | Cl I  Empl-Regular | 7.0 | | |
| | Cl I  Empl-A/O | 19.0 | | |
| | Cl II Non-Empl-Under age 25 | | | |
| | Cl II Non-Empl-Age 25 or over | | | |

|  | LOCATION # 4 | | LOCATION # 5 | | LOCATION # 6 | | TOTAL PREMIUMS |
|---|---|---|---|---|---|---|---|
| | RATE | PREM | RATE | PREM | RATE | PREM | |
| AUTO & GEN LIAB | | | | | | | |
| LOC & OP MED PAY | | | | | | | |
| PIP/APIP | | | | | | | |
| NJ PED PIP | | | | | | | |
| MICHIGAN PPI | | | | | | | |
| AUTO MED PAY | | | | | | | |
| A, E & O LIAB | | | | | | | |

CA T0 78 02 15                                  Page  2 (Continued)



One Tower Square, Hartford, Connecticut  06183

AUTO DEALERS COVERAGE PART DECLARATIONS
AUTO DEALERS' SUPPLEMENTARY SCHEDULE
Issue date: 08-12-21

Policy Number: AD -7N911433-21-CAG

ITEM THREE - LOCATIONS WHERE YOU CONDUCT AUTO DEALER OPERATIONS

| Loc No | Address Street and City | State | Zip Code | terr | Cnty/twn Code |
|---|---|---|---|---|---|
| 7 | 9455&9475 S VIRGINIA STREET RENO | NV | 89511 | 111 | |

ITEM FOUR-AUTO DEALERS - LIABILITY AND PERSONAL INJURY PROTECTION
(Or Equivalent Or Similar No Fault Coverages) - PREMIUMS

| Loc No | Class of Operators | No of Persons | Rating Units | Total Rating Units |
|---|---|---|---|---|
| 7 | Cl I  Empl-Regular | 11.0 | | |
| | Cl I  Empl-A/O | 37.0 | | |
| | Cl II Non-Empl-Under age 25 | | | |
| | Cl II Non-Empl-Age 25 or over | | | |
| | Cl I  Empl-Regular | | | |
| | Cl I  Empl-A/O | | | |
| | Cl II Non-Empl-Under age 25 | | | |
| | Cl II Non-Empl-Age 25 or over | | | |
| | Cl I  Empl-Regular | | | |
| | Cl I  Empl-A/O | | | |
| | Cl II Non-Empl-Under age 25 | | | |
| | Cl II Non-Empl-Age 25 or over | | | |

| | LOCATION # 7 | LOCATION # | LOCATION # |
|---|---|---|---|

| | RATE | PREM | RATE | PREM | RATE | PREM | TOTAL PREMIUMS |
|---|---|---|---|---|---|---|---|
| AUTO & GEN LIAB | | | | | | | |
| LOC & OP MED PAY | | | | | | | |
| PIP/APIP | | | | | | | |
| NJ PED PIP | | | | | | | |
| MICHIGAN PPI | | | | | | | |
| AUTO MED PAY | | | | | | | |
| A, E & O LIAB | | | | | | | |

CA T0 78 02 15                                   Page  3 (Continued)



**TRAVELERS**                                    One Tower Square, Hartford, Connecticut  06183

AUTO DEALERS COVERAGE PART DECLARATIONS
AUTO DEALERS' SUPPLEMENTARY SCHEDULE
Issue date: 08-12-21

Policy Number: AD -7N911433-21-CAG

ITEM FOUR-AUTO DEALERS - LIABILITY COVERAGE - PREMIUMS(Continued)

LIABILITY MINIMUM PREMIUM - 

DEFINITIONS:
Class I-Employees
Regular Operator - Proprietors, owners, executive officers, sales managers,
service managers, finance managers and general managers, whether they have an
assigned vehicle or not, and any employee whose principal duty involves the
operation of covered "autos" or who is furnished a covered "auto".
All Others - All other employees including salespersons who have not been
assigned an auto or who do not have permission to access plates for personal use
of autos.

NOTE:
1.  Part-time employees working an average of 20 hours or more a week for
    the number of weeks worked are to be counted as one rating unit each.
2.  Part-time employees working an average of less than 20 hours a week for
    the number of weeks worked are to be counted as 1/2 rating unit each.

Class II-Non-Employees
Any of the following persons who are regularly furnished with a covered "auto"
: Inactive proprietors, partners or officers and their relatives and the
relatives of any person described in Class I.

CA TO 78 02 15                                    Page   4

 **TRAVELERS**

One Tower Square, Hartford, Connecticut  06183

AUTO DEALERS COVERAGE PART DECLARATIONS
Issue Date: 08-12-21

Policy Number: AD -7N911433-21-CAG

ITEM FIVE
GARAGEKEEPERS COVERAGES AND PREMIUMS

| Location No. | Coverages | Limit of Insurance for Each Location |
|---|---|---|
| 1 | COMPREHENSIVE | $    2,500,000    MINUS THE DEDUCTIBLE AS SHOWN ON CA T4 14<br>OR<br>$        MINUS $        DEDUCTIBLE FOR ALL PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO $        MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN EACH EVENT AT THIS LOCATION. |
|  | SPECIFIED CAUSES OF LOSS | $        MINUS $        DEDUCTIBLE FOR EACH CUSTOMER'S AUTO FOR LOSS CAUSED BY THEFT OR MISCHIEF OR VANDALISM SUBJECT TO $ MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT;<br>OR<br>$        MINUS $        DEDUCTIBLE FOR ALL PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO $        MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT. |
|  | COLLISION | $ 2,500,000 MINUS $    3,000 DEDUCTIBLE FOR EACH CUSTOMER'S AUTO. |

CA TO 79 02 15                                    PAGE 01   (Continued)



**TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

```
                              AUTO DEALERS COVERAGE PART DECLARATIONS
                              Issue Date: 08-12-21

                         Policy Number: AD -7N911433-21-CAG
ITEM FIVE
GARAGEKEEPERS COVERAGES AND PREMIUMS


Location         Coverages           Limit of Insurance for Each Location
   No.

        COMPREHENSIVE       $       500,000      MINUS THE DEDUCTIBLE AS
   2                        SHOWN ON CA T4 14
                                   OR
                            $          MINUS $          DEDUCTIBLE FOR ALL
                            PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO
                            $             MAXIMUM DEDUCTIBLE
                            FOR ALL SUCH LOSS IN EACH EVENT AT THIS LOCATION.


        SPECIFIED CAUSES OF $          MINUS $          DEDUCTIBLE FOR
        LOSS                EACH CUSTOMER'S AUTO FOR LOSS CAUSED BY THEFT
                            OR MISCHIEF OR VANDALISM SUBJECT TO $
                            MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY
                            ONE EVENT;
                                   OR
                            $          MINUS $          DEDUCTIBLE FOR ALL
                            PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO
                            $             MAXIMUM DEDUCTIBLE
                            FOR ALL SUCH LOSS IN ANY ONE EVENT.
        COLLISION           $    500,000 MINUS $     3,000 DEDUCTIBLE FOR EACH
                            CUSTOMER'S AUTO.




        CA T0 79 02 15                      PAGE 02   (Continued)
```



One Tower Square, Hartford, Connecticut 06183

AUTO DEALERS COVERAGE PART DECLARATIONS
Issue Date: 08-12-21

Policy Number: AD -7N911433-21-CAG

ITEM FIVE
GARAGEKEEPERS COVERAGES AND PREMIUMS

| Location No. | Coverages | Limit of Insurance for Each Location |
|---|---|---|
| 3 | COMPREHENSIVE | $      2,000,000      MINUS THE DEDUCTIBLE AS SHOWN ON CA T4 14<br>                    OR<br>$         MINUS $         DEDUCTIBLE FOR ALL PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO $         MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN EACH EVENT AT THIS LOCATION. |
|  | SPECIFIED CAUSES OF LOSS | $         MINUS $         DEDUCTIBLE FOR EACH CUSTOMER'S AUTO FOR LOSS CAUSED BY THEFT OR MISCHIEF OR VANDALISM SUBJECT TO $ MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT;<br>                    OR<br>$         MINUS $         DEDUCTIBLE FOR ALL PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO $         MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT. |
|  | COLLISION | $ 2,000,000 MINUS $      3,000 DEDUCTIBLE FOR EACH CUSTOMER'S AUTO. |

CA TO 79 02 15                          PAGE 03   (Continued)

TRAVELERS DOC MGMT Page 170 of 615



**TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

AUTO DEALERS COVERAGE PART DECLARATIONS
Issue Date: 08-12-21

Policy Number: AD -7N911433-21-CAG

ITEM FIVE
GARAGEKEEPERS COVERAGES AND PREMIUMS

| Location No. | Coverages | Limit of Insurance for Each Location |
|---|---|---|
| 4 | COMPREHENSIVE | $         100,000      MINUS THE DEDUCTIBLE AS SHOWN ON CA T4 14 OR $              MINUS $              DEDUCTIBLE FOR ALL PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO $              MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN EACH EVENT AT THIS LOCATION. |
| | SPECIFIED CAUSES OF LOSS | $              MINUS $              DEDUCTIBLE FOR EACH CUSTOMER'S AUTO FOR LOSS CAUSED BY THEFT OR MISCHIEF OR VANDALISM SUBJECT TO $ MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT; OR $              MINUS $              DEDUCTIBLE FOR ALL PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO $              MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT. |
| | COLLISION | $    100,000 MINUS $     3,000 DEDUCTIBLE FOR EACH CUSTOMER'S AUTO. |

CA T0 79 02 15                              PAGE 04   (Continued)



**TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

```
                              AUTO DEALERS COVERAGE PART DECLARATIONS
                              Issue Date: 08-12-21

                        Policy Number: AD -7N911433-21-CAG
ITEM FIVE
GARAGEKEEPERS COVERAGES AND PREMIUMS

Location         Coverages           Limit of Insurance for Each Location
  No.

        COMPREHENSIVE         $     1,000,000      MINUS THE DEDUCTIBLE AS
    5                         SHOWN ON CA T4 14
                                   OR
                             $          MINUS $          DEDUCTIBLE FOR ALL
                             PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO
                             $          MAXIMUM DEDUCTIBLE
                             FOR ALL SUCH LOSS IN EACH EVENT AT THIS LOCATION.


        SPECIFIED CAUSES OF  $          MINUS $          DEDUCTIBLE FOR
        LOSS                 EACH CUSTOMER'S AUTO FOR LOSS CAUSED BY THEFT
                             OR MISCHIEF OR VANDALISM SUBJECT TO $
                             MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY
                             ONE EVENT;
                                   OR
                             $          MINUS $          DEDUCTIBLE FOR ALL
                             PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO
                             $          MAXIMUM DEDUCTIBLE
                             FOR ALL SUCH LOSS IN ANY ONE EVENT.
        COLLISION            $ 1,000,000 MINUS $    3,000 DEDUCTIBLE FOR EACH
                             CUSTOMER'S AUTO.




        CA T0 79 02 15                        PAGE 05   (Continued)
```



One Tower Square, Hartford, Connecticut 06183

AUTO DEALERS COVERAGE PART DECLARATIONS
Issue Date: 08-12-21

Policy Number: AD -7N911433-21-CAG

ITEM FIVE
GARAGEKEEPERS COVERAGES AND PREMIUMS

| Location No. | Coverages | Limit of Insurance for Each Location |
|---|---|---|
| 6 | COMPREHENSIVE | $      500,000      MINUS THE DEDUCTIBLE AS SHOWN ON CA T4 14 |
|  |  | OR |
|  |  | $        MINUS $        DEDUCTIBLE FOR ALL PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO $        MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN EACH EVENT AT THIS LOCATION. |
|  | SPECIFIED CAUSES OF LOSS | $        MINUS $        DEDUCTIBLE FOR EACH CUSTOMER'S AUTO FOR LOSS CAUSED BY THEFT OR MISCHIEF OR VANDALISM SUBJECT TO $        MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT; |
|  |  | OR |
|  |  | $        MINUS $        DEDUCTIBLE FOR ALL PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO $        MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT. |
|  | COLLISION | $    500,000 MINUS $     3,000 DEDUCTIBLE FOR EACH CUSTOMER'S AUTO. |

CA T0 79 02 15                         PAGE 06   (Continued)



One Tower Square, Hartford, Connecticut 06183

AUTO DEALERS COVERAGE PART DECLARATIONS
Issue Date: 08-12-21

Policy Number: AD -7N911433-21-CAG

ITEM FIVE
GARAGEKEEPERS COVERAGES AND PREMIUMS

| Location No. | Coverages | Limit of Insurance for Each Location |
|---|---|---|
| 7 | COMPREHENSIVE | $      1,000,000      MINUS THE DEDUCTIBLE AS SHOWN ON CA T4 14<br>OR<br>$          MINUS $          DEDUCTIBLE FOR ALL PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO<br>$          MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN EACH EVENT AT THIS LOCATION. |
|  | SPECIFIED CAUSES OF LOSS | $          MINUS $          DEDUCTIBLE FOR EACH CUSTOMER'S AUTO FOR LOSS CAUSED BY THEFT OR MISCHIEF OR VANDALISM SUBJECT TO $ MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT;<br>OR<br>$          MINUS $          DEDUCTIBLE FOR ALL PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO $          MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT. |
|  | COLLISION | $ 1,000,000 MINUS $     3,000 DEDUCTIBLE FOR EACH CUSTOMER'S AUTO. |

CA T0 79 02 15                          PAGE 07   (Continued)

**TRAVELERS** 

One Tower Square, Hartford, Connecticut 06183

AUTO DEALERS COVERAGE PART DECLARATIONS
Issue Date: 08-12-21

Policy Number: AD -7N911433-21-CAG

ITEM FIVE - GARAGEKEEPERS COVERAGES & PREMIUMS (Continued)

PREMIUM FOR ALL LOCATIONS
    Comprehensive
    Specified Causes of Loss
    Collision



GARAGEKEEPERS COVERAGE applies on a legal liability basis unless one of
the Direct Coverage Options is indicated below by "(X)"

  DIRECT COVERAGE OPTIONS

    ( ) EXCESS INSURANCE  If this box is checked, GARAGEKEEPERS COVERAGE
       remains applicable on a legal liability basis. However coverage also
       applies without regard to your or any other "Insured's" legal
       liability for "loss" to a customer's "auto" on an  excess basis over
       any other collectible insurance regardless of whether the other
       insurance covers your or any other "insured's"interest or the interest
       of the covered "auto's" owner.

    ( ) PRIMARY INSURANCE  If this box is checked GARAGEKEEPERS COVERAGE is
       changed to apply without regard to your or any other "insured's"
       legal liability for "loss" to a customer's "auto" and is primary
       insurance.

CA T0 79 02 15                              PAGE 08



**TRAVELERS**

One Tower Square, Hartford, Connecticut  06183

```
                                    AUTO DEALERS
                                    COVERAGE PART
                                    DECLARATIONS
                                    ISSUE DATE 08-12-21

                        POLICY NUMBER: AD -7N911433-21-CAG
```

ITEM SIX

PHYSICAL DAMAGE INSURANCE-TYPES OF COVERED AUTOS AND INTERESTS IN THESE
AUTOS-PREMIUMS-REPORTING OR NONREPORTING BASIS.

Each of the following PHYSICAL DAMAGE coverages that is indicated in ITEM
TWO applies only to the types of autos and interest indicated by 'X'.

|  | | | SPECIFIED | |
| --- | --- | --- | --- | --- |
| COVERAGES | | COMPREHENSIVE | CAUSES OF LOSS | COLLISION |
| TYPES OF AUTOS | NEW AUTOS | X | | X |
|  | USED AUTOS, DEMONSTRATORS AND SERVICE VEHICLES | X | | X |
| INTERESTS COVERED | YOUR INTEREST IN COVERED AUTOS YOU OWN | | | |
|  | YOUR INTEREST ONLY IN FINANCED COVERED AUTOS | | | |
|  | YOUR INTEREST AND THE INTEREST OF ANY CREDITOR NAMED AS A LOSS PAYEE | X | | X |
|  | ALL INTERESTS IN ANY AUTO NOT OWNED BY YOU OR ANY CREDITOR WHILE IN YOUR POSSESSION ON CONSIGNMENT FOR SALE | | | |

Our limit of insurance for 'loss' at locations other than those stated in
ITEM THREE.
    $  1,000,000 Additional locations where you store covered autos
    $  1,000,000 In transit

PREMIUM BASIS-Reporting (Quarterly or Monthly) or Nonreporting (Indicate Basis
 Agreed Upon by X)
  ( ) REPORTING BASIS (Quarterly or Monthly) as indicated below by 'X'.
      You must report to us on our form the locations of your covered "autos"
      and their total value at each such location. For your main sales location
      identified as location no. 1, you must include the total value of all
      covered "autos" you have furnished or made available to yourself, your
      executives, your "employees" or family members and other Class II - Non-
      Employees, and covered "autos" that are temporarily displayed or stored
      at locations other than those stated in ITEM THREE above. For your main
      sales location you must include the total value of all service vehicles.

CA T0 80 02 15                                    PAGE    1



**TRAVELERS**

One Tower Square, Hartford, Connecticut  06183

```
                                    AUTO DEALERS
                                    COVERAGE PART
                                    DECLARATIONS
                                    ISSUE DATE 08-12-21

                         POLICY NUMBER: AD -7N911433-21-CAG
```

ITEM SIX    (CONTINUED)

PREMIUM BASIS-Reporting or Nonreporting(Indicate Basis Agreed Upon by X)
(continued)

> YOUR REPORTING BASIS IS:
> ( ) QUARTERLY you must give us your first report by the fifteenth of the
>     fourth month after the policy begins. Your subsequent reports must
>     be given to us by the fifteenth of every third month. Your reports
>     must contain the value for the last business day of every third
>     month coming within the policy period.
> ( ) MONTHLY You must give us your reports by the fifteenth of every
>     month. Your reports will contain the total values you had on the
>     last business day of the preceding month.
> Premiums will be calculated pro rata of the annual premium for the expo-
> sures contained in each report. At the end of each policy year we will
> add the monthly premiums or the quarterly premiums to determine your
> final premium due for the entire policy year. The estimated total
> premiums shown will be credited against the final premium due.
> (X) NONREPORTING BASIS. Stated limit of insurance shown above applies.

```
LOC.
NO.    COVERAGE          LIMIT OF INSURANCE FOR EACH LOCATION

 1     COMPREHENSIVE     LIMIT OF INSURANCE AS STATED IN EACH SELECTION
                         BELOW, MINUS THE DEDUCTIBLES AS SHOWN ON
                         CA T4 14.
```

| | LIMIT | RATE | PREMIUM |
|---|---|---|---|
| FIRE ONLY, BUILDING & LOTS | | | |
| BUILDING | 10,000,000 | | |
| STANDARD OPEN LOTS | | | |
| NON STANDARD OPEN LOTS | 6,246,576 | | |
| MISCELLANEOUS BUILDING | | | |
| MISCELLANEOUS OPEN LOTS | | | |

```
ALL    BLANKET        $ 40,611,118 MINUS $ 2,500 DEDUCTIBLE FOR EACH
       COLLISION           COVERED AUTO.
```

                                         COLLISION PREMIUM  $ ▮▮▮▮▮▮

```
CA T0 80 02 15                                          PAGE   2
```



One Tower Square, Hartford, Connecticut 06183

AUTO DEALERS
COVERAGE PART
DECLARATIONS
ISSUE DATE 08-12-21

POLICY NUMBER: AD -7N911433-21-CAG

ITEM SIX    (CONTINUED)

LOC.
NO.    COVERAGE              LIMIT OF INSURANCE FOR EACH LOCATION

   3    COMPREHENSIVE         LIMIT OF INSURANCE AS STATED IN EACH SELECTION
                             BELOW, MINUS THE DEDUCTIBLES AS SHOWN ON
                             CA T4 14.

| | LIMIT | RATE | PREMIUM |
|---|---|---|---|
| FIRE ONLY, BUILDING & LOTS | | | |
| BUILDING | 750,000 | ███████ | ███████ |
| STANDARD OPEN LOTS | 5,314,764 | | |
| NON STANDARD OPEN LOTS | | | |
| MISCELLANEOUS BUILDING | | | |
| MISCELLANEOUS OPEN LOTS | | | |

   4    COMPREHENSIVE         LIMIT OF INSURANCE AS STATED IN EACH SELECTION
                             BELOW, MINUS THE DEDUCTIBLES AS SHOWN ON
                             CA T4 14.

| | LIMIT | RATE | PREMIUM |
|---|---|---|---|
| FIRE ONLY, BUILDING & LOTS | | | |
| BUILDING | | | |
| STANDARD OPEN LOTS | | | |
| NON STANDARD OPEN LOTS | 439,617 | ███████ | ███████ |
| MISCELLANEOUS BUILDING | | | |
| MISCELLANEOUS OPEN LOTS | | | |

   5    COMPREHENSIVE         LIMIT OF INSURANCE AS STATED IN EACH SELECTION
                             BELOW, MINUS THE DEDUCTIBLES AS SHOWN ON
                             CA T4 14.

| | LIMIT | RATE | PREMIUM |
|---|---|---|---|
| FIRE ONLY, BUILDING & LOTS | | | |
| BUILDING | 1,000,000 | ███████ | ███████ |
| STANDARD OPEN LOTS | | | |
| NON STANDARD OPEN LOTS | 6,813,057 | | |
| MISCELLANEOUS BUILDING | | | |
| MISCELLANEOUS OPEN LOTS | | | |

CA T0 80 02 15                                        PAGE    3

TRAVELERS DOC MGMT Page 178 of 615

 **TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

```
                                          AUTO DEALERS
                                          COVERAGE PART
                                          DECLARATIONS
                                          ISSUE DATE 08-12-21

                              POLICY NUMBER: AD -7N911433-21-CAG


        ITEM SIX    (CONTINUED)

        LOC.
        NO.    COVERAGE              LIMIT OF INSURANCE FOR EACH LOCATION

         6    COMPREHENSIVE          LIMIT OF INSURANCE AS STATED IN EACH SELECTION
                                     BELOW, MINUS THE DEDUCTIBLES AS SHOWN ON
                                     CA T4 14.

                                            LIMIT        RATE        PREMIUM
               FIRE ONLY, BUILDING & LOTS
               BUILDING                     750,000      ████████████████████
               STANDARD OPEN LOTS
               NON STANDARD OPEN LOTS     5,684,396      ████████████████████
               MISCELLANEOUS BUILDING                    ████████████████████
               MISCELLANEOUS OPEN LOTS

         7    COMPREHENSIVE          LIMIT OF INSURANCE AS STATED IN EACH SELECTION
                                     BELOW, MINUS THE DEDUCTIBLES AS SHOWN ON
                                     CA T4 14.

                                            LIMIT        RATE        PREMIUM
               FIRE ONLY, BUILDING & LOTS
               BUILDING                     800,000      ████████████████████
               STANDARD OPEN LOTS
               NON STANDARD OPEN LOTS     2,812,708      ████████████████████
               MISCELLANEOUS BUILDING                    ████████████████████
               MISCELLANEOUS OPEN LOTS




                                        TOTAL PREMIUM  $ ████████████████

        CA T0 80 02 15                                  PAGE    4
```

 **TRAVELERS**

One Tower Square, Hartford, Connecticut  06183

```
                                   AUTO DEALERS
                                   COVERAGE PART
                                   DECLARATIONS
                                   ISSUE DATE 08-12-21

                         POLICY NUMBER: AD -7N911433-21-CAG

     ITEM SIX    (CONTINUED)

                         SCHEDULE OF LOSS PAYEES

          (Refer to the Schedule of Loss Payees in CA T0 77 02 15 ITEM TWO.)
```

```
     CA T0 80 02 15                                    PAGE    5
```



One Tower Square, Hartford, Connecticut  06183

AUTO DEALERS COVERAGE PART DECLARATIONS

Issue date: 08-12-21

Policy Number: AD-7N911433-21-CAG

ITEM TEN
UNINSURED MOTORISTS COVERAGE-PREMIUMS-REFER TO ITEM SEVEN FOR SEPARATELY
REGISTERED COVERED AUTOS.

| LOCATION NUMBER | NUMBER OF PLATES | RATE PER PLATE | PREMIUM |
| --------------- | ---------------- | -------------- | ------- |
| 001 | 85 | | |
| 002 | 1 | | |
| 003 | 34 | | |
| 004 | 3 | | |
| 005 | 12 | | |
| 006 | 12 | | |
| 007 | 26 | | |

CA T0 83 02 15                              Page   1

COMMERCIAL AUTO

POLICY NUMBER: **AD-7N911433-21-CAG**

ISSUE DATE: **08-12-21**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# AUTO DEALERS – ACTS, ERRORS OR OMISSIONS LIMITS EXTENSION ENDORSEMENT

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM

### SCHEDULE OF ACTS, ERRORS OR OMISSIONS LIABILITY LIMITS

The Limits of Insurance apply separately to each "act, error or omission" coverage:

| | |
|---|---|
| EACH CLAIM LIMIT OF INSURANCE | $ **500,000** |
| AGGREGATE LIMIT OF INSURANCE | $ **500,000** |
| ONE YEAR PRIOR ACTS LIMIT OF INSURANCE | $ 100,000 |

**PROVISIONS**

The following replaces Paragraph **E.**, **Limit Of Insurance And Deductible**, of **SECTION III – ACTS, ERRORS OR OMISSIONS LIABILITY COVERAGES:**

**E.  Limits Of Insurance**

1. Regardless of the number of "insureds", claims made or "suits" brought or persons or organizations making claims or bringing "suits", the most we will pay for the sum of all damages for each separate "act, error or omission" coverage is the Aggregate Limit of Insurance shown in the Schedule Of Acts, Errors Or Omissions Liability Limits.

2. Subject to the Aggregate Limit of Insurance for the applicable "act, error or omission" coverage, the most we will pay for all damages resulting from any one claim is the Each Claim Limit of Insurance shown in the Sched-

ule Of Acts, Errors Or Omissions Liability Limits. Any "suits" involving a class action will be deemed one claim. No other Limits of Insurance apply.

3. If One Year Prior Acts Coverage is part of your Acts, Errors And Omissions Liability Coverages, then the One Year Prior Acts Limit Of Insurance Paragraph is replaced by the following:

    A **$100,000** One Year Prior Acts Limit Of Insurance applies separately to each coverage included in the definition of "act, error or omission" for damages because of any "act, error or omission" committed during this one year period. This limit applies to each such claim and as an aggregate for all such claims related to the same "act, error or omission" coverage. No other limit of insurance applies to such prior acts.

**CA T4 80 02 15**
© 2015 The Travelers Indemnity Company, Inc. All rights reserved.
Includes the copyrighted material of Insurance Services Office, Inc. with its permission.
Page 1 of 1

TRAVELERS DOC MGMT Page 182 of 615

COMMERCIAL AUTO

POLICY NUMBER: **AD-7N911433-21-CAG**

ISSUE DATE: **08-12-21**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# GARAGEKEEPERS COVERAGE AND
# PHYSICAL DAMAGE MULTIPLE DEDUCTIBLES

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE PART DECLARATIONS
AUTO DEALERS COVERAGE FORM

**PROVISIONS**

**1.** The deductibles shown in the applicable Schedule below apply for the Comprehensive and Specified Causes of Loss section at **ITEM FIVE – GARAGEKEEPERS COVERAGE AND PREMIUMS** and for the Comprehensive Coverage Limit of Insurance for Each Location section at **ITEM SIX – PHYSICAL DAMAGE COVERAGE** section of the **AUTO DEALERS COVERAGE PART DECLARATIONS**:

**SCHEDULE**

**ITEM FIVE – GARAGEKEEPERS COVERAGE**

| Location (list each location separately) | Covered Causes of Loss* | Deductible | |
|---|---|---|---|
| | | For Each Covered "Auto" | Maximum Deductible in any one event at each location |
| **SEE SCHEDULE EXTENSION** | | | |

**ITEM SIX – PHYSICAL DAMAGE COVERAGE**

| Location (list each location separately) | Covered Causes of Loss* | Deductible | |
|---|---|---|---|
| | | For Each Covered "Auto" | Maximum Deductible in any one event at each location |
| **SEE SCHEDULE EXTENSION** | | | |

**CA T4 14 02 15**

© 2015 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

Page 1 of 2

COMMERCIAL AUTO

- For each Deductible listed in this Schedule, enter the description of any Covered Causes of Loss listed below to which that Deductible applies:

   **(1)** Theft or Mischief or Vandalism

   **(2)** Earthquake

   **(3)** Windstorm Or Hail

   **(4)** Flood

   **(5)** All Covered Perils, other than collision, not listed separately on this Schedule

**2.** The following replaces Paragraph **5.**, **Limit Of Insurance And Deductibles**, in Paragraph **E.**, **Garagekeepers Coverage**, of **SECTION I – COVERED AUTOS COVERAGES**:

**5. Limit Of Insurance And Deductibles**

   **a.** Regardless of the number of "customer's autos", "insureds", premiums paid, claims made or "suits" brought, the most we will pay for each "loss" is the Garagekeepers Coverage Limit of Insurance shown in the Declarations for that location minus the applicable deductible for "loss" caused by collision shown in the Declarations, and the applicable deductible for the specified covered cause of loss shown in the Schedule above.

   **b.** The maximum deductible stated in the Schedule for Garagekeepers Coverage Comprehensive applies to the location for which it is shown and is the most that will be deducted for all "loss" in any one event from the covered cause of loss for which it is shown at that location. If "NO" appears in the Schedule above for maximum deductible, then no maximum deductible applies for "loss" from the covered cause of loss for which it is shown.

   **c.** Sometimes to settle a claim or "suit" we may pay all or any part of the deductible. If this happens you must reimburse us for the deductible or that portion of the deductible that we paid.

**3.** The following replaces Paragraph **5.**, **Deductible**, in Paragraph **F.**, **Physical Damage Coverage**, of **SECTION I – COVERED AUTOS COVERAGES**:

**5. Deductible**

   For each covered "auto", our obligation to pay for, repair, return or replace damaged or stolen property will be reduced by the applicable deductible shown in the Schedule above that applies to specified covered cause of loss.

   The maximum deductible stated in the Schedule applies to the location for which it is shown and is the most that will be deducted for all "loss" in any one event from the covered cause of loss for which it is shown at that location. If "NO" appears in the Schedule above for maximum deductible, then no maximum deductible applies for "loss" from the covered cause of loss for which it is shown.

    © 2015 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.    **CA T4 14 02 15**

COMMERCIAL AUTO
ISSUE DATE: 08-12-21

POLICY NUMBER: AD-7N911433-21-CAG

# SCHEDULE EXTENSION

**This is an extension of CA T4 14 02 15**

**GARAGEKEEPERS COVERAGE AND PHYSICAL DAMAGE MULTIPLE DEDUCTIBLES**

**SCHEDULE**

ITEM FIVE - GARAGEKEEPERS COVERAGE

| Loc | Covered Causes of Loss** | Deductible For Each Covered "Auto" | Maximum Deductible in any one event |
|---|---|---|---|
| 1 | Flood | $ 2,500 | $ 250,000 |
| 1 | Earthquake | $ 1,000 | $ 100,000 |
| 1 | Windstorm or Hail | $ 1,000 | $ 100,000 |
| 1 | All Covered Perils, other than collision, not listed separately on this Schedule | $ 1,000 | $ 10,000 |
| 2 | Flood | $ 2,500 | $ 250,000 |
| 2 | Earthquake | $ 1,000 | $ 100,000 |
| 2 | Windstorm or Hail | $ 1,000 | $ 100,000 |
| 2 | All Covered Perils, other than collision, not listed separately on this Schedule | $ 1,000 | $ 10,000 |
| 3 | Flood | $ 2,500 | $ 250,000 |
| 3 | Earthquake | $ 1,000 | $ 100,000 |
| 3 | Windstorm or Hail | $ 1,000 | $ 100,000 |
| 3 | All Covered Perils, other than collision, not listed separately on this Schedule | $ 1,000 | $ 10,000 |
| 4 | Flood | $ 2,500 | $ 250,000 |
| 4 | Earthquake | $ 1,000 | $ 75,000 |

CA T4 14 SCHED

Page  1 of  6

POLICY NUMBER: **AD-7N911433-21-CAG**

COMMERCIAL AUTO
ISSUE DATE: **08-12-21**

# SCHEDULE EXTENSION

**This is an extension of CA T4 14 02 15**

**GARAGEKEEPERS COVERAGE AND PHYSICAL DAMAGE MULTIPLE DEDUCTIBLES**

**SCHEDULE**

| 4 | Windstorm or Hail | $ | 1,000 | $ | 100,000 |
|---|---|---|---|---|---|
| 4 | All Covered Perils, other than collision, not listed separately on this Schedule | $ | 1,000 | $ | 10,000 |

**ITEM FIVE - GARAGEKEEPERS COVERAGE**

| | | Deductible | |
|---|---|---|---|
| Loc | Covered Causes of Loss** | For Each Covered "Auto" | Maximum Deductible in any one event |
| 5 | Flood | $ 2,500 | $ 250,000 |
| 5 | Earthquake | $ 1,000 | $ 100,000 |
| 5 | Windstorm or Hail | $ 1,000 | $ 100,000 |
| 5 | All Covered Perils, other than collision, not listed separately on this Schedule | $ 1,000 | $ 10,000 |

**ITEM FIVE - GARAGEKEEPERS COVERAGE**

| | | Deductible | |
|---|---|---|---|
| Loc | Covered Causes of Loss** | For Each Covered "Auto" | Maximum Deductible in any one event |
| 6 | Flood | $ 2,500 | $ 250,000 |
| 6 | Earthquake | $ 1,000 | $ 100,000 |
| 6 | Windstorm or Hail | $ 1,000 | $ 100,000 |
| 6 | All Covered Perils, other than collision, not listed separately on this Schedule | $ 1,000 | $ 10,000 |

CA T4 14 SCHED

COMMERCIAL AUTO
ISSUE DATE: 08-12-21

POLICY NUMBER: AD-7N911433-21-CAG

# SCHEDULE EXTENSION

**This is an extension of CA T4 14 02 15**

**GARAGEKEEPERS COVERAGE AND PHYSICAL DAMAGE MULTIPLE DEDUCTIBLES**

**SCHEDULE**

**ITEM FIVE - GARAGEKEEPERS COVERAGE**

| | | Deductible | |
| --- | --- | --- | --- |
| Loc | Covered Causes of Loss** | For Each Covered "Auto" | Maximum Deductible in any one event |
| 7 | Flood | $    2,500 | $    250,000 |
| 7 | Earthquake | $    1,000 | $    100,000 |
| 7 | Windstorm or Hail | $    1,000 | $    100,000 |
| 7 | All Covered Perils, other than collision, not listed separately on this Schedule | $    1,000 | $     10,000 |

**ITEM SIX - PHYSICAL DAMAGE COVERAGE**

| | | Deductible | |
| --- | --- | --- | --- |
| Loc | Covered Causes of Loss** | For Each Covered "Auto" | Maximum Deductible in any one event |

**ITEM SIX - PHYSICAL DAMAGE COVERAGE**

| | | Deductible | |
| --- | --- | --- | --- |
| Loc | Covered Causes of Loss** | For Each Covered "Auto" | Maximum Deductible in any one event |
| 1 | Flood | $    2,500 | $    250,000 |
| 1 | Earthquake | $    2,500 | $    250,000 |
| 1 | Windstorm or Hail | $    1,000 | $    100,000 |
| 1 | All Covered Perils, other than collision, not listed separately on | $    1,000 | $     10,000 |

CA T4 14 SCHED

TRAVELERS DOC MGMT Page 187 of 615

COMMERCIAL AUTO
ISSUE DATE: 08-12-21

POLICY NUMBER: AD-7N911433-21-CAG

# SCHEDULE EXTENSION

### This is an extension of CA T4 14 02 15

### GARAGEKEEPERS COVERAGE AND PHYSICAL DAMAGE MULTIPLE DEDUCTIBLES

### SCHEDULE

this Schedule

**ITEM SIX - PHYSICAL DAMAGE COVERAGE**

|     |                                                                            | Deductible        |                             |
| --- | -------------------------------------------------------------------------- | ----------------- | --------------------------- |
|     |                                                                            | For Each          | Maximum                     |
|     | Covered Causes                                                             | Covered           | Deductible in               |
| Loc | of Loss**                                                                  | "Auto"            | any one event               |
| 3   | Flood                                                                      | $   2,500         | $   250,000                 |
| 3   | Earthquake                                                                | $   1,000         | $   100,000                 |
| 3   | Windstorm or Hail                                                         | $   1,000         | $   100,000                 |
| 3   | All Covered Perils, other than collision, not listed separately on this Schedule | $   1,000 | $    10,000         |

**ITEM SIX - PHYSICAL DAMAGE COVERAGE**

|     |                                                                            | Deductible        |                             |
| --- | -------------------------------------------------------------------------- | ----------------- | --------------------------- |
|     |                                                                            | For Each          | Maximum                     |
|     | Covered Causes                                                             | Covered           | Deductible in               |
| Loc | of Loss**                                                                  | "Auto"            | any one event               |
| 4   | Flood                                                                      | $   2,500         | $   250,000                 |
| 4   | Earthquake                                                                | $   1,000         | $   100,000                 |
| 4   | Windstorm or Hail                                                         | $   1,000         | $   100,000                 |
| 4   | All Covered Perils, other than collision, not listed separately on this Schedule | $   1,000 | $    10,000         |

**ITEM SIX - PHYSICAL DAMAGE COVERAGE**

Deductible

CA T4 14 SCHED

Page  4 of  6

POLICY NUMBER: **AD-7N911433-21-CAG**

COMMERCIAL AUTO
ISSUE DATE: **08-12-21**

# SCHEDULE EXTENSION

**This is an extension of CA T4 14 02 15**

**GARAGEKEEPERS COVERAGE AND PHYSICAL DAMAGE MULTIPLE DEDUCTIBLES**

**SCHEDULE**

| Loc | Covered Causes of Loss** | For Each Covered "Auto" | Maximum Deductible in any one event |
|---|---|---|---|
| 5 | Flood | $ 2,500 | $ 250,000 |
| 5 | Earthquake | $ 1,000 | $ 100,000 |
| 5 | Windstorm or Hail | $ 1,000 | $ 100,000 |
| 5 | All Covered Perils, other than collision, not listed separately on this Schedule | $ 1,000 | $ 10,000 |

ITEM SIX - PHYSICAL DAMAGE COVERAGE

| Loc | Covered Causes of Loss** | Deductible For Each Covered "Auto" | Maximum Deductible in any one event |
|---|---|---|---|
| 6 | Flood | $ 2,500 | $ 250,000 |
| 6 | Earthquake | $ 1,000 | $ 100,000 |
| 6 | Windstorm or Hail | $ 1,000 | $ 100,000 |
| 6 | All Covered Perils, other than collision, not listed separately on this Schedule | $ 1,000 | $ 10,000 |

ITEM SIX - PHYSICAL DAMAGE COVERAGE

| Loc | Covered Causes of Loss** | Deductible For Each Covered "Auto" | Maximum Deductible in any one event |
|---|---|---|---|
| 7 | Flood | $ 2,500 | $ 250,000 |

CA T4 14 SCHED

Page 5 of 6

COMMERCIAL AUTO
POLICY NUMBER: **AD-7N911433-21-CAG**          ISSUE DATE: **08-12-21**

# SCHEDULE EXTENSION

**This is an extension of CA T4 14 02 15**

**GARAGEKEEPERS COVERAGE AND PHYSICAL DAMAGE MULTIPLE DEDUCTIBLES**

**SCHEDULE**

| | | | |
|---|---|---|---|
| 7 | Earthquake | $ 1,000 | $ 100,000 |
| 7 | Windstorm or Hail | $ 1,000 | $ 100,000 |
| 7 | All Covered Perils, other than collision, not listed separately on this Schedule | $ 1,000 | $ 10,000 |

CA T4 14 SCHED

Page **6** of **6**



One Tower Square, Hartford, Connecticut  06183

**CHANGE ENDORSEMENT**

```
                      Named Insured:
                      DOLAN AUTOMOTIVE GROUP, LLC
                      AND AS PER IL T8 03
              Policy Number: AD-7N911433-21-CAG
       Policy Effective Date: 07/01/21
                 Issue Date: 08/30/21
                 Premium $
```

INSURING COMPANY:
TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

Effective from 08/01/21 at the time of day the policy becomes effective.

THIS INSURANCE IS AMENDED AS FOLLOWS:


THE COMMERCIAL AUTOMOBILE COVERAGE PART IS AMENDED AS FOLLOWS:

    "THE ACTUAL EFFECTIVE DATE OF THIS ENDORSEMENT IS 08/26/21"

    THE FOLLOWING FORM(S) AND/OR ENDORSEMENT(S) IS/ARE ADDED TO
    THE POLICY AS PER FORM(S) ATTACHED:

        CA 25 07 10 13


NAME AND ADDRESS OF AGENT OR BROKER:
  L P INS SERVICES LLC (CWV32)
  300 E 2ND ST STE 1300
  RENO, NV 89501

COUNTERSIGNED BY:

_____
Authorized Representative

DATE:_____

IL T0 07 09 87    PAGE  1 OF  1
OFFICE: PHOENIX



POLICY NUMBER:  AD-7N911433-21-CAG

EFFECTIVE DATE:  07-01-21

ISSUE DATE:  08-30-21

LISTING OF FORMS, ENDORSEMENTS AND SCHEDULE NUMBERS

THIS LISTING SHOWS THE NUMBER OF FORMS, SCHEDULES AND ENDORSEMENTS
BY LINE OF BUSINESS.

```
IL T0 07 09 87    CHANGE ENDORSEMENT
IL T8 01 10 93    FORMS, ENDORSEMENTS AND SCHEDULE NUMBERS


COMMERCIAL AUTOMOBILE

CA T0 77 02 15    AUTO DEALER DECLARATIONS-ITEM ONE & TWO
CA T0 78 02 15    AUTO DEALER DECS-ITEM THREE & FOUR
CA T0 79 02 15    AUTO DEALER DECLARATIONS - ITEM FIVE
CA T0 80 02 15    AUTO DEALER DECLARATIONS - ITEM SIX
CA T0 83 02 15    AUTO DEALER DECLARATIONS-ITEM NINE & TEN
CA T4 80 02 15    AUTO DLRS-ACTS,ERR OR OMISS LMTS EXT END
CA T4 14 02 15    GAR-KEEPERS COV & PHYS DMGE MULTIPLE DED
CA 25 07 10 13    LOCATIONS AND OPERATIONS NOT COVERED
```

IL T8 01 10 93

PAGE:    1 OF    1

# COMMERCIAL AUTOMOBILE

# COMMERCIAL AUTOMOBILE

 **TRAVELERS**

One Tower Square, Hartford, Connecticut  06183

```
AUTO DEALERS                         POLICY NUMBER: AD-7N911433-21-CAG
COVERAGE PART DECLARATIONS           ISSUE DATE:  08-30-21  JH
```

ITEM ONE
INSURING COMPANY:
TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA
Declarations Period:  From:  07-01-21 to 07-01-22 12:01 A.M. Standard
Time at your mailing address shown in the Common Policy Declarations.

FORM OF BUSINESS: LIMITED LIABILITY CO

The Auto Dealers Coverage Part consists of these Declarations and the Coverage
Form shown below.

ITEM TWO
A. COVERAGE AND LIMITS OF INSURANCE
     This policy provides only those coverages where a limit, if applicable,
     is shown in the columns below. Each of the "auto"-related coverages
     will apply only to those "autos" shown as covered "autos"."Autos"
     are shown as covered "autos" for the applicable coverages by the
     entry of one or more of the symbols from section I - Covered Autos
     Coverages of the Auto Dealers Coverage Form next to the name of
     the "auto" related coverage.

| COVERAGES | COVERED AUTOS | LIMIT OF INSURANCE THE MOST WE WILL PAY FOR ANY ONE ACCIDENT OR LOSS |
|---|---|---|
| COVERED AUTOS LIABILTY | 21 | $ 1,000,000 EACH ACCIDENT |
| GENERAL LIABILITY BODILY INJURY AND PROPERTY DAMAGE LIABILITY | | $ 1,000,000 EACH ACCIDENT |
| DAMAGES TO PREMISES RENTED TO YOU | | See CA T4 25 |
| PERSONAL AND ADVERTISING INJURY LIABILITY | | $ 1,000,000 ANY ONE PERSON OR ORGANIZATION |
| GENERAL LIABILTY AGGREGATE | | $ 2,000,000 |
| PRODUCTS AND WORK YOU PERFORMED AGGREGATE | | $ 2,000,000 |
| LOCATIONS AND OPERATIONS MEDICAL PAYMENTS | | $ 5,000 |
| ADDED PERSONAL INJURY PROTECTION (or equivalent Added No-fault coverage) | | SEPARATELY STATED IN EACH ADDED PIP ENDORSEMENT |

```
CA T0 77 02 15                       PAGE  (CONTINUED)
PRODUCER: L P INS SERVICES LLC  CWV32  OFFICE: PHNX  169
```



One Tower Square, Hartford, Connecticut  06183

AUTO DEALERS                          POLICY NUMBER: AD-7N911433-21-CAG
COVERAGE PART DECLARATIONS           ISSUE DATE:  08-30-21  JH


| COVERAGES | COVERED AUTOS | LIMIT OF INSURANCE<br>THE MOST WE WILL PAY FOR ANY ONE<br>ACCIDENT OR LOSS |
| --- | --- | --- |
| AUTO MEDICAL PAYMENTS | 21 | $    5,000 |
| UNINSURED AND<br>UNDERINSURED<br>MOTORISTS COVERAGE | 22 | See CA T0 30 |
| GARAGEKEEPERS COVERAGE | 30 | REFER TO ITEM FIVE |
| PHYSICAL DAMAGE<br>COMPREHENSIVE COVERAGE | 23 28 31 | ACTUAL CASH VALUE OR COST<br>OF REPAIR, WHICHEVER IS<br>LESS MINUS $ DEDUCTIBLE<br>FOR EACH COVERED AUTO.<br>See ITEM SIX For Dealers "Autos". |
| PHYSICAL DAMAGE<br>COLLISION COVERAGE | 23 28 31 | ACTUAL CASH VALUE OR COST<br>OF REPAIR, WHICHEVER IS<br>LESS MINUS $ Ded. FOR EACH<br>COVERED AUTO.<br>See Item Six for Dealers<br>Blanket Collision. |

ACTS, ERRORS OR OMISSIONS          $   500,000     AGGREGATE
LIABILITY                          $     5,000     PER CLAIM DEDUCTIBLE

B. AUDIT PERIOD:      ANNUAL

C. DESCRIPTION OF COVERED AUTO DESIGNATION SYMBOLS:
   Symbols 21-31:  See AUTO DEALERS COVERAGE FORM Section I - Covered Autos
   SYMBOL 32.

D. LOSS PAYEE: Any loss under Physical Damage Coverages is payable as
   interest may appear to you and the Loss Payee named in the Declarations
   (see Loss Payable Clause below)

E. NUMBERS OF FORMS, SCHEDULES AND ENDORSEMENTS FORMING PART OF THIS COVERAGE
   PART:  SEE IL T8 01 10 93


CA T0 77 02 15                          PAGE  (CONTINUED)
PRODUCER: L P INS SERVICES LLC  CWV32   OFFICE: PHNX  169



One Tower Square, Hartford, Connecticut  06183

AUTO DEALERS                              POLICY NUMBER: AD-7N911433-21-CAG
COVERAGE PART DECLARATIONS                ISSUE DATE:  08-30-21   JH

LOSS PAYABLE CLAUSE

A.  We will pay you and the loss payee named in the policy for "loss"
    to a covered "auto", as interest may appear.

B.  The insurance covers the interest of the loss payee unless the
    "loss" results from conversion, secretion or embezzlement on your
    part.

C.  We may cancel the policy as allowed by the CANCELLATION Common
    Policy Condition.  Cancellation ends this agreement as to the loss
    payee's interest.  If we cancel the policy we will mail you and the
    loss payee the same advance notice.

D.  If we make any payment to the loss payee, we will obtain their
    rights against any other party.

SCHEDULE OF LOSS PAYEES

LOSS PAYEE (Name and Address)

CA T0 77 02 15                            PAGE  (CONTINUED)
PRODUCER: L P INS SERVICES LLC  CWV32     OFFICE: PHNX  169



One Tower Square, Hartford, Connecticut  06183

```
                                    AUTO DEALERS COVERAGE PART DECLARATIONS
                                    AUTO DEALERS' SUPPLEMENTARY SCHEDULE
                                    Issue date: 08-30-21

                          Policy Number: AD -7N911433-21-CAG

ITEM THREE - LOCATIONS WHERE YOU CONDUCT AUTO DEALER OPERATIONS
Loc           Address                         Zip           Cnty/twn
No       Street and City          State      Code     terr    Code
---      ---------------          -----      ----     ----  --------
  1   2100 KIETZKE LANE
      RENO                         NV        89502     111

  2   3225 MILL ST
      RENO                         NV        89502     111

  3   7175 S VIRGINIA ST
      RENO                         NV        89511     111


ITEM FOUR-AUTO DEALERS - LIABILITY AND PERSONAL INJURY PROTECTION
(Or Equivalent Or Similar No Fault Coverages) - PREMIUMS
Loc    Class of                  No of    Rating    Total Rating
No     Operators                 Persons  Units         Units
---    ---------                 -------   ------   -----------

 1     Cl I   Empl-Regular         65.0
       Cl I   Empl-A/O            278.0
       Cl II  Non-Empl-Under age 25
       Cl II  Non-Empl-Age 25 or over


 2     Cl I   Empl-Regular          1.0
       Cl I   Empl-A/O
       Cl II  Non-Empl-Under age 25
       Cl II  Non-Empl-Age 25 or over


 3     Cl I   Empl-Regular         15.0
       Cl I   Empl-A/O             62.0
       Cl II  Non-Empl-Under age 25
       Cl II  Non-Empl-Age 25 or over
```

```
             LOCATION        LOCATION       LOCATION
             #  1            #  2           #  3
             ---------------  ---------------  ---------------
```

| | RATE | PREM | RATE | PREM | RATE | PREM | TOTAL PREMIUMS |
|---|---|---|---|---|---|---|---|
| AUTO & GEN LIAB | | | | | | | |
| LOC & OP MED PAY | | | | | | | |
| PIP/APIP | | | | | | | |
| NJ PED PIP | | | | | | | |
| MICHIGAN PPI | | | | | | | |
| AUTO MED PAY | | | | | | | |
| A, E & O LIAB | | | | | | | |

```
     CA T0 78 02 15                          Page  1 (Continued)
```



One Tower Square, Hartford, Connecticut 06183

```
                              AUTO DEALERS COVERAGE PART DECLARATIONS
                              AUTO DEALERS' SUPPLEMENTARY SCHEDULE
                              Issue date: 08-30-21

                    Policy Number: AD -7N911433-21-CAG

ITEM THREE - LOCATIONS WHERE YOU CONDUCT AUTO DEALER OPERATIONS
Loc           Address                          Zip              Cnty/twn
No        Street and City          State      Code      terr     Code
---       ---------------          -----      ----      ----    --------
  4     550 KIETZKE LN
        RENO                         NV        89502     111

  5     700 KIETZKE LN
        RENO                         NV        89502     111

  6     1395 E NEWLANDS DR
        FERNLEY                      NV        89408     106


ITEM FOUR-AUTO DEALERS - LIABILITY AND PERSONAL INJURY PROTECTION
(Or Equivalent Or Similar No Fault Coverages) - PREMIUMS
Loc     Class of                    No of    Rating    Total Rating
No      Operators                   Persons  Units       Units
---     ---------                   -------  ------    -----------

  4       Cl I   Empl-Regular          1.0
          Cl I   Empl-A/O              3.0
          Cl II Non-Empl-Under age 25
          Cl II Non-Empl-Age 25 or over


  5       Cl I   Empl-Regular         16.0
          Cl I   Empl-A/O            57.0
          Cl II Non-Empl-Under age 25
          Cl II Non-Empl-Age 25 or over


  6       Cl I   Empl-Regular          7.0
          Cl I   Empl-A/O            19.0
          Cl II Non-Empl-Under age 25
          Cl II Non-Empl-Age 25 or over
```

```
              LOCATION        LOCATION        LOCATION
               #  4            #  5            #  6
             ---------------  ---------------  ---------------
```

```
                   RATE    PREM    RATE    PREM    RATE    PREM        TOTAL
                                                                     PREMIUMS
AUTO & GEN LIAB
LOC & OP MED PAY
PIP/APIP
NJ PED PIP
MICHIGAN PPI
AUTO MED PAY
A, E & O LIAB
    CA T0 78 02 15                              Page   2 (Continued)
```



**TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

```
                              AUTO DEALERS COVERAGE PART DECLARATIONS
                              AUTO DEALERS' SUPPLEMENTARY SCHEDULE
                              Issue date: 08-30-21

                        Policy Number: AD -7N911433-21-CAG

    ITEM THREE - LOCATIONS WHERE YOU CONDUCT AUTO DEALER OPERATIONS
    Loc           Address                      Zip            Cnty/twn
    No        Street and City      State       Code    terr    Code
    ---      ---------------       -----       ----    ----   --------
     7    9455&9475 S VIRGINIA STREET
          RENO                      NV        89511     111
```

```
    ITEM FOUR-AUTO DEALERS - LIABILITY AND PERSONAL INJURY PROTECTION
    (Or Equivalent Or Similar No Fault Coverages) - PREMIUMS
    Loc    Class of                    No of   Rating   Total Rating
    No     Operators                   Persons Units       Units
    ---    ---------                   ------- ------   -----------

     7     Cl I  Empl-Regular          11.0
           Cl I  Empl-A/O              37.0
           Cl II Non-Empl-Under age 25
           Cl II Non-Empl-Age 25 or over


           Cl I  Empl-Regular
           Cl I  Empl-A/O
           Cl II Non-Empl-Under age 25
           Cl II Non-Empl-Age 25 or over


           Cl I  Empl-Regular
           Cl I  Empl-A/O
           Cl II Non-Empl-Under age 25
           Cl II Non-Empl-Age 25 or over
```

```
             LOCATION        LOCATION        LOCATION
           #   7           #               #
           ---------------  ---------------  ---------------


                                                        TOTAL
             RATE   PREM     RATE   PREM     RATE   PREM   PREMIUMS
AUTO & GEN LIAB
LOC & OP MED PAY
PIP/APIP
NJ PED PIP
MICHIGAN PPI
AUTO MED PAY
A, E & O LIAB
     CA T0 78 02 15                        Page  3 (Continued)
```



One Tower Square, Hartford, Connecticut 06183

AUTO DEALERS COVERAGE PART DECLARATIONS
AUTO DEALERS' SUPPLEMENTARY SCHEDULE
Issue date: 08-30-21

Policy Number: AD -7N911433-21-CAG

ITEM FOUR-AUTO DEALERS - LIABILITY COVERAGE - PREMIUMS(Continued)

LIABILITY MINIMUM PREMIUM - 

DEFINITIONS:
Class I-Employees
Regular Operator - Proprietors, owners, executive officers, sales managers, service managers, finance managers and general managers, whether they have an assigned vehicle or not, and any employee whose principal duty involves the operation of covered "autos" or who is furnished a covered "auto".
All Others - All other employees including salespersons who have not been assigned an auto or who do not have permission to access plates for personal use of autos.

NOTE:
1.  Part-time employees working an average of 20 hours or more a week for the number of weeks worked are to be counted as one rating unit each.
2.  Part-time employees working an average of less than 20 hours a week for the number of weeks worked are to be counted as 1/2 rating unit each.

Class II-Non-Employees
Any of the following persons who are regularly furnished with a covered "auto" : Inactive proprietors, partners or officers and their relatives and the relatives of any person described in Class I.

CA T0 78 02 15                          Page   4



One Tower Square, Hartford, Connecticut 06183

```
                                    AUTO DEALERS COVERAGE PART DECLARATIONS
                                    Issue Date: 08-30-21

                        Policy Number: AD -7N911433-21-CAG
ITEM FIVE
GARAGEKEEPERS COVERAGES AND PREMIUMS

Location        Coverages           Limit of Insurance for Each Location
   No.

        COMPREHENSIVE       $      2,500,000      MINUS THE DEDUCTIBLE AS
   1                        SHOWN ON CA T4 14
                                    OR
                            $          MINUS $          DEDUCTIBLE FOR ALL
                            PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO
                            $            MAXIMUM DEDUCTIBLE
                            FOR ALL SUCH LOSS IN EACH EVENT AT THIS LOCATION.


        SPECIFIED CAUSES OF $          MINUS $          DEDUCTIBLE FOR
        LOSS                EACH CUSTOMER'S AUTO FOR LOSS CAUSED BY THEFT
                            OR MISCHIEF OR VANDALISM SUBJECT TO $
                            MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY
                            ONE EVENT;
                                    OR
                            $          MINUS $          DEDUCTIBLE FOR ALL
                            PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO
                            $            MAXIMUM DEDUCTIBLE
                            FOR ALL SUCH LOSS IN ANY ONE EVENT.
        COLLISION           $ 2,500,000 MINUS $    3,000 DEDUCTIBLE FOR EACH
                            CUSTOMER'S AUTO.
```

```
        CA T0 79 02 15                          PAGE 01  (Continued)
```



**TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

```
                              AUTO DEALERS COVERAGE PART DECLARATIONS
                              Issue Date: 08-30-21

                         Policy Number: AD -7N911433-21-CAG
ITEM FIVE
GARAGEKEEPERS COVERAGES AND PREMIUMS

Location          Coverages            Limit of Insurance for Each Location
   No.

          COMPREHENSIVE       $       500,000      MINUS THE DEDUCTIBLE AS
    2                         SHOWN ON CA T4 14
                                     OR
                              $           MINUS $          DEDUCTIBLE FOR ALL
                              PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO
                              $              MAXIMUM DEDUCTIBLE
                              FOR ALL SUCH LOSS IN EACH EVENT AT THIS LOCATION.


          SPECIFIED CAUSES OF $           MINUS $          DEDUCTIBLE FOR
          LOSS               EACH CUSTOMER'S AUTO FOR LOSS CAUSED BY THEFT
                             OR MISCHIEF OR VANDALISM SUBJECT TO $
                             MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY
                             ONE EVENT;
                                     OR
                             $           MINUS $          DEDUCTIBLE FOR ALL
                             PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO
                             $              MAXIMUM DEDUCTIBLE
                             FOR ALL SUCH LOSS IN ANY ONE EVENT.
          COLLISION          $     500,000 MINUS $     3,000 DEDUCTIBLE FOR EACH
                             CUSTOMER'S AUTO.




          CA T0 79 02 15                         PAGE 02   (Continued)
```



**TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

```
                              AUTO DEALERS COVERAGE PART DECLARATIONS
                              Issue Date: 08-30-21

                      Policy Number: AD -7N911433-21-CAG
ITEM FIVE
GARAGEKEEPERS COVERAGES AND PREMIUMS

Location         Coverages           Limit of Insurance for Each Location
   No.

        COMPREHENSIVE        $     2,000,000      MINUS THE DEDUCTIBLE AS
   3                         SHOWN ON CA T4 14
                                     OR
                             $          MINUS $          DEDUCTIBLE FOR ALL
                             PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO
                             $          MAXIMUM DEDUCTIBLE
                             FOR ALL SUCH LOSS IN EACH EVENT AT THIS LOCATION.


        SPECIFIED CAUSES OF  $          MINUS $          DEDUCTIBLE FOR
        LOSS                 EACH CUSTOMER'S AUTO FOR LOSS CAUSED BY THEFT
                             OR MISCHIEF OR VANDALISM SUBJECT TO $
                             MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY
                             ONE EVENT;
                                     OR
                             $          MINUS $          DEDUCTIBLE FOR ALL
                             PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO
                             $          MAXIMUM DEDUCTIBLE
                             FOR ALL SUCH LOSS IN ANY ONE EVENT.
        COLLISION            $ 2,000,000 MINUS $    3,000 DEDUCTIBLE FOR EACH
                             CUSTOMER'S AUTO.
```

```
     CA T0 79 02 15                        PAGE 03   (Continued)
```



**TRAVELERS**

One Tower Square, Hartford, Connecticut  06183

AUTO DEALERS COVERAGE PART DECLARATIONS
Issue Date: 08-30-21

Policy Number: AD -7N911433-21-CAG

ITEM FIVE
GARAGEKEEPERS COVERAGES AND PREMIUMS

| Location No. | Coverages | Limit of Insurance for Each Location |
|---|---|---|
| 4 | COMPREHENSIVE | $        100,000        MINUS THE DEDUCTIBLE AS SHOWN ON CA T4 14<br>                OR<br>$          MINUS $          DEDUCTIBLE FOR ALL PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO $             MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN EACH EVENT AT THIS LOCATION. |
|  | SPECIFIED CAUSES OF LOSS | $          MINUS $          DEDUCTIBLE FOR EACH CUSTOMER'S AUTO FOR LOSS CAUSED BY THEFT OR MISCHIEF OR VANDALISM SUBJECT TO $ MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT;<br>                OR<br>$          MINUS $          DEDUCTIBLE FOR ALL PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO $             MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT. |
|  | COLLISION | $    100,000 MINUS $     3,000 DEDUCTIBLE FOR EACH CUSTOMER'S AUTO. |

CA T0 79 02 15                                    PAGE 04   (Continued)



One Tower Square, Hartford, Connecticut  06183

AUTO DEALERS COVERAGE PART DECLARATIONS
Issue Date: 08-30-21

Policy Number: AD -7N911433-21-CAG

ITEM FIVE
GARAGEKEEPERS COVERAGES AND PREMIUMS

| Location No. | Coverages | Limit of Insurance for Each Location |
|---|---|---|
| 5 | COMPREHENSIVE | $     1,000,000     MINUS THE DEDUCTIBLE AS SHOWN ON CA T4 14 |
| | | OR |
| | | $         MINUS $          DEDUCTIBLE FOR ALL PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO |
| | | $           MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN EACH EVENT AT THIS LOCATION. |
| | SPECIFIED CAUSES OF LOSS | $         MINUS $          DEDUCTIBLE FOR EACH CUSTOMER'S AUTO FOR LOSS CAUSED BY THEFT OR MISCHIEF OR VANDALISM SUBJECT TO $ MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT; |
| | | OR |
| | | $         MINUS $          DEDUCTIBLE FOR ALL PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO $           MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT. |
| | COLLISION | $ 1,000,000 MINUS $     3,000 DEDUCTIBLE FOR EACH CUSTOMER'S AUTO. |

CA T0 79 02 15                          PAGE 05   (Continued)



**TRAVELERS**

One Tower Square, Hartford, Connecticut  06183

```
                         AUTO DEALERS COVERAGE PART DECLARATIONS
                         Issue Date: 08-30-21

                       Policy Number: AD -7N911433-21-CAG
ITEM FIVE
GARAGEKEEPERS COVERAGES AND PREMIUMS

Location        Coverages           Limit of Insurance for Each Location
  No.

       COMPREHENSIVE        $       500,000      MINUS THE DEDUCTIBLE AS
   6                        SHOWN ON CA T4 14
                                    OR
                            $            MINUS $          DEDUCTIBLE FOR ALL
                            PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO
                            $               MAXIMUM DEDUCTIBLE
                            FOR ALL SUCH LOSS IN EACH EVENT AT THIS LOCATION.


       SPECIFIED CAUSES OF  $            MINUS $          DEDUCTIBLE FOR
       LOSS                 EACH CUSTOMER'S AUTO FOR LOSS CAUSED BY THEFT
                            OR MISCHIEF OR VANDALISM SUBJECT TO $
                            MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY
                            ONE EVENT;
                                    OR
                            $            MINUS $          DEDUCTIBLE FOR ALL
                            PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO
                            $               MAXIMUM DEDUCTIBLE
                            FOR ALL SUCH LOSS IN ANY ONE EVENT.
       COLLISION            $   500,000 MINUS $     3,000 DEDUCTIBLE FOR EACH
                            CUSTOMER'S AUTO.




    CA T0 79 02 15                          PAGE 06   (Continued)
```



**TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

```
                              AUTO DEALERS COVERAGE PART DECLARATIONS
                              Issue Date: 08-30-21

                         Policy Number: AD -7N911433-21-CAG
ITEM FIVE
GARAGEKEEPERS COVERAGES AND PREMIUMS

Location        Coverages           Limit of Insurance for Each Location
   No.

         COMPREHENSIVE      $      1,000,000      MINUS THE DEDUCTIBLE AS
   7                        SHOWN ON CA T4 14
                                    OR
                            $          MINUS $          DEDUCTIBLE FOR ALL
                            PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO
                            $             MAXIMUM DEDUCTIBLE
                            FOR ALL SUCH LOSS IN EACH EVENT AT THIS LOCATION.


         SPECIFIED CAUSES OF $          MINUS $          DEDUCTIBLE FOR
         LOSS               EACH CUSTOMER'S AUTO FOR LOSS CAUSED BY THEFT
                            OR MISCHIEF OR VANDALISM SUBJECT TO $
                            MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY
                            ONE EVENT;
                                    OR
                            $          MINUS $          DEDUCTIBLE FOR ALL
                            PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO
                            $             MAXIMUM DEDUCTIBLE
                            FOR ALL SUCH LOSS IN ANY ONE EVENT.
         COLLISION          $ 1,000,000 MINUS $     3,000 DEDUCTIBLE FOR EACH
                            CUSTOMER'S AUTO.




         CA T0 79 02 15                        PAGE 07   (Continued)
```



One Tower Square, Hartford, Connecticut  06183

AUTO DEALERS COVERAGE PART DECLARATIONS
Issue Date: 08-30-21

Policy Number: AD -7N911433-21-CAG

ITEM FIVE - GARAGEKEEPERS COVERAGES & PREMIUMS (Continued)

PREMIUM FOR ALL LOCATIONS
      Comprehensive
      Specified Causes of Loss
      Collision



GARAGEKEEPERS COVERAGE applies on a legal liability basis unless one of
the Direct Coverage Options is indicated below by "(X)"

  DIRECT COVERAGE OPTIONS

    ( ) EXCESS INSURANCE  If this box is checked, GARAGEKEEPERS COVERAGE
        remains applicable on a legal liability basis. However coverage also
        applies without regard to your or any other "Insured's" legal
        liability for "loss" to a customer's "auto" on an  excess basis over
        any other collectible insurance regardless of whether the other
        insurance covers your or any other "insured's"interest or the interest
        of the covered "auto's" owner.

    ( ) PRIMARY INSURANCE  If this box is checked GARAGEKEEPERS COVERAGE is
        changed to apply without regard to your or any other "insured's"
        legal liability for "loss" to a customer's "auto" and is primary
        insurance.

        CA T0 79 02 15                           PAGE 08



One Tower Square, Hartford, Connecticut 06183

```
                                    AUTO DEALERS
                                    COVERAGE PART
                                    DECLARATIONS
                                    ISSUE DATE 08-30-21

                        POLICY NUMBER: AD -7N911433-21-CAG


ITEM SIX

PHYSICAL DAMAGE INSURANCE-TYPES OF COVERED AUTOS AND INTERESTS IN THESE
AUTOS-PREMIUMS-REPORTING OR NONREPORTING BASIS.

Each of the following PHYSICAL DAMAGE coverages that is indicated in ITEM
TWO applies only to the types of autos and interest indicated by 'X'.


                                                        SPECIFIED
COVERAGES                             COMPREHENSIVE   CAUSES OF LOSS   COLLISION

TYPES       NEW AUTOS                       X                             X
OF
AUTOS       USED AUTOS, DEMONSTRATORS
            AND SERVICE VEHICLES            X                             X

INTERESTS   YOUR INTEREST IN COVERED
COVERED     AUTOS YOU OWN

            YOUR INTEREST ONLY IN
            FINANCED COVERED AUTOS

            YOUR INTEREST AND THE
            INTEREST OF ANY CREDITOR
            NAMED AS A LOSS PAYEE          X                             X

            ALL INTERESTS IN ANY AUTO NOT
            OWNED BY YOU OR ANY CREDITOR
            WHILE IN YOUR POSSESSION ON
            CONSIGNMENT FOR SALE


Our limit of insurance for 'loss' at locations other than those stated in
ITEM THREE.
    $  1,000,000 Additional locations where you store covered autos
    $  1,000,000 In transit

PREMIUM BASIS-Reporting (Quarterly or Monthly) or Nonreporting (Indicate Basis
  Agreed Upon by X)
  ( ) REPORTING BASIS (Quarterly or Monthly) as indicated below by 'X'.
      You must report to us on our form the locations of your covered "autos"
      and their total value at each such location. For your main sales location
      identified as location no. 1, you must include the total value of all
      covered "autos" you have furnished or made available to yourself, your
      executives, your "employees" or family members and other Class II - Non-
      Employees, and covered "autos" that are temporarily displayed or stored
      at locations other than those stated in ITEM THREE above. For your main
      sales location you must include the total value of all service vehicles.



CA T0 80 02 15                                          PAGE    1
```



**TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

AUTO DEALERS
COVERAGE PART
DECLARATIONS
ISSUE DATE 08-30-21

POLICY NUMBER: AD -7N911433-21-CAG

ITEM SIX    (CONTINUED)

PREMIUM BASIS-Reporting or Nonreporting(Indicate Basis Agreed Upon by X)
(continued)

    YOUR REPORTING BASIS IS:
    ( ) QUARTERLY you must give us your first report by the fifteenth of the
        fourth month after the policy begins. Your subsequent reports must
        be given to us by the fifteenth of every third month. Your reports
        must contain the value for the last business day of every third
        month coming within the policy period.
    ( ) MONTHLY You must give us your reports by the fifteenth of every
        month. Your reports will contain the total values you had on the
        last business day of the preceding month.
    Premiums will be calculated pro rata of the annual premium for the expo-
    sures contained in each report. At the end of each policy year we will
    add the monthly premiums or the quarterly premiums to determine your
    final premium due for the entire policy year. The estimated total
    premiums shown will be credited against the final premium due.
  (X) NONREPORTING BASIS. Stated limit of insurance shown above applies.

| LOC. NO. | COVERAGE | LIMIT OF INSURANCE FOR EACH LOCATION |
|---|---|---|
| 1 | COMPREHENSIVE | LIMIT OF INSURANCE AS STATED IN EACH SELECTION BELOW, MINUS THE DEDUCTIBLES AS SHOWN ON CA T4 14. |

|  | LIMIT | RATE | PREMIUM |
|---|---|---|---|
| FIRE ONLY, BUILDING & LOTS |  |  |  |
| BUILDING | 10,000,000 | ███████ | ███████ |
| STANDARD OPEN LOTS |  |  |  |
| NON STANDARD OPEN LOTS | 6,246,576 |  |  |
| MISCELLANEOUS BUILDING |  |  |  |
| MISCELLANEOUS OPEN LOTS |  |  |  |

ALL    BLANKET      $ 40,611,118 MINUS $ 2,500 DEDUCTIBLE FOR EACH
       COLLISION         COVERED AUTO.

COLLISION PREMIUM  $  ███████

CA T0 80 02 15                                        PAGE    2



**TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

```
                                    AUTO DEALERS
                                    COVERAGE PART
                                    DECLARATIONS
                                    ISSUE DATE 08-30-21

                            POLICY NUMBER: AD -7N911433-21-CAG


     ITEM SIX    (CONTINUED)

     LOC.
     NO.    COVERAGE            LIMIT OF INSURANCE FOR EACH LOCATION

        3   COMPREHENSIVE       LIMIT OF INSURANCE AS STATED IN EACH SELECTION
                                BELOW, MINUS THE DEDUCTIBLES AS SHOWN ON
                                CA T4 14.

                                        LIMIT         RATE        PREMIUM
            FIRE ONLY, BUILDING & LOTS
            BUILDING                    750,000
            STANDARD OPEN LOTS        5,314,764
            NON STANDARD OPEN LOTS
            MISCELLANEOUS BUILDING
            MISCELLANEOUS OPEN LOTS

        4   COMPREHENSIVE       LIMIT OF INSURANCE AS STATED IN EACH SELECTION
                                BELOW, MINUS THE DEDUCTIBLES AS SHOWN ON
                                CA T4 14.

                                        LIMIT         RATE        PREMIUM
            FIRE ONLY, BUILDING & LOTS
            BUILDING
            STANDARD OPEN LOTS
            NON STANDARD OPEN LOTS      439,617
            MISCELLANEOUS BUILDING
            MISCELLANEOUS OPEN LOTS

        5   COMPREHENSIVE       LIMIT OF INSURANCE AS STATED IN EACH SELECTION
                                BELOW, MINUS THE DEDUCTIBLES AS SHOWN ON
                                CA T4 14.

                                        LIMIT         RATE        PREMIUM
            FIRE ONLY, BUILDING & LOTS
            BUILDING                  1,000,000
            STANDARD OPEN LOTS
            NON STANDARD OPEN LOTS    6,813,057
            MISCELLANEOUS BUILDING
            MISCELLANEOUS OPEN LOTS



     CA T0 80 02 15                                     PAGE    3
```



**TRAVELERS**                          One Tower Square, Hartford, Connecticut  06183

                                        AUTO DEALERS
                                        COVERAGE PART
                                        DECLARATIONS
                                        ISSUE DATE 08-30-21

                          POLICY NUMBER: AD -7N911433-21-CAG

ITEM SIX    (CONTINUED)

LOC.
NO.    COVERAGE              LIMIT OF INSURANCE FOR EACH LOCATION

  6    COMPREHENSIVE         LIMIT OF INSURANCE AS STATED IN EACH SELECTION
                             BELOW, MINUS THE DEDUCTIBLES AS SHOWN ON
                             CA T4 14.

                                        LIMIT        RATE        PREMIUM
       FIRE ONLY, BUILDING & LOTS
       BUILDING                         750,000      ██████████████████████
       STANDARD OPEN LOTS
       NON STANDARD OPEN LOTS         5,684,396      ██████████████████████
       MISCELLANEOUS BUILDING
       MISCELLANEOUS OPEN LOTS

  7    COMPREHENSIVE         LIMIT OF INSURANCE AS STATED IN EACH SELECTION
                             BELOW, MINUS THE DEDUCTIBLES AS SHOWN ON
                             CA T4 14.

                                        LIMIT        RATE        PREMIUM
       FIRE ONLY, BUILDING & LOTS
       BUILDING                         800,000      ██████████████████████
       STANDARD OPEN LOTS
       NON STANDARD OPEN LOTS         2,812,708      ██████████████████████
       MISCELLANEOUS BUILDING
       MISCELLANEOUS OPEN LOTS

                                   TOTAL PREMIUM  $  ████████████

       CA T0 80 02 15                               PAGE    4

 **TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

```
                              AUTO DEALERS
                              COVERAGE PART
                              DECLARATIONS
                              ISSUE DATE 08-30-21

                         POLICY NUMBER: AD -7N911433-21-CAG

ITEM SIX    (CONTINUED)

                         SCHEDULE OF LOSS PAYEES

         (Refer to the Schedule of Loss Payees in CA T0 77 02 15 ITEM TWO.)
```

```
CA T0 80 02 15                                        PAGE    5
```



**TRAVELERS**

One Tower Square, Hartford, Connecticut  06183

---

AUTO DEALERS COVERAGE PART DECLARATIONS

Issue date: 08-30-21

Policy Number: AD-7N911433-21-CAG

ITEM TEN
UNINSURED MOTORISTS COVERAGE-PREMIUMS-REFER TO ITEM SEVEN FOR SEPARATELY
REGISTERED COVERED AUTOS.

| LOCATION NUMBER | NUMBER OF PLATES | RATE PER PLATE | PREMIUM |
|-----------------|------------------|----------------|---------|
| 001 | 85 | | |
| 002 | 1 | | |
| 003 | 34 | | |
| 004 | 3 | | |
| 005 | 12 | | |
| 006 | 12 | | |
| 007 | 26 | | |

CA T0 83 02 15                                    Page   1

POLICY NUMBER: **AD-7N911433-21-CAG**

COMMERCIAL AUTO
ISSUE DATE: **08-30-21**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# AUTO DEALERS – ACTS, ERRORS OR OMISSIONS LIMITS EXTENSION ENDORSEMENT

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM

### SCHEDULE OF ACTS, ERRORS OR OMISSIONS LIABILITY LIMITS

The Limits of Insurance apply separately to each "act, error or omission" coverage:

| | |
|---|---|
| EACH CLAIM LIMIT OF INSURANCE | $ **500,000** |
| AGGREGATE LIMIT OF INSURANCE | $ **500,000** |
| ONE YEAR PRIOR ACTS LIMIT OF INSURANCE | $ 100,000 |

**PROVISIONS**

The following replaces Paragraph **E.**, **Limit Of Insurance And Deductible**, of **SECTION III – ACTS, ERRORS OR OMISSIONS LIABILITY COVERAGES:**

**E.  Limits Of Insurance**

1.  Regardless of the number of "insureds", claims made or "suits" brought or persons or organizations making claims or bringing "suits", the most we will pay for the sum of all damages for each separate "act, error or omission" coverage is the Aggregate Limit of Insurance shown in the Schedule Of Acts, Errors Or Omissions Liability Limits.

2.  Subject to the Aggregate Limit of Insurance for the applicable "act, error or omission" coverage, the most we will pay for all damages resulting from any one claim is the Each Claim Limit of Insurance shown in the Sched-ule Of Acts, Errors Or Omissions Liability Limits. Any "suits" involving a class action will be deemed one claim. No other Limits of Insurance apply.

3.  If One Year Prior Acts Coverage is part of your Acts, Errors And Omissions Liability Coverages, then the One Year Prior Acts Limit Of Insurance Paragraph is replaced by the following:

    A **$100,000** One Year Prior Acts Limit Of Insurance applies separately to each coverage included in the definition of "act, error or omission" for damages because of any "act, error or omission" committed during this one year period. This limit applies to each such claim and as an aggregate for all such claims related to the same "act, error or omission" coverage. No other limit of insurance applies to such prior acts.

POLICY NUMBER: **AD-7N911433-21-CAG**

COMMERCIAL AUTO
ISSUE DATE: **08-30-21**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# GARAGEKEEPERS COVERAGE AND
# PHYSICAL DAMAGE MULTIPLE DEDUCTIBLES

This endorsement modifies insurance provided under the following:

    AUTO DEALERS COVERAGE PART DECLARATIONS
    AUTO DEALERS COVERAGE FORM

**PROVISIONS**

**1.** The deductibles shown in the applicable Schedule below apply for the Comprehensive and Specified Causes of Loss section at **ITEM FIVE – GARAGEKEEPERS COVERAGE AND PREMIUMS** and for the Comprehensive Coverage Limit of Insurance for Each Location section at **ITEM SIX – PHYSICAL DAMAGE COVERAGE** section of the **AUTO DEALERS COVERAGE PART DECLARATIONS**:

### SCHEDULE

**ITEM FIVE – GARAGEKEEPERS COVERAGE**

| Location (list each location separately) | Covered Causes of Loss* | Deductible | |
| --- | --- | --- | --- |
| | | For Each Covered "Auto" | Maximum Deductible in any one event at each location |
| | SEE SCHEDULE EXTENSION | | |

**ITEM SIX – PHYSICAL DAMAGE COVERAGE**

| Location (list each location separately) | Covered Causes of Loss* | Deductible | |
| --- | --- | --- | --- |
| | | For Each Covered "Auto" | Maximum Deductible in any one event at each location |
| | SEE SCHEDULE EXTENSION | | |

**CA T4 14 02 15**

© 2015 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

Page 1 of 2

COMMERCIAL AUTO

- For each Deductible listed in this Schedule, enter the description of any Covered Causes of Loss listed below to which that Deductible applies:

    **(1)** Theft or Mischief or Vandalism

    **(2)** Earthquake

    **(3)** Windstorm Or Hail

    **(4)** Flood

    **(5)** All Covered Perils, other than collision, not listed separately on this Schedule

**2.** The following replaces Paragraph **5.**, **Limit Of Insurance And Deductibles**, in Paragraph **E.**, **Garagekeepers Coverage**, of **SECTION I – COVERED AUTOS COVERAGES**:

**5. Limit Of Insurance And Deductibles**

**a.** Regardless of the number of "customer's autos", "insureds", premiums paid, claims made or "suits" brought, the most we will pay for each "loss" is the Garagekeepers Coverage Limit of Insurance shown in the Declarations for that location minus the applicable deductible for "loss" caused by collision shown in the Declarations, and the applicable deductible for the specified covered cause of loss shown in the Schedule above.

**b.** The maximum deductible stated in the Schedule for Garagekeepers Coverage Comprehensive applies to the location for which it is shown and is the most that will be deducted for all "loss" in any one event from the covered cause of loss for which it is shown at that location. If "NO" appears in the Schedule above for maximum deductible, then no maximum deductible applies for "loss" from the covered cause of loss for which it is shown.

**c.** Sometimes to settle a claim or "suit" we may pay all or any part of the deductible. If this happens you must reimburse us for the deductible or that portion of the deductible that we paid.

**3.** The following replaces Paragraph **5.**, **Deductible**, in Paragraph **F.**, **Physical Damage Coverage**, of **SECTION I – COVERED AUTOS COVERAGES**:

**5. Deductible**

For each covered "auto", our obligation to pay for, repair, return or replace damaged or stolen property will be reduced by the applicable deductible shown in the Schedule above that applies to specified covered cause of loss.

The maximum deductible stated in the Schedule applies to the location for which it is shown and is the most that will be deducted for all "loss" in any one event from the covered cause of loss for which it is shown at that location. If "NO" appears in the Schedule above for maximum deductible, then no maximum deductible applies for "loss" from the covered cause of loss for which it is shown.

© 2015 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

**CA T4 14 02 15**

COMMERCIAL AUTO
ISSUE DATE: 08-30-21

POLICY NUMBER: AD-7N911433-21-CAG

# SCHEDULE EXTENSION

**This is an extension of CA T4 14 02 15**

**GARAGEKEEPERS COVERAGE AND PHYSICAL DAMAGE MULTIPLE DEDUCTIBLES**

**SCHEDULE**

ITEM FIVE - GARAGEKEEPERS COVERAGE

| Loc | Covered Causes of Loss** | Deductible For Each Covered "Auto" | Maximum Deductible in any one event |
|-----|--------------------------|------------------------------------|-------------------------------------|
| 1 | Flood | $ 2,500 | $ 250,000 |
| 1 | Earthquake | $ 1,000 | $ 100,000 |
| 1 | Windstorm or Hail | $ 1,000 | $ 100,000 |
| 1 | All Covered Perils, other than collision, not listed separately on this Schedule | $ 1,000 | $ 10,000 |
| 2 | Flood | $ 2,500 | $ 250,000 |
| 2 | Earthquake | $ 1,000 | $ 100,000 |
| 2 | Windstorm or Hail | $ 1,000 | $ 100,000 |
| 2 | All Covered Perils, other than collision, not listed separately on this Schedule | $ 1,000 | $ 10,000 |
| 3 | Flood | $ 2,500 | $ 250,000 |
| 3 | Earthquake | $ 1,000 | $ 100,000 |
| 3 | Windstorm or Hail | $ 1,000 | $ 100,000 |
| 3 | All Covered Perils, other than collision, not listed separately on this Schedule | $ 1,000 | $ 10,000 |
| 4 | Flood | $ 2,500 | $ 250,000 |
| 4 | Earthquake | $ 1,000 | $ 75,000 |

CA T4 14 SCHED

TRAVELERS DOC MGMT Page 219 of 615

POLICY NUMBER: **AD-7N911433-21-CAG**

COMMERCIAL AUTO
ISSUE DATE: **08-30-21**

# SCHEDULE EXTENSION

**This is an extension of CA T4 14 02 15**

**GARAGEKEEPERS COVERAGE AND PHYSICAL DAMAGE MULTIPLE DEDUCTIBLES**

**SCHEDULE**

| | | | |
|---|---|---|---|
| 4 | Windstorm or Hail | $ 1,000 | $ 100,000 |
| 4 | All Covered Perils, other than collision, not listed separately on this Schedule | $ 1,000 | $ 10,000 |

**ITEM FIVE - GARAGEKEEPERS COVERAGE**

| | | Deductible | |
|---|---|---|---|
| Loc | Covered Causes of Loss** | For Each Covered "Auto" | Maximum Deductible in any one event |
| 5 | Flood | $ 2,500 | $ 250,000 |
| 5 | Earthquake | $ 1,000 | $ 100,000 |
| 5 | Windstorm or Hail | $ 1,000 | $ 100,000 |
| 5 | All Covered Perils, other than collision, not listed separately on this Schedule | $ 1,000 | $ 10,000 |

**ITEM FIVE - GARAGEKEEPERS COVERAGE**

| | | Deductible | |
|---|---|---|---|
| Loc | Covered Causes of Loss** | For Each Covered "Auto" | Maximum Deductible in any one event |
| 6 | Flood | $ 2,500 | $ 250,000 |
| 6 | Earthquake | $ 1,000 | $ 100,000 |
| 6 | Windstorm or Hail | $ 1,000 | $ 100,000 |
| 6 | All Covered Perils, other than collision, not listed separately on this Schedule | $ 1,000 | $ 10,000 |

CA T4 14 SCHED

Page **2** of **6**

POLICY NUMBER: AD-7N911433-21-CAG

COMMERCIAL AUTO
ISSUE DATE: 08-30-21

# SCHEDULE EXTENSION
### This is an extension of CA T4 14 02 15
### GARAGEKEEPERS COVERAGE AND PHYSICAL DAMAGE MULTIPLE DEDUCTIBLES

### SCHEDULE

**ITEM FIVE - GARAGEKEEPERS COVERAGE**

| Loc | Covered Causes of Loss** | Deductible For Each Covered "Auto" | Maximum Deductible in any one event |
|---|---|---|---|
| 7 | Flood | $    2,500 | $   250,000 |
| 7 | Earthquake | $    1,000 | $   100,000 |
| 7 | Windstorm or Hail | $    1,000 | $   100,000 |
| 7 | All Covered Perils, other than collision, not listed separately on this Schedule | $    1,000 | $    10,000 |

**ITEM SIX - PHYSICAL DAMAGE COVERAGE**

| Loc | Covered Causes of Loss** | Deductible For Each Covered "Auto" | Maximum Deductible in any one event |
|---|---|---|---|

**ITEM SIX - PHYSICAL DAMAGE COVERAGE**

| Loc | Covered Causes of Loss** | Deductible For Each Covered "Auto" | Maximum Deductible in any one event |
|---|---|---|---|
| 1 | Flood | $    2,500 | $   250,000 |
| 1 | Earthquake | $    2,500 | $   250,000 |
| 1 | Windstorm or Hail | $    1,000 | $   100,000 |
| 1 | All Covered Perils, other than collision, not listed separately on | $    1,000 | $    10,000 |

CA T4 14 SCHED

Page   3 of  6

POLICY NUMBER: AD-7N911433-21-CAG

# SCHEDULE EXTENSION

**This is an extension of CA T4 14 02 15**

**GARAGEKEEPERS COVERAGE AND PHYSICAL DAMAGE MULTIPLE DEDUCTIBLES**

**SCHEDULE**

this Schedule

**ITEM SIX - PHYSICAL DAMAGE COVERAGE**

| | | Deductible | |
|---|---|---|---|
| Loc | Covered Causes of Loss** | For Each Covered "Auto" | Maximum Deductible in any one event |
| 3 | Flood | $    2,500 | $    250,000 |
| 3 | Earthquake | $    1,000 | $    100,000 |
| 3 | Windstorm or Hail | $    1,000 | $    100,000 |
| 3 | All Covered Perils, other than collision, not listed separately on this Schedule | $    1,000 | $    10,000 |

**ITEM SIX - PHYSICAL DAMAGE COVERAGE**

| | | Deductible | |
|---|---|---|---|
| Loc | Covered Causes of Loss** | For Each Covered "Auto" | Maximum Deductible in any one event |
| 4 | Flood | $    2,500 | $    250,000 |
| 4 | Earthquake | $    1,000 | $    100,000 |
| 4 | Windstorm or Hail | $    1,000 | $    100,000 |
| 4 | All Covered Perils, other than collision, not listed separately on this Schedule | $    1,000 | $    10,000 |

**ITEM SIX - PHYSICAL DAMAGE COVERAGE**

Deductible

CA T4 14 SCHED

COMMERCIAL AUTO
POLICY NUMBER: AD-7N911433-21-CAG                          ISSUE DATE: 08-30-21

# SCHEDULE EXTENSION

**This is an extension of CA T4 14 02 15**

**GARAGEKEEPERS COVERAGE AND PHYSICAL DAMAGE MULTIPLE DEDUCTIBLES**

**SCHEDULE**

| Loc | Covered Causes of Loss** | For Each Covered "Auto" | Maximum Deductible in any one event |
|-----|--------------------------|-------------------------|-------------------------------------|
| 5 | Flood | $  2,500 | $   250,000 |
| 5 | Earthquake | $  1,000 | $   100,000 |
| 5 | Windstorm or Hail | $  1,000 | $   100,000 |
| 5 | All Covered Perils, other than collision, not listed separately on this Schedule | $  1,000 | $    10,000 |

**ITEM SIX - PHYSICAL DAMAGE COVERAGE**

|     |                          | Deductible |   |
|-----|--------------------------|-------------------------|-------------------------------------|
| Loc | Covered Causes of Loss** | For Each Covered "Auto" | Maximum Deductible in any one event |
| 6 | Flood | $  2,500 | $   250,000 |
| 6 | Earthquake | $  1,000 | $   100,000 |
| 6 | Windstorm or Hail | $  1,000 | $   100,000 |
| 6 | All Covered Perils, other than collision, not listed separately on this Schedule | $  1,000 | $    10,000 |

**ITEM SIX - PHYSICAL DAMAGE COVERAGE**

|     |                          | Deductible |   |
|-----|--------------------------|-------------------------|-------------------------------------|
| Loc | Covered Causes of Loss** | For Each Covered "Auto" | Maximum Deductible in any one event |
| 7 | Flood | $  2,500 | $   250,000 |

CA T4 14 SCHED                                          Page  5 of  6

COMMERCIAL AUTO
POLICY NUMBER: **AD-7N911433-21-CAG**                                                ISSUE DATE: **08-30-21**

# SCHEDULE EXTENSION

**This is an extension of CA T4 14 02 15**

**GARAGEKEEPERS COVERAGE AND PHYSICAL DAMAGE MULTIPLE DEDUCTIBLES**

**SCHEDULE**

| | | | | | |
|---|---|---|---|---|---|
| 7 | Earthquake | $ | 1,000 | $ | 100,000 |
| 7 | Windstorm or Hail | $ | 1,000 | $ | 100,000 |
| 7 | All Covered Perils, other than collision, not listed separately on this Schedule | $ | 1,000 | $ | 10,000 |

CA T4 14 SCHED                                                                 Page  **6** of  **6**

COMMERCIAL AUTO
POLICY NUMBER: AD-7N911433-21-CAG                      ISSUE DATE: 08-30-21

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# LOCATIONS AND OPERATIONS NOT COVERED

This endorsement modifies insurance provided under the following:

     AUTO DEALERS COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**SCHEDULE**

**Locations And Operations Not Covered**

```
550 KIETZKE LN
RENO                     NV  89502
CRANE AND EQUIPMENT LEASING OPERATIONS



PERTAINING TO LEE BROS. LEASING INC.



DBA LEE BROS LEASING
```

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

This insurance does not apply to the locations or operations described in the Schedule.

**CA 25 07 10 13**                © Insurance Services Office, Inc.,  2011                Page 1 of 1

 **TRAVELERS**

One Tower Square, Hartford, Connecticut  06183

CHANGE ENDORSEMENT

Named Insured:
DOLAN AUTOMOTIVE GROUP, LLC
AND AS PER IL T8 03

Policy Number: AD-7N911433-21-CAG
Policy Effective Date: 07/01/21
Issue Date: 10/06/21
Return Premium $ ███████

INSURING COMPANY:
TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

Effective from 09/01/21 at the time of day the policy becomes effective.

THIS INSURANCE IS AMENDED AS FOLLOWS:


THE COMMERCIAL AUTOMOBILE COVERAGE PART IS AMENDED AS FOLLOWS:

    COMPREHENSIVE COVERAGE IS CHANGED AS PER ATTACHED SCHEDULE
    FOR:
        GARAGE LOCATION(S):
        0001 0003 0004 0005 0006 0007

    FALSE PRETENSE COVERAGE IS CHANGED AS PER ATTACHED SCHEDULE
    FOR:
        GARAGE LOCATION(S):
        0001 0003 0004 0005 0006 0007

    THE BLANKET COLLISION COVERAGE LIMIT IS CHANGED TO READ:
      AT AUTO DEALER LOCATION(S):
        0001 0003 0004 0005 0006 0007

    THE BLANKET COLLISION LIMIT IS AMENDED TO $37,793,158


PREMIUM IS PAYABLE AS FOLLOWS:

    DUE ON 09/01/21    $ ███████
    DUE ON 10/01/21    $ ███████    AND EACH SUBSEQUENT 1 MONTH

NAME AND ADDRESS OF AGENT OR BROKER:
    L P INS SERVICES LLC (CWV32)          COUNTERSIGNED BY:
    300 E 2ND ST STE 1300
    RENO, NV 89501
                                          _____
                                          Authorized Representative

IL T0 07 09 87    PAGE  1 OF  1          DATE:_____
OFFICE: PHOENIX



**TRAVELERS**

POLICY NUMBER:  AD-7N911433-21-CAG

EFFECTIVE DATE:  07-01-21

ISSUE DATE:  10-06-21

LISTING OF FORMS, ENDORSEMENTS AND SCHEDULE NUMBERS

THIS LISTING SHOWS THE NUMBER OF FORMS, SCHEDULES AND ENDORSEMENTS
BY LINE OF BUSINESS.


IL T0 07 09 87     CHANGE ENDORSEMENT
IL T8 01 10 93     FORMS, ENDORSEMENTS AND SCHEDULE NUMBERS


COMMERCIAL AUTOMOBILE

CA T0 77 02 15     AUTO DEALER DECLARATIONS-ITEM ONE & TWO
CA T0 78 02 15     AUTO DEALER DECS-ITEM THREE & FOUR
CA T0 79 02 15     AUTO DEALER DECLARATIONS - ITEM FIVE
CA T0 80 02 15     AUTO DEALER DECLARATIONS - ITEM SIX
CA T0 83 02 15     AUTO DEALER DECLARATIONS-ITEM NINE & TEN
CA T4 80 02 15     AUTO DLRS-ACTS,ERR OR OMISS LMTS EXT END
CA T4 14 02 15     GAR-KEEPERS COV & PHYS DMGE MULTIPLE DED


IL T8 01 10 93                                    PAGE:   1 OF   1

# COMMERCIAL AUTOMOBILE

# COMMERCIAL AUTOMOBILE

**TRAVELERS**

One Tower Square, Hartford, Connecticut  06183

AUTO DEALERS                          POLICY NUMBER: AD-7N911433-21-CAG
COVERAGE PART DECLARATIONS            ISSUE DATE:  10-06-21   JH

ITEM ONE
INSURING COMPANY:
TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA
Declarations Period:  From:  07-01-21 to 07-01-22 12:01 A.M. Standard
Time at your mailing address shown in the Common Policy Declarations.

FORM OF BUSINESS: LIMITED LIABILITY CO

The Auto Dealers Coverage Part consists of these Declarations and the Coverage
Form shown below.


ITEM TWO
A. COVERAGE AND LIMITS OF INSURANCE
        This policy provides only those coverages where a limit, if applicable,
        is shown in the columns below. Each of the "auto"-related coverages
        will apply only to those "autos" shown as covered "autos"."Autos"
        are shown as covered "autos" for the applicable coverages by the
        entry of one or more of the symbols from section I - Covered Autos
        Coverages of the Auto Dealers Coverage Form next to the name of
        the "auto" related coverage.

        COVERAGES              COVERED AUTOS           LIMIT  OF INSURANCE
                                                THE MOST WE WILL PAY FOR ANY ONE
                                                ACCIDENT OR LOSS

        _____             _____    _____


COVERED AUTOS LIABILTY     21            $  1,000,000 EACH ACCIDENT

GENERAL LIABILITY                        $  1,000,000 EACH ACCIDENT
BODILY INJURY AND PROPERTY
DAMAGE LIABILITY

DAMAGES TO PREMISES                      See CA T4 25
RENTED TO YOU

PERSONAL AND ADVERTISING                 $  1,000,000 ANY ONE PERSON OR
INJURY LIABILITY                                      ORGANIZATION

GENERAL LIABILTY AGGREGATE               $  2,000,000

PRODUCTS AND WORK YOU                     $  2,000,000
PERFORMED AGGREGATE

LOCATIONS AND OPERATIONS                  $      5,000
MEDICAL PAYMENTS

ADDED PERSONAL INJURY                    SEPARATELY STATED IN EACH
PROTECTION                               ADDED PIP ENDORSEMENT
(or equivalent Added
No-fault coverage)


 CA T0 77 02 15                          PAGE   (CONTINUED)
 PRODUCER: L P INS SERVICES LLC   CWV32   OFFICE: PHNX  169


**TRAVELERS**

One Tower Square, Hartford, Connecticut  06183

```
AUTO DEALERS                     POLICY NUMBER: AD-7N911433-21-CAG
COVERAGE PART DECLARATIONS       ISSUE DATE:  10-06-21  JH
```

| COVERAGES | COVERED AUTOS | LIMIT OF INSURANCE<br>THE MOST WE WILL PAY FOR ANY ONE<br>ACCIDENT OR LOSS |
|---|---|---|
| AUTO MEDICAL PAYMENTS | 21 | $    5,000 |
| UNINSURED AND<br>UNDERINSURED<br>MOTORISTS COVERAGE | 22 | See CA TO 30 |
| GARAGEKEEPERS COVERAGE | 30 | REFER TO ITEM FIVE |
| PHYSICAL DAMAGE<br>COMPREHENSIVE COVERAGE | 23 28 31 | ACTUAL CASH VALUE OR COST<br>OF REPAIR, WHICHEVER IS<br>LESS MINUS $ DEDUCTIBLE<br>FOR EACH COVERED AUTO.<br>See ITEM SIX For Dealers "Autos". |
| PHYSICAL DAMAGE<br>COLLISION COVERAGE | 23 28 31 | ACTUAL CASH VALUE OR COST<br>OF REPAIR, WHICHEVER IS<br>LESS MINUS $ Ded. FOR EACH<br>COVERED AUTO.<br>See Item Six for Dealers<br>Blanket Collision. |
| ACTS, ERRORS OR OMISSIONS<br>LIABILITY | | $   500,000    AGGREGATE<br>$     5,000    PER CLAIM DEDUCTIBLE |

```
B. AUDIT PERIOD:      ANNUAL

C. DESCRIPTION OF COVERED AUTO DESIGNATION SYMBOLS:
   Symbols 21-31:  See AUTO DEALERS COVERAGE FORM Section I - Covered Autos
   SYMBOL 32.

D. LOSS PAYEE: Any loss under Physical Damage Coverages is payable as
   interest may appear to you and the Loss Payee named in the Declarations
   (see Loss Payable Clause below)

E. NUMBERS OF FORMS, SCHEDULES AND ENDORSEMENTS FORMING PART OF THIS COVERAGE
   PART:  SEE IL T8 01 10 93
```

```
CA TO 77 02 15                          PAGE   (CONTINUED)
PRODUCER: L P INS SERVICES LLC  CWV32   OFFICE: PHNX  169
```

TRAVELERS DOC MGMT Page 231 of 615



One Tower Square, Hartford, Connecticut  06183

AUTO DEALERS                          POLICY NUMBER: AD-7N911433-21-CAG
COVERAGE PART DECLARATIONS            ISSUE DATE:  10-06-21   JH

LOSS PAYABLE CLAUSE

   A.  We will pay you and the loss payee named in the policy for "loss"
       to a covered "auto", as interest may appear.

   B.  The insurance covers the interest of the loss payee unless the
       "loss" results from conversion, secretion or embezzlement on your
       part.

   C.  We may cancel the policy as allowed by the CANCELLATION Common
       Policy Condition.  Cancellation ends this agreement as to the loss
       payee's interest.  If we cancel the policy we will mail you and the
       loss payee the same advance notice.

   D.  If we make any payment to the loss payee, we will obtain their
       rights against any other party.

                    SCHEDULE OF LOSS PAYEES

                       LOSS PAYEE (Name and Address)

CA T0 77 02 15                       PAGE  (CONTINUED)
PRODUCER: L P INS SERVICES LLC  CWV32     OFFICE: PHNX  169



One Tower Square, Hartford, Connecticut  06183



AUTO DEALERS COVERAGE PART DECLARATIONS
AUTO DEALERS' SUPPLEMENTARY SCHEDULE
Issue date: 10-06-21

Policy Number: AD -7N911433-21-CAG

ITEM THREE - LOCATIONS WHERE YOU CONDUCT AUTO DEALER OPERATIONS

| Loc No | Address Street and City | State | Zip Code | terr | Cnty/twn Code |
|---|---|---|---|---|---|
| 1 | 2100 KIETZKE LANE RENO | NV | 89502 | 111 | |
| 2 | 3225 MILL ST RENO | NV | 89502 | 111 | |
| 3 | 7175 S VIRGINIA ST RENO | NV | 89511 | 111 | |

ITEM FOUR-AUTO DEALERS - LIABILITY AND PERSONAL INJURY PROTECTION
(Or Equivalent Or Similar No Fault Coverages) - PREMIUMS

| Loc No | Class of Operators | No of Persons | Rating Units | Total Rating Units |
|---|---|---|---|---|
| 1 | Cl I  Empl-Regular | 65.0 | | |
| | Cl I  Empl-A/O | 278.0 | | |
| | Cl II Non-Empl-Under age 25 | | | |
| | Cl II Non-Empl-Age 25 or over | | | |
| 2 | Cl I  Empl-Regular | 1.0 | | |
| | Cl I  Empl-A/O | | | |
| | Cl II Non-Empl-Under age 25 | | | |
| | Cl II Non-Empl-Age 25 or over | | | |
| 3 | Cl I  Empl-Regular | 15.0 | | |
| | Cl I  Empl-A/O | 62.0 | | |
| | Cl II Non-Empl-Under age 25 | | | |
| | Cl II Non-Empl-Age 25 or over | | | |

| | LOCATION # 1 | | LOCATION # 2 | | LOCATION # 3 | | TOTAL PREMIUMS |
|---|---|---|---|---|---|---|---|
| | RATE | PREM | RATE | PREM | RATE | PREM | |
| AUTO & GEN LIAB | | | | | | | |
| LOC & OP MED PAY | | | | | | | |
| PIP/APIP | | | | | | | |
| NJ PED PIP | | | | | | | |
| MICHIGAN PPI | | | | | | | |
| AUTO MED PAY | | | | | | | |
| A, E & O LIAB | | | | | | | |

CA T0 78 02 15                                    Page  1 (Continued)



One Tower Square, Hartford, Connecticut  06183

AUTO DEALERS COVERAGE PART DECLARATIONS
AUTO DEALERS' SUPPLEMENTARY SCHEDULE
Issue date: 10-06-21

Policy Number: AD -7N911433-21-CAG

ITEM THREE - LOCATIONS WHERE YOU CONDUCT AUTO DEALER OPERATIONS

| Loc No | Address Street and City | State | Zip Code | terr | Cnty/twn Code |
|---|---|---|---|---|---|
| 4 | 550 KIETZKE LN RENO | NV | 89502 | 111 | |
| 5 | 700 KIETZKE LN RENO | NV | 89502 | 111 | |
| 6 | 1395 E NEWLANDS DR FERNLEY | NV | 89408 | 106 | |

ITEM FOUR-AUTO DEALERS - LIABILITY AND PERSONAL INJURY PROTECTION
(Or Equivalent Or Similar No Fault Coverages) - PREMIUMS

| Loc No | Class of Operators | No of Persons | Rating Units | Total Rating Units |
|---|---|---|---|---|
| 4 | Cl I   Empl-Regular | 1.0 | | |
| | Cl I   Empl-A/O | 3.0 | | |
| | Cl II Non-Empl-Under age 25 | | | |
| | Cl II Non-Empl-Age 25 or over | | | |
| 5 | Cl I   Empl-Regular | 16.0 | | |
| | Cl I   Empl-A/O | 57.0 | | |
| | Cl II Non-Empl-Under age 25 | | | |
| | Cl II Non-Empl-Age 25 or over | | | |
| 6 | Cl I   Empl-Regular | 7.0 | | |
| | Cl I   Empl-A/O | 19.0 | | |
| | Cl II Non-Empl-Under age 25 | | | |
| | Cl II Non-Empl-Age 25 or over | | | |

| | LOCATION # 4 | | LOCATION # 5 | | LOCATION # 6 | | TOTAL PREMIUMS |
|---|---|---|---|---|---|---|---|
| | RATE | PREM | RATE | PREM | RATE | PREM | |
| AUTO & GEN LIAB | | | | | | | |
| LOC & OP MED PAY | | | | | | | |
| PIP/APIP | | | | | | | |
| NJ PED PIP | | | | | | | |
| MICHIGAN PPI | | | | | | | |
| AUTO MED PAY | | | | | | | |
| A, E & O LIAB | | | | | | | |

CA T0 78 02 15                              Page  2 (Continued)



One Tower Square, Hartford, Connecticut  06183

AUTO DEALERS COVERAGE PART DECLARATIONS
AUTO DEALERS' SUPPLEMENTARY SCHEDULE
Issue date: 10-06-21

Policy Number: AD -7N911433-21-CAG

ITEM THREE - LOCATIONS WHERE YOU CONDUCT AUTO DEALER OPERATIONS

| Loc No | Address Street and City | State | Zip Code | terr | Cnty/twn Code |
|---|---|---|---|---|---|
| 7 | 9455&9475 S VIRGINIA STREET RENO | NV | 89511 | 111 | |

ITEM FOUR-AUTO DEALERS - LIABILITY AND PERSONAL INJURY PROTECTION
(Or Equivalent Or Similar No Fault Coverages) - PREMIUMS

| Loc No | Class of Operators | No of Persons | Rating Units | Total Rating Units |
|---|---|---|---|---|
| 7 | Cl I  Empl-Regular | 11.0 | | |
| | Cl I  Empl-A/O | 37.0 | | |
| | Cl II Non-Empl-Under age 25 | | | |
| | Cl II Non-Empl-Age 25 or over | | | |
| | Cl I  Empl-Regular | | | |
| | Cl I  Empl-A/O | | | |
| | Cl II Non-Empl-Under age 25 | | | |
| | Cl II Non-Empl-Age 25 or over | | | |
| | Cl I  Empl-Regular | | | |
| | Cl I  Empl-A/O | | | |
| | Cl II Non-Empl-Under age 25 | | | |
| | Cl II Non-Empl-Age 25 or over | | | |

| | LOCATION # 7 | | LOCATION # | | LOCATION # | | |
|---|---|---|---|---|---|---|---|
| | RATE | PREM | RATE | PREM | RATE | PREM | TOTAL PREMIUMS |
| AUTO & GEN LIAB | | | | | | | |
| LOC & OP MED PAY | | | | | | | |
| PIP/APIP | | | | | | | |
| NJ PED PIP | | | | | | | |
| MICHIGAN PPI | | | | | | | |
| AUTO MED PAY | | | | | | | |
| A, E & O LIAB | | | | | | | |

CA T0 78 02 15                                    Page  3 (Continued)



One Tower Square, Hartford, Connecticut 06183

AUTO DEALERS COVERAGE PART DECLARATIONS
AUTO DEALERS' SUPPLEMENTARY SCHEDULE
Issue date: 10-06-21

Policy Number: AD -7N911433-21-CAG

ITEM FOUR-AUTO DEALERS - LIABILITY COVERAGE - PREMIUMS(Continued)

LIABILITY MINIMUM PREMIUM - 

DEFINITIONS:
Class I-Employees
Regular Operator - Proprietors, owners, executive officers, sales managers,
service managers, finance managers and general managers, whether they have an
assigned vehicle or not, and any employee whose principal duty involves the
operation of covered "autos" or who is furnished a covered "auto".
All Others - All other employees including salespersons who have not been
assigned an auto or who do not have permission to access plates for personal
use of autos.

NOTE:
1.  Part-time employees working an average of 20 hours or more a week for
    the number of weeks worked are to be counted as one rating unit each.
2.  Part-time employees working an average of less than 20 hours a week for
    the number of weeks worked are to be counted as 1/2 rating unit each.

Class II-Non-Employees
Any of the following persons who are regularly furnished with a covered "auto"
: Inactive proprietors, partners or officers and their relatives and the
relatives of any person described in Class I.

CA TO 78 02 15                              Page   4

 **TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

AUTO DEALERS COVERAGE PART DECLARATIONS
Issue Date: 10-06-21

Policy Number: AD -7N911433-21-CAG

ITEM FIVE
GARAGEKEEPERS COVERAGES AND PREMIUMS

| Location No. | Coverages | Limit of Insurance for Each Location |
|---|---|---|
| 1 | COMPREHENSIVE | $ 2,500,000 MINUS THE DEDUCTIBLE AS SHOWN ON CA T4 14 OR $ MINUS $ DEDUCTIBLE FOR ALL PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO $ MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN EACH EVENT AT THIS LOCATION. |
| | SPECIFIED CAUSES OF LOSS | $ MINUS $ DEDUCTIBLE FOR EACH CUSTOMER'S AUTO FOR LOSS CAUSED BY THEFT OR MISCHIEF OR VANDALISM SUBJECT TO $ MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT; OR $ MINUS $ DEDUCTIBLE FOR ALL PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO $ MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT. |
| | COLLISION | $ 2,500,000 MINUS $ 3,000 DEDUCTIBLE FOR EACH CUSTOMER'S AUTO. |

CA T0 79 02 15                     PAGE 01   (Continued)

 **TRAVELERS**

One Tower Square, Hartford, Connecticut  06183

```
                                    AUTO DEALERS COVERAGE PART DECLARATIONS
                                    Issue Date: 10-06-21

                              Policy Number: AD -7N911433-21-CAG
ITEM FIVE
GARAGEKEEPERS COVERAGES AND PREMIUMS


Location          Coverages            Limit of Insurance for Each Location
   No.

         COMPREHENSIVE        $        500,000     MINUS THE DEDUCTIBLE AS
    2                         SHOWN ON CA T4 14
                                       OR
                             $          MINUS $          DEDUCTIBLE FOR ALL
                             PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO
                             $           MAXIMUM DEDUCTIBLE
                             FOR ALL SUCH LOSS IN EACH EVENT AT THIS LOCATION.


         SPECIFIED CAUSES OF $          MINUS $          DEDUCTIBLE FOR
         LOSS                EACH CUSTOMER'S AUTO FOR LOSS CAUSED BY THEFT
                             OR MISCHIEF OR VANDALISM SUBJECT TO $
                             MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY
                             ONE EVENT;
                                       OR
                             $          MINUS $          DEDUCTIBLE FOR ALL
                             PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO
                             $           MAXIMUM DEDUCTIBLE
                             FOR ALL SUCH LOSS IN ANY ONE EVENT.
         COLLISION           $    500,000 MINUS $     3,000 DEDUCTIBLE FOR EACH
                             CUSTOMER'S AUTO.




         CA T0 79 02 15                        PAGE 02   (Continued)
```



**TRAVELERS**

One Tower Square, Hartford, Connecticut  06183

```
                                    AUTO DEALERS COVERAGE PART DECLARATIONS
                                    Issue Date: 10-06-21

                          Policy Number: AD -7N911433-21-CAG
ITEM FIVE
GARAGEKEEPERS COVERAGES AND PREMIUMS

Location         Coverages              Limit of Insurance for Each Location
   No.

          COMPREHENSIVE          $     2,000,000      MINUS THE DEDUCTIBLE AS
   3                             SHOWN ON CA T4 14
                                         OR
                                 $          MINUS $          DEDUCTIBLE FOR ALL
                                 PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO
                                 $           MAXIMUM DEDUCTIBLE
                                 FOR ALL SUCH LOSS IN EACH EVENT AT THIS LOCATION.


          SPECIFIED CAUSES OF    $          MINUS $          DEDUCTIBLE FOR
          LOSS                   EACH CUSTOMER'S AUTO FOR LOSS CAUSED BY THEFT
                                 OR MISCHIEF OR VANDALISM SUBJECT TO $
                                 MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY
                                 ONE EVENT;
                                         OR
                                 $          MINUS $          DEDUCTIBLE FOR ALL
                                 PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO
                                 $           MAXIMUM DEDUCTIBLE
                                 FOR ALL SUCH LOSS IN ANY ONE EVENT.
          COLLISION              $ 2,000,000 MINUS $    3,000 DEDUCTIBLE FOR EACH
                                 CUSTOMER'S AUTO.





          CA T0 79 02 15                          PAGE 03   (Continued)
```

 **TRAVELERS**

One Tower Square, Hartford, Connecticut  06183

AUTO DEALERS COVERAGE PART DECLARATIONS
Issue Date: 10-06-21

Policy Number: AD -7N911433-21-CAG

ITEM FIVE
GARAGEKEEPERS COVERAGES AND PREMIUMS

| Location No. | Coverages | Limit of Insurance for Each Location |
|---|---|---|
| 4 | COMPREHENSIVE | $       100,000      MINUS THE DEDUCTIBLE AS SHOWN ON CA T4 14<br>             OR<br>$          MINUS $          DEDUCTIBLE FOR ALL PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO $          MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN EACH EVENT AT THIS LOCATION. |
|  | SPECIFIED CAUSES OF LOSS | $          MINUS $          DEDUCTIBLE FOR EACH CUSTOMER'S AUTO FOR LOSS CAUSED BY THEFT OR MISCHIEF OR VANDALISM SUBJECT TO $          MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT;<br>             OR<br>$          MINUS $          DEDUCTIBLE FOR ALL PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO $          MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT. |
|  | COLLISION | $    100,000 MINUS $     3,000 DEDUCTIBLE FOR EACH CUSTOMER'S AUTO. |

CA T0 79 02 15                              PAGE 04   (Continued)

 **TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

AUTO DEALERS COVERAGE PART DECLARATIONS
Issue Date: 10-06-21

Policy Number: AD -7N911433-21-CAG

ITEM FIVE
GARAGEKEEPERS COVERAGES AND PREMIUMS

| Location No. | Coverages | Limit of Insurance for Each Location |
|---|---|---|
| 5 | COMPREHENSIVE | $     1,000,000     MINUS THE DEDUCTIBLE AS SHOWN ON CA T4 14<br>OR<br>$          MINUS $          DEDUCTIBLE FOR ALL PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO $          MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN EACH EVENT AT THIS LOCATION. |
| | SPECIFIED CAUSES OF LOSS | $          MINUS $          DEDUCTIBLE FOR EACH CUSTOMER'S AUTO FOR LOSS CAUSED BY THEFT OR MISCHIEF OR VANDALISM SUBJECT TO $ MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT;<br>OR<br>$          MINUS $          DEDUCTIBLE FOR ALL PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO $          MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT. |
| | COLLISION | $ 1,000,000 MINUS $     3,000 DEDUCTIBLE FOR EACH CUSTOMER'S AUTO. |

CA T0 79 02 15                    PAGE 05   (Continued)

 **TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

```
                              AUTO DEALERS COVERAGE PART DECLARATIONS
                              Issue Date: 10-06-21

                    Policy Number: AD -7N911433-21-CAG
ITEM FIVE
GARAGEKEEPERS COVERAGES AND PREMIUMS

Location        Coverages           Limit of Insurance for Each Location
   No.

        COMPREHENSIVE       $        500,000      MINUS THE DEDUCTIBLE AS
    6                       SHOWN ON CA T4 14
                                     OR
                            $           MINUS $          DEDUCTIBLE FOR ALL
                            PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO
                            $             MAXIMUM DEDUCTIBLE
                            FOR ALL SUCH LOSS IN EACH EVENT AT THIS LOCATION.


        SPECIFIED CAUSES OF $           MINUS $          DEDUCTIBLE FOR
        LOSS                EACH CUSTOMER'S AUTO FOR LOSS CAUSED BY THEFT
                            OR MISCHIEF OR VANDALISM SUBJECT TO $
                            MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY
                            ONE EVENT;
                                     OR
                            $           MINUS $          DEDUCTIBLE FOR ALL
                            PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO
                            $             MAXIMUM DEDUCTIBLE
                            FOR ALL SUCH LOSS IN ANY ONE EVENT.
        COLLISION           $   500,000 MINUS $    3,000 DEDUCTIBLE FOR EACH
                            CUSTOMER'S AUTO.
```

```
        CA T0 79 02 15                    PAGE 06   (Continued)
```

 **TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

```
                                    AUTO DEALERS COVERAGE PART DECLARATIONS
                                    Issue Date: 10-06-21

                           Policy Number: AD -7N911433-21-CAG
ITEM FIVE
GARAGEKEEPERS COVERAGES AND PREMIUMS


Location          Coverages              Limit of Insurance for Each Location
   No.

         COMPREHENSIVE         $      1,000,000     MINUS THE DEDUCTIBLE AS
    7                          SHOWN ON CA T4 14
                                       OR
                              $           MINUS $          DEDUCTIBLE FOR ALL
                              PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO
                              $              MAXIMUM DEDUCTIBLE
                              FOR ALL SUCH LOSS IN EACH EVENT AT THIS LOCATION.


         SPECIFIED CAUSES OF $          MINUS $          DEDUCTIBLE FOR
         LOSS                EACH CUSTOMER'S AUTO FOR LOSS CAUSED BY THEFT
                             OR MISCHIEF OR VANDALISM SUBJECT TO $
                             MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY
                             ONE EVENT;
                                       OR
                              $           MINUS $          DEDUCTIBLE FOR ALL
                              PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO
                              $              MAXIMUM DEDUCTIBLE
                              FOR ALL SUCH LOSS IN ANY ONE EVENT.
         COLLISION            $ 1,000,000 MINUS $     3,000 DEDUCTIBLE FOR EACH
                              CUSTOMER'S AUTO.




         CA TO 79 02 15                         PAGE 07   (Continued)
```



**TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

AUTO DEALERS COVERAGE PART DECLARATIONS
Issue Date: 10-06-21

Policy Number: AD -7N911433-21-CAG

ITEM FIVE - GARAGEKEEPERS COVERAGES & PREMIUMS (Continued)

PREMIUM FOR ALL LOCATIONS
        Comprehensive
        Specified Causes of Loss
        Collision



GARAGEKEEPERS COVERAGE applies on a legal liability basis unless one of
the Direct Coverage Options is indicated below by "(X)"

  DIRECT COVERAGE OPTIONS

    ( ) EXCESS INSURANCE  If this box is checked, GARAGEKEEPERS COVERAGE
        remains applicable on a legal liability basis. However coverage also
        applies without regard to your or any other "Insured's" legal
        liability for "loss" to a customer's "auto" on an  excess basis over
        any other collectible insurance regardless of whether the other
        insurance covers your or any other "insured's"interest or the interest
        of the covered "auto's" owner.

    ( ) PRIMARY INSURANCE  If this box is checked GARAGEKEEPERS COVERAGE is
        changed to apply without regard to your or any other "insured's"
        legal liability for "loss" to a customer's "auto" and is primary
        insurance.

        CA T0 79 02 15                              PAGE 08



One Tower Square, Hartford, Connecticut  06183

AUTO DEALERS
COVERAGE PART
DECLARATIONS
ISSUE DATE 10-06-21

POLICY NUMBER: AD -7N911433-21-CAG

ITEM SIX

PHYSICAL DAMAGE INSURANCE-TYPES OF COVERED AUTOS AND INTERESTS IN THESE
AUTOS-PREMIUMS-REPORTING OR NONREPORTING BASIS.

Each of the following PHYSICAL DAMAGE coverages that is indicated in ITEM
TWO applies only to the types of autos and interest indicated by 'X'.

|                   |                                                     | COMPREHENSIVE | SPECIFIED CAUSES OF LOSS | COLLISION |
|-------------------|-----------------------------------------------------|---------------|--------------------------|-----------|
| COVERAGES         |                                                     |               |                          |           |
| TYPES OF AUTOS    | NEW AUTOS                                            | X             |                          | X         |
|                   | USED AUTOS, DEMONSTRATORS AND SERVICE VEHICLES       | X             |                          | X         |
| INTERESTS COVERED | YOUR INTEREST IN COVERED AUTOS YOU OWN               |               |                          |           |
|                   | YOUR INTEREST ONLY IN FINANCED COVERED AUTOS         |               |                          |           |
|                   | YOUR INTEREST AND THE INTEREST OF ANY CREDITOR NAMED AS A LOSS PAYEE | X |                  | X         |
|                   | ALL INTERESTS IN ANY AUTO NOT OWNED BY YOU OR ANY CREDITOR WHILE IN YOUR POSSESSION ON CONSIGNMENT FOR SALE |  |  |  |

Our limit of insurance for 'loss' at locations other than those stated in
ITEM THREE.
    $  1,000,000 Additional locations where you store covered autos
    $  1,000,000 In transit

PREMIUM BASIS-Reporting (Quarterly or Monthly) or Nonreporting (Indicate Basis
 Agreed Upon by X)
  ( ) REPORTING BASIS (Quarterly or Monthly) as indicated below by 'X'.
     You must report to us on our form the locations of your covered "autos"
     and their total value at each such location. For your main sales location
     identified as location no. 1, you must include the total value of all
     covered "autos" you have furnished or made available to yourself, your
     executives, your "employees" or family members and other Class II - Non-
     Employees, and covered "autos" that are temporarily displayed or stored
     at locations other than those stated in ITEM THREE above. For your main
     sales location you must include the total value of all service vehicles.

CA T0 80 02 15                                           PAGE    1



**TRAVELERS**

One Tower Square, Hartford, Connecticut  06183

```
                              AUTO DEALERS
                              COVERAGE PART
                              DECLARATIONS
                              ISSUE DATE 10-06-21

                    POLICY NUMBER: AD -7N911433-21-CAG
```

ITEM SIX    (CONTINUED)

PREMIUM BASIS-Reporting or Nonreporting(Indicate Basis Agreed Upon by X)
 (continued)

    YOUR REPORTING BASIS IS:
    ( ) QUARTERLY you must give us your first report by the fifteenth of the
        fourth month after the policy begins. Your subsequent reports must
        be given to us by the fifteenth of every third month. Your reports
        must contain the value for the last business day of every third
        month coming within the policy period.
    ( ) MONTHLY You must give us your reports by the fifteenth of every
        month. Your reports will contain the total values you had on the
        last business day of the preceding month.
    Premiums will be calculated pro rata of the annual premium for the expo-
    sures contained in each report. At the end of each policy year we will
    add the monthly premiums or the quarterly premiums to determine your
    final premium due for the entire policy year. The estimated total
    premiums shown will be credited against the final premium due.
  (X) NONREPORTING BASIS. Stated limit of insurance shown above applies.

```
LOC.
NO.    COVERAGE            LIMIT OF INSURANCE FOR EACH LOCATION

  1    COMPREHENSIVE       LIMIT OF INSURANCE AS STATED IN EACH SELECTION
                           BELOW, MINUS THE DEDUCTIBLES AS SHOWN ON
                           CA T4 14.

                                     LIMIT       RATE        PREMIUM
       FIRE ONLY, BUILDING & LOTS
       BUILDING              10,000,000
       STANDARD OPEN LOTS
       NON STANDARD OPEN LOTS  3,513,625
       MISCELLANEOUS BUILDING
       MISCELLANEOUS OPEN LOTS


ALL    BLANKET        $ 37,793,158 MINUS $ 2,500 DEDUCTIBLE FOR EACH
       COLLISION           COVERED AUTO.



                                    COLLISION PREMIUM  $
```



One Tower Square, Hartford, Connecticut 06183

AUTO DEALERS
COVERAGE PART
DECLARATIONS
ISSUE DATE 10-06-21

POLICY NUMBER: AD -7N911433-21-CAG

ITEM SIX    (CONTINUED)

LOC.
NO.    COVERAGE              LIMIT OF INSURANCE FOR EACH LOCATION

   3    COMPREHENSIVE        LIMIT OF INSURANCE AS STATED IN EACH SELECTION
                             BELOW, MINUS THE DEDUCTIBLES AS SHOWN ON
                             CA T4 14.

                                          LIMIT         RATE        PREMIUM
        FIRE ONLY, BUILDING & LOTS
        BUILDING                         750,000       ██████████████████████
        STANDARD OPEN LOTS             3,816,435
        NON STANDARD OPEN LOTS
        MISCELLANEOUS BUILDING
        MISCELLANEOUS OPEN LOTS

   4    COMPREHENSIVE        LIMIT OF INSURANCE AS STATED IN EACH SELECTION
                             BELOW, MINUS THE DEDUCTIBLES AS SHOWN ON
                             CA T4 14.

                                          LIMIT         RATE        PREMIUM
        FIRE ONLY, BUILDING & LOTS
        BUILDING
        STANDARD OPEN LOTS
        NON STANDARD OPEN LOTS           190,710       ██████████████████████
        MISCELLANEOUS BUILDING
        MISCELLANEOUS OPEN LOTS

   5    COMPREHENSIVE        LIMIT OF INSURANCE AS STATED IN EACH SELECTION
                             BELOW, MINUS THE DEDUCTIBLES AS SHOWN ON
                             CA T4 14.

                                          LIMIT         RATE        PREMIUM
        FIRE ONLY, BUILDING & LOTS
        BUILDING                       1,000,000       ██████████████████████
        STANDARD OPEN LOTS
        NON STANDARD OPEN LOTS         8,346,374
        MISCELLANEOUS BUILDING
        MISCELLANEOUS OPEN LOTS

CA T0 80 02 15                                        PAGE    3



**TRAVELERS**

One Tower Square, Hartford, Connecticut  06183

```
                              AUTO DEALERS
                              COVERAGE PART
                              DECLARATIONS
                              ISSUE DATE 10-06-21

                      POLICY NUMBER: AD -7N911433-21-CAG


    ITEM SIX    (CONTINUED)

    LOC.
    NO.   COVERAGE            LIMIT OF INSURANCE FOR EACH LOCATION

      6   COMPREHENSIVE       LIMIT OF INSURANCE AS STATED IN EACH SELECTION
                              BELOW, MINUS THE DEDUCTIBLES AS SHOWN ON
                              CA T4 14.

                                          LIMIT       RATE       PREMIUM
          FIRE ONLY, BUILDING & LOTS
          BUILDING                        750,000
          STANDARD OPEN LOTS
          NON STANDARD OPEN LOTS        7,159,479
          MISCELLANEOUS BUILDING
          MISCELLANEOUS OPEN LOTS

      7   COMPREHENSIVE       LIMIT OF INSURANCE AS STATED IN EACH SELECTION
                              BELOW, MINUS THE DEDUCTIBLES AS SHOWN ON
                              CA T4 14.

                                          LIMIT       RATE       PREMIUM
          FIRE ONLY, BUILDING & LOTS
          BUILDING                        800,000
          STANDARD OPEN LOTS
          NON STANDARD OPEN LOTS        1,466,535
          MISCELLANEOUS BUILDING
          MISCELLANEOUS OPEN LOTS




                                      TOTAL PREMIUM  $

    CA T0 80 02 15                                    PAGE    4
```

 **TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

AUTO DEALERS
COVERAGE PART
DECLARATIONS
ISSUE DATE 10-06-21

POLICY NUMBER: AD -7N911433-21-CAG

ITEM SIX    (CONTINUED)

SCHEDULE OF LOSS PAYEES

(Refer to the Schedule of Loss Payees in CA T0 77 02 15 ITEM TWO.)

CA T0 80 02 15                                    PAGE    5



One Tower Square, Hartford, Connecticut 06183

AUTO DEALERS COVERAGE PART DECLARATIONS

Issue date: 10-06-21

Policy Number: AD-7N911433-21-CAG

ITEM TEN
UNINSURED MOTORISTS COVERAGE-PREMIUMS-REFER TO ITEM SEVEN FOR SEPARATELY
REGISTERED COVERED AUTOS.

| LOCATION NUMBER | NUMBER OF PLATES | RATE PER PLATE | PREMIUM |
| --------------- | ---------------- | -------------- | ------- |
| 001 | 85 | | |
| 002 | 1 | | |
| 003 | 34 | | |
| 004 | 3 | | |
| 005 | 12 | | |
| 006 | 12 | | |
| 007 | 26 | | |

CA T0 83 02 15                              Page   1

POLICY NUMBER: **AD-7N911433-21-CAG**

COMMERCIAL AUTO
ISSUE DATE: **10-06-21**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# AUTO DEALERS – ACTS, ERRORS OR OMISSIONS LIMITS EXTENSION ENDORSEMENT

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM

### SCHEDULE OF ACTS, ERRORS OR OMISSIONS LIABILITY LIMITS

The Limits of Insurance apply separately to each "act, error or omission" coverage:

| | |
|---|---|
| EACH CLAIM LIMIT OF INSURANCE | $ **500,000** |
| AGGREGATE LIMIT OF INSURANCE | $ **500,000** |
| ONE YEAR PRIOR ACTS LIMIT OF INSURANCE | $ 100,000 |

**PROVISIONS**

The following replaces Paragraph **E.**, **Limit Of Insurance And Deductible**, of **SECTION III – ACTS, ERRORS OR OMISSIONS LIABILITY COVERAGES:**

**E. Limits Of Insurance**

1. Regardless of the number of "insureds", claims made or "suits" brought or persons or organizations making claims or bringing "suits", the most we will pay for the sum of all damages for each separate "act, error or omission" coverage is the Aggregate Limit of Insurance shown in the Schedule Of Acts, Errors Or Omissions Liability Limits.

2. Subject to the Aggregate Limit of Insurance for the applicable "act, error or omission" coverage, the most we will pay for all damages resulting from any one claim is the Each Claim Limit of Insurance shown in the Sched-

ule Of Acts, Errors Or Omissions Liability Limits. Any "suits" involving a class action will be deemed one claim. No other Limits of Insurance apply.

3. If One Year Prior Acts Coverage is part of your Acts, Errors And Omissions Liability Coverages, then the One Year Prior Acts Limit Of Insurance Paragraph is replaced by the following:

A **$100,000** One Year Prior Acts Limit Of Insurance applies separately to each coverage included in the definition of "act, error or omission" for damages because of any "act, error or omission" committed during this one year period. This limit applies to each such claim and as an aggregate for all such claims related to the same "act, error or omission" coverage. No other limit of insurance applies to such prior acts.

**CA T4 80 02 15**

© 2015 The Travelers Indemnity Company, Inc. All rights reserved.
Includes the copyrighted material of Insurance Services Office, Inc. with its permission.

Page 1 of 1

POLICY NUMBER: **AD-7N911433-21-CAG**

COMMERCIAL AUTO
ISSUE DATE: **10-06-21**

### THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# GARAGEKEEPERS COVERAGE AND
# PHYSICAL DAMAGE MULTIPLE DEDUCTIBLES

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE PART DECLARATIONS
AUTO DEALERS COVERAGE FORM

**PROVISIONS**

**1.** The deductibles shown in the applicable Schedule below apply for the Comprehensive and Specified Causes of Loss section at **ITEM FIVE – GARAGEKEEPERS COVERAGE AND PREMIUMS** and for the Comprehensive Coverage Limit of Insurance for Each Location section at **ITEM SIX – PHYSICAL DAMAGE COVERAGE** section of the **AUTO DEALERS COVERAGE PART DECLARATIONS**:

**SCHEDULE**

**ITEM FIVE – GARAGEKEEPERS COVERAGE**

| Location (list each location separately) | Covered Causes of Loss* | Deductible | |
| --- | --- | --- | --- |
| | | For Each Covered "Auto" | Maximum Deductible in any one event at each location |
| **SEE SCHEDULE EXTENSION** | | | |

**ITEM SIX – PHYSICAL DAMAGE COVERAGE**

| Location (list each location separately) | Covered Causes of Loss* | Deductible | |
| --- | --- | --- | --- |
| | | For Each Covered "Auto" | Maximum Deductible in any one event at each location |
| **SEE SCHEDULE EXTENSION** | | | |

**CA T4 14 02 15**

© 2015 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

Page 1 of 2

COMMERCIAL AUTO

- For each Deductible listed in this Schedule, enter the description of any Covered Causes of Loss listed below to which that Deductible applies:

    **(1)** Theft or Mischief or Vandalism

    **(2)** Earthquake

    **(3)** Windstorm Or Hail

    **(4)** Flood

    **(5)** All Covered Perils, other than collision, not listed separately on this Schedule

**2.** The following replaces Paragraph **5.**, **Limit Of Insurance And Deductibles**, in Paragraph **E.**, **Garagekeepers Coverage**, of **SECTION I – COVERED AUTOS COVERAGES**:

**5. Limit Of Insurance And Deductibles**

**a.** Regardless of the number of "customer's autos", "insureds", premiums paid, claims made or "suits" brought, the most we will pay for each "loss" is the Garagekeepers Coverage Limit of Insurance shown in the Declarations for that location minus the applicable deductible for "loss" caused by collision shown in the Declarations, and the applicable deductible for the specified covered cause of loss shown in the Schedule above.

**b.** The maximum deductible stated in the Schedule for Garagekeepers Coverage Comprehensive applies to the location for which it is shown and is the most that will be deducted for all "loss" in any one event from the covered cause of loss for which it is shown at that location. If "NO" appears in the Schedule above for maximum deductible, then no maximum deductible applies for "loss" from the covered cause of loss for which it is shown.

**c.** Sometimes to settle a claim or "suit" we may pay all or any part of the deductible. If this happens you must reimburse us for the deductible or that portion of the deductible that we paid.

**3.** The following replaces Paragraph **5.**, **Deductible**, in Paragraph **F.**, **Physical Damage Coverage**, of **SECTION I – COVERED AUTOS COVERAGES**:

**5. Deductible**

For each covered "auto", our obligation to pay for, repair, return or replace damaged or stolen property will be reduced by the applicable deductible shown in the Schedule above that applies to specified covered cause of loss.

The maximum deductible stated in the Schedule applies to the location for which it is shown and is the most that will be deducted for all "loss" in any one event from the covered cause of loss for which it is shown at that location. If "NO" appears in the Schedule above for maximum deductible, then no maximum deductible applies for "loss" from the covered cause of loss for which it is shown.

© 2015 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

**CA T4 14 02 15**

POLICY NUMBER: **AD-7N911433-21-CAG**

<div align="right">COMMERCIAL AUTO<br>ISSUE DATE: 10-06-21</div>

# SCHEDULE EXTENSION

**This is an extension of CA T4 14 02 15**

**GARAGEKEEPERS COVERAGE AND PHYSICAL DAMAGE MULTIPLE DEDUCTIBLES**

**SCHEDULE**

ITEM FIVE - GARAGEKEEPERS COVERAGE

|     |                                                                             | Deductible                      |                                           |
| --- | --------------------------------------------------------------------------- | ------------------------------- | ----------------------------------------- |
| Loc | Covered Causes of Loss**                                                    | For Each Covered "Auto"         | Maximum Deductible in any one event       |
| 1   | Flood                                                                       | $    2,500                      | $    250,000                              |
| 1   | Earthquake                                                                  | $    1,000                      | $    100,000                              |
| 1   | Windstorm or Hail                                                          | $    1,000                      | $    100,000                              |
| 1   | All Covered Perils, other than collision, not listed separately on this Schedule | $    1,000                      | $     10,000                              |
| 2   | Flood                                                                       | $    2,500                      | $    250,000                              |
| 2   | Earthquake                                                                  | $    1,000                      | $    100,000                              |
| 2   | Windstorm or Hail                                                          | $    1,000                      | $    100,000                              |
| 2   | All Covered Perils, other than collision, not listed separately on this Schedule | $    1,000                      | $     10,000                              |
| 3   | Flood                                                                       | $    2,500                      | $    250,000                              |
| 3   | Earthquake                                                                  | $    1,000                      | $    100,000                              |
| 3   | Windstorm or Hail                                                          | $    1,000                      | $    100,000                              |
| 3   | All Covered Perils, other than collision, not listed separately on this Schedule | $    1,000                      | $     10,000                              |
| 4   | Flood                                                                       | $    2,500                      | $    250,000                              |
| 4   | Earthquake                                                                  | $    1,000                      | $     75,000                              |

CA T4 14 SCHED

<div align="right">Page  1 of  6</div>

COMMERCIAL AUTO
POLICY NUMBER: **AD-7N911433-21-CAG**                    ISSUE DATE: **10-06-21**

# SCHEDULE EXTENSION

**This is an extension of CA T4 14 02 15**

**GARAGEKEEPERS COVERAGE AND PHYSICAL DAMAGE MULTIPLE DEDUCTIBLES**

**SCHEDULE**

| 4 | Windstorm or Hail | $ | 1,000 | $ | 100,000 |

| 4 | All Covered Perils, other than collision, not listed separately on this Schedule | $ | 1,000 | $ | 10,000 |

**ITEM FIVE - GARAGEKEEPERS COVERAGE**

| | | Deductible | |
| Loc | Covered Causes of Loss** | For Each Covered "Auto" | Maximum Deductible in any one event |
| --- | --- | --- | --- |
| 5 | Flood | $ 2,500 | $ 250,000 |
| 5 | Earthquake | $ 1,000 | $ 100,000 |
| 5 | Windstorm or Hail | $ 1,000 | $ 100,000 |
| 5 | All Covered Perils, other than collision, not listed separately on this Schedule | $ 1,000 | $ 10,000 |

**ITEM FIVE - GARAGEKEEPERS COVERAGE**

| | | Deductible | |
| Loc | Covered Causes of Loss** | For Each Covered "Auto" | Maximum Deductible in any one event |
| --- | --- | --- | --- |
| 6 | Flood | $ 2,500 | $ 250,000 |
| 6 | Earthquake | $ 1,000 | $ 100,000 |
| 6 | Windstorm or Hail | $ 1,000 | $ 100,000 |
| 6 | All Covered Perils, other than collision, not listed separately on this Schedule | $ 1,000 | $ 10,000 |

CA T4 14 SCHED                                                    Page **2** of **6**

COMMERCIAL AUTO
POLICY NUMBER: **AD-7N911433-21-CAG**

ISSUE DATE: **10-06-21**

# SCHEDULE EXTENSION

**This is an extension of CA T4 14 02 15**

**GARAGEKEEPERS COVERAGE AND PHYSICAL DAMAGE MULTIPLE DEDUCTIBLES**

**SCHEDULE**

**ITEM FIVE - GARAGEKEEPERS COVERAGE**

| | | Deductible | |
|---|---|---|---|
| Loc | Covered Causes of Loss** | For Each Covered "Auto" | Maximum Deductible in any one event |
| 7 | Flood | $ 2,500 | $ 250,000 |
| 7 | Earthquake | $ 1,000 | $ 100,000 |
| 7 | Windstorm or Hail | $ 1,000 | $ 100,000 |
| 7 | All Covered Perils, other than collision, not listed separately on this Schedule | $ 1,000 | $ 10,000 |

**ITEM SIX - PHYSICAL DAMAGE COVERAGE**

| | | Deductible | |
|---|---|---|---|
| Loc | Covered Causes of Loss** | For Each Covered "Auto" | Maximum Deductible in any one event |

**ITEM SIX - PHYSICAL DAMAGE COVERAGE**

| | | Deductible | |
|---|---|---|---|
| Loc | Covered Causes of Loss** | For Each Covered "Auto" | Maximum Deductible in any one event |
| 1 | Flood | $ 2,500 | $ 250,000 |
| 1 | Earthquake | $ 2,500 | $ 250,000 |
| 1 | Windstorm or Hail | $ 1,000 | $ 100,000 |
| 1 | All Covered Perils, other than collision, not listed separately on | $ 1,000 | $ 10,000 |

CA T4 14 SCHED

Page  **3** of  **6**

POLICY NUMBER: AD-7N911433-21-CAG

# SCHEDULE EXTENSION

**This is an extension of CA T4 14 02 15**

**GARAGEKEEPERS COVERAGE AND PHYSICAL DAMAGE MULTIPLE DEDUCTIBLES**

**SCHEDULE**

this Schedule

**ITEM SIX - PHYSICAL DAMAGE COVERAGE**

| Loc | Covered Causes of Loss** | Deductible For Each Covered "Auto" | Maximum Deductible in any one event |
|-----|--------------------------|-------------------------------------|--------------------------------------|
| 3 | Flood | $    2,500 | $    250,000 |
| 3 | Earthquake | $    1,000 | $    100,000 |
| 3 | Windstorm or Hail | $    1,000 | $    100,000 |
| 3 | All Covered Perils, other than collision, not listed separately on this Schedule | $    1,000 | $    10,000 |

**ITEM SIX - PHYSICAL DAMAGE COVERAGE**

| Loc | Covered Causes of Loss** | Deductible For Each Covered "Auto" | Maximum Deductible in any one event |
|-----|--------------------------|-------------------------------------|--------------------------------------|
| 4 | Flood | $    2,500 | $    250,000 |
| 4 | Earthquake | $    1,000 | $    100,000 |
| 4 | Windstorm or Hail | $    1,000 | $    100,000 |
| 4 | All Covered Perils, other than collision, not listed separately on this Schedule | $    1,000 | $    10,000 |

**ITEM SIX - PHYSICAL DAMAGE COVERAGE**

Deductible

CA T4 14 SCHED

COMMERCIAL AUTO
ISSUE DATE: 10-06-21

POLICY NUMBER: AD-7N911433-21-CAG

# SCHEDULE EXTENSION

**This is an extension of CA T4 14 02 15**

**GARAGEKEEPERS COVERAGE AND PHYSICAL DAMAGE MULTIPLE DEDUCTIBLES**

**SCHEDULE**

| Loc | Covered Causes of Loss** | For Each Covered "Auto" | Maximum Deductible in any one event |
|-----|--------------------------|-------------------------|--------------------------------------|
| 5 | Flood | $ 2,500 | $ 250,000 |
| 5 | Earthquake | $ 1,000 | $ 100,000 |
| 5 | Windstorm or Hail | $ 1,000 | $ 100,000 |
| 5 | All Covered Perils, other than collision, not listed separately on this Schedule | $ 1,000 | $ 10,000 |

ITEM SIX - PHYSICAL DAMAGE COVERAGE

| | | Deductible | |
|-----|--------------------------|-------------------------|--------------------------------------|
| Loc | Covered Causes of Loss** | For Each Covered "Auto" | Maximum Deductible in any one event |
| 6 | Flood | $ 2,500 | $ 250,000 |
| 6 | Earthquake | $ 1,000 | $ 100,000 |
| 6 | Windstorm or Hail | $ 1,000 | $ 100,000 |
| 6 | All Covered Perils, other than collision, not listed separately on this Schedule | $ 1,000 | $ 10,000 |

ITEM SIX - PHYSICAL DAMAGE COVERAGE

| | | Deductible | |
|-----|--------------------------|-------------------------|--------------------------------------|
| Loc | Covered Causes of Loss** | For Each Covered "Auto" | Maximum Deductible in any one event |
| 7 | Flood | $ 2,500 | $ 250,000 |

CA T4 14 SCHED

Page  5 of  6

POLICY NUMBER: **AD-7N911433-21-CAG**

COMMERCIAL AUTO
ISSUE DATE: **10-06-21**

# SCHEDULE EXTENSION
**This is an extension of CA T4 14 02 15**
**GARAGEKEEPERS COVERAGE AND PHYSICAL DAMAGE MULTIPLE DEDUCTIBLES**

**SCHEDULE**

| 7 | Earthquake | $ | 1,000 | $ | 100,000 |
|---|---|---|---|---|---|
| 7 | Windstorm or Hail | $ | 1,000 | $ | 100,000 |
| 7 | All Covered Perils, other than collision, not listed separately on this Schedule | $ | 1,000 | $ | 10,000 |

CA T4 14 SCHED

Page  **6** of  **6**



One Tower Square, Hartford, Connecticut  06183

CHANGE ENDORSEMENT

Named Insured:
DOLAN AUTOMOTIVE GROUP, LLC
AND AS PER IL T8 03

Policy Number: AD-7N911433-21-CAG
Policy Effective Date: 07/01/21
Issue Date: 12/20/21
Return Premium $ ███████

INSURING COMPANY:
TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

Effective from 11/01/21 at the time of day the policy becomes effective.

THIS INSURANCE IS AMENDED AS FOLLOWS:


THE COMMERCIAL AUTOMOBILE COVERAGE PART IS AMENDED AS FOLLOWS:

    COMPREHENSIVE COVERAGE IS CHANGED AS PER ATTACHED SCHEDULE
    FOR:
        GARAGE LOCATION(S):
         0001 0003 0004 0005 0006 0007

    FALSE PRETENSE COVERAGE IS CHANGED AS PER ATTACHED SCHEDULE
    FOR:
        GARAGE LOCATION(S):
         0001 0003 0004 0005 0006 0007

    THE BLANKET COLLISION COVERAGE LIMIT IS CHANGED TO READ:
     AT AUTO DEALER LOCATION(S):
         0001 0003 0004 0005 0006 0007

    THE TOTAL REVISED BLANKET COLLISION LIMIT IS:  $35,180,859


PREMIUM IS PAYABLE AS FOLLOWS:

    DUE ON 11/01/21    $ ███████
    DUE ON 12/01/21    $ ███████  AND EACH SUBSEQUENT 1 MONTH

NAME AND ADDRESS OF AGENT OR BROKER:
    L P INS SERVICES LLC (CWV32)
    300 E 2ND ST STE 1300
    RENO, NV 89501

COUNTERSIGNED BY:

_____
Authorized Representative

DATE:_____

IL T0 07 09 87    PAGE  1 OF  1
OFFICE: PHOENIX



**POLICY NUMBER:**  AD-7N911433-21-CAG

**EFFECTIVE DATE:**  07-01-21

**ISSUE DATE:**  12-20-21

LISTING OF FORMS, ENDORSEMENTS AND SCHEDULE NUMBERS

THIS LISTING SHOWS THE NUMBER OF FORMS, SCHEDULES AND ENDORSEMENTS
BY LINE OF BUSINESS.

```
IL T0 07 09 87    CHANGE ENDORSEMENT
IL T8 01 10 93    FORMS, ENDORSEMENTS AND SCHEDULE NUMBERS


COMMERCIAL AUTOMOBILE

CA T0 77 02 15    AUTO DEALER DECLARATIONS-ITEM ONE & TWO
CA T0 78 02 15    AUTO DEALER DECS-ITEM THREE & FOUR
CA T0 79 02 15    AUTO DEALER DECLARATIONS - ITEM FIVE
CA T0 80 02 15    AUTO DEALER DECLARATIONS - ITEM SIX
CA T0 83 02 15    AUTO DEALER DECLARATIONS-ITEM NINE & TEN
CA T4 80 02 15    AUTO DLRS-ACTS,ERR OR OMISS LMTS EXT END
CA T4 14 02 15    GAR-KEEPERS COV & PHYS DMGE MULTIPLE DED
```

IL T8 01 10 93                                    **PAGE:   1 OF   1**

# COMMERCIAL AUTOMOBILE

# COMMERCIAL AUTOMOBILE

**TRAVELERS**                    One Tower Square, Hartford, Connecticut  06183

```
AUTO DEALERS                      POLICY NUMBER: AD-7N911433-21-CAG
COVERAGE PART DECLARATIONS        ISSUE DATE:  12-20-21  JH


ITEM ONE
INSURING COMPANY:
TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA
Declarations Period:  From:  07-01-21 to 07-01-22 12:01 A.M. Standard
Time at your mailing address shown in the Common Policy Declarations.

FORM OF BUSINESS: LIMITED LIABILITY CO

The Auto Dealers Coverage Part consists of these Declarations and the Coverage
Form shown below.


ITEM TWO
A. COVERAGE AND LIMITS OF INSURANCE
      This policy provides only those coverages where a limit, if applicable,
      is shown in the columns below. Each of the "auto"-related coverages
      will apply only to those "autos" shown as covered "autos"."Autos"
      are shown as covered "autos" for the applicable coverages by the
      entry of one or more of the symbols from section I - Covered Autos
      Coverages of the Auto Dealers Coverage Form next to the name of
      the "auto" related coverage.

      COVERAGES             COVERED AUTOS          LIMIT  OF INSURANCE
                                              THE MOST WE WILL PAY FOR ANY ONE
                                              ACCIDENT OR LOSS

      _____          _____   _____


COVERED AUTOS LIABILTY     21            $  1,000,000 EACH ACCIDENT

GENERAL LIABILITY                        $  1,000,000 EACH ACCIDENT
BODILY INJURY AND PROPERTY
DAMAGE LIABILITY

DAMAGES TO PREMISES                      See CA T4 25
RENTED TO YOU

PERSONAL AND ADVERTISING                 $  1,000,000 ANY ONE PERSON OR
INJURY LIABILITY                                      ORGANIZATION

GENERAL LIABILTY AGGREGATE               $  2,000,000

PRODUCTS AND WORK YOU                     $  2,000,000
PERFORMED AGGREGATE

LOCATIONS AND OPERATIONS                 $      5,000
MEDICAL PAYMENTS

ADDED PERSONAL INJURY                    SEPARATELY STATED IN EACH
PROTECTION                               ADDED PIP ENDORSEMENT
(or equivalent Added
No-fault coverage)


 CA T0 77 02 15                          PAGE  (CONTINUED)
 PRODUCER: L P INS SERVICES LLC  CWV32   OFFICE: PHNX  169
```


**TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

AUTO DEALERS                          POLICY NUMBER: AD-7N911433-21-CAG
COVERAGE PART DECLARATIONS            ISSUE DATE: 12-20-21  JH


| COVERAGES | COVERED AUTOS | LIMIT OF INSURANCE<br>THE MOST WE WILL PAY FOR ANY ONE<br>ACCIDENT OR LOSS |
|---|---|---|
| AUTO MEDICAL PAYMENTS | 21 | $     5,000 |
| UNINSURED AND<br>UNDERINSURED<br>MOTORISTS COVERAGE | 22 | See CA TO 30 |
| GARAGEKEEPERS COVERAGE | 30 | REFER TO ITEM FIVE |
| PHYSICAL DAMAGE<br>COMPREHENSIVE COVERAGE | 23 28 31 | ACTUAL CASH VALUE OR COST<br>OF REPAIR, WHICHEVER IS<br>LESS MINUS $ DEDUCTIBLE<br>FOR EACH COVERED AUTO.<br>See ITEM SIX For Dealers "Autos". |
| PHYSICAL DAMAGE<br>COLLISION COVERAGE | 23 28 31 | ACTUAL CASH VALUE OR COST<br>OF REPAIR, WHICHEVER IS<br>LESS MINUS $ Ded. FOR EACH<br>COVERED AUTO.<br>See Item Six for Dealers<br>Blanket Collision. |
| ACTS, ERRORS OR OMISSIONS<br>LIABILITY | | $   500,000   AGGREGATE<br>$     5,000   PER CLAIM DEDUCTIBLE |

B. AUDIT PERIOD:      ANNUAL

C. DESCRIPTION OF COVERED AUTO DESIGNATION SYMBOLS:
   Symbols 21-31:  See AUTO DEALERS COVERAGE FORM Section I - Covered Autos
   SYMBOL 32:

D. LOSS PAYEE: Any loss under Physical Damage Coverages is payable as
   interest may appear to you and the Loss Payee named in the Declarations
   (see Loss Payable Clause below)

E. NUMBERS OF FORMS, SCHEDULES AND ENDORSEMENTS FORMING PART OF THIS COVERAGE
   PART:  SEE IL T8 01 10 93


CA TO 77 02 15                        PAGE  (CONTINUED)
PRODUCER: L P INS SERVICES LLC  CWV32 OFFICE: PHNX  169



One Tower Square, Hartford, Connecticut  06183

AUTO DEALERS                          POLICY NUMBER: AD-7N911433-21-CAG
COVERAGE PART DECLARATIONS           ISSUE DATE:  12-20-21   JH


LOSS PAYABLE CLAUSE

A.   We will pay you and the loss payee named in the policy for "loss"
     to a covered "auto", as interest may appear.

B.   The insurance covers the interest of the loss payee unless the
     "loss" results from conversion, secretion or embezzlement on your
     part.

C.   We may cancel the policy as allowed by the CANCELLATION Common
     Policy Condition.  Cancellation ends this agreement as to the loss
     payee's interest.  If we cancel the policy we will mail you and the
     loss payee the same advance notice.

D.   If we make any payment to the loss payee, we will obtain their
     rights against any other party.



                       SCHEDULE OF LOSS PAYEES

                          LOSS PAYEE (Name and Address)



CA T0 77 02 15                          PAGE  (CONTINUED)
PRODUCER: L P INS SERVICES LLC  CWV32   OFFICE: PHNX  169



**TRAVELERS**                                One Tower Square, Hartford, Connecticut  06183

```
                                    AUTO DEALERS COVERAGE PART DECLARATIONS
                                    AUTO DEALERS' SUPPLEMENTARY SCHEDULE
                                    Issue date: 12-20-21

                         Policy Number: AD -7N911433-21-CAG

   ITEM THREE - LOCATIONS WHERE YOU CONDUCT AUTO DEALER OPERATIONS
   Loc            Address                        Zip              Cnty/twn
   No         Street and City          State     Code     terr     Code
   ---        ---------------          -----     ----     ----   --------
      1    2100 KIETZKE LANE
           RENO                         NV       89502    111

      2    3225 MILL ST
           RENO                         NV       89502    111

      3    7175 S VIRGINIA ST
           RENO                         NV       89511    111


   ITEM FOUR-AUTO DEALERS - LIABILITY AND PERSONAL INJURY PROTECTION
   (Or Equivalent Or Similar No Fault Coverages) - PREMIUMS
   Loc    Class of                     No of   Rating   Total Rating
   No     Operators                    Persons Units       Units
   ---    ---------                    ------- ------   -----------

    1     Cl I   Empl-Regular            65.0
          Cl I   Empl-A/O              278.0
          Cl II Non-Empl-Under age 25
          Cl II Non-Empl-Age 25 or over


    2     Cl I   Empl-Regular             1.0
          Cl I   Empl-A/O
          Cl II Non-Empl-Under age 25
          Cl II Non-Empl-Age 25 or over


    3     Cl I   Empl-Regular            15.0
          Cl I   Empl-A/O               62.0
          Cl II Non-Empl-Under age 25
          Cl II Non-Empl-Age 25 or over
```

```
              LOCATION       LOCATION       LOCATION
              #  1           #  2           #  3
              --------------- --------------- ---------------
```

```
                                                          TOTAL
               RATE   PREM    RATE   PREM    RATE   PREM   PREMIUMS
AUTO & GEN LIAB
LOC & OP MED PAY
PIP/APIP
NJ PED PIP
MICHIGAN PPI
AUTO MED PAY
A, E & O LIAB
     CA T0 78 02 15                          Page  1 (Continued)
```



**TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

AUTO DEALERS COVERAGE PART DECLARATIONS
AUTO DEALERS' SUPPLEMENTARY SCHEDULE
Issue date: 12-20-21

Policy Number: AD -7N911433-21-CAG

ITEM THREE - LOCATIONS WHERE YOU CONDUCT AUTO DEALER OPERATIONS

| Loc No | Address Street and City | State | Zip Code | terr | Cnty/twn Code |
|---|---|---|---|---|---|
| 4 | 550 KIETZKE LN RENO | NV | 89502 | 111 | |
| 5 | 700 KIETZKE LN RENO | NV | 89502 | 111 | |
| 6 | 1395 E NEWLANDS DR FERNLEY | NV | 89408 | 106 | |

ITEM FOUR-AUTO DEALERS - LIABILITY AND PERSONAL INJURY PROTECTION
(Or Equivalent Or Similar No Fault Coverages) - PREMIUMS

| Loc No | Class of Operators | No of Persons | Rating Units | Total Rating Units |
|---|---|---|---|---|
| 4 | Cl I   Empl-Regular | 1.0 | | |
| | Cl I   Empl-A/O | 3.0 | | |
| | Cl II Non-Empl-Under age 25 | | | |
| | Cl II Non-Empl-Age 25 or over | | | |
| 5 | Cl I   Empl-Regular | 16.0 | | |
| | Cl I   Empl-A/O | 57.0 | | |
| | Cl II Non-Empl-Under age 25 | | | |
| | Cl II Non-Empl-Age 25 or over | | | |
| 6 | Cl I   Empl-Regular | 7.0 | | |
| | Cl I   Empl-A/O | 19.0 | | |
| | Cl II Non-Empl-Under age 25 | | | |
| | Cl II Non-Empl-Age 25 or over | | | |

| | LOCATION # 4 | | LOCATION # 5 | | LOCATION # 6 | | TOTAL PREMIUMS |
|---|---|---|---|---|---|---|---|
| | RATE | PREM | RATE | PREM | RATE | PREM | |
| AUTO & GEN LIAB | | | | | | | |
| LOC & OP MED PAY | | | | | | | |
| PIP/APIP | | | | | | | |
| NJ PED PIP | | | | | | | |
| MICHIGAN PPI | | | | | | | |
| AUTO MED PAY | | | | | | | |
| A, E & O LIAB | | | | | | | |

CA T0 78 02 15                                    Page  2 (Continued)



**TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

```
                              AUTO DEALERS COVERAGE PART DECLARATIONS
                              AUTO DEALERS' SUPPLEMENTARY SCHEDULE
                              Issue date: 12-20-21

                     Policy Number: AD -7N911433-21-CAG

    ITEM THREE - LOCATIONS WHERE YOU CONDUCT AUTO DEALER OPERATIONS
    Loc            Address                          Zip            Cnty/twn
    No          Street and City        State       Code    terr    Code
    ---         ---------------        -----       ----    ----   --------
     7     9455&9475 S VIRGINIA STREET
           RENO                          NV       89511            111
```

```
    ITEM FOUR-AUTO DEALERS - LIABILITY AND PERSONAL INJURY PROTECTION
    (Or Equivalent Or Similar No Fault Coverages) - PREMIUMS
    Loc    Class of                      No of    Rating    Total Rating
    No     Operators                     Persons  Units       Units
    ---    ---------                     -------  ------    -----------

     7     Cl I   Empl-Regular            11.0
           Cl I   Empl-A/O                37.0
           Cl II  Non-Empl-Under age 25
           Cl II  Non-Empl-Age 25 or over


           Cl I   Empl-Regular
           Cl I   Empl-A/O
           Cl II  Non-Empl-Under age 25
           Cl II  Non-Empl-Age 25 or over


           Cl I   Empl-Regular
           Cl I   Empl-A/O
           Cl II  Non-Empl-Under age 25
           Cl II  Non-Empl-Age 25 or over
```

```
                 LOCATION        LOCATION        LOCATION
                 #    7          #               #
                ---------------  ---------------  ---------------
```

|  | RATE | PREM | RATE | PREM | RATE | PREM | TOTAL PREMIUMS |
|---|---|---|---|---|---|---|---|
| AUTO & GEN LIAB | | | | | | | |
| LOC & OP MED PAY | | | | | | | |
| PIP/APIP | | | | | | | |
| NJ PED PIP | | | | | | | |
| MICHIGAN PPI | | | | | | | |
| AUTO MED PAY | | | | | | | |
| A, E & O LIAB | | | | | | | |

```
         CA T0 78 02 15                        Page  3 (Continued)
```



One Tower Square, Hartford, Connecticut 06183

AUTO DEALERS COVERAGE PART DECLARATIONS
AUTO DEALERS' SUPPLEMENTARY SCHEDULE
Issue date: 12-20-21

Policy Number: AD -7N911433-21-CAG

ITEM FOUR-AUTO DEALERS - LIABILITY COVERAGE - PREMIUMS(Continued)

LIABILITY MINIMUM PREMIUM - 

DEFINITIONS:
Class I-Employees
Regular Operator - Proprietors, owners, executive officers, sales managers,
service managers, finance managers and general managers, whether they have an
assigned vehicle or not, and any employee whose principal duty involves the
operation of covered "autos" or who is furnished a covered "auto".
All Others - All other employees including salespersons who have not been
assigned an auto or who do not have permission to access plates for personal
use of autos.

NOTE:
1.  Part-time employees working an average of 20 hours or more a week for
    the number of weeks worked are to be counted as one rating unit each.
2.  Part-time employees working an average of less than 20 hours a week for
    the number of weeks worked are to be counted as 1/2 rating unit each.

Class II-Non-Employees
Any of the following persons who are regularly furnished with a covered "auto"
: Inactive proprietors, partners or officers and their relatives and the
relatives of any person described in Class I.

CA T0 78 02 15                            Page  4



One Tower Square, Hartford, Connecticut 06183

```
                              AUTO DEALERS COVERAGE PART DECLARATIONS
                              Issue Date: 12-20-21

                      Policy Number: AD -7N911433-21-CAG
ITEM FIVE
GARAGEKEEPERS COVERAGES AND PREMIUMS

Location           Coverages              Limit of Insurance for Each Location
   No.

         COMPREHENSIVE          $     2,500,000      MINUS THE DEDUCTIBLE AS
   1                            SHOWN ON CA T4 14
                                      OR
                                $          MINUS $          DEDUCTIBLE FOR ALL
                                PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO
                                $             MAXIMUM DEDUCTIBLE
                                FOR ALL SUCH LOSS IN EACH EVENT AT THIS LOCATION.


         SPECIFIED CAUSES OF    $          MINUS $          DEDUCTIBLE FOR
         LOSS                   EACH CUSTOMER'S AUTO FOR LOSS CAUSED BY THEFT
                                OR MISCHIEF OR VANDALISM SUBJECT TO $
                                MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY
                                ONE EVENT;
                                      OR
                                $          MINUS $          DEDUCTIBLE FOR ALL
                                PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO
                                $             MAXIMUM DEDUCTIBLE
                                FOR ALL SUCH LOSS IN ANY ONE EVENT.
         COLLISION              $ 2,500,000 MINUS $     3,000 DEDUCTIBLE FOR EACH
                                CUSTOMER'S AUTO.




         CA T0 79 02 15                            PAGE 01   (Continued)
```



One Tower Square, Hartford, Connecticut  06183

AUTO DEALERS COVERAGE PART DECLARATIONS
Issue Date: 12-20-21

Policy Number: AD -7N911433-21-CAG

ITEM FIVE
GARAGEKEEPERS COVERAGES AND PREMIUMS

| Location No. | Coverages | Limit of Insurance for Each Location |
|---|---|---|
| 2 | COMPREHENSIVE | $      500,000      MINUS THE DEDUCTIBLE AS SHOWN ON CA T4 14<br>OR<br>$          MINUS $          DEDUCTIBLE FOR ALL PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO $          MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN EACH EVENT AT THIS LOCATION. |
|  | SPECIFIED CAUSES OF LOSS | $          MINUS $          DEDUCTIBLE FOR EACH CUSTOMER'S AUTO FOR LOSS CAUSED BY THEFT OR MISCHIEF OR VANDALISM SUBJECT TO $ MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT;<br>OR<br>$          MINUS $          DEDUCTIBLE FOR ALL PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO $          MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT. |
|  | COLLISION | $     500,000 MINUS $      3,000 DEDUCTIBLE FOR EACH CUSTOMER'S AUTO. |

CA T0 79 02 15                          PAGE 02   (Continued)



**TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

AUTO DEALERS COVERAGE PART DECLARATIONS
Issue Date: 12-20-21

Policy Number: AD -7N911433-21-CAG

ITEM FIVE
GARAGEKEEPERS COVERAGES AND PREMIUMS

| Location No. | Coverages | Limit of Insurance for Each Location |
|---|---|---|
| 3 | COMPREHENSIVE | $     2,000,000      MINUS THE DEDUCTIBLE AS SHOWN ON CA T4 14 |
| | | OR |
| | | $          MINUS $          DEDUCTIBLE FOR ALL PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO |
| | | $          MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN EACH EVENT AT THIS LOCATION. |
| | SPECIFIED CAUSES OF LOSS | $          MINUS $          DEDUCTIBLE FOR EACH CUSTOMER'S AUTO FOR LOSS CAUSED BY THEFT OR MISCHIEF OR VANDALISM SUBJECT TO $          MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT; |
| | | OR |
| | | $          MINUS $          DEDUCTIBLE FOR ALL PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO $          MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT. |
| | COLLISION | $ 2,000,000 MINUS $     3,000 DEDUCTIBLE FOR EACH CUSTOMER'S AUTO. |

CA T0 79 02 15                              PAGE 03   (Continued)

 **TRAVELERS**

One Tower Square, Hartford, Connecticut  06183

AUTO DEALERS COVERAGE PART DECLARATIONS
Issue Date: 12-20-21

Policy Number: AD -7N911433-21-CAG

ITEM FIVE
GARAGEKEEPERS COVERAGES AND PREMIUMS

| Location No. | Coverages | Limit of Insurance for Each Location |
|---|---|---|
| 4 | COMPREHENSIVE | $          100,000        MINUS  THE  DEDUCTIBLE  AS SHOWN ON CA T4 14<br>                   OR<br>$           MINUS $           DEDUCTIBLE FOR ALL PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO $           MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN EACH EVENT AT THIS LOCATION. |
| | SPECIFIED CAUSES OF LOSS | $           MINUS $           DEDUCTIBLE FOR EACH CUSTOMER'S AUTO FOR LOSS CAUSED BY THEFT OR MISCHIEF OR VANDALISM SUBJECT TO $           MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT;<br>                   OR<br>$           MINUS $           DEDUCTIBLE FOR ALL PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO $           MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT. |
| | COLLISION | $    100,000 MINUS $     3,000 DEDUCTIBLE FOR EACH CUSTOMER'S AUTO. |

CA T0 79 02 15                                    PAGE 04   (Continued)

 **TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

                                        AUTO DEALERS COVERAGE PART DECLARATIONS
                                        Issue Date: 12-20-21

                        Policy Number: AD -7N911433-21-CAG

ITEM FIVE
GARAGEKEEPERS COVERAGES AND PREMIUMS

Location            Coverages              Limit of Insurance for Each Location
   No.

        COMPREHENSIVE        $    1,000,000      MINUS THE DEDUCTIBLE AS
   5                         SHOWN ON CA T4 14
                                     OR
                             $          MINUS $          DEDUCTIBLE FOR ALL
                             PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO
                             $          MAXIMUM DEDUCTIBLE
                             FOR ALL SUCH LOSS IN EACH EVENT AT THIS LOCATION.


        SPECIFIED CAUSES OF  $          MINUS $          DEDUCTIBLE FOR
        LOSS                 EACH CUSTOMER'S AUTO FOR LOSS CAUSED BY THEFT
                             OR MISCHIEF OR VANDALISM SUBJECT TO $
                             MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY
                             ONE EVENT;
                                     OR
                             $          MINUS $          DEDUCTIBLE FOR ALL
                             PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO
                             $          MAXIMUM DEDUCTIBLE
                             FOR ALL SUCH LOSS IN ANY ONE EVENT.
        COLLISION            $ 1,000,000 MINUS $    3,000 DEDUCTIBLE FOR EACH
                             CUSTOMER'S AUTO.




        CA T0 79 02 15                          PAGE 05   (Continued)



**TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

```
                              AUTO DEALERS COVERAGE PART DECLARATIONS
                              Issue Date: 12-20-21

                         Policy Number: AD -7N911433-21-CAG
ITEM FIVE
GARAGEKEEPERS COVERAGES AND PREMIUMS

Location        Coverages              Limit of Insurance for Each Location
   No.

       COMPREHENSIVE         $        500,000      MINUS THE DEDUCTIBLE AS
   6                         SHOWN ON CA T4 14
                                    OR
                             $           MINUS $          DEDUCTIBLE FOR ALL
                             PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO
                             $             MAXIMUM DEDUCTIBLE
                             FOR ALL SUCH LOSS IN EACH EVENT AT THIS LOCATION.


       SPECIFIED CAUSES OF   $           MINUS $          DEDUCTIBLE FOR
       LOSS                  EACH CUSTOMER'S AUTO FOR LOSS CAUSED BY THEFT
                             OR MISCHIEF OR VANDALISM SUBJECT TO $
                             MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY
                             ONE EVENT;
                                    OR
                             $           MINUS $          DEDUCTIBLE FOR ALL
                             PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO
                             $             MAXIMUM DEDUCTIBLE
                             FOR ALL SUCH LOSS IN ANY ONE EVENT.
       COLLISION             $    500,000 MINUS $     3,000 DEDUCTIBLE FOR EACH
                             CUSTOMER'S AUTO.




       CA T0 79 02 15                        PAGE 06   (Continued)
```



**TRAVELERS**

One Tower Square, Hartford, Connecticut  06183

AUTO DEALERS COVERAGE PART DECLARATIONS
Issue Date: 12-20-21

Policy Number: AD -7N911433-21-CAG

ITEM FIVE
GARAGEKEEPERS COVERAGES AND PREMIUMS

| Location No. | Coverages | Limit of Insurance for Each Location |
|---|---|---|
| 7 | COMPREHENSIVE | $     1,000,000    MINUS THE DEDUCTIBLE AS SHOWN ON CA T4 14<br>           OR<br>$          MINUS $          DEDUCTIBLE FOR ALL PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO $          MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN EACH EVENT AT THIS LOCATION. |
|  | SPECIFIED CAUSES OF LOSS | $          MINUS $          DEDUCTIBLE FOR EACH CUSTOMER'S AUTO FOR LOSS CAUSED BY THEFT OR MISCHIEF OR VANDALISM SUBJECT TO $ MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT;<br>           OR<br>$          MINUS $          DEDUCTIBLE FOR ALL PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO $          MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT. |
|  | COLLISION | $ 1,000,000 MINUS $     3,000 DEDUCTIBLE FOR EACH CUSTOMER'S AUTO. |

CA T0 79 02 15                          PAGE 07   (Continued)



**TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

AUTO DEALERS COVERAGE PART DECLARATIONS
Issue Date: 12-20-21

Policy Number: AD -7N911433-21-CAG

ITEM FIVE - GARAGEKEEPERS COVERAGES & PREMIUMS (Continued)

PREMIUM FOR ALL LOCATIONS
        Comprehensive
        Specified Causes of Loss
        Collision



GARAGEKEEPERS COVERAGE applies on a legal liability basis unless one of
the Direct Coverage Options is indicated below by "(X)"

  DIRECT COVERAGE OPTIONS

    ( ) EXCESS INSURANCE  If this box is checked, GARAGEKEEPERS COVERAGE
        remains applicable on a legal liability basis. However coverage also
        applies without regard to your or any other "Insured's" legal
        liability for "loss" to a customer's "auto" on an  excess basis over
        any other collectible insurance regardless of whether the other
        insurance covers your or any other "insured's"interest or the interest
        of the covered "auto's" owner.

    ( ) PRIMARY INSURANCE  If this box is checked GARAGEKEEPERS COVERAGE is
        changed to apply without regard to your or any other "insured's"
        legal liability for "loss" to a customer's "auto" and is primary
        insurance.

CA T0 79 02 15                              PAGE 08



One Tower Square, Hartford, Connecticut  06183

```
                                       AUTO DEALERS
                                       COVERAGE PART
                                       DECLARATIONS
                                       ISSUE DATE 12-20-21

                            POLICY NUMBER: AD -7N911433-21-CAG

          ITEM SIX

          PHYSICAL DAMAGE INSURANCE-TYPES OF COVERED AUTOS AND INTERESTS IN THESE
          AUTOS-PREMIUMS-REPORTING OR NONREPORTING BASIS.

          Each of the following PHYSICAL DAMAGE coverages that is indicated in ITEM
          TWO applies only to the types of autos and interest indicated by 'X'.

                                                            SPECIFIED
          COVERAGES                           COMPREHENSIVE CAUSES OF LOSS  COLLISION

          TYPES      NEW AUTOS                      X                          X
          OF
          AUTOS      USED AUTOS, DEMONSTRATORS
                     AND SERVICE VEHICLES          X                          X

          INTERESTS  YOUR INTEREST IN COVERED
          COVERED    AUTOS YOU OWN

                     YOUR INTEREST ONLY IN
                     FINANCED COVERED AUTOS

                     YOUR INTEREST AND THE
                     INTEREST OF ANY CREDITOR
                     NAMED AS A LOSS PAYEE         X                          X

                     ALL INTERESTS IN ANY AUTO NOT
                     OWNED BY YOU OR ANY CREDITOR
                     WHILE IN YOUR POSSESSION ON
                     CONSIGNMENT FOR SALE
```

Our limit of insurance for 'loss' at locations other than those stated in
ITEM THREE.
   $  1,000,000 Additional locations where you store covered autos
   $  1,000,000 In transit

PREMIUM BASIS-Reporting (Quarterly or Monthly) or Nonreporting (Indicate Basis
 Agreed Upon by X)
 ( ) REPORTING BASIS (Quarterly or Monthly) as indicated below by 'X'.
     You must report to us on our form the locations of your covered "autos"
     and their total value at each such location. For your main sales location
     identified as location no. 1, you must include the total value of all
     covered "autos" you have furnished or made available to yourself, your
     executives, your "employees" or family members and other Class II - Non-
     Employees, and covered "autos" that are temporarily displayed or stored
     at locations other than those stated in ITEM THREE above. For your main
     sales location you must include the total value of all service vehicles.

CA T0 80 02 15                                          PAGE    1



**TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

```
                                        AUTO DEALERS
                                        COVERAGE PART
                                        DECLARATIONS
                                        ISSUE DATE 12-20-21

                        POLICY NUMBER: AD -7N911433-21-CAG
```

ITEM SIX    (CONTINUED)

PREMIUM BASIS-Reporting or Nonreporting(Indicate Basis Agreed Upon by X)
 (continued)

        YOUR REPORTING BASIS IS:
        ( ) QUARTERLY you must give us your first report by the fifteenth of the
            fourth month after the policy begins. Your subsequent reports must
            be given to us by the fifteenth of every third month. Your reports
            must contain the value for the last business day of every third
            month coming within the policy period.
        ( ) MONTHLY You must give us your reports by the fifteenth of every
            month. Your reports will contain the total values you had on the
            last business day of the preceding month.
        Premiums will be calculated pro rata of the annual premium for the expo-
        sures contained in each report. At the end of each policy year we will
        add the monthly premiums or the quarterly premiums to determine your
        final premium due for the entire policy year. The estimated total
        premiums shown will be credited against the final premium due.
     (X) NONREPORTING BASIS. Stated limit of insurance shown above applies.


LOC.
NO.    COVERAGE           LIMIT OF INSURANCE FOR EACH LOCATION

  1    COMPREHENSIVE      LIMIT OF INSURANCE AS STATED IN EACH SELECTION
                          BELOW, MINUS THE DEDUCTIBLES AS SHOWN ON
                          CA T4 14.

                                      LIMIT       RATE       PREMIUM
        FIRE ONLY, BUILDING & LOTS
        BUILDING                    10,000,000    ███████████████████
        STANDARD OPEN LOTS          █████████████████████████████████
        NON STANDARD OPEN LOTS       2,959,987    ███████████████████
        MISCELLANEOUS BUILDING
        MISCELLANEOUS OPEN LOTS


ALL    BLANKET            $ 35,180,859 MINUS $ 2,500 DEDUCTIBLE FOR EACH
       COLLISION              COVERED AUTO.



                                        COLLISION PREMIUM  $ ████████



CA T0 80 02 15                                          PAGE    2
```



One Tower Square, Hartford, Connecticut 06183

```
                                    AUTO DEALERS
                                    COVERAGE PART
                                    DECLARATIONS
                                    ISSUE DATE 12-20-21

                          POLICY NUMBER: AD -7N911433-21-CAG


    ITEM SIX    (CONTINUED)

    LOC.
    NO.   COVERAGE           LIMIT OF INSURANCE FOR EACH LOCATION

      3   COMPREHENSIVE      LIMIT OF INSURANCE AS STATED IN EACH SELECTION
                             BELOW, MINUS THE DEDUCTIBLES AS SHOWN ON
                             CA T4 14.

                                          LIMIT        RATE        PREMIUM
          FIRE ONLY, BUILDING & LOTS
          BUILDING                      750,000
          STANDARD OPEN LOTS          6,318,522
          NON STANDARD OPEN LOTS
          MISCELLANEOUS BUILDING
          MISCELLANEOUS OPEN LOTS

      4   COMPREHENSIVE      LIMIT OF INSURANCE AS STATED IN EACH SELECTION
                             BELOW, MINUS THE DEDUCTIBLES AS SHOWN ON
                             CA T4 14.

                                          LIMIT        RATE        PREMIUM
          FIRE ONLY, BUILDING & LOTS
          BUILDING
          STANDARD OPEN LOTS
          NON STANDARD OPEN LOTS        144,279
          MISCELLANEOUS BUILDING
          MISCELLANEOUS OPEN LOTS

      5   COMPREHENSIVE      LIMIT OF INSURANCE AS STATED IN EACH SELECTION
                             BELOW, MINUS THE DEDUCTIBLES AS SHOWN ON
                             CA T4 14.

                                          LIMIT        RATE        PREMIUM
          FIRE ONLY, BUILDING & LOTS
          BUILDING                    1,000,000
          STANDARD OPEN LOTS
          NON STANDARD OPEN LOTS      4,314,853
          MISCELLANEOUS BUILDING
          MISCELLANEOUS OPEN LOTS




    CA T0 80 02 15                                         PAGE    3
```


**TRAVELERS**

One Tower Square, Hartford, Connecticut  06183

```
                              AUTO DEALERS
                              COVERAGE PART
                              DECLARATIONS
                              ISSUE DATE 12-20-21

                         POLICY NUMBER: AD -7N911433-21-CAG


   ITEM SIX    (CONTINUED)

   LOC.
   NO.    COVERAGE           LIMIT OF INSURANCE FOR EACH LOCATION

     6    COMPREHENSIVE      LIMIT OF INSURANCE AS STATED IN EACH SELECTION
                             BELOW, MINUS THE DEDUCTIBLES AS SHOWN ON
                             CA T4 14.

                                            LIMIT       RATE      PREMIUM
           FIRE ONLY, BUILDING & LOTS
           BUILDING                          750,000
           STANDARD OPEN LOTS
           NON STANDARD OPEN LOTS          6,464,988
           MISCELLANEOUS BUILDING
           MISCELLANEOUS OPEN LOTS

     7    COMPREHENSIVE      LIMIT OF INSURANCE AS STATED IN EACH SELECTION
                             BELOW, MINUS THE DEDUCTIBLES AS SHOWN ON
                             CA T4 14.

                                            LIMIT       RATE      PREMIUM
           FIRE ONLY, BUILDING & LOTS
           BUILDING                          800,000
           STANDARD OPEN LOTS
           NON STANDARD OPEN LOTS          1,678,230
           MISCELLANEOUS BUILDING
           MISCELLANEOUS OPEN LOTS
```

```
                                  TOTAL PREMIUM  $  ████████

   CA T0 80 02 15                                  PAGE    4
```

 **TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

```
                                    AUTO DEALERS
                                    COVERAGE PART
                                    DECLARATIONS
                                    ISSUE DATE 12-20-21

                           POLICY NUMBER: AD -7N911433-21-CAG

        ITEM SIX    (CONTINUED)

                             SCHEDULE OF LOSS PAYEES

              (Refer to the Schedule of Loss Payees in CA T0 77 02 15 ITEM TWO.)
```

```
        CA T0 80 02 15                            PAGE    5
```



One Tower Square, Hartford, Connecticut  06183

AUTO DEALERS COVERAGE PART DECLARATIONS

Issue date: 12-20-21

Policy Number: AD-7N911433-21-CAG

ITEM TEN
UNINSURED MOTORISTS COVERAGE-PREMIUMS-REFER TO ITEM SEVEN FOR SEPARATELY
REGISTERED COVERED AUTOS.

| LOCATION NUMBER | NUMBER OF PLATES | RATE PER PLATE | PREMIUM |
| --------------- | ---------------- | -------------- | ------- |
| 001 | 85 | | |
| 002 | 1 | | |
| 003 | 34 | | |
| 004 | 3 | | |
| 005 | 12 | | |
| 006 | 12 | | |
| 007 | 26 | | |

CA T0 83 02 15                                         Page   1

COMMERCIAL AUTO

POLICY NUMBER: AD-7N911433-21-CAG

ISSUE DATE: 12-20-21

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# AUTO DEALERS – ACTS, ERRORS OR OMISSIONS LIMITS EXTENSION ENDORSEMENT

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM

### SCHEDULE OF ACTS, ERRORS OR OMISSIONS LIABILITY LIMITS

The Limits of Insurance apply separately to each "act, error or omission" coverage:

| | |
|---|---|
| EACH CLAIM LIMIT OF INSURANCE | $ 500,000 |
| AGGREGATE LIMIT OF INSURANCE | $ 500,000 |
| ONE YEAR PRIOR ACTS LIMIT OF INSURANCE | $ 100,000 |

## PROVISIONS

The following replaces Paragraph **E.**, **Limit Of Insurance And Deductible**, of **SECTION III – ACTS, ERRORS OR OMISSIONS LIABILITY COVERAGES:**

**E. Limits Of Insurance**

**1.** Regardless of the number of "insureds", claims made or "suits" brought or persons or organizations making claims or bringing "suits", the most we will pay for the sum of all damages for each separate "act, error or omission" coverage is the Aggregate Limit of Insurance shown in the Schedule Of Acts, Errors Or Omissions Liability Limits.

**2.** Subject to the Aggregate Limit of Insurance for the applicable "act, error or omission" coverage, the most we will pay for all damages resulting from any one claim is the Each Claim Limit of Insurance shown in the Schedule Of Acts, Errors Or Omissions Liability Limits. Any "suits" involving a class action will be deemed one claim. No other Limits of Insurance apply.

**3.** If One Year Prior Acts Coverage is part of your Acts, Errors And Omissions Liability Coverages, then the One Year Prior Acts Limit Of Insurance Paragraph is replaced by the following:

A **$100,000** One Year Prior Acts Limit Of Insurance applies separately to each coverage included in the definition of "act, error or omission" for damages because of any "act, error or omission" committed during this one year period. This limit applies to each such claim and as an aggregate for all such claims related to the same "act, error or omission" coverage. No other limit of insurance applies to such prior acts.

© 2015 The Travelers Indemnity Company, Inc. All rights reserved.
Includes the copyrighted material of Insurance Services Office, Inc. with its permission.

POLICY NUMBER: **AD-7N911433-21-CAG**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# GARAGEKEEPERS COVERAGE AND
# PHYSICAL DAMAGE MULTIPLE DEDUCTIBLES

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE PART DECLARATIONS
AUTO DEALERS COVERAGE FORM

**PROVISIONS**

**1.** The deductibles shown in the applicable Schedule below apply for the Comprehensive and Specified Causes of Loss section at **ITEM FIVE – GARAGEKEEPERS COVERAGE AND PREMIUMS** and for the Comprehensive Coverage Limit of Insurance for Each Location section at **ITEM SIX – PHYSICAL DAMAGE COVERAGE** section of the **AUTO DEALERS COVERAGE PART DECLARATIONS**:

### SCHEDULE

**ITEM FIVE – GARAGEKEEPERS COVERAGE**

| Location (list each location separately) | Covered Causes of Loss* | Deductible | |
| --- | --- | --- | --- |
| | | For Each Covered "Auto" | Maximum Deductible in any one event at each location |
| **SEE SCHEDULE EXTENSION** | | | |

**ITEM SIX – PHYSICAL DAMAGE COVERAGE**

| Location (list each location separately) | Covered Causes of Loss* | Deductible | |
| --- | --- | --- | --- |
| | | For Each Covered "Auto" | Maximum Deductible in any one event at each location |
| **SEE SCHEDULE EXTENSION** | | | |

**CA T4 14 02 15**

© 2015 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

COMMERCIAL AUTO

- For each Deductible listed in this Schedule, enter the description of any Covered Causes of Loss listed below to which that Deductible applies:

    **(1)** Theft or Mischief or Vandalism

    **(2)** Earthquake

    **(3)** Windstorm Or Hail

    **(4)** Flood

    **(5)** All Covered Perils, other than collision, not listed separately on this Schedule

**2.** The following replaces Paragraph **5.**, **Limit Of Insurance And Deductibles**, in Paragraph **E.**, **Garagekeepers Coverage**, of **SECTION I – COVERED AUTOS COVERAGES**:

**5.** **Limit Of Insurance And Deductibles**

**a.** Regardless of the number of "customer's autos", "insureds", premiums paid, claims made or "suits" brought, the most we will pay for each "loss" is the Garagekeepers Coverage Limit of Insurance shown in the Declarations for that location minus the applicable deductible for "loss" caused by collision shown in the Declarations, and the applicable deductible for the specified covered cause of loss shown in the Schedule above.

**b.** The maximum deductible stated in the Schedule for Garagekeepers Coverage Comprehensive applies to the location for which it is shown and is the most that will be deducted for all "loss" in any one event from the covered cause of loss for which it is shown at that location. If "NO" appears in the Schedule above for maximum deductible, then no maximum deductible applies for "loss" from the covered cause of loss for which it is shown.

**c.** Sometimes to settle a claim or "suit" we may pay all or any part of the deductible. If this happens you must reimburse us for the deductible or that portion of the deductible that we paid.

**3.** The following replaces Paragraph **5.**, **Deductible**, in Paragraph **F.**, **Physical Damage Coverage**, of **SECTION I – COVERED AUTOS COVERAGES**:

**5.** **Deductible**

For each covered "auto", our obligation to pay for, repair, return or replace damaged or stolen property will be reduced by the applicable deductible shown in the Schedule above that applies to specified covered cause of loss.

The maximum deductible stated in the Schedule applies to the location for which it is shown and is the most that will be deducted for all "loss" in any one event from the covered cause of loss for which it is shown at that location. If "NO" appears in the Schedule above for maximum deductible, then no maximum deductible applies for "loss" from the covered cause of loss for which it is shown.

© 2015 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

**CA T4 14 02 15**

POLICY NUMBER: AD-7N911433-21-CAG

COMMERCIAL AUTO
ISSUE DATE: 12-20-21

# SCHEDULE EXTENSION

**This is an extension of CA T4 14 02 15**

**GARAGEKEEPERS COVERAGE AND PHYSICAL DAMAGE MULTIPLE DEDUCTIBLES**

**SCHEDULE**

ITEM FIVE - GARAGEKEEPERS COVERAGE

| Loc | Covered Causes of Loss** | Deductible For Each Covered "Auto" | Deductible Maximum Deductible in any one event |
|---|---|---|---|
| 1 | Flood | $ 2,500 | $ 250,000 |
| 1 | Earthquake | $ 1,000 | $ 100,000 |
| 1 | Windstorm or Hail | $ 1,000 | $ 100,000 |
| 1 | All Covered Perils, other than collision, not listed separately on this Schedule | $ 1,000 | $ 10,000 |
| 2 | Flood | $ 2,500 | $ 250,000 |
| 2 | Earthquake | $ 1,000 | $ 100,000 |
| 2 | Windstorm or Hail | $ 1,000 | $ 100,000 |
| 2 | All Covered Perils, other than collision, not listed separately on this Schedule | $ 1,000 | $ 10,000 |
| 3 | Flood | $ 2,500 | $ 250,000 |
| 3 | Earthquake | $ 1,000 | $ 100,000 |
| 3 | Windstorm or Hail | $ 1,000 | $ 100,000 |
| 3 | All Covered Perils, other than collision, not listed separately on this Schedule | $ 1,000 | $ 10,000 |
| 4 | Flood | $ 2,500 | $ 250,000 |
| 4 | Earthquake | $ 1,000 | $ 75,000 |

CA T4 14 SCHED

TRAVELERS DOC MGMT Page 288 of 615

POLICY NUMBER: AD-7N911433-21-CAG

COMMERCIAL AUTO
ISSUE DATE: 12-20-21

# SCHEDULE EXTENSION

**This is an extension of CA T4 14 02 15**

**GARAGEKEEPERS COVERAGE AND PHYSICAL DAMAGE MULTIPLE DEDUCTIBLES**

**SCHEDULE**

| | | | |
|---|---|---|---|
| 4 | Windstorm or Hail | $ 1,000 | $ 100,000 |
| 4 | All Covered Perils, other than collision, not listed separately on this Schedule | $ 1,000 | $ 10,000 |

**ITEM FIVE - GARAGEKEEPERS COVERAGE**

| | | Deductible | |
|---|---|---|---|
| Loc | Covered Causes of Loss** | For Each Covered "Auto" | Maximum Deductible in any one event |
| 5 | Flood | $ 2,500 | $ 250,000 |
| 5 | Earthquake | $ 1,000 | $ 100,000 |
| 5 | Windstorm or Hail | $ 1,000 | $ 100,000 |
| 5 | All Covered Perils, other than collision, not listed separately on this Schedule | $ 1,000 | $ 10,000 |

**ITEM FIVE - GARAGEKEEPERS COVERAGE**

| | | Deductible | |
|---|---|---|---|
| Loc | Covered Causes of Loss** | For Each Covered "Auto" | Maximum Deductible in any one event |
| 6 | Flood | $ 2,500 | $ 250,000 |
| 6 | Earthquake | $ 1,000 | $ 100,000 |
| 6 | Windstorm or Hail | $ 1,000 | $ 100,000 |
| 6 | All Covered Perils, other than collision, not listed separately on this Schedule | $ 1,000 | $ 10,000 |

CA T4 14 SCHED

Page 2 of 6

POLICY NUMBER: **AD-7N911433-21-CAG**

COMMERCIAL AUTO
ISSUE DATE: **12-20-21**

# SCHEDULE EXTENSION

**This is an extension of CA T4 14 02 15**

**GARAGEKEEPERS COVERAGE AND PHYSICAL DAMAGE MULTIPLE DEDUCTIBLES**

**SCHEDULE**

**ITEM FIVE - GARAGEKEEPERS COVERAGE**

|     |                       | Deductible | |
| --- | --------------------- | --- | --- |
|     |                       | For Each Covered | Maximum Deductible in |
| Loc | Covered Causes of Loss** | "Auto" | any one event |
| 7 | Flood | $    2,500 | $    250,000 |
| 7 | Earthquake | $    1,000 | $    100,000 |
| 7 | Windstorm or Hail | $    1,000 | $    100,000 |
| 7 | All Covered Perils, other than collision, not listed separately on this Schedule | $    1,000 | $    10,000 |

**ITEM SIX - PHYSICAL DAMAGE COVERAGE**

|     |                       | Deductible | |
| --- | --------------------- | --- | --- |
|     |                       | For Each Covered | Maximum Deductible in |
| Loc | Covered Causes of Loss** | "Auto" | any one event |

**ITEM SIX - PHYSICAL DAMAGE COVERAGE**

|     |                       | Deductible | |
| --- | --------------------- | --- | --- |
|     |                       | For Each Covered | Maximum Deductible in |
| Loc | Covered Causes of Loss** | "Auto" | any one event |
| 1 | Flood | $    2,500 | $    250,000 |
| 1 | Earthquake | $    2,500 | $    250,000 |
| 1 | Windstorm or Hail | $    1,000 | $    100,000 |
| 1 | All Covered Perils, other than collision, not listed separately on | $    1,000 | $    10,000 |

CA T4 14 SCHED

TRAVELERS DOC MGMT Page 290 of 615

POLICY NUMBER: **AD-7N911433-21-CAG**

COMMERCIAL AUTO
ISSUE DATE: 12-20-21

# SCHEDULE EXTENSION

### This is an extension of CA T4 14 02 15

### GARAGEKEEPERS COVERAGE AND PHYSICAL DAMAGE MULTIPLE DEDUCTIBLES

### SCHEDULE

this Schedule

**ITEM SIX - PHYSICAL DAMAGE COVERAGE**

| | | Deductible | |
|---|---|---|---|
| Loc | Covered Causes of Loss** | For Each Covered "Auto" | Maximum Deductible in any one event |
| 3 | Flood | $    2,500 | $    250,000 |
| 3 | Earthquake | $    1,000 | $    100,000 |
| 3 | Windstorm or Hail | $    1,000 | $    100,000 |
| 3 | All Covered Perils, other than collision, not listed separately on this Schedule | $    1,000 | $    10,000 |

**ITEM SIX - PHYSICAL DAMAGE COVERAGE**

| | | Deductible | |
|---|---|---|---|
| Loc | Covered Causes of Loss** | For Each Covered "Auto" | Maximum Deductible in any one event |
| 4 | Flood | $    2,500 | $    250,000 |
| 4 | Earthquake | $    1,000 | $    100,000 |
| 4 | Windstorm or Hail | $    1,000 | $    100,000 |
| 4 | All Covered Perils, other than collision, not listed separately on this Schedule | $    1,000 | $    10,000 |

**ITEM SIX - PHYSICAL DAMAGE COVERAGE**

Deductible

CA T4 14 SCHED

TRAVELERS DOC MGMT Page 291 of 615

POLICY NUMBER: **AD-7N911433-21-CAG**

COMMERCIAL AUTO
ISSUE DATE: 12-20-21

# SCHEDULE EXTENSION

**This is an extension of CA T4 14 02 15**

**GARAGEKEEPERS COVERAGE AND PHYSICAL DAMAGE MULTIPLE DEDUCTIBLES**

**SCHEDULE**

| Loc | Covered Causes of Loss** | For Each Covered "Auto" | Maximum Deductible in any one event |
|---|---|---|---|
| 5 | Flood | $ 2,500 | $ 250,000 |
| 5 | Earthquake | $ 1,000 | $ 100,000 |
| 5 | Windstorm or Hail | $ 1,000 | $ 100,000 |
| 5 | All Covered Perils, other than collision, not listed separately on this Schedule | $ 1,000 | $ 10,000 |

ITEM SIX - PHYSICAL DAMAGE COVERAGE

Deductible

| Loc | Covered Causes of Loss** | For Each Covered "Auto" | Maximum Deductible in any one event |
|---|---|---|---|
| 6 | Flood | $ 2,500 | $ 250,000 |
| 6 | Earthquake | $ 1,000 | $ 100,000 |
| 6 | Windstorm or Hail | $ 1,000 | $ 100,000 |
| 6 | All Covered Perils, other than collision, not listed separately on this Schedule | $ 1,000 | $ 10,000 |

ITEM SIX - PHYSICAL DAMAGE COVERAGE

Deductible

| Loc | Covered Causes of Loss** | For Each Covered "Auto" | Maximum Deductible in any one event |
|---|---|---|---|
| 7 | Flood | $ 2,500 | $ 250,000 |

CA T4 14 SCHED

Page  5 of  6

COMMERCIAL AUTO
POLICY NUMBER: **AD-7N911433-21-CAG**                    ISSUE DATE: **12-20-21**

# SCHEDULE EXTENSION
### This is an extension of CA T4 14 02 15
**GARAGEKEEPERS COVERAGE AND PHYSICAL DAMAGE MULTIPLE DEDUCTIBLES**

**SCHEDULE**

| | | | | |
|---|---|---|---|---|
| 7 | Earthquake | $ | 1,000 | $ 100,000 |
| 7 | Windstorm or Hail | $ | 1,000 | $ 100,000 |
| 7 | All Covered Perils, other than collision, not listed separately on this Schedule | $ | 1,000 | $  10,000 |

CA T4 14 SCHED                                          Page  **6** of  **6**



One Tower Square, Hartford, Connecticut 06183

CHANGE ENDORSEMENT

Named Insured:
DOLAN AUTOMOTIVE GROUP, LLC
AND AS PER IL T8 03

Policy Number: AD-7N911433-21-CAG
Policy Effective Date: 07/01/21
Issue Date: 02/16/22
Return Premium $ ▆▆▆▆▆


INSURING COMPANY:
TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

Effective from 12/01/21 at the time of day the policy becomes effective.

THIS INSURANCE IS AMENDED AS FOLLOWS:


THE COMMERCIAL AUTOMOBILE COVERAGE PART IS AMENDED AS FOLLOWS:

    COMPREHENSIVE COVERAGE IS CHANGED AS PER ATTACHED SCHEDULE
    FOR:
       GARAGE LOCATION(S):
        0001 0003 0004 0005 0006 0007

    FALSE PRETENSE COVERAGE IS CHANGED AS PER ATTACHED SCHEDULE
    FOR:
       GARAGE LOCATION(S):
        0001 0003 0004 0005 0006 0007

    THE BLANKET COLLISION COVERAGE LIMIT IS CHANGED TO READ:
     AT AUTO DEALER LOCATION(S):
        0001 0003 0004 0005 0006 0007

    THE TOTAL BLANKET COLLISION LIMIT IS REVISED TO $32,755,511


PREMIUM IS PAYABLE AS FOLLOWS:

    DUE ON 12/01/21    $▆▆▆▆▆
    DUE ON 01/01/22    $▆▆▆▆▆    AND EACH SUBSEQUENT 1 MONTH

NAME AND ADDRESS OF AGENT OR BROKER:
    L P INS SERVICES LLC (CWV32)
    300 E 2ND ST STE 1300
    RENO, NV 89501

COUNTERSIGNED BY:

_____
Authorized Representative

DATE:_____

IL T0 07 09 87    PAGE  1 OF  1
OFFICE: PHOENIX



**POLICY NUMBER:**  AD-7N911433-21-CAG

**EFFECTIVE DATE:**  07-01-21

**ISSUE DATE:**  02-16-22

LISTING OF FORMS, ENDORSEMENTS AND SCHEDULE NUMBERS

THIS LISTING SHOWS THE NUMBER OF FORMS, SCHEDULES AND ENDORSEMENTS
BY LINE OF BUSINESS.

```
    IL T0 07 09 87    CHANGE ENDORSEMENT
    IL T8 01 10 93    FORMS, ENDORSEMENTS AND SCHEDULE NUMBERS


COMMERCIAL AUTOMOBILE

    CA T0 77 02 15    AUTO DEALER DECLARATIONS-ITEM ONE & TWO
    CA T0 78 02 15    AUTO DEALER DECS-ITEM THREE & FOUR
    CA T0 79 02 15    AUTO DEALER DECLARATIONS - ITEM FIVE
    CA T0 80 02 15    AUTO DEALER DECLARATIONS - ITEM SIX
    CA T0 83 02 15    AUTO DEALER DECLARATIONS-ITEM NINE & TEN
    CA T4 80 02 15    AUTO DLRS-ACTS,ERR OR OMISS LMTS EXT END
    CA T4 14 02 15    GAR-KEEPERS COV & PHYS DMGE MULTIPLE DED
```

IL T8 01 10 93                                              **PAGE:**   1 OF   1

# COMMERCIAL AUTOMOBILE

# COMMERCIAL AUTOMOBILE

 **TRAVELERS**

One Tower Square, Hartford, Connecticut  06183

---

AUTO DEALERS                          POLICY NUMBER: AD-7N911433-21-CAG
COVERAGE PART DECLARATIONS           ISSUE DATE:  02-16-22   JH


ITEM ONE
INSURING COMPANY:
TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA
Declarations Period:  From:  07-01-21 to 07-01-22 12:01 A.M. Standard
Time at your mailing address shown in the Common Policy Declarations.

FORM OF BUSINESS: LIMITED LIABILITY CO

The Auto Dealers Coverage Part consists of these Declarations and the Coverage
Form shown below.


ITEM TWO
A. COVERAGE AND LIMITS OF INSURANCE
        This policy provides only those coverages where a limit, if applicable,
        is shown in the columns below. Each of the "auto"-related coverages
        will apply only to those "autos" shown as covered "autos"."Autos"
        are shown as covered "autos" for the applicable coverages by the
        entry of one or more of the symbols from section I - Covered Autos
        Coverages of the Auto Dealers Coverage Form next to the name of
        the "auto" related coverage.

        COVERAGES              COVERED AUTOS            LIMIT  OF INSURANCE
                                                THE MOST WE WILL PAY FOR ANY ONE
                                                ACCIDENT OR LOSS

        _____            _____    _____


COVERED AUTOS LIABILTY    21            $  1,000,000 EACH ACCIDENT

GENERAL LIABILITY                       $  1,000,000 EACH ACCIDENT
BODILY INJURY AND PROPERTY
DAMAGE LIABILITY

DAMAGES TO PREMISES                     See CA T4 25
RENTED TO YOU

PERSONAL AND ADVERTISING                $  1,000,000 ANY ONE PERSON OR
INJURY LIABILITY                                    ORGANIZATION

GENERAL LIABILTY AGGREGATE              $  2,000,000

PRODUCTS AND WORK YOU                    $  2,000,000
PERFORMED AGGREGATE

LOCATIONS AND OPERATIONS                $      5,000
MEDICAL PAYMENTS

ADDED PERSONAL INJURY                   SEPARATELY STATED IN EACH
PROTECTION                              ADDED PIP ENDORSEMENT
(or equivalent Added
No-fault coverage)


 CA T0 77 02 15                         PAGE   (CONTINUED)
 PRODUCER: L P INS SERVICES LLC  CWV32  OFFICE: PHNX  169


**TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

AUTO DEALERS                          POLICY NUMBER: AD-7N911433-21-CAG
COVERAGE PART DECLARATIONS            ISSUE DATE:  02-16-22  JH

| COVERAGES | COVERED AUTOS | LIMIT OF INSURANCE<br>THE MOST WE WILL PAY FOR ANY ONE<br>ACCIDENT OR LOSS |
|---|---|---|
| AUTO MEDICAL PAYMENTS | 21 | $     5,000 |
| UNINSURED AND<br>UNDERINSURED<br>MOTORISTS COVERAGE | 22 | See CA T0 30 |
| GARAGEKEEPERS COVERAGE | 30 | REFER TO ITEM FIVE |
| PHYSICAL DAMAGE<br>COMPREHENSIVE COVERAGE | 23 28 31 | ACTUAL CASH VALUE OR COST<br>OF REPAIR, WHICHEVER IS<br>LESS MINUS $ DEDUCTIBLE<br>FOR EACH COVERED AUTO.<br>See ITEM SIX For Dealers "Autos". |
| PHYSICAL DAMAGE<br>COLLISION COVERAGE | 23 28 31 | ACTUAL CASH VALUE OR COST<br>OF REPAIR, WHICHEVER IS<br>LESS MINUS $ Ded. FOR EACH<br>COVERED AUTO.<br>See Item Six for Dealers<br>Blanket Collision. |
| ACTS, ERRORS OR OMISSIONS<br>LIABILITY | | $   500,000   AGGREGATE<br>$     5,000   PER CLAIM DEDUCTIBLE |

B. AUDIT PERIOD:      ANNUAL

C. DESCRIPTION OF COVERED AUTO DESIGNATION SYMBOLS:
   Symbols 21-31:  See AUTO DEALERS COVERAGE FORM Section I - Covered Autos
   SYMBOL 32.

D. LOSS PAYEE: Any loss under Physical Damage Coverages is payable as
   interest may appear to you and the Loss Payee named in the Declarations
   (see Loss Payable Clause below)

E. NUMBERS OF FORMS, SCHEDULES AND ENDORSEMENTS FORMING PART OF THIS COVERAGE
   PART:  SEE IL T8 01 10 93

CA T0 77 02 15                        PAGE  (CONTINUED)
PRODUCER: L P INS SERVICES LLC  CWV32    OFFICE: PHNX  169



One Tower Square, Hartford, Connecticut  06183

AUTO DEALERS                          POLICY NUMBER: AD-7N911433-21-CAG
COVERAGE PART DECLARATIONS            ISSUE DATE:  02-16-22   JH

LOSS PAYABLE CLAUSE

A.  We will pay you and the loss payee named in the policy for "loss"
    to a covered "auto", as interest may appear.

B.  The insurance covers the interest of the loss payee unless the
    "loss" results from conversion, secretion or embezzlement on your
    part.

C.  We may cancel the policy as allowed by the CANCELLATION Common
    Policy Condition.  Cancellation ends this agreement as to the loss
    payee's interest.  If we cancel the policy we will mail you and the
    loss payee the same advance notice.

D.  If we make any payment to the loss payee, we will obtain their
    rights against any other party.

SCHEDULE OF LOSS PAYEES

LOSS PAYEE (Name and Address)

CA T0 77 02 15                        PAGE  (CONTINUED)
PRODUCER: L P INS SERVICES LLC  CWV32  OFFICE: PHNX  169



**TRAVELERS**                                One Tower Square, Hartford, Connecticut  06183

```
                              AUTO DEALERS COVERAGE PART DECLARATIONS
                              AUTO DEALERS' SUPPLEMENTARY SCHEDULE
                              Issue date: 02-16-22

                    Policy Number: AD -7N911433-21-CAG

ITEM THREE - LOCATIONS WHERE YOU CONDUCT AUTO DEALER OPERATIONS
Loc           Address                        Zip            Cnty/twn
No         Street and City         State     Code     terr    Code
---       ---------------          -----     ----     ----   --------
    1    2100 KIETZKE LANE
         RENO                        NV       89502    111

    2    3225 MILL ST
         RENO                        NV       89502    111

    3    7175 S VIRGINIA ST
         RENO                        NV       89511    111


ITEM FOUR-AUTO DEALERS - LIABILITY AND PERSONAL INJURY PROTECTION
(Or Equivalent Or Similar No Fault Coverages) - PREMIUMS
Loc      Class of                    No of   Rating   Total Rating
No       Operators                   Persons Units       Units
---      ---------                   ------- ------   -----------

1        Cl I   Empl-Regular          65.0
         Cl I   Empl-A/O             278.0
         Cl II Non-Empl-Under age 25
         Cl II Non-Empl-Age 25 or over


2        Cl I   Empl-Regular           1.0
         Cl I   Empl-A/O
         Cl II Non-Empl-Under age 25
         Cl II Non-Empl-Age 25 or over


3        Cl I   Empl-Regular          15.0
         Cl I   Empl-A/O              62.0
         Cl II Non-Empl-Under age 25
         Cl II Non-Empl-Age 25 or over
```



```
            LOCATION        LOCATION        LOCATION
            #   1           #   2           #   3
           --------------- --------------- ---------------


                                                        TOTAL
           RATE   PREM    RATE   PREM    RATE   PREM   PREMIUMS
AUTO & GEN LIAB
LOC & OP MED PAY
PIP/APIP
NJ PED PIP
MICHIGAN PPI
AUTO MED PAY
A, E & O LIAB
     CA T0 78 02 15                        Page  1 (Continued)
```


**TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

AUTO DEALERS COVERAGE PART DECLARATIONS
AUTO DEALERS' SUPPLEMENTARY SCHEDULE
Issue date: 02-16-22

Policy Number: AD -7N911433-21-CAG

ITEM THREE - LOCATIONS WHERE YOU CONDUCT AUTO DEALER OPERATIONS

| Loc No | Address Street and City | State | Zip Code | terr | Cnty/twn Code |
|---|---|---|---|---|---|
| 4 | 550 KIETZKE LN RENO | NV | 89502 | 111 | |
| 5 | 700 KIETZKE LN RENO | NV | 89502 | 111 | |
| 6 | 1395 E NEWLANDS DR FERNLEY | NV | 89408 | 106 | |

ITEM FOUR-AUTO DEALERS - LIABILITY AND PERSONAL INJURY PROTECTION
(Or Equivalent Or Similar No Fault Coverages) - PREMIUMS

| Loc No | Class of Operators | No of Persons | Rating Units | Total Rating Units |
|---|---|---|---|---|
| 4 | Cl I   Empl-Regular | 1.0 | | |
| | Cl I   Empl-A/O | 3.0 | | |
| | Cl II  Non-Empl-Under age 25 | | | |
| | Cl II  Non-Empl-Age 25 or over | | | |
| 5 | Cl I   Empl-Regular | 16.0 | | |
| | Cl I   Empl-A/O | 57.0 | | |
| | Cl II  Non-Empl-Under age 25 | | | |
| | Cl II  Non-Empl-Age 25 or over | | | |
| 6 | Cl I   Empl-Regular | 7.0 | | |
| | Cl I   Empl-A/O | 19.0 | | |
| | Cl II  Non-Empl-Under age 25 | | | |
| | Cl II  Non-Empl-Age 25 or over | | | |

| | LOCATION # 4 | | LOCATION # 5 | | LOCATION # 6 | | TOTAL PREMIUMS |
|---|---|---|---|---|---|---|---|
| | RATE | PREM | RATE | PREM | RATE | PREM | |
| AUTO & GEN LIAB | | | | | | | |
| LOC & OP MED PAY | | | | | | | |
| PIP/APIP | | | | | | | |
| NJ PED PIP | | | | | | | |
| MICHIGAN PPI | | | | | | | |
| AUTO MED PAY | | | | | | | |
| A, E & O LIAB | | | | | | | |

CA T0 78 02 15                               Page  2 (Continued)

**TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

```
                              AUTO DEALERS COVERAGE PART DECLARATIONS
                              AUTO DEALERS' SUPPLEMENTARY SCHEDULE
                              Issue date: 02-16-22

                    Policy Number: AD -7N911433-21-CAG

   ITEM THREE - LOCATIONS WHERE YOU CONDUCT AUTO DEALER OPERATIONS
   Loc          Address                        Zip            Cnty/twn
   No        Street and City         State     Code    terr   Code
   ---      ---------------          -----     ----    ----   --------
     7     9455&9475 S VIRGINIA STREET
          RENO                        NV       89511          111
```

```
   ITEM FOUR-AUTO DEALERS - LIABILITY AND PERSONAL INJURY PROTECTION
   (Or Equivalent Or Similar No Fault Coverages) - PREMIUMS
   Loc    Class of                    No of   Rating   Total Rating
   No     Operators                   Persons Units       Units
   ---    ---------                   ------- ------   -----------

     7    Cl I   Empl-Regular          11.0
          Cl I   Empl-A/O              37.0
          Cl II Non-Empl-Under age 25
          Cl II Non-Empl-Age 25 or over


          Cl I   Empl-Regular
          Cl I   Empl-A/O
          Cl II Non-Empl-Under age 25
          Cl II Non-Empl-Age 25 or over


          Cl I   Empl-Regular
          Cl I   Empl-A/O
          Cl II Non-Empl-Under age 25
          Cl II Non-Empl-Age 25 or over
```

```
              LOCATION          LOCATION          LOCATION
           #    7            #                 #
          ---------------   ---------------   ---------------
```

```
                                                           TOTAL
              RATE    PREM    RATE    PREM    RATE    PREM  PREMIUMS
   AUTO & GEN LIAB
   LOC & OP MED PAY
   PIP/APIP
   NJ PED PIP
   MICHIGAN PPI
   AUTO MED PAY
   A, E & O LIAB
      CA T0 78 02 15                          Page  3 (Continued)
```

 **TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

AUTO DEALERS COVERAGE PART DECLARATIONS
AUTO DEALERS' SUPPLEMENTARY SCHEDULE
Issue date: 02-16-22

Policy Number: AD -7N911433-21-CAG

ITEM FOUR-AUTO DEALERS - LIABILITY COVERAGE - PREMIUMS(Continued)

LIABILITY MINIMUM PREMIUM - ███████

DEFINITIONS:
Class I-Employees
Regular Operator - Proprietors, owners, executive officers, sales managers,
service managers, finance managers and general managers, whether they have an
assigned vehicle or not, and any employee whose principal duty involves the
operation of covered "autos" or who is furnished a covered "auto".
All Others - All other employees including salespersons who have not been
assigned an auto or who do not have permission to access plates for personal use
of autos.

NOTE:
1.  Part-time employees working an average of 20 hours or more a week for
    the number of weeks worked are to be counted as one rating unit each.
2.  Part-time employees working an average of less than 20 hours a week for
    the number of weeks worked are to be counted as 1/2 rating unit each.

Class II-Non-Employees
Any of the following persons who are regularly furnished with a covered "auto"
: Inactive proprietors, partners or officers and their relatives and the
relatives of any person described in Class I.

CA T0 78 02 15                                    Page   4



**TRAVELERS**

One Tower Square, Hartford, Connecticut  06183

                                    AUTO DEALERS COVERAGE PART DECLARATIONS
                                    Issue Date: 02-16-22

                          Policy Number: AD -7N911433-21-CAG

ITEM FIVE
GARAGEKEEPERS COVERAGES AND PREMIUMS

Location          Coverages              Limit of Insurance for Each Location
   No.

         COMPREHENSIVE          $      2,500,000     MINUS THE DEDUCTIBLE AS
   1                            SHOWN ON CA T4 14
                                        OR
                                $          MINUS $          DEDUCTIBLE FOR ALL
                                PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO
                                $            MAXIMUM DEDUCTIBLE
                                FOR ALL SUCH LOSS IN EACH EVENT AT THIS LOCATION.


         SPECIFIED CAUSES OF    $          MINUS $          DEDUCTIBLE FOR
         LOSS                   EACH CUSTOMER'S AUTO FOR LOSS CAUSED BY THEFT
                                OR MISCHIEF OR VANDALISM SUBJECT TO $
                                MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY
                                ONE EVENT;
                                        OR
                                $          MINUS $          DEDUCTIBLE FOR ALL
                                PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO
                                $            MAXIMUM DEDUCTIBLE
                                FOR ALL SUCH LOSS IN ANY ONE EVENT.
         COLLISION              $ 2,500,000 MINUS $    3,000 DEDUCTIBLE FOR EACH
                                CUSTOMER'S AUTO.


         CA T0 79 02 15                          PAGE 01   (Continued)



**TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

AUTO DEALERS COVERAGE PART DECLARATIONS
Issue Date: 02-16-22

Policy Number: AD -7N911433-21-CAG

ITEM FIVE
GARAGEKEEPERS COVERAGES AND PREMIUMS

| Location No. | Coverages | Limit of Insurance for Each Location |
|---|---|---|
| 2 | COMPREHENSIVE | $      500,000     MINUS THE DEDUCTIBLE AS SHOWN ON CA T4 14<br>OR<br>$        MINUS $        DEDUCTIBLE FOR ALL PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO $        MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN EACH EVENT AT THIS LOCATION. |
| | SPECIFIED CAUSES OF LOSS | $        MINUS $        DEDUCTIBLE FOR EACH CUSTOMER'S AUTO FOR LOSS CAUSED BY THEFT OR MISCHIEF OR VANDALISM SUBJECT TO $ MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT;<br>OR<br>$        MINUS $        DEDUCTIBLE FOR ALL PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO $        MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT. |
| | COLLISION | $    500,000 MINUS $     3,000 DEDUCTIBLE FOR EACH CUSTOMER'S AUTO. |

CA T0 79 02 15                                    PAGE 02   (Continued)



**TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

```
                              AUTO DEALERS COVERAGE PART DECLARATIONS
                              Issue Date: 02-16-22

                      Policy Number: AD -7N911433-21-CAG
ITEM FIVE
GARAGEKEEPERS COVERAGES AND PREMIUMS

Location         Coverages           Limit of Insurance for Each Location
   No.

         COMPREHENSIVE       $      2,000,000      MINUS THE DEDUCTIBLE AS
    3                        SHOWN ON CA T4 14
                                      OR
                            $         MINUS $          DEDUCTIBLE FOR ALL
                            PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO
                            $            MAXIMUM DEDUCTIBLE
                            FOR ALL SUCH LOSS IN EACH EVENT AT THIS LOCATION.


         SPECIFIED CAUSES OF $         MINUS $          DEDUCTIBLE FOR
         LOSS                EACH CUSTOMER'S AUTO FOR LOSS CAUSED BY THEFT
                            OR MISCHIEF OR VANDALISM SUBJECT TO $
                            MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY
                            ONE EVENT;
                                      OR
                            $            MINUS $          DEDUCTIBLE FOR ALL
                            PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO
                            $            MAXIMUM DEDUCTIBLE
                            FOR ALL SUCH LOSS IN ANY ONE EVENT.
         COLLISION           $ 2,000,000 MINUS $     3,000 DEDUCTIBLE FOR EACH
                            CUSTOMER'S AUTO.





         CA T0 79 02 15                        PAGE 03   (Continued)
```

**TRAVELERS**

One Tower Square, Hartford, Connecticut  06183

```
                                        AUTO DEALERS COVERAGE PART DECLARATIONS
                                        Issue Date: 02-16-22

                             Policy Number: AD -7N911433-21-CAG
ITEM FIVE
GARAGEKEEPERS COVERAGES AND PREMIUMS

Location          Coverages              Limit of Insurance for Each Location
   No.

        COMPREHENSIVE         $          100,000      MINUS THE DEDUCTIBLE AS
   4                          SHOWN ON CA T4 14
                                     OR
                              $            MINUS $           DEDUCTIBLE FOR ALL
                              PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO
                              $               MAXIMUM DEDUCTIBLE
                              FOR ALL SUCH LOSS IN EACH EVENT AT THIS LOCATION.


        SPECIFIED CAUSES OF $            MINUS $           DEDUCTIBLE FOR
        LOSS                EACH CUSTOMER'S AUTO FOR LOSS CAUSED BY THEFT
                            OR MISCHIEF OR VANDALISM SUBJECT TO $
                            MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY
                            ONE EVENT;
                                     OR
                            $            MINUS $           DEDUCTIBLE FOR ALL
                            PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO
                            $               MAXIMUM DEDUCTIBLE
                            FOR ALL SUCH LOSS IN ANY ONE EVENT.
        COLLISION           $    100,000 MINUS $    3,000 DEDUCTIBLE FOR EACH
                            CUSTOMER'S AUTO.
```

```
        CA T0 79 02 15                          PAGE 04   (Continued)
```



**TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

AUTO DEALERS COVERAGE PART DECLARATIONS
Issue Date: 02-16-22

Policy Number: AD -7N911433-21-CAG

ITEM FIVE
GARAGEKEEPERS COVERAGES AND PREMIUMS

| Location No. | Coverages | Limit of Insurance for Each Location |
|---|---|---|
| 5 | COMPREHENSIVE | $    1,000,000    MINUS THE DEDUCTIBLE AS SHOWN ON CA T4 14 |
| | | OR |
| | | $        MINUS $        DEDUCTIBLE FOR ALL PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO |
| | | $        MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN EACH EVENT AT THIS LOCATION. |
| | SPECIFIED CAUSES OF LOSS | $        MINUS $        DEDUCTIBLE FOR EACH CUSTOMER'S AUTO FOR LOSS CAUSED BY THEFT OR MISCHIEF OR VANDALISM SUBJECT TO $ MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT; |
| | | OR |
| | | $        MINUS $        DEDUCTIBLE FOR ALL PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO $        MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT. |
| | COLLISION | $ 1,000,000 MINUS $    3,000 DEDUCTIBLE FOR EACH CUSTOMER'S AUTO. |

CA T0 79 02 15                    PAGE 05   (Continued)

 **TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

AUTO DEALERS COVERAGE PART DECLARATIONS
Issue Date: 02-16-22

Policy Number: AD -7N911433-21-CAG

ITEM FIVE
GARAGEKEEPERS COVERAGES AND PREMIUMS

| Location No. | Coverages | Limit of Insurance for Each Location |
|---|---|---|
| 6 | COMPREHENSIVE | $        500,000      MINUS THE DEDUCTIBLE AS SHOWN ON CA T4 14<br>OR<br>$          MINUS $          DEDUCTIBLE FOR ALL PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO $          MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN EACH EVENT AT THIS LOCATION. |
| | SPECIFIED CAUSES OF LOSS | $          MINUS $          DEDUCTIBLE FOR EACH CUSTOMER'S AUTO FOR LOSS CAUSED BY THEFT OR MISCHIEF OR VANDALISM SUBJECT TO $          MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT;<br>OR<br>$          MINUS $          DEDUCTIBLE FOR ALL PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO $          MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT. |
| | COLLISION | $    500,000 MINUS $     3,000 DEDUCTIBLE FOR EACH CUSTOMER'S AUTO. |

CA T0 79 02 15                    PAGE 06   (Continued)



One Tower Square, Hartford, Connecticut  06183

AUTO DEALERS COVERAGE PART DECLARATIONS
Issue Date: 02-16-22

Policy Number: AD -7N911433-21-CAG

ITEM FIVE
GARAGEKEEPERS COVERAGES AND PREMIUMS

| Location No. | Coverages | Limit of Insurance for Each Location |
|---|---|---|
| 7 | COMPREHENSIVE | $    1,000,000    MINUS THE DEDUCTIBLE AS SHOWN ON CA T4 14<br>OR<br>$        MINUS $        DEDUCTIBLE FOR ALL PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO $        MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN EACH EVENT AT THIS LOCATION. |
|  | SPECIFIED CAUSES OF LOSS | $        MINUS $        DEDUCTIBLE FOR EACH CUSTOMER'S AUTO FOR LOSS CAUSED BY THEFT OR MISCHIEF OR VANDALISM SUBJECT TO $ MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT;<br>OR<br>$        MINUS $        DEDUCTIBLE FOR ALL PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO $        MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT. |
|  | COLLISION | $ 1,000,000 MINUS $    3,000 DEDUCTIBLE FOR EACH CUSTOMER'S AUTO. |

CA T0 79 02 15                              PAGE 07   (Continued)

 **TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

AUTO DEALERS COVERAGE PART DECLARATIONS
Issue Date: 02-16-22

Policy Number: AD -7N911433-21-CAG

ITEM FIVE - GARAGEKEEPERS COVERAGES & PREMIUMS (Continued)

PREMIUM FOR ALL LOCATIONS
        Comprehensive
        Specified Causes of Loss
        Collision



GARAGEKEEPERS COVERAGE applies on a legal liability basis unless one of
the Direct Coverage Options is indicated below by "(X)"

  DIRECT COVERAGE OPTIONS

    ( )  EXCESS INSURANCE  If this box is checked, GARAGEKEEPERS COVERAGE
         remains applicable on a legal liability basis. However coverage also
         applies without regard to your or any other "Insured's" legal
         liability for "loss" to a customer's "auto" on an  excess basis over
         any other collectible insurance regardless of whether the other
         insurance covers your or any other "insured's"interest or the interest
         of the covered "auto's" owner.

    ( )  PRIMARY INSURANCE  If this box is checked GARAGEKEEPERS COVERAGE is
         changed to apply without regard to your or any other "insured's"
         legal liability for "loss" to a customer's "auto" and is primary
         insurance.

          CA T0 79 02 15                          PAGE 08



One Tower Square, Hartford, Connecticut 06183



```
                                    AUTO DEALERS
                                    COVERAGE PART
                                    DECLARATIONS
                                    ISSUE DATE 02-16-22

                        POLICY NUMBER: AD -7N911433-21-CAG
```

ITEM SIX

PHYSICAL DAMAGE INSURANCE-TYPES OF COVERED AUTOS AND INTERESTS IN THESE
AUTOS-PREMIUMS-REPORTING OR NONREPORTING BASIS.

Each of the following PHYSICAL DAMAGE coverages that is indicated in ITEM
TWO applies only to the types of autos and interest indicated by 'X'.

|  |  | COMPREHENSIVE | SPECIFIED CAUSES OF LOSS | COLLISION |
|---|---|---|---|---|
| **COVERAGES** | | | | |
| TYPES OF AUTOS | NEW AUTOS | X | | X |
| | USED AUTOS, DEMONSTRATORS AND SERVICE VEHICLES | X | | X |
| INTERESTS COVERED | YOUR INTEREST IN COVERED AUTOS YOU OWN | | | |
| | YOUR INTEREST ONLY IN FINANCED COVERED AUTOS | | | |
| | YOUR INTEREST AND THE INTEREST OF ANY CREDITOR NAMED AS A LOSS PAYEE | X | | X |
| | ALL INTERESTS IN ANY AUTO NOT OWNED BY YOU OR ANY CREDITOR WHILE IN YOUR POSSESSION ON CONSIGNMENT FOR SALE | | | |

Our limit of insurance for 'loss' at locations other than those stated in
ITEM THREE.
   $ 1,000,000 Additional locations where you store covered autos
   $ 1,000,000 In transit

PREMIUM BASIS-Reporting (Quarterly or Monthly) or Nonreporting (Indicate Basis
 Agreed Upon by X)
 ( ) REPORTING BASIS (Quarterly or Monthly) as indicated below by 'X'.
     You must report to us on our form the locations of your covered "autos"
     and their total value at each such location. For your main sales location
     identified as location no. 1, you must include the total value of all
     covered "autos" you have furnished or made available to yourself, your
     executives, your "employees" or family members and other Class II - Non-
     Employees, and covered "autos" that are temporarily displayed or stored
     at locations other than those stated in ITEM THREE above. For your main
     sales location you must include the total value of all service vehicles.


CA T0 80 02 15                                      PAGE   1

 **TRAVELERS**

One Tower Square, Hartford, Connecticut  06183

```
                                    AUTO DEALERS
                                    COVERAGE PART
                                    DECLARATIONS
                                    ISSUE DATE 02-16-22

                            POLICY NUMBER: AD -7N911433-21-CAG
```

ITEM SIX    (CONTINUED)

PREMIUM BASIS-Reporting or Nonreporting(Indicate Basis Agreed Upon by X)
 (continued)

    YOUR REPORTING BASIS IS:
    ( ) QUARTERLY you must give us your first report by the fifteenth of the
        fourth month after the policy begins. Your subsequent reports must
        be given to us by the fifteenth of every third month. Your reports
        must contain the value for the last business day of every third
        month coming within the policy period.
    ( ) MONTHLY You must give us your reports by the fifteenth of every
        month. Your reports will contain the total values you had on the
        last business day of the preceding month.
    Premiums will be calculated pro rata of the annual premium for the expo-
    sures contained in each report. At the end of each policy year we will
    add the monthly premiums or the quarterly premiums to determine your
    final premium due for the entire policy year. The estimated total
    premiums shown will be credited against the final premium due.
  (X) NONREPORTING BASIS. Stated limit of insurance shown above applies.

```
LOC.
NO.    COVERAGE            LIMIT OF INSURANCE FOR EACH LOCATION

 1     COMPREHENSIVE       LIMIT OF INSURANCE AS STATED IN EACH SELECTION
                           BELOW, MINUS THE DEDUCTIBLES AS SHOWN ON
                           CA T4 14

                                         LIMIT        RATE        PREMIUM
       FIRE ONLY, BUILDING & LOTS
       BUILDING                       10,000,000      ██████████████████████
       STANDARD OPEN LOTS                             ██████████████████████
       NON STANDARD OPEN LOTS          3,126,022      ██████████████████████
       MISCELLANEOUS BUILDING
       MISCELLANEOUS OPEN LOTS


ALL    BLANKET          $ 32,755,511 MINUS $ 2,500 DEDUCTIBLE FOR EACH
       COLLISION             COVERED AUTO.



                                       COLLISION PREMIUM  $  ███████████
```

CA T0 80 02 15                                              PAGE    2



One Tower Square, Hartford, Connecticut  06183

                                    AUTO DEALERS
                                    COVERAGE PART
                                    DECLARATIONS
                                    ISSUE DATE 02-16-22

                        POLICY NUMBER: AD -7N911433-21-CAG

ITEM SIX    (CONTINUED)

LOC.
NO.    COVERAGE              LIMIT OF INSURANCE FOR EACH LOCATION

  3    COMPREHENSIVE         LIMIT OF INSURANCE AS STATED IN EACH SELECTION
                             BELOW, MINUS THE DEDUCTIBLES AS SHOWN ON
                             CA T4 14

                                          LIMIT         RATE         PREMIUM
       FIRE ONLY, BUILDING & LOTS
       BUILDING                          750,000
       STANDARD OPEN LOTS              4,269,113
       NON STANDARD OPEN LOTS
       MISCELLANEOUS BUILDING
       MISCELLANEOUS OPEN LOTS

  4    COMPREHENSIVE         LIMIT OF INSURANCE AS STATED IN EACH SELECTION
                             BELOW, MINUS THE DEDUCTIBLES AS SHOWN ON
                             CA T4 14

                                          LIMIT         RATE         PREMIUM
       FIRE ONLY, BUILDING & LOTS
       BUILDING
       STANDARD OPEN LOTS
       NON STANDARD OPEN LOTS            379,520
       MISCELLANEOUS BUILDING
       MISCELLANEOUS OPEN LOTS

  5    COMPREHENSIVE         LIMIT OF INSURANCE AS STATED IN EACH SELECTION
                             BELOW, MINUS THE DEDUCTIBLES AS SHOWN ON
                             CA T4 14

                                          LIMIT         RATE         PREMIUM
       FIRE ONLY, BUILDING & LOTS
       BUILDING                        1,000,000
       STANDARD OPEN LOTS
       NON STANDARD OPEN LOTS          4,159,020
       MISCELLANEOUS BUILDING
       MISCELLANEOUS OPEN LOTS

       CA T0 80 02 15                                       PAGE    3



**TRAVELERS**

One Tower Square, Hartford, Connecticut  06183

```
                                AUTO DEALERS
                                COVERAGE PART
                                DECLARATIONS
                                ISSUE DATE 02-16-22

                            POLICY NUMBER: AD -7N911433-21-CAG


     ITEM SIX    (CONTINUED)

     LOC.
     NO.    COVERAGE            LIMIT OF INSURANCE FOR EACH LOCATION

       6    COMPREHENSIVE       LIMIT OF INSURANCE AS STATED IN EACH SELECTION
                                BELOW, MINUS THE DEDUCTIBLES AS SHOWN ON
                                CA T4 14

                                        LIMIT        RATE       PREMIUM

            FIRE ONLY, BUILDING & LOTS
            BUILDING                     750,000
            STANDARD OPEN LOTS
            NON STANDARD OPEN LOTS     5,812,623
            MISCELLANEOUS BUILDING
            MISCELLANEOUS OPEN LOTS

       7    COMPREHENSIVE       LIMIT OF INSURANCE AS STATED IN EACH SELECTION
                                BELOW, MINUS THE DEDUCTIBLES AS SHOWN ON
                                CA T4 14

                                        LIMIT        RATE       PREMIUM

            FIRE ONLY, BUILDING & LOTS
            BUILDING                     800,000
            STANDARD OPEN LOTS
            NON STANDARD OPEN LOTS     1,709,213
            MISCELLANEOUS BUILDING
            MISCELLANEOUS OPEN LOTS





                                        TOTAL PREMIUM  $

     CA T0 80 02 15                                    PAGE    4
```



One Tower Square, Hartford, Connecticut 06183

```
                          AUTO DEALERS
                          COVERAGE PART
                          DECLARATIONS
                          ISSUE DATE 02-16-22

                    POLICY NUMBER: AD -7N911433-21-CAG

     ITEM SIX    (CONTINUED)

                     SCHEDULE OF LOSS PAYEES

        (Refer to the Schedule of Loss Payees in CA T0 77 02 15 ITEM TWO.)
```

```
     CA T0 80 02 15                              PAGE    5
```



One Tower Square, Hartford, Connecticut 06183

AUTO DEALERS COVERAGE PART DECLARATIONS

                              Issue date: 02-16-22

                              Policy Number: AD-7N911433-21-CAG

ITEM TEN
UNINSURED MOTORISTS COVERAGE-PREMIUMS-REFER TO ITEM SEVEN FOR SEPARATELY
REGISTERED COVERED AUTOS.

| LOCATION NUMBER | NUMBER OF PLATES | RATE PER PLATE | PREMIUM |
| --------------- | ---------------- | -------------- | ------- |
| 001 | 85 | | |
| 002 | 1 | | |
| 003 | 34 | | |
| 004 | 3 | | |
| 005 | 12 | | |
| 006 | 12 | | |
| 007 | 26 | | |

CA T0 83 02 15                        Page   1

POLICY NUMBER: **AD-7N911433-21-CAG**

COMMERCIAL AUTO
ISSUE DATE: **02-16-22**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# AUTO DEALERS – ACTS, ERRORS OR OMISSIONS LIMITS EXTENSION ENDORSEMENT

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM

### SCHEDULE OF ACTS, ERRORS OR OMISSIONS LIABILITY LIMITS

The Limits of Insurance apply separately to each "act, error or omission" coverage:

| | |
|---|---|
| EACH CLAIM LIMIT OF INSURANCE | $ **500,000** |
| AGGREGATE LIMIT OF INSURANCE | $ **500,000** |
| ONE YEAR PRIOR ACTS LIMIT OF INSURANCE | $ 100,000 |

**PROVISIONS**

The following replaces Paragraph **E.**, **Limit Of Insurance And Deductible**, of **SECTION III – ACTS, ERRORS OR OMISSIONS LIABILITY COVERAGES:**

**E.  Limits Of Insurance**

**1.** Regardless of the number of "insureds", claims made or "suits" brought or persons or organizations making claims or bringing "suits", the most we will pay for the sum of all damages for each separate "act, error or omission" coverage is the Aggregate Limit of Insurance shown in the Schedule Of Acts, Errors Or Omissions Liability Limits.

**2.** Subject to the Aggregate Limit of Insurance for the applicable "act, error or omission" coverage, the most we will pay for all damages resulting from any one claim is the Each Claim Limit of Insurance shown in the Schedule Of Acts, Errors Or Omissions Liability Limits. Any "suits" involving a class action will be deemed one claim. No other Limits of Insurance apply.

**3.** If One Year Prior Acts Coverage is part of your Acts, Errors And Omissions Liability Coverages, then the One Year Prior Acts Limit Of Insurance Paragraph is replaced by the following:

A **$100,000** One Year Prior Acts Limit Of Insurance applies separately to each coverage included in the definition of "act, error or omission" for damages because of any "act, error or omission" committed during this one year period. This limit applies to each such claim and as an aggregate for all such claims related to the same "act, error or omission" coverage. No other limit of insurance applies to such prior acts.

**CA T4 80 02 15**

© 2015 The Travelers Indemnity Company, Inc. All rights reserved.
Includes the copyrighted material of Insurance Services Office, Inc. with its permission.

Page 1 of 1

TRAVELERS DOC MGMT Page 319 of 615

COMMERCIAL AUTO

POLICY NUMBER: **AD-7N911433-21-CAG**

ISSUE DATE: **02-16-22**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# GARAGEKEEPERS COVERAGE AND
# PHYSICAL DAMAGE MULTIPLE DEDUCTIBLES

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE PART DECLARATIONS
AUTO DEALERS COVERAGE FORM

**PROVISIONS**

**1.** The deductibles shown in the applicable Schedule below apply for the Comprehensive and Specified Causes of Loss section at **ITEM FIVE – GARAGEKEEPERS COVERAGE AND PREMIUMS** and for the Comprehensive Coverage Limit of Insurance for Each Location section at **ITEM SIX – PHYSICAL DAMAGE COVERAGE** section of the **AUTO DEALERS COVERAGE PART DECLARATIONS**:

**SCHEDULE**

**ITEM FIVE – GARAGEKEEPERS COVERAGE**

| Location (list each location separately) | Covered Causes of Loss* | Deductible | |
|---|---|---|---|
| | | For Each Covered "Auto" | Maximum Deductible in any one event at each location |
| | SEE SCHEDULE EXTENSION | | |

**ITEM SIX – PHYSICAL DAMAGE COVERAGE**

| Location (list each location separately) | Covered Causes of Loss* | Deductible | |
|---|---|---|---|
| | | For Each Covered "Auto" | Maximum Deductible in any one event at each location |
| | SEE SCHEDULE EXTENSION | | |

**CA T4 14 02 15**

© 2015 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

Page 1 of 2

COMMERCIAL AUTO

- For each Deductible listed in this Schedule, enter the description of any Covered Causes of Loss listed below to which that Deductible applies:

    **(1)** Theft or Mischief or Vandalism

    **(2)** Earthquake

    **(3)** Windstorm Or Hail

    **(4)** Flood

    **(5)** All Covered Perils, other than collision, not listed separately on this Schedule

**2.** The following replaces Paragraph **5.**, **Limit Of Insurance And Deductibles**, in Paragraph **E.**, **Garagekeepers Coverage**, of **SECTION I – COVERED AUTOS COVERAGES**:

   **5. Limit Of Insurance And Deductibles**

   **a.** Regardless of the number of "customer's autos", "insureds", premiums paid, claims made or "suits" brought, the most we will pay for each "loss" is the Garagekeepers Coverage Limit of Insurance shown in the Declarations for that location minus the applicable deductible for "loss" caused by collision shown in the Declarations, and the applicable deductible for the specified covered cause of loss shown in the Schedule above.

   **b.** The maximum deductible stated in the Schedule for Garagekeepers Coverage Comprehensive applies to the location for which it is shown and is the most that will be deducted for all "loss" in any one event from the covered cause of loss for which it is shown at that location. If "NO" appears in the Schedule above for maximum deductible, then no maximum deductible applies for "loss" from the covered cause of loss for which it is shown.

   **c.** Sometimes to settle a claim or "suit" we may pay all or any part of the deductible. If this happens you must reimburse us for the deductible or that portion of the deductible that we paid.

**3.** The following replaces Paragraph **5.**, **Deductible**, in Paragraph **F.**, **Physical Damage Coverage**, of **SECTION I – COVERED AUTOS COVERAGES**:

   **5. Deductible**

   For each covered "auto", our obligation to pay for, repair, return or replace damaged or stolen property will be reduced by the applicable deductible shown in the Schedule above that applies to specified covered cause of loss.

   The maximum deductible stated in the Schedule applies to the location for which it is shown and is the most that will be deducted for all "loss" in any one event from the covered cause of loss for which it is shown at that location. If "NO" appears in the Schedule above for maximum deductible, then no maximum deductible applies for "loss" from the covered cause of loss for which it is shown.

© 2015 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

**CA T4 14 02 15**

POLICY NUMBER: **AD-7N911433-21-CAG**

COMMERCIAL AUTO
ISSUE DATE: **02-16-22**

# SCHEDULE EXTENSION

**This is an extension of CA T4 14 02 15**

**GARAGEKEEPERS COVERAGE AND PHYSICAL DAMAGE MULTIPLE DEDUCTIBLES**

**SCHEDULE**

ITEM FIVE - GARAGEKEEPERS COVERAGE

| Loc | Covered Causes of Loss** | Deductible For Each Covered "Auto" | Maximum Deductible in any one event |
|-----|--------------------------|------------------------------------|-------------------------------------|
| 1 | Flood | $  2,500 | $  250,000 |
| 1 | Earthquake | $  1,000 | $  100,000 |
| 1 | Windstorm or Hail | $  1,000 | $  100,000 |
| 1 | All Covered Perils, other than collision, not listed separately on this Schedule | $  1,000 | $  10,000 |
| 2 | Flood | $  2,500 | $  250,000 |
| 2 | Earthquake | $  1,000 | $  100,000 |
| 2 | Windstorm or Hail | $  1,000 | $  100,000 |
| 2 | All Covered Perils, other than collision, not listed separately on this Schedule | $  1,000 | $  10,000 |
| 3 | Flood | $  2,500 | $  250,000 |
| 3 | Earthquake | $  1,000 | $  100,000 |
| 3 | Windstorm or Hail | $  1,000 | $  100,000 |
| 3 | All Covered Perils, other than collision, not listed separately on this Schedule | $  1,000 | $  10,000 |
| 4 | Flood | $  2,500 | $  250,000 |
| 4 | Earthquake | $  1,000 | $  75,000 |

CA T4 14 SCHED

TRAVELERS DOC MGMT Page 322 of 615

POLICY NUMBER:  **AD-7N911433-21-CAG**

COMMERCIAL AUTO
ISSUE DATE: **02-16-22**

# SCHEDULE EXTENSION

**This is an extension of CA T4 14 02 15**

**GARAGEKEEPERS COVERAGE AND PHYSICAL DAMAGE MULTIPLE DEDUCTIBLES**

**SCHEDULE**

| 4 | Windstorm or Hail | $ | 1,000 | $ | 100,000 |
|---|---|---|---|---|---|
| 4 | All Covered Perils, other than collision, not listed separately on this Schedule | $ | 1,000 | $ | 10,000 |

**ITEM FIVE - GARAGEKEEPERS COVERAGE**

| Loc | Covered Causes of Loss** | Deductible For Each Covered "Auto" | | Maximum Deductible in any one event | |
|---|---|---|---|---|---|
| 5 | Flood | $ | 2,500 | $ | 250,000 |
| 5 | Earthquake | $ | 1,000 | $ | 100,000 |
| 5 | Windstorm or Hail | $ | 1,000 | $ | 100,000 |
| 5 | All Covered Perils, other than collision, not listed separately on this Schedule | $ | 1,000 | $ | 10,000 |

**ITEM FIVE - GARAGEKEEPERS COVERAGE**

| Loc | Covered Causes of Loss** | Deductible For Each Covered "Auto" | | Maximum Deductible in any one event | |
|---|---|---|---|---|---|
| 6 | Flood | $ | 2,500 | $ | 250,000 |
| 6 | Earthquake | $ | 1,000 | $ | 100,000 |
| 6 | Windstorm or Hail | $ | 1,000 | $ | 100,000 |
| 6 | All Covered Perils, other than collision, not listed separately on this Schedule | $ | 1,000 | $ | 10,000 |

CA T4 14 SCHED

Page  **2** of  **6**

POLICY NUMBER: **AD-7N911433-21-CAG**

COMMERCIAL AUTO
ISSUE DATE: **02-16-22**

# SCHEDULE EXTENSION

**This is an extension of CA T4 14 02 15**

**GARAGEKEEPERS COVERAGE AND PHYSICAL DAMAGE MULTIPLE DEDUCTIBLES**

**SCHEDULE**

**ITEM FIVE - GARAGEKEEPERS COVERAGE**

| | | Deductible | |
| | | For Each | Maximum |
| | Covered Causes | Covered | Deductible in |
| Loc | of Loss** | "Auto" | any one event |
|---|---|---|---|
| 7 | Flood | $ 2,500 | $ 250,000 |
| 7 | Earthquake | $ 1,000 | $ 100,000 |
| 7 | Windstorm or Hail | $ 1,000 | $ 100,000 |
| 7 | All Covered Perils, other than collision, not listed separately on this Schedule | $ 1,000 | $ 10,000 |

**ITEM SIX - PHYSICAL DAMAGE COVERAGE**

| | | Deductible | |
| | | For Each | Maximum |
| | Covered Causes | Covered | Deductible in |
| Loc | of Loss** | "Auto" | any one event |
|---|---|---|---|

**ITEM SIX - PHYSICAL DAMAGE COVERAGE**

| | | Deductible | |
| | | For Each | Maximum |
| | Covered Causes | Covered | Deductible in |
| Loc | of Loss** | "Auto" | any one event |
|---|---|---|---|
| 1 | Flood | $ 2,500 | $ 250,000 |
| 1 | Earthquake | $ 2,500 | $ 250,000 |
| 1 | Windstorm or Hail | $ 1,000 | $ 100,000 |
| 1 | All Covered Perils, other than collision, not listed separately on | $ 1,000 | $ 10,000 |

CA T4 14 SCHED

Page **3** of **6**

COMMERCIAL AUTO
ISSUE DATE: 02-16-22

POLICY NUMBER: AD-7N911433-21-CAG

# SCHEDULE EXTENSION

**This is an extension of CA T4 14 02 15**

**GARAGEKEEPERS COVERAGE AND PHYSICAL DAMAGE MULTIPLE DEDUCTIBLES**

**SCHEDULE**

this Schedule

**ITEM SIX - PHYSICAL DAMAGE COVERAGE**

| Loc | Covered Causes of Loss** | Deductible For Each Covered "Auto" | Maximum Deductible in any one event |
|-----|--------------------------|-----------------------------------|-------------------------------------|
| 3 | Flood | $ 2,500 | $ 250,000 |
| 3 | Earthquake | $ 1,000 | $ 100,000 |
| 3 | Windstorm or Hail | $ 1,000 | $ 100,000 |
| 3 | All Covered Perils, other than collision, not listed separately on this Schedule | $ 1,000 | $ 10,000 |

**ITEM SIX - PHYSICAL DAMAGE COVERAGE**

| Loc | Covered Causes of Loss** | Deductible For Each Covered "Auto" | Maximum Deductible in any one event |
|-----|--------------------------|-----------------------------------|-------------------------------------|
| 4 | Flood | $ 2,500 | $ 250,000 |
| 4 | Earthquake | $ 1,000 | $ 100,000 |
| 4 | Windstorm or Hail | $ 1,000 | $ 100,000 |
| 4 | All Covered Perils, other than collision, not listed separately on this Schedule | $ 1,000 | $ 10,000 |

**ITEM SIX - PHYSICAL DAMAGE COVERAGE**

Deductible

CA T4 14 SCHED

POLICY NUMBER:  AD-7N911433-21-CAG

COMMERCIAL AUTO
ISSUE DATE: 02-16-22

# SCHEDULE EXTENSION

**This is an extension of CA T4 14 02 15**

**GARAGEKEEPERS COVERAGE AND PHYSICAL DAMAGE MULTIPLE DEDUCTIBLES**

**SCHEDULE**

| Loc | Covered Causes of Loss** | For Each Covered "Auto" | Maximum Deductible in any one event |
|-----|--------------------------|-------------------------|-------------------------------------|
| 5 | Flood | $    2,500 | $    250,000 |
| 5 | Earthquake | $    1,000 | $    100,000 |
| 5 | Windstorm or Hail | $    1,000 | $    100,000 |
| 5 | All Covered Perils, other than collision, not listed separately on this Schedule | $    1,000 | $    10,000 |

ITEM SIX - PHYSICAL DAMAGE COVERAGE

Deductible

| Loc | Covered Causes of Loss** | For Each Covered "Auto" | Maximum Deductible in any one event |
|-----|--------------------------|-------------------------|-------------------------------------|
| 6 | Flood | $    2,500 | $    250,000 |
| 6 | Earthquake | $    1,000 | $    100,000 |
| 6 | Windstorm or Hail | $    1,000 | $    100,000 |
| 6 | All Covered Perils, other than collision, not listed separately on this Schedule | $    1,000 | $    10,000 |

ITEM SIX - PHYSICAL DAMAGE COVERAGE

Deductible

| Loc | Covered Causes of Loss** | For Each Covered "Auto" | Maximum Deductible in any one event |
|-----|--------------------------|-------------------------|-------------------------------------|
| 7 | Flood | $    2,500 | $    250,000 |

CA T4 14 SCHED

POLICY NUMBER: **AD-7N911433-21-CAG**

COMMERCIAL AUTO
ISSUE DATE: **02-16-22**

# SCHEDULE EXTENSION

**This is an extension of CA T4 14 02 15**

**GARAGEKEEPERS COVERAGE AND PHYSICAL DAMAGE MULTIPLE DEDUCTIBLES**

**SCHEDULE**

| | | | | | |
|---|---|---|---|---|---|
| 7 | Earthquake | $ | 1,000 | $ | 100,000 |
| 7 | Windstorm or Hail | $ | 1,000 | $ | 100,000 |
| 7 | All Covered Perils, other than collision, not listed separately on this Schedule | $ | 1,000 | $ | 10,000 |

CA T4 14 SCHED

Page **6** of **6**

 **TRAVELERS**

One Tower Square, Hartford, Connecticut  06183

CHANGE ENDORSEMENT

                    Named Insured:
                    DOLAN AUTOMOTIVE GROUP, LLC
                    AND AS PER IL T8 03

               Policy Number: AD-7N911433-21-CAG
        Policy Effective Date: 07/01/21
                   Issue Date: 02/16/22
           Additional Premium $ ███████


INSURING COMPANY:
TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

Effective from 01/01/22 at the time of day the policy becomes effective.

THIS INSURANCE IS AMENDED AS FOLLOWS:


THE COMMERCIAL AUTOMOBILE COVERAGE PART IS AMENDED AS FOLLOWS:

        COMPREHENSIVE COVERAGE IS CHANGED AS PER ATTACHED SCHEDULE
        FOR:
             GARAGE LOCATION(S):
             0001 0003 0004 0005 0006 0007

        FALSE PRETENSE COVERAGE IS CHANGED AS PER ATTACHED SCHEDULE
        FOR:
             GARAGE LOCATION(S):
             0001 0003 0004 0005 0006 0007

        THE BLANKET COLLISION COVERAGE LIMIT IS CHANGED TO READ:
          AT AUTO DEALER LOCATION(S):
             0001 0003 0004 0005 0006 0007

        THE TOTAL BLANKET COLLISION LIMIT IS REVISED TO $36,768,511


NAME AND ADDRESS OF AGENT OR BROKER:              COUNTERSIGNED BY:
  L P INS SERVICES LLC (CWV32)
  300 E 2ND ST STE 1300
  RENO, NV 89501                                  _____
                                                  Authorized Representative

IL T0 07 09 87    PAGE  1 OF  1                    DATE:_____
OFFICE: PHOENIX



POLICY NUMBER:  AD-7N911433-21-CAG

EFFECTIVE DATE:  07-01-21

ISSUE DATE:  02-16-22

LISTING OF FORMS, ENDORSEMENTS AND SCHEDULE NUMBERS

THIS LISTING SHOWS THE NUMBER OF FORMS, SCHEDULES AND ENDORSEMENTS
BY LINE OF BUSINESS.

```
IL T0 07 09 87    CHANGE ENDORSEMENT
IL T8 01 10 93    FORMS, ENDORSEMENTS AND SCHEDULE NUMBERS
```

COMMERCIAL AUTOMOBILE

```
CA T0 77 02 15    AUTO DEALER DECLARATIONS-ITEM ONE & TWO
CA T0 78 02 15    AUTO DEALER DECS-ITEM THREE & FOUR
CA T0 79 02 15    AUTO DEALER DECLARATIONS - ITEM FIVE
CA T0 80 02 15    AUTO DEALER DECLARATIONS - ITEM SIX
CA T0 83 02 15    AUTO DEALER DECLARATIONS-ITEM NINE & TEN
CA T4 80 02 15    AUTO DLRS-ACTS,ERR OR OMISS LMTS EXT END
CA T4 14 02 15    GAR-KEEPERS COV & PHYS DMGE MULTIPLE DED
```

**IL T8 01 10 93**

**PAGE:   1 OF   1**

# COMMERCIAL AUTOMOBILE

# COMMERCIAL AUTOMOBILE

**TRAVELERS**

One Tower Square, Hartford, Connecticut  06183

AUTO DEALERS                        POLICY NUMBER: AD-7N911433-21-CAG
COVERAGE PART DECLARATIONS          ISSUE DATE:  02-16-22   JH

ITEM ONE
INSURING COMPANY:
TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA
Declarations Period:  From:  07-01-21 to 07-01-22 12:01 A.M. Standard
Time at your mailing address shown in the Common Policy Declarations.

FORM OF BUSINESS: LIMITED LIABILITY CO

The Auto Dealers Coverage Part consists of these Declarations and the Coverage
Form shown below.


ITEM TWO
A. COVERAGE AND LIMITS OF INSURANCE
     This policy provides only those coverages where a limit, if applicable,
     is shown in the columns below. Each of the "auto"-related coverages
     will apply only to those "autos" shown as covered "autos"."Autos"
     are shown as covered "autos" for the applicable coverages by the
     entry of one or more of the symbols from section I - Covered Autos
     Coverages of the Auto Dealers Coverage Form next to the name of
     the "auto" related coverage.

     COVERAGES              COVERED AUTOS          LIMIT  OF INSURANCE
                                                 THE MOST WE WILL PAY FOR ANY ONE
                                                 ACCIDENT OR LOSS

     _____            _____      _____


COVERED AUTOS LIABILTY     21                 $  1,000,000 EACH ACCIDENT

GENERAL LIABILITY                             $  1,000,000 EACH ACCIDENT
BODILY INJURY AND PROPERTY
DAMAGE LIABILITY

DAMAGES TO PREMISES                           See CA T4 25
RENTED TO YOU

PERSONAL AND ADVERTISING                      $  1,000,000 ANY ONE PERSON OR
INJURY LIABILITY                                             ORGANIZATION

GENERAL LIABILTY AGGREGATE                    $  2,000,000

PRODUCTS AND WORK YOU                         $  2,000,000
PERFORMED AGGREGATE

LOCATIONS AND OPERATIONS                      $     5,000
MEDICAL PAYMENTS

ADDED PERSONAL INJURY                         SEPARATELY STATED IN EACH
PROTECTION                                    ADDED PIP ENDORSEMENT
(or equivalent Added
No-fault coverage)


CA T0 77 02 15                      PAGE  (CONTINUED)
PRODUCER: L P INS SERVICES LLC  CWV32   OFFICE: PHNX  169



**TRAVELERS**                                 One Tower Square, Hartford, Connecticut  06183

---

AUTO DEALERS                          POLICY NUMBER: AD-7N911433-21-CAG
COVERAGE PART DECLARATIONS            ISSUE DATE:  02-16-22   JH

| COVERAGES | COVERED AUTOS | LIMIT OF INSURANCE THE MOST WE WILL PAY FOR ANY ONE ACCIDENT OR LOSS |
|---|---|---|
| AUTO MEDICAL PAYMENTS | 21 | $    5,000 |
| UNINSURED AND UNDERINSURED MOTORISTS COVERAGE | 22 | See CA TO 30 |
| GARAGEKEEPERS COVERAGE | 30 | REFER TO ITEM FIVE |
| PHYSICAL DAMAGE COMPREHENSIVE COVERAGE | 23 28 31 | ACTUAL CASH VALUE OR COST OF REPAIR, WHICHEVER IS LESS MINUS $ DEDUCTIBLE FOR EACH COVERED AUTO. See ITEM SIX For Dealers "Autos". |
| PHYSICAL DAMAGE COLLISION COVERAGE | 23 28 31 | ACTUAL CASH VALUE OR COST OF REPAIR, WHICHEVER IS LESS MINUS $ Ded. FOR EACH COVERED AUTO. See Item Six for Dealers Blanket Collision. |
| ACTS, ERRORS OR OMISSIONS LIABILITY | | $   500,000   AGGREGATE $    5,000   PER CLAIM DEDUCTIBLE |

B. AUDIT PERIOD:      ANNUAL

C. DESCRIPTION OF COVERED AUTO DESIGNATION SYMBOLS:
   Symbols 21-31:  See AUTO DEALERS COVERAGE FORM Section I - Covered Autos
   SYMBOL 32:

D. LOSS PAYEE: Any loss under Physical Damage Coverages is payable as
   interest may appear to you and the Loss Payee named in the Declarations
   (see Loss Payable Clause below)

E. NUMBERS OF FORMS, SCHEDULES AND ENDORSEMENTS FORMING PART OF THIS COVERAGE
   PART:  SEE IL T8 01 10 93

CA TO 77 02 15                          PAGE  (CONTINUED)
PRODUCER: L P INS SERVICES LLC  CWV32   OFFICE: PHNX  169

 **TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

AUTO DEALERS                          POLICY NUMBER: AD-7N911433-21-CAG
COVERAGE PART DECLARATIONS           ISSUE DATE: 02-16-22  JH


LOSS PAYABLE CLAUSE

A.  We will pay you and the loss payee named in the policy for "loss"
    to a covered "auto", as interest may appear.

B.  The insurance covers the interest of the loss payee unless the
    "loss" results from conversion, secretion or embezzlement on your
    part.

C.  We may cancel the policy as allowed by the CANCELLATION Common
    Policy Condition.  Cancellation ends this agreement as to the loss
    payee's interest.  If we cancel the policy we will mail you and the
    loss payee the same advance notice.

D.  If we make any payment to the loss payee, we will obtain their
    rights against any other party.


                    SCHEDULE OF LOSS PAYEES

                    LOSS PAYEE (Name and Address)


CA T0 77 02 15                        PAGE  (CONTINUED)
PRODUCER: L P INS SERVICES LLC  CWV32 OFFICE: PHNX  169

**TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

```
                                        AUTO DEALERS COVERAGE PART DECLARATIONS
                                        AUTO DEALERS' SUPPLEMENTARY SCHEDULE
                                        Issue date: 02-16-22

                        Policy Number: AD -7N911433-21-CAG

ITEM THREE - LOCATIONS WHERE YOU CONDUCT AUTO DEALER OPERATIONS
Loc          Address                              Zip            Cnty/twn
No       Street and City          State          Code    terr     Code
---     ---------------           -----          ----    ----   --------
  1     2100 KIETZKE LANE
        RENO                        NV           89502    111

  2     3225 MILL ST
        RENO                        NV           89502    111

  3     7175 S VIRGINIA ST
        RENO                        NV           89511    111


ITEM FOUR-AUTO DEALERS - LIABILITY AND PERSONAL INJURY PROTECTION
(Or Equivalent Or Similar No Fault Coverages) - PREMIUMS
Loc     Class of                   No of    Rating   Total Rating
No      Operators                 Persons   Units       Units
---     ---------                 -------   ------   -----------

  1     Cl I  Empl-Regular          65.0
        Cl I  Empl-A/O             278.0
        Cl II Non-Empl-Under age 25
        Cl II Non-Empl-Age 25 or over


  2     Cl I  Empl-Regular           1.0
        Cl I  Empl-A/O
        Cl II Non-Empl-Under age 25
        Cl II Non-Empl-Age 25 or over


  3     Cl I  Empl-Regular          15.0
        Cl I  Empl-A/O              62.0
        Cl II Non-Empl-Under age 25
        Cl II Non-Empl-Age 25 or over



            LOCATION        LOCATION        LOCATION
            #  1            #  2            #  3
        ---------------  ---------------  ---------------



                    RATE    PREM    RATE    PREM    RATE    PREM      TOTAL
                                                                    PREMIUMS
AUTO & GEN LIAB
LOC & OP MED PAY
PIP/APIP
NJ PED PIP
MICHIGAN PPI
AUTO MED PAY
A, E & O LIAB
    CA TO 78 02 15                                    Page  1 (Continued)
```



One Tower Square, Hartford, Connecticut  06183

AUTO DEALERS COVERAGE PART DECLARATIONS
AUTO DEALERS' SUPPLEMENTARY SCHEDULE
Issue date: 02-16-22

Policy Number: AD -7N911433-21-CAG

ITEM THREE - LOCATIONS WHERE YOU CONDUCT AUTO DEALER OPERATIONS

| Loc No | Address Street and City | State | Zip Code | terr | Cnty/twn Code |
|---|---|---|---|---|---|
| 4 | 550 KIETZKE LN RENO | NV | 89502 | 111 | |
| 5 | 700 KIETZKE LN RENO | NV | 89502 | 111 | |
| 6 | 1395 E NEWLANDS DR FERNLEY | NV | 89408 | 106 | |

ITEM FOUR-AUTO DEALERS - LIABILITY AND PERSONAL INJURY PROTECTION
(Or Equivalent Or Similar No Fault Coverages) - PREMIUMS

| Loc No | Class of Operators | No of Persons | Rating Units | Total Rating Units |
|---|---|---|---|---|
| 4 | Cl I   Empl-Regular | 1.0 | | |
| | Cl I   Empl-A/O | 3.0 | | |
| | Cl II Non-Empl-Under age 25 | | | |
| | Cl II Non-Empl-Age 25 or over | | | |
| 5 | Cl I   Empl-Regular | 16.0 | | |
| | Cl I   Empl-A/O | 57.0 | | |
| | Cl II Non-Empl-Under age 25 | | | |
| | Cl II Non-Empl-Age 25 or over | | | |
| 6 | Cl I   Empl-Regular | 7.0 | | |
| | Cl I   Empl-A/O | 19.0 | | |
| | Cl II Non-Empl-Under age 25 | | | |
| | Cl II Non-Empl-Age 25 or over | | | |

| | LOCATION # 4 | | LOCATION # 5 | | LOCATION # 6 | | TOTAL PREMIUMS |
|---|---|---|---|---|---|---|---|
| | RATE | PREM | RATE | PREM | RATE | PREM | |
| AUTO & GEN LIAB | | | | | | | |
| LOC & OP MED PAY | | | | | | | |
| PIP/APIP | | | | | | | |
| NJ PED PIP | | | | | | | |
| MICHIGAN PPI | | | | | | | |
| AUTO MED PAY | | | | | | | |
| A, E & O LIAB | | | | | | | |

CA TO 78 02 15                                Page  2 (Continued)



One Tower Square, Hartford, Connecticut  06183

AUTO DEALERS COVERAGE PART DECLARATIONS
AUTO DEALERS' SUPPLEMENTARY SCHEDULE
Issue date: 02-16-22

Policy Number: AD -7N911433-21-CAG

ITEM THREE - LOCATIONS WHERE YOU CONDUCT AUTO DEALER OPERATIONS

| Loc No | Address Street and City | State | Zip Code | terr | Cnty/twn Code |
|---|---|---|---|---|---|
| 7 | 9455&9475 S VIRGINIA STREET RENO | NV | 89511 | 111 | |

ITEM FOUR-AUTO DEALERS - LIABILITY AND PERSONAL INJURY PROTECTION
(Or Equivalent Or Similar No Fault Coverages) - PREMIUMS

| Loc No | Class of Operators | No of Persons | Rating Units | Total Rating Units |
|---|---|---|---|---|
| 7 | Cl I  Empl-Regular | 11.0 | | |
| | Cl I  Empl-A/O | 37.0 | | |
| | Cl II Non-Empl-Under age 25 | | | |
| | Cl II Non-Empl-Age 25 or over | | | |
| | | | | |
| | Cl I  Empl-Regular | | | |
| | Cl I  Empl-A/O | | | |
| | Cl II Non-Empl-Under age 25 | | | |
| | Cl II Non-Empl-Age 25 or over | | | |
| | | | | |
| | Cl I  Empl-Regular | | | |
| | Cl I  Empl-A/O | | | |
| | Cl II Non-Empl-Under age 25 | | | |
| | Cl II Non-Empl-Age 25 or over | | | |

| | LOCATION # 7 | | LOCATION # | | LOCATION # | | |
|---|---|---|---|---|---|---|---|
| | RATE | PREM | RATE | PREM | RATE | PREM | TOTAL PREMIUMS |
| AUTO & GEN LIAB | | | | | | | |
| LOC & OP MED PAY | | | | | | | |
| PIP/APIP | | | | | | | |
| NJ PED PIP | | | | | | | |
| MICHIGAN PPI | | | | | | | |
| AUTO MED PAY | | | | | | | |
| A, E & O LIAB | | | | | | | |

CA T0 78 02 15                                    Page  3 (Continued)



One Tower Square, Hartford, Connecticut 06183

AUTO DEALERS COVERAGE PART DECLARATIONS
AUTO DEALERS' SUPPLEMENTARY SCHEDULE
Issue date: 02-16-22

Policy Number: AD -7N911433-21-CAG

ITEM FOUR-AUTO DEALERS - LIABILITY COVERAGE - PREMIUMS(Continued)

LIABILITY MINIMUM PREMIUM - ███████

DEFINITIONS:
Class I-Employees
Regular Operator - Proprietors, owners, executive officers, sales managers,
service managers, finance managers and general managers, whether they have an
assigned vehicle or not, and any employee whose principal duty involves the
operation of covered "autos" or who is furnished a covered "auto".
All Others - All other employees including salespersons who have not been
assigned an auto or who do not have permission to access plates for personal use
of autos.

NOTE:
1.  Part-time employees working an average of 20 hours or more a week for
    the number of weeks worked are to be counted as one rating unit each.
2.  Part-time employees working an average of less than 20 hours a week for
    the number of weeks worked are to be counted as 1/2 rating unit each.

Class II-Non-Employees
Any of the following persons who are regularly furnished with a covered "auto"
: Inactive proprietors, partners or officers and their relatives and the
relatives of any person described in Class I.

CA T0 78 02 15                                    Page  4

 **TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

```
                                    AUTO DEALERS COVERAGE PART DECLARATIONS
                                    Issue Date: 02-16-22

                         Policy Number: AD -7N911433-21-CAG
ITEM FIVE
GARAGEKEEPERS COVERAGES AND PREMIUMS

Location        Coverages           Limit of Insurance for Each Location
   No.

        COMPREHENSIVE       $       2,500,000      MINUS THE DEDUCTIBLE AS
   1                        SHOWN ON CA T4 14
                                    OR
                            $            MINUS $           DEDUCTIBLE FOR ALL
                            PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO
                            $              MAXIMUM DEDUCTIBLE
                            FOR ALL SUCH LOSS IN EACH EVENT AT THIS LOCATION.


        SPECIFIED CAUSES OF $            MINUS $           DEDUCTIBLE FOR
        LOSS                EACH CUSTOMER'S AUTO FOR LOSS CAUSED BY THEFT
                            OR MISCHIEF OR VANDALISM SUBJECT TO $
                            MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY
                            ONE EVENT;
                                    OR
                            $            MINUS $           DEDUCTIBLE FOR ALL
                            PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO
                            $              MAXIMUM DEDUCTIBLE
                            FOR ALL SUCH LOSS IN ANY ONE EVENT.
        COLLISION           $ 2,500,000 MINUS $     3,000 DEDUCTIBLE FOR EACH
                            CUSTOMER'S AUTO.




        CA T0 79 02 15                          PAGE 01   (Continued)
```



**TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

AUTO DEALERS COVERAGE PART DECLARATIONS
Issue Date: 02-16-22

Policy Number: AD -7N911433-21-CAG

ITEM FIVE
GARAGEKEEPERS COVERAGES AND PREMIUMS

| Location No. | Coverages | Limit of Insurance for Each Location |
|---|---|---|
| 2 | COMPREHENSIVE | $     500,000     MINUS THE DEDUCTIBLE AS SHOWN ON CA T4 14<br>OR<br>$          MINUS $          DEDUCTIBLE FOR ALL PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO $          MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN EACH EVENT AT THIS LOCATION. |
| | SPECIFIED CAUSES OF LOSS | $          MINUS $          DEDUCTIBLE FOR EACH CUSTOMER'S AUTO FOR LOSS CAUSED BY THEFT OR MISCHIEF OR VANDALISM SUBJECT TO $ MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT;<br>OR<br>$          MINUS $          DEDUCTIBLE FOR ALL PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO $          MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT. |
| | COLLISION | $     500,000 MINUS $     3,000 DEDUCTIBLE FOR EACH CUSTOMER'S AUTO. |

CA T0 79 02 15                         PAGE 02   (Continued)

 **TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

```
                                    AUTO DEALERS COVERAGE PART DECLARATIONS
                                    Issue Date: 02-16-22

                        Policy Number: AD -7N911433-21-CAG
ITEM FIVE
GARAGEKEEPERS COVERAGES AND PREMIUMS


Location         Coverages              Limit of Insurance for Each Location
  No.

        COMPREHENSIVE           $     2,000,000      MINUS THE DEDUCTIBLE AS
  3                             SHOWN ON CA T4 14
                                       OR
                               $          MINUS $          DEDUCTIBLE FOR ALL
                               PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO
                               $             MAXIMUM DEDUCTIBLE
                               FOR ALL SUCH LOSS IN EACH EVENT AT THIS LOCATION.


        SPECIFIED CAUSES OF $           MINUS $          DEDUCTIBLE FOR
        LOSS                EACH CUSTOMER'S AUTO FOR LOSS CAUSED BY THEFT
                            OR MISCHIEF OR VANDALISM SUBJECT TO $
                            MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY
                            ONE EVENT;
                                       OR
                               $          MINUS $          DEDUCTIBLE FOR ALL
                               PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO
                               $             MAXIMUM DEDUCTIBLE
                               FOR ALL SUCH LOSS IN ANY ONE EVENT.
        COLLISION              $ 2,000,000 MINUS $     3,000 DEDUCTIBLE FOR EACH
                               CUSTOMER'S AUTO.






        CA T0 79 02 15                           PAGE 03   (Continued)
```



One Tower Square, Hartford, Connecticut 06183

AUTO DEALERS COVERAGE PART DECLARATIONS
Issue Date: 02-16-22

Policy Number: AD -7N911433-21-CAG

ITEM FIVE
GARAGEKEEPERS COVERAGES AND PREMIUMS

| Location No. | Coverages | Limit of Insurance for Each Location |
|---|---|---|

```
          COMPREHENSIVE        $        100,000      MINUS THE DEDUCTIBLE AS
    4                          SHOWN ON CA T4 14
                                         OR
                              $           MINUS $          DEDUCTIBLE FOR ALL
                              PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO
                              $           MAXIMUM DEDUCTIBLE
                              FOR ALL SUCH LOSS IN EACH EVENT AT THIS LOCATION.


          SPECIFIED CAUSES OF  $           MINUS $          DEDUCTIBLE FOR
          LOSS                 EACH CUSTOMER'S AUTO FOR LOSS CAUSED BY THEFT
                              OR MISCHIEF OR VANDALISM SUBJECT TO $
                              MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY
                              ONE EVENT;
                                         OR
                              $           MINUS $          DEDUCTIBLE FOR ALL
                              PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO
                              $           MAXIMUM DEDUCTIBLE
                              FOR ALL SUCH LOSS IN ANY ONE EVENT.
          COLLISION           $    100,000 MINUS $     3,000 DEDUCTIBLE FOR EACH
                              CUSTOMER'S AUTO.
```

CA T0 79 02 15                          PAGE 04   (Continued)



**TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

AUTO DEALERS COVERAGE PART DECLARATIONS
Issue Date: 02-16-22

Policy Number: AD -7N911433-21-CAG

ITEM FIVE
GARAGEKEEPERS COVERAGES AND PREMIUMS

| Location No. | Coverages | Limit of Insurance for Each Location |
|---|---|---|
| 5 | COMPREHENSIVE | $ 1,000,000 MINUS THE DEDUCTIBLE AS SHOWN ON CA T4 14 OR $ MINUS $ DEDUCTIBLE FOR ALL PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO $ MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN EACH EVENT AT THIS LOCATION. |
| | SPECIFIED CAUSES OF LOSS | $ MINUS $ DEDUCTIBLE FOR EACH CUSTOMER'S AUTO FOR LOSS CAUSED BY THEFT OR MISCHIEF OR VANDALISM SUBJECT TO $ MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT; OR $ MINUS $ DEDUCTIBLE FOR ALL PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO $ MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT. |
| | COLLISION | $ 1,000,000 MINUS $ 3,000 DEDUCTIBLE FOR EACH CUSTOMER'S AUTO. |

CA T0 79 02 15                    PAGE 05   (Continued)

**TRAVELERS**

One Tower Square, Hartford, Connecticut  06183

AUTO DEALERS COVERAGE PART DECLARATIONS
Issue Date: 02-16-22

Policy Number: AD -7N911433-21-CAG

ITEM FIVE
GARAGEKEEPERS COVERAGES AND PREMIUMS

| Location No. | Coverages | Limit of Insurance for Each Location |
|---|---|---|
| 6 | COMPREHENSIVE | $        500,000        MINUS THE DEDUCTIBLE AS SHOWN ON CA T4 14<br>OR<br>$          MINUS $          DEDUCTIBLE FOR ALL PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO $          MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN EACH EVENT AT THIS LOCATION. |
|  | SPECIFIED CAUSES OF LOSS | $          MINUS $          DEDUCTIBLE FOR EACH CUSTOMER'S AUTO FOR LOSS CAUSED BY THEFT OR MISCHIEF OR VANDALISM SUBJECT TO $ MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT;<br>OR<br>$          MINUS $          DEDUCTIBLE FOR ALL PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO $          MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT. |
|  | COLLISION | $    500,000 MINUS $      3,000 DEDUCTIBLE FOR EACH CUSTOMER'S AUTO. |

CA T0 79 02 15                          PAGE 06   (Continued)



**TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

```
                              AUTO DEALERS COVERAGE PART DECLARATIONS
                              Issue Date: 02-16-22

                       Policy Number: AD -7N911433-21-CAG
ITEM FIVE
GARAGEKEEPERS COVERAGES AND PREMIUMS

Location          Coverages              Limit of Insurance for Each Location
   No.

        COMPREHENSIVE          $     1,000,000     MINUS THE DEDUCTIBLE AS
   7                           SHOWN ON CA T4 14
                                         OR
                               $          MINUS $          DEDUCTIBLE FOR ALL
                               PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO
                               $             MAXIMUM DEDUCTIBLE
                               FOR ALL SUCH LOSS IN EACH EVENT AT THIS LOCATION.


        SPECIFIED CAUSES OF $          MINUS $          DEDUCTIBLE FOR
        LOSS                EACH CUSTOMER'S AUTO FOR LOSS CAUSED BY THEFT
                            OR MISCHIEF OR VANDALISM SUBJECT TO $
                            MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY
                            ONE EVENT;
                                         OR
                               $          MINUS $          DEDUCTIBLE FOR ALL
                               PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO
                               $             MAXIMUM DEDUCTIBLE
                               FOR ALL SUCH LOSS IN ANY ONE EVENT.
        COLLISION              $ 1,000,000 MINUS $    3,000 DEDUCTIBLE FOR EACH
                               CUSTOMER'S AUTO.




        CA T0 79 02 15                          PAGE 07   (Continued)
```



**TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

AUTO DEALERS COVERAGE PART DECLARATIONS
Issue Date: 02-16-22

Policy Number: AD -7N911433-21-CAG

ITEM FIVE - GARAGEKEEPERS COVERAGES & PREMIUMS (Continued)

PREMIUM FOR ALL LOCATIONS
         Comprehensive
         Specified Causes of Loss
         Collision



GARAGEKEEPERS COVERAGE applies on a legal liability basis unless one of
the Direct Coverage Options is indicated below by "(X)"

  DIRECT COVERAGE OPTIONS

    ( ) EXCESS INSURANCE  If this box is checked, GARAGEKEEPERS COVERAGE
        remains applicable on a legal liability basis. However coverage also
        applies without regard to your or any other "Insured's" legal
        liability for "loss" to a customer's "auto" on an  excess basis over
        any other collectible insurance regardless of whether the other
        insurance covers your or any other "insured's"interest or the interest
        of the covered "auto's" owner.

    ( ) PRIMARY INSURANCE  If this box is checked GARAGEKEEPERS COVERAGE is
        changed to apply without regard to your or any other "insured's"
        legal liability for "loss" to a customer's "auto" and is primary
        insurance.

          CA T0 79 02 15                         PAGE 08

**TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

```
                                        AUTO DEALERS
                                        COVERAGE PART
                                        DECLARATIONS
                                        ISSUE DATE 02-16-22

                           POLICY NUMBER: AD -7N911433-21-CAG
```

ITEM SIX

PHYSICAL DAMAGE INSURANCE-TYPES OF COVERED AUTOS AND INTERESTS IN THESE
AUTOS-PREMIUMS-REPORTING OR NONREPORTING BASIS.

Each of the following PHYSICAL DAMAGE coverages that is indicated in ITEM
TWO applies only to the types of autos and interest indicated by 'X'.

| COVERAGES | | COMPREHENSIVE | SPECIFIED CAUSES OF LOSS | COLLISION |
|---|---|---|---|---|
| TYPES OF | NEW AUTOS | X | | X |
| AUTOS | USED AUTOS, DEMONSTRATORS AND SERVICE VEHICLES | X | | X |
| INTERESTS COVERED | YOUR INTEREST IN COVERED AUTOS YOU OWN | | | |
| | YOUR INTEREST ONLY IN FINANCED COVERED AUTOS | | | |
| | YOUR INTEREST AND THE INTEREST OF ANY CREDITOR NAMED AS A LOSS PAYEE | X | | X |
| | ALL INTERESTS IN ANY AUTO NOT OWNED BY YOU OR ANY CREDITOR WHILE IN YOUR POSSESSION ON CONSIGNMENT FOR SALE | | | |

Our limit of insurance for 'loss' at locations other than those stated in
ITEM THREE.
    $ 1,000,000 Additional locations where you store covered autos
    $ 1,000,000 In transit

PREMIUM BASIS-Reporting (Quarterly or Monthly) or Nonreporting (Indicate Basis
 Agreed Upon by X)
 ( ) REPORTING BASIS (Quarterly or Monthly) as indicated below by 'X'.
    You must report to us on our form the locations of your covered "autos"
    and their total value at each such location. For your main sales location
    identified as location no. 1, you must include the total value of all
    covered "autos" you have furnished or made available to yourself, your
    executives, your "employees" or family members and other Class II - Non-
    Employees, and covered "autos" that are temporarily displayed or stored
    at locations other than those stated in ITEM THREE above. For your main
    sales location you must include the total value of all service vehicles.

CA T0 80 02 15                                        PAGE    1



**TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

```
                                    AUTO DEALERS
                                    COVERAGE PART
                                    DECLARATIONS
                                    ISSUE DATE 02-16-22

                        POLICY NUMBER: AD -7N911433-21-CAG


    ITEM SIX    (CONTINUED)

    PREMIUM BASIS-Reporting or Nonreporting(Indicate Basis Agreed Upon by X)
    (continued)

        YOUR REPORTING BASIS IS:
        ( ) QUARTERLY you must give us your first report by the fifteenth of the
            fourth month after the policy begins. Your subsequent reports must
            be given to us by the fifteenth of every third month. Your reports
            must contain the value for the last business day of every third
            month coming within the policy period.
        ( ) MONTHLY You must give us your reports by the fifteenth of every
            month. Your reports will contain the total values you had on the
            last business day of the preceding month.
        Premiums will be calculated pro rata of the annual premium for the expo-
        sures contained in each report. At the end of each policy year we will
        add the monthly premiums or the quarterly premiums to determine your
        final premium due for the entire policy year. The estimated total
        premiums shown will be credited against the final premium due.
     (X) NONREPORTING BASIS. Stated limit of insurance shown above applies.


    LOC.
    NO.    COVERAGE            LIMIT OF INSURANCE FOR EACH LOCATION

     1    COMPREHENSIVE        LIMIT OF INSURANCE AS STATED IN EACH SELECTION
                               BELOW, MINUS THE DEDUCTIBLES AS SHOWN ON
                               CA T4 14

                                       LIMIT        RATE        PREMIUM
        FIRE ONLY, BUILDING & LOTS
        BUILDING                     10,000,000   ████████████████████████
        STANDARD OPEN LOTS           
        NON STANDARD OPEN LOTS        5,630,831   ████████████████████████
        MISCELLANEOUS BUILDING       
        MISCELLANEOUS OPEN LOTS      


    ALL   BLANKET              $ 36,768,511 MINUS $ 2,500 DEDUCTIBLE FOR EACH
          COLLISION               COVERED AUTO.



                                            COLLISION PREMIUM  $  ████████



    CA T0 80 02 15                                          PAGE    2
```



**TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

```
                              AUTO DEALERS
                              COVERAGE PART
                              DECLARATIONS
                              ISSUE DATE 02-16-22

                       POLICY NUMBER: AD -7N911433-21-CAG


    ITEM SIX   (CONTINUED)

LOC.
NO.   COVERAGE             LIMIT OF INSURANCE FOR EACH LOCATION

  3   COMPREHENSIVE        LIMIT OF INSURANCE AS STATED IN EACH SELECTION
                           BELOW, MINUS THE DEDUCTIBLES AS SHOWN ON
                           CA T4 14

                                   LIMIT         RATE         PREMIUM
      FIRE ONLY, BUILDING & LOTS
      BUILDING                    750,000      ████████████████████████
      STANDARD OPEN LOTS        5,836,933      ████████████████████████
      NON STANDARD OPEN LOTS
      MISCELLANEOUS BUILDING
      MISCELLANEOUS OPEN LOTS

  4   COMPREHENSIVE        LIMIT OF INSURANCE AS STATED IN EACH SELECTION
                           BELOW, MINUS THE DEDUCTIBLES AS SHOWN ON
                           CA T4 14

                                   LIMIT         RATE         PREMIUM
      FIRE ONLY, BUILDING & LOTS
      BUILDING
      STANDARD OPEN LOTS
      NON STANDARD OPEN LOTS      442,606      ████████████████████████
      MISCELLANEOUS BUILDING
      MISCELLANEOUS OPEN LOTS

  5   COMPREHENSIVE        LIMIT OF INSURANCE AS STATED IN EACH SELECTION
                           BELOW, MINUS THE DEDUCTIBLES AS SHOWN ON
                           CA T4 14

                                   LIMIT         RATE         PREMIUM
      FIRE ONLY, BUILDING & LOTS
      BUILDING                  1,000,000      ████████████████████████
      STANDARD OPEN LOTS
      NON STANDARD OPEN LOTS    3,779,317      ████████████████████████
      MISCELLANEOUS BUILDING
      MISCELLANEOUS OPEN LOTS




    CA T0 80 02 15                                     PAGE    3
```

 **TRAVELERS** One Tower Square, Hartford, Connecticut  06183

```
                                    AUTO DEALERS
                                    COVERAGE PART
                                    DECLARATIONS
                                    ISSUE DATE 02-16-22

                          POLICY NUMBER: AD -7N911433-21-CAG

     ITEM SIX    (CONTINUED)

     LOC.
     NO.   COVERAGE            LIMIT OF INSURANCE FOR EACH LOCATION

       6   COMPREHENSIVE       LIMIT OF INSURANCE AS STATED IN EACH SELECTION
                               BELOW, MINUS THE DEDUCTIBLES AS SHOWN ON
                               CA T4 14

                                       LIMIT        RATE        PREMIUM
           FIRE ONLY, BUILDING & LOTS
           BUILDING                    750,000   ███████████████████████
           STANDARD OPEN LOTS                    ███████████████████████
           NON STANDARD OPEN LOTS    6,108,315   ███████████████████████
           MISCELLANEOUS BUILDING               ███████████████████████
           MISCELLANEOUS OPEN LOTS

       7   COMPREHENSIVE       LIMIT OF INSURANCE AS STATED IN EACH SELECTION
                               BELOW, MINUS THE DEDUCTIBLES AS SHOWN ON
                               CA T4 14

                                       LIMIT        RATE        PREMIUM
           FIRE ONLY, BUILDING & LOTS
           BUILDING                    800,000   ███████████████████████
           STANDARD OPEN LOTS                    ███████████████████████
           NON STANDARD OPEN LOTS    1,670,509   ███████████████████████
           MISCELLANEOUS BUILDING               ███████████████████████
           MISCELLANEOUS OPEN LOTS




                               TOTAL PREMIUM  $  ████████████

     CA T0 80 02 15                              PAGE    4
```


**TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

AUTO DEALERS
COVERAGE PART
DECLARATIONS
ISSUE DATE 02-16-22

POLICY NUMBER: AD -7N911433-21-CAG

ITEM SIX    (CONTINUED)

SCHEDULE OF LOSS PAYEES

(Refer to the Schedule of Loss Payees in CA T0 77 02 15 ITEM TWO.)

CA T0 80 02 15                                    PAGE    5



One Tower Square, Hartford, Connecticut  06183

AUTO DEALERS COVERAGE PART DECLARATIONS

Issue date: 02-16-22

Policy Number: AD-7N911433-21-CAG

ITEM TEN
UNINSURED MOTORISTS COVERAGE-PREMIUMS-REFER TO ITEM SEVEN FOR SEPARATELY
REGISTERED COVERED AUTOS.

| LOCATION NUMBER | NUMBER OF PLATES | RATE PER PLATE | PREMIUM |
| --------------- | ---------------- | -------------- | ------- |
| 001 | 85 | | |
| 002 | 1 | | |
| 003 | 34 | | |
| 004 | 3 | | |
| 005 | 12 | | |
| 006 | 12 | | |
| 007 | 26 | | |

CA T0 83 02 15                          Page   1

POLICY NUMBER: **AD-7N911433-21-CAG**

COMMERCIAL AUTO
ISSUE DATE: **02-16-22**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# AUTO DEALERS – ACTS, ERRORS OR OMISSIONS LIMITS EXTENSION ENDORSEMENT

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM

### SCHEDULE OF ACTS, ERRORS OR OMISSIONS LIABILITY LIMITS

The Limits of Insurance apply separately to each "act, error or omission" coverage:

| | |
|---|---|
| EACH CLAIM LIMIT OF INSURANCE | $ **500,000** |
| AGGREGATE LIMIT OF INSURANCE | $ **500,000** |
| ONE YEAR PRIOR ACTS LIMIT OF INSURANCE | $ 100,000 |

**PROVISIONS**

The following replaces Paragraph **E.**, **Limit Of Insurance And Deductible**, of **SECTION III – ACTS, ERRORS OR OMISSIONS LIABILITY COVERAGES:**

**E.  Limits Of Insurance**

**1.** Regardless of the number of "insureds", claims made or "suits" brought or persons or organizations making claims or bringing "suits", the most we will pay for the sum of all damages for each separate "act, error or omission" coverage is the Aggregate Limit of Insurance shown in the Schedule Of Acts, Errors Or Omissions Liability Limits.

**2.** Subject to the Aggregate Limit of Insurance for the applicable "act, error or omission" coverage, the most we will pay for all damages resulting from any one claim is the Each Claim Limit of Insurance shown in the Sched-

ule Of Acts, Errors Or Omissions Liability Limits. Any "suits" involving a class action will be deemed one claim. No other Limits of Insurance apply.

**3.** If One Year Prior Acts Coverage is part of your Acts, Errors And Omissions Liability Coverages, then the One Year Prior Acts Limit Of Insurance Paragraph is replaced by the following:

A **$100,000** One Year Prior Acts Limit Of Insurance applies separately to each coverage included in the definition of "act, error or omission" for damages because of any "act, error or omission" committed during this one year period. This limit applies to each such claim and as an aggregate for all such claims related to the same "act, error or omission" coverage. No other limit of insurance applies to such prior acts.

© 2015 The Travelers Indemnity Company, Inc. All rights reserved.
Includes the copyrighted material of Insurance Services Office, Inc. with its permission.

COMMERCIAL AUTO

POLICY NUMBER: **AD-7N911433-21-CAG**

ISSUE DATE: **02-16-22**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# GARAGEKEEPERS COVERAGE AND
# PHYSICAL DAMAGE MULTIPLE DEDUCTIBLES

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE PART DECLARATIONS
AUTO DEALERS COVERAGE FORM

**PROVISIONS**

**1.** The deductibles shown in the applicable Schedule below apply for the Comprehensive and Specified Causes of Loss section at **ITEM FIVE – GARAGEKEEPERS COVERAGE AND PREMIUMS** and for the Comprehensive Coverage Limit of Insurance for Each Location section at **ITEM SIX – PHYSICAL DAMAGE COVERAGE** section of the **AUTO DEALERS COVERAGE PART DECLARATIONS**:

**SCHEDULE**

**ITEM FIVE – GARAGEKEEPERS COVERAGE**

| Location (list each location separately) | Covered Causes of Loss* | Deductible | |
| --- | --- | --- | --- |
| | | For Each Covered "Auto" | Maximum Deductible in any one event at each location |
| | **SEE SCHEDULE EXTENSION** | | |

**ITEM SIX – PHYSICAL DAMAGE COVERAGE**

| Location (list each location separately) | Covered Causes of Loss* | Deductible | |
| --- | --- | --- | --- |
| | | For Each Covered "Auto" | Maximum Deductible in any one event at each location |
| | **SEE SCHEDULE EXTENSION** | | |

**CA T4 14 02 15**

© 2015 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

Page 1 of 2

COMMERCIAL AUTO

- For each Deductible listed in this Schedule, enter the description of any Covered Causes of Loss listed below to which that Deductible applies:

    **(1)** Theft or Mischief or Vandalism

    **(2)** Earthquake

    **(3)** Windstorm Or Hail

    **(4)** Flood

    **(5)** All Covered Perils, other than collision, not listed separately on this Schedule

**2.** The following replaces Paragraph **5.**, **Limit Of Insurance And Deductibles**, in Paragraph **E.**, **Garagekeepers Coverage**, of **SECTION I – COVERED AUTOS COVERAGES**:

**5.** **Limit Of Insurance And Deductibles**

**a.** Regardless of the number of "customer's autos", "insureds", premiums paid, claims made or "suits" brought, the most we will pay for each "loss" is the Garagekeepers Coverage Limit of Insurance shown in the Declarations for that location minus the applicable deductible for "loss" caused by collision shown in the Declarations, and the applicable deductible for the specified covered cause of loss shown in the Schedule above.

**b.** The maximum deductible stated in the Schedule for Garagekeepers Coverage Comprehensive applies to the location for which it is shown and is the most that will be deducted for all "loss" in any one event from the covered cause of loss for which it is shown at that location. If "NO" appears in the Schedule above for maximum deductible, then no maximum deductible applies for "loss" from the covered cause of loss for which it is shown.

**c.** Sometimes to settle a claim or "suit" we may pay all or any part of the deductible. If this happens you must reimburse us for the deductible or that portion of the deductible that we paid.

**3.** The following replaces Paragraph **5.**, **Deductible**, in Paragraph **F.**, **Physical Damage Coverage**, of **SECTION I – COVERED AUTOS COVERAGES**:

**5.** **Deductible**

For each covered "auto", our obligation to pay for, repair, return or replace damaged or stolen property will be reduced by the applicable deductible shown in the Schedule above that applies to specified covered cause of loss.

The maximum deductible stated in the Schedule applies to the location for which it is shown and is the most that will be deducted for all "loss" in any one event from the covered cause of loss for which it is shown at that location. If "NO" appears in the Schedule above for maximum deductible, then no maximum deductible applies for "loss" from the covered cause of loss for which it is shown.

© 2015 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.
**CA T4 14 02 15**

POLICY NUMBER: **AD-7N911433-21-CAG**

COMMERCIAL AUTO
ISSUE DATE: 02-16-22

# SCHEDULE EXTENSION

**This is an extension of CA T4 14 02 15**

**GARAGEKEEPERS COVERAGE AND PHYSICAL DAMAGE MULTIPLE DEDUCTIBLES**

**SCHEDULE**

ITEM FIVE - GARAGEKEEPERS COVERAGE

| Loc | Covered Causes of Loss** | Deductible For Each Covered "Auto" | Maximum Deductible in any one event |
|-----|--------------------------|------------------------------------|-------------------------------------|
| 1 | Flood | $ 2,500 | $ 250,000 |
| 1 | Earthquake | $ 1,000 | $ 100,000 |
| 1 | Windstorm or Hail | $ 1,000 | $ 100,000 |
| 1 | All Covered Perils, other than collision, not listed separately on this Schedule | $ 1,000 | $ 10,000 |
| 2 | Flood | $ 2,500 | $ 250,000 |
| 2 | Earthquake | $ 1,000 | $ 100,000 |
| 2 | Windstorm or Hail | $ 1,000 | $ 100,000 |
| 2 | All Covered Perils, other than collision, not listed separately on this Schedule | $ 1,000 | $ 10,000 |
| 3 | Flood | $ 2,500 | $ 250,000 |
| 3 | Earthquake | $ 1,000 | $ 100,000 |
| 3 | Windstorm or Hail | $ 1,000 | $ 100,000 |
| 3 | All Covered Perils, other than collision, not listed separately on this Schedule | $ 1,000 | $ 10,000 |
| 4 | Flood | $ 2,500 | $ 250,000 |
| 4 | Earthquake | $ 1,000 | $ 75,000 |

CA T4 14 SCHED

Page 1 of 6

POLICY NUMBER: **AD-7N911433-21-CAG**

COMMERCIAL AUTO
ISSUE DATE: **02-16-22**

# SCHEDULE EXTENSION

### This is an extension of CA T4 14 02 15

### GARAGEKEEPERS COVERAGE AND PHYSICAL DAMAGE MULTIPLE DEDUCTIBLES

### SCHEDULE

| | | | |
|---|---|---|---|
| 4 | Windstorm or Hail | $  1,000 | $  100,000 |
| 4 | All Covered Perils, other than collision, not listed separately on this Schedule | $  1,000 | $  10,000 |

**ITEM FIVE - GARAGEKEEPERS COVERAGE**

| | | Deductible | |
|---|---|---|---|
| Loc | Covered Causes of Loss** | For Each Covered "Auto" | Maximum Deductible in any one event |
| 5 | Flood | $  2,500 | $  250,000 |
| 5 | Earthquake | $  1,000 | $  100,000 |
| 5 | Windstorm or Hail | $  1,000 | $  100,000 |
| 5 | All Covered Perils, other than collision, not listed separately on this Schedule | $  1,000 | $  10,000 |

**ITEM FIVE - GARAGEKEEPERS COVERAGE**

| | | Deductible | |
|---|---|---|---|
| Loc | Covered Causes of Loss** | For Each Covered "Auto" | Maximum Deductible in any one event |
| 6 | Flood | $  2,500 | $  250,000 |
| 6 | Earthquake | $  1,000 | $  100,000 |
| 6 | Windstorm or Hail | $  1,000 | $  100,000 |
| 6 | All Covered Perils, other than collision, not listed separately on this Schedule | $  1,000 | $  10,000 |

CA T4 14 SCHED

Page **2** of **6**

POLICY NUMBER: AD-7N911433-21-CAG

COMMERCIAL AUTO
ISSUE DATE: 02-16-22

# SCHEDULE EXTENSION

### This is an extension of CA T4 14 02 15

### GARAGEKEEPERS COVERAGE AND PHYSICAL DAMAGE MULTIPLE DEDUCTIBLES

### SCHEDULE

**ITEM FIVE - GARAGEKEEPERS COVERAGE**

| Loc | Covered Causes of Loss** | Deductible For Each Covered "Auto" | Maximum Deductible in any one event |
|-----|-----|-----|-----|
| 7 | Flood | $    2,500 | $    250,000 |
| 7 | Earthquake | $    1,000 | $    100,000 |
| 7 | Windstorm or Hail | $    1,000 | $    100,000 |
| 7 | All Covered Perils, other than collision, not listed separately on this Schedule | $    1,000 | $    10,000 |

**ITEM SIX - PHYSICAL DAMAGE COVERAGE**

| Loc | Covered Causes of Loss** | Deductible For Each Covered "Auto" | Maximum Deductible in any one event |
|-----|-----|-----|-----|

**ITEM SIX - PHYSICAL DAMAGE COVERAGE**

| Loc | Covered Causes of Loss** | Deductible For Each Covered "Auto" | Maximum Deductible in any one event |
|-----|-----|-----|-----|
| 1 | Flood | $    2,500 | $    250,000 |
| 1 | Earthquake | $    2,500 | $    250,000 |
| 1 | Windstorm or Hail | $    1,000 | $    100,000 |
| 1 | All Covered Perils, other than collision, not listed separately on | $    1,000 | $    10,000 |

CA T4 14 SCHED

Page  3 of  6

COMMERCIAL AUTO
ISSUE DATE: 02-16-22

POLICY NUMBER: AD-7N911433-21-CAG

# SCHEDULE EXTENSION

**This is an extension of CA T4 14 02 15**

**GARAGEKEEPERS COVERAGE AND PHYSICAL DAMAGE MULTIPLE DEDUCTIBLES**

**SCHEDULE**

this Schedule

**ITEM SIX - PHYSICAL DAMAGE COVERAGE**

| Loc | Covered Causes of Loss** | Deductible For Each Covered "Auto" | Maximum Deductible in any one event |
|---|---|---|---|
| 3 | Flood | $    2,500 | $    250,000 |
| 3 | Earthquake | $    1,000 | $    100,000 |
| 3 | Windstorm or Hail | $    1,000 | $    100,000 |
| 3 | All Covered Perils, other than collision, not listed separately on this Schedule | $    1,000 | $    10,000 |

**ITEM SIX - PHYSICAL DAMAGE COVERAGE**

| Loc | Covered Causes of Loss** | Deductible For Each Covered "Auto" | Maximum Deductible in any one event |
|---|---|---|---|
| 4 | Flood | $    2,500 | $    250,000 |
| 4 | Earthquake | $    1,000 | $    100,000 |
| 4 | Windstorm or Hail | $    1,000 | $    100,000 |
| 4 | All Covered Perils, other than collision, not listed separately on this Schedule | $    1,000 | $    10,000 |

**ITEM SIX - PHYSICAL DAMAGE COVERAGE**

Deductible

CA T4 14 SCHED

COMMERCIAL AUTO
ISSUE DATE: 02-16-22

POLICY NUMBER: AD-7N911433-21-CAG

# SCHEDULE EXTENSION

**This is an extension of CA T4 14 02 15**

**GARAGEKEEPERS COVERAGE AND PHYSICAL DAMAGE MULTIPLE DEDUCTIBLES**

**SCHEDULE**

| Loc | Covered Causes of Loss** | For Each Covered "Auto" | Maximum Deductible in any one event |
|---|---|---|---|
| 5 | Flood | $  2,500 | $  250,000 |
| 5 | Earthquake | $  1,000 | $  100,000 |
| 5 | Windstorm or Hail | $  1,000 | $  100,000 |
| 5 | All Covered Perils, other than collision, not listed separately on this Schedule | $  1,000 | $  10,000 |

ITEM SIX - PHYSICAL DAMAGE COVERAGE

| Loc | Covered Causes of Loss** | Deductible For Each Covered "Auto" | Maximum Deductible in any one event |
|---|---|---|---|
| 6 | Flood | $  2,500 | $  250,000 |
| 6 | Earthquake | $  1,000 | $  100,000 |
| 6 | Windstorm or Hail | $  1,000 | $  100,000 |
| 6 | All Covered Perils, other than collision, not listed separately on this Schedule | $  1,000 | $  10,000 |

ITEM SIX - PHYSICAL DAMAGE COVERAGE

| Loc | Covered Causes of Loss** | Deductible For Each Covered "Auto" | Maximum Deductible in any one event |
|---|---|---|---|
| 7 | Flood | $  2,500 | $  250,000 |

CA T4 14 SCHED

TRAVELERS DOC MGMT Page 360 of 615

POLICY NUMBER: **AD-7N911433-21-CAG**

COMMERCIAL AUTO
ISSUE DATE: **02-16-22**

# SCHEDULE EXTENSION

**This is an extension of CA T4 14 02 15**

**GARAGEKEEPERS COVERAGE AND PHYSICAL DAMAGE MULTIPLE DEDUCTIBLES**

**SCHEDULE**

| | | | |
|---|---|---|---|
| 7 | Earthquake | $ 1,000 | $ 100,000 |
| 7 | Windstorm or Hail | $ 1,000 | $ 100,000 |
| 7 | All Covered Perils, other than collision, not listed separately on this Schedule | $ 1,000 | $ 10,000 |

CA T4 14 SCHED

Page **6** of **6**



One Tower Square, Hartford, Connecticut 06183

CHANGE ENDORSEMENT

Named Insured:
DOLAN AUTOMOTIVE GROUP, LLC
AND AS PER IL T8 03

Policy Number: AD-7N911433-21-CAG
Policy Effective Date: 07/01/21
Issue Date: 03/28/22
Additional Premium $ ███

INSURING COMPANY:
TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

Effective from 02/01/22 at the time of day the policy becomes effective.

THIS INSURANCE IS AMENDED AS FOLLOWS:


THE COMMERCIAL AUTOMOBILE COVERAGE PART IS AMENDED AS FOLLOWS:

     COMPREHENSIVE COVERAGE IS CHANGED AS PER ATTACHED SCHEDULE
     FOR:
          GARAGE LOCATION(S):
          0001 0003 0004 0005 0006 0007

     FALSE PRETENSE COVERAGE IS CHANGED AS PER ATTACHED SCHEDULE
     FOR:
          GARAGE LOCATION(S):
          0001 0003 0004 0005 0006 0007

     THE BLANKET COLLISION COVERAGE LIMIT IS CHANGED TO READ:
       AT AUTO DEALER LOCATION(S):
          0001 0003 0004 0005 0006 0007

     THE BLANKET COLLISION LIMIT IS REVISED TO:  $36,803,016


NAME AND ADDRESS OF AGENT OR BROKER:               COUNTERSIGNED BY:
  L P INS SERVICES LLC (CWV32)
  300 E 2ND ST STE 1300
  RENO, NV 89501                                   _____
                                                   Authorized Representative

IL T0 07 09 87    PAGE  1 OF  1                     DATE:_____
OFFICE: PHOENIX



**POLICY NUMBER:** AD-7N911433-21-CAG

**EFFECTIVE DATE:** 07-01-21

**ISSUE DATE:** 03-28-22

LISTING OF FORMS, ENDORSEMENTS AND SCHEDULE NUMBERS

THIS LISTING SHOWS THE NUMBER OF FORMS, SCHEDULES AND ENDORSEMENTS
BY LINE OF BUSINESS.

```
IL T0 07 09 87     CHANGE ENDORSEMENT
IL T8 01 10 93     FORMS, ENDORSEMENTS AND SCHEDULE NUMBERS
```

COMMERCIAL AUTOMOBILE

```
CA T0 77 02 15     AUTO DEALER DECLARATIONS-ITEM ONE & TWO
CA T0 78 02 15     AUTO DEALER DECS-ITEM THREE & FOUR
CA T0 79 02 15     AUTO DEALER DECLARATIONS - ITEM FIVE
CA T0 80 02 15     AUTO DEALER DECLARATIONS - ITEM SIX
CA T0 83 02 15     AUTO DEALER DECLARATIONS-ITEM NINE & TEN
CA T4 80 02 15     AUTO DLRS-ACTS,ERR OR OMISS LMTS EXT END
CA T4 14 02 15     GAR-KEEPERS COV & PHYS DMGE MULTIPLE DED
```

IL T8 01 10 93                                    **PAGE:   1 OF   1**

# COMMERCIAL AUTOMOBILE

# COMMERCIAL AUTOMOBILE

 **TRAVELERS**

One Tower Square, Hartford, Connecticut  06183

AUTO DEALERS                          POLICY NUMBER: AD-7N911433-21-CAG
COVERAGE PART DECLARATIONS           ISSUE DATE:  03-28-22  JH


ITEM ONE
INSURING COMPANY:
TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA
Declarations Period:  From:  07-01-21 to 07-01-22 12:01 A.M. Standard
Time at your mailing address shown in the Common Policy Declarations.

FORM OF BUSINESS: LIMITED LIABILITY CO

The Auto Dealers Coverage Part consists of these Declarations and the Coverage
Form shown below.


ITEM TWO
A. COVERAGE AND LIMITS OF INSURANCE
         This policy provides only those coverages where a limit, if applicable,
         is shown in the columns below. Each of the "auto"-related coverages
         will apply only to those "autos" shown as covered "autos"."Autos"
         are shown as covered "autos" for the applicable coverages by the
         entry of one or more of the symbols from section I - Covered Autos
         Coverages of the Auto Dealers Coverage Form next to the name of
         the "auto" related coverage.

         COVERAGES              COVERED AUTOS            LIMIT  OF INSURANCE
                                                   THE MOST WE WILL PAY FOR ANY ONE
                                                   ACCIDENT OR LOSS

         _____            _____    _____


COVERED AUTOS LIABILTY    21               $  1,000,000 EACH ACCIDENT

GENERAL LIABILITY                          $  1,000,000 EACH ACCIDENT
BODILY INJURY AND PROPERTY
DAMAGE LIABILITY

DAMAGES TO PREMISES                        See CA T4 25
RENTED TO YOU

PERSONAL AND ADVERTISING                   $  1,000,000 ANY ONE PERSON OR
INJURY LIABILITY                                        ORGANIZATION

GENERAL LIABILTY AGGREGATE                 $  2,000,000

PRODUCTS AND WORK YOU                       $  2,000,000
PERFORMED AGGREGATE

LOCATIONS AND OPERATIONS                    $      5,000
MEDICAL PAYMENTS

ADDED PERSONAL INJURY                      SEPARATELY STATED IN EACH
PROTECTION                                 ADDED PIP ENDORSEMENT
(or equivalent Added
No-fault coverage)


 CA T0 77 02 15                            PAGE  (CONTINUED)
 PRODUCER: L P INS SERVICES LLC  CWV32     OFFICE: PHNX  169



**TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

```
AUTO DEALERS                      POLICY NUMBER: AD-7N911433-21-CAG
COVERAGE PART DECLARATIONS        ISSUE DATE:  03-28-22  JH
```

| COVERAGES | COVERED AUTOS | LIMIT OF INSURANCE THE MOST WE WILL PAY FOR ANY ONE ACCIDENT OR LOSS |
|---|---|---|
| AUTO MEDICAL PAYMENTS | 21 | $    5,000 |
| UNINSURED AND UNDERINSURED MOTORISTS COVERAGE | 22 | See CA T0 30 |
| GARAGEKEEPERS COVERAGE | 30 | REFER TO ITEM FIVE |
| PHYSICAL DAMAGE COMPREHENSIVE COVERAGE | 23 28 31 | ACTUAL CASH VALUE OR COST OF REPAIR, WHICHEVER IS LESS MINUS $ DEDUCTIBLE FOR EACH COVERED AUTO. See ITEM SIX For Dealers "Autos". |
| PHYSICAL DAMAGE COLLISION COVERAGE | 23 28 31 | ACTUAL CASH VALUE OR COST OF REPAIR, WHICHEVER IS LESS MINUS $ Ded. FOR EACH COVERED AUTO. See Item Six for Dealers Blanket Collision. |
| ACTS, ERRORS OR OMISSIONS LIABILITY | | $   500,000    AGGREGATE $     5,000    PER CLAIM DEDUCTIBLE |

B. AUDIT PERIOD:      ANNUAL

C. DESCRIPTION OF COVERED AUTO DESIGNATION SYMBOLS:
   Symbols 21-31:  See AUTO DEALERS COVERAGE FORM Section I - Covered Autos
   SYMBOL 32.

D. LOSS PAYEE: Any loss under Physical Damage Coverages is payable as
   interest may appear to you and the Loss Payee named in the Declarations
   (see Loss Payable Clause below)

E. NUMBERS OF FORMS, SCHEDULES AND ENDORSEMENTS FORMING PART OF THIS COVERAGE
   PART:  SEE IL T8 01 10 93

```
CA T0 77 02 15                        PAGE  (CONTINUED)
PRODUCER: L P INS SERVICES LLC  CWV32 OFFICE: PHNX  169
```



One Tower Square, Hartford, Connecticut  06183

AUTO DEALERS                             POLICY NUMBER: AD-7N911433-21-CAG
COVERAGE PART DECLARATIONS               ISSUE DATE:  03-28-22   JH

LOSS PAYABLE CLAUSE

A.  We will pay you and the loss payee named in the policy for "loss"
    to a covered "auto", as interest may appear.

B.  The insurance covers the interest of the loss payee unless the
    "loss" results from conversion, secretion or embezzlement on your
    part.

C.  We may cancel the policy as allowed by the CANCELLATION Common
    Policy Condition.  Cancellation ends this agreement as to the loss
    payee's interest.  If we cancel the policy we will mail you and the
    loss payee the same advance notice.

D.  If we make any payment to the loss payee, we will obtain their
    rights against any other party.

SCHEDULE OF LOSS PAYEES

        LOSS PAYEE (Name and Address)

CA T0 77 02 15                           PAGE   (CONTINUED)
PRODUCER: L P INS SERVICES LLC  CWV32    OFFICE: PHNX  169

**TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

```
                                AUTO DEALERS COVERAGE PART DECLARATIONS
                                AUTO DEALERS' SUPPLEMENTARY SCHEDULE
                                Issue date: 03-28-22

                         Policy Number: AD -7N911433-21-CAG

ITEM THREE - LOCATIONS WHERE YOU CONDUCT AUTO DEALER OPERATIONS
  Loc            Address                        Zip            Cnty/twn
  No        Street and City          State     Code    terr    Code
  ---      ---------------           -----     ----    ----   --------
     1    2100 KIETZKE LANE
          RENO                        NV       89502    111

     2    3225 MILL ST
          RENO                        NV       89502    111

     3    7175 S VIRGINIA ST
          RENO                        NV       89511    111


ITEM FOUR-AUTO DEALERS - LIABILITY AND PERSONAL INJURY PROTECTION
(Or Equivalent Or Similar No Fault Coverages) - PREMIUMS
  Loc    Class of                    No of   Rating   Total Rating
  No     Operators                   Persons  Units      Units
  ---    ---------                   -------  ------   -----------

   1     Cl I   Empl-Regular          65.0
         Cl I   Empl-A/O             278.0
         Cl II  Non-Empl-Under age 25
         Cl II  Non-Empl-Age 25 or over


   2     Cl I   Empl-Regular           1.0
         Cl I   Empl-A/O
         Cl II  Non-Empl-Under age 25
         Cl II  Non-Empl-Age 25 or over


   3     Cl I   Empl-Regular          15.0
         Cl I   Empl-A/O              62.0
         Cl II  Non-Empl-Under age 25
         Cl II  Non-Empl-Age 25 or over
```



```
              LOCATION       LOCATION       LOCATION
              #  1           #  2           #  3
           --------------- --------------- ---------------
```

| | RATE | PREM | RATE | PREM | RATE | PREM | TOTAL PREMIUMS |
|---|---|---|---|---|---|---|---|
| AUTO & GEN LIAB | | | | | | | |
| LOC & OP MED PAY | | | | | | | |
| PIP/APIP | | | | | | | |
| NJ PED PIP | | | | | | | |
| MICHIGAN PPI | | | | | | | |
| AUTO MED PAY | | | | | | | |
| A, E & O LIAB | | | | | | | |

```
       CA T0 78 02 15                              Page  1 (Continued)
```



**TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

```
                         AUTO DEALERS COVERAGE PART DECLARATIONS
                         AUTO DEALERS' SUPPLEMENTARY SCHEDULE
                         Issue date: 03-28-22

                   Policy Number: AD -7N911433-21-CAG

ITEM THREE - LOCATIONS WHERE YOU CONDUCT AUTO DEALER OPERATIONS
 Loc          Address                         Zip           Cnty/twn
 No       Street and City        State       Code    terr    Code
 ---     ---------------         -----       ----    ----   --------
   4     550 KIETZKE LN
         RENO                     NV          89502   111

   5     700 KIETZKE LN
         RENO                     NV          89502   111

   6     1395 E NEWLANDS DR
         FERNLEY                  NV          89408   106


ITEM FOUR-AUTO DEALERS - LIABILITY AND PERSONAL INJURY PROTECTION
(Or Equivalent Or Similar No Fault Coverages) - PREMIUMS
 Loc     Class of                 No of   Rating   Total Rating
 No      Operators               Persons  Units       Units
 ---     ---------               -------  ------   -----------

   4     Cl I   Empl-Regular       1.0
         Cl I   Empl-A/O           3.0
         Cl II Non-Empl-Under age 25
         Cl II Non-Empl-Age 25 or over


   5     Cl I   Empl-Regular      16.0
         Cl I   Empl-A/O          57.0
         Cl II Non-Empl-Under age 25
         Cl II Non-Empl-Age 25 or over


   6     Cl I   Empl-Regular       7.0
         Cl I   Empl-A/O          19.0
         Cl II Non-Empl-Under age 25
         Cl II Non-Empl-Age 25 or over
```

```
          LOCATION        LOCATION        LOCATION
           #  4            #  5            #  6
         --------------- --------------- ---------------
```

```
                                                        TOTAL
            RATE   PREM    RATE   PREM    RATE   PREM   PREMIUMS
AUTO & GEN LIAB
LOC & OP MED PAY
PIP/APIP
NJ PED PIP
MICHIGAN PPI
AUTO MED PAY
A, E & O LIAB
     CA T0 78 02 15                      Page  2 (Continued)
```



**TRAVELERS**

One Tower Square, Hartford, Connecticut  06183

```
                                    AUTO DEALERS COVERAGE PART DECLARATIONS
                                    AUTO DEALERS' SUPPLEMENTARY SCHEDULE
                                    Issue date: 03-28-22

                          Policy Number: AD -7N911433-21-CAG

      ITEM THREE - LOCATIONS WHERE YOU CONDUCT AUTO DEALER OPERATIONS
      Loc          Address                              Zip              Cnty/twn
      No      Street and City            State         Code     terr       Code
      ---     ---------------            -----         ----     ----    --------
        7     9455&9475 S VIRGINIA STREET
              RENO                         NV          89511    111



      ITEM FOUR-AUTO DEALERS - LIABILITY AND PERSONAL INJURY PROTECTION
      (Or Equivalent Or Similar No Fault Coverages) - PREMIUMS
      Loc    Class of                       No of    Rating   Total Rating
      No     Operators                     Persons   Units       Units
      ---    ---------                      -------   ------   -----------

        7     Cl I   Empl-Regular            11.0
              Cl I   Empl-A/O                37.0
              Cl II  Non-Empl-Under age 25
              Cl II  Non-Empl-Age 25 or over


              Cl I   Empl-Regular
              Cl I   Empl-A/O
              Cl II  Non-Empl-Under age 25
              Cl II  Non-Empl-Age 25 or over


              Cl I   Empl-Regular
              Cl I   Empl-A/O
              Cl II  Non-Empl-Under age 25
              Cl II  Non-Empl-Age 25 or over




                   LOCATION         LOCATION        LOCATION
                #    7            #                #
                ---------------  ---------------  ---------------
```

```
                  RATE    PREM     RATE    PREM    RATE    PREM      TOTAL
                                                                   PREMIUMS
      AUTO & GEN LIAB
      LOC & OP MED PAY
      PIP/APIP
      NJ PED PIP
      MICHIGAN PPI
      AUTO MED PAY
      A, E & O LIAB
           CA T0 78 02 15                        Page  3 (Continued)
```



One Tower Square, Hartford, Connecticut 06183

AUTO DEALERS COVERAGE PART DECLARATIONS
AUTO DEALERS' SUPPLEMENTARY SCHEDULE
Issue date: 03-28-22

Policy Number: AD -7N911433-21-CAG

ITEM FOUR-AUTO DEALERS - LIABILITY COVERAGE - PREMIUMS(Continued)

LIABILITY MINIMUM PREMIUM - 

DEFINITIONS:
Class I-Employees
Regular Operator - Proprietors, owners, executive officers, sales managers,
service managers, finance managers and general managers, whether they have an
assigned vehicle or not, and any employee whose principal duty involves the
operation of covered "autos" or who is furnished a covered "auto".
All Others - All other employees including salespersons who have not been
assigned an auto or who do not have permission to access plates for personal use
of autos.

NOTE:
1.  Part-time employees working an average of 20 hours or more a week for
    the number of weeks worked are to be counted as one rating unit each.
2.  Part-time employees working an average of less than 20 hours a week for
    the number of weeks worked are to be counted as 1/2 rating unit each.

Class II-Non-Employees
Any of the following persons who are regularly furnished with a covered "auto"
: Inactive proprietors, partners or officers and their relatives and the
relatives of any person described in Class I.

CA T0 78 02 15                                    Page  4



One Tower Square, Hartford, Connecticut 06183

```
                              AUTO DEALERS COVERAGE PART DECLARATIONS
                              Issue Date: 03-28-22

                    Policy Number: AD -7N911433-21-CAG
ITEM FIVE
GARAGEKEEPERS COVERAGES AND PREMIUMS

Location          Coverages          Limit of Insurance for Each Location
    No.

        COMPREHENSIVE        $      2,500,000      MINUS THE DEDUCTIBLE AS
    1                        SHOWN ON CA T4 14
                                    OR
                             $           MINUS $          DEDUCTIBLE FOR ALL
                             PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO
                             $             MAXIMUM DEDUCTIBLE
                             FOR ALL SUCH LOSS IN EACH EVENT AT THIS LOCATION.


        SPECIFIED CAUSES OF $           MINUS $          DEDUCTIBLE FOR
        LOSS                EACH CUSTOMER'S AUTO FOR LOSS CAUSED BY THEFT
                            OR MISCHIEF OR VANDALISM SUBJECT TO $
                            MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY
                            ONE EVENT;
                                    OR
                             $           MINUS $          DEDUCTIBLE FOR ALL
                             PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO
                             $             MAXIMUM DEDUCTIBLE
                             FOR ALL SUCH LOSS IN ANY ONE EVENT.
        COLLISION            $ 2,500,000 MINUS $      3,000 DEDUCTIBLE FOR EACH
                             CUSTOMER'S AUTO.




        CA T0 79 02 15                          PAGE 01   (Continued)
```

 **TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

```
                              AUTO DEALERS COVERAGE PART DECLARATIONS
                              Issue Date: 03-28-22

                     Policy Number: AD -7N911433-21-CAG
ITEM FIVE
GARAGEKEEPERS COVERAGES AND PREMIUMS

Location         Coverages              Limit of Insurance for Each Location
    No.

        COMPREHENSIVE        $        500,000      MINUS THE DEDUCTIBLE AS
    2                        SHOWN ON CA T4 14
                                  OR
                             $           MINUS $           DEDUCTIBLE FOR ALL
                             PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO
                             $              MAXIMUM DEDUCTIBLE
                             FOR ALL SUCH LOSS IN EACH EVENT AT THIS LOCATION.


        SPECIFIED CAUSES OF $           MINUS $           DEDUCTIBLE FOR
        LOSS                EACH CUSTOMER'S AUTO FOR LOSS CAUSED BY THEFT
                            OR MISCHIEF OR VANDALISM SUBJECT TO $
                            MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY
                            ONE EVENT;
                                 OR
                            $           MINUS $           DEDUCTIBLE FOR ALL
                            PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO
                            $              MAXIMUM DEDUCTIBLE
                            FOR ALL SUCH LOSS IN ANY ONE EVENT.
        COLLISION           $    500,000 MINUS $    3,000 DEDUCTIBLE FOR EACH
                            CUSTOMER'S AUTO.




        CA T0 79 02 15                      PAGE 02   (Continued)
```

 **TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

```
                              AUTO DEALERS COVERAGE PART DECLARATIONS
                              Issue Date: 03-28-22

                        Policy Number: AD -7N911433-21-CAG
ITEM FIVE
GARAGEKEEPERS COVERAGES AND PREMIUMS

Location         Coverages          Limit of Insurance for Each Location
   No.

        COMPREHENSIVE      $     2,000,000      MINUS THE DEDUCTIBLE AS
   3                       SHOWN ON CA T4 14
                                   OR
                           $           MINUS $          DEDUCTIBLE FOR ALL
                           PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO
                           $             MAXIMUM DEDUCTIBLE
                           FOR ALL SUCH LOSS IN EACH EVENT AT THIS LOCATION.


        SPECIFIED CAUSES OF $           MINUS $          DEDUCTIBLE FOR
        LOSS                EACH CUSTOMER'S AUTO FOR LOSS CAUSED BY THEFT
                            OR MISCHIEF OR VANDALISM SUBJECT TO $
                            MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY
                            ONE EVENT;
                                   OR
                            $           MINUS $          DEDUCTIBLE FOR ALL
                            PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO
                            $             MAXIMUM DEDUCTIBLE
                            FOR ALL SUCH LOSS IN ANY ONE EVENT.
        COLLISION           $ 2,000,000 MINUS $     3,000 DEDUCTIBLE FOR EACH
                            CUSTOMER'S AUTO.
```

```
        CA T0 79 02 15                        PAGE 03   (Continued)
```

 **TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

AUTO DEALERS COVERAGE PART DECLARATIONS
Issue Date: 03-28-22

Policy Number: AD -7N911433-21-CAG

ITEM FIVE
GARAGEKEEPERS COVERAGES AND PREMIUMS

| Location No. | Coverages | Limit of Insurance for Each Location |
|---|---|---|
| 4 | COMPREHENSIVE | $      100,000      MINUS THE DEDUCTIBLE AS SHOWN ON CA T4 14 |
| | | OR |
| | | $        MINUS $        DEDUCTIBLE FOR ALL PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO |
| | | $        MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN EACH EVENT AT THIS LOCATION. |
| | SPECIFIED CAUSES OF LOSS | $        MINUS $        DEDUCTIBLE FOR EACH CUSTOMER'S AUTO FOR LOSS CAUSED BY THEFT OR MISCHIEF OR VANDALISM SUBJECT TO $ MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT; |
| | | OR |
| | | $        MINUS $        DEDUCTIBLE FOR ALL PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO $        MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT. |
| | COLLISION | $    100,000 MINUS $     3,000 DEDUCTIBLE FOR EACH CUSTOMER'S AUTO. |

CA T0 79 02 15                                    PAGE 04   (Continued)



**TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

```
                              AUTO DEALERS COVERAGE PART DECLARATIONS
                              Issue Date: 03-28-22

                      Policy Number: AD -7N911433-21-CAG
ITEM FIVE
GARAGEKEEPERS COVERAGES AND PREMIUMS

Location        Coverages           Limit of Insurance for Each Location
   No.

        COMPREHENSIVE       $     1,000,000     MINUS THE DEDUCTIBLE AS
   5                        SHOWN ON CA T4 14
                                      OR
                            $           MINUS $          DEDUCTIBLE FOR ALL
                            PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO
                            $               MAXIMUM DEDUCTIBLE
                            FOR ALL SUCH LOSS IN EACH EVENT AT THIS LOCATION.


        SPECIFIED CAUSES OF $           MINUS $          DEDUCTIBLE FOR
        LOSS                EACH CUSTOMER'S AUTO FOR LOSS CAUSED BY THEFT
                            OR MISCHIEF OR VANDALISM SUBJECT TO $
                            MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY
                            ONE EVENT;
                                      OR
                            $           MINUS $          DEDUCTIBLE FOR ALL
                            PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO
                            $               MAXIMUM DEDUCTIBLE
                            FOR ALL SUCH LOSS IN ANY ONE EVENT.
        COLLISION           $ 1,000,000 MINUS $    3,000 DEDUCTIBLE FOR EACH
                            CUSTOMER'S AUTO.




        CA T0 79 02 15                      PAGE 05   (Continued)
```



**TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

AUTO DEALERS COVERAGE PART DECLARATIONS
Issue Date: 03-28-22

Policy Number: AD -7N911433-21-CAG

ITEM FIVE
GARAGEKEEPERS COVERAGES AND PREMIUMS

| Location No. | Coverages | Limit of Insurance for Each Location |
|---|---|---|
| 6 | COMPREHENSIVE | $      500,000     MINUS THE DEDUCTIBLE AS SHOWN ON CA T4 14<br>OR<br>$         MINUS $          DEDUCTIBLE FOR ALL PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO<br>$         MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN EACH EVENT AT THIS LOCATION. |
| | SPECIFIED CAUSES OF LOSS | $         MINUS $          DEDUCTIBLE FOR EACH CUSTOMER'S AUTO FOR LOSS CAUSED BY THEFT OR MISCHIEF OR VANDALISM SUBJECT TO $ MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT;<br>OR<br>$         MINUS $          DEDUCTIBLE FOR ALL PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO<br>$         MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT. |
| | COLLISION | $    500,000 MINUS $     3,000 DEDUCTIBLE FOR EACH CUSTOMER'S AUTO. |

CA T0 79 02 15                          PAGE 06   (Continued)


**TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

```
                                    AUTO DEALERS COVERAGE PART DECLARATIONS
                                    Issue Date: 03-28-22

                            Policy Number: AD -7N911433-21-CAG
ITEM FIVE
GARAGEKEEPERS COVERAGES AND PREMIUMS

Location            Coverages            Limit of Insurance for Each Location
    No.

          COMPREHENSIVE          $      1,000,000      MINUS THE DEDUCTIBLE AS
    7                            SHOWN ON CA T4 14
                                        OR
                                $           MINUS $           DEDUCTIBLE FOR ALL
                                PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO
                                $              MAXIMUM DEDUCTIBLE
                                FOR ALL SUCH LOSS IN EACH EVENT AT THIS LOCATION.


          SPECIFIED CAUSES OF $           MINUS $           DEDUCTIBLE FOR
          LOSS                  EACH CUSTOMER'S AUTO FOR LOSS CAUSED BY THEFT
                                OR MISCHIEF OR VANDALISM SUBJECT TO $
                                MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY
                                ONE EVENT;
                                        OR
                                $           MINUS $           DEDUCTIBLE FOR ALL
                                PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO
                                $              MAXIMUM DEDUCTIBLE
                                FOR ALL SUCH LOSS IN ANY ONE EVENT.
          COLLISION             $ 1,000,000 MINUS $     3,000 DEDUCTIBLE FOR EACH
                                CUSTOMER'S AUTO.




          CA T0 79 02 15                        PAGE 07   (Continued)
```



One Tower Square, Hartford, Connecticut  06183

AUTO DEALERS COVERAGE PART DECLARATIONS
Issue Date: 03-28-22

Policy Number: AD -7N911433-21-CAG

ITEM FIVE - GARAGEKEEPERS COVERAGES & PREMIUMS (Continued)

PREMIUM FOR ALL LOCATIONS
        Comprehensive
        Specified Causes of Loss
        Collision



GARAGEKEEPERS COVERAGE applies on a legal liability basis unless one of
the Direct Coverage Options is indicated below by "(X)"

  DIRECT COVERAGE OPTIONS

    ( )  EXCESS INSURANCE  If this box is checked, GARAGEKEEPERS COVERAGE
         remains applicable on a legal liability basis. However coverage also
         applies without regard to your or any other "Insured's" legal
         liability for "loss" to a customer's "auto" on an  excess basis over
         any other collectible insurance regardless of whether the other
         insurance covers your or any other "insured's"interest or the interest
         of the covered "auto's" owner.

    ( )  PRIMARY INSURANCE  If this box is checked GARAGEKEEPERS COVERAGE is
         changed to apply without regard to your or any other "insured's"
         legal liability for "loss" to a customer's "auto" and is primary
         insurance.

            CA T0 79 02 15                          PAGE 08



**TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

```
                                        AUTO DEALERS
                                        COVERAGE PART
                                        DECLARATIONS
                                        ISSUE DATE 03-28-22

                         POLICY NUMBER: AD -7N911433-21-CAG
```

ITEM SIX

PHYSICAL DAMAGE INSURANCE-TYPES OF COVERED AUTOS AND INTERESTS IN THESE
AUTOS-PREMIUMS-REPORTING OR NONREPORTING BASIS.

Each of the following PHYSICAL DAMAGE coverages that is indicated in ITEM
TWO applies only to the types of autos and interest indicated by 'X'.

|  |  | COMPREHENSIVE | SPECIFIED CAUSES OF LOSS | COLLISION |
|---|---|---|---|---|
| COVERAGES |  |  |  |  |
| TYPES OF AUTOS | NEW AUTOS | X |  | X |
|  | USED AUTOS, DEMONSTRATORS AND SERVICE VEHICLES | X |  | X |
| INTERESTS COVERED | YOUR INTEREST IN COVERED AUTOS YOU OWN |  |  |  |
|  | YOUR INTEREST ONLY IN FINANCED COVERED AUTOS |  |  |  |
|  | YOUR INTEREST AND THE INTEREST OF ANY CREDITOR NAMED AS A LOSS PAYEE | X |  | X |
|  | ALL INTERESTS IN ANY AUTO NOT OWNED BY YOU OR ANY CREDITOR WHILE IN YOUR POSSESSION ON CONSIGNMENT FOR SALE |  |  |  |

Our limit of insurance for 'loss' at locations other than those stated in
ITEM THREE.
   $ 1,000,000 Additional locations where you store covered autos
   $ 1,000,000 In transit

PREMIUM BASIS-Reporting (Quarterly or Monthly) or Nonreporting (Indicate Basis
 Agreed Upon by X)
  ( ) REPORTING BASIS (Quarterly or Monthly) as indicated below by 'X'.
     You must report to us on our form the locations of your covered "autos"
     and their total value at each such location. For your main sales location
     identified as location no. 1, you must include the total value of all
     covered "autos" you have furnished or made available to yourself, your
     executives, your "employees" or family members and other Class II - Non-
     Employees, and covered "autos" that are temporarily displayed or stored
     at locations other than those stated in ITEM THREE above. For your main
     sales location you must include the total value of all service vehicles.

CA T0 80 02 15                                     PAGE    1

**TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

```
                                    AUTO DEALERS
                                    COVERAGE PART
                                    DECLARATIONS
                                    ISSUE DATE 03-28-22

                        POLICY NUMBER: AD -7N911433-21-CAG
```

ITEM SIX    (CONTINUED)

PREMIUM BASIS-Reporting or Nonreporting(Indicate Basis Agreed Upon by X)
 (continued)

    YOUR REPORTING BASIS IS:
    ( ) QUARTERLY you must give us your first report by the fifteenth of the
       fourth month after the policy begins. Your subsequent reports must
       be given to us by the fifteenth of every third month. Your reports
       must contain the value for the last business day of every third
       month coming within the policy period.
    ( ) MONTHLY You must give us your reports by the fifteenth of every
       month. Your reports will contain the total values you had on the
       last business day of the preceding month.
    Premiums will be calculated pro rata of the annual premium for the expo-
    sures contained in each report. At the end of each policy year we will
    add the monthly premiums or the quarterly premiums to determine your
    final premium due for the entire policy year. The estimated total
    premiums shown will be credited against the final premium due.
   (X) NONREPORTING BASIS. Stated limit of insurance shown above applies.

```
LOC.
NO.    COVERAGE            LIMIT OF INSURANCE FOR EACH LOCATION

  1    COMPREHENSIVE       LIMIT OF INSURANCE AS STATED IN EACH SELECTION
                           BELOW, MINUS THE DEDUCTIBLES AS SHOWN ON
                           CA T4 14

                                    LIMIT         RATE        PREMIUM
       FIRE ONLY, BUILDING & LOTS
       BUILDING                  10,000,000      ███████████████████
       STANDARD OPEN LOTS                        ███████████████████
       NON STANDARD OPEN LOTS     2,659,295      ███████████████████
       MISCELLANEOUS BUILDING                    ███████████████████
       MISCELLANEOUS OPEN LOTS


ALL    BLANKET         $ 36,803,016 MINUS $ 2,500 DEDUCTIBLE FOR EACH
       COLLISION            COVERED AUTO.



                              COLLISION PREMIUM  $  ████████████
```

TRAVELERS DOC MGMT Page 382 of 615

 **TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

```
                                    AUTO DEALERS
                                    COVERAGE PART
                                    DECLARATIONS
                                    ISSUE DATE 03-28-22

                        POLICY NUMBER: AD -7N911433-21-CAG


     ITEM SIX    (CONTINUED)

     LOC.
     NO.    COVERAGE              LIMIT OF INSURANCE FOR EACH LOCATION

       3    COMPREHENSIVE         LIMIT OF INSURANCE AS STATED IN EACH SELECTION
                                  BELOW, MINUS THE DEDUCTIBLES AS SHOWN ON
                                  CA T4 14

                                        LIMIT         RATE         PREMIUM
            FIRE ONLY, BUILDING & LOTS
            BUILDING                    750,000
            STANDARD OPEN LOTS        5,150,661
            NON STANDARD OPEN LOTS
            MISCELLANEOUS BUILDING
            MISCELLANEOUS OPEN LOTS

       4    COMPREHENSIVE         LIMIT OF INSURANCE AS STATED IN EACH SELECTION
                                  BELOW, MINUS THE DEDUCTIBLES AS SHOWN ON
                                  CA T4 14

                                        LIMIT         RATE         PREMIUM
            FIRE ONLY, BUILDING & LOTS
            BUILDING
            STANDARD OPEN LOTS
            NON STANDARD OPEN LOTS       737,521
            MISCELLANEOUS BUILDING
            MISCELLANEOUS OPEN LOTS

       5    COMPREHENSIVE         LIMIT OF INSURANCE AS STATED IN EACH SELECTION
                                  BELOW, MINUS THE DEDUCTIBLES AS SHOWN ON
                                  CA T4 14

                                        LIMIT         RATE         PREMIUM
            FIRE ONLY, BUILDING & LOTS
            BUILDING                  1,000,000
            STANDARD OPEN LOTS
            NON STANDARD OPEN LOTS     5,930,060
            MISCELLANEOUS BUILDING
            MISCELLANEOUS OPEN LOTS




     CA T0 80 02 15                                       PAGE    3
```



**TRAVELERS**

One Tower Square, Hartford, Connecticut  06183

```
                              AUTO DEALERS
                              COVERAGE PART
                              DECLARATIONS
                              ISSUE DATE 03-28-22

                      POLICY NUMBER: AD -7N911433-21-CAG

    ITEM SIX    (CONTINUED)

    LOC.
    NO.   COVERAGE             LIMIT OF INSURANCE FOR EACH LOCATION

     6    COMPREHENSIVE        LIMIT OF INSURANCE AS STATED IN EACH SELECTION
                               BELOW, MINUS THE DEDUCTIBLES AS SHOWN ON
                               CA T4 14

                                       LIMIT        RATE        PREMIUM
         FIRE ONLY, BUILDING & LOTS
         BUILDING                      750,000     ███████████████████████
         STANDARD OPEN LOTS                        ███████████████████████
         NON STANDARD OPEN LOTS       6,079,474    ███████████████████████
         MISCELLANEOUS BUILDING                    ███████████████████████
         MISCELLANEOUS OPEN LOTS

     7    COMPREHENSIVE        LIMIT OF INSURANCE AS STATED IN EACH SELECTION
                               BELOW, MINUS THE DEDUCTIBLES AS SHOWN ON
                               CA T4 14

                                       LIMIT        RATE        PREMIUM
         FIRE ONLY, BUILDING & LOTS
         BUILDING                      800,000     ███████████████████████
         STANDARD OPEN LOTS                        ███████████████████████
         NON STANDARD OPEN LOTS       2,946,005    ███████████████████████
         MISCELLANEOUS BUILDING                    ███████████████████████
         MISCELLANEOUS OPEN LOTS




                              TOTAL PREMIUM  $ ██████████████

    CA T0 80 02 15                               PAGE    4
```

 **TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

```
                              AUTO DEALERS
                              COVERAGE PART
                              DECLARATIONS
                              ISSUE DATE 03-28-22

                     POLICY NUMBER: AD -7N911433-21-CAG

    ITEM SIX    (CONTINUED)

                      SCHEDULE OF LOSS PAYEES

         (Refer to the Schedule of Loss Payees in CA T0 77 02 15 ITEM TWO.)
```

```
    CA T0 80 02 15                              PAGE    5
```



**TRAVELERS**

One Tower Square, Hartford, Connecticut  06183

AUTO DEALERS COVERAGE PART DECLARATIONS

                    Issue date: 03-28-22

                    Policy Number: AD-7N911433-21-CAG


ITEM TEN
UNINSURED MOTORISTS COVERAGE-PREMIUMS-REFER TO ITEM SEVEN FOR SEPARATELY
REGISTERED COVERED AUTOS.

| LOCATION NUMBER | NUMBER OF PLATES | RATE PER PLATE | PREMIUM |
| --------------- | ---------------- | -------------- | ------- |
| 001 | 85 | | |
| 002 | 1 | | |
| 003 | 34 | | |
| 004 | 3 | | |
| 005 | 12 | | |
| 006 | 12 | | |
| 007 | 26 | | |

CA T0 83 02 15                          Page   1

COMMERCIAL AUTO

POLICY NUMBER: **AD-7N911433-21-CAG**

ISSUE DATE: **03-28-22**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# AUTO DEALERS – ACTS, ERRORS OR OMISSIONS LIMITS EXTENSION ENDORSEMENT

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM

### SCHEDULE OF ACTS, ERRORS OR OMISSIONS LIABILITY LIMITS

The Limits of Insurance apply separately to each "act, error or omission" coverage:

| | |
|---|---|
| EACH CLAIM LIMIT OF INSURANCE | $ **500,000** |
| AGGREGATE LIMIT OF INSURANCE | $ **500,000** |
| ONE YEAR PRIOR ACTS LIMIT OF INSURANCE | $ 100,000 |

**PROVISIONS**

The following replaces Paragraph **E.**, **Limit Of Insurance And Deductible**, of **SECTION III – ACTS, ERRORS OR OMISSIONS LIABILITY COVERAGES:**

**E. Limits Of Insurance**

**1.** Regardless of the number of "insureds", claims made or "suits" brought or persons or organizations making claims or bringing "suits", the most we will pay for the sum of all damages for each separate "act, error or omission" coverage is the Aggregate Limit of Insurance shown in the Schedule Of Acts, Errors Or Omissions Liability Limits.

**2.** Subject to the Aggregate Limit of Insurance for the applicable "act, error or omission" coverage, the most we will pay for all damages resulting from any one claim is the Each Claim Limit of Insurance shown in the Schedule Of Acts, Errors Or Omissions Liability Limits. Any "suits" involving a class action will be deemed one claim. No other Limits of Insurance apply.

**3.** If One Year Prior Acts Coverage is part of your Acts, Errors And Omissions Liability Coverages, then the One Year Prior Acts Limit Of Insurance Paragraph is replaced by the following:

A **$100,000** One Year Prior Acts Limit Of Insurance applies separately to each coverage included in the definition of "act, error or omission" for damages because of any "act, error or omission" committed during this one year period. This limit applies to each such claim and as an aggregate for all such claims related to the same "act, error or omission" coverage. No other limit of insurance applies to such prior acts.

COMMERCIAL AUTO

POLICY NUMBER: **AD-7N911433-21-CAG**

ISSUE DATE: **03-28-22**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# GARAGEKEEPERS COVERAGE AND
# PHYSICAL DAMAGE MULTIPLE DEDUCTIBLES

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE PART DECLARATIONS
AUTO DEALERS COVERAGE FORM

**PROVISIONS**

**1.** The deductibles shown in the applicable Schedule below apply for the Comprehensive and Specified Causes of Loss section at **ITEM FIVE – GARAGEKEEPERS COVERAGE AND PREMIUMS** and for the Comprehensive Coverage Limit of Insurance for Each Location section at **ITEM SIX – PHYSICAL DAMAGE COVERAGE** section of the **AUTO DEALERS COVERAGE PART DECLARATIONS**:

**SCHEDULE**

**ITEM FIVE – GARAGEKEEPERS COVERAGE**

| Location (list each location separately) | Covered Causes of Loss* | Deductible | |
|---|---|---|---|
| | | For Each Covered "Auto" | Maximum Deductible in any one event at each location |
| **SEE SCHEDULE EXTENSION** | | | |

**ITEM SIX – PHYSICAL DAMAGE COVERAGE**

| Location (list each location separately) | Covered Causes of Loss* | Deductible | |
|---|---|---|---|
| | | For Each Covered "Auto" | Maximum Deductible in any one event at each location |
| **SEE SCHEDULE EXTENSION** | | | |

**CA T4 14 02 15**

© 2015 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

Page 1 of 2

COMMERCIAL AUTO

- For each Deductible listed in this Schedule, enter the description of any Covered Causes of Loss listed below to which that Deductible applies:

    **(1)** Theft or Mischief or Vandalism

    **(2)** Earthquake

    **(3)** Windstorm Or Hail

    **(4)** Flood

    **(5)** All Covered Perils, other than collision, not listed separately on this Schedule

**2.** The following replaces Paragraph **5.**, **Limit Of Insurance And Deductibles**, in Paragraph **E.**, **Garagekeepers Coverage**, of **SECTION I – COVERED AUTOS COVERAGES**:

**5.** **Limit Of Insurance And Deductibles**

**a.** Regardless of the number of "customer's autos", "insureds", premiums paid, claims made or "suits" brought, the most we will pay for each "loss" is the Garagekeepers Coverage Limit of Insurance shown in the Declarations for that location minus the applicable deductible for "loss" caused by collision shown in the Declarations, and the applicable deductible for the specified covered cause of loss shown in the Schedule above.

**b.** The maximum deductible stated in the Schedule for Garagekeepers Coverage Comprehensive applies to the location for which it is shown and is the most that will be deducted for all "loss" in any one event from the covered cause of loss for which it is shown at that location. If "NO" appears in the Schedule above for maximum deductible, then no maximum deductible applies for "loss" from the covered cause of loss for which it is shown.

**c.** Sometimes to settle a claim or "suit" we may pay all or any part of the deductible. If this happens you must reimburse us for the deductible or that portion of the deductible that we paid.

**3.** The following replaces Paragraph **5.**, **Deductible**, in Paragraph **F.**, **Physical Damage Coverage**, of **SECTION I – COVERED AUTOS COVERAGES**:

**5.** **Deductible**

For each covered "auto", our obligation to pay for, repair, return or replace damaged or stolen property will be reduced by the applicable deductible shown in the Schedule above that applies to specified covered cause of loss.

The maximum deductible stated in the Schedule applies to the location for which it is shown and is the most that will be deducted for all "loss" in any one event from the covered cause of loss for which it is shown at that location. If "NO" appears in the Schedule above for maximum deductible, then no maximum deductible applies for "loss" from the covered cause of loss for which it is shown.

© 2015 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.
**CA T4 14 02 15**

POLICY NUMBER: AD-7N911433-21-CAG

COMMERCIAL AUTO
ISSUE DATE: 03-28-22

# SCHEDULE EXTENSION

**This is an extension of CA T4 14 02 15**

**GARAGEKEEPERS COVERAGE AND PHYSICAL DAMAGE MULTIPLE DEDUCTIBLES**

**SCHEDULE**

ITEM FIVE - GARAGEKEEPERS COVERAGE

| Loc | Covered Causes of Loss** | Deductible For Each Covered "Auto" | Maximum Deductible in any one event |
|-----|--------------------------|-------------------------------------|--------------------------------------|
| 1 | Flood | $    2,500 | $    250,000 |
| 1 | Earthquake | $    1,000 | $    100,000 |
| 1 | Windstorm or Hail | $    1,000 | $    100,000 |
| 1 | All Covered Perils, other than collision, not listed separately on this Schedule | $    1,000 | $    10,000 |
| 2 | Flood | $    2,500 | $    250,000 |
| 2 | Earthquake | $    1,000 | $    100,000 |
| 2 | Windstorm or Hail | $    1,000 | $    100,000 |
| 2 | All Covered Perils, other than collision, not listed separately on this Schedule | $    1,000 | $    10,000 |
| 3 | Flood | $    2,500 | $    250,000 |
| 3 | Earthquake | $    1,000 | $    100,000 |
| 3 | Windstorm or Hail | $    1,000 | $    100,000 |
| 3 | All Covered Perils, other than collision, not listed separately on this Schedule | $    1,000 | $    10,000 |
| 4 | Flood | $    2,500 | $    250,000 |
| 4 | Earthquake | $    1,000 | $    75,000 |

CA T4 14 SCHED

Page  1 of  6

POLICY NUMBER: AD-7N911433-21-CAG

COMMERCIAL AUTO
ISSUE DATE: 03-28-22

# SCHEDULE EXTENSION

**This is an extension of CA T4 14 02 15**

**GARAGEKEEPERS COVERAGE AND PHYSICAL DAMAGE MULTIPLE DEDUCTIBLES**

**SCHEDULE**

| 4 | Windstorm or Hail | $ | 1,000 | $ | 100,000 |
| 4 | All Covered Perils, other than collision, not listed separately on this Schedule | $ | 1,000 | $ | 10,000 |

**ITEM FIVE - GARAGEKEEPERS COVERAGE**

| | | Deductible | |
| Loc | Covered Causes of Loss** | For Each Covered "Auto" | Maximum Deductible in any one event |
|---|---|---|---|
| 5 | Flood | $ 2,500 | $ 250,000 |
| 5 | Earthquake | $ 1,000 | $ 100,000 |
| 5 | Windstorm or Hail | $ 1,000 | $ 100,000 |
| 5 | All Covered Perils, other than collision, not listed separately on this Schedule | $ 1,000 | $ 10,000 |

**ITEM FIVE - GARAGEKEEPERS COVERAGE**

| | | Deductible | |
| Loc | Covered Causes of Loss** | For Each Covered "Auto" | Maximum Deductible in any one event |
|---|---|---|---|
| 6 | Flood | $ 2,500 | $ 250,000 |
| 6 | Earthquake | $ 1,000 | $ 100,000 |
| 6 | Windstorm or Hail | $ 1,000 | $ 100,000 |
| 6 | All Covered Perils, other than collision, not listed separately on this Schedule | $ 1,000 | $ 10,000 |

CA T4 14 SCHED

POLICY NUMBER: AD-7N911433-21-CAG

COMMERCIAL AUTO
ISSUE DATE: 03-28-22

# SCHEDULE EXTENSION

**This is an extension of CA T4 14 02 15**

**GARAGEKEEPERS COVERAGE AND PHYSICAL DAMAGE MULTIPLE DEDUCTIBLES**

**SCHEDULE**

ITEM FIVE - GARAGEKEEPERS COVERAGE

| Loc | Covered Causes of Loss** | Deductible For Each Covered "Auto" | Maximum Deductible in any one event |
|---|---|---|---|
| 7 | Flood | $ 2,500 | $ 250,000 |
| 7 | Earthquake | $ 1,000 | $ 100,000 |
| 7 | Windstorm or Hail | $ 1,000 | $ 100,000 |
| 7 | All Covered Perils, other than collision, not listed separately on this Schedule | $ 1,000 | $ 10,000 |

ITEM SIX - PHYSICAL DAMAGE COVERAGE

| Loc | Covered Causes of Loss** | Deductible For Each Covered "Auto" | Maximum Deductible in any one event |
|---|---|---|---|

ITEM SIX - PHYSICAL DAMAGE COVERAGE

| Loc | Covered Causes of Loss** | Deductible For Each Covered "Auto" | Maximum Deductible in any one event |
|---|---|---|---|
| 1 | Flood | $ 2,500 | $ 250,000 |
| 1 | Earthquake | $ 2,500 | $ 250,000 |
| 1 | Windstorm or Hail | $ 1,000 | $ 100,000 |
| 1 | All Covered Perils, other than collision, not listed separately on | $ 1,000 | $ 10,000 |

CA T4 14 SCHED

Page 3 of 6

POLICY NUMBER: **AD-7N911433-21-CAG**

COMMERCIAL AUTO
ISSUE DATE: 03-28-22

# SCHEDULE EXTENSION

**This is an extension of CA T4 14 02 15**

**GARAGEKEEPERS COVERAGE AND PHYSICAL DAMAGE MULTIPLE DEDUCTIBLES**

**SCHEDULE**

this Schedule

**ITEM SIX - PHYSICAL DAMAGE COVERAGE**

| Loc | Covered Causes of Loss** | Deductible For Each Covered "Auto" | Maximum Deductible in any one event |
|-----|--------------------------|-----------------------------------|-------------------------------------|
| 3 | Flood | $    2,500 | $    250,000 |
| 3 | Earthquake | $    1,000 | $    100,000 |
| 3 | Windstorm or Hail | $    1,000 | $    100,000 |
| 3 | All Covered Perils, other than collision, not listed separately on this Schedule | $    1,000 | $    10,000 |

**ITEM SIX - PHYSICAL DAMAGE COVERAGE**

| Loc | Covered Causes of Loss** | Deductible For Each Covered "Auto" | Maximum Deductible in any one event |
|-----|--------------------------|-----------------------------------|-------------------------------------|
| 4 | Flood | $    2,500 | $    250,000 |
| 4 | Earthquake | $    1,000 | $    100,000 |
| 4 | Windstorm or Hail | $    1,000 | $    100,000 |
| 4 | All Covered Perils, other than collision, not listed separately on this Schedule | $    1,000 | $    10,000 |

**ITEM SIX - PHYSICAL DAMAGE COVERAGE**

Deductible

CA T4 14 SCHED

Page **4** of **6**

COMMERCIAL AUTO
ISSUE DATE: 03-28-22

POLICY NUMBER: AD-7N911433-21-CAG

# SCHEDULE EXTENSION

**This is an extension of CA T4 14 02 15**

**GARAGEKEEPERS COVERAGE AND PHYSICAL DAMAGE MULTIPLE DEDUCTIBLES**

**SCHEDULE**

| Loc | Covered Causes of Loss** | For Each Covered "Auto" | Maximum Deductible in any one event |
|---|---|---|---|
| 5 | Flood | $ 2,500 | $ 250,000 |
| 5 | Earthquake | $ 1,000 | $ 100,000 |
| 5 | Windstorm or Hail | $ 1,000 | $ 100,000 |
| 5 | All Covered Perils, other than collision, not listed separately on this Schedule | $ 1,000 | $ 10,000 |

ITEM SIX - PHYSICAL DAMAGE COVERAGE

| | | Deductible | |
|---|---|---|---|
| Loc | Covered Causes of Loss** | For Each Covered "Auto" | Maximum Deductible in any one event |
| 6 | Flood | $ 2,500 | $ 250,000 |
| 6 | Earthquake | $ 1,000 | $ 100,000 |
| 6 | Windstorm or Hail | $ 1,000 | $ 100,000 |
| 6 | All Covered Perils, other than collision, not listed separately on this Schedule | $ 1,000 | $ 10,000 |

ITEM SIX - PHYSICAL DAMAGE COVERAGE

| | | Deductible | |
|---|---|---|---|
| Loc | Covered Causes of Loss** | For Each Covered "Auto" | Maximum Deductible in any one event |
| 7 | Flood | $ 2,500 | $ 250,000 |

CA T4 14 SCHED

Page  5 of  6

POLICY NUMBER: **AD-7N911433-21-CAG**

COMMERCIAL AUTO
ISSUE DATE: **03-28-22**

# SCHEDULE EXTENSION

**This is an extension of CA T4 14 02 15**

**GARAGEKEEPERS COVERAGE AND PHYSICAL DAMAGE MULTIPLE DEDUCTIBLES**

**SCHEDULE**

| | | | | |
|---|---|---|---|---|
| 7 | Earthquake | $ | 1,000 | $ 100,000 |
| 7 | Windstorm or Hail | $ | 1,000 | $ 100,000 |
| 7 | All Covered Perils, other than collision, not listed separately on this Schedule | $ | 1,000 | $ 10,000 |

CA T4 14 SCHED

Page  **6** of  **6**



**TRAVELERS**
DOCUMENT MANAGEMENT
300 WINDSOR STREET
HARTFORD, CT 06120

04/06/2022

DOLAN AUTOMOTIVE GROUP, LLC
AND AS PER IL T8 03
2100 KIETZKE LN
RENO NV 89502

Policy: **AD    7N911433**                          Policy Renewal Effective Date: **07-01-2022**
Insuring Company: **TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA**
Line Of Insurance: **AUTO DEALERS**

Policy:  N/A                                Policy Renewal Effective Date:  N/A
Insuring Company:  N/A
Line Of Insurance:  N/A

Policy:  N/A                                Policy Renewal Effective Date:  N/A
Insuring Company:  N/A
Line Of Insurance:  N/A

Policy:  N/A                                Policy Renewal Effective Date:  N/A
Insuring Company:  N/A
Line Of Insurance:  N/A

# NOTICE OF CHANGE IN POLICY TERMS

# AMENDMENT OF
# INTELLECTUAL PROPERTY EXCLUSION

THIS IS NOT AN OFFER TO RENEW YOUR POLICY. THIS NOTICE IS INTENDED TO MAKE YOU AWARE OF CERTAIN COVERAGE CHANGES TO YOUR POLICY IF WE RENEW IT. YOUR STATE INSURANCE DEPARTMENT MAY ALSO REQUIRE US TO NOTIFY YOU OF OTHER CHANGES IF WE RENEW IT.

IF WE DO NOT RENEW YOUR POLICY, WE WILL PROVIDE YOU WITH NOTICE OF NONRENEWAL CONSISTENT WITH APPLICABLE STATE REQUIREMENTS.

IF WE RENEW YOUR POLICY, IT WILL INCLUDE COVERAGE CHANGES FROM YOUR EXPIRING POLICY. THE IMPORTANT COVERAGE CHANGES ARE IDENTIFIED IN THIS NOTICE. PLEASE READ THIS NOTICE CAREFULLY.

YOUR NEW POLICY ALSO MAY INCLUDE CERTAIN WORDING AND FORMATTING CHANGES FOR THE PURPOSE OF CLARIFICATION OR IMPROVED READABILITY. THIS NOTICE DOES NOT NECESSARILY IDENTIFY ANY OR EVERY SUCH CLARIFICATION OR EDITORIAL CHANGE.

NO COVERAGE IS PROVIDED BY THIS NOTICE. THIS NOTICE DOES NOT AMEND ANY PROVISION OF YOUR EXPIRING POLICY OR YOUR NEW POLICY. YOU SHOULD REVIEW YOUR ENTIRE POLICY CAREFULLY FOR COMPLETE INFORMATION ON THE COVERAGES PROVIDED AND TO DETERMINE YOUR RIGHTS AND DUTIES UNDER YOUR POLICY. IF THERE IS ANY CONFLICT BETWEEN YOUR POLICY AND THIS NOTICE, THE PROVISIONS OF YOUR POLICY PREVAIL.

PN M1 68 06 21          © 2021 The Travelers Indemnity Company. All rights reserved.          Page 1 of 3

**PLEASE CONTACT YOUR AGENT OR BROKER IF YOU HAVE ANY QUESTIONS ABOUT THIS NOTICE OR ITS CONTENTS.**

If we renew your policy shown above, the Intellectual Property exclusion in your expiring Commercial General Liability, Farm Liability, Auto Dealers, Umbrella Liability, or Manufacturers Errors And Omissions Liability coverage will be changed in your new policy.

The Intellectual Property exclusion in your new policy will include additional wording to clarify that the exclusion applies when any party to a claim or suit, including any insured, alleges an infringement or violation of intellectual property rights or laws. This is a wording change that reinforces our intent and, therefore, does not change coverage. This change may be considered to reduce coverage, however, if the exclusion in your previous policy is interpreted to apply only when allegations of such infringement or violation are made against the insured.

The policy forms involved in this change are identified by line of insurance below.

**AUTO DEALERS**

| If your expiring policy includes: | Your new policy will include: |
|---|---|
| Amendment Of Personal And Advertising Injury Liability Coverage (CA T4 72 12 18) | Amendment Of Personal And Advertising Injury Liability Coverage (CA T4 72 09 21) |
| Amendment Of Personal And Advertising Injury Liability Coverage – Without Asbestos Exclusion (CA F2 60 12 19) | Amendment Of Personal And Advertising Injury Liability Coverage – Without Asbestos Exclusion (CA F2 60 09 21) |
| Amendment Of Personal And Advertising Injury Liability Coverage – New York (CA F2 62 07 19) | Amendment Of Personal And Advertising Injury Liability Coverage – New York (CA F2 62 09 21) |

**COMMERCIAL GENERAL LIABILITY**

| If your expiring policy includes: | Your new policy will include: |
|---|---|
| Amendment Of Coverage B – Limited Personal And Advertising Injury Liability – Not Including Malicious Prosecution (CG D4 37 02 19) | Amendment Of Coverage B – Limited Personal And Advertising Injury Liability – Not Including Malicious Prosecution (CG D4 37 09 21) |
| Amendment Of Coverage B – Limited Personal And Advertising Injury Liability (CG D6 17 02 19) | Amendment Of Coverage B – Limited Personal And Advertising Injury Liability (CG D6 17 09 21) |
| Amendment Of Coverage B – Limited Personal Injury Coverage And Exclusion For Advertising Injury (CG D7 52 02 19) | Amendment Of Coverage B – Limited Personal Injury Coverage And Exclusion For Advertising Injury (CG D7 52 09 21) |
| Amendment Of Coverage B – Limited Personal Injury Coverage And Exclusion For Advertising Injury – Technology (CG D7 53 02 19) | Amendment Of Coverage B – Limited Personal Injury Coverage And Exclusion For Advertising Injury – Technology (CG D7 53 09 21) |
| Amendment Of Coverage B – Limited Personal And Advertising Injury Liability – Not Including Malicious Prosecution (CG D8 16 02 19) | Amendment Of Coverage B – Limited Personal And Advertising Injury Liability – Not Including Malicious Prosecution (CG D8 16 09 21) |
| None of the above endorsements | Amendment of Intellectual Property Exclusion (CG D9 10 09 21) |

© 2021 The Travelers Indemnity Company. All rights reserved.
**PN M1 68 06 21**

**FARM LIABILITY**

| If your expiring policy includes: | Your new policy will include: |
|---|---|
| Amendment Of Coverage I – Personal And Advertising Injury Liability (FL T3 41 01 15) | Amendment Of Coverage I – Personal And Advertising Injury Liability (FL T3 41 09 21) |
| Amendment Of Coverage I – Personal And Advertising Injury Liability – With Exclusion For Advertising Injury (FL T3 45 01 15) | Amendment Of Coverage I – Personal And Advertising Injury Liability – With Exclusion For Advertising Injury (FL T3 45 09 21) |

**MANUFACTURERS ERRORS AND OMISSIONS LIABILITY**

If your expiring policy includes the Manufacturers Errors And Omissions Liability Coverage Form (PR T1 35 09 18), an Amendment Of Intellectual Property Exclusion endorsement (PR T5 21 09 21) will be added at renewal.

**UMBRELLA LIABILITY**

If your expiring Excess Follow-Form And Umbrella Liability Insurance policy (EU 00 01 07 16) includes the Intellectual Property Exclusion – Coverage B endorsement (EU 01 96 07 16), that endorsement will be replaced at renewal with Amendment Of Advertising Injury Coverage And Intellectual Property Exclusion – Coverage B (EU 01 96 09 21).

If your expiring Excess Follow-Form And Umbrella Liability Insurance policy (EU 00 01 07 16) does not include the Intellectual Property Exclusion – Coverage B endorsement (EU 01 96 07 16), an Intellectual Property Exclusion – Coverage B endorsement (EU 04 21 09 21) will be added at renewal.

**ADDITIONAL INFORMATION**

**MARYLAND**

You may have a right to replace your automobile insurance through the Maryland Automobile Insurance Fund, 1215 E. Fort Avenue, Suite 300, Baltimore, Maryland 21230-5281, Telephone 410-269-8609 / 800-492-7120.

**NEW YORK**

Upon receipt of a written request from you or your authorized agent or broker, we will provide you with your account's loss history within 10 days. This loss history will cover a period of years specified by the Superintendent of Financial Services by regulation or the period of time coverage has been provided by us, whichever is less. Loss information consists of information on closed claims, open claims and notices of occurrences, including date and description of occurrence and any payments or amount of payments.

Your coverage will continue on the same terms, conditions and rates as the expiring policy until the later of the expiration date or 60 days after this notice is mailed to you, except to the extent, prior thereto, you have replaced the coverage or elect to cancel your insurance, in which event such cancellation shall be on the pro rata premium basis.

**WISCONSIN**

Pursuant to Wisconsin Statute Section 631.36(5)(a), if this notice is mailed or delivered to the policyholder within sixty (60) days of the renewal date of the policy, the policyholder may elect to cancel the renewal policy at any time during a sixty (60) day period which begins on the date this notice is mailed or delivered.



One Tower Square, Hartford, Connecticut  06183

CHANGE ENDORSEMENT

                    Named Insured:
                    DOLAN AUTOMOTIVE GROUP, LLC
                    AND AS PER IL T8 03

            Policy Number: AD-7N911433-21-CAG
     Policy Effective Date: 07/01/21
              Issue Date: 04/11/22
        Additional Premium $ ███████


INSURING COMPANY:
TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

Effective from 03/16/22 at the time of day the policy becomes effective.

THIS INSURANCE IS AMENDED AS FOLLOWS:


THE COMMERCIAL AUTOMOBILE COVERAGE PART IS AMENDED AS FOLLOWS:

        SEE SCHEDULE ATTACHED FOR ADDED GARAGE LOCATION(S):
         0008

        ADD AUTO MEDICAL PAYMENTS COVERAGE AS PER ATTACHED
        SCHEDULE FOR:
             AUTO DEALER LOCATION(S):
                0008

        ADD LIABILITY COVERAGE AS PER ATTACHED SCHEDULE FOR:
             GARAGE LOCATION(S):
                0008

        ADD COMPREHENSIVE COVERAGE AS PER ATTACHED SCHEDULE FOR:
             GARAGE LOCATION(S):
                0008

        ADD GARAGEKEEPER'S LEGAL LIABILITY COVERAGE AS PER ATTACHED
        SCHEDULE FOR:
             GARAGE LOCATION(S):
                0008

        ADD GARAGEKEEPER'S LEGAL LIABILITY COVERAGE AS PER ATTACHED
        SCHEDULE FOR:
             GARAGE LOCATION(S):
                0008


NAME AND ADDRESS OF AGENT OR BROKER:             COUNTERSIGNED BY:
  L P INS SERVICES LLC (CWV32)
  300 E 2ND ST STE 1300
  RENO, NV 89501                                 _____
                                                 Authorized Representative

IL T0 07 09 87    PAGE  1 OF  2                   DATE:_____
OFFICE: PHOENIX



One Tower Square, Hartford, Connecticut 06183

CHANGE ENDORSEMENT

Policy Number: AD-7N911433-21-CAG

Policy Effective Date: 07/01/21

Issue Date: 04/11/22

ADD LOCATIONS AND OPERATIONS MEDICAL PAYMENTS COVERAGE
AS PER ATTACHED SCHEDULE:
     AUTO DEALER LOCATION(S):
          0008

ADD UNINSURED/UNDERINSURED MOTORISTS COVERAGE AS PER
ATTACHED SCHEDULE FOR:
     GARAGE LOCATION(S):
          0008

IL T0 07 09 87    PAGE  2 OF  2

OFFICE: PHOENIX                169
PRODUCER NAME: L P INS SERVICES LLC            CWV32



**POLICY NUMBER:** AD-7N911433-21-CAG

**EFFECTIVE DATE:** 07-01-21

**ISSUE DATE:** 04-11-22

LISTING OF FORMS, ENDORSEMENTS AND SCHEDULE NUMBERS

THIS LISTING SHOWS THE NUMBER OF FORMS, SCHEDULES AND ENDORSEMENTS
BY LINE OF BUSINESS.


```
IL T0 07 09 87    CHANGE ENDORSEMENT
IL T8 01 10 93    FORMS, ENDORSEMENTS AND SCHEDULE NUMBERS
```


COMMERCIAL AUTOMOBILE

```
CA T0 77 02 15    AUTO DEALER DECLARATIONS-ITEM ONE & TWO
CA T0 78 02 15    AUTO DEALER DECS-ITEM THREE & FOUR
CA T0 79 02 15    AUTO DEALER DECLARATIONS - ITEM FIVE
CA T0 80 02 15    AUTO DEALER DECLARATIONS - ITEM SIX
CA T0 83 02 15    AUTO DEALER DECLARATIONS-ITEM NINE & TEN
CA T4 80 02 15    AUTO DLRS-ACTS,ERR OR OMISS LMTS EXT END
CA T4 14 02 15    GAR-KEEPERS COV & PHYS DMGE MULTIPLE DED
```

# COMMERCIAL AUTOMOBILE

# COMMERCIAL AUTOMOBILE


**TRAVELERS**                              One Tower Square, Hartford, Connecticut  06183

```
AUTO DEALERS                    POLICY NUMBER: AD-7N911433-21-CAG
COVERAGE PART DECLARATIONS      ISSUE DATE:  04-11-22  JH


ITEM ONE
INSURING COMPANY:
TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA
Declarations Period:  From:  07-01-21 to 07-01-22 12:01 A.M. Standard
Time at your mailing address shown in the Common Policy Declarations.

FORM OF BUSINESS: LIMITED LIABILITY CO

The Auto Dealers Coverage Part consists of these Declarations and the Coverage
Form shown below.


ITEM TWO
A. COVERAGE AND LIMITS OF INSURANCE
         This policy provides only those coverages where a limit, if applicable,
         is shown in the columns below. Each of the "auto"-related coverages
         will apply only to those "autos" shown as covered "autos"."Autos"
         are shown as covered "autos" for the applicable coverages by the
         entry of one or more of the symbols from section I - Covered Autos
         Coverages of the Auto Dealers Coverage Form next to the name of
         the "auto" related coverage.

         COVERAGES              COVERED AUTOS          LIMIT  OF INSURANCE
                                                 THE MOST WE WILL PAY FOR ANY ONE
                                                 ACCIDENT OR LOSS

         _____            _____   _____


COVERED AUTOS LIABILTY    21            $  1,000,000 EACH ACCIDENT

GENERAL LIABILITY                       $  1,000,000 EACH ACCIDENT
BODILY INJURY AND PROPERTY
DAMAGE LIABILITY

DAMAGES TO PREMISES                     See CA T4 25
RENTED TO YOU

PERSONAL AND ADVERTISING                $  1,000,000 ANY ONE PERSON OR
INJURY LIABILITY                                     ORGANIZATION

GENERAL LIABILTY AGGREGATE              $  2,000,000

PRODUCTS AND WORK YOU                   $  2,000,000
PERFORMED AGGREGATE

LOCATIONS AND OPERATIONS                $      5,000
MEDICAL PAYMENTS

ADDED PERSONAL INJURY                   SEPARATELY STATED IN EACH
PROTECTION                              ADDED PIP ENDORSEMENT
(or equivalent Added
No-fault coverage)


CA T0 77 02 15                          PAGE  (CONTINUED)
PRODUCER: L P INS SERVICES LLC  CWV32   OFFICE: PHNX  169
```



**TRAVELERS**                                    One Tower Square, Hartford, Connecticut  06183

AUTO DEALERS                          POLICY NUMBER: AD-7N911433-21-CAG
COVERAGE PART DECLARATIONS            ISSUE DATE:  04-11-22  JH


| COVERAGES | COVERED AUTOS | LIMIT  OF  INSURANCE<br>THE MOST WE WILL PAY FOR ANY ONE<br>ACCIDENT OR LOSS |
|---|---|---|
| AUTO MEDICAL PAYMENTS | 21 | $    5,000 |
| UNINSURED AND<br>UNDERINSURED<br>MOTORISTS COVERAGE | 22 | See CA TO 30 |
| GARAGEKEEPERS COVERAGE | 30 | REFER TO ITEM FIVE |
| PHYSICAL DAMAGE<br>COMPREHENSIVE COVERAGE | 23 28 31 | ACTUAL CASH VALUE OR COST<br>OF REPAIR, WHICHEVER IS<br>LESS MINUS $ DEDUCTIBLE<br>FOR EACH COVERED AUTO.<br>See ITEM SIX For Dealers "Autos". |
| PHYSICAL DAMAGE<br>COLLISION COVERAGE | 23 28 31 | ACTUAL CASH VALUE OR COST<br>OF REPAIR, WHICHEVER IS<br>LESS MINUS $ Ded. FOR EACH<br>COVERED AUTO.<br>See Item Six for Dealers<br>Blanket Collision. |
| ACTS, ERRORS OR OMISSIONS<br>LIABILITY | | $   500,000      AGGREGATE<br>$   5,000        PER CLAIM DEDUCTIBLE |

B. AUDIT PERIOD:      ANNUAL

C. DESCRIPTION OF COVERED AUTO DESIGNATION SYMBOLS:
   Symbols 21-31:  See AUTO DEALERS COVERAGE FORM Section I - Covered Autos
   SYMBOL 32.

D. LOSS PAYEE: Any loss under Physical Damage Coverages is payable as
   interest may appear to you and the Loss Payee named in the Declarations
   (see Loss Payable Clause below)

E. NUMBERS OF FORMS, SCHEDULES AND ENDORSEMENTS FORMING PART OF THIS COVERAGE
   PART:  SEE IL T8 01 10 93


CA TO 77 02 15                        PAGE  (CONTINUED)
PRODUCER: L P INS SERVICES LLC  CWV32  OFFICE: PHNX  169



One Tower Square, Hartford, Connecticut 06183

```
AUTO DEALERS                          POLICY NUMBER: AD-7N911433-21-CAG
COVERAGE PART DECLARATIONS            ISSUE DATE:  04-11-22   JH
```

LOSS PAYABLE CLAUSE

A.  We will pay you and the loss payee named in the policy for "loss"
    to a covered "auto", as interest may appear.

B.  The insurance covers the interest of the loss payee unless the
    "loss" results from conversion, secretion or embezzlement on your
    part.

C.  We may cancel the policy as allowed by the CANCELLATION Common
    Policy Condition.  Cancellation ends this agreement as to the loss
    payee's interest.  If we cancel the policy we will mail you and the
    loss payee the same advance notice.

D.  If we make any payment to the loss payee, we will obtain their
    rights against any other party.

SCHEDULE OF LOSS PAYEES

LOSS PAYEE (Name and Address)

```
CA T0 77 02 15                        PAGE   (CONTINUED)
PRODUCER: L P INS SERVICES LLC  CWV32 OFFICE: PHNX  169
```



**TRAVELERS**                                    One Tower Square, Hartford, Connecticut  06183

```
                                    AUTO DEALERS COVERAGE PART DECLARATIONS
                                    AUTO DEALERS' SUPPLEMENTARY SCHEDULE
                                    Issue date: 04-11-22

                        Policy Number: AD -7N911433-21-CAG

ITEM THREE - LOCATIONS WHERE YOU CONDUCT AUTO DEALER OPERATIONS
Loc              Address                           Zip              Cnty/twn
No          Street and City            State      Code      terr    Code
---         ---------------            -----      ----      ----   --------
    1    2100 KIETZKE LANE
         RENO                           NV        89502      111

    2    3225 MILL ST
         RENO                           NV        89502      111

    3    7175 S VIRGINIA ST
         RENO                           NV        89511      111


ITEM FOUR-AUTO DEALERS - LIABILITY AND PERSONAL INJURY PROTECTION
(Or Equivalent Or Similar No Fault Coverages) - PREMIUMS
Loc      Class of                      No of    Rating    Total Rating
No       Operators                     Persons  Units       Units
---      ---------                     -------  ------    -----------

  1      Cl I   Empl-Regular             65.0
         Cl I   Empl-A/O                278.0
         Cl II  Non-Empl-Under age 25
         Cl II  Non-Empl-Age 25 or over


  2      Cl I   Empl-Regular              1.0
         Cl I   Empl-A/O
         Cl II  Non-Empl-Under age 25
         Cl II  Non-Empl-Age 25 or over


  3      Cl I   Empl-Regular             15.0
         Cl I   Empl-A/O                 62.0
         Cl II  Non-Empl-Under age 25
         Cl II  Non-Empl-Age 25 or over
```

```
                 LOCATION        LOCATION        LOCATION
                  #  1            #  2            #  3
                 ---------------  ---------------  ---------------
```

```
                                                               TOTAL
                 RATE    PREM    RATE    PREM    RATE    PREM   PREMIUMS
AUTO & GEN LIAB
LOC & OP MED PAY
PIP/APIP
NJ PED PIP
MICHIGAN PPI
AUTO MED PAY
A, E & O LIAB
     CA TO 78 02 15                              Page  1 (Continued)
```



One Tower Square, Hartford, Connecticut  06183

AUTO DEALERS COVERAGE PART DECLARATIONS
AUTO DEALERS' SUPPLEMENTARY SCHEDULE
Issue date: 04-11-22

Policy Number: AD -7N911433-21-CAG

ITEM THREE - LOCATIONS WHERE YOU CONDUCT AUTO DEALER OPERATIONS

| Loc No | Address Street and City | State | Zip Code | terr | Cnty/twn Code |
|---|---|---|---|---|---|
| 4 | 550 KIETZKE LN RENO | NV | 89502 | 111 | |
| 5 | 700 KIETZKE LN RENO | NV | 89502 | 111 | |
| 6 | 1395 E NEWLANDS DR FERNLEY | NV | 89408 | 106 | |

ITEM FOUR-AUTO DEALERS - LIABILITY AND PERSONAL INJURY PROTECTION
(Or Equivalent Or Similar No Fault Coverages) - PREMIUMS



| Loc No | Class of Operators | No of Persons | Rating Units | Total Rating Units |
|---|---|---|---|---|
| 4 | Cl I  Empl-Regular | 1.0 | | |
| | Cl I  Empl-A/O | 3.0 | | |
| | Cl II Non-Empl-Under age 25 | | | |
| | Cl II Non-Empl-Age 25 or over | | | |
| 5 | Cl I  Empl-Regular | 16.0 | | |
| | Cl I  Empl-A/O | 57.0 | | |
| | Cl II Non-Empl-Under age 25 | | | |
| | Cl II Non-Empl-Age 25 or over | | | |
| 6 | Cl I  Empl-Regular | 7.0 | | |
| | Cl I  Empl-A/O | 19.0 | | |
| | Cl II Non-Empl-Under age 25 | | | |
| | Cl II Non-Empl-Age 25 or over | | | |

| | LOCATION # 4 | | LOCATION # 5 | | LOCATION # 6 | | |
|---|---|---|---|---|---|---|---|
| | RATE | PREM | RATE | PREM | RATE | PREM | TOTAL PREMIUMS |
| AUTO & GEN LIAB | | | | | | | |
| LOC & OP MED PAY | | | | | | | |
| PIP/APIP | | | | | | | |
| NJ PED PIP | | | | | | | |
| MICHIGAN PPI | | | | | | | |
| AUTO MED PAY | | | | | | | |
| A, E & O LIAB | | | | | | | |

CA T0 78 02 15                                    Page  2 (Continued)



**TRAVELERS**                                   One Tower Square, Hartford, Connecticut  06183

```
                                    AUTO DEALERS COVERAGE PART DECLARATIONS
                                    AUTO DEALERS' SUPPLEMENTARY SCHEDULE
                                    Issue date: 04-11-22

                             Policy Number: AD -7N911433-21-CAG

ITEM THREE - LOCATIONS WHERE YOU CONDUCT AUTO DEALER OPERATIONS
Loc            Address                            Zip            Cnty/twn
No        Street and City          State         Code    terr    Code
---       ---------------          -----         ----    ----   --------
    7    9455&9475 S VIRGINIA STREET
         RENO                        NV           89511          111

    8    1000 E . GOWAN RD
         NORTH LAS VEGAS             NV           89030          109




ITEM FOUR-AUTO DEALERS - LIABILITY AND PERSONAL INJURY PROTECTION
(Or Equivalent Or Similar No Fault Coverages) - PREMIUMS
Loc      Class of                   No of   Rating   Total Rating
No       Operators                  Persons Units       Units
---      ---------                  ------- ------   -----------

  7      Cl I   Empl-Regular         11.0
         Cl I   Empl-A/O             37.0
         Cl II Non-Empl-Under age 25
         Cl II Non-Empl-Age 25 or over


  8      Cl I   Empl-Regular          1.0
         Cl I   Empl-A/O
         Cl II Non-Empl-Under age 25
         Cl II Non-Empl-Age 25 or over


         Cl I   Empl-Regular
         Cl I   Empl-A/O
         Cl II Non-Empl-Under age 25
         Cl II Non-Empl-Age 25 or over



             LOCATION       LOCATION       LOCATION
             #   7          #   8          #
            ---------------  ---------------  ---------------


             RATE    PREM    RATE    PREM    RATE    PREM      TOTAL
                                                            PREMIUMS
AUTO & GEN LIAB
LOC & OP MED PAY
PIP/APIP
NJ PED PIP
MICHIGAN PPI
AUTO MED PAY
A, E & O LIAB
    CA T0 78 02 15                           Page  3 (Continued)
```



One Tower Square, Hartford, Connecticut 06183

AUTO DEALERS COVERAGE PART DECLARATIONS
AUTO DEALERS' SUPPLEMENTARY SCHEDULE
Issue date: 04-11-22

Policy Number: AD -7N911433-21-CAG

ITEM FOUR-AUTO DEALERS - LIABILITY COVERAGE - PREMIUMS(Continued)

LIABILITY MINIMUM PREMIUM - 

DEFINITIONS:
Class I-Employees
Regular Operator - Proprietors, owners, executive officers, sales managers,
service managers, finance managers and general managers, whether they have an
assigned vehicle or not, and any employee whose principal duty involves the
operation of covered "autos" or who is furnished a covered "auto".
All Others - All other employees including salespersons who have not been
assigned an auto or who do not have permission to access plates for personal use
of autos.

NOTE:
1.  Part-time employees working an average of 20 hours or more a week for
    the number of weeks worked are to be counted as one rating unit each.
2.  Part-time employees working an average of less than 20 hours a week for
    the number of weeks worked are to be counted as 1/2 rating unit each.

Class II-Non-Employees
Any of the following persons who are regularly furnished with a covered "auto"
: Inactive proprietors, partners or officers and their relatives and the
relatives of any person described in Class I.

CA T0 78 02 15                              Page  4

 **TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

AUTO DEALERS COVERAGE PART DECLARATIONS
Issue Date: 04-11-22

Policy Number: AD -7N911433-21-CAG

ITEM FIVE
GARAGEKEEPERS COVERAGES AND PREMIUMS

| Location No. | Coverages | Limit of Insurance for Each Location |
|---|---|---|
| 1 | COMPREHENSIVE | $     2,500,000     MINUS THE DEDUCTIBLE AS SHOWN ON CA T4 14<br>                    OR<br>$          MINUS $          DEDUCTIBLE FOR ALL PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO $          MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN EACH EVENT AT THIS LOCATION. |
|  | SPECIFIED CAUSES OF LOSS | $          MINUS $          DEDUCTIBLE FOR EACH CUSTOMER'S AUTO FOR LOSS CAUSED BY THEFT OR MISCHIEF OR VANDALISM SUBJECT TO $ MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT;<br>                    OR<br>$          MINUS $          DEDUCTIBLE FOR ALL PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO $          MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT. |
|  | COLLISION | $ 2,500,000 MINUS $     3,000 DEDUCTIBLE FOR EACH CUSTOMER'S AUTO. |

CA TO 79 02 15                              PAGE 01   (Continued)



**TRAVELERS**

One Tower Square, Hartford, Connecticut  06183

AUTO DEALERS COVERAGE PART DECLARATIONS
Issue Date: 04-11-22

Policy Number: AD -7N911433-21-CAG

ITEM FIVE
GARAGEKEEPERS COVERAGES AND PREMIUMS

| Location No. | Coverages | Limit of Insurance for Each Location |
|---|---|---|
| 2 | COMPREHENSIVE | $       500,000      MINUS THE DEDUCTIBLE AS SHOWN ON CA T4 14<br>                    OR<br>$            MINUS $            DEDUCTIBLE FOR ALL PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO<br>$               MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN EACH EVENT AT THIS LOCATION. |
|  | SPECIFIED CAUSES OF LOSS | $            MINUS $            DEDUCTIBLE FOR EACH CUSTOMER'S AUTO FOR LOSS CAUSED BY THEFT OR MISCHIEF OR VANDALISM SUBJECT TO $ MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT;<br>                    OR<br>$            MINUS $            DEDUCTIBLE FOR ALL PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO<br>$               MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT. |
|  | COLLISION | $     500,000 MINUS $     3,000 DEDUCTIBLE FOR EACH CUSTOMER'S AUTO. |

CA T0 79 02 15                              PAGE 02   (Continued)



One Tower Square, Hartford, Connecticut 06183

AUTO DEALERS COVERAGE PART DECLARATIONS
Issue Date: 04-11-22

Policy Number: AD -7N911433-21-CAG

ITEM FIVE
GARAGEKEEPERS COVERAGES AND PREMIUMS

| Location No. | Coverages | Limit of Insurance for Each Location |
|---|---|---|
| 3 | COMPREHENSIVE | $     2,000,000     MINUS THE DEDUCTIBLE AS SHOWN ON CA T4 14<br>        OR<br>$         MINUS $         DEDUCTIBLE FOR ALL PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO $         MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN EACH EVENT AT THIS LOCATION. |
|  | SPECIFIED CAUSES OF LOSS | $         MINUS $         DEDUCTIBLE FOR EACH CUSTOMER'S AUTO FOR LOSS CAUSED BY THEFT OR MISCHIEF OR VANDALISM SUBJECT TO $ MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT;<br>        OR<br>$         MINUS $         DEDUCTIBLE FOR ALL PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO $         MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT. |
|  | COLLISION | $ 2,000,000 MINUS $     3,000 DEDUCTIBLE FOR EACH CUSTOMER'S AUTO. |

CA T0 79 02 15                          PAGE 03   (Continued)



**TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

AUTO DEALERS COVERAGE PART DECLARATIONS
Issue Date: 04-11-22

Policy Number: AD -7N911433-21-CAG

ITEM FIVE
GARAGEKEEPERS COVERAGES AND PREMIUMS

| Location No. | Coverages | Limit of Insurance for Each Location |
|---|---|---|
| 4 | COMPREHENSIVE | $         100,000      MINUS THE DEDUCTIBLE AS SHOWN ON CA T4 14<br>                    OR<br>$          MINUS $         DEDUCTIBLE FOR ALL PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO $         MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN EACH EVENT AT THIS LOCATION. |
| | SPECIFIED CAUSES OF LOSS | $         MINUS $         DEDUCTIBLE FOR EACH CUSTOMER'S AUTO FOR LOSS CAUSED BY THEFT OR MISCHIEF OR VANDALISM SUBJECT TO $         MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT;<br>                    OR<br>$         MINUS $         DEDUCTIBLE FOR ALL PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO $         MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT. |
| | COLLISION | $     100,000 MINUS $     3,000 DEDUCTIBLE FOR EACH CUSTOMER'S AUTO. |

CA T0 79 02 15                    PAGE 04   (Continued)

 **TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

AUTO DEALERS COVERAGE PART DECLARATIONS
Issue Date: 04-11-22

Policy Number: AD -7N911433-21-CAG

ITEM FIVE
GARAGEKEEPERS COVERAGES AND PREMIUMS

| Location No. | Coverages | Limit of Insurance for Each Location |
|---|---|---|
| 5 | COMPREHENSIVE | $    1,000,000    MINUS THE DEDUCTIBLE AS SHOWN ON CA T4 14<br>OR<br>$        MINUS $        DEDUCTIBLE FOR ALL PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO $        MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN EACH EVENT AT THIS LOCATION. |
| | SPECIFIED CAUSES OF LOSS | $        MINUS $        DEDUCTIBLE FOR EACH CUSTOMER'S AUTO FOR LOSS CAUSED BY THEFT OR MISCHIEF OR VANDALISM SUBJECT TO $ MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT;<br>OR<br>$        MINUS $        DEDUCTIBLE FOR ALL PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO $        MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT. |
| | COLLISION | $ 1,000,000 MINUS $    3,000 DEDUCTIBLE FOR EACH CUSTOMER'S AUTO. |

CA T0 79 02 15                    PAGE 05   (Continued)

 **TRAVELERS**

One Tower Square, Hartford, Connecticut  06183

AUTO DEALERS COVERAGE PART DECLARATIONS
Issue Date: 04-11-22

Policy Number: AD -7N911433-21-CAG

ITEM FIVE
GARAGEKEEPERS COVERAGES AND PREMIUMS

| Location No. | Coverages | Limit of Insurance for Each Location |
|---|---|---|
| 6 | COMPREHENSIVE | $       500,000      MINUS THE DEDUCTIBLE AS SHOWN ON CA T4 14 |
| | | OR |
| | | $          MINUS $          DEDUCTIBLE FOR ALL PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO $          MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN EACH EVENT AT THIS LOCATION. |
| | SPECIFIED CAUSES OF LOSS | $          MINUS $          DEDUCTIBLE FOR EACH CUSTOMER'S AUTO FOR LOSS CAUSED BY THEFT OR MISCHIEF OR VANDALISM SUBJECT TO $          MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT; |
| | | OR |
| | | $          MINUS $          DEDUCTIBLE FOR ALL PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO $          MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT. |
| | COLLISION | $    500,000 MINUS $     3,000 DEDUCTIBLE FOR EACH CUSTOMER'S AUTO. |

CA T0 79 02 15                          PAGE 06   (Continued)

 **TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

AUTO DEALERS COVERAGE PART DECLARATIONS
Issue Date: 04-11-22

Policy Number: AD -7N911433-21-CAG

ITEM FIVE
GARAGEKEEPERS COVERAGES AND PREMIUMS

| Location No. | Coverages | Limit of Insurance for Each Location |
|---|---|---|
| 7 | COMPREHENSIVE | $      1,000,000     MINUS THE DEDUCTIBLE AS SHOWN ON CA T4 14<br>            OR<br>$          MINUS $          DEDUCTIBLE FOR ALL PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO $          MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN EACH EVENT AT THIS LOCATION. |
|  | SPECIFIED CAUSES OF LOSS | $          MINUS $          DEDUCTIBLE FOR EACH CUSTOMER'S AUTO FOR LOSS CAUSED BY THEFT OR MISCHIEF OR VANDALISM SUBJECT TO $ MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT;<br>            OR<br>$          MINUS $          DEDUCTIBLE FOR ALL PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO $          MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT. |
|  | COLLISION | $ 1,000,000 MINUS $      3,000 DEDUCTIBLE FOR EACH CUSTOMER'S AUTO. |

CA T0 79 02 15                              PAGE 07   (Continued)



One Tower Square, Hartford, Connecticut 06183

AUTO DEALERS COVERAGE PART DECLARATIONS
Issue Date: 04-11-22

Policy Number: AD -7N911433-21-CAG

ITEM FIVE
GARAGEKEEPERS COVERAGES AND PREMIUMS

| Location No. | Coverages | Limit of Insurance for Each Location |
|---|---|---|
| 8 | COMPREHENSIVE | $          500,000          MINUS THE DEDUCTIBLE AS SHOWN ON CA T4 14 <br> OR <br> $          MINUS $          DEDUCTIBLE FOR ALL PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO $          MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN EACH EVENT AT THIS LOCATION. |
|  | SPECIFIED CAUSES OF LOSS | $          MINUS $          DEDUCTIBLE FOR EACH CUSTOMER'S AUTO FOR LOSS CAUSED BY THEFT OR MISCHIEF OR VANDALISM SUBJECT TO $          MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT; <br> OR <br> $          MINUS $          DEDUCTIBLE FOR ALL PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO $          MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT. |
|  | COLLISION | $     500,000 MINUS $     1,000 DEDUCTIBLE FOR EACH CUSTOMER'S AUTO. |

CA T0 79 02 15                              PAGE 08   (Continued)



One Tower Square, Hartford, Connecticut 06183

AUTO DEALERS COVERAGE PART DECLARATIONS
Issue Date: 04-11-22

Policy Number: AD -7N911433-21-CAG

ITEM FIVE - GARAGEKEEPERS COVERAGES & PREMIUMS (Continued)

PREMIUM FOR ALL LOCATIONS
        Comprehensive
        Specified Causes of Loss
        Collision



GARAGEKEEPERS COVERAGE applies on a legal liability basis unless one of
the Direct Coverage Options is indicated below by "(X)"

 DIRECT COVERAGE OPTIONS

    ( )  EXCESS INSURANCE  If this box is checked, GARAGEKEEPERS COVERAGE
         remains applicable on a legal liability basis. However coverage also
         applies without regard to your or any other "Insured's" legal
         liability for "loss" to a customer's "auto" on an  excess basis over
         any other collectible insurance regardless of whether the other
         insurance covers your or any other "insured's"interest or the interest
         of the covered "auto's" owner.

    ( )  PRIMARY INSURANCE  If this box is checked GARAGEKEEPERS COVERAGE is
         changed to apply without regard to your or any other "insured's"
         legal liability for "loss" to a customer's "auto" and is primary
         insurance.

          CA T0 79 02 15                        PAGE 09



One Tower Square, Hartford, Connecticut  06183

```
                                    AUTO DEALERS
                                    COVERAGE PART
                                    DECLARATIONS
                                    ISSUE DATE 04-11-22

                        POLICY NUMBER: AD -7N911433-21-CAG


    ITEM SIX

    PHYSICAL DAMAGE INSURANCE-TYPES OF COVERED AUTOS AND INTERESTS IN THESE
    AUTOS-PREMIUMS-REPORTING OR NONREPORTING BASIS.

    Each of the following PHYSICAL DAMAGE coverages that is indicated in ITEM
    TWO applies only to the types of autos and interest indicated by 'X'.


                                                       SPECIFIED
    COVERAGES                        COMPREHENSIVE  CAUSES OF LOSS  COLLISION

    TYPES      NEW AUTOS                    X                          X
    OF
    AUTOS      USED AUTOS, DEMONSTRATORS
               AND SERVICE VEHICLES         X                          X

    INTERESTS  YOUR INTEREST IN COVERED
    COVERED    AUTOS YOU OWN

               YOUR INTEREST ONLY IN
               FINANCED COVERED AUTOS

               YOUR INTEREST AND THE
               INTEREST OF ANY CREDITOR
               NAMED AS A LOSS PAYEE        X                          X

               ALL INTERESTS IN ANY AUTO NOT
               OWNED BY YOU OR ANY CREDITOR
               WHILE IN YOUR POSSESSION ON
               CONSIGNMENT FOR SALE
```

Our limit of insurance for 'loss' at locations other than those stated in
ITEM THREE.
    $  1,000,000 Additional locations where you store covered autos
    $  1,000,000 In transit

PREMIUM BASIS-Reporting (Quarterly or Monthly) or Nonreporting (Indicate Basis
 Agreed Upon by X)
  ( ) REPORTING BASIS (Quarterly or Monthly) as indicated below by 'X'.
    You must report to us on our form the locations of your covered "autos"
    and their total value at each such location. For your main sales location
    identified as location no. 1, you must include the total value of all
    covered "autos" you have furnished or made available to yourself, your
    executives, your "employees" or family members and other Class II - Non-
    Employees, and covered "autos" that are temporarily displayed or stored
    at locations other than those stated in ITEM THREE above. For your main
    sales location you must include the total value of all service vehicles.


CA T0 80 02 15                                    PAGE    1

# TRAVELERS J

One Tower Square, Hartford, Connecticut  06183

```
                                        AUTO DEALERS
                                        COVERAGE PART
                                        DECLARATIONS
                                        ISSUE DATE 04-11-22

                        POLICY NUMBER: AD -7N911433-21-CAG
```

ITEM SIX    (CONTINUED)

PREMIUM BASIS-Reporting or Nonreporting(Indicate Basis Agreed Upon by X)
(continued)

> YOUR REPORTING BASIS IS:
> ( )  QUARTERLY you must give us your first report by the fifteenth of the
>      fourth month after the policy begins. Your subsequent reports must
>      be given to us by the fifteenth of every third month. Your reports
>      must contain the value for the last business day of every third
>      month coming within the policy period.
> ( )  MONTHLY You must give us your reports by the fifteenth of every
>      month. Your reports will contain the total values you had on the
>      last business day of the preceding month.
> Premiums will be calculated pro rata of the annual premium for the expo-
> sures contained in each report. At the end of each policy year we will
> add the monthly premiums or the quarterly premiums to determine your
> final premium due for the entire policy year. The estimated total
> premiums shown will be credited against the final premium due.
> (X) NONREPORTING BASIS. Stated limit of insurance shown above applies.

```
LOC.
NO.    COVERAGE          LIMIT OF INSURANCE FOR EACH LOCATION

 1     COMPREHENSIVE     LIMIT OF INSURANCE AS STATED IN EACH SELECTION
                         BELOW, MINUS THE DEDUCTIBLES AS SHOWN ON
                         CA T4 14

                                   LIMIT        RATE        PREMIUM
       FIRE ONLY, BUILDING & LOTS
       BUILDING                  10,000,000
       STANDARD OPEN LOTS
       NON STANDARD OPEN LOTS     2,659,295
       MISCELLANEOUS BUILDING
       MISCELLANEOUS OPEN LOTS


ALL    BLANKET           $ 36,803,016 MINUS $ 2,500 DEDUCTIBLE FOR EACH
       COLLISION             COVERED AUTO.



                                       COLLISION PREMIUM  $  ████████
```

TRAVELERS DOC MGMT Page 421 of 615

 **TRAVELERS**

One Tower Square, Hartford, Connecticut  06183

AUTO DEALERS
COVERAGE PART
DECLARATIONS
ISSUE DATE 04-11-22

POLICY NUMBER: AD -7N911433-21-CAG

ITEM SIX    (CONTINUED)

LOC.
NO.    COVERAGE            LIMIT OF INSURANCE FOR EACH LOCATION

    3    COMPREHENSIVE        LIMIT OF INSURANCE AS STATED IN EACH SELECTION
                             BELOW, MINUS THE DEDUCTIBLES AS SHOWN ON
                             CA T4 14

                                        LIMIT        RATE        PREMIUM
        FIRE ONLY, BUILDING & LOTS
        BUILDING                       750,000       ███████████████████
        STANDARD OPEN LOTS           5,150,661       ███████████████████
        NON STANDARD OPEN LOTS
        MISCELLANEOUS BUILDING
        MISCELLANEOUS OPEN LOTS

    4    COMPREHENSIVE        LIMIT OF INSURANCE AS STATED IN EACH SELECTION
                             BELOW, MINUS THE DEDUCTIBLES AS SHOWN ON
                             CA T4 14

                                        LIMIT        RATE        PREMIUM
        FIRE ONLY, BUILDING & LOTS
        BUILDING
        STANDARD OPEN LOTS
        NON STANDARD OPEN LOTS          737,521      ███████████████████
        MISCELLANEOUS BUILDING
        MISCELLANEOUS OPEN LOTS

    5    COMPREHENSIVE        LIMIT OF INSURANCE AS STATED IN EACH SELECTION
                             BELOW, MINUS THE DEDUCTIBLES AS SHOWN ON
                             CA T4 14

                                        LIMIT        RATE        PREMIUM
        FIRE ONLY, BUILDING & LOTS
        BUILDING                     1,000,000       ███████████████████
        STANDARD OPEN LOTS
        NON STANDARD OPEN LOTS       5,930,060       ███████████████████
        MISCELLANEOUS BUILDING
        MISCELLANEOUS OPEN LOTS

CA T0 80 02 15                                      PAGE    3



One Tower Square, Hartford, Connecticut  06183

AUTO DEALERS
COVERAGE PART
DECLARATIONS
ISSUE DATE 04-11-22

POLICY NUMBER: AD -7N911433-21-CAG

ITEM SIX    (CONTINUED)

LOC.
NO.    COVERAGE          LIMIT OF INSURANCE FOR EACH LOCATION

   6   COMPREHENSIVE     LIMIT OF INSURANCE AS STATED IN EACH SELECTION
                         BELOW, MINUS THE DEDUCTIBLES AS SHOWN ON
                         CA T4 14

                                    LIMIT        RATE        PREMIUM
       FIRE ONLY, BUILDING & LOTS
       BUILDING                    750,000       ███████████████████
       STANDARD OPEN LOTS                        ███████████████████
       NON STANDARD OPEN LOTS     6,079,474      ███████████████████
       MISCELLANEOUS BUILDING                    ███████████████████
       MISCELLANEOUS OPEN LOTS                   ███████████████████

   7   COMPREHENSIVE     LIMIT OF INSURANCE AS STATED IN EACH SELECTION
                         BELOW, MINUS THE DEDUCTIBLES AS SHOWN ON
                         CA T4 14

                                    LIMIT        RATE        PREMIUM
       FIRE ONLY, BUILDING & LOTS
       BUILDING                    800,000       ███████████████████
       STANDARD OPEN LOTS                        ███████████████████
       NON STANDARD OPEN LOTS     2,946,005      ███████████████████
       MISCELLANEOUS BUILDING                    ███████████████████
       MISCELLANEOUS OPEN LOTS                   ███████████████████

   8   COMPREHENSIVE     LIMIT OF INSURANCE AS STATED IN EACH SELECTION
                         BELOW, MINUS THE DEDUCTIBLES AS SHOWN ON
                         CA T4 14

                                    LIMIT        RATE        PREMIUM
       FIRE ONLY, BUILDING & LOTS
       BUILDING
       STANDARD OPEN LOTS          500,000       ███████████████████
       NON STANDARD OPEN LOTS
       MISCELLANEOUS BUILDING
       MISCELLANEOUS OPEN LOTS

                                    TOTAL PREMIUM  $  ██████████████

CA T0 80 02 15                                        PAGE    4

 **TRAVELERS**

One Tower Square, Hartford, Connecticut  06183

```
                              AUTO DEALERS
                              COVERAGE PART
                              DECLARATIONS
                              ISSUE DATE 04-11-22

                      POLICY NUMBER: AD -7N911433-21-CAG

ITEM SIX   (CONTINUED)

                      SCHEDULE OF LOSS PAYEES

      (Refer to the Schedule of Loss Payees in CA T0 77 02 15 ITEM TWO.)
```

```
CA T0 80 02 15                                        PAGE    5
```

 **TRAVELERS**

One Tower Square, Hartford, Connecticut  06183

AUTO DEALERS COVERAGE PART DECLARATIONS

Issue date: 04-11-22

Policy Number: AD-7N911433-21-CAG

ITEM TEN
UNINSURED MOTORISTS COVERAGE-PREMIUMS-REFER TO ITEM SEVEN FOR SEPARATELY
REGISTERED COVERED AUTOS.

| LOCATION NUMBER | NUMBER OF PLATES | RATE PER PLATE | PREMIUM |
| --------------- | ---------------- | -------------- | ------- |
| 001 | 85 | | |
| 002 | 1 | | |
| 003 | 34 | | |
| 004 | 3 | | |
| 005 | 12 | | |
| 006 | 12 | | |
| 007 | 26 | | |
| 008 | 1 | | |

CA T0 83 02 15                          Page   1

COMMERCIAL AUTO

POLICY NUMBER: **AD-7N911433-21-CAG**

ISSUE DATE: **04-11-22**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# AUTO DEALERS – ACTS, ERRORS OR OMISSIONS LIMITS EXTENSION ENDORSEMENT

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM

### SCHEDULE OF ACTS, ERRORS OR OMISSIONS LIABILITY LIMITS

The Limits of Insurance apply separately to each "act, error or omission" coverage:

| | |
|---|---|
| EACH CLAIM LIMIT OF INSURANCE | $ **500,000** |
| AGGREGATE LIMIT OF INSURANCE | $ **500,000** |
| ONE YEAR PRIOR ACTS LIMIT OF INSURANCE | $ 100,000 |

**PROVISIONS**

The following replaces Paragraph **E.**, **Limit Of Insurance And Deductible**, of **SECTION III – ACTS, ERRORS OR OMISSIONS LIABILITY COVERAGES:**

**E.  Limits Of Insurance**

**1.** Regardless of the number of "insureds", claims made or "suits" brought or persons or organizations making claims or bringing "suits", the most we will pay for the sum of all damages for each separate "act, error or omission" coverage is the Aggregate Limit of Insurance shown in the Schedule Of Acts, Errors Or Omissions Liability Limits.

**2.** Subject to the Aggregate Limit of Insurance for the applicable "act, error or omission" coverage, the most we will pay for all damages resulting from any one claim is the Each Claim Limit of Insurance shown in the Sched-

ule Of Acts, Errors Or Omissions Liability Limits. Any "suits" involving a class action will be deemed one claim. No other Limits of Insurance apply.

**3.** If One Year Prior Acts Coverage is part of your Acts, Errors And Omissions Liability Coverages, then the One Year Prior Acts Limit Of Insurance Paragraph is replaced by the following:

A **$100,000** One Year Prior Acts Limit Of Insurance applies separately to each coverage included in the definition of "act, error or omission" for damages because of any "act, error or omission" committed during this one year period. This limit applies to each such claim and as an aggregate for all such claims related to the same "act, error or omission" coverage. No other limit of insurance applies to such prior acts.

POLICY NUMBER: **AD-7N911433-21-CAG**

COMMERCIAL AUTO
ISSUE DATE: **04-11-22**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# GARAGEKEEPERS COVERAGE AND
# PHYSICAL DAMAGE MULTIPLE DEDUCTIBLES

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE PART DECLARATIONS
AUTO DEALERS COVERAGE FORM

**PROVISIONS**

**1.** The deductibles shown in the applicable Schedule below apply for the Comprehensive and Specified Causes of Loss section at **ITEM FIVE – GARAGEKEEPERS COVERAGE AND PREMIUMS** and for the Comprehensive Coverage Limit of Insurance for Each Location section at **ITEM SIX – PHYSICAL DAMAGE COVERAGE** section of the **AUTO DEALERS COVERAGE PART DECLARATIONS**:

<div align="center">

**SCHEDULE**

</div>

**ITEM FIVE – GARAGEKEEPERS COVERAGE**

| Location (list each location separately) | Covered Causes of Loss* | Deductible | |
| --- | --- | --- | --- |
| | | For Each Covered "Auto" | Maximum Deductible in any one event at each location |
| | SEE SCHEDULE EXTENSION | | |

**ITEM SIX – PHYSICAL DAMAGE COVERAGE**

| Location (list each location separately) | Covered Causes of Loss* | Deductible | |
| --- | --- | --- | --- |
| | | For Each Covered "Auto" | Maximum Deductible in any one event at each location |
| | SEE SCHEDULE EXTENSION | | |

**CA T4 14 02 15**
© 2015 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.
Page 1 of 2

COMMERCIAL AUTO

- For each Deductible listed in this Schedule, enter the description of any Covered Causes of Loss listed below to which that Deductible applies:

    **(1)** Theft or Mischief or Vandalism

    **(2)** Earthquake

    **(3)** Windstorm Or Hail

    **(4)** Flood

    **(5)** All Covered Perils, other than collision, not listed separately on this Schedule

**2.** The following replaces Paragraph **5.**, **Limit Of Insurance And Deductibles**, in Paragraph **E.**, **Garagekeepers Coverage**, of **SECTION I – COVERED AUTOS COVERAGES**:

**5. Limit Of Insurance And Deductibles**

**a.** Regardless of the number of "customer's autos", "insureds", premiums paid, claims made or "suits" brought, the most we will pay for each "loss" is the Garagekeepers Coverage Limit of Insurance shown in the Declarations for that location minus the applicable deductible for "loss" caused by collision shown in the Declarations, and the applicable deductible for the specified covered cause of loss shown in the Schedule above.

**b.** The maximum deductible stated in the Schedule for Garagekeepers Coverage Comprehensive applies to the location for which it is shown and is the most that will be deducted for all "loss" in any one event from the covered cause of loss for which it is shown at that location. If "NO" appears in the Schedule above for maximum deductible, then no maximum deductible applies for "loss" from the covered cause of loss for which it is shown.

**c.** Sometimes to settle a claim or "suit" we may pay all or any part of the deductible. If this happens you must reimburse us for the deductible or that portion of the deductible that we paid.

**3.** The following replaces Paragraph **5.**, **Deductible**, in Paragraph **F.**, **Physical Damage Coverage**, of **SECTION I – COVERED AUTOS COVERAGES**:

**5. Deductible**

For each covered "auto", our obligation to pay for, repair, return or replace damaged or stolen property will be reduced by the applicable deductible shown in the Schedule above that applies to specified covered cause of loss.

The maximum deductible stated in the Schedule applies to the location for which it is shown and is the most that will be deducted for all "loss" in any one event from the covered cause of loss for which it is shown at that location. If "NO" appears in the Schedule above for maximum deductible, then no maximum deductible applies for "loss" from the covered cause of loss for which it is shown.

© 2015 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

**CA T4 14 02 15**

COMMERCIAL AUTO
ISSUE DATE: 04-11-22

POLICY NUMBER: AD-7N911433-21-CAG

# SCHEDULE EXTENSION

**This is an extension of CA T4 14 02 15**

**GARAGEKEEPERS COVERAGE AND PHYSICAL DAMAGE MULTIPLE DEDUCTIBLES**

### SCHEDULE

ITEM FIVE - GARAGEKEEPERS COVERAGE

| Loc | Covered Causes of Loss** | Deductible For Each Covered "Auto" | Maximum Deductible in any one event |
|---|---|---|---|
| 1 | Flood | $ 2,500 | $ 250,000 |
| 1 | Earthquake | $ 1,000 | $ 100,000 |
| 1 | Windstorm or Hail | $ 1,000 | $ 100,000 |
| 1 | All Covered Perils, other than collision, not listed separately on this Schedule | $ 1,000 | $ 10,000 |
| 2 | Flood | $ 2,500 | $ 250,000 |
| 2 | Earthquake | $ 1,000 | $ 100,000 |
| 2 | Windstorm or Hail | $ 1,000 | $ 100,000 |
| 2 | All Covered Perils, other than collision, not listed separately on this Schedule | $ 1,000 | $ 10,000 |
| 3 | Flood | $ 2,500 | $ 250,000 |
| 3 | Earthquake | $ 1,000 | $ 100,000 |
| 3 | Windstorm or Hail | $ 1,000 | $ 100,000 |
| 3 | All Covered Perils, other than collision, not listed separately on this Schedule | $ 1,000 | $ 10,000 |
| 4 | Flood | $ 2,500 | $ 250,000 |
| 4 | Earthquake | $ 1,000 | $ 75,000 |

CA T4 14 SCHED

Page 1 of 7

POLICY NUMBER: **AD-7N911433-21-CAG**

COMMERCIAL AUTO
ISSUE DATE: 04-11-22

# SCHEDULE EXTENSION

### This is an extension of CA T4 14 02 15

### GARAGEKEEPERS COVERAGE AND PHYSICAL DAMAGE MULTIPLE DEDUCTIBLES

**SCHEDULE**

| | | | | |
|---|---|---|---|---|
| 4 | Windstorm or Hail | $ 1,000 | $ 100,000 |
| 4 | All Covered Perils, other than collision, not listed separately on this Schedule | $ 1,000 | $ 10,000 |

**ITEM FIVE - GARAGEKEEPERS COVERAGE**

| | | Deductible | |
|---|---|---|---|
| Loc | Covered Causes of Loss** | For Each Covered "Auto" | Maximum Deductible in any one event |
| 5 | Flood | $ 2,500 | $ 250,000 |
| 5 | Earthquake | $ 1,000 | $ 100,000 |
| 5 | Windstorm or Hail | $ 1,000 | $ 100,000 |
| 5 | All Covered Perils, other than collision, not listed separately on this Schedule | $ 1,000 | $ 10,000 |

**ITEM FIVE - GARAGEKEEPERS COVERAGE**

| | | Deductible | |
|---|---|---|---|
| Loc | Covered Causes of Loss** | For Each Covered "Auto" | Maximum Deductible in any one event |
| 6 | Flood | $ 2,500 | $ 250,000 |
| 6 | Earthquake | $ 1,000 | $ 100,000 |
| 6 | Windstorm or Hail | $ 1,000 | $ 100,000 |
| 6 | All Covered Perils, other than collision, not listed separately on this Schedule | $ 1,000 | $ 10,000 |

CA T4 14 SCHED

Page 2 of 7

POLICY NUMBER: AD-7N911433-21-CAG

COMMERCIAL AUTO
ISSUE DATE: 04-11-22

# SCHEDULE EXTENSION

### This is an extension of CA T4 14 02 15

### GARAGEKEEPERS COVERAGE AND PHYSICAL DAMAGE MULTIPLE DEDUCTIBLES

### SCHEDULE

ITEM FIVE - GARAGEKEEPERS COVERAGE

| Loc | Covered Causes of Loss** | Deductible For Each Covered "Auto" | Maximum Deductible in any one event |
|---|---|---|---|
| 7 | Flood | $ 2,500 | $ 250,000 |
| 7 | Earthquake | $ 1,000 | $ 100,000 |
| 7 | Windstorm or Hail | $ 1,000 | $ 100,000 |
| 7 | All Covered Perils, other than collision, not listed separately on this Schedule | $ 1,000 | $ 10,000 |

ITEM FIVE - GARAGEKEEPERS COVERAGE

| Loc | Covered Causes of Loss** | Deductible For Each Covered "Auto" | Maximum Deductible in any one event |
|---|---|---|---|
| 8 | Flood | $ 2,500 | $ 250,000 |
| 8 | Earthquake | $ 1,000 | $ 100,000 |
| 8 | Windstorm or Hail | $ 1,000 | $ 100,000 |
| 8 | All Covered Perils, other than collision, not listed separately on this Schedule | $ 1,000 | $ 25,000 |

ITEM SIX - PHYSICAL DAMAGE COVERAGE

| Loc | Covered Causes of Loss** | Deductible For Each Covered "Auto" | Maximum Deductible in any one event |
|---|---|---|---|

CA T4 14 SCHED

TRAVELERS DOC MGMT Page 431 of 615

POLICY NUMBER: **AD-7N911433-21-CAG**

COMMERCIAL AUTO
ISSUE DATE: **04-11-22**

# SCHEDULE EXTENSION

**This is an extension of CA T4 14 02 15**

**GARAGEKEEPERS COVERAGE AND PHYSICAL DAMAGE MULTIPLE DEDUCTIBLES**

**SCHEDULE**

**ITEM SIX - PHYSICAL DAMAGE COVERAGE**

| Loc | Covered Causes of Loss** | Deductible For Each Covered "Auto" | Maximum Deductible in any one event |
|-----|--------------------------|-----------------------------------|-------------------------------------|
| 1 | Flood | $ 2,500 | $ 250,000 |
| 1 | Earthquake | $ 2,500 | $ 250,000 |
| 1 | Windstorm or Hail | $ 1,000 | $ 100,000 |
| 1 | All Covered Perils, other than collision, not listed separately on this Schedule | $ 1,000 | $ 10,000 |

**ITEM SIX - PHYSICAL DAMAGE COVERAGE**

| Loc | Covered Causes of Loss** | Deductible For Each Covered "Auto" | Maximum Deductible in any one event |
|-----|--------------------------|-----------------------------------|-------------------------------------|
| 3 | Flood | $ 2,500 | $ 250,000 |
| 3 | Earthquake | $ 1,000 | $ 100,000 |
| 3 | Windstorm or Hail | $ 1,000 | $ 100,000 |
| 3 | All Covered Perils, other than collision, not listed separately on this Schedule | $ 1,000 | $ 10,000 |

**ITEM SIX - PHYSICAL DAMAGE COVERAGE**

| | Deductible For Each | Maximum |
|---|---|---|

CA T4 14 SCHED

Page **4** of **7**

COMMERCIAL AUTO
POLICY NUMBER: **AD-7N911433-21-CAG**
ISSUE DATE: **04-11-22**

# SCHEDULE EXTENSION

**This is an extension of CA T4 14 02 15**

**GARAGEKEEPERS COVERAGE AND PHYSICAL DAMAGE MULTIPLE DEDUCTIBLES**

**SCHEDULE**

| Loc | Covered Causes of Loss** | Covered "Auto" | Deductible in any one event |
|---|---|---|---|
| 4 | Flood | $      2,500 | $      250,000 |
| 4 | Earthquake | $      1,000 | $      100,000 |
| 4 | Windstorm or Hail | $      1,000 | $      100,000 |
| 4 | All Covered Perils, other than collision, not listed separately on this Schedule | $      1,000 | $       10,000 |

**ITEM SIX - PHYSICAL DAMAGE COVERAGE**

| | | | Deductible | |
| Loc | Covered Causes of Loss** | For Each Covered "Auto" | Maximum Deductible in any one event |
|---|---|---|---|
| 5 | Flood | $      2,500 | $      250,000 |
| 5 | Earthquake | $      1,000 | $      100,000 |
| 5 | Windstorm or Hail | $      1,000 | $      100,000 |
| 5 | All Covered Perils, other than collision, not listed separately on this Schedule | $      1,000 | $       10,000 |

**ITEM SIX - PHYSICAL DAMAGE COVERAGE**

| | | | Deductible | |
| Loc | Covered Causes of Loss** | For Each Covered "Auto" | Maximum Deductible in any one event |
|---|---|---|---|
| 6 | Flood | $      2,500 | $      250,000 |

CA T4 14 SCHED

POLICY NUMBER: **AD-7N911433-21-CAG**

COMMERCIAL AUTO
ISSUE DATE: **04-11-22**

# SCHEDULE EXTENSION

### This is an extension of CA T4 14 02 15

### GARAGEKEEPERS COVERAGE AND PHYSICAL DAMAGE MULTIPLE DEDUCTIBLES

#### SCHEDULE

| | | | |
|---|---|---|---|
| 6 | Earthquake | $  1,000 | $  100,000 |
| 6 | Windstorm or Hail | $  1,000 | $  100,000 |
| 6 | All Covered Perils, other than collision, not listed separately on this Schedule | $  1,000 | $  10,000 |

**ITEM SIX - PHYSICAL DAMAGE COVERAGE**

| | | Deductible | |
|---|---|---|---|
| Loc | Covered Causes of Loss** | For Each Covered "Auto" | Maximum Deductible in any one event |
| 7 | Flood | $  2,500 | $  250,000 |
| 7 | Earthquake | $  1,000 | $  100,000 |
| 7 | Windstorm or Hail | $  1,000 | $  100,000 |
| 7 | All Covered Perils, other than collision, not listed separately on this Schedule | $  1,000 | $  10,000 |

**ITEM SIX - PHYSICAL DAMAGE COVERAGE**

| | | Deductible | |
|---|---|---|---|
| Loc | Covered Causes of Loss** | For Each Covered "Auto" | Maximum Deductible in any one event |
| 8 | Flood | $  2,500 | $  250,000 |
| 8 | Earthquake | $  1,000 | $  100,000 |
| 8 | Windstorm or Hail | $  1,000 | $  100,000 |

CA T4 14 SCHED

Page **6** of **7**

POLICY NUMBER: **AD-7N911433-21-CAG**

COMMERCIAL AUTO
ISSUE DATE: **04-11-22**

# SCHEDULE EXTENSION

**This is an extension of CA T4 14 02 15**

**GARAGEKEEPERS COVERAGE AND PHYSICAL DAMAGE MULTIPLE DEDUCTIBLES**

**SCHEDULE**

8  All Covered Perils,     $     1,000     $     25,000
   other than collision,
   not listed separately on
   this Schedule

CA T4 14 SCHED

Page  **7** of  **7**



**TRAVELERS**

One Tower Square, Hartford, Connecticut  06183

CHANGE ENDORSEMENT

Named Insured:
DOLAN AUTOMOTIVE GROUP, LLC
AND AS PER IL T8 03

Policy Number: AD-7N911433-21-CAG
Policy Effective Date: 07/01/21
Issue Date: 05/23/22
Return Premium $ ██████

INSURING COMPANY:
TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

Effective from 03/01/22 at the time of day the policy becomes effective.

THIS INSURANCE IS AMENDED AS FOLLOWS:


THE COMMERCIAL AUTOMOBILE COVERAGE PART IS AMENDED AS FOLLOWS:

COMPREHENSIVE COVERAGE IS CHANGED AS PER ATTACHED SCHEDULE
FOR:
GARAGE LOCATION(S):
0001 0003 0004 0005 0006 0007

FALSE PRETENSE COVERAGE IS CHANGED AS PER ATTACHED SCHEDULE
FOR:
GARAGE LOCATION(S):
0001 0003 0004 0005 0006 0007

GARAGEKEEPER'S LEGAL LIABILITY COVERAGE IS CHANGED AS PER
ATTACHED SCHEDULE FOR:
GARAGE LOCATION(S):
0003

GARAGEKEEPER'S LEGAL LIABILITY COVERAGE IS CHANGED AS PER
ATTACHED SCHEDULE FOR:
GARAGE LOCATION(S):
0003

THE BLANKET COLLISION COVERAGE LIMIT IS CHANGED TO READ:
AT AUTO DEALER LOCATION(S):
0001 0003 0004 0005 0006 0007


PREMIUM IS PAYABLE AS FOLLOWS:

DUE ON 03/01/22     $ ██████
DUE ON 04/01/22     $ ██████

NAME AND ADDRESS OF AGENT OR BROKER:
L P INS SERVICES LLC (CWV32)
300 E 2ND ST STE 1300
RENO, NV 89501

COUNTERSIGNED BY:

_____
Authorized Representative

DATE:_____

IL T0 07 09 87    PAGE  1 OF  2
OFFICE: PHOENIX



One Tower Square, Hartford, Connecticut 06183

CHANGE ENDORSEMENT

Policy Number: AD-7N911433-21-CAG

Policy Effective Date: 07/01/21

Issue Date: 05/23/22

BLANKET COLLISION LIMIT IS AMENDED TO READ:  $35,223,171

IL T0 07 09 87    PAGE  2 OF  2

OFFICE: PHOENIX              169
PRODUCER NAME: L P INS SERVICES LLC              CWV32



CHANGE EFFECTIVE

POLICY NUMBER:  AD-7N911433-21-CAG

EFFECTIVE DATE:  07-01-21

ISSUE DATE:  05-23-22

LISTING OF FORMS, ENDORSEMENTS AND SCHEDULE NUMBERS

THIS LISTING SHOWS THE NUMBER OF FORMS, SCHEDULES AND ENDORSEMENTS
BY LINE OF BUSINESS.

```
IL T0 07 09 87    CHANGE ENDORSEMENT
IL T8 01 10 93    FORMS, ENDORSEMENTS AND SCHEDULE NUMBERS
```

COMMERCIAL AUTOMOBILE

```
CA T0 77 02 15    AUTO DEALER DECLARATIONS-ITEM ONE & TWO
CA T0 78 02 15    AUTO DEALER DECS-ITEM THREE & FOUR
CA T0 79 02 15    AUTO DEALER DECLARATIONS - ITEM FIVE
CA T0 80 02 15    AUTO DEALER DECLARATIONS - ITEM SIX
CA T0 83 02 15    AUTO DEALER DECLARATIONS-ITEM NINE & TEN
CA T4 80 02 15    AUTO DLRS-ACTS,ERR OR OMISS LMTS EXT END
CA T4 14 02 15    GAR-KEEPERS COV & PHYS DMGE MULTIPLE DED
```

IL T8 01 10 93

PAGE:   1 OF   1

# COMMERCIAL AUTOMOBILE

# COMMERCIAL AUTOMOBILE



**TRAVELERS**

One Tower Square, Hartford, Connecticut  06183

AUTO DEALERS                          POLICY NUMBER: AD-7N911433-21-CAG
COVERAGE PART DECLARATIONS           ISSUE DATE: 05-23-22  JH

ITEM ONE
INSURING COMPANY:
TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA
Declarations Period:  From:  07-01-21 to 07-01-22 12:01 A.M. Standard
Time at your mailing address shown in the Common Policy Declarations.

FORM OF BUSINESS: LIMITED LIABILITY CO

The Auto Dealers Coverage Part consists of these Declarations and the Coverage
Form shown below.


ITEM TWO
A. COVERAGE AND LIMITS OF INSURANCE
        This policy provides only those coverages where a limit, if applicable,
        is shown in the columns below. Each of the "auto"-related coverages
        will apply only to those "autos" shown as covered "autos"."Autos"
        are shown as covered "autos" for the applicable coverages by the
        entry of one or more of the symbols from section I - Covered Autos
        Coverages of the Auto Dealers Coverage Form next to the name of
        the "auto" related coverage.

        COVERAGES              COVERED AUTOS              LIMIT  OF INSURANCE
                                                  THE MOST WE WILL PAY FOR ANY ONE
                                                  ACCIDENT OR LOSS

        _____            _____   _____


COVERED AUTOS LIABILTY    21            $  1,000,000 EACH ACCIDENT

GENERAL LIABILITY                       $  1,000,000 EACH ACCIDENT
BODILY INJURY AND PROPERTY
DAMAGE LIABILITY

DAMAGES TO PREMISES                     See CA T4 25
RENTED TO YOU

PERSONAL AND ADVERTISING                $  1,000,000 ANY ONE PERSON OR
INJURY LIABILITY                                    ORGANIZATION

GENERAL LIABILTY AGGREGATE              $  2,000,000

PRODUCTS AND WORK YOU                    $  2,000,000
PERFORMED AGGREGATE

LOCATIONS AND OPERATIONS                 $      5,000
MEDICAL PAYMENTS

ADDED PERSONAL INJURY                   SEPARATELY STATED IN EACH
PROTECTION                              ADDED PIP ENDORSEMENT
(or equivalent Added
No-fault coverage)


CA T0 77 02 15                          PAGE   (CONTINUED)
PRODUCER: L P INS SERVICES LLC  CWV32   OFFICE: PHNX  169





One Tower Square, Hartford, Connecticut  06183

```
AUTO DEALERS                        POLICY NUMBER: AD-7N911433-21-CAG
COVERAGE PART DECLARATIONS          ISSUE DATE:  05-23-22   JH
```

| COVERAGES | COVERED AUTOS | LIMIT  OF INSURANCE<br>THE MOST WE WILL PAY FOR ANY ONE<br>ACCIDENT OR LOSS |
|---|---|---|
| AUTO MEDICAL PAYMENTS | 21 | $      5,000 |
| UNINSURED AND<br>UNDERINSURED<br>MOTORISTS COVERAGE | 22 | See CA TO 30 |
| GARAGEKEEPERS COVERAGE | 30 | REFER TO ITEM FIVE |
| PHYSICAL DAMAGE<br>COMPREHENSIVE COVERAGE | 23 28 31 | ACTUAL CASH VALUE OR COST<br>OF REPAIR, WHICHEVER IS<br>LESS MINUS $ DEDUCTIBLE<br>FOR EACH COVERED AUTO.<br>See ITEM SIX For Dealers "Autos". |
| PHYSICAL DAMAGE<br>COLLISION COVERAGE | 23 28 31 | ACTUAL CASH VALUE OR COST<br>OF REPAIR, WHICHEVER IS<br>LESS MINUS $ Ded. FOR EACH<br>COVERED AUTO.<br>See Item Six for Dealers<br>Blanket Collision. |
| ACTS, ERRORS OR OMISSIONS<br>LIABILITY | | $   500,000    AGGREGATE<br>$     5,000    PER CLAIM DEDUCTIBLE |

B. AUDIT PERIOD:      ANNUAL

C. DESCRIPTION OF COVERED AUTO DESIGNATION SYMBOLS:
   Symbols 21-31:  See AUTO DEALERS COVERAGE FORM Section I - Covered Autos
   SYMBOL 32:

D. LOSS PAYEE: Any loss under Physical Damage Coverages is payable as
   interest may appear to you and the Loss Payee named in the Declarations
   (see Loss Payable Clause below)

E. NUMBERS OF FORMS, SCHEDULES AND ENDORSEMENTS FORMING PART OF THIS COVERAGE
   PART:  SEE IL T8 01 10 93

```
CA T0 77 02 15                        PAGE  (CONTINUED)
PRODUCER: L P INS SERVICES LLC  CWV32  OFFICE: PHNX  169
```



One Tower Square, Hartford, Connecticut 06183

```
AUTO DEALERS                        POLICY NUMBER: AD-7N911433-21-CAG
COVERAGE PART DECLARATIONS          ISSUE DATE:  05-23-22   JH
```

LOSS PAYABLE CLAUSE

A.  We will pay you and the loss payee named in the policy for "loss" to a covered "auto", as interest may appear.

B.  The insurance covers the interest of the loss payee unless the "loss" results from conversion, secretion or embezzlement on your part.

C.  We may cancel the policy as allowed by the CANCELLATION Common Policy Condition.  Cancellation ends this agreement as to the loss payee's interest.  If we cancel the policy we will mail you and the loss payee the same advance notice.

D.  If we make any payment to the loss payee, we will obtain their rights against any other party.

SCHEDULE OF LOSS PAYEES

LOSS PAYEE (Name and Address)

```
CA T0 77 02 15                      PAGE  (CONTINUED)
PRODUCER: L P INS SERVICES LLC  CWV32   OFFICE: PHNX  169
```



One Tower Square, Hartford, Connecticut 06183

```
                              AUTO DEALERS COVERAGE PART DECLARATIONS
                              AUTO DEALERS' SUPPLEMENTARY SCHEDULE
                              Issue date: 05-23-22

                      Policy Number: AD -7N911433-21-CAG

ITEM THREE - LOCATIONS WHERE YOU CONDUCT AUTO DEALER OPERATIONS
 Loc            Address                         Zip            Cnty/twn
 No         Street and City         State      Code    terr      Code
 ---        ---------------         -----      ----    ----    --------
    1    2100 KIETZKE LANE
         RENO                        NV        89502   111

    2    3225 MILL ST
         RENO                        NV        89502   111

    3    7175 S VIRGINIA ST
         RENO                        NV        89511   111


ITEM FOUR-AUTO DEALERS - LIABILITY AND PERSONAL INJURY PROTECTION
(Or Equivalent Or Similar No Fault Coverages) - PREMIUMS
 Loc    Class of                    No of   Rating   Total Rating
 No     Operators                   Persons Units       Units
 ---    ---------                   ------- ------   -----------

  1     Cl I   Empl-Regular          65.0
        Cl I   Empl-A/O             278.0
        Cl II  Non-Empl-Under age 25
        Cl II  Non-Empl-Age 25 or over


  2     Cl I   Empl-Regular           1.0
        Cl I   Empl-A/O
        Cl II  Non-Empl-Under age 25
        Cl II  Non-Empl-Age 25 or over


  3     Cl I   Empl-Regular          15.0
        Cl I   Empl-A/O              62.0
        Cl II  Non-Empl-Under age 25
        Cl II  Non-Empl-Age 25 or over



            LOCATION        LOCATION        LOCATION
             # 1             # 2             # 3
         ---------------  ---------------  ---------------


                                                        TOTAL
            RATE   PREM    RATE   PREM    RATE   PREM   PREMIUMS
AUTO & GEN LIAB
LOC & OP MED PAY
PIP/APIP
NJ PED PIP
MICHIGAN PPI
AUTO MED PAY
A, E & O LIAB
     CA T0 78 02 15                        Page  1 (Continued)
```



One Tower Square, Hartford, Connecticut 06183

AUTO DEALERS COVERAGE PART DECLARATIONS
AUTO DEALERS' SUPPLEMENTARY SCHEDULE
Issue date: 05-23-22

Policy Number: AD -7N911433-21-CAG

ITEM THREE - LOCATIONS WHERE YOU CONDUCT AUTO DEALER OPERATIONS

| Loc No | Address Street and City | State | Zip Code | terr | Cnty/twn Code |
|---|---|---|---|---|---|
| 4 | 550 KIETZKE LN RENO | NV | 89502 | 111 | |
| 5 | 700 KIETZKE LN RENO | NV | 89502 | 111 | |
| 6 | 1395 E NEWLANDS DR FERNLEY | NV | 89408 | 106 | |

ITEM FOUR-AUTO DEALERS - LIABILITY AND PERSONAL INJURY PROTECTION
(Or Equivalent Or Similar No Fault Coverages) - PREMIUMS

| Loc No | Class of Operators | No of Persons | Rating Units | Total Rating Units |
|---|---|---|---|---|
| 4 | Cl I  Empl-Regular | 1.0 | | |
| | Cl I  Empl-A/O | 3.0 | | |
| | Cl II Non-Empl-Under age 25 | | | |
| | Cl II Non-Empl-Age 25 or over | | | |
| 5 | Cl I  Empl-Regular | 16.0 | | |
| | Cl I  Empl-A/O | 57.0 | | |
| | Cl II Non-Empl-Under age 25 | | | |
| | Cl II Non-Empl-Age 25 or over | | | |
| 6 | Cl I  Empl-Regular | 7.0 | | |
| | Cl I  Empl-A/O | 19.0 | | |
| | Cl II Non-Empl-Under age 25 | | | |
| | Cl II Non-Empl-Age 25 or over | | | |



| | LOCATION # 4 | | LOCATION # 5 | | LOCATION # 6 | | TOTAL PREMIUMS |
|---|---|---|---|---|---|---|---|
| | RATE | PREM | RATE | PREM | RATE | PREM | |
| AUTO & GEN LIAB | | | | | | | |
| LOC & OP MED PAY | | | | | | | |
| PIP/APIP | | | | | | | |
| NJ PED PIP | | | | | | | |
| MICHIGAN PPI | | | | | | | |
| AUTO MED PAY | | | | | | | |
| A, E & O LIAB | | | | | | | |

CA T0 78 02 15                                    Page  2 (Continued)



One Tower Square, Hartford, Connecticut 06183

```
                                    AUTO DEALERS COVERAGE PART DECLARATIONS
                                    AUTO DEALERS' SUPPLEMENTARY SCHEDULE
                                    Issue date: 05-23-22

                         Policy Number: AD -7N911433-21-CAG

        ITEM THREE - LOCATIONS WHERE YOU CONDUCT AUTO DEALER OPERATIONS
        Loc            Address                          Zip            Cnty/twn
        No         Street and City          State      Code    terr   Code
        ---        ---------------          -----      ----    ----   --------
          7     9455&9475 S VIRGINIA STREET
                RENO                          NV       89511           111
```

```
        ITEM FOUR-AUTO DEALERS - LIABILITY AND PERSONAL INJURY PROTECTION
        (Or Equivalent Or Similar No Fault Coverages) - PREMIUMS
        Loc    Class of                        No of   Rating  Total Rating
        No     Operators                       Persons Units      Units
        ---    ---------                       ------- ------  -----------

          7    Cl I   Empl-Regular               11.0
               Cl I   Empl-A/O                    37.0
               Cl II  Non-Empl-Under age 25
               Cl II  Non-Empl-Age 25 or over


               Cl I   Empl-Regular
               Cl I   Empl-A/O
               Cl II  Non-Empl-Under age 25
               Cl II  Non-Empl-Age 25 or over


               Cl I   Empl-Regular
               Cl I   Empl-A/O
               Cl II  Non-Empl-Under age 25
               Cl II  Non-Empl-Age 25 or over
```

```
                  LOCATION        LOCATION       LOCATION
                  #   7           #              #
                  ---------------  ---------------  ---------------
```

```
                  RATE    PREM    RATE    PREM    RATE    PREM      TOTAL
                                                                   PREMIUMS
        AUTO & GEN LIAB
        LOC & OP MED PAY
        PIP/APIP
        NJ PED PIP
        MICHIGAN PPI
        AUTO MED PAY
        A, E & O LIAB
             CA TO 78 02 15                      Page   3 (Continued)
```

 **TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

AUTO DEALERS COVERAGE PART DECLARATIONS
AUTO DEALERS' SUPPLEMENTARY SCHEDULE
Issue date: 05-23-22

Policy Number: AD -7N911433-21-CAG

ITEM FOUR-AUTO DEALERS - LIABILITY COVERAGE - PREMIUMS(Continued)

LIABILITY MINIMUM PREMIUM - 

DEFINITIONS:
Class I-Employees
Regular Operator - Proprietors, owners, executive officers, sales managers,
service managers, finance managers and general managers, whether they have an
assigned vehicle or not, and any employee whose principal duty involves the
operation of covered "autos" or who is furnished a covered "auto".
All Others - All other employees including salespersons who have not been
assigned an auto or who do not have permission to access plates for personal
use of autos.

NOTE:
1.  Part-time employees working an average of 20 hours or more a week for
    the number of weeks worked are to be counted as one rating unit each.
2.  Part-time employees working an average of less than 20 hours a week for
    the number of weeks worked are to be counted as 1/2 rating unit each.

Class II-Non-Employees
Any of the following persons who are regularly furnished with a covered "auto"
: Inactive proprietors, partners or officers and their relatives and the
relatives of any person described in Class I.

CA TO 78 02 15                            Page  4

 **TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

```
                              AUTO DEALERS COVERAGE PART DECLARATIONS
                              Issue Date: 05-23-22

                         Policy Number: AD -7N911433-21-CAG
ITEM FIVE
GARAGEKEEPERS COVERAGES AND PREMIUMS

Location         Coverages           Limit of Insurance for Each Location
   No.

         COMPREHENSIVE          $     2,500,000      MINUS THE DEDUCTIBLE AS
    1                           SHOWN ON CA T4 14
                                         OR
                               $           MINUS $          DEDUCTIBLE FOR ALL
                               PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO
                               $            MAXIMUM DEDUCTIBLE
                               FOR ALL SUCH LOSS IN EACH EVENT AT THIS LOCATION.


         SPECIFIED CAUSES OF    $           MINUS $          DEDUCTIBLE FOR
         LOSS                   EACH CUSTOMER'S AUTO FOR LOSS CAUSED BY THEFT
                               OR MISCHIEF OR VANDALISM SUBJECT TO $
                               MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY
                               ONE EVENT;
                                         OR
                               $           MINUS $          DEDUCTIBLE FOR ALL
                               PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO
                               $            MAXIMUM DEDUCTIBLE
                               FOR ALL SUCH LOSS IN ANY ONE EVENT.
         COLLISION             $ 2,500,000 MINUS $    3,000 DEDUCTIBLE FOR EACH
                               CUSTOMER'S AUTO.




         CA T0 79 02 15                        PAGE 01   (Continued)
```



One Tower Square, Hartford, Connecticut 06183

AUTO DEALERS COVERAGE PART DECLARATIONS
Issue Date: 05-23-22

Policy Number: AD -7N911433-21-CAG

ITEM FIVE
GARAGEKEEPERS COVERAGES AND PREMIUMS

| Location No. | Coverages | Limit of Insurance for Each Location |
|---|---|---|
| 2 | COMPREHENSIVE | $      500,000    MINUS THE DEDUCTIBLE AS SHOWN ON CA T4 14<br>OR<br>$        MINUS $        DEDUCTIBLE FOR ALL PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO<br>$        MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN EACH EVENT AT THIS LOCATION. |
|  | SPECIFIED CAUSES OF LOSS | $        MINUS $        DEDUCTIBLE FOR EACH CUSTOMER'S AUTO FOR LOSS CAUSED BY THEFT OR MISCHIEF OR VANDALISM SUBJECT TO $ MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT;<br>OR<br>$        MINUS $        DEDUCTIBLE FOR ALL PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO<br>$        MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT. |
|  | COLLISION | $   500,000 MINUS $    3,000 DEDUCTIBLE FOR EACH CUSTOMER'S AUTO. |

CA T0 79 02 15                              PAGE 02   (Continued)

 **TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

AUTO DEALERS COVERAGE PART DECLARATIONS
Issue Date: 05-23-22

Policy Number: AD -7N911433-21-CAG

ITEM FIVE
GARAGEKEEPERS COVERAGES AND PREMIUMS

| Location No. | Coverages | Limit of Insurance for Each Location |
|---|---|---|
| 3 | COMPREHENSIVE | $    1,000,000    MINUS THE DEDUCTIBLE AS SHOWN ON CA T4 14 |

COMPREHENSIVE — Location 3
$    1,000,000    MINUS THE DEDUCTIBLE AS
SHOWN ON CA T4 14
             OR
$          MINUS $          DEDUCTIBLE FOR ALL
PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO
$          MAXIMUM DEDUCTIBLE
FOR ALL SUCH LOSS IN EACH EVENT AT THIS LOCATION.

SPECIFIED CAUSES OF LOSS
$          MINUS $          DEDUCTIBLE FOR
EACH CUSTOMER'S AUTO FOR LOSS CAUSED BY THEFT
OR MISCHIEF OR VANDALISM SUBJECT TO $
MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY
ONE EVENT;
             OR
$          MINUS $          DEDUCTIBLE FOR ALL
PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO
$          MAXIMUM DEDUCTIBLE
FOR ALL SUCH LOSS IN ANY ONE EVENT.

COLLISION
$ 1,000,000 MINUS $    3,000 DEDUCTIBLE FOR EACH
CUSTOMER'S AUTO.

CA T0 79 02 15                              PAGE 03   (Continued)

 **TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

AUTO DEALERS COVERAGE PART DECLARATIONS
Issue Date: 05-23-22

Policy Number: AD -7N911433-21-CAG

ITEM FIVE
GARAGEKEEPERS COVERAGES AND PREMIUMS

| Location No. | Coverages | Limit of Insurance for Each Location |
|---|---|---|
| 4 | COMPREHENSIVE | $       100,000       MINUS THE DEDUCTIBLE AS SHOWN ON CA T4 14<br>                      OR<br>$            MINUS $            DEDUCTIBLE FOR ALL PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO<br>$              MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN EACH EVENT AT THIS LOCATION. |
| | SPECIFIED CAUSES OF LOSS | $            MINUS $            DEDUCTIBLE FOR EACH CUSTOMER'S AUTO FOR LOSS CAUSED BY THEFT OR MISCHIEF OR VANDALISM SUBJECT TO $ MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT;<br>                      OR<br>$            MINUS $            DEDUCTIBLE FOR ALL PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO<br>$              MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT. |
| | COLLISION | $    100,000 MINUS $     3,000 DEDUCTIBLE FOR EACH CUSTOMER'S AUTO. |

CA T0 79 02 15                              PAGE 04   (Continued)



One Tower Square, Hartford, Connecticut 06183

AUTO DEALERS COVERAGE PART DECLARATIONS
Issue Date: 05-23-22

Policy Number: AD -7N911433-21-CAG

ITEM FIVE
GARAGEKEEPERS COVERAGES AND PREMIUMS

| Location No. | Coverages | Limit of Insurance for Each Location |
|---|---|---|
| 5 | COMPREHENSIVE | $    1,000,000    MINUS THE DEDUCTIBLE AS SHOWN ON CA T4 14<br>OR<br>$          MINUS $          DEDUCTIBLE FOR ALL PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO $          MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN EACH EVENT AT THIS LOCATION. |
|  | SPECIFIED CAUSES OF LOSS | $          MINUS $          DEDUCTIBLE FOR EACH CUSTOMER'S AUTO FOR LOSS CAUSED BY THEFT OR MISCHIEF OR VANDALISM SUBJECT TO $ MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT;<br>OR<br>$          MINUS $          DEDUCTIBLE FOR ALL PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO $          MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT. |
|  | COLLISION | $ 1,000,000 MINUS $     3,000 DEDUCTIBLE FOR EACH CUSTOMER'S AUTO. |

CA T0 79 02 15                         PAGE 05   (Continued)



**TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

```
                                    AUTO DEALERS COVERAGE PART DECLARATIONS
                                    Issue Date: 05-23-22

                          Policy Number: AD -7N911433-21-CAG
ITEM FIVE
GARAGEKEEPERS COVERAGES AND PREMIUMS

Location          Coverages              Limit of Insurance for Each Location
   No.

        COMPREHENSIVE       $       500,000       MINUS THE DEDUCTIBLE AS
   6                        SHOWN ON CA T4 14
                                   OR
                            $            MINUS $           DEDUCTIBLE FOR ALL
                            PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO
                            $             MAXIMUM DEDUCTIBLE
                            FOR ALL SUCH LOSS IN EACH EVENT AT THIS LOCATION.


        SPECIFIED CAUSES OF $            MINUS $           DEDUCTIBLE FOR
        LOSS                EACH CUSTOMER'S AUTO FOR LOSS CAUSED BY THEFT
                            OR MISCHIEF OR VANDALISM SUBJECT TO $
                            MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY
                            ONE EVENT;
                                   OR
                            $            MINUS $           DEDUCTIBLE FOR ALL
                            PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO
                            $             MAXIMUM DEDUCTIBLE
                            FOR ALL SUCH LOSS IN ANY ONE EVENT.
        COLLISION           $    500,000 MINUS $     3,000 DEDUCTIBLE FOR EACH
                            CUSTOMER'S AUTO.







        CA T0 79 02 15                      PAGE 06   (Continued)
```



**TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

```
                              AUTO DEALERS COVERAGE PART DECLARATIONS
                              Issue Date: 05-23-22

                       Policy Number: AD -7N911433-21-CAG
ITEM FIVE
GARAGEKEEPERS COVERAGES AND PREMIUMS

Location        Coverages              Limit of Insurance for Each Location
   No.

        COMPREHENSIVE         $      1,000,000      MINUS THE DEDUCTIBLE AS
   7                          SHOWN ON CA T4 14
                                       OR
                             $           MINUS $          DEDUCTIBLE FOR ALL
                             PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO
                             $              MAXIMUM DEDUCTIBLE
                             FOR ALL SUCH LOSS IN EACH EVENT AT THIS LOCATION.


        SPECIFIED CAUSES OF  $           MINUS $          DEDUCTIBLE FOR
        LOSS                 EACH CUSTOMER'S AUTO FOR LOSS CAUSED BY THEFT
                             OR MISCHIEF OR VANDALISM SUBJECT TO $
                             MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY
                             ONE EVENT;
                                       OR
                             $           MINUS $          DEDUCTIBLE FOR ALL
                             PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO
                             $              MAXIMUM DEDUCTIBLE
                             FOR ALL SUCH LOSS IN ANY ONE EVENT.
        COLLISION            $ 1,000,000 MINUS $    3,000 DEDUCTIBLE FOR EACH
                             CUSTOMER'S AUTO.
```

```
    CA T0 79 02 15                        PAGE 07   (Continued)
```



**TRAVELERS**                                    One Tower Square, Hartford, Connecticut 06183

AUTO DEALERS COVERAGE PART DECLARATIONS
Issue Date: 05-23-22

Policy Number: AD -7N911433-21-CAG

ITEM FIVE - GARAGEKEEPERS COVERAGES & PREMIUMS (Continued)

PREMIUM FOR ALL LOCATIONS
    Comprehensive
    Specified Causes of Loss
    Collision



GARAGEKEEPERS COVERAGE applies on a legal liability basis unless one of
the Direct Coverage Options is indicated below by "(X)"

  DIRECT COVERAGE OPTIONS

    ( )  EXCESS INSURANCE  If this box is checked, GARAGEKEEPERS COVERAGE
       remains applicable on a legal liability basis. However coverage also
       applies without regard to your or any other "Insured's" legal
       liability for "loss" to a customer's "auto" on an  excess basis over
       any other collectible insurance regardless of whether the other
       insurance covers your or any other "insured's"interest or the interest
       of the covered "auto's" owner.

    ( )  PRIMARY INSURANCE  If this box is checked GARAGEKEEPERS COVERAGE is
       changed to apply without regard to your or any other "insured's"
       legal liability for "loss" to a customer's "auto" and is primary
       insurance.

CA T0 79 02 15                                    PAGE 08



One Tower Square, Hartford, Connecticut  06183

```
                                    AUTO DEALERS
                                    COVERAGE PART
                                    DECLARATIONS
                                    ISSUE DATE 05-23-22

                         POLICY NUMBER: AD -7N911433-21-CAG


   ITEM SIX

   PHYSICAL DAMAGE INSURANCE-TYPES OF COVERED AUTOS AND INTERESTS IN THESE
   AUTOS-PREMIUMS-REPORTING OR NONREPORTING BASIS.

   Each of the following PHYSICAL DAMAGE coverages that is indicated in ITEM
   TWO applies only to the types of autos and interest indicated by 'X'.


                                                      SPECIFIED
   COVERAGES                           COMPREHENSIVE CAUSES OF LOSS   COLLISION

   TYPES      NEW AUTOS                      X                           X
   OF
   AUTOS      USED AUTOS, DEMONSTRATORS
              AND SERVICE VEHICLES          X                           X

   INTERESTS  YOUR INTEREST IN COVERED
   COVERED    AUTOS YOU OWN

              YOUR INTEREST ONLY IN
              FINANCED COVERED AUTOS

              YOUR INTEREST AND THE
              INTEREST OF ANY CREDITOR
              NAMED AS A LOSS PAYEE         X                           X

              ALL INTERESTS IN ANY AUTO NOT
              OWNED BY YOU OR ANY CREDITOR
              WHILE IN YOUR POSSESSION ON
              CONSIGNMENT FOR SALE
```

Our limit of insurance for 'loss' at locations other than those stated in
ITEM THREE.
   $  1,000,000 Additional locations where you store covered autos
   $  1,000,000 In transit

PREMIUM BASIS-Reporting (Quarterly or Monthly) or Nonreporting (Indicate Basis
 Agreed Upon by X)
 ( ) REPORTING BASIS (Quarterly or Monthly) as indicated below by 'X'.
     You must report to us on our form the locations of your covered "autos"
     and their total value at each such location. For your main sales location
     identified as location no. 1, you must include the total value of all
     covered "autos" you have furnished or made available to yourself, your
     executives, your "employees" or family members and other Class II - Non-
     Employees, and covered "autos" that are temporarily displayed or stored
     at locations other than those stated in ITEM THREE above. For your main
     sales location you must include the total value of all service vehicles.


CA T0 80 02 15                                           PAGE    1

TRAVELERS DOC MGMT Page 456 of 615

# TRAVELERS

One Tower Square, Hartford, Connecticut  06183

AUTO DEALERS
COVERAGE PART
DECLARATIONS
ISSUE DATE 05-23-22

POLICY NUMBER: AD -7N911433-21-CAG

ITEM SIX    (CONTINUED)

PREMIUM BASIS-Reporting or Nonreporting(Indicate Basis Agreed Upon by X)
(continued)

YOUR REPORTING BASIS IS:
( )  QUARTERLY you must give us your first report by the fifteenth of the
fourth month after the policy begins. Your subsequent reports must
be given to us by the fifteenth of every third month. Your reports
must contain the value for the last business day of every third
month coming within the policy period.
( )  MONTHLY You must give us your reports by the fifteenth of every
month. Your reports will contain the total values you had on the
last business day of the preceding month.
Premiums will be calculated pro rata of the annual premium for the expo-
sures contained in each report. At the end of each policy year we will
add the monthly premiums or the quarterly premiums to determine your
final premium due for the entire policy year. The estimated total
premiums shown will be credited against the final premium due.
(X)  NONREPORTING BASIS. Stated limit of insurance shown above applies.

| LOC. NO. | COVERAGE | LIMIT OF INSURANCE FOR EACH LOCATION |
|---|---|---|
| 1 | COMPREHENSIVE | LIMIT OF INSURANCE AS STATED IN EACH SELECTION BELOW, MINUS THE DEDUCTIBLES AS SHOWN ON CA T4 14 |

|  | LIMIT | RATE | PREMIUM |
|---|---|---|---|
| FIRE ONLY, BUILDING & LOTS | | ███ | ███ |
| BUILDING | 10,000,000 | | |
| STANDARD OPEN LOTS | | | |
| NON STANDARD OPEN LOTS | 2,843,739 | | |
| MISCELLANEOUS BUILDING | | | |
| MISCELLANEOUS OPEN LOTS | | | |

ALL   BLANKET        $ 35,223,171 MINUS $ 2,500 DEDUCTIBLE FOR EACH
COLLISION            COVERED AUTO.

COLLISION PREMIUM  $ ███

CA T0 80 02 15                                    PAGE    2



**TRAVELERS**

One Tower Square, Hartford, Connecticut  06183

```
                                    AUTO DEALERS
                                    COVERAGE PART
                                    DECLARATIONS
                                    ISSUE DATE 05-23-22

                          POLICY NUMBER: AD -7N911433-21-CAG


        ITEM SIX    (CONTINUED)

        LOC.
        NO.    COVERAGE            LIMIT OF INSURANCE FOR EACH LOCATION

         3     COMPREHENSIVE       LIMIT OF INSURANCE AS STATED IN EACH SELECTION
                                   BELOW, MINUS THE DEDUCTIBLES AS SHOWN ON
                                   CA T4 14

                                        LIMIT       RATE        PREMIUM
               FIRE ONLY, BUILDING & LOTS
               BUILDING                 800,000
               STANDARD OPEN LOTS     5,150,661
               NON STANDARD OPEN LOTS 4,300,311
               MISCELLANEOUS BUILDING
               MISCELLANEOUS OPEN LOTS

         4     COMPREHENSIVE       LIMIT OF INSURANCE AS STATED IN EACH SELECTION
                                   BELOW, MINUS THE DEDUCTIBLES AS SHOWN ON
                                   CA T4 14

                                        LIMIT       RATE        PREMIUM
               FIRE ONLY, BUILDING & LOTS
               BUILDING
               STANDARD OPEN LOTS
               NON STANDARD OPEN LOTS   455,041
               MISCELLANEOUS BUILDING
               MISCELLANEOUS OPEN LOTS

         5     COMPREHENSIVE       LIMIT OF INSURANCE AS STATED IN EACH SELECTION
                                   BELOW, MINUS THE DEDUCTIBLES AS SHOWN ON
                                   CA T4 14

                                        LIMIT       RATE        PREMIUM
               FIRE ONLY, BUILDING & LOTS
               BUILDING               1,000,000
               STANDARD OPEN LOTS
               NON STANDARD OPEN LOTS 5,814,048
               MISCELLANEOUS BUILDING
               MISCELLANEOUS OPEN LOTS




        CA T0 80 02 15                                      PAGE    3
```



One Tower Square, Hartford, Connecticut  06183

```
                              AUTO DEALERS
                              COVERAGE PART
                              DECLARATIONS
                              ISSUE DATE 05-23-22

                        POLICY NUMBER: AD -7N911433-21-CAG


     ITEM SIX    (CONTINUED)

     LOC.
     NO.    COVERAGE           LIMIT OF INSURANCE FOR EACH LOCATION

        6   COMPREHENSIVE      LIMIT OF INSURANCE AS STATED IN EACH SELECTION
                               BELOW, MINUS THE DEDUCTIBLES AS SHOWN ON
                               CA T4 14

                                          LIMIT       RATE        PREMIUM

            FIRE ONLY, BUILDING & LOTS
            BUILDING                      750,000
            STANDARD OPEN LOTS
            NON STANDARD OPEN LOTS       6,332,479
            MISCELLANEOUS BUILDING
            MISCELLANEOUS OPEN LOTS

        7   COMPREHENSIVE      LIMIT OF INSURANCE AS STATED IN EACH SELECTION
                               BELOW, MINUS THE DEDUCTIBLES AS SHOWN ON
                               CA T4 14

                                          LIMIT       RATE        PREMIUM

            FIRE ONLY, BUILDING & LOTS
            BUILDING                      800,000
            STANDARD OPEN LOTS
            NON STANDARD OPEN LOTS       2,177,553
            MISCELLANEOUS BUILDING
            MISCELLANEOUS OPEN LOTS






                                    TOTAL PREMIUM  $

     CA T0 80 02 15                              PAGE    4
```



One Tower Square, Hartford, Connecticut 06183

```
                              AUTO DEALERS
                              COVERAGE PART
                              DECLARATIONS
                              ISSUE DATE 05-23-22

                    POLICY NUMBER: AD -7N911433-21-CAG

ITEM SIX    (CONTINUED)

                    SCHEDULE OF LOSS PAYEES

        (Refer to the Schedule of Loss Payees in CA T0 77 02 15 ITEM TWO.)
```

```
    CA T0 80 02 15                              PAGE    5
```

 **TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

AUTO DEALERS COVERAGE PART DECLARATIONS

Issue date: 05-23-22

Policy Number: AD-7N911433-21-CAG

ITEM TEN
UNINSURED MOTORISTS COVERAGE-PREMIUMS-REFER TO ITEM SEVEN FOR SEPARATELY
REGISTERED COVERED AUTOS.

| LOCATION NUMBER | NUMBER OF PLATES | RATE PER PLATE | PREMIUM |
| --------------- | ---------------- | -------------- | ------- |
| 001 | 85 | | |
| 002 | 1 | | |
| 003 | 34 | | |
| 004 | 3 | | |
| 005 | 12 | | |
| 006 | 12 | | |
| 007 | 26 | | |

CA T0 83 02 15                    Page   1

COMMERCIAL AUTO
POLICY NUMBER: **AD-7N911433-21-CAG**

ISSUE DATE: **05-23-22**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# AUTO DEALERS – ACTS, ERRORS OR OMISSIONS LIMITS EXTENSION ENDORSEMENT

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM

### SCHEDULE OF ACTS, ERRORS OR OMISSIONS LIABILITY LIMITS

The Limits of Insurance apply separately to each "act, error or omission" coverage:

| | |
|---|---|
| EACH CLAIM LIMIT OF INSURANCE | $ **500,000** |
| AGGREGATE LIMIT OF INSURANCE | $ **500,000** |
| ONE YEAR PRIOR ACTS LIMIT OF INSURANCE | $ 100,000 |

## PROVISIONS

The following replaces Paragraph **E.**, **Limit Of Insurance And Deductible**, of **SECTION III – ACTS, ERRORS OR OMISSIONS LIABILITY COVERAGES:**

**E.  Limits Of Insurance**

1.  Regardless of the number of "insureds", claims made or "suits" brought or persons or organizations making claims or bringing "suits", the most we will pay for the sum of all damages for each separate "act, error or omission" coverage is the Aggregate Limit of Insurance shown in the Schedule Of Acts, Errors Or Omissions Liability Limits.

2.  Subject to the Aggregate Limit of Insurance for the applicable "act, error or omission" coverage, the most we will pay for all damages resulting from any one claim is the Each Claim Limit of Insurance shown in the Sched-

ule Of Acts, Errors Or Omissions Liability Limits. Any "suits" involving a class action will be deemed one claim. No other Limits of Insurance apply.

3.  If One Year Prior Acts Coverage is part of your Acts, Errors And Omissions Liability Coverages, then the One Year Prior Acts Limit Of Insurance Paragraph is replaced by the following:

A **$100,000** One Year Prior Acts Limit Of Insurance applies separately to each coverage included in the definition of "act, error or omission" for damages because of any "act, error or omission" committed during this one year period. This limit applies to each such claim and as an aggregate for all such claims related to the same "act, error or omission" coverage. No other limit of insurance applies to such prior acts.

**CA T4 80 02 15**          © 2015 The Travelers Indemnity Company, Inc. All rights reserved.          Page 1 of 1
Includes the copyrighted material of Insurance Services Office, Inc. with its permission.

POLICY NUMBER: **AD-7N911433-21-CAG**

COMMERCIAL AUTO
ISSUE DATE: **05-23-22**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# GARAGEKEEPERS COVERAGE AND
# PHYSICAL DAMAGE MULTIPLE DEDUCTIBLES

This endorsement modifies insurance provided under the following:

    AUTO DEALERS COVERAGE PART DECLARATIONS
    AUTO DEALERS COVERAGE FORM

**PROVISIONS**

**1.** The deductibles shown in the applicable Schedule below apply for the Comprehensive and Specified Causes of Loss section at **ITEM FIVE – GARAGEKEEPERS COVERAGE AND PREMIUMS** and for the Comprehensive Coverage Limit of Insurance for Each Location section at **ITEM SIX – PHYSICAL DAMAGE COVERAGE** section of the **AUTO DEALERS COVERAGE PART DECLARATIONS**:

### SCHEDULE

**ITEM FIVE – GARAGEKEEPERS COVERAGE**

| Location (list each location separately) | Covered Causes of Loss* | Deductible | |
|---|---|---|---|
| | | For Each Covered "Auto" | Maximum Deductible in any one event at each location |
| **SEE SCHEDULE EXTENSION** | | | |

**ITEM SIX – PHYSICAL DAMAGE COVERAGE**

| Location (list each location separately) | Covered Causes of Loss* | Deductible | |
|---|---|---|---|
| | | For Each Covered "Auto" | Maximum Deductible in any one event at each location |
| **SEE SCHEDULE EXTENSION** | | | |

**CA T4 14 02 15**

© 2015 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

Page 1 of 2

COMMERCIAL AUTO

- For each Deductible listed in this Schedule, enter the description of any Covered Causes of Loss listed below to which that Deductible applies:

    **(1)** Theft or Mischief or Vandalism

    **(2)** Earthquake

    **(3)** Windstorm Or Hail

    **(4)** Flood

    **(5)** All Covered Perils, other than collision, not listed separately on this Schedule

**2.** The following replaces Paragraph **5.**, **Limit Of Insurance And Deductibles**, in Paragraph **E.**, **Garagekeepers Coverage**, of **SECTION I – COVERED AUTOS COVERAGES**:

   **5. Limit Of Insurance And Deductibles**

   **a.** Regardless of the number of "customer's autos", "insureds", premiums paid, claims made or "suits" brought, the most we will pay for each "loss" is the Garagekeepers Coverage Limit of Insurance shown in the Declarations for that location minus the applicable deductible for "loss" caused by collision shown in the Declarations, and the applicable deductible for the specified covered cause of loss shown in the Schedule above.

   **b.** The maximum deductible stated in the Schedule for Garagekeepers Coverage Comprehensive applies to the location for which it is shown and is the most that will be deducted for all "loss" in any one event from the covered cause of loss for which it is shown at that location. If "NO" appears in the Schedule above for maximum deductible, then no maximum deductible applies for "loss" from the covered cause of loss for which it is shown.

   **c.** Sometimes to settle a claim or "suit" we may pay all or any part of the deductible. If this happens you must reimburse us for the deductible or that portion of the deductible that we paid.

**3.** The following replaces Paragraph **5.**, **Deductible**, in Paragraph **F.**, **Physical Damage Coverage**, of **SECTION I – COVERED AUTOS COVERAGES**:

   **5. Deductible**

   For each covered "auto", our obligation to pay for, repair, return or replace damaged or stolen property will be reduced by the applicable deductible shown in the Schedule above that applies to specified covered cause of loss.

   The maximum deductible stated in the Schedule applies to the location for which it is shown and is the most that will be deducted for all "loss" in any one event from the covered cause of loss for which it is shown at that location. If "NO" appears in the Schedule above for maximum deductible, then no maximum deductible applies for "loss" from the covered cause of loss for which it is shown.

    © 2015 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.    **CA T4 14 02 15**

POLICY NUMBER: AD-7N911433-21-CAG

COMMERCIAL AUTO
ISSUE DATE: 05-23-22

# SCHEDULE EXTENSION

**This is an extension of CA T4 14 02 15**

**GARAGEKEEPERS COVERAGE AND PHYSICAL DAMAGE MULTIPLE DEDUCTIBLES**

**SCHEDULE**

ITEM FIVE - GARAGEKEEPERS COVERAGE

| Loc | Covered Causes of Loss** | Deductible For Each Covered "Auto" | Maximum Deductible in any one event |
|---|---|---|---|
| 1 | Flood | $ 2,500 | $ 250,000 |
| 1 | Earthquake | $ 1,000 | $ 100,000 |
| 1 | Windstorm or Hail | $ 1,000 | $ 100,000 |
| 1 | All Covered Perils, other than collision, not listed separately on this Schedule | $ 1,000 | $ 10,000 |
| 2 | Flood | $ 2,500 | $ 250,000 |
| 2 | Earthquake | $ 1,000 | $ 100,000 |
| 2 | Windstorm or Hail | $ 1,000 | $ 100,000 |
| 2 | All Covered Perils, other than collision, not listed separately on this Schedule | $ 1,000 | $ 10,000 |
| 3 | Flood | $ 2,500 | $ 250,000 |
| 3 | Earthquake | $ 1,000 | $ 100,000 |
| 3 | Windstorm or Hail | $ 1,000 | $ 100,000 |
| 3 | All Covered Perils, other than collision, not listed separately on this Schedule | $ 1,000 | $ 10,000 |
| 4 | Flood | $ 2,500 | $ 250,000 |
| 4 | Earthquake | $ 1,000 | $ 75,000 |

CA T4 14 SCHED

TRAVELERS DOC MGMT Page 465 of 615

POLICY NUMBER:  AD-7N911433-21-CAG

COMMERCIAL AUTO
ISSUE DATE:  05-23-22

# SCHEDULE EXTENSION

**This is an extension of CA T4 14 02 15**

**GARAGEKEEPERS COVERAGE AND PHYSICAL DAMAGE MULTIPLE DEDUCTIBLES**

**SCHEDULE**

| | | | |
|---|---|---|---|
| 4 | Windstorm or Hail | $ 1,000 | $ 100,000 |
| 4 | All Covered Perils, other than collision, not listed separately on this Schedule | $ 1,000 | $ 10,000 |

**ITEM FIVE - GARAGEKEEPERS COVERAGE**

| | | Deductible | |
|---|---|---|---|
| Loc | Covered Causes of Loss** | For Each Covered "Auto" | Maximum Deductible in any one event |
| 5 | Flood | $ 2,500 | $ 250,000 |
| 5 | Earthquake | $ 1,000 | $ 100,000 |
| 5 | Windstorm or Hail | $ 1,000 | $ 100,000 |
| 5 | All Covered Perils, other than collision, not listed separately on this Schedule | $ 1,000 | $ 10,000 |

**ITEM FIVE - GARAGEKEEPERS COVERAGE**

| | | Deductible | |
|---|---|---|---|
| Loc | Covered Causes of Loss** | For Each Covered "Auto" | Maximum Deductible in any one event |
| 6 | Flood | $ 2,500 | $ 250,000 |
| 6 | Earthquake | $ 1,000 | $ 100,000 |
| 6 | Windstorm or Hail | $ 1,000 | $ 100,000 |
| 6 | All Covered Perils, other than collision, not listed separately on this Schedule | $ 1,000 | $ 10,000 |

CA T4 14 SCHED

TRAVELERS DOC MGMT Page 466 of 615

POLICY NUMBER: **AD-7N911433-21-CAG**

COMMERCIAL AUTO
ISSUE DATE: 05-23-22

# SCHEDULE EXTENSION

**This is an extension of CA T4 14 02 15**

**GARAGEKEEPERS COVERAGE AND PHYSICAL DAMAGE MULTIPLE DEDUCTIBLES**

**SCHEDULE**

**ITEM FIVE - GARAGEKEEPERS COVERAGE**

| | | Deductible | |
| | | For Each | Maximum |
| | Covered Causes | Covered | Deductible in |
| Loc | of Loss** | "Auto" | any one event |
|---|---|---|---|
| 7 | Flood | $ 2,500 | $ 250,000 |
| 7 | Earthquake | $ 1,000 | $ 100,000 |
| 7 | Windstorm or Hail | $ 1,000 | $ 100,000 |
| 7 | All Covered Perils, other than collision, not listed separately on this Schedule | $ 1,000 | $ 10,000 |

**ITEM SIX - PHYSICAL DAMAGE COVERAGE**

| | | Deductible | |
| | | For Each | Maximum |
| | Covered Causes | Covered | Deductible in |
| Loc | of Loss** | "Auto" | any one event |
|---|---|---|---|

**ITEM SIX - PHYSICAL DAMAGE COVERAGE**

| | | Deductible | |
| | | For Each | Maximum |
| | Covered Causes | Covered | Deductible in |
| Loc | of Loss** | "Auto" | any one event |
|---|---|---|---|
| 1 | Flood | $ 2,500 | $ 250,000 |
| 1 | Earthquake | $ 2,500 | $ 250,000 |
| 1 | Windstorm or Hail | $ 1,000 | $ 100,000 |
| 1 | All Covered Perils, other than collision, not listed separately on | $ 1,000 | $ 10,000 |

CA T4 14 SCHED

Page 3 of 6

POLICY NUMBER: AD-7N911433-21-CAG

COMMERCIAL AUTO
ISSUE DATE: 05-23-22

# SCHEDULE EXTENSION

**This is an extension of CA T4 14 02 15**

**GARAGEKEEPERS COVERAGE AND PHYSICAL DAMAGE MULTIPLE DEDUCTIBLES**

**SCHEDULE**

this Schedule

**ITEM SIX - PHYSICAL DAMAGE COVERAGE**

| Loc | Covered Causes of Loss** | Deductible For Each Covered "Auto" | Maximum Deductible in any one event |
|-----|---------------------------|-----------------------------------|-------------------------------------|
| 3 | Flood | $  2,500 | $  250,000 |
| 3 | Earthquake | $  1,000 | $  100,000 |
| 3 | Windstorm or Hail | $  1,000 | $  100,000 |
| 3 | All Covered Perils, other than collision, not listed separately on this Schedule | $  1,000 | $  10,000 |

**ITEM SIX - PHYSICAL DAMAGE COVERAGE**

| Loc | Covered Causes of Loss** | Deductible For Each Covered "Auto" | Maximum Deductible in any one event |
|-----|---------------------------|-----------------------------------|-------------------------------------|
| 4 | Flood | $  2,500 | $  250,000 |
| 4 | Earthquake | $  1,000 | $  100,000 |
| 4 | Windstorm or Hail | $  1,000 | $  100,000 |
| 4 | All Covered Perils, other than collision, not listed separately on this Schedule | $  1,000 | $  10,000 |

**ITEM SIX - PHYSICAL DAMAGE COVERAGE**

Deductible

CA T4 14 SCHED

Page  4 of  6

POLICY NUMBER: **AD-7N911433-21-CAG**

COMMERCIAL AUTO
ISSUE DATE: 05-23-22

# SCHEDULE EXTENSION

**This is an extension of CA T4 14 02 15**

**GARAGEKEEPERS COVERAGE AND PHYSICAL DAMAGE MULTIPLE DEDUCTIBLES**

**SCHEDULE**

| Loc | Covered Causes of Loss** | For Each Covered "Auto" | Maximum Deductible in any one event |
|-----|--------------------------|-------------------------|-------------------------------------|
| 5 | Flood | $ 2,500 | $ 250,000 |
| 5 | Earthquake | $ 1,000 | $ 100,000 |
| 5 | Windstorm or Hail | $ 1,000 | $ 100,000 |
| 5 | All Covered Perils, other than collision, not listed separately on this Schedule | $ 1,000 | $ 10,000 |

**ITEM SIX - PHYSICAL DAMAGE COVERAGE**

| | | Deductible | |
|-----|--------------------------|-------------------------|-------------------------------------|
| Loc | Covered Causes of Loss** | For Each Covered "Auto" | Maximum Deductible in any one event |
| 6 | Flood | $ 2,500 | $ 250,000 |
| 6 | Earthquake | $ 1,000 | $ 100,000 |
| 6 | Windstorm or Hail | $ 1,000 | $ 100,000 |
| 6 | All Covered Perils, other than collision, not listed separately on this Schedule | $ 1,000 | $ 10,000 |

**ITEM SIX - PHYSICAL DAMAGE COVERAGE**

| | | Deductible | |
|-----|--------------------------|-------------------------|-------------------------------------|
| Loc | Covered Causes of Loss** | For Each Covered "Auto" | Maximum Deductible in any one event |
| 7 | Flood | $ 2,500 | $ 250,000 |

CA T4 14 SCHED

Page   5 of   6

POLICY NUMBER: **AD-7N911433-21-CAG**

COMMERCIAL AUTO
ISSUE DATE: **05-23-22**

# SCHEDULE EXTENSION

**This is an extension of CA T4 14 02 15**

**GARAGEKEEPERS COVERAGE AND PHYSICAL DAMAGE MULTIPLE DEDUCTIBLES**

**SCHEDULE**

| | | | | | |
|---|---|---|---|---|---|
| 7 | Earthquake | $ | 1,000 | $ | 100,000 |
| 7 | Windstorm or Hail | $ | 1,000 | $ | 100,000 |
| 7 | All Covered Perils, other than collision, not listed separately on this Schedule | $ | 1,000 | $ | 10,000 |

CA T4 14 SCHED

Page **6** of **6**



One Tower Square, Hartford, Connecticut 06183

CHANGE ENDORSEMENT

Named Insured:
DOLAN AUTOMOTIVE GROUP, LLC
AND AS PER IL T8 03

              Policy Number: AD-7N911433-21-CAG
       Policy Effective Date: 07/01/21
                Issue Date: 05/23/22
         Additional Premium $ ████

INSURING COMPANY:
TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

Effective from 03/16/22 at the time of day the policy becomes effective.

THIS INSURANCE IS AMENDED AS FOLLOWS:

THE COMMERCIAL AUTOMOBILE COVERAGE PART IS AMENDED AS FOLLOWS:

        SEE SCHEDULE ATTACHED FOR ADDED GARAGE LOCATION(S):
        0009

        ADD AUTO MEDICAL PAYMENTS COVERAGE AS PER ATTACHED
        SCHEDULE FOR:
            AUTO DEALER LOCATION(S):
            0009

        ADD LIABILITY COVERAGE AS PER ATTACHED SCHEDULE FOR:
            GARAGE LOCATION(S):
            0009

        ADD COMPREHENSIVE COVERAGE AS PER ATTACHED SCHEDULE FOR:
            GARAGE LOCATION(S):
            0009

        ADD GARAGEKEEPER'S LEGAL LIABILITY COVERAGE AS PER ATTACHED
        SCHEDULE FOR:
            GARAGE LOCATION(S):
            0009

        ADD GARAGEKEEPER'S LEGAL LIABILITY COVERAGE AS PER ATTACHED
        SCHEDULE FOR:
            GARAGE LOCATION(S):
            0009

NAME AND ADDRESS OF AGENT OR BROKER:            COUNTERSIGNED BY:
  L P INS SERVICES LLC (CWV32)
  300 E 2ND ST STE 1300
  RENO, NV 89501                                _____
                                                Authorized Representative

IL T0 07 09 87    PAGE  1 OF  2                 DATE:_____
OFFICE: PHOENIX



**TRAVELERS**  One Tower Square, Hartford, Connecticut 06183

CHANGE ENDORSEMENT

Policy Number: AD-7N911433-21-CAG

Policy Effective Date: 07/01/21

Issue Date: 05/23/22

ADD LOCATIONS AND OPERATIONS MEDICAL PAYMENTS COVERAGE
AS PER ATTACHED SCHEDULE:
    AUTO DEALER LOCATION(S):
      0009

ADD UNINSURED/UNDERINSURED MOTORISTS COVERAGE AS PER
ATTACHED SCHEDULE FOR:
    GARAGE LOCATION(S):
      0009

"THIS IS A REWRITE OF CHANGE ENDORSEMENT IL T0 07 09 87,
ISSUED ON 04/11/22, EFFECTIVE 03/16/22, WITH A ███████
ADDITIONAL PREMIUM."

IL T0 07 09 87    PAGE  2 OF  2

OFFICE: PHOENIX        169
PRODUCER NAME: L P INS SERVICES LLC      CWV32

TRAVELERS DOC MGMT Page 472 of 615


**TRAVELERS**

**POLICY NUMBER:**  AD-7N911433-21-CAG

**EFFECTIVE DATE:**  07-01-21

**ISSUE DATE:**  05-23-22

LISTING OF FORMS, ENDORSEMENTS AND SCHEDULE NUMBERS

THIS LISTING SHOWS THE NUMBER OF FORMS, SCHEDULES AND ENDORSEMENTS
BY LINE OF BUSINESS.


```
IL T0 07 09 87    CHANGE ENDORSEMENT
IL T8 01 10 93    FORMS, ENDORSEMENTS AND SCHEDULE NUMBERS
```


COMMERCIAL AUTOMOBILE

```
CA T0 77 02 15    AUTO DEALER DECLARATIONS-ITEM ONE & TWO
CA T0 78 02 15    AUTO DEALER DECS-ITEM THREE & FOUR
CA T0 79 02 15    AUTO DEALER DECLARATIONS - ITEM FIVE
CA T0 80 02 15    AUTO DEALER DECLARATIONS - ITEM SIX
CA T0 83 02 15    AUTO DEALER DECLARATIONS-ITEM NINE & TEN
CA T4 80 02 15    AUTO DLRS-ACTS,ERR OR OMISS LMTS EXT END
CA T4 14 02 15    GAR-KEEPERS COV & PHYS DMGE MULTIPLE DED
```

**IL T8 01 10 93**                              **PAGE:    1 OF    1**

# COMMERCIAL AUTOMOBILE

# COMMERCIAL AUTOMOBILE

**TRAVELERS**                          One Tower Square, Hartford, Connecticut 06183

```
AUTO DEALERS                      POLICY NUMBER: AD-7N911433-21-CAG
COVERAGE PART DECLARATIONS        ISSUE DATE: 05-23-22  JH


ITEM ONE
INSURING COMPANY:
TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA
Declarations Period: From: 07-01-21 to 07-01-22 12:01 A.M. Standard
Time at your mailing address shown in the Common Policy Declarations.

FORM OF BUSINESS: LIMITED LIABILITY CO

The Auto Dealers Coverage Part consists of these Declarations and the Coverage
Form shown below.


ITEM TWO
A. COVERAGE AND LIMITS OF INSURANCE
      This policy provides only those coverages where a limit, if applicable,
      is shown in the columns below. Each of the "auto"-related coverages
      will apply only to those "autos" shown as covered "autos"."Autos"
      are shown as covered "autos" for the applicable coverages by the
      entry of one or more of the symbols from section I - Covered Autos
      Coverages of the Auto Dealers Coverage Form next to the name of
      the "auto" related coverage.

      COVERAGES              COVERED AUTOS          LIMIT  OF INSURANCE
                                              THE MOST WE WILL PAY FOR ANY ONE
                                              ACCIDENT OR LOSS

      _____             _____    _____


COVERED AUTOS LIABILTY     21              $  1,000,000 EACH ACCIDENT

GENERAL LIABILITY                          $  1,000,000 EACH ACCIDENT
BODILY INJURY AND PROPERTY
DAMAGE LIABILITY

DAMAGES TO PREMISES                        See CA T4 25
RENTED TO YOU

PERSONAL AND ADVERTISING                   $  1,000,000 ANY ONE PERSON OR
INJURY LIABILITY                                        ORGANIZATION

GENERAL LIABILTY AGGREGATE                 $  2,000,000

PRODUCTS AND WORK YOU                       $  2,000,000
PERFORMED AGGREGATE

LOCATIONS AND OPERATIONS                    $     5,000
MEDICAL PAYMENTS

ADDED PERSONAL INJURY                      SEPARATELY STATED IN EACH
PROTECTION                                 ADDED PIP ENDORSEMENT
(or equivalent Added
No-fault coverage)


CA T0 77 02 15                     PAGE  (CONTINUED)
PRODUCER: L P INS SERVICES LLC  CWV32  OFFICE: PHNX  169
```



**TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

AUTO DEALERS                          POLICY NUMBER: AD-7N911433-21-CAG
COVERAGE PART DECLARATIONS            ISSUE DATE:  05-23-22  JH


| COVERAGES | COVERED AUTOS | LIMIT OF INSURANCE THE MOST WE WILL PAY FOR ANY ONE ACCIDENT OR LOSS |
|---|---|---|
| AUTO MEDICAL PAYMENTS | 21 | $    5,000 |
| UNINSURED AND UNDERINSURED MOTORISTS COVERAGE | 22 | See CA T0 30 |
| GARAGEKEEPERS COVERAGE | 30 | REFER TO ITEM FIVE |
| PHYSICAL DAMAGE COMPREHENSIVE COVERAGE | 23 28 31 | ACTUAL CASH VALUE OR COST OF REPAIR, WHICHEVER IS LESS MINUS $ DEDUCTIBLE FOR EACH COVERED AUTO. See ITEM SIX For Dealers "Autos". |
| PHYSICAL DAMAGE COLLISION COVERAGE | 23 28 31 | ACTUAL CASH VALUE OR COST OF REPAIR, WHICHEVER IS LESS MINUS $ Ded. FOR EACH COVERED AUTO. See Item Six for Dealers Blanket Collision. |
| ACTS, ERRORS OR OMISSIONS LIABILITY | | $   500,000    AGGREGATE $     5,000    PER CLAIM DEDUCTIBLE |

B. AUDIT PERIOD:     ANNUAL

C. DESCRIPTION OF COVERED AUTO DESIGNATION SYMBOLS:
   Symbols 21-31:  See AUTO DEALERS COVERAGE FORM Section I - Covered Autos
   SYMBOL 32.

D. LOSS PAYEE: Any loss under Physical Damage Coverages is payable as
   interest may appear to you and the Loss Payee named in the Declarations
   (see Loss Payable Clause below)

E. NUMBERS OF FORMS, SCHEDULES AND ENDORSEMENTS FORMING PART OF THIS COVERAGE
   PART: SEE IL T8 01 10 93


CA T0 77 02 15                        PAGE  (CONTINUED)
PRODUCER: L P INS SERVICES LLC  CWV32    OFFICE: PHNX  169



One Tower Square, Hartford, Connecticut 06183

AUTO DEALERS                          POLICY NUMBER: AD-7N911433-21-CAG
COVERAGE PART DECLARATIONS           ISSUE DATE: 05-23-22  JH


LOSS PAYABLE CLAUSE

A.  We will pay you and the loss payee named in the policy for "loss"
    to a covered "auto", as interest may appear.

B.  The insurance covers the interest of the loss payee unless the
    "loss" results from conversion, secretion or embezzlement on your
    part.

C.  We may cancel the policy as allowed by the CANCELLATION Common
    Policy Condition.  Cancellation ends this agreement as to the loss
    payee's interest.  If we cancel the policy we will mail you and the
    loss payee the same advance notice.

D.  If we make any payment to the loss payee, we will obtain their
    rights against any other party.


                        SCHEDULE OF LOSS PAYEES

                        LOSS PAYEE (Name and Address)


CA T0 77 02 15                        PAGE  (CONTINUED)
PRODUCER: L P INS SERVICES LLC  CWV32    OFFICE: PHNX  169

**TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

```
                              AUTO DEALERS COVERAGE PART DECLARATIONS
                              AUTO DEALERS' SUPPLEMENTARY SCHEDULE
                              Issue date: 05-23-22

                      Policy Number: AD -7N911433-21-CAG

ITEM THREE - LOCATIONS WHERE YOU CONDUCT AUTO DEALER OPERATIONS
Loc            Address                              Zip          Cnty/twn
No         Street and City          State         Code    terr    Code
---        ---------------          -----         ----    ----  --------
  1    2100 KIETZKE LANE
       RENO                          NV           89502    111

  2    3225 MILL ST
       RENO                          NV           89502    111

  3    7175 S VIRGINIA ST
       RENO                          NV           89511    111


ITEM FOUR-AUTO DEALERS - LIABILITY AND PERSONAL INJURY PROTECTION
(Or Equivalent Or Similar No Fault Coverages) - PREMIUMS
Loc      Class of                   No of   Rating   Total Rating
No       Operators                  Persons Units       Units
---      ---------                   ------- ------  -----------

 1       Cl I   Empl-Regular          65.0
         Cl I   Empl-A/O             278.0
         Cl II  Non-Empl-Under age 25
         Cl II  Non-Empl-Age 25 or over


 2       Cl I   Empl-Regular           1.0
         Cl I   Empl-A/O
         Cl II  Non-Empl-Under age 25
         Cl II  Non-Empl-Age 25 or over


 3       Cl I   Empl-Regular          15.0
         Cl I   Empl-A/O              62.0
         Cl II  Non-Empl-Under age 25
         Cl II  Non-Empl-Age 25 or over
```

```
           LOCATION         LOCATION         LOCATION
           #  1             #  2             #  3
         ---------------   ---------------   ---------------
```

| | RATE | PREM | RATE | PREM | RATE | PREM | TOTAL PREMIUMS |
|---|---|---|---|---|---|---|---|
| AUTO & GEN LIAB | | | | | | | |
| LOC & OP MED PAY | | | | | | | |
| PIP/APIP | | | | | | | |
| NJ PED PIP | | | | | | | |
| MICHIGAN PPI | | | | | | | |
| AUTO MED PAY | | | | | | | |
| A, E & O LIAB | | | | | | | |

```
     CA T0 78 02 15                          Page  1 (Continued)
```



One Tower Square, Hartford, Connecticut  06183

AUTO DEALERS COVERAGE PART DECLARATIONS
AUTO DEALERS' SUPPLEMENTARY SCHEDULE
Issue date: 05-23-22

Policy Number: AD -7N911433-21-CAG

ITEM THREE - LOCATIONS WHERE YOU CONDUCT AUTO DEALER OPERATIONS

| Loc No | Address Street and City | State | Zip Code | terr | Cnty/twn Code |
|---|---|---|---|---|---|
| 4 | 550 KIETZKE LN RENO | NV | 89502 | 111 | |
| 5 | 700 KIETZKE LN RENO | NV | 89502 | 111 | |
| 6 | 1395 E NEWLANDS DR FERNLEY | NV | 89408 | 106 | |

ITEM FOUR-AUTO DEALERS - LIABILITY AND PERSONAL INJURY PROTECTION
(Or Equivalent Or Similar No Fault Coverages) - PREMIUMS

| Loc No | Class of Operators | No of Persons | Rating Units | Total Rating Units |
|---|---|---|---|---|
| 4 | Cl I  Empl-Regular | 1.0 | | |
| | Cl I  Empl-A/O | 3.0 | | |
| | Cl II Non-Empl-Under age 25 | | | |
| | Cl II Non-Empl-Age 25 or over | | | |
| 5 | Cl I  Empl-Regular | 16.0 | | |
| | Cl I  Empl-A/O | 57.0 | | |
| | Cl II Non-Empl-Under age 25 | | | |
| | Cl II Non-Empl-Age 25 or over | | | |
| 6 | Cl I  Empl-Regular | 7.0 | | |
| | Cl I  Empl-A/O | 19.0 | | |
| | Cl II Non-Empl-Under age 25 | | | |
| | Cl II Non-Empl-Age 25 or over | | | |

|  | LOCATION # 4 | | LOCATION # 5 | | LOCATION # 6 | | TOTAL PREMIUMS |
|---|---|---|---|---|---|---|---|
| | RATE | PREM | RATE | PREM | RATE | PREM | |
| AUTO & GEN LIAB | | | | | | | |
| LOC & OP MED PAY | | | | | | | |
| PIP/APIP | | | | | | | |
| NJ PED PIP | | | | | | | |
| MICHIGAN PPI | | | | | | | |
| AUTO MED PAY | | | | | | | |
| A, E & O LIAB | | | | | | | |

CA T0 78 02 15                          Page  2 (Continued)

 **TRAVELERS**

One Tower Square, Hartford, Connecticut  06183

```
                          AUTO DEALERS COVERAGE PART DECLARATIONS
                          AUTO DEALERS' SUPPLEMENTARY SCHEDULE
                          Issue date: 05-23-22

                    Policy Number: AD -7N911433-21-CAG

ITEM THREE - LOCATIONS WHERE YOU CONDUCT AUTO DEALER OPERATIONS
 Loc           Address                        Zip            Cnty/twn
 No         Street and City        State     Code    terr      Code
 ---       ---------------         -----     ----    ----    --------
    7   9455&9475 S VIRGINIA STREET
        RENO                         NV      89511    111

    9   1000 E. GOWAN RD
        NORTH LAS VEGAS              NV      89030    109




ITEM FOUR-AUTO DEALERS - LIABILITY AND PERSONAL INJURY PROTECTION
(Or Equivalent Or Similar No Fault Coverages) - PREMIUMS
 Loc    Class of                    No of   Rating   Total Rating
 No     Operators                   Persons Units       Units
 ---    ---------                   ------- ------   -----------

   7      Cl I  Empl-Regular         11.0
          Cl I  Empl-A/O             37.0
          Cl II Non-Empl-Under age 25
          Cl II Non-Empl-Age 25 or over


   9      Cl I  Empl-Regular          1.0
          Cl I  Empl-A/O
          Cl II Non-Empl-Under age 25
          Cl II Non-Empl-Age 25 or over


          Cl I  Empl-Regular
          Cl I  Empl-A/O
          Cl II Non-Empl-Under age 25
          Cl II Non-Empl-Age 25 or over
```

```
              LOCATION        LOCATION        LOCATION
              #  7            #  9            #
              ---------------  ---------------  ---------------
```

```
                                                          TOTAL
              RATE    PREM    RATE    PREM    RATE    PREM  PREMIUMS
AUTO & GEN LIAB
LOC & OP MED PAY
PIP/APIP
NJ PED PIP
MICHIGAN PPI
AUTO MED PAY
A, E & O LIAB
    CA T0 78 02 15                           Page  3 (Continued)
```



**TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

AUTO DEALERS COVERAGE PART DECLARATIONS
AUTO DEALERS' SUPPLEMENTARY SCHEDULE
Issue date: 05-23-22

Policy Number: AD -7N911433-21-CAG

ITEM FOUR-AUTO DEALERS - LIABILITY COVERAGE - PREMIUMS(Continued)

LIABILITY MINIMUM PREMIUM - 

DEFINITIONS:
Class I-Employees
Regular Operator - Proprietors, owners, executive officers, sales managers,
service managers, finance managers and general managers, whether they have an
assigned vehicle or not, and any employee whose principal duty involves the
operation of covered "autos" or who is furnished a covered "auto".
All Others - All other employees including salespersons who have not been
assigned an auto or who do not have permission to access plates for personal
use of autos.

NOTE:
1.  Part-time employees working an average of 20 hours or more a week for
    the number of weeks worked are to be counted as one rating unit each.
2.  Part-time employees working an average of less than 20 hours a week for
    the number of weeks worked are to be counted as 1/2 rating unit each.

Class II-Non-Employees
Any of the following persons who are regularly furnished with a covered "auto"
: Inactive proprietors, partners or officers and their relatives and the
relatives of any person described in Class I.

CA T0 78 02 15                              Page  4



**TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

```
                              AUTO DEALERS COVERAGE PART DECLARATIONS
                              Issue Date: 05-23-22

                       Policy Number: AD -7N911433-21-CAG
ITEM FIVE
GARAGEKEEPERS COVERAGES AND PREMIUMS

Location        Coverages            Limit of Insurance for Each Location
   No.

        COMPREHENSIVE        $       2,500,000      MINUS THE DEDUCTIBLE AS
   1                         SHOWN ON CA T4 14
                                     OR
                             $            MINUS $           DEDUCTIBLE FOR ALL
                             PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO
                             $              MAXIMUM DEDUCTIBLE
                             FOR ALL SUCH LOSS IN EACH EVENT AT THIS LOCATION.


        SPECIFIED CAUSES OF  $            MINUS $           DEDUCTIBLE FOR
        LOSS                 EACH CUSTOMER'S AUTO FOR LOSS CAUSED BY THEFT
                             OR MISCHIEF OR VANDALISM SUBJECT TO $
                             MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY
                             ONE EVENT;
                                     OR
                             $            MINUS $           DEDUCTIBLE FOR ALL
                             PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO
                             $              MAXIMUM DEDUCTIBLE
                             FOR ALL SUCH LOSS IN ANY ONE EVENT.
        COLLISION            $ 2,500,000 MINUS $     3,000 DEDUCTIBLE FOR EACH
                             CUSTOMER'S AUTO.




        CA T0 79 02 15                          PAGE 01   (Continued)
```



One Tower Square, Hartford, Connecticut 06183

AUTO DEALERS COVERAGE PART DECLARATIONS
Issue Date: 05-23-22

Policy Number: AD -7N911433-21-CAG

ITEM FIVE
GARAGEKEEPERS COVERAGES AND PREMIUMS

| Location No. | Coverages | Limit of Insurance for Each Location |
|---|---|---|
| 2 | COMPREHENSIVE | $      500,000      MINUS THE DEDUCTIBLE AS SHOWN ON CA T4 14<br>OR<br>$          MINUS $          DEDUCTIBLE FOR ALL PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO<br>$          MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN EACH EVENT AT THIS LOCATION. |
|  | SPECIFIED CAUSES OF LOSS | $          MINUS $          DEDUCTIBLE FOR EACH CUSTOMER'S AUTO FOR LOSS CAUSED BY THEFT OR MISCHIEF OR VANDALISM SUBJECT TO $          MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT;<br>OR<br>$          MINUS $          DEDUCTIBLE FOR ALL PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO<br>$          MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT. |
|  | COLLISION | $      500,000 MINUS $      3,000 DEDUCTIBLE FOR EACH CUSTOMER'S AUTO. |

CA T0 79 02 15                              PAGE 02   (Continued)

 **TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

AUTO DEALERS COVERAGE PART DECLARATIONS
Issue Date: 05-23-22

Policy Number: AD -7N911433-21-CAG

ITEM FIVE
GARAGEKEEPERS COVERAGES AND PREMIUMS

| Location No. | Coverages | Limit of Insurance for Each Location |
|---|---|---|
| 3 | COMPREHENSIVE | $    1,000,000    MINUS THE DEDUCTIBLE AS SHOWN ON CA T4 14 |
| | | OR |
| | | $        MINUS $        DEDUCTIBLE FOR ALL PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO $        MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN EACH EVENT AT THIS LOCATION. |
| | SPECIFIED CAUSES OF LOSS | $        MINUS $        DEDUCTIBLE FOR EACH CUSTOMER'S AUTO FOR LOSS CAUSED BY THEFT OR MISCHIEF OR VANDALISM SUBJECT TO $ MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT; |
| | | OR |
| | | $        MINUS $        DEDUCTIBLE FOR ALL PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO $        MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT. |
| | COLLISION | $ 1,000,000 MINUS $     3,000 DEDUCTIBLE FOR EACH CUSTOMER'S AUTO. |

CA T0 79 02 15                              PAGE 03   (Continued)

 **TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

AUTO DEALERS COVERAGE PART DECLARATIONS
Issue Date: 05-23-22

Policy Number: AD -7N911433-21-CAG

ITEM FIVE
GARAGEKEEPERS COVERAGES AND PREMIUMS

| Location No. | Coverages | Limit of Insurance for Each Location |
|---|---|---|
| 4 | COMPREHENSIVE | $      100,000      MINUS THE DEDUCTIBLE AS SHOWN ON CA T4 14<br>OR<br>$          MINUS $          DEDUCTIBLE FOR ALL PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO $          MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN EACH EVENT AT THIS LOCATION. |
|  | SPECIFIED CAUSES OF LOSS | $          MINUS $          DEDUCTIBLE FOR EACH CUSTOMER'S AUTO FOR LOSS CAUSED BY THEFT OR MISCHIEF OR VANDALISM SUBJECT TO $ MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT;<br>OR<br>$          MINUS $          DEDUCTIBLE FOR ALL PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO $          MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT. |
|  | COLLISION | $      100,000 MINUS $      3,000 DEDUCTIBLE FOR EACH CUSTOMER'S AUTO. |

CA T0 79 02 15                              PAGE 04   (Continued)



**TRAVELERS**                                    One Tower Square, Hartford, Connecticut 06183

                                        AUTO DEALERS COVERAGE PART DECLARATIONS
                                        Issue Date: 05-23-22

                            Policy Number: AD -7N911433-21-CAG

ITEM FIVE
GARAGEKEEPERS COVERAGES AND PREMIUMS

Location            Coverages              Limit of Insurance for Each Location
  No.

          COMPREHENSIVE        $      1,000,000       MINUS THE DEDUCTIBLE AS
    5                          SHOWN ON CA T4 14
                                       OR
                              $           MINUS $          DEDUCTIBLE FOR ALL
                              PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO
                              $            MAXIMUM DEDUCTIBLE
                              FOR ALL SUCH LOSS IN EACH EVENT AT THIS LOCATION.


          SPECIFIED CAUSES OF $           MINUS $          DEDUCTIBLE FOR
          LOSS                EACH CUSTOMER'S AUTO FOR LOSS CAUSED BY THEFT
                              OR MISCHIEF OR VANDALISM SUBJECT TO $
                              MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY
                              ONE EVENT;
                                       OR
                              $           MINUS $          DEDUCTIBLE FOR ALL
                              PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO
                              $            MAXIMUM DEDUCTIBLE
                              FOR ALL SUCH LOSS IN ANY ONE EVENT.
          COLLISION           $ 1,000,000 MINUS $    3,000 DEDUCTIBLE FOR EACH
                              CUSTOMER'S AUTO.




          CA T0 79 02 15                          PAGE 05   (Continued)


**TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

AUTO DEALERS COVERAGE PART DECLARATIONS
Issue Date: 05-23-22

Policy Number: AD -7N911433-21-CAG

ITEM FIVE
GARAGEKEEPERS COVERAGES AND PREMIUMS

| Location No. | Coverages | Limit of Insurance for Each Location |
|---|---|---|
| 6 | COMPREHENSIVE | $ 500,000 MINUS THE DEDUCTIBLE AS SHOWN ON CA T4 14<br>OR<br>$ MINUS $ DEDUCTIBLE FOR ALL PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO $ MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN EACH EVENT AT THIS LOCATION. |
| | SPECIFIED CAUSES OF LOSS | $ MINUS $ DEDUCTIBLE FOR EACH CUSTOMER'S AUTO FOR LOSS CAUSED BY THEFT OR MISCHIEF OR VANDALISM SUBJECT TO $ MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT;<br>OR<br>$ MINUS $ DEDUCTIBLE FOR ALL PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO $ MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT. |
| | COLLISION | $ 500,000 MINUS $ 3,000 DEDUCTIBLE FOR EACH CUSTOMER'S AUTO. |

CA T0 79 02 15                                PAGE 06   (Continued)



**TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

```
                           AUTO DEALERS COVERAGE PART DECLARATIONS
                           Issue Date: 05-23-22

                     Policy Number: AD -7N911433-21-CAG
ITEM FIVE
GARAGEKEEPERS COVERAGES AND PREMIUMS

Location        Coverages          Limit of Insurance for Each Location
   No.

        COMPREHENSIVE         $      1,000,000      MINUS THE DEDUCTIBLE AS
    7                         SHOWN ON CA T4 14
                                    OR
                             $          MINUS $          DEDUCTIBLE FOR ALL
                             PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO
                             $             MAXIMUM DEDUCTIBLE
                             FOR ALL SUCH LOSS IN EACH EVENT AT THIS LOCATION.


        SPECIFIED CAUSES OF  $          MINUS $          DEDUCTIBLE FOR
        LOSS                 EACH CUSTOMER'S AUTO FOR LOSS CAUSED BY THEFT
                             OR MISCHIEF OR VANDALISM SUBJECT TO $
                             MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY
                             ONE EVENT;
                                    OR
                             $          MINUS $          DEDUCTIBLE FOR ALL
                             PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO
                             $             MAXIMUM DEDUCTIBLE
                             FOR ALL SUCH LOSS IN ANY ONE EVENT.
        COLLISION            $ 1,000,000 MINUS $    3,000 DEDUCTIBLE FOR EACH
                             CUSTOMER'S AUTO.
```

```
        CA T0 79 02 15                      PAGE 07   (Continued)
```

 **TRAVELERS**

One Tower Square, Hartford, Connecticut  06183

AUTO DEALERS COVERAGE PART DECLARATIONS
Issue Date: 05-23-22

Policy Number: AD -7N911433-21-CAG

ITEM FIVE
GARAGEKEEPERS COVERAGES AND PREMIUMS

| Location No. | Coverages | Limit of Insurance for Each Location |
|---|---|---|
| 9 | COMPREHENSIVE | $      500,000      MINUS THE DEDUCTIBLE AS SHOWN ON CA T4 14<br>                         OR<br>$          MINUS $          DEDUCTIBLE FOR ALL PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO<br>$          MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN EACH EVENT AT THIS LOCATION. |
| | SPECIFIED CAUSES OF LOSS | $          MINUS $          DEDUCTIBLE FOR EACH CUSTOMER'S AUTO FOR LOSS CAUSED BY THEFT OR MISCHIEF OR VANDALISM SUBJECT TO $ MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT;<br>                         OR<br>$          MINUS $          DEDUCTIBLE FOR ALL PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO<br>$          MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT. |
| | COLLISION | $    500,000 MINUS $      1,000 DEDUCTIBLE FOR EACH CUSTOMER'S AUTO. |

CA T0 79 02 15                          PAGE 08   (Continued)



One Tower Square, Hartford, Connecticut 06183

AUTO DEALERS COVERAGE PART DECLARATIONS
Issue Date: 05-23-22

Policy Number: AD -7N911433-21-CAG

ITEM FIVE - GARAGEKEEPERS COVERAGES & PREMIUMS (Continued)

PREMIUM FOR ALL LOCATIONS
        Comprehensive
        Specified Causes of Loss
        Collision



GARAGEKEEPERS COVERAGE applies on a legal liability basis unless one of
the Direct Coverage Options is indicated below by "(X)"

  DIRECT COVERAGE OPTIONS

    ( ) EXCESS INSURANCE  If this box is checked, GARAGEKEEPERS COVERAGE
        remains applicable on a legal liability basis. However coverage also
        applies without regard to your or any other "Insured's" legal
        liability for "loss" to a customer's "auto" on an  excess basis over
        any other collectible insurance regardless of whether the other
        insurance covers your or any other "insured's"interest or the interest
        of the covered "auto's" owner.

    ( ) PRIMARY INSURANCE  If this box is checked GARAGEKEEPERS COVERAGE is
        changed to apply without regard to your or any other "insured's"
        legal liability for "loss" to a customer's "auto" and is primary
        insurance.

CA T0 79 02 15                              PAGE 09



One Tower Square, Hartford, Connecticut  06183

```
                                    AUTO DEALERS
                                    COVERAGE PART
                                    DECLARATIONS
                                    ISSUE DATE 05-23-22

                       POLICY NUMBER: AD -7N911433-21-CAG
```

ITEM SIX

PHYSICAL DAMAGE INSURANCE-TYPES OF COVERED AUTOS AND INTERESTS IN THESE
AUTOS-PREMIUMS-REPORTING OR NONREPORTING BASIS.

Each of the following PHYSICAL DAMAGE coverages that is indicated in ITEM
TWO applies only to the types of autos and interest indicated by 'X'.

|  |  | COMPREHENSIVE | SPECIFIED CAUSES OF LOSS | COLLISION |
|---|---|---|---|---|
| COVERAGES |  |  |  |  |
| TYPES OF AUTOS | NEW AUTOS | X |  | X |
|  | USED AUTOS, DEMONSTRATORS AND SERVICE VEHICLES | X |  | X |
| INTERESTS COVERED | YOUR INTEREST IN COVERED AUTOS YOU OWN |  |  |  |
|  | YOUR INTEREST ONLY IN FINANCED COVERED AUTOS |  |  |  |
|  | YOUR INTEREST AND THE INTEREST OF ANY CREDITOR NAMED AS A LOSS PAYEE | X |  | X |
|  | ALL INTERESTS IN ANY AUTO NOT OWNED BY YOU OR ANY CREDITOR WHILE IN YOUR POSSESSION ON CONSIGNMENT FOR SALE |  |  |  |

Our limit of insurance for 'loss' at locations other than those stated in
ITEM THREE.
    $  1,000,000 Additional locations where you store covered autos
    $  1,000,000 In transit

PREMIUM BASIS-Reporting (Quarterly or Monthly) or Nonreporting (Indicate Basis
 Agreed Upon by X)
  ( ) REPORTING BASIS (Quarterly or Monthly) as indicated below by 'X'.
      You must report to us on our form the locations of your covered "autos"
      and their total value at each such location. For your main sales location
      identified as location no. 1, you must include the total value of all
      covered "autos" you have furnished or made available to yourself, your
      executives, your "employees" or family members and other Class II - Non-
      Employees, and covered "autos" that are temporarily displayed or stored
      at locations other than those stated in ITEM THREE above. For your main
      sales location you must include the total value of all service vehicles.

CA T0 80 02 15                                      PAGE   1



**TRAVELERS**

One Tower Square, Hartford, Connecticut  06183

```
                                    AUTO DEALERS
                                    COVERAGE PART
                                    DECLARATIONS
                                    ISSUE DATE 05-23-22

                        POLICY NUMBER: AD -7N911433-21-CAG


        ITEM SIX    (CONTINUED)

        PREMIUM BASIS-Reporting or Nonreporting(Indicate Basis Agreed Upon by X)
        (continued)

            YOUR REPORTING BASIS IS:
            ( ) QUARTERLY you must give us your first report by the fifteenth of the
                fourth month after the policy begins. Your subsequent reports must
                be given to us by the fifteenth of every third month. Your reports
                must contain the value for the last business day of every third
                month coming within the policy period.
            ( ) MONTHLY You must give us your reports by the fifteenth of every
                month. Your reports will contain the total values you had on the
                last business day of the preceding month.
            Premiums will be calculated pro rata of the annual premium for the expo-
            sures contained in each report. At the end of each policy year we will
            add the monthly premiums or the quarterly premiums to determine your
            final premium due for the entire policy year. The estimated total
            premiums shown will be credited against the final premium due.
         (X) NONREPORTING BASIS. Stated limit of insurance shown above applies.


        LOC.
        NO.    COVERAGE         LIMIT OF INSURANCE FOR EACH LOCATION

          1    COMPREHENSIVE    LIMIT OF INSURANCE AS STATED IN EACH SELECTION
                                BELOW, MINUS THE DEDUCTIBLES AS SHOWN ON
                                CA T4 14

                                      LIMIT         RATE        PREMIUM
            FIRE ONLY, BUILDING & LOTS
            BUILDING              10,000,000
            STANDARD OPEN LOTS
            NON STANDARD OPEN LOTS  2,843,739
            MISCELLANEOUS BUILDING
            MISCELLANEOUS OPEN LOTS


        ALL    BLANKET          $ 35,223,171 MINUS $ 2,500 DEDUCTIBLE FOR EACH
               COLLISION            COVERED AUTO.




                                          COLLISION PREMIUM  $



        CA T0 80 02 15                                       PAGE    2
```



One Tower Square, Hartford, Connecticut  06183

```
                              AUTO DEALERS
                              COVERAGE PART
                              DECLARATIONS
                              ISSUE DATE 05-23-22

                    POLICY NUMBER: AD -7N911433-21-CAG


    ITEM SIX   (CONTINUED)

    LOC.
    NO.   COVERAGE          LIMIT OF INSURANCE FOR EACH LOCATION

      3   COMPREHENSIVE     LIMIT OF INSURANCE AS STATED IN EACH SELECTION
                            BELOW, MINUS THE DEDUCTIBLES AS SHOWN ON
                            CA T4 14

                                        LIMIT        RATE        PREMIUM
          FIRE ONLY, BUILDING & LOTS
          BUILDING                      800,000
          STANDARD OPEN LOTS          5,150,661
          NON STANDARD OPEN LOTS      4,300,311
          MISCELLANEOUS BUILDING
          MISCELLANEOUS OPEN LOTS

      4   COMPREHENSIVE     LIMIT OF INSURANCE AS STATED IN EACH SELECTION
                            BELOW, MINUS THE DEDUCTIBLES AS SHOWN ON
                            CA T4 14

                                        LIMIT        RATE        PREMIUM
          FIRE ONLY, BUILDING & LOTS
          BUILDING
          STANDARD OPEN LOTS
          NON STANDARD OPEN LOTS        455,041
          MISCELLANEOUS BUILDING
          MISCELLANEOUS OPEN LOTS

      5   COMPREHENSIVE     LIMIT OF INSURANCE AS STATED IN EACH SELECTION
                            BELOW, MINUS THE DEDUCTIBLES AS SHOWN ON
                            CA T4 14

                                        LIMIT        RATE        PREMIUM
          FIRE ONLY, BUILDING & LOTS
          BUILDING                    1,000,000
          STANDARD OPEN LOTS
          NON STANDARD OPEN LOTS      5,814,048
          MISCELLANEOUS BUILDING
          MISCELLANEOUS OPEN LOTS




    CA T0 80 02 15                                      PAGE    3
```



**TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

```
                                    AUTO DEALERS
                                    COVERAGE PART
                                    DECLARATIONS
                                    ISSUE DATE 05-23-22

                         POLICY NUMBER: AD -7N911433-21-CAG


ITEM SIX    (CONTINUED)

LOC.
NO.    COVERAGE              LIMIT OF INSURANCE FOR EACH LOCATION

   6   COMPREHENSIVE         LIMIT OF INSURANCE AS STATED IN EACH SELECTION
                             BELOW, MINUS THE DEDUCTIBLES AS SHOWN ON
                             CA T4 14

                                    LIMIT        RATE        PREMIUM
       FIRE ONLY, BUILDING & LOTS
       BUILDING                    750,000
       STANDARD OPEN LOTS
       NON STANDARD OPEN LOTS    6,332,479
       MISCELLANEOUS BUILDING
       MISCELLANEOUS OPEN LOTS

   7   COMPREHENSIVE         LIMIT OF INSURANCE AS STATED IN EACH SELECTION
                             BELOW, MINUS THE DEDUCTIBLES AS SHOWN ON
                             CA T4 14

                                    LIMIT        RATE        PREMIUM
       FIRE ONLY, BUILDING & LOTS
       BUILDING                    800,000
       STANDARD OPEN LOTS
       NON STANDARD OPEN LOTS    2,177,553
       MISCELLANEOUS BUILDING
       MISCELLANEOUS OPEN LOTS

   9   COMPREHENSIVE         LIMIT OF INSURANCE AS STATED IN EACH SELECTION
                             BELOW, MINUS THE DEDUCTIBLES AS SHOWN ON
                             CA T4 14

                                    LIMIT        RATE        PREMIUM
       FIRE ONLY, BUILDING & LOTS
       BUILDING
       STANDARD OPEN LOTS          500,000
       NON STANDARD OPEN LOTS
       MISCELLANEOUS BUILDING
       MISCELLANEOUS OPEN LOTS




                                    TOTAL PREMIUM  $

CA T0 80 02 15                                      PAGE    4
```



One Tower Square, Hartford, Connecticut 06183

AUTO DEALERS
COVERAGE PART
DECLARATIONS
ISSUE DATE 05-23-22

POLICY NUMBER: AD -7N911433-21-CAG

ITEM SIX    (CONTINUED)

SCHEDULE OF LOSS PAYEES

(Refer to the Schedule of Loss Payees in CA T0 77 02 15 ITEM TWO.)

CA T0 80 02 15                                    PAGE    5



One Tower Square, Hartford, Connecticut  06183

AUTO DEALERS COVERAGE PART DECLARATIONS

Issue date: 05-23-22

Policy Number: AD-7N911433-21-CAG

ITEM TEN
UNINSURED MOTORISTS COVERAGE-PREMIUMS-REFER TO ITEM SEVEN FOR SEPARATELY
REGISTERED COVERED AUTOS.

| LOCATION NUMBER | NUMBER OF PLATES | RATE PER PLATE | PREMIUM |
| --------------- | ---------------- | -------------- | ------- |
| 001 | 85 | | |
| 002 | 1 | | |
| 003 | 34 | | |
| 004 | 3 | | |
| 005 | 12 | | |
| 006 | 12 | | |
| 007 | 26 | | |
| 008 | 1 | | |

CA T0 83 02 15                                Page   1

POLICY NUMBER: **AD-7N911433-21-CAG**

COMMERCIAL AUTO
ISSUE DATE: **05-23-22**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# AUTO DEALERS – ACTS, ERRORS OR OMISSIONS LIMITS EXTENSION ENDORSEMENT

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM

### SCHEDULE OF ACTS, ERRORS OR OMISSIONS LIABILITY LIMITS

The Limits of Insurance apply separately to each "act, error or omission" coverage:

| | |
|---|---|
| EACH CLAIM LIMIT OF INSURANCE | $ **500,000** |
| AGGREGATE LIMIT OF INSURANCE | $ **500,000** |
| ONE YEAR PRIOR ACTS LIMIT OF INSURANCE | $ 100,000 |

**PROVISIONS**

The following replaces Paragraph **E.**, **Limit Of Insurance And Deductible**, of **SECTION III – ACTS, ERRORS OR OMISSIONS LIABILITY COVERAGES:**

**E.   Limits Of Insurance**

**1.**   Regardless of the number of "insureds", claims made or "suits" brought or persons or organizations making claims or bringing "suits", the most we will pay for the sum of all damages for each separate "act, error or omission" coverage is the Aggregate Limit of Insurance shown in the Schedule Of Acts, Errors Or Omissions Liability Limits.

**2.**   Subject to the Aggregate Limit of Insurance for the applicable "act, error or omission" coverage, the most we will pay for all damages resulting from any one claim is the Each Claim Limit of Insurance shown in the Sched-

ule Of Acts, Errors Or Omissions Liability Limits. Any "suits" involving a class action will be deemed one claim. No other Limits of Insurance apply.

**3.**   If One Year Prior Acts Coverage is part of your Acts, Errors And Omissions Liability Coverages, then the One Year Prior Acts Limit Of Insurance Paragraph is replaced by the following:

A **$100,000** One Year Prior Acts Limit Of Insurance applies separately to each coverage included in the definition of "act, error or omission" for damages because of any "act, error or omission" committed during this one year period. This limit applies to each such claim and as an aggregate for all such claims related to the same "act, error or omission" coverage. No other limit of insurance applies to such prior acts.

**CA T4 80 02 15**

© 2015 The Travelers Indemnity Company, Inc. All rights reserved.
Includes the copyrighted material of Insurance Services Office, Inc. with its permission.

Page 1 of 1

COMMERCIAL AUTO

POLICY NUMBER: AD-7N911433-21-CAG

ISSUE DATE: 05-23-22

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# GARAGEKEEPERS COVERAGE AND
# PHYSICAL DAMAGE MULTIPLE DEDUCTIBLES

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE PART DECLARATIONS
AUTO DEALERS COVERAGE FORM

**PROVISIONS**

**1.** The deductibles shown in the applicable Schedule below apply for the Comprehensive and Specified Causes of Loss section at **ITEM FIVE – GARAGEKEEPERS COVERAGE AND PREMIUMS** and for the Comprehensive Coverage Limit of Insurance for Each Location section at **ITEM SIX – PHYSICAL DAMAGE COVERAGE** section of the **AUTO DEALERS COVERAGE PART DECLARATIONS**:

### SCHEDULE

**ITEM FIVE – GARAGEKEEPERS COVERAGE**

| Location (list each location separately) | Covered Causes of Loss* | Deductible | |
| --- | --- | --- | --- |
| | | For Each Covered "Auto" | Maximum Deductible in any one event at each location |
| SEE SCHEDULE EXTENSION | | | |

**ITEM SIX – PHYSICAL DAMAGE COVERAGE**

| Location (list each location separately) | Covered Causes of Loss* | Deductible | |
| --- | --- | --- | --- |
| | | For Each Covered "Auto" | Maximum Deductible in any one event at each location |
| SEE SCHEDULE EXTENSION | | | |

**CA T4 14 02 15**

© 2015 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

COMMERCIAL AUTO

- For each Deductible listed in this Schedule, enter the description of any Covered Causes of Loss listed below to which that Deductible applies:

  **(1)** Theft or Mischief or Vandalism

  **(2)** Earthquake

  **(3)** Windstorm Or Hail

  **(4)** Flood

  **(5)** All Covered Perils, other than collision, not listed separately on this Schedule

**2.** The following replaces Paragraph **5.**, **Limit Of Insurance And Deductibles**, in Paragraph **E.**, **Garagekeepers Coverage**, of **SECTION I – COVERED AUTOS COVERAGES**:

**5.** **Limit Of Insurance And Deductibles**

**a.** Regardless of the number of "customer's autos", "insureds", premiums paid, claims made or "suits" brought, the most we will pay for each "loss" is the Garagekeepers Coverage Limit of Insurance shown in the Declarations for that location minus the applicable deductible for "loss" caused by collision shown in the Declarations, and the applicable deductible for the specified covered cause of loss shown in the Schedule above.

**b.** The maximum deductible stated in the Schedule for Garagekeepers Coverage Comprehensive applies to the location for which it is shown and is the most that will be deducted for all "loss" in any one event from the covered cause of loss for which it is shown at that location. If "NO" appears in the Schedule above for maximum deductible, then no maximum deductible applies for "loss" from the covered cause of loss for which it is shown.

**c.** Sometimes to settle a claim or "suit" we may pay all or any part of the deductible. If this happens you must reimburse us for the deductible or that portion of the deductible that we paid.

**3.** The following replaces Paragraph **5.**, **Deductible**, in Paragraph **F.**, **Physical Damage Coverage**, of **SECTION I – COVERED AUTOS COVERAGES**:

**5.** **Deductible**

For each covered "auto", our obligation to pay for, repair, return or replace damaged or stolen property will be reduced by the applicable deductible shown in the Schedule above that applies to specified covered cause of loss.

The maximum deductible stated in the Schedule applies to the location for which it is shown and is the most that will be deducted for all "loss" in any one event from the covered cause of loss for which it is shown at that location. If "NO" appears in the Schedule above for maximum deductible, then no maximum deductible applies for "loss" from the covered cause of loss for which it is shown.

© 2015 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.
**CA T4 14 02 15**

COMMERCIAL AUTO
POLICY NUMBER: AD-7N911433-21-CAG
ISSUE DATE: 05-23-22

# SCHEDULE EXTENSION

**This is an extension of CA T4 14 02 15**

**GARAGEKEEPERS COVERAGE AND PHYSICAL DAMAGE MULTIPLE DEDUCTIBLES**

**SCHEDULE**

ITEM FIVE - GARAGEKEEPERS COVERAGE

| Loc | Covered Causes of Loss** | Deductible For Each Covered "Auto" | | Maximum Deductible in any one event | |
|-----|--------------------------|------|--------|------|---------|
| 1 | Flood | $ | 2,500 | $ | 250,000 |
| 1 | Earthquake | $ | 1,000 | $ | 100,000 |
| 1 | Windstorm or Hail | $ | 1,000 | $ | 100,000 |
| 1 | All Covered Perils, other than collision, not listed separately on this Schedule | $ | 1,000 | $ | 10,000 |
| 2 | Flood | $ | 2,500 | $ | 250,000 |
| 2 | Earthquake | $ | 1,000 | $ | 100,000 |
| 2 | Windstorm or Hail | $ | 1,000 | $ | 100,000 |
| 2 | All Covered Perils, other than collision, not listed separately on this Schedule | $ | 1,000 | $ | 10,000 |
| 3 | Flood | $ | 2,500 | $ | 250,000 |
| 3 | Earthquake | $ | 1,000 | $ | 100,000 |
| 3 | Windstorm or Hail | $ | 1,000 | $ | 100,000 |
| 3 | All Covered Perils, other than collision, not listed separately on this Schedule | $ | 1,000 | $ | 10,000 |
| 4 | Flood | $ | 2,500 | $ | 250,000 |
| 4 | Earthquake | $ | 1,000 | $ | 75,000 |

CA T4 14 SCHED

POLICY NUMBER: **AD-7N911433-21-CAG**

COMMERCIAL AUTO
ISSUE DATE: 05-23-22

# SCHEDULE EXTENSION
### This is an extension of CA T4 14 02 15
### GARAGEKEEPERS COVERAGE AND PHYSICAL DAMAGE MULTIPLE DEDUCTIBLES

### SCHEDULE

| 4 | Windstorm or Hail | $ | 1,000 | $ | 100,000 |
|---|---|---|---|---|---|
| 4 | All Covered Perils, other than collision, not listed separately on this Schedule | $ | 1,000 | $ | 10,000 |

**ITEM FIVE - GARAGEKEEPERS COVERAGE**

| | | Deductible | | |
|---|---|---|---|---|
| Loc | Covered Causes of Loss** | For Each Covered "Auto" | | Maximum Deductible in any one event |
| 5 | Flood | $    2,500 | $ | 250,000 |
| 5 | Earthquake | $    1,000 | $ | 100,000 |
| 5 | Windstorm or Hail | $    1,000 | $ | 100,000 |
| 5 | All Covered Perils, other than collision, not listed separately on this Schedule | $    1,000 | $ | 10,000 |

**ITEM FIVE - GARAGEKEEPERS COVERAGE**

| | | Deductible | | |
|---|---|---|---|---|
| Loc | Covered Causes of Loss** | For Each Covered "Auto" | | Maximum Deductible in any one event |
| 6 | Flood | $    2,500 | $ | 250,000 |
| 6 | Earthquake | $    1,000 | $ | 100,000 |
| 6 | Windstorm or Hail | $    1,000 | $ | 100,000 |
| 6 | All Covered Perils, other than collision, not listed separately on this Schedule | $    1,000 | $ | 10,000 |

CA T4 14 SCHED

TRAVELERS DOC MGMT Page 502 of 615

POLICY NUMBER: AD-7N911433-21-CAG

COMMERCIAL AUTO
ISSUE DATE: 05-23-22

# SCHEDULE EXTENSION

**This is an extension of CA T4 14 02 15**

**GARAGEKEEPERS COVERAGE AND PHYSICAL DAMAGE MULTIPLE DEDUCTIBLES**

**SCHEDULE**

**ITEM FIVE - GARAGEKEEPERS COVERAGE**

| | | Deductible | |
| | | For Each | Maximum |
| Loc | Covered Causes of Loss** | Covered "Auto" | Deductible in any one event |
|---|---|---|---|
| 7 | Flood | $ 2,500 | $ 250,000 |
| 7 | Earthquake | $ 1,000 | $ 100,000 |
| 7 | Windstorm or Hail | $ 1,000 | $ 100,000 |
| 7 | All Covered Perils, other than collision, not listed separately on this Schedule | $ 1,000 | $ 10,000 |

**ITEM SIX - PHYSICAL DAMAGE COVERAGE**

| | | Deductible | |
| | | For Each | Maximum |
| Loc | Covered Causes of Loss** | Covered "Auto" | Deductible in any one event |
|---|---|---|---|

**ITEM SIX - PHYSICAL DAMAGE COVERAGE**

| | | Deductible | |
| | | For Each | Maximum |
| Loc | Covered Causes of Loss** | Covered "Auto" | Deductible in any one event |
|---|---|---|---|
| 1 | Flood | $ 2,500 | $ 250,000 |
| 1 | Earthquake | $ 2,500 | $ 250,000 |
| 1 | Windstorm or Hail | $ 1,000 | $ 100,000 |
| 1 | All Covered Perils, other than collision, not listed separately on | $ 1,000 | $ 10,000 |

CA T4 14 SCHED

Page 3 of 6

POLICY NUMBER:  AD-7N911433-21-CAG

COMMERCIAL AUTO
ISSUE DATE:  05-23-22

# SCHEDULE EXTENSION

### This is an extension of CA T4 14 02 15

### GARAGEKEEPERS COVERAGE AND PHYSICAL DAMAGE MULTIPLE DEDUCTIBLES

### SCHEDULE

this Schedule

ITEM SIX - PHYSICAL DAMAGE COVERAGE

| Loc | Covered Causes of Loss** | Deductible For Each Covered "Auto" | Maximum Deductible in any one event |
|-----|--------------------------|------------------------------------|-------------------------------------|
| 3 | Flood | $   2,500 | $   250,000 |
| 3 | Earthquake | $   1,000 | $   100,000 |
| 3 | Windstorm or Hail | $   1,000 | $   100,000 |
| 3 | All Covered Perils, other than collision, not listed separately on this Schedule | $   1,000 | $   10,000 |

ITEM SIX - PHYSICAL DAMAGE COVERAGE

| Loc | Covered Causes of Loss** | Deductible For Each Covered "Auto" | Maximum Deductible in any one event |
|-----|--------------------------|------------------------------------|-------------------------------------|
| 4 | Flood | $   2,500 | $   250,000 |
| 4 | Earthquake | $   1,000 | $   100,000 |
| 4 | Windstorm or Hail | $   1,000 | $   100,000 |
| 4 | All Covered Perils, other than collision, not listed separately on this Schedule | $   1,000 | $   10,000 |

ITEM SIX - PHYSICAL DAMAGE COVERAGE

Deductible

CA T4 14 SCHED

Page   4 of   6

COMMERCIAL AUTO
ISSUE DATE: 05-23-22

POLICY NUMBER: AD-7N911433-21-CAG

# SCHEDULE EXTENSION

**This is an extension of CA T4 14 02 15**

**GARAGEKEEPERS COVERAGE AND PHYSICAL DAMAGE MULTIPLE DEDUCTIBLES**

**SCHEDULE**

| Loc | Covered Causes of Loss** | For Each Covered "Auto" | Maximum Deductible in any one event |
|-----|--------------------------|-------------------------|-------------------------------------|
| 5 | Flood | $ 2,500 | $ 250,000 |
| 5 | Earthquake | $ 1,000 | $ 100,000 |
| 5 | Windstorm or Hail | $ 1,000 | $ 100,000 |
| 5 | All Covered Perils, other than collision, not listed separately on this Schedule | $ 1,000 | $ 10,000 |

ITEM SIX - PHYSICAL DAMAGE COVERAGE

| | | Deductible | |
|-----|--------------------------|-------------------------|-------------------------------------|
| Loc | Covered Causes of Loss** | For Each Covered "Auto" | Maximum Deductible in any one event |
| 6 | Flood | $ 2,500 | $ 250,000 |
| 6 | Earthquake | $ 1,000 | $ 100,000 |
| 6 | Windstorm or Hail | $ 1,000 | $ 100,000 |
| 6 | All Covered Perils, other than collision, not listed separately on this Schedule | $ 1,000 | $ 10,000 |

ITEM SIX - PHYSICAL DAMAGE COVERAGE

| | | Deductible | |
|-----|--------------------------|-------------------------|-------------------------------------|
| Loc | Covered Causes of Loss** | For Each Covered "Auto" | Maximum Deductible in any one event |
| 7 | Flood | $ 2,500 | $ 250,000 |

CA T4 14 SCHED

Page   5 of   6

COMMERCIAL AUTO
POLICY NUMBER: **AD-7N911433-21-CAG**                              ISSUE DATE: **05-23-22**

# SCHEDULE EXTENSION

**This is an extension of CA T4 14 02 15**

**GARAGEKEEPERS COVERAGE AND PHYSICAL DAMAGE MULTIPLE DEDUCTIBLES**

**SCHEDULE**

| | | | | |
|---|---|---|---|---|
| 7 | Earthquake | $ | 1,000 | $ | 100,000 |
| 7 | Windstorm or Hail | $ | 1,000 | $ | 100,000 |
| 7 | All Covered Perils, other than collision, not listed separately on this Schedule | $ | 1,000 | $ | 10,000 |

CA T4 14 SCHED

Page **6** of **6**



One Tower Square, Hartford, Connecticut  06183

CHANGE ENDORSEMENT

Named Insured:
DOLAN AUTOMOTIVE GROUP, LLC
AND AS PER IL T8 03

           Policy Number: AD-7N911433-21-CAG
   Policy Effective Date: 07/01/21
             Issue Date: 05/24/22
          Return Premium $███████


INSURING COMPANY:
TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

Effective from 04/01/22 at the time of day the policy becomes effective.

THIS INSURANCE IS AMENDED AS FOLLOWS:


THE COMMERCIAL AUTOMOBILE COVERAGE PART IS AMENDED AS FOLLOWS:

        COMPREHENSIVE COVERAGE IS CHANGED AS PER ATTACHED SCHEDULE
        FOR:
            GARAGE LOCATION(S):
            0001 0003 0004 0005 0006 0007

        FALSE PRETENSE COVERAGE IS CHANGED AS PER ATTACHED SCHEDULE
        FOR:
            GARAGE LOCATION(S):
            0001 0003 0004 0005 0006 0007

        THE BLANKET COLLISION COVERAGE LIMIT IS CHANGED TO READ:
          AT AUTO DEALER LOCATION(S):
            0001 0003 0004 0005 0006 0007

        THE BLANKET COLLISION LIMIT IS AMENDED TO READ:  $34,175,666


PREMIUM IS PAYABLE AS FOLLOWS:

   DUE ON 04/01/22    $███████


NAME AND ADDRESS OF AGENT OR BROKER:
   L P INS SERVICES LLC (CWV32)
   300 E 2ND ST STE 1300
   RENO, NV 89501                              COUNTERSIGNED BY:

                                               _____
                                               Authorized Representative

IL T0 07 09 87    PAGE  1 OF  1                DATE:_____
OFFICE: PHOENIX



**POLICY NUMBER:**  AD-7N911433-21-CAG

**EFFECTIVE DATE:**  07-01-21

**ISSUE DATE:**  05-24-22

LISTING OF FORMS, ENDORSEMENTS AND SCHEDULE NUMBERS

THIS LISTING SHOWS THE NUMBER OF FORMS, SCHEDULES AND ENDORSEMENTS
BY LINE OF BUSINESS.

```
    IL T0 07 09 87    CHANGE ENDORSEMENT
    IL T8 01 10 93    FORMS, ENDORSEMENTS AND SCHEDULE NUMBERS


COMMERCIAL AUTOMOBILE

    CA T0 77 02 15    AUTO DEALER DECLARATIONS-ITEM ONE & TWO
    CA T0 78 02 15    AUTO DEALER DECS-ITEM THREE & FOUR
    CA T0 79 02 15    AUTO DEALER DECLARATIONS - ITEM FIVE
    CA T0 80 02 15    AUTO DEALER DECLARATIONS - ITEM SIX
    CA T0 83 02 15    AUTO DEALER DECLARATIONS-ITEM NINE & TEN
    CA T4 80 02 15    AUTO DLRS-ACTS,ERR OR OMISS LMTS EXT END
    CA T4 14 02 15    GAR-KEEPERS COV & PHYS DMGE MULTIPLE DED
```

**IL T8 01 10 93**

**PAGE:**  1 OF  1

# COMMERCIAL AUTOMOBILE

# COMMERCIAL AUTOMOBILE

 **TRAVELERS**

One Tower Square, Hartford, Connecticut  06183

AUTO DEALERS                          POLICY NUMBER: AD-7N911433-21-CAG
COVERAGE PART DECLARATIONS           ISSUE DATE:  05-24-22  JH


ITEM ONE
INSURING COMPANY:
TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA
Declarations Period:  From:  07-01-21 to 07-01-22 12:01 A.M. Standard
Time at your mailing address shown in the Common Policy Declarations.

FORM OF BUSINESS: LIMITED LIABILITY CO

The Auto Dealers Coverage Part consists of these Declarations and the Coverage
Form shown below.


ITEM TWO
A. COVERAGE AND LIMITS OF INSURANCE
        This policy provides only those coverages where a limit, if applicable,
        is shown in the columns below. Each of the "auto"-related coverages
        will apply only to those "autos" shown as covered "autos"."Autos"
        are shown as covered "autos" for the applicable coverages by the
        entry of one or more of the symbols from section I - Covered Autos
        Coverages of the Auto Dealers Coverage Form next to the name of
        the "auto" related coverage.

        COVERAGES              COVERED AUTOS           LIMIT  OF INSURANCE
                                                 THE MOST WE WILL PAY FOR ANY ONE
                                                 ACCIDENT OR LOSS

        _____            _____    _____


COVERED AUTOS LIABILTY    21            $  1,000,000 EACH ACCIDENT

GENERAL LIABILITY                       $  1,000,000 EACH ACCIDENT
BODILY INJURY AND PROPERTY
DAMAGE LIABILITY

DAMAGES TO PREMISES                     See CA T4 25
RENTED TO YOU

PERSONAL AND ADVERTISING                $  1,000,000 ANY ONE PERSON OR
INJURY LIABILITY                                     ORGANIZATION

GENERAL LIABILTY AGGREGATE              $  2,000,000

PRODUCTS AND WORK YOU                    $  2,000,000
PERFORMED AGGREGATE

LOCATIONS AND OPERATIONS                $      5,000
MEDICAL PAYMENTS

ADDED PERSONAL INJURY                   SEPARATELY STATED IN EACH
PROTECTION                              ADDED PIP ENDORSEMENT
(or equivalent Added
No-fault coverage)


CA T0 77 02 15                          PAGE  (CONTINUED)
PRODUCER: L P INS SERVICES LLC  CWV32   OFFICE: PHNX  169



**TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

AUTO DEALERS                              POLICY NUMBER: AD-7N911433-21-CAG
COVERAGE PART DECLARATIONS                ISSUE DATE: 05-24-22  JH


| COVERAGES | COVERED AUTOS | LIMIT OF INSURANCE<br>THE MOST WE WILL PAY FOR ANY ONE<br>ACCIDENT OR LOSS |
|---|---|---|
| AUTO MEDICAL PAYMENTS | 21 | $    5,000 |
| UNINSURED AND<br>UNDERINSURED<br>MOTORISTS COVERAGE | 22 | See CA T0 30 |
| GARAGEKEEPERS COVERAGE | 30 | REFER TO ITEM FIVE |
| PHYSICAL DAMAGE<br>COMPREHENSIVE COVERAGE | 23 28 31 | ACTUAL CASH VALUE OR COST<br>OF REPAIR, WHICHEVER IS<br>LESS MINUS $ DEDUCTIBLE<br>FOR EACH COVERED AUTO.<br>See ITEM SIX For Dealers "Autos". |
| PHYSICAL DAMAGE<br>COLLISION COVERAGE | 23 28 31 | ACTUAL CASH VALUE OR COST<br>OF REPAIR, WHICHEVER IS<br>LESS MINUS $ Ded. FOR EACH<br>COVERED AUTO.<br>See Item Six for Dealers<br>Blanket Collision. |
| ACTS, ERRORS OR OMISSIONS<br>LIABILITY | | $   500,000    AGGREGATE<br>$    5,000    PER CLAIM DEDUCTIBLE |

B. AUDIT PERIOD:      ANNUAL

C. DESCRIPTION OF COVERED AUTO DESIGNATION SYMBOLS:
   Symbols 21-31:  See AUTO DEALERS COVERAGE FORM Section I - Covered Autos
   SYMBOL 32.

D. LOSS PAYEE: Any loss under Physical Damage Coverages is payable as
   interest may appear to you and the Loss Payee named in the Declarations
   (see Loss Payable Clause below)

E. NUMBERS OF FORMS, SCHEDULES AND ENDORSEMENTS FORMING PART OF THIS COVERAGE
   PART:  SEE IL T8 01 10 93


CA T0 77 02 15                          PAGE   (CONTINUED)
PRODUCER: L P INS SERVICES LLC  CWV32   OFFICE: PHNX  169

 **TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

AUTO DEALERS                          POLICY NUMBER: AD-7N911433-21-CAG
COVERAGE PART DECLARATIONS            ISSUE DATE:  05-24-22  JH


LOSS PAYABLE CLAUSE

  A.  We will pay you and the loss payee named in the policy for "loss"
      to a covered "auto", as interest may appear.

  B.  The insurance covers the interest of the loss payee unless the
      "loss" results from conversion, secretion or embezzlement on your
      part.

  C.  We may cancel the policy as allowed by the CANCELLATION Common
      Policy Condition.  Cancellation ends this agreement as to the loss
      payee's interest.  If we cancel the policy we will mail you and the
      loss payee the same advance notice.

  D.  If we make any payment to the loss payee, we will obtain their
      rights against any other party.


SCHEDULE OF LOSS PAYEES

      LOSS PAYEE (Name and Address)


CA T0 77 02 15                        PAGE  (CONTINUED)
PRODUCER: L P INS SERVICES LLC  CWV32     OFFICE: PHNX  169

TRAVELERS DOC MGMT Page 513 of 615



One Tower Square, Hartford, Connecticut 06183

AUTO DEALERS COVERAGE PART DECLARATIONS
AUTO DEALERS' SUPPLEMENTARY SCHEDULE
Issue date: 05-24-22

Policy Number: AD -7N911433-21-CAG

ITEM THREE - LOCATIONS WHERE YOU CONDUCT AUTO DEALER OPERATIONS

| Loc No | Address Street and City | State | Zip Code | terr | Cnty/twn Code |
|---|---|---|---|---|---|
| 1 | 2100 KIETZKE LANE RENO | NV | 89502 | 111 | |
| 2 | 3225 MILL ST RENO | NV | 89502 | 111 | |
| 3 | 7175 S VIRGINIA ST RENO | NV | 89511 | 111 | |

ITEM FOUR-AUTO DEALERS - LIABILITY AND PERSONAL INJURY PROTECTION
(Or Equivalent Or Similar No Fault Coverages) - PREMIUMS

| Loc No | Class of Operators | No of Persons | Rating Units | Total Rating Units |
|---|---|---|---|---|
| 1 | Cl I  Empl-Regular | 65.0 | | |
| | Cl I  Empl-A/O | 278.0 | | |
| | Cl II Non-Empl-Under age 25 | | | |
| | Cl II Non-Empl-Age 25 or over | | | |
| 2 | Cl I  Empl-Regular | 1.0 | | |
| | Cl I  Empl-A/O | | | |
| | Cl II Non-Empl-Under age 25 | | | |
| | Cl II Non-Empl-Age 25 or over | | | |
| 3 | Cl I  Empl-Regular | 15.0 | | |
| | Cl I  Empl-A/O | 62.0 | | |
| | Cl II Non-Empl-Under age 25 | | | |
| | Cl II Non-Empl-Age 25 or over | | | |

|  | LOCATION # 1 | | LOCATION # 2 | | LOCATION # 3 | | TOTAL PREMIUMS |
|---|---|---|---|---|---|---|---|
| | RATE | PREM | RATE | PREM | RATE | PREM | |
| AUTO & GEN LIAB | | | | | | | |
| LOC & OP MED PAY | | | | | | | |
| PIP/APIP | | | | | | | |
| NJ PED PIP | | | | | | | |
| MICHIGAN PPI | | | | | | | |
| AUTO MED PAY | | | | | | | |
| A, E & O LIAB | | | | | | | |

CA T0 78 02 15                              Page  1 (Continued)



**TRAVELERS**

One Tower Square, Hartford, Connecticut  06183

```
                              AUTO DEALERS COVERAGE PART DECLARATIONS
                              AUTO DEALERS' SUPPLEMENTARY SCHEDULE
                              Issue date: 05-24-22

                    Policy Number: AD -7N911433-21-CAG

ITEM THREE - LOCATIONS WHERE YOU CONDUCT AUTO DEALER OPERATIONS
  Loc          Address                          Zip              Cnty/twn
  No        Street and City         State      Code      terr     Code
  ---      ---------------          -----      ----      ----    --------
    4     550 KIETZKE LN
          RENO                       NV        89502      111

    5     700 KIETZKE LN
          RENO                       NV        89502      111

    6     1395 E NEWLANDS DR
          FERNLEY                    NV        89408      106


ITEM FOUR-AUTO DEALERS - LIABILITY AND PERSONAL INJURY PROTECTION
(Or Equivalent Or Similar No Fault Coverages) - PREMIUMS
  Loc     Class of                   No of    Rating    Total Rating
  No      Operators                 Persons   Units        Units
  ---     ---------                 -------   ------    -----------

    4     Cl I   Empl-Regular          1.0
          Cl I   Empl-A/O              3.0
          Cl II Non-Empl-Under age 25
          Cl II Non-Empl-Age 25 or over


    5     Cl I   Empl-Regular         16.0
          Cl I   Empl-A/O             57.0
          Cl II Non-Empl-Under age 25
          Cl II Non-Empl-Age 25 or over


    6     Cl I   Empl-Regular          7.0
          Cl I   Empl-A/O             19.0
          Cl II Non-Empl-Under age 25
          Cl II Non-Empl-Age 25 or over
```

```
              LOCATION        LOCATION        LOCATION
               # 4             # 5             # 6
          --------------- --------------- ---------------


                                                          TOTAL
             RATE   PREM   RATE   PREM   RATE   PREM     PREMIUMS
AUTO & GEN LIAB
LOC & OP MED PAY
PIP/APIP
NJ PED PIP
MICHIGAN PPI
AUTO MED PAY
A, E & O LIAB
   CA T0 78 02 15                         Page  2 (Continued)
```



**TRAVELERS**

One Tower Square, Hartford, Connecticut  06183

```
                              AUTO DEALERS COVERAGE PART DECLARATIONS
                              AUTO DEALERS' SUPPLEMENTARY SCHEDULE
                              Issue date: 05-24-22

                    Policy Number: AD -7N911433-21-CAG

ITEM THREE - LOCATIONS WHERE YOU CONDUCT AUTO DEALER OPERATIONS
Loc          Address                          Zip            Cnty/twn
No       Street and City         State       Code     terr     Code
---      ---------------         -----       ----     ----   --------
    7    9455&9475 S VIRGINIA STREET
         RENO                      NV        89511     111

    9    1000 E. GOWAN RD
         NORTH LAS VEGAS           NV        89030     109




ITEM FOUR-AUTO DEALERS - LIABILITY AND PERSONAL INJURY PROTECTION
(Or Equivalent Or Similar No Fault Coverages) - PREMIUMS
Loc    Class of                   No of    Rating    Total Rating
No     Operators                  Persons  Units        Units
---    ---------                  -------  ------    -----------

 7     Cl I   Empl-Regular         11.0
       Cl I   Empl-A/O             37.0
       Cl II Non-Empl-Under age 25
       Cl II Non-Empl-Age 25 or over


 9     Cl I   Empl-Regular          1.0
       Cl I   Empl-A/O
       Cl II Non-Empl-Under age 25
       Cl II Non-Empl-Age 25 or over


       Cl I   Empl-Regular
       Cl I   Empl-A/O
       Cl II Non-Empl-Under age 25
       Cl II Non-Empl-Age 25 or over



            LOCATION      LOCATION      LOCATION
            #  7          #  9          #
         --------------- --------------- ---------------
```

|                    | LOCATION # 7 | | LOCATION # 9 | | LOCATION # | | TOTAL |
| --- | --- | --- | --- | --- | --- | --- | --- |
|                    | RATE | PREM | RATE | PREM | RATE | PREM | PREMIUMS |
| AUTO & GEN LIAB    |  |  |  |  |  |  |  |
| LOC & OP MED PAY   |  |  |  |  |  |  |  |
| PIP/APIP           |  |  |  |  |  |  |  |
| NJ PED PIP         |  |  |  |  |  |  |  |
| MICHIGAN PPI       |  |  |  |  |  |  |  |
| AUTO MED PAY       |  |  |  |  |  |  |  |
| A, E & O LIAB      |  |  |  |  |  |  |  |

```
     CA T0 78 02 15                        Page  3 (Continued)
```



One Tower Square, Hartford, Connecticut 06183

AUTO DEALERS COVERAGE PART DECLARATIONS
AUTO DEALERS' SUPPLEMENTARY SCHEDULE
Issue date: 05-24-22

Policy Number: AD -7N911433-21-CAG

ITEM FOUR-AUTO DEALERS - LIABILITY COVERAGE - PREMIUMS(Continued)

LIABILITY MINIMUM PREMIUM - 

DEFINITIONS:
Class I-Employees
Regular Operator - Proprietors, owners, executive officers, sales managers,
service managers, finance managers and general managers, whether they have an
assigned vehicle or not, and any employee whose principal duty involves the
operation of covered "autos" or who is furnished a covered "auto".
All Others - All other employees including salespersons who have not been
assigned an auto or who do not have permission to access plates for personal use
of autos.

NOTE:
1.  Part-time employees working an average of 20 hours or more a week for
    the number of weeks worked are to be counted as one rating unit each.
2.  Part-time employees working an average of less than 20 hours a week for
    the number of weeks worked are to be counted as 1/2 rating unit each.

Class II-Non-Employees
Any of the following persons who are regularly furnished with a covered "auto"
: Inactive proprietors, partners or officers and their relatives and the
relatives of any person described in Class I.

CA T0 78 02 15                          Page   4

 **TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

```
                              AUTO DEALERS COVERAGE PART DECLARATIONS
                              Issue Date: 05-24-22

                      Policy Number: AD -7N911433-21-CAG
ITEM FIVE
GARAGEKEEPERS COVERAGES AND PREMIUMS

Location         Coverages           Limit of Insurance for Each Location
   No.

        COMPREHENSIVE       $      2,500,000      MINUS THE DEDUCTIBLE AS
   1                        SHOWN ON CA T4 14
                                     OR
                            $          MINUS $          DEDUCTIBLE FOR ALL
                            PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO
                            $            MAXIMUM DEDUCTIBLE
                            FOR ALL SUCH LOSS IN EACH EVENT AT THIS LOCATION.


        SPECIFIED CAUSES OF $          MINUS $          DEDUCTIBLE FOR
        LOSS                EACH CUSTOMER'S AUTO FOR LOSS CAUSED BY THEFT
                            OR MISCHIEF OR VANDALISM SUBJECT TO $
                            MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY
                            ONE EVENT;
                                     OR
                            $          MINUS $          DEDUCTIBLE FOR ALL
                            PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO
                            $            MAXIMUM DEDUCTIBLE
                            FOR ALL SUCH LOSS IN ANY ONE EVENT.
        COLLISION           $ 2,500,000 MINUS $    3,000 DEDUCTIBLE FOR EACH
                            CUSTOMER'S AUTO.




        CA T0 79 02 15                        PAGE 01   (Continued)
```

 One Tower Square, Hartford, Connecticut 06183

```
                              AUTO DEALERS COVERAGE PART DECLARATIONS
                              Issue Date: 05-24-22

                      Policy Number: AD -7N911433-21-CAG
ITEM FIVE
GARAGEKEEPERS COVERAGES AND PREMIUMS

Location        Coverages           Limit of Insurance for Each Location
   No.

        COMPREHENSIVE        $       500,000      MINUS THE DEDUCTIBLE AS
   2                         SHOWN ON CA T4 14
                                     OR
                             $           MINUS $          DEDUCTIBLE FOR ALL
                             PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO
                             $            MAXIMUM DEDUCTIBLE
                             FOR ALL SUCH LOSS IN EACH EVENT AT THIS LOCATION.


        SPECIFIED CAUSES OF $          MINUS $          DEDUCTIBLE FOR
        LOSS                EACH CUSTOMER'S AUTO FOR LOSS CAUSED BY THEFT
                            OR MISCHIEF OR VANDALISM SUBJECT TO $
                            MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY
                            ONE EVENT;
                                     OR
                             $           MINUS $          DEDUCTIBLE FOR ALL
                             PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO
                             $            MAXIMUM DEDUCTIBLE
                             FOR ALL SUCH LOSS IN ANY ONE EVENT.
        COLLISION            $    500,000 MINUS $    3,000 DEDUCTIBLE FOR EACH
                             CUSTOMER'S AUTO.




        CA TO 79 02 15                       PAGE 02   (Continued)
```


**TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

AUTO DEALERS COVERAGE PART DECLARATIONS
Issue Date: 05-24-22

Policy Number: AD -7N911433-21-CAG

ITEM FIVE
GARAGEKEEPERS COVERAGES AND PREMIUMS

| Location No. | Coverages | Limit of Insurance for Each Location |
|---|---|---|
| 3 | COMPREHENSIVE | $    1,000,000    MINUS THE DEDUCTIBLE AS SHOWN ON CA T4 14<br>OR<br>$         MINUS $         DEDUCTIBLE FOR ALL PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO<br>$         MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN EACH EVENT AT THIS LOCATION. |
|  | SPECIFIED CAUSES OF LOSS | $         MINUS $         DEDUCTIBLE FOR EACH CUSTOMER'S AUTO FOR LOSS CAUSED BY THEFT OR MISCHIEF OR VANDALISM SUBJECT TO $ MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT;<br>OR<br>$         MINUS $         DEDUCTIBLE FOR ALL PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO<br>$         MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT. |
|  | COLLISION | $ 1,000,000 MINUS $    3,000 DEDUCTIBLE FOR EACH CUSTOMER'S AUTO. |

CA T0 79 02 15                              PAGE 03   (Continued)



**TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

```
                              AUTO DEALERS COVERAGE PART DECLARATIONS
                              Issue Date: 05-24-22

                        Policy Number: AD -7N911433-21-CAG
ITEM FIVE
GARAGEKEEPERS COVERAGES AND PREMIUMS

Location         Coverages           Limit of Insurance for Each Location
   No.

         COMPREHENSIVE        $        100,000     MINUS THE DEDUCTIBLE AS
    4                         SHOWN ON CA T4 14
                                    OR
                             $           MINUS $           DEDUCTIBLE FOR ALL
                             PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO
                             $             MAXIMUM DEDUCTIBLE
                             FOR ALL SUCH LOSS IN EACH EVENT AT THIS LOCATION.


         SPECIFIED CAUSES OF $           MINUS $           DEDUCTIBLE FOR
         LOSS                EACH CUSTOMER'S AUTO FOR LOSS CAUSED BY THEFT
                             OR MISCHIEF OR VANDALISM SUBJECT TO $
                             MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY
                             ONE EVENT;
                                    OR
                             $           MINUS $           DEDUCTIBLE FOR ALL
                             PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO
                             $             MAXIMUM DEDUCTIBLE
                             FOR ALL SUCH LOSS IN ANY ONE EVENT.
         COLLISION           $    100,000 MINUS $     3,000 DEDUCTIBLE FOR EACH
                             CUSTOMER'S AUTO.
```

```
      CA TO 79 02 15                        PAGE 04   (Continued)
```



**TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

AUTO DEALERS COVERAGE PART DECLARATIONS
Issue Date: 05-24-22

Policy Number: AD -7N911433-21-CAG

ITEM FIVE
GARAGEKEEPERS COVERAGES AND PREMIUMS

| Location No. | Coverages | Limit of Insurance for Each Location |
|---|---|---|

| 5 | COMPREHENSIVE | $    1,000,000    MINUS THE DEDUCTIBLE AS SHOWN ON CA T4 14 |
| | | OR |
| | | $         MINUS $         DEDUCTIBLE FOR ALL PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO |
| | | $         MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN EACH EVENT AT THIS LOCATION. |
| | SPECIFIED CAUSES OF LOSS | $         MINUS $         DEDUCTIBLE FOR EACH CUSTOMER'S AUTO FOR LOSS CAUSED BY THEFT OR MISCHIEF OR VANDALISM SUBJECT TO $         MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT; |
| | | OR |
| | | $         MINUS $         DEDUCTIBLE FOR ALL PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO $         MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT. |
| | COLLISION | $ 1,000,000 MINUS $    3,000 DEDUCTIBLE FOR EACH CUSTOMER'S AUTO. |

CA T0 79 02 15                              PAGE 05   (Continued)



**TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

AUTO DEALERS COVERAGE PART DECLARATIONS
Issue Date: 05-24-22

Policy Number: AD -7N911433-21-CAG

ITEM FIVE
GARAGEKEEPERS COVERAGES AND PREMIUMS

| Location No. | Coverages | Limit of Insurance for Each Location |
|---|---|---|
| 6 | COMPREHENSIVE | $        500,000      MINUS THE DEDUCTIBLE AS SHOWN ON CA T4 14 OR $           MINUS $          DEDUCTIBLE FOR ALL PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO $           MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN EACH EVENT AT THIS LOCATION. |
| | SPECIFIED CAUSES OF LOSS | $           MINUS $          DEDUCTIBLE FOR EACH CUSTOMER'S AUTO FOR LOSS CAUSED BY THEFT OR MISCHIEF OR VANDALISM SUBJECT TO $ MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT; OR $           MINUS $          DEDUCTIBLE FOR ALL PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO $           MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT. |
| | COLLISION | $   500,000 MINUS $      3,000 DEDUCTIBLE FOR EACH CUSTOMER'S AUTO. |

CA T0 79 02 15                                    PAGE 06   (Continued)

 **TRAVELERS**

One Tower Square, Hartford, Connecticut  06183

```
                                   AUTO DEALERS COVERAGE PART DECLARATIONS
                                   Issue Date: 05-24-22

                        Policy Number: AD -7N911433-21-CAG
ITEM FIVE
GARAGEKEEPERS COVERAGES AND PREMIUMS

Location          Coverages              Limit of Insurance for Each Location
  No.

         COMPREHENSIVE        $     1,000,000     MINUS THE DEDUCTIBLE AS
   7                          SHOWN ON CA T4 14
                                      OR
                             $          MINUS $          DEDUCTIBLE FOR ALL
                             PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO
                             $             MAXIMUM DEDUCTIBLE
                             FOR ALL SUCH LOSS IN EACH EVENT AT THIS LOCATION.


         SPECIFIED CAUSES OF $          MINUS $          DEDUCTIBLE FOR
         LOSS                EACH CUSTOMER'S AUTO FOR LOSS CAUSED BY THEFT
                             OR MISCHIEF OR VANDALISM SUBJECT TO $
                             MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY
                             ONE EVENT;
                                      OR
                             $          MINUS $          DEDUCTIBLE FOR ALL
                             PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO
                             $             MAXIMUM DEDUCTIBLE
                             FOR ALL SUCH LOSS IN ANY ONE EVENT.
         COLLISION           $ 1,000,000 MINUS $     3,000 DEDUCTIBLE FOR EACH
                             CUSTOMER'S AUTO.
```

```
     CA T0 79 02 15                          PAGE 07   (Continued)
```

**TRAVELERS**                          One Tower Square, Hartford, Connecticut 06183

                                              AUTO DEALERS COVERAGE PART DECLARATIONS
                                              Issue Date: 05-24-22

                              Policy Number: AD -7N911433-21-CAG
ITEM FIVE
GARAGEKEEPERS COVERAGES AND PREMIUMS

Location            Coverages              Limit of Insurance for Each Location
  No.

        COMPREHENSIVE          $       500,000      MINUS THE DEDUCTIBLE AS
  9                            SHOWN ON CA T4 14
                                       OR
                              $         MINUS $         DEDUCTIBLE FOR ALL
                              PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO
                              $           MAXIMUM DEDUCTIBLE
                              FOR ALL SUCH LOSS IN EACH EVENT AT THIS LOCATION.


        SPECIFIED CAUSES OF   $         MINUS $         DEDUCTIBLE FOR
        LOSS                  EACH CUSTOMER'S AUTO FOR LOSS CAUSED BY THEFT
                              OR MISCHIEF OR VANDALISM SUBJECT TO $
                              MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY
                              ONE EVENT;
                                       OR
                              $         MINUS $         DEDUCTIBLE FOR ALL
                              PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO
                              $           MAXIMUM DEDUCTIBLE
                              FOR ALL SUCH LOSS IN ANY ONE EVENT.
        COLLISION             $    500,000 MINUS $     1,000 DEDUCTIBLE FOR EACH
                              CUSTOMER'S AUTO.




        CA T0 79 02 15                          PAGE 08   (Continued)



**TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

AUTO DEALERS COVERAGE PART DECLARATIONS
Issue Date: 05-24-22

Policy Number: AD -7N911433-21-CAG

ITEM FIVE - GARAGEKEEPERS COVERAGES & PREMIUMS (Continued)

PREMIUM FOR ALL LOCATIONS
    Comprehensive
    Specified Causes of Loss
    Collision



GARAGEKEEPERS COVERAGE applies on a legal liability basis unless one of
the Direct Coverage Options is indicated below by "(X)"

  DIRECT COVERAGE OPTIONS

    ( ) EXCESS INSURANCE  If this box is checked, GARAGEKEEPERS COVERAGE
    remains applicable on a legal liability basis. However coverage also
    applies without regard to your or any other "Insured's" legal
    liability for "loss" to a customer's "auto" on an  excess basis over
    any other collectible insurance regardless of whether the other
    insurance covers your or any other "insured's"interest or the interest
    of the covered "auto's" owner.

    ( ) PRIMARY INSURANCE  If this box is checked GARAGEKEEPERS COVERAGE is
    changed to apply without regard to your or any other "insured's"
    legal liability for "loss" to a customer's "auto" and is primary
    insurance.

CA T0 79 02 15                                    PAGE 09

**TRAVELERS**J

One Tower Square, Hartford, Connecticut 06183

```
                                    AUTO DEALERS
                                    COVERAGE PART
                                    DECLARATIONS
                                    ISSUE DATE 05-24-22

                        POLICY NUMBER: AD -7N911433-21-CAG

        ITEM SIX

        PHYSICAL DAMAGE INSURANCE-TYPES OF COVERED AUTOS AND INTERESTS IN THESE
        AUTOS-PREMIUMS-REPORTING OR NONREPORTING BASIS.

        Each of the following PHYSICAL DAMAGE coverages that is indicated in ITEM
        TWO applies only to the types of autos and interest indicated by 'X'.
```

|              |                                                                              | COMPREHENSIVE | SPECIFIED CAUSES OF LOSS | COLLISION |
|--------------|------------------------------------------------------------------------------|:-------------:|:------------------------:|:---------:|
| COVERAGES    |                                                                              |               |                          |           |
| TYPES OF AUTOS | NEW AUTOS                                                                   | X             |                          | X         |
|              | USED AUTOS, DEMONSTRATORS AND SERVICE VEHICLES                                | X             |                          | X         |
| INTERESTS COVERED | YOUR INTEREST IN COVERED AUTOS YOU OWN                                   |               |                          |           |
|              | YOUR INTEREST ONLY IN FINANCED COVERED AUTOS                                  |               |                          |           |
|              | YOUR INTEREST AND THE INTEREST OF ANY CREDITOR NAMED AS A LOSS PAYEE          | X             |                          | X         |
|              | ALL INTERESTS IN ANY AUTO NOT OWNED BY YOU OR ANY CREDITOR WHILE IN YOUR POSSESSION ON CONSIGNMENT FOR SALE |               |                          |           |

```
        Our limit of insurance for 'loss' at locations other than those stated in
        ITEM THREE.
            $  1,000,000 Additional locations where you store covered autos
            $  1,000,000 In transit

        PREMIUM BASIS-Reporting (Quarterly or Monthly) or Nonreporting (Indicate Basis
        Agreed Upon by X)
          ( ) REPORTING BASIS (Quarterly or Monthly) as indicated below by 'X'.
            You must report to us on our form the locations of your covered "autos"
            and their total value at each such location. For your main sales location
            identified as location no. 1, you must include the total value of all
            covered "autos" you have furnished or made available to yourself, your
            executives, your "employees" or family members and other Class II - Non-
            Employees, and covered "autos" that are temporarily displayed or stored
            at locations other than those stated in ITEM THREE above. For your main
            sales location you must include the total value of all service vehicles.
```

```
        CA T0 80 02 15                                          PAGE    1
```

 **TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

```
                                    AUTO DEALERS
                                    COVERAGE PART
                                    DECLARATIONS
                                    ISSUE DATE 05-24-22

                          POLICY NUMBER: AD -7N911433-21-CAG
```

ITEM SIX    (CONTINUED)

PREMIUM BASIS-Reporting or Nonreporting(Indicate Basis Agreed Upon by X)
(continued)

    YOUR REPORTING BASIS IS:
    ( ) QUARTERLY you must give us your first report by the fifteenth of the
       fourth month after the policy begins. Your subsequent reports must
       be given to us by the fifteenth of every third month. Your reports
       must contain the value for the last business day of every third
       month coming within the policy period.
    ( ) MONTHLY You must give us your reports by the fifteenth of every
       month. Your reports will contain the total values you had on the
       last business day of the preceding month.
    Premiums will be calculated pro rata of the annual premium for the expo-
    sures contained in each report. At the end of each policy year we will
    add the monthly premiums or the quarterly premiums to determine your
    final premium due for the entire policy year. The estimated total
    premiums shown will be credited against the final premium due.
  (X) NONREPORTING BASIS. Stated limit of insurance shown above applies.

```
LOC.
NO.    COVERAGE              LIMIT OF INSURANCE FOR EACH LOCATION

 1     COMPREHENSIVE         LIMIT OF INSURANCE AS STATED IN EACH SELECTION
                             BELOW, MINUS THE DEDUCTIBLES AS SHOWN ON
                             CA T4 14

                                      LIMIT          RATE         PREMIUM
       FIRE ONLY, BUILDING & LOTS
       BUILDING                     10,000,000      ███████████████████████
       STANDARD OPEN LOTS           
       NON STANDARD OPEN LOTS        2,058,763      ███████████████████████
       MISCELLANEOUS BUILDING
       MISCELLANEOUS OPEN LOTS


ALL    BLANKET          $ 34,175,666    MINUS $ 2,500 DEDUCTIBLE FOR EACH
       COLLISION                     COVERED AUTO.



                                          COLLISION PREMIUM  $  ███████████
```

CA T0 80 02 15                                              PAGE    2

TRAVELERS DOC MGMT Page 528 of 615



**TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

```
                                    AUTO DEALERS
                                    COVERAGE PART
                                    DECLARATIONS
                                    ISSUE DATE 05-24-22

                            POLICY NUMBER: AD -7N911433-21-CAG


     ITEM SIX   (CONTINUED)

     LOC.
     NO.   COVERAGE            LIMIT OF INSURANCE FOR EACH LOCATION

      3    COMPREHENSIVE       LIMIT OF INSURANCE AS STATED IN EACH SELECTION
                               BELOW, MINUS THE DEDUCTIBLES AS SHOWN ON
                               CA T4 14

                                       LIMIT        RATE        PREMIUM
           FIRE ONLY, BUILDING & LOTS
           BUILDING               800,000
           STANDARD OPEN LOTS   5,150,661
           NON STANDARD OPEN LOTS 4,378,903
           MISCELLANEOUS BUILDING
           MISCELLANEOUS OPEN LOTS

      4    COMPREHENSIVE       LIMIT OF INSURANCE AS STATED IN EACH SELECTION
                               BELOW, MINUS THE DEDUCTIBLES AS SHOWN ON
                               CA T4 14

                                       LIMIT        RATE        PREMIUM
           FIRE ONLY, BUILDING & LOTS
           BUILDING
           STANDARD OPEN LOTS
           NON STANDARD OPEN LOTS  556,854
           MISCELLANEOUS BUILDING
           MISCELLANEOUS OPEN LOTS

      5    COMPREHENSIVE       LIMIT OF INSURANCE AS STATED IN EACH SELECTION
                               BELOW, MINUS THE DEDUCTIBLES AS SHOWN ON
                               CA T4 14

                                       LIMIT        RATE        PREMIUM
           FIRE ONLY, BUILDING & LOTS
           BUILDING             1,000,000
           STANDARD OPEN LOTS
           NON STANDARD OPEN LOTS 5,308,570
           MISCELLANEOUS BUILDING
           MISCELLANEOUS OPEN LOTS




     CA T0 80 02 15                                    PAGE    3
```



**TRAVELERS**

One Tower Square, Hartford, Connecticut  06183

```
                              AUTO DEALERS
                              COVERAGE PART
                              DECLARATIONS
                              ISSUE DATE 05-24-22

                          POLICY NUMBER: AD -7N911433-21-CAG


     ITEM SIX    (CONTINUED)

     LOC.
     NO.   COVERAGE           LIMIT OF INSURANCE FOR EACH LOCATION

      6    COMPREHENSIVE      LIMIT OF INSURANCE AS STATED IN EACH SELECTION
                              BELOW, MINUS THE DEDUCTIBLES AS SHOWN ON
                              CA T4 14

                                         LIMIT      RATE       PREMIUM
           FIRE ONLY, BUILDING & LOTS
           BUILDING                     750,000
           STANDARD OPEN LOTS
           NON STANDARD OPEN LOTS     6,637,566
           MISCELLANEOUS BUILDING
           MISCELLANEOUS OPEN LOTS

      7    COMPREHENSIVE      LIMIT OF INSURANCE AS STATED IN EACH SELECTION
                              BELOW, MINUS THE DEDUCTIBLES AS SHOWN ON
                              CA T4 14

                                         LIMIT      RATE       PREMIUM
           FIRE ONLY, BUILDING & LOTS
           BUILDING                     800,000
           STANDARD OPEN LOTS
           NON STANDARD OPEN LOTS     1,435,010
           MISCELLANEOUS BUILDING
           MISCELLANEOUS OPEN LOTS

      9    COMPREHENSIVE      LIMIT OF INSURANCE AS STATED IN EACH SELECTION
                              BELOW, MINUS THE DEDUCTIBLES AS SHOWN ON
                              CA T4 14

                                         LIMIT      RATE       PREMIUM
           FIRE ONLY, BUILDING & LOTS
           BUILDING
           STANDARD OPEN LOTS           500,000
           NON STANDARD OPEN LOTS
           MISCELLANEOUS BUILDING
           MISCELLANEOUS OPEN LOTS




                              TOTAL PREMIUM  $

     CA T0 80 02 15                                     PAGE    4
```

 **TRAVELERS**

One Tower Square, Hartford, Connecticut  06183

AUTO DEALERS
COVERAGE PART
DECLARATIONS
ISSUE DATE 05-24-22

POLICY NUMBER: AD -7N911433-21-CAG

ITEM SIX    (CONTINUED)

SCHEDULE OF LOSS PAYEES

(Refer to the Schedule of Loss Payees in CA T0 77 02 15 ITEM TWO.)

CA T0 80 02 15                                    PAGE    5



One Tower Square, Hartford, Connecticut  06183

AUTO DEALERS COVERAGE PART DECLARATIONS

Issue date: 05-24-22

Policy Number: AD-7N911433-21-CAG

ITEM TEN
UNINSURED MOTORISTS COVERAGE-PREMIUMS-REFER TO ITEM SEVEN FOR SEPARATELY
REGISTERED COVERED AUTOS.

| LOCATION NUMBER | NUMBER OF PLATES | RATE PER PLATE | PREMIUM |
| --------------- | ---------------- | -------------- | ------- |
| 001 | 85 | | |
| 002 | 1 | | |
| 003 | 34 | | |
| 004 | 3 | | |
| 005 | 12 | | |
| 006 | 12 | | |
| 007 | 26 | | |
| 008 | 1 | | |

CA T0 83 02 15                                    Page   1

COMMERCIAL AUTO

POLICY NUMBER: **AD-7N911433-21-CAG**

ISSUE DATE: **05-24-22**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# AUTO DEALERS – ACTS, ERRORS OR OMISSIONS LIMITS EXTENSION ENDORSEMENT

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM

### SCHEDULE OF ACTS, ERRORS OR OMISSIONS LIABILITY LIMITS

The Limits of Insurance apply separately to each "act, error or omission" coverage:

| | |
|---|---|
| EACH CLAIM LIMIT OF INSURANCE | $ **500,000** |
| AGGREGATE LIMIT OF INSURANCE | $ **500,000** |
| ONE YEAR PRIOR ACTS LIMIT OF INSURANCE | $ 100,000 |

**PROVISIONS**

The following replaces Paragraph **E.**, **Limit Of Insurance And Deductible**, of **SECTION III – ACTS, ERRORS OR OMISSIONS LIABILITY COVERAGES:**

**E. Limits Of Insurance**

1. Regardless of the number of "insureds", claims made or "suits" brought or persons or organizations making claims or bringing "suits", the most we will pay for the sum of all damages for each separate "act, error or omission" coverage is the Aggregate Limit of Insurance shown in the Schedule Of Acts, Errors Or Omissions Liability Limits.

2. Subject to the Aggregate Limit of Insurance for the applicable "act, error or omission" coverage, the most we will pay for all damages resulting from any one claim is the Each Claim Limit of Insurance shown in the Schedule Of Acts, Errors Or Omissions Liability Limits. Any "suits" involving a class action will be deemed one claim. No other Limits of Insurance apply.

3. If One Year Prior Acts Coverage is part of your Acts, Errors And Omissions Liability Coverages, then the One Year Prior Acts Limit Of Insurance Paragraph is replaced by the following:

   A **$100,000** One Year Prior Acts Limit Of Insurance applies separately to each coverage included in the definition of "act, error or omission" for damages because of any "act, error or omission" committed during this one year period. This limit applies to each such claim and as an aggregate for all such claims related to the same "act, error or omission" coverage. No other limit of insurance applies to such prior acts.

**CA T4 80 02 15**

© 2015 The Travelers Indemnity Company, Inc. All rights reserved.
Includes the copyrighted material of Insurance Services Office, Inc. with its permission.

Page 1 of 1

POLICY NUMBER: **AD-7N911433-21-CAG**

COMMERCIAL AUTO
ISSUE DATE: **05-24-22**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# GARAGEKEEPERS COVERAGE AND
# PHYSICAL DAMAGE MULTIPLE DEDUCTIBLES

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE PART DECLARATIONS
AUTO DEALERS COVERAGE FORM

**PROVISIONS**

**1.** The deductibles shown in the applicable Schedule below apply for the Comprehensive and Specified Causes of Loss section at **ITEM FIVE – GARAGEKEEPERS COVERAGE AND PREMIUMS** and for the Comprehensive Coverage Limit of Insurance for Each Location section at **ITEM SIX – PHYSICAL DAMAGE COVERAGE** section of the **AUTO DEALERS COVERAGE PART DECLARATIONS**:

### SCHEDULE

**ITEM FIVE – GARAGEKEEPERS COVERAGE**

| Location (list each location separately) | Covered Causes of Loss* | Deductible | |
|---|---|---|---|
| | | For Each Covered "Auto" | Maximum Deductible in any one event at each location |
| **SEE SCHEDULE EXTENSION** | | | |

**ITEM SIX – PHYSICAL DAMAGE COVERAGE**

| Location (list each location separately) | Covered Causes of Loss* | Deductible | |
|---|---|---|---|
| | | For Each Covered "Auto" | Maximum Deductible in any one event at each location |
| **SEE SCHEDULE EXTENSION** | | | |

**CA T4 14 02 15**

© 2015 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

Page 1 of 2

COMMERCIAL AUTO

- For each Deductible listed in this Schedule, enter the description of any Covered Causes of Loss listed below to which that Deductible applies:

    **(1)** Theft or Mischief or Vandalism

    **(2)** Earthquake

    **(3)** Windstorm Or Hail

    **(4)** Flood

    **(5)** All Covered Perils, other than collision, not listed separately on this Schedule

**2.** The following replaces Paragraph **5.**, **Limit Of Insurance And Deductibles**, in Paragraph **E.**, **Garagekeepers Coverage**, of **SECTION I – COVERED AUTOS COVERAGES**:

**5. Limit Of Insurance And Deductibles**

**a.** Regardless of the number of "customer's autos", "insureds", premiums paid, claims made or "suits" brought, the most we will pay for each "loss" is the Garagekeepers Coverage Limit of Insurance shown in the Declarations for that location minus the applicable deductible for "loss" caused by collision shown in the Declarations, and the applicable deductible for the specified covered cause of loss shown in the Schedule above.

**b.** The maximum deductible stated in the Schedule for Garagekeepers Coverage Comprehensive applies to the location for which it is shown and is the most that will be deducted for all "loss" in any one event from the covered cause of loss for which it is shown at that location. If "NO" appears in the Schedule above for maximum deductible, then no maximum deductible applies for "loss" from the covered cause of loss for which it is shown.

**c.** Sometimes to settle a claim or "suit" we may pay all or any part of the deductible. If this happens you must reimburse us for the deductible or that portion of the deductible that we paid.

**3.** The following replaces Paragraph **5.**, **Deductible**, in Paragraph **F.**, **Physical Damage Coverage**, of **SECTION I – COVERED AUTOS COVERAGES**:

**5. Deductible**

For each covered "auto", our obligation to pay for, repair, return or replace damaged or stolen property will be reduced by the applicable deductible shown in the Schedule above that applies to specified covered cause of loss.

The maximum deductible stated in the Schedule applies to the location for which it is shown and is the most that will be deducted for all "loss" in any one event from the covered cause of loss for which it is shown at that location. If "NO" appears in the Schedule above for maximum deductible, then no maximum deductible applies for "loss" from the covered cause of loss for which it is shown.

© 2015 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.
**CA T4 14 02 15**

COMMERCIAL AUTO
ISSUE DATE: 05-24-22

POLICY NUMBER: AD-7N911433-21-CAG

# SCHEDULE EXTENSION

**This is an extension of CA T4 14 02 15**

**GARAGEKEEPERS COVERAGE AND PHYSICAL DAMAGE MULTIPLE DEDUCTIBLES**

**SCHEDULE**

ITEM FIVE - GARAGEKEEPERS COVERAGE

| Loc | Covered Causes of Loss** | Deductible For Each Covered "Auto" | Maximum Deductible in any one event |
|---|---|---|---|
| 1 | Flood | $ 2,500 | $ 250,000 |
| 1 | Earthquake | $ 1,000 | $ 100,000 |
| 1 | Windstorm or Hail | $ 1,000 | $ 100,000 |
| 1 | All Covered Perils, other than collision, not listed separately on this Schedule | $ 1,000 | $ 10,000 |
| 2 | Flood | $ 2,500 | $ 250,000 |
| 2 | Earthquake | $ 1,000 | $ 100,000 |
| 2 | Windstorm or Hail | $ 1,000 | $ 100,000 |
| 2 | All Covered Perils, other than collision, not listed separately on this Schedule | $ 1,000 | $ 10,000 |
| 3 | Flood | $ 2,500 | $ 250,000 |
| 3 | Earthquake | $ 1,000 | $ 100,000 |
| 3 | Windstorm or Hail | $ 1,000 | $ 100,000 |
| 3 | All Covered Perils, other than collision, not listed separately on this Schedule | $ 1,000 | $ 10,000 |
| 4 | Flood | $ 2,500 | $ 250,000 |
| 4 | Earthquake | $ 1,000 | $ 75,000 |

CA T4 14 SCHED

Page  1 of  6

POLICY NUMBER:  AD-7N911433-21-CAG

COMMERCIAL AUTO
ISSUE DATE: 05-24-22

# SCHEDULE EXTENSION

**This is an extension of CA T4 14 02 15**

**GARAGEKEEPERS COVERAGE AND PHYSICAL DAMAGE MULTIPLE DEDUCTIBLES**

**SCHEDULE**

| 4 | Windstorm or Hail | $ | 1,000 | $ | 100,000 |
| 4 | All Covered Perils, other than collision, not listed separately on this Schedule | $ | 1,000 | $ | 10,000 |

**ITEM FIVE - GARAGEKEEPERS COVERAGE**

| | | Deductible | |
| Loc | Covered Causes of Loss** | For Each Covered "Auto" | Maximum Deductible in any one event |
|---|---|---|---|
| 5 | Flood | $ 2,500 | $ 250,000 |
| 5 | Earthquake | $ 1,000 | $ 100,000 |
| 5 | Windstorm or Hail | $ 1,000 | $ 100,000 |
| 5 | All Covered Perils, other than collision, not listed separately on this Schedule | $ 1,000 | $ 10,000 |

**ITEM FIVE - GARAGEKEEPERS COVERAGE**

| | | Deductible | |
| Loc | Covered Causes of Loss** | For Each Covered "Auto" | Maximum Deductible in any one event |
|---|---|---|---|
| 6 | Flood | $ 2,500 | $ 250,000 |
| 6 | Earthquake | $ 1,000 | $ 100,000 |
| 6 | Windstorm or Hail | $ 1,000 | $ 100,000 |
| 6 | All Covered Perils, other than collision, not listed separately on this Schedule | $ 1,000 | $ 10,000 |

CA T4 14 SCHED

TRAVELERS DOC MGMT Page 537 of 615

POLICY NUMBER: AD-7N911433-21-CAG

# SCHEDULE EXTENSION

**This is an extension of CA T4 14 02 15**

**GARAGEKEEPERS COVERAGE AND PHYSICAL DAMAGE MULTIPLE DEDUCTIBLES**

**SCHEDULE**

**ITEM FIVE - GARAGEKEEPERS COVERAGE**

| Loc | Covered Causes of Loss** | Deductible For Each Covered "Auto" | Maximum Deductible in any one event |
|---|---|---|---|
| 7 | Flood | $      2,500 | $     250,000 |
| 7 | Earthquake | $      1,000 | $     100,000 |
| 7 | Windstorm or Hail | $      1,000 | $     100,000 |
| 7 | All Covered Perils, other than collision, not listed separately on this Schedule | $      1,000 | $      10,000 |

**ITEM SIX - PHYSICAL DAMAGE COVERAGE**

| Loc | Covered Causes of Loss** | Deductible For Each Covered "Auto" | Maximum Deductible in any one event |
|---|---|---|---|

**ITEM SIX - PHYSICAL DAMAGE COVERAGE**

| Loc | Covered Causes of Loss** | Deductible For Each Covered "Auto" | Maximum Deductible in any one event |
|---|---|---|---|
| 1 | Flood | $      2,500 | $     250,000 |
| 1 | Earthquake | $      2,500 | $     250,000 |
| 1 | Windstorm or Hail | $      1,000 | $     100,000 |
| 1 | All Covered Perils, other than collision, not listed separately on | $      1,000 | $      10,000 |

CA T4 14 SCHED

COMMERCIAL AUTO
POLICY NUMBER: **AD-7N911433-21-CAG**
ISSUE DATE: **05-24-22**

# SCHEDULE EXTENSION

**This is an extension of CA T4 14 02 15**

**GARAGEKEEPERS COVERAGE AND PHYSICAL DAMAGE MULTIPLE DEDUCTIBLES**

**SCHEDULE**

this Schedule

**ITEM SIX - PHYSICAL DAMAGE COVERAGE**

|     |                        | Deductible |            |
| --- | ---------------------- | ---------- | ---------- |
|     |                        | For Each   | Maximum    |
|     | Covered Causes         | Covered    | Deductible in |
| Loc | of Loss**              | "Auto"     | any one event |
|  3  | Flood                  | $   2,500  | $   250,000 |
|  3  | Earthquake             | $   1,000  | $   100,000 |
|  3  | Windstorm or Hail      | $   1,000  | $   100,000 |
|  3  | All Covered Perils, other than collision, not listed separately on this Schedule | $   1,000 | $   10,000 |

**ITEM SIX - PHYSICAL DAMAGE COVERAGE**

|     |                        | Deductible |            |
| --- | ---------------------- | ---------- | ---------- |
|     |                        | For Each   | Maximum    |
|     | Covered Causes         | Covered    | Deductible in |
| Loc | of Loss**              | "Auto"     | any one event |
|  4  | Flood                  | $   2,500  | $   250,000 |
|  4  | Earthquake             | $   1,000  | $   100,000 |
|  4  | Windstorm or Hail      | $   1,000  | $   100,000 |
|  4  | All Covered Perils, other than collision, not listed separately on this Schedule | $   1,000 | $   10,000 |

**ITEM SIX - PHYSICAL DAMAGE COVERAGE**

Deductible

CA T4 14 SCHED

Page **4** of **6**

COMMERCIAL AUTO
ISSUE DATE: 05-24-22

POLICY NUMBER: AD-7N911433-21-CAG

# SCHEDULE EXTENSION

**This is an extension of CA T4 14 02 15**

**GARAGEKEEPERS COVERAGE AND PHYSICAL DAMAGE MULTIPLE DEDUCTIBLES**

**SCHEDULE**

| Loc | Covered Causes of Loss** | For Each Covered "Auto" | Maximum Deductible in any one event |
|---|---|---|---|
| 5 | Flood | $ 2,500 | $ 250,000 |
| 5 | Earthquake | $ 1,000 | $ 100,000 |
| 5 | Windstorm or Hail | $ 1,000 | $ 100,000 |
| 5 | All Covered Perils, other than collision, not listed separately on this Schedule | $ 1,000 | $ 10,000 |

ITEM SIX - PHYSICAL DAMAGE COVERAGE

| | | Deductible | |
|---|---|---|---|
| Loc | Covered Causes of Loss** | For Each Covered "Auto" | Maximum Deductible in any one event |
| 6 | Flood | $ 2,500 | $ 250,000 |
| 6 | Earthquake | $ 1,000 | $ 100,000 |
| 6 | Windstorm or Hail | $ 1,000 | $ 100,000 |
| 6 | All Covered Perils, other than collision, not listed separately on this Schedule | $ 1,000 | $ 10,000 |

ITEM SIX - PHYSICAL DAMAGE COVERAGE

| | | Deductible | |
|---|---|---|---|
| Loc | Covered Causes of Loss** | For Each Covered "Auto" | Maximum Deductible in any one event |
| 7 | Flood | $ 2,500 | $ 250,000 |

CA T4 14 SCHED

Page  5 of  6

COMMERCIAL AUTO
POLICY NUMBER: **AD-7N911433-21-CAG**                                                                ISSUE DATE: **05-24-22**

# SCHEDULE EXTENSION
**This is an extension of CA T4 14 02 15**
**GARAGEKEEPERS COVERAGE AND PHYSICAL DAMAGE MULTIPLE DEDUCTIBLES**

**SCHEDULE**

| | | | | |
|---|---|---|---|---|
| 7 | Earthquake | $ | 1,000 | $ | 100,000 |
| 7 | Windstorm or Hail | $ | 1,000 | $ | 100,000 |
| 7 | All Covered Perils, other than collision, not listed separately on this Schedule | $ | 1,000 | $ | 10,000 |

CA T4 14 SCHED                                                                                        Page  **6** of  **6**



**TRAVELERS**                                    One Tower Square, Hartford, Connecticut 06183

CHANGE ENDORSEMENT

                              Named Insured:
                              DOLAN AUTOMOTIVE GROUP, LLC
                              AND AS PER IL T8 03

                    Policy Number: AD-7N911433-21-CAG
            Policy Effective Date: 07/01/21
                      Issue Date: 05/24/22
                  Return Premium $██████████

INSURING COMPANY:
TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

Effective from 05/01/22 at the time of day the policy becomes effective.

THIS INSURANCE IS AMENDED AS FOLLOWS:


THE COMMERCIAL AUTOMOBILE COVERAGE PART IS AMENDED AS FOLLOWS:

        BLANKET COLLISION COVERAGE IS ADDED TO
             AUTO DEALER LOCATION(S):
             0002

        ADD COMPREHENSIVE COVERAGE AS PER ATTACHED SCHEDULE FOR:
             GARAGE LOCATION(S):
             0002

        ADD FALSE PRETENSE COVERAGE AS PER ATTACHED SCHEDULE
        FOR:
             GARAGE LOCATION(S):
             0002

        COMPREHENSIVE COVERAGE IS CHANGED AS PER ATTACHED SCHEDULE
        FOR:
             GARAGE LOCATION(S):
             0001 0003 0004 0005 0006 0007

        FALSE PRETENSE COVERAGE IS CHANGED AS PER ATTACHED SCHEDULE
        FOR:
             GARAGE LOCATION(S):
             0001 0003 0004 0005 0006 0007


PREMIUM IS PAYABLE AS FOLLOWS:

    DUE ON 05/01/22      $████████


NAME AND ADDRESS OF AGENT OR BROKER:
    L P INS SERVICES LLC (CWV32)              COUNTERSIGNED BY:
    300 E 2ND ST STE 1300
    RENO, NV 89501
                                             _____
                                             Authorized Representative

IL T0 07 09 87    PAGE  1 OF  2                DATE:_____
OFFICE: PHOENIX

 One Tower Square, Hartford, Connecticut  06183

                    CHANGE ENDORSEMENT

                    Policy Number: AD-7N911433-21-CAG

                    Policy Effective Date: 07/01/21

                    Issue Date: 05/24/22


        THE BLANKET COLLISION COVERAGE LIMIT IS CHANGED TO READ:
          AT AUTO DEALER LOCATION(S):
              0001 0003 0004 0005 0006 0007

        THE BLANKET COLLISION LIMIT IS AMENDED TO:  $31,503,666


        IL T0 07 09 87    PAGE  2 OF  2

        OFFICE: PHOENIX              169
        PRODUCER NAME: L P INS SERVICES LLC              CWV32



POLICY NUMBER: AD-7N911433-21-CAG
EFFECTIVE DATE: 07-01-21
ISSUE DATE: 05-24-22

LISTING OF FORMS, ENDORSEMENTS AND SCHEDULE NUMBERS

THIS LISTING SHOWS THE NUMBER OF FORMS, SCHEDULES AND ENDORSEMENTS BY LINE OF BUSINESS.

| | |
|---|---|
| IL T0 07 09 87 | CHANGE ENDORSEMENT |
| IL T8 01 10 93 | FORMS, ENDORSEMENTS AND SCHEDULE NUMBERS |

COMMERCIAL AUTOMOBILE

| | |
|---|---|
| CA T0 77 02 15 | AUTO DEALER DECLARATIONS-ITEM ONE & TWO |
| CA T0 78 02 15 | AUTO DEALER DECS-ITEM THREE & FOUR |
| CA T0 79 02 15 | AUTO DEALER DECLARATIONS - ITEM FIVE |
| CA T0 80 02 15 | AUTO DEALER DECLARATIONS - ITEM SIX |
| CA T0 83 02 15 | AUTO DEALER DECLARATIONS-ITEM NINE & TEN |
| CA T4 80 02 15 | AUTO DLRS-ACTS,ERR OR OMISS LMTS EXT END |
| CA T4 14 02 15 | GAR-KEEPERS COV & PHYS DMGE MULTIPLE DED |

# COMMERCIAL AUTOMOBILE

# COMMERCIAL AUTOMOBILE

**TRAVELERS**

One Tower Square, Hartford, Connecticut  06183

```
AUTO DEALERS                         POLICY NUMBER: AD-7N911433-21-CAG
COVERAGE PART DECLARATIONS           ISSUE DATE:  05-24-22  JH


ITEM ONE
INSURING COMPANY:
TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA
Declarations Period:  From:  07-01-21 to 07-01-22 12:01 A.M. Standard
Time at your mailing address shown in the Common Policy Declarations.

FORM OF BUSINESS: LIMITED LIABILITY CO

The Auto Dealers Coverage Part consists of these Declarations and the Coverage
Form shown below.


ITEM TWO
A. COVERAGE AND LIMITS OF INSURANCE
        This policy provides only those coverages where a limit, if applicable,
        is shown in the columns below. Each of the "auto"-related coverages
        will apply only to those "autos" shown as covered "autos"."Autos"
        are shown as covered "autos" for the applicable coverages by the
        entry of one or more of the symbols from section I - Covered Autos
        Coverages of the Auto Dealers Coverage Form next to the name of
        the "auto" related coverage.

        COVERAGES              COVERED AUTOS          LIMIT  OF INSURANCE
                                                THE MOST WE WILL PAY FOR ANY ONE
                                                ACCIDENT OR LOSS

        _____            _____   _____


COVERED AUTOS LIABILTY    21             $  1,000,000 EACH ACCIDENT

GENERAL LIABILITY                        $  1,000,000 EACH ACCIDENT
BODILY INJURY AND PROPERTY
DAMAGE LIABILITY

DAMAGES TO PREMISES                      See CA T4 25
RENTED TO YOU

PERSONAL AND ADVERTISING                 $  1,000,000 ANY ONE PERSON OR
INJURY LIABILITY                                      ORGANIZATION

GENERAL LIABILTY AGGREGATE               $  2,000,000

PRODUCTS AND WORK YOU                    $  2,000,000
PERFORMED AGGREGATE

LOCATIONS AND OPERATIONS                 $      5,000
MEDICAL PAYMENTS

ADDED PERSONAL INJURY                    SEPARATELY STATED IN EACH
PROTECTION                               ADDED PIP ENDORSEMENT
(or equivalent Added
No-fault coverage)


CA T0 77 02 15                           PAGE  (CONTINUED)
PRODUCER: L P INS SERVICES LLC  CWV32    OFFICE: PHNX  169
```



**TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

---

AUTO DEALERS                              POLICY NUMBER: AD-7N911433-21-CAG
COVERAGE PART DECLARATIONS                ISSUE DATE: 05-24-22  JH


|          COVERAGES          | COVERED AUTOS | LIMIT OF INSURANCE<br>THE MOST WE WILL PAY FOR ANY ONE<br>ACCIDENT OR LOSS |
|-----------------------------|---------------|---------------------------------------------------------------------------|
| AUTO MEDICAL PAYMENTS | 21 | $     5,000 |
| UNINSURED AND<br>UNDERINSURED<br>MOTORISTS COVERAGE | 22 | See CA T0 30 |
| GARAGEKEEPERS COVERAGE | 30 | REFER TO ITEM FIVE |
| PHYSICAL DAMAGE<br>COMPREHENSIVE COVERAGE | 23 28 31 | ACTUAL CASH VALUE OR COST<br>OF REPAIR, WHICHEVER IS<br>LESS MINUS $ DEDUCTIBLE<br>FOR EACH COVERED AUTO.<br>See ITEM SIX For Dealers "Autos". |
| PHYSICAL DAMAGE<br>COLLISION COVERAGE | 23 28 31 | ACTUAL CASH VALUE OR COST<br>OF REPAIR, WHICHEVER IS<br>LESS MINUS $ Ded. FOR EACH<br>COVERED AUTO.<br>See Item Six for Dealers<br>Blanket Collision. |
| ACTS, ERRORS OR OMISSIONS<br>LIABILITY | | $   500,000   AGGREGATE<br>$     5,000   PER CLAIM DEDUCTIBLE |


B. AUDIT PERIOD:     ANNUAL

C. DESCRIPTION OF COVERED AUTO DESIGNATION SYMBOLS:
   Symbols 21-31: See AUTO DEALERS COVERAGE FORM Section I - Covered Autos
   SYMBOL 32.

D. LOSS PAYEE: Any loss under Physical Damage Coverages is payable as
   interest may appear to you and the Loss Payee named in the Declarations
   (see Loss Payable Clause below)

E. NUMBERS OF FORMS, SCHEDULES AND ENDORSEMENTS FORMING PART OF THIS COVERAGE
   PART: SEE IL T8 01 10 93


CA T0 77 02 15                            PAGE  (CONTINUED)
PRODUCER: L P INS SERVICES LLC  CWV32     OFFICE: PHNX  169

 **TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

AUTO DEALERS                          POLICY NUMBER: AD-7N911433-21-CAG
COVERAGE PART DECLARATIONS            ISSUE DATE: 05-24-22  JH


LOSS PAYABLE CLAUSE

A.  We will pay you and the loss payee named in the policy for "loss"
    to a covered "auto", as interest may appear.

B.  The insurance covers the interest of the loss payee unless the
    "loss" results from conversion, secretion or embezzlement on your
    part.

C.  We may cancel the policy as allowed by the CANCELLATION Common
    Policy Condition.  Cancellation ends this agreement as to the loss
    payee's interest.  If we cancel the policy we will mail you and the
    loss payee the same advance notice.

D.  If we make any payment to the loss payee, we will obtain their
    rights against any other party.


                    SCHEDULE OF LOSS PAYEES

                        LOSS PAYEE (Name and Address)


CA T0 77 02 15                          PAGE  (CONTINUED)
PRODUCER: L P INS SERVICES LLC  CWV32   OFFICE: PHNX  169

**TRAVELERS**

One Tower Square, Hartford, Connecticut  06183

```
                               AUTO DEALERS COVERAGE PART DECLARATIONS
                               AUTO DEALERS' SUPPLEMENTARY SCHEDULE
                               Issue date: 05-24-22

                       Policy Number: AD -7N911433-21-CAG

ITEM THREE - LOCATIONS WHERE YOU CONDUCT AUTO DEALER OPERATIONS
   Loc         Address                        Zip           Cnty/twn
   No       Street and City        State     Code     terr    Code
   ---    ---------------          -----     ----     ----  --------
     1    2100 KIETZKE LANE
          RENO                       NV      89502     111

     2    3225 MILL ST
          RENO                       NV      89502     111

     3    7175 S VIRGINIA ST
          RENO                       NV      89511     111


ITEM FOUR-AUTO DEALERS - LIABILITY AND PERSONAL INJURY PROTECTION
(Or Equivalent Or Similar No Fault Coverages) - PREMIUMS
   Loc    Class of                  No of   Rating  Total Rating
   No     Operators                 Persons Units      Units
   ---    ---------                 ------- ------  -----------

    1     Cl I   Empl-Regular        65.0
          Cl I   Empl-A/O           278.0
          Cl II  Non-Empl-Under age 25
          Cl II  Non-Empl-Age 25 or over


    2     Cl I   Empl-Regular         1.0
          Cl I   Empl-A/O
          Cl II  Non-Empl-Under age 25
          Cl II  Non-Empl-Age 25 or over


    3     Cl I   Empl-Regular        15.0
          Cl I   Empl-A/O            62.0
          Cl II  Non-Empl-Under age 25
          Cl II  Non-Empl-Age 25 or over
```



```
            LOCATION       LOCATION       LOCATION
            #  1           #  2           #  3
          --------------- --------------- ---------------
```

| | LOCATION #1 | | LOCATION #2 | | LOCATION #3 | | TOTAL PREMIUMS |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | RATE | PREM | RATE | PREM | RATE | PREM | |
| AUTO & GEN LIAB | | | | | | | |
| LOC & OP MED PAY | | | | | | | |
| PIP/APIP | | | | | | | |
| NJ PED PIP | | | | | | | |
| MICHIGAN PPI | | | | | | | |
| AUTO MED PAY | | | | | | | |
| A, E & O LIAB | | | | | | | |

```
      CA T0 78 02 15                        Page  1 (Continued)
```



One Tower Square, Hartford, Connecticut  06183

AUTO DEALERS COVERAGE PART DECLARATIONS
AUTO DEALERS' SUPPLEMENTARY SCHEDULE
Issue date: 05-24-22

Policy Number: AD -7N911433-21-CAG

ITEM THREE - LOCATIONS WHERE YOU CONDUCT AUTO DEALER OPERATIONS

| Loc No | Address Street and City | State | Zip Code | terr | Cnty/twn Code |
|---|---|---|---|---|---|
| 4 | 550 KIETZKE LN RENO | NV | 89502 | 111 | |
| 5 | 700 KIETZKE LN RENO | NV | 89502 | 111 | |
| 6 | 1395 E NEWLANDS DR FERNLEY | NV | 89408 | 106 | |

ITEM FOUR-AUTO DEALERS - LIABILITY AND PERSONAL INJURY PROTECTION
(Or Equivalent Or Similar No Fault Coverages) - PREMIUMS

| Loc No | Class of Operators | No of Persons | Rating Units | Total Rating Units |
|---|---|---|---|---|
| 4 | Cl I  Empl-Regular | 1.0 | | |
| | Cl I  Empl-A/O | 3.0 | | |
| | Cl II Non-Empl-Under age 25 | | | |
| | Cl II Non-Empl-Age 25 or over | | | |
| 5 | Cl I  Empl-Regular | 16.0 | | |
| | Cl I  Empl-A/O | 57.0 | | |
| | Cl II Non-Empl-Under age 25 | | | |
| | Cl II Non-Empl-Age 25 or over | | | |
| 6 | Cl I  Empl-Regular | 7.0 | | |
| | Cl I  Empl-A/O | 19.0 | | |
| | Cl II Non-Empl-Under age 25 | | | |
| | Cl II Non-Empl-Age 25 or over | | | |

|  | LOCATION # 4 | LOCATION # 5 | LOCATION # 6 | TOTAL PREMIUMS |
|---|---|---|---|---|
| | RATE PREM | RATE PREM | RATE PREM | |
| AUTO & GEN LIAB | | | | |
| LOC & OP MED PAY | | | | |
| PIP/APIP | | | | |
| NJ PED PIP | | | | |
| MICHIGAN PPI | | | | |
| AUTO MED PAY | | | | |
| A, E & O LIAB | | | | |

CA T0 78 02 15                          Page  2 (Continued)


**TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

AUTO DEALERS COVERAGE PART DECLARATIONS
AUTO DEALERS' SUPPLEMENTARY SCHEDULE
Issue date: 05-24-22

Policy Number: AD -7N911433-21-CAG

ITEM THREE - LOCATIONS WHERE YOU CONDUCT AUTO DEALER OPERATIONS

| Loc No | Address Street and City | State | Zip Code | terr | Cnty/twn Code |
|---|---|---|---|---|---|
| 7 | 9455&9475 S VIRGINIA STREET RENO | NV | 89511 | 111 | |
| 9 | 1000 E. GOWAN RD NORTH LAS VEGAS | NV | 89030 | 109 | |

ITEM FOUR-AUTO DEALERS - LIABILITY AND PERSONAL INJURY PROTECTION
(Or Equivalent Or Similar No Fault Coverages) - PREMIUMS

| Loc No | Class of Operators | No of Persons | Rating Units | Total Rating Units |
|---|---|---|---|---|
| 7 | Cl I   Empl-Regular | 11.0 | | |
| | Cl I   Empl-A/O | 37.0 | | |
| | Cl II Non-Empl-Under age 25 | | | |
| | Cl II Non-Empl-Age 25 or over | | | |
| 9 | Cl I   Empl-Regular | 1.0 | | |
| | Cl I   Empl-A/O | | | |
| | Cl II Non-Empl-Under age 25 | | | |
| | Cl II Non-Empl-Age 25 or over | | | |
| | Cl I   Empl-Regular | | | |
| | Cl I   Empl-A/O | | | |
| | Cl II Non-Empl-Under age 25 | | | |
| | Cl II Non-Empl-Age 25 or over | | | |

| | LOCATION # 7 | | LOCATION # 9 | | LOCATION # | | TOTAL PREMIUMS |
|---|---|---|---|---|---|---|---|
| | RATE | PREM | RATE | PREM | RATE | PREM | |
| AUTO & GEN LIAB | | | | | | | |
| LOC & OP MED PAY | | | | | | | |
| PIP/APIP | | | | | | | |
| NJ PED PIP | | | | | | | |
| MICHIGAN PPI | | | | | | | |
| AUTO MED PAY | | | | | | | |
| A, E & O LIAB | | | | | | | |

CA T0 78 02 15                              Page  3 (Continued)



**TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

AUTO DEALERS COVERAGE PART DECLARATIONS
AUTO DEALERS' SUPPLEMENTARY SCHEDULE
Issue date: 05-24-22

Policy Number: AD -7N911433-21-CAG

ITEM FOUR-AUTO DEALERS - LIABILITY COVERAGE - PREMIUMS(Continued)

LIABILITY MINIMUM PREMIUM - 

DEFINITIONS:
Class I-Employees
Regular Operator - Proprietors, owners, executive officers, sales managers,
service managers, finance managers and general managers, whether they have an
assigned vehicle or not, and any employee whose principal duty involves the
operation of covered "autos" or who is furnished a covered "auto".
All Others - All other employees including salespersons who have not been
assigned an auto or who do not have permission to access plates for personal
use of autos.

NOTE:
1. Part-time employees working an average of 20 hours or more a week for
   the number of weeks worked are to be counted as one rating unit each.
2. Part-time employees working an average of less than 20 hours a week for
   the number of weeks worked are to be counted as 1/2 rating unit each.

Class II-Non-Employees
Any of the following persons who are regularly furnished with a covered "auto"
: Inactive proprietors, partners or officers and their relatives and the
relatives of any person described in Class I.

CA T0 78 02 15                              Page  4

 **TRAVELERS**

One Tower Square, Hartford, Connecticut  06183

AUTO DEALERS COVERAGE PART DECLARATIONS
Issue Date: 05-24-22

Policy Number: AD -7N911433-21-CAG

ITEM FIVE
GARAGEKEEPERS COVERAGES AND PREMIUMS

| Location No. | Coverages | Limit of Insurance for Each Location |
|---|---|---|
| 1 | COMPREHENSIVE | $     2,500,000     MINUS THE DEDUCTIBLE AS SHOWN ON CA T4 14<br>          OR<br>$          MINUS $          DEDUCTIBLE FOR ALL PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO $          MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN EACH EVENT AT THIS LOCATION. |
|  | SPECIFIED CAUSES OF LOSS | $          MINUS $          DEDUCTIBLE FOR EACH CUSTOMER'S AUTO FOR LOSS CAUSED BY THEFT OR MISCHIEF OR VANDALISM SUBJECT TO $          MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT;<br>          OR<br>$          MINUS $          DEDUCTIBLE FOR ALL PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO $          MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT. |
|  | COLLISION | $ 2,500,000 MINUS $     3,000 DEDUCTIBLE FOR EACH CUSTOMER'S AUTO. |

CA T0 79 02 15                              PAGE 01   (Continued)


**TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

AUTO DEALERS COVERAGE PART DECLARATIONS
Issue Date: 05-24-22

Policy Number: AD -7N911433-21-CAG

ITEM FIVE
GARAGEKEEPERS COVERAGES AND PREMIUMS

| Location No. | Coverages | Limit of Insurance for Each Location |
|---|---|---|

COMPREHENSIVE     $        500,000      MINUS THE DEDUCTIBLE AS
2                 SHOWN ON CA T4 14
                             OR
                  $           MINUS $          DEDUCTIBLE FOR ALL
                  PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO
                  $           MAXIMUM DEDUCTIBLE
                  FOR ALL SUCH LOSS IN EACH EVENT AT THIS LOCATION.


SPECIFIED CAUSES OF $           MINUS $          DEDUCTIBLE FOR
LOSS                EACH CUSTOMER'S AUTO FOR LOSS CAUSED BY THEFT
                    OR MISCHIEF OR VANDALISM SUBJECT TO $
                    MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY
                    ONE EVENT;
                             OR
                    $           MINUS $          DEDUCTIBLE FOR ALL
                    PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO
                    $           MAXIMUM DEDUCTIBLE
                    FOR ALL SUCH LOSS IN ANY ONE EVENT.
COLLISION          $    500,000 MINUS $     3,000 DEDUCTIBLE FOR EACH
                   CUSTOMER'S AUTO.




CA T0 79 02 15                          PAGE 02   (Continued)

 **TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

```
                              AUTO DEALERS COVERAGE PART DECLARATIONS
                              Issue Date: 05-24-22

                      Policy Number: AD -7N911433-21-CAG
ITEM FIVE
GARAGEKEEPERS COVERAGES AND PREMIUMS

Location          Coverages          Limit of Insurance for Each Location
   No.

        COMPREHENSIVE          $      1,000,000      MINUS THE DEDUCTIBLE AS
   3                           SHOWN ON CA T4 14
                                     OR
                               $           MINUS $          DEDUCTIBLE FOR ALL
                               PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO
                               $             MAXIMUM DEDUCTIBLE
                               FOR ALL SUCH LOSS IN EACH EVENT AT THIS LOCATION.


        SPECIFIED CAUSES OF    $           MINUS $          DEDUCTIBLE FOR
        LOSS                   EACH CUSTOMER'S AUTO FOR LOSS CAUSED BY THEFT
                               OR MISCHIEF OR VANDALISM SUBJECT TO $
                               MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY
                               ONE EVENT;
                                     OR
                               $           MINUS $          DEDUCTIBLE FOR ALL
                               PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO
                               $             MAXIMUM DEDUCTIBLE
                               FOR ALL SUCH LOSS IN ANY ONE EVENT.
        COLLISION              $ 1,000,000 MINUS $     3,000 DEDUCTIBLE FOR EACH
                               CUSTOMER'S AUTO.




        CA T0 79 02 15                      PAGE 03   (Continued)
```

TRAVELERS DOC MGMT Page 556 of 615

 **TRAVELERS**

One Tower Square, Hartford, Connecticut  06183

AUTO DEALERS COVERAGE PART DECLARATIONS
Issue Date: 05-24-22

Policy Number: AD -7N911433-21-CAG

ITEM FIVE
GARAGEKEEPERS COVERAGES AND PREMIUMS

| Location No. | Coverages | Limit of Insurance for Each Location |
|---|---|---|
| 4 | COMPREHENSIVE | $      100,000    MINUS THE DEDUCTIBLE AS SHOWN ON CA T4 14 OR $         MINUS $         DEDUCTIBLE FOR ALL PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO $         MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN EACH EVENT AT THIS LOCATION. |
|  | SPECIFIED CAUSES OF LOSS | $         MINUS $         DEDUCTIBLE FOR EACH CUSTOMER'S AUTO FOR LOSS CAUSED BY THEFT OR MISCHIEF OR VANDALISM SUBJECT TO $         MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT; OR $         MINUS $         DEDUCTIBLE FOR ALL PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO $         MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT. |
|  | COLLISION | $   100,000 MINUS $     3,000 DEDUCTIBLE FOR EACH CUSTOMER'S AUTO. |

CA T0 79 02 15                          PAGE 04   (Continued)



**TRAVELERS**

One Tower Square, Hartford, Connecticut  06183

```
                                   AUTO DEALERS COVERAGE PART DECLARATIONS
                                   Issue Date: 05-24-22

                          Policy Number: AD -7N911433-21-CAG
ITEM FIVE
GARAGEKEEPERS COVERAGES AND PREMIUMS

Location          Coverages            Limit of Insurance for Each Location
   No.

        COMPREHENSIVE        $     1,000,000     MINUS THE DEDUCTIBLE AS
   5                         SHOWN ON CA T4 14
                                      OR
                             $          MINUS $         DEDUCTIBLE FOR ALL
                             PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO
                             $            MAXIMUM DEDUCTIBLE
                             FOR ALL SUCH LOSS IN EACH EVENT AT THIS LOCATION.


        SPECIFIED CAUSES OF  $          MINUS $         DEDUCTIBLE FOR
        LOSS                 EACH CUSTOMER'S AUTO FOR LOSS CAUSED BY THEFT
                             OR MISCHIEF OR VANDALISM SUBJECT TO $
                             MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY
                             ONE EVENT;
                                      OR
                             $          MINUS $         DEDUCTIBLE FOR ALL
                             PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO
                             $            MAXIMUM DEDUCTIBLE
                             FOR ALL SUCH LOSS IN ANY ONE EVENT.
        COLLISION            $ 1,000,000 MINUS $     3,000 DEDUCTIBLE FOR EACH
                             CUSTOMER'S AUTO.




        CA T0 79 02 15                      PAGE 05   (Continued)
```

 **TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

```
                              AUTO DEALERS COVERAGE PART DECLARATIONS
                              Issue Date: 05-24-22

                     Policy Number: AD -7N911433-21-CAG
ITEM FIVE
GARAGEKEEPERS COVERAGES AND PREMIUMS

Location         Coverages            Limit of Insurance for Each Location
   No.

       COMPREHENSIVE        $       500,000      MINUS THE DEDUCTIBLE AS
   6                        SHOWN ON CA T4 14
                                    OR
                            $          MINUS $          DEDUCTIBLE FOR ALL
                            PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO
                            $             MAXIMUM DEDUCTIBLE
                            FOR ALL SUCH LOSS IN EACH EVENT AT THIS LOCATION.


       SPECIFIED CAUSES OF  $          MINUS $          DEDUCTIBLE FOR
       LOSS                 EACH CUSTOMER'S AUTO FOR LOSS CAUSED BY THEFT
                            OR MISCHIEF OR VANDALISM SUBJECT TO $
                            MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY
                            ONE EVENT;
                                    OR
                            $          MINUS $          DEDUCTIBLE FOR ALL
                            PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO
                            $             MAXIMUM DEDUCTIBLE
                            FOR ALL SUCH LOSS IN ANY ONE EVENT.
       COLLISION            $    500,000 MINUS $     3,000 DEDUCTIBLE FOR EACH
                            CUSTOMER'S AUTO.
```

```
     CA T0 79 02 15                      PAGE 06   (Continued)
```

 **TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

AUTO DEALERS COVERAGE PART DECLARATIONS
Issue Date: 05-24-22

Policy Number: AD -7N911433-21-CAG

ITEM FIVE
GARAGEKEEPERS COVERAGES AND PREMIUMS

| Location No. | Coverages | Limit of Insurance for Each Location |
|---|---|---|
| 7 | COMPREHENSIVE | $      1,000,000      MINUS THE DEDUCTIBLE AS SHOWN ON CA T4 14 OR $          MINUS $          DEDUCTIBLE FOR ALL PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO $          MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN EACH EVENT AT THIS LOCATION. |
|  | SPECIFIED CAUSES OF LOSS | $          MINUS $          DEDUCTIBLE FOR EACH CUSTOMER'S AUTO FOR LOSS CAUSED BY THEFT OR MISCHIEF OR VANDALISM SUBJECT TO $ MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT; OR $          MINUS $          DEDUCTIBLE FOR ALL PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO $          MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT. |
|  | COLLISION | $ 1,000,000 MINUS $      3,000 DEDUCTIBLE FOR EACH CUSTOMER'S AUTO. |

CA T0 79 02 15                              PAGE 07   (Continued)



**TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

AUTO DEALERS COVERAGE PART DECLARATIONS
Issue Date: 05-24-22

Policy Number: AD -7N911433-21-CAG

ITEM FIVE
GARAGEKEEPERS COVERAGES AND PREMIUMS

| Location No. | Coverages | Limit of Insurance for Each Location |
|---|---|---|
| 9 | COMPREHENSIVE | $      500,000     MINUS THE DEDUCTIBLE AS SHOWN ON CA T4 14<br>          OR<br>$          MINUS $          DEDUCTIBLE FOR ALL PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO $          MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN EACH EVENT AT THIS LOCATION. |
|  | SPECIFIED CAUSES OF LOSS | $          MINUS $          DEDUCTIBLE FOR EACH CUSTOMER'S AUTO FOR LOSS CAUSED BY THEFT OR MISCHIEF OR VANDALISM SUBJECT TO $          MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT;<br>          OR<br>$          MINUS $          DEDUCTIBLE FOR ALL PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO $          MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT. |
|  | COLLISION | $     500,000 MINUS $      1,000 DEDUCTIBLE FOR EACH CUSTOMER'S AUTO. |

CA T0 79 02 15                              PAGE 08    (Continued)



One Tower Square, Hartford, Connecticut 06183

AUTO DEALERS COVERAGE PART DECLARATIONS
Issue Date: 05-24-22

Policy Number: AD -7N911433-21-CAG

ITEM FIVE - GARAGEKEEPERS COVERAGES & PREMIUMS (Continued)

PREMIUM FOR ALL LOCATIONS
        Comprehensive
        Specified Causes of Loss
        Collision



GARAGEKEEPERS COVERAGE applies on a legal liability basis unless one of
the Direct Coverage Options is indicated below by "(X)"

  DIRECT COVERAGE OPTIONS

    ( ) EXCESS INSURANCE  If this box is checked, GARAGEKEEPERS COVERAGE
        remains applicable on a legal liability basis. However coverage also
        applies without regard to your or any other "Insured's" legal
        liability for "loss" to a customer's "auto" on an  excess basis over
        any other collectible insurance regardless of whether the other
        insurance covers your or any other "insured's"interest or the interest
        of the covered "auto's" owner.

    ( ) PRIMARY INSURANCE  If this box is checked GARAGEKEEPERS COVERAGE is
        changed to apply without regard to your or any other "insured's"
        legal liability for "loss" to a customer's "auto" and is primary
        insurance.

                CA T0 79 02 15                          PAGE 09



One Tower Square, Hartford, Connecticut  06183

```
                                    AUTO DEALERS
                                    COVERAGE PART
                                    DECLARATIONS
                                    ISSUE DATE 05-24-22

                         POLICY NUMBER: AD -7N911433-21-CAG
```

ITEM SIX

PHYSICAL DAMAGE INSURANCE-TYPES OF COVERED AUTOS AND INTERESTS IN THESE
AUTOS-PREMIUMS-REPORTING OR NONREPORTING BASIS.

Each of the following PHYSICAL DAMAGE coverages that is indicated in ITEM
TWO applies only to the types of autos and interest indicated by 'X'.

|  |  | COMPREHENSIVE | SPECIFIED CAUSES OF LOSS | COLLISION |
|---|---|---|---|---|
| COVERAGES |  |  |  |  |
| TYPES OF AUTOS | NEW AUTOS | X |  | X |
|  | USED AUTOS, DEMONSTRATORS AND SERVICE VEHICLES | X |  | X |
| INTERESTS COVERED | YOUR INTEREST IN COVERED AUTOS YOU OWN |  |  |  |
|  | YOUR INTEREST ONLY IN FINANCED COVERED AUTOS |  |  |  |
|  | YOUR INTEREST AND THE INTEREST OF ANY CREDITOR NAMED AS A LOSS PAYEE | X |  | X |
|  | ALL INTERESTS IN ANY AUTO NOT OWNED BY YOU OR ANY CREDITOR WHILE IN YOUR POSSESSION ON CONSIGNMENT FOR SALE |  |  |  |

Our limit of insurance for 'loss' at locations other than those stated in
ITEM THREE.
    $  1,000,000 Additional locations where you store covered autos
    $  1,000,000 In transit

PREMIUM BASIS-Reporting (Quarterly or Monthly) or Nonreporting (Indicate Basis
 Agreed Upon by X)
  ( ) REPORTING BASIS (Quarterly or Monthly) as indicated below by 'X'.
      You must report to us on our form the locations of your covered "autos"
      and their total value at each such location. For your main sales location
      identified as location no. 1, you must include the total value of all
      covered "autos" you have furnished or made available to yourself, your
      executives, your "employees" or family members and other Class II - Non-
      Employees, and covered "autos" that are temporarily displayed or stored
      at locations other than those stated in ITEM THREE above. For your main
      sales location you must include the total value of all service vehicles.

CA T0 80 02 15                                        PAGE    1



**TRAVELERS**                    One Tower Square, Hartford, Connecticut  06183

```
                                    AUTO DEALERS
                                    COVERAGE PART
                                    DECLARATIONS
                                    ISSUE DATE 05-24-22

                            POLICY NUMBER: AD -7N911433-21-CAG
```

ITEM SIX    (CONTINUED)

PREMIUM BASIS-Reporting or Nonreporting(Indicate Basis Agreed Upon by X)
(continued)

    YOUR REPORTING BASIS IS:
    ( )  QUARTERLY you must give us your first report by the fifteenth of the
        fourth month after the policy begins. Your subsequent reports must
        be given to us by the fifteenth of every third month. Your reports
        must contain the value for the last business day of every third
        month coming within the policy period.
    ( )  MONTHLY You must give us your reports by the fifteenth of every
        month. Your reports will contain the total values you had on the
        last business day of the preceding month.
    Premiums will be calculated pro rata of the annual premium for the expo-
    sures contained in each report. At the end of each policy year we will
    add the monthly premiums or the quarterly premiums to determine your
    final premium due for the entire policy year. The estimated total
    premiums shown will be credited against the final premium due.
  (X) NONREPORTING BASIS. Stated limit of insurance shown above applies.

LOC.
NO.    COVERAGE            LIMIT OF INSURANCE FOR EACH LOCATION

 1     COMPREHENSIVE        LIMIT OF INSURANCE AS STATED IN EACH SELECTION
                     BELOW, MINUS THE DEDUCTIBLES AS SHOWN ON
                     CA T4 14

| | LIMIT | RATE | PREMIUM |
|---|---|---|---|
| FIRE ONLY, BUILDING & LOTS | | | |
| BUILDING | 10,000,000 | | |
| STANDARD OPEN LOTS | | | |
| NON STANDARD OPEN LOTS | 1,008,272 | | |
| MISCELLANEOUS BUILDING | | | |
| MISCELLANEOUS OPEN LOTS | | | |

ALL    BLANKET          $ 31,503,666   MINUS $ 2,500 DEDUCTIBLE FOR EACH
      COLLISION              COVERED AUTO.



                              COLLISION PREMIUM  $

CA T0 80 02 15                                        PAGE   2

 **TRAVELERS**

One Tower Square, Hartford, Connecticut  06183

AUTO DEALERS
COVERAGE PART
DECLARATIONS
ISSUE DATE 05-24-22

POLICY NUMBER: AD -7N911433-21-CAG

ITEM SIX    (CONTINUED)

LOC.
NO.    COVERAGE              LIMIT OF INSURANCE FOR EACH LOCATION

    2    COMPREHENSIVE         LIMIT OF INSURANCE AS STATED IN EACH SELECTION
                              BELOW, MINUS THE DEDUCTIBLES AS SHOWN ON
                              CA T4 14

|  | LIMIT | RATE | PREMIUM |
|---|---|---|---|
| FIRE ONLY, BUILDING & LOTS |  |  |  |
| BUILDING | 500,000 | ██████ | ██████ |
| STANDARD OPEN LOTS |  |  |  |
| NON STANDARD OPEN LOTS | 508,243 |  |  |
| MISCELLANEOUS BUILDING |  |  |  |
| MISCELLANEOUS OPEN LOTS |  |  |  |

    3    COMPREHENSIVE         LIMIT OF INSURANCE AS STATED IN EACH SELECTION
                              BELOW, MINUS THE DEDUCTIBLES AS SHOWN ON
                              CA T4 14

|  | LIMIT | RATE | PREMIUM |
|---|---|---|---|
| FIRE ONLY, BUILDING & LOTS |  |  |  |
| BUILDING | 800,000 | ██████ | ██████ |
| STANDARD OPEN LOTS | 5,150,661 |  |  |
| NON STANDARD OPEN LOTS | 4,351,853 |  |  |
| MISCELLANEOUS BUILDING |  |  |  |
| MISCELLANEOUS OPEN LOTS |  |  |  |

    4    COMPREHENSIVE         LIMIT OF INSURANCE AS STATED IN EACH SELECTION
                              BELOW, MINUS THE DEDUCTIBLES AS SHOWN ON
                              CA T4 14

|  | LIMIT | RATE | PREMIUM |
|---|---|---|---|
| FIRE ONLY, BUILDING & LOTS |  |  |  |
| BUILDING |  |  |  |
| STANDARD OPEN LOTS |  |  |  |
| NON STANDARD OPEN LOTS | 314,352 | ██████ | ██████ |
| MISCELLANEOUS BUILDING |  |  |  |
| MISCELLANEOUS OPEN LOTS |  |  |  |

CA T0 80 02 15                                    PAGE    3



One Tower Square, Hartford, Connecticut  06183

```
                              AUTO DEALERS
                              COVERAGE PART
                              DECLARATIONS
                              ISSUE DATE 05-24-22

                        POLICY NUMBER: AD -7N911433-21-CAG


     ITEM SIX    (CONTINUED)

     LOC.
     NO.   COVERAGE              LIMIT OF INSURANCE FOR EACH LOCATION

       5   COMPREHENSIVE         LIMIT OF INSURANCE AS STATED IN EACH SELECTION
                                 BELOW, MINUS THE DEDUCTIBLES AS SHOWN ON
                                 CA T4 14

                                      LIMIT        RATE        PREMIUM
           FIRE ONLY, BUILDING & LOTS
           BUILDING                 1,000,000
           STANDARD OPEN LOTS
           NON STANDARD OPEN LOTS   3,500,547
           MISCELLANEOUS BUILDING
           MISCELLANEOUS OPEN LOTS

       6   COMPREHENSIVE         LIMIT OF INSURANCE AS STATED IN EACH SELECTION
                                 BELOW, MINUS THE DEDUCTIBLES AS SHOWN ON
                                 CA T4 14

                                      LIMIT        RATE        PREMIUM
           FIRE ONLY, BUILDING & LOTS
           BUILDING                  750,000
           STANDARD OPEN LOTS
           NON STANDARD OPEN LOTS   4,687,733
           MISCELLANEOUS BUILDING
           MISCELLANEOUS OPEN LOTS

       7   COMPREHENSIVE         LIMIT OF INSURANCE AS STATED IN EACH SELECTION
                                 BELOW, MINUS THE DEDUCTIBLES AS SHOWN ON
                                 CA T4 14

                                      LIMIT        RATE        PREMIUM
           FIRE ONLY, BUILDING & LOTS
           BUILDING                  800,000
           STANDARD OPEN LOTS
           NON STANDARD OPEN LOTS   1,032,666
           MISCELLANEOUS BUILDING
           MISCELLANEOUS OPEN LOTS




     CA T0 80 02 15                                      PAGE    4
```

 **TRAVELERS**

One Tower Square, Hartford, Connecticut  06183

```
                                    AUTO DEALERS
                                    COVERAGE PART
                                    DECLARATIONS
                                    ISSUE DATE 05-24-22

                          POLICY NUMBER: AD -7N911433-21-CAG


      ITEM SIX    (CONTINUED)

      LOC.
      NO.    COVERAGE            LIMIT OF INSURANCE FOR EACH LOCATION

        9    COMPREHENSIVE       LIMIT OF INSURANCE AS STATED IN EACH SELECTION
                                 BELOW, MINUS THE DEDUCTIBLES AS SHOWN ON
                                 CA T4 14

                                       LIMIT       RATE        PREMIUM
            FIRE ONLY, BUILDING & LOTS
            BUILDING
            STANDARD OPEN LOTS         500,000     ███████████████████
            NON STANDARD OPEN LOTS
            MISCELLANEOUS BUILDING
            MISCELLANEOUS OPEN LOTS
```

```
                                 TOTAL PREMIUM  $  ███████████

      CA T0 80 02 15                              PAGE    5
```

 **TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

```
                              AUTO DEALERS
                              COVERAGE PART
                              DECLARATIONS
                              ISSUE DATE 05-24-22

                   POLICY NUMBER: AD -7N911433-21-CAG

ITEM SIX    (CONTINUED)

                     SCHEDULE OF LOSS PAYEES

     (Refer to the Schedule of Loss Payees in CA T0 77 02 15 ITEM TWO.)
```

```
CA T0 80 02 15                                   PAGE    6
```

 **TRAVELERS**

One Tower Square, Hartford, Connecticut  06183

AUTO DEALERS COVERAGE PART DECLARATIONS

Issue date: 05-24-22

Policy Number: AD-7N911433-21-CAG

ITEM TEN
UNINSURED MOTORISTS COVERAGE-PREMIUMS-REFER TO ITEM SEVEN FOR SEPARATELY
REGISTERED COVERED AUTOS.

| LOCATION NUMBER | NUMBER OF PLATES | RATE PER PLATE | PREMIUM |
| --------------- | ---------------- | -------------- | ------- |
| 001 | 85 | | |
| 002 | 1 | | |
| 003 | 34 | | |
| 004 | 3 | | |
| 005 | 12 | | |
| 006 | 12 | | |
| 007 | 26 | | |
| 008 | 1 | | |

CA T0 83 02 15                                        Page   1

COMMERCIAL AUTO
POLICY NUMBER: **AD-7N911433-21-CAG**                 ISSUE DATE: **05-24-22**

### THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# AUTO DEALERS – ACTS, ERRORS OR OMISSIONS LIMITS EXTENSION ENDORSEMENT

This endorsement modifies insurance provided under the following:

    AUTO DEALERS COVERAGE FORM

### SCHEDULE OF ACTS, ERRORS OR OMISSIONS LIABILITY LIMITS

The Limits of Insurance apply separately to each "act, error or omission" coverage:

| | |
|---|---|
| EACH CLAIM LIMIT OF INSURANCE | $ **500,000** |
| AGGREGATE LIMIT OF INSURANCE | $ **500,000** |
| ONE YEAR PRIOR ACTS LIMIT OF INSURANCE | $ 100,000 |

### PROVISIONS

The following replaces Paragraph **E.**, **Limit Of Insurance And Deductible**, of **SECTION III – ACTS, ERRORS OR OMISSIONS LIABILITY COVERAGES:**

**E.   Limits Of Insurance**

    **1.**   Regardless of the number of "insureds", claims made or "suits" brought or persons or organizations making claims or bringing "suits", the most we will pay for the sum of all damages for each separate "act, error or omission" coverage is the Aggregate Limit of Insurance shown in the Schedule Of Acts, Errors Or Omissions Liability Limits.

    **2.**   Subject to the Aggregate Limit of Insurance for the applicable "act, error or omission" coverage, the most we will pay for all damages resulting from any one claim is the Each Claim Limit of Insurance shown in the Sched-ule Of Acts, Errors Or Omissions Liability Limits. Any "suits" involving a class action will be deemed one claim. No other Limits of Insurance apply.

    **3.**   If One Year Prior Acts Coverage is part of your Acts, Errors And Omissions Liability Coverages, then the One Year Prior Acts Limit Of Insurance Paragraph is replaced by the following:

    A **$100,000** One Year Prior Acts Limit Of Insurance applies separately to each coverage included in the definition of "act, error or omission" for damages because of any "act, error or omission" committed during this one year period. This limit applies to each such claim and as an aggregate for all such claims related to the same "act, error or omission" coverage. No other limit of insurance applies to such prior acts.

© 2015 The Travelers Indemnity Company, Inc. All rights reserved.
Includes the copyrighted material of Insurance Services Office, Inc. with its permission.

POLICY NUMBER: **AD-7N911433-21-CAG**

COMMERCIAL AUTO
ISSUE DATE: **05-24-22**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# GARAGEKEEPERS COVERAGE AND
# PHYSICAL DAMAGE MULTIPLE DEDUCTIBLES

This endorsement modifies insurance provided under the following:

    AUTO DEALERS COVERAGE PART DECLARATIONS
    AUTO DEALERS COVERAGE FORM

**PROVISIONS**

1. The deductibles shown in the applicable Schedule below apply for the Comprehensive and Specified Causes of Loss section at **ITEM FIVE – GARAGEKEEPERS COVERAGE AND PREMIUMS** and for the Comprehensive Coverage Limit of Insurance for Each Location section at **ITEM SIX – PHYSICAL DAMAGE COVERAGE** section of the **AUTO DEALERS COVERAGE PART DECLARATIONS**:

**SCHEDULE**

**ITEM FIVE – GARAGEKEEPERS COVERAGE**

| Location (list each location separately) | Covered Causes of Loss* | Deductible | |
|---|---|---|---|
| | | For Each Covered "Auto" | Maximum Deductible in any one event at each location |
| **SEE SCHEDULE EXTENSION** | | | |

**ITEM SIX – PHYSICAL DAMAGE COVERAGE**

| Location (list each location separately) | Covered Causes of Loss* | Deductible | |
|---|---|---|---|
| | | For Each Covered "Auto" | Maximum Deductible in any one event at each location |
| **SEE SCHEDULE EXTENSION** | | | |

**CA T4 14 02 15**

© 2015 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

Page 1 of 2

COMMERCIAL AUTO

- For each Deductible listed in this Schedule, enter the description of any Covered Causes of Loss listed below to which that Deductible applies:

    **(1)** Theft or Mischief or Vandalism

    **(2)** Earthquake

    **(3)** Windstorm Or Hail

    **(4)** Flood

    **(5)** All Covered Perils, other than collision, not listed separately on this Schedule

**2.** The following replaces Paragraph **5.**, **Limit Of Insurance And Deductibles**, in Paragraph **E.**, **Garagekeepers Coverage**, of **SECTION I – COVERED AUTOS COVERAGES**:

**5.** **Limit Of Insurance And Deductibles**

**a.** Regardless of the number of "customer's autos", "insureds", premiums paid, claims made or "suits" brought, the most we will pay for each "loss" is the Garagekeepers Coverage Limit of Insurance shown in the Declarations for that location minus the applicable deductible for "loss" caused by collision shown in the Declarations, and the applicable deductible for the specified covered cause of loss shown in the Schedule above.

**b.** The maximum deductible stated in the Schedule for Garagekeepers Coverage Comprehensive applies to the location for which it is shown and is the most that will be deducted for all "loss" in any one event from the covered cause of loss for which it is shown at that location. If "NO" appears in the Schedule above for maximum deductible, then no maximum deductible applies for "loss" from the covered cause of loss for which it is shown.

**c.** Sometimes to settle a claim or "suit" we may pay all or any part of the deductible. If this happens you must reimburse us for the deductible or that portion of the deductible that we paid.

**3.** The following replaces Paragraph **5.**, **Deductible**, in Paragraph **F.**, **Physical Damage Coverage**, of **SECTION I – COVERED AUTOS COVERAGES**:

**5.** **Deductible**

For each covered "auto", our obligation to pay for, repair, return or replace damaged or stolen property will be reduced by the applicable deductible shown in the Schedule above that applies to specified covered cause of loss.

The maximum deductible stated in the Schedule applies to the location for which it is shown and is the most that will be deducted for all "loss" in any one event from the covered cause of loss for which it is shown at that location. If "NO" appears in the Schedule above for maximum deductible, then no maximum deductible applies for "loss" from the covered cause of loss for which it is shown.

© 2015 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.
**CA T4 14 02 15**

COMMERCIAL AUTO
ISSUE DATE: 05-24-22

POLICY NUMBER: AD-7N911433-21-CAG

# SCHEDULE EXTENSION

**This is an extension of CA T4 14 02 15**

**GARAGEKEEPERS COVERAGE AND PHYSICAL DAMAGE MULTIPLE DEDUCTIBLES**

**SCHEDULE**

ITEM FIVE - GARAGEKEEPERS COVERAGE

| Loc | Covered Causes of Loss** | Deductible For Each Covered "Auto" | Maximum Deductible in any one event |
|---|---|---|---|
| 1 | Flood | $ 2,500 | $ 250,000 |
| 1 | Earthquake | $ 1,000 | $ 100,000 |
| 1 | Windstorm or Hail | $ 1,000 | $ 100,000 |
| 1 | All Covered Perils, other than collision, not listed separately on this Schedule | $ 1,000 | $ 10,000 |
| 2 | Flood | $ 2,500 | $ 250,000 |
| 2 | Earthquake | $ 1,000 | $ 100,000 |
| 2 | Windstorm or Hail | $ 1,000 | $ 100,000 |
| 2 | All Covered Perils, other than collision, not listed separately on this Schedule | $ 1,000 | $ 10,000 |
| 3 | Flood | $ 2,500 | $ 250,000 |
| 3 | Earthquake | $ 1,000 | $ 100,000 |
| 3 | Windstorm or Hail | $ 1,000 | $ 100,000 |
| 3 | All Covered Perils, other than collision, not listed separately on this Schedule | $ 1,000 | $ 10,000 |
| 4 | Flood | $ 2,500 | $ 250,000 |
| 4 | Earthquake | $ 1,000 | $ 75,000 |

CA T4 14 SCHED

Page 1 of 6

COMMERCIAL AUTO
ISSUE DATE: 05-24-22

POLICY NUMBER: AD-7N911433-21-CAG

# SCHEDULE EXTENSION

### This is an extension of CA T4 14 02 15

### GARAGEKEEPERS COVERAGE AND PHYSICAL DAMAGE MULTIPLE DEDUCTIBLES

### SCHEDULE

| 4 | Windstorm or Hail | $ | 1,000 | $ | 100,000 |
| 4 | All Covered Perils, other than collision, not listed separately on this Schedule | $ | 1,000 | $ | 10,000 |

### ITEM FIVE - GARAGEKEEPERS COVERAGE

| Loc | Covered Causes of Loss** | Deductible For Each Covered "Auto" | | Maximum Deductible in any one event |
|-----|--------------------------|------|--------|------|
| 5 | Flood | $ | 2,500 | $ 250,000 |
| 5 | Earthquake | $ | 1,000 | $ 100,000 |
| 5 | Windstorm or Hail | $ | 1,000 | $ 100,000 |
| 5 | All Covered Perils, other than collision, not listed separately on this Schedule | $ | 1,000 | $ 10,000 |

### ITEM FIVE - GARAGEKEEPERS COVERAGE

| Loc | Covered Causes of Loss** | Deductible For Each Covered "Auto" | | Maximum Deductible in any one event |
|-----|--------------------------|------|--------|------|
| 6 | Flood | $ | 2,500 | $ 250,000 |
| 6 | Earthquake | $ | 1,000 | $ 100,000 |
| 6 | Windstorm or Hail | $ | 1,000 | $ 100,000 |
| 6 | All Covered Perils, other than collision, not listed separately on this Schedule | $ | 1,000 | $ 10,000 |

CA T4 14 SCHED

Page 2 of 6

COMMERCIAL AUTO
ISSUE DATE: 05-24-22

POLICY NUMBER: AD-7N911433-21-CAG

# SCHEDULE EXTENSION

**This is an extension of CA T4 14 02 15**

**GARAGEKEEPERS COVERAGE AND PHYSICAL DAMAGE MULTIPLE DEDUCTIBLES**

**SCHEDULE**

**ITEM FIVE - GARAGEKEEPERS COVERAGE**

| | | Deductible | |
|---|---|---|---|
| Loc | Covered Causes of Loss** | For Each Covered "Auto" | Maximum Deductible in any one event |
| 7 | Flood | $ 2,500 | $ 250,000 |
| 7 | Earthquake | $ 1,000 | $ 100,000 |
| 7 | Windstorm or Hail | $ 1,000 | $ 100,000 |
| 7 | All Covered Perils, other than collision, not listed separately on this Schedule | $ 1,000 | $ 10,000 |

**ITEM SIX - PHYSICAL DAMAGE COVERAGE**

| | | Deductible | |
|---|---|---|---|
| Loc | Covered Causes of Loss** | For Each Covered "Auto" | Maximum Deductible in any one event |

**ITEM SIX - PHYSICAL DAMAGE COVERAGE**

| | | Deductible | |
|---|---|---|---|
| Loc | Covered Causes of Loss** | For Each Covered "Auto" | Maximum Deductible in any one event |
| 1 | Flood | $ 2,500 | $ 250,000 |
| 1 | Earthquake | $ 2,500 | $ 250,000 |
| 1 | Windstorm or Hail | $ 1,000 | $ 100,000 |
| 1 | All Covered Perils, other than collision, not listed separately on | $ 1,000 | $ 10,000 |

CA T4 14 SCHED

Page  3 of  6

COMMERCIAL AUTO
ISSUE DATE: 05-24-22

POLICY NUMBER: AD-7N911433-21-CAG

# SCHEDULE EXTENSION

**This is an extension of CA T4 14 02 15**

**GARAGEKEEPERS COVERAGE AND PHYSICAL DAMAGE MULTIPLE DEDUCTIBLES**

**SCHEDULE**

this Schedule

**ITEM SIX - PHYSICAL DAMAGE COVERAGE**

| | | Deductible | |
| --- | --- | --- | --- |
| Loc | Covered Causes of Loss** | For Each Covered "Auto" | Maximum Deductible in any one event |
| 2 | Flood | $    2,500 | $    250,000 |
| 2 | Earthquake | $    1,000 | $    100,000 |
| 2 | Windstorm or Hail | $    1,000 | $    100,000 |
| 2 | All Covered Perils, other than collision, not listed separately on this Schedule | $    1,000 | $    25,000 |

**ITEM SIX - PHYSICAL DAMAGE COVERAGE**

| | | Deductible | |
| --- | --- | --- | --- |
| Loc | Covered Causes of Loss** | For Each Covered "Auto" | Maximum Deductible in any one event |
| 3 | Flood | $    2,500 | $    250,000 |
| 3 | Earthquake | $    1,000 | $    100,000 |
| 3 | Windstorm or Hail | $    1,000 | $    100,000 |
| 3 | All Covered Perils, other than collision, not listed separately on this Schedule | $    1,000 | $    10,000 |

**ITEM SIX - PHYSICAL DAMAGE COVERAGE**

Deductible

CA T4 14 SCHED

TRAVELERS DOC MGMT Page 576 of 615

COMMERCIAL AUTO
POLICY NUMBER: AD-7N911433-21-CAG                                      ISSUE DATE: 05-24-22

# SCHEDULE EXTENSION

**This is an extension of CA T4 14 02 15**

**GARAGEKEEPERS COVERAGE AND PHYSICAL DAMAGE MULTIPLE DEDUCTIBLES**

**SCHEDULE**

| Loc | Covered Causes of Loss** | For Each Covered "Auto" | Maximum Deductible in any one event |
|-----|--------------------------|-------------------------|-------------------------------------|
| 4 | Flood | $ 2,500 | $ 250,000 |
| 4 | Earthquake | $ 1,000 | $ 100,000 |
| 4 | Windstorm or Hail | $ 1,000 | $ 100,000 |
| 4 | All Covered Perils, other than collision, not listed separately on this Schedule | $ 1,000 | $ 10,000 |

ITEM SIX - PHYSICAL DAMAGE COVERAGE

| | | Deductible | |
|-----|--------------------------|-------------------------|-------------------------------------|
| Loc | Covered Causes of Loss** | For Each Covered "Auto" | Maximum Deductible in any one event |
| 5 | Flood | $ 2,500 | $ 250,000 |
| 5 | Earthquake | $ 1,000 | $ 100,000 |
| 5 | Windstorm or Hail | $ 1,000 | $ 100,000 |
| 5 | All Covered Perils, other than collision, not listed separately on this Schedule | $ 1,000 | $ 10,000 |

ITEM SIX - PHYSICAL DAMAGE COVERAGE

| | | Deductible | |
|-----|--------------------------|-------------------------|-------------------------------------|
| Loc | Covered Causes of Loss** | For Each Covered "Auto" | Maximum Deductible in any one event |
| 6 | Flood | $ 2,500 | $ 250,000 |

CA T4 14 SCHED                                                          Page  5 of  6

POLICY NUMBER:  AD-7N911433-21-CAG

COMMERCIAL AUTO
ISSUE DATE:  05-24-22

# SCHEDULE EXTENSION

**This is an extension of CA T4 14 02 15**

**GARAGEKEEPERS COVERAGE AND PHYSICAL DAMAGE MULTIPLE DEDUCTIBLES**

**SCHEDULE**

| 6 | Earthquake | $ | 1,000 | $ | 100,000 |
|---|---|---|---|---|---|
| 6 | Windstorm or Hail | $ | 1,000 | $ | 100,000 |
| 6 | All Covered Perils, other than collision, not listed separately on this Schedule | $ | 1,000 | $ | 10,000 |

ITEM SIX - PHYSICAL DAMAGE COVERAGE

| Loc | Covered Causes of Loss** | Deductible For Each Covered "Auto" | | Maximum Deductible in any one event | |
|---|---|---|---|---|---|
| 7 | Flood | $ | 2,500 | $ | 250,000 |
| 7 | Earthquake | $ | 1,000 | $ | 100,000 |
| 7 | Windstorm or Hail | $ | 1,000 | $ | 100,000 |
| 7 | All Covered Perils, other than collision, not listed separately on this Schedule | $ | 1,000 | $ | 10,000 |

CA T4 14 SCHED

Page  6 of  6



One Tower Square, Hartford, Connecticut 06183

CHANGE ENDORSEMENT

Named Insured:
DOLAN AUTOMOTIVE GROUP, LLC
AND AS PER IL T8 03

Policy Number: AD-7N911433-21-CAG
Policy Effective Date: 07/01/21
Issue Date: 05/31/22
Additional Premium $ ███

INSURING COMPANY:
TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

Effective from 04/06/22 at the time of day the policy becomes effective.

THIS INSURANCE IS AMENDED AS FOLLOWS:

THE COMMERCIAL AUTOMOBILE COVERAGE PART IS AMENDED AS FOLLOWS:

        DRIVE OTHER CAR COVERAGE IS CHANGED AS FOLLOWS:
        THE NAME(S) OF INDIVIDUAL(S) IS AMENDED TO READ:
        STATE: NV NAME OF INDIVIDUAL(S):
                THOMAS S. DOLAN
                RYAN M. DOLAN & MELISSA DOLAN
                BRADEN T. DOLAN
                DANIELLE DOLAN PLYMELL
                PAMELA DOLAN
                MICHAEL E. DOLAN
                BROOKE ASHLYNNE DOLAN
                SANDY MCKEE
                KATHERYN DOLAN

NAME AND ADDRESS OF AGENT OR BROKER:
  L P INS SERVICES LLC (CWV32)
  300 E 2ND ST STE 1300
  RENO, NV 89501

COUNTERSIGNED BY:

_____
Authorized Representative

DATE:_____

IL T0 07 09 87    PAGE  1 OF  1
OFFICE: PHOENIX



**POLICY NUMBER:**  AD-7N911433-21-CAG

**EFFECTIVE DATE:**  07-01-21

**ISSUE DATE:**  05-31-22


LISTING OF FORMS, ENDORSEMENTS AND SCHEDULE NUMBERS

THIS LISTING SHOWS THE NUMBER OF FORMS, SCHEDULES AND ENDORSEMENTS
BY LINE OF BUSINESS.


```
IL T0 07 09 87    CHANGE ENDORSEMENT
IL T8 01 10 93    FORMS, ENDORSEMENTS AND SCHEDULE NUMBERS
```


COMMERCIAL AUTOMOBILE

```
CA T0 77 02 15    AUTO DEALER DECLARATIONS-ITEM ONE & TWO
CA T0 78 02 15    AUTO DEALER DECS-ITEM THREE & FOUR
CA T0 79 02 15    AUTO DEALER DECLARATIONS - ITEM FIVE
CA T0 80 02 15    AUTO DEALER DECLARATIONS - ITEM SIX
CA T0 83 02 15    AUTO DEALER DECLARATIONS-ITEM NINE & TEN
CA T4 80 02 15    AUTO DLRS-ACTS,ERR OR OMISS LMTS EXT END
CA T4 14 02 15    GAR-KEEPERS COV & PHYS DMGE MULTIPLE DED
```


**IL T8 01 10 93**                                        **PAGE:   1 OF   1**

# COMMERCIAL AUTOMOBILE

# COMMERCIAL AUTOMOBILE



**TRAVELERS**                    One Tower Square, Hartford, Connecticut 06183

```
AUTO DEALERS                    POLICY NUMBER: AD-7N911433-21-CAG
COVERAGE PART DECLARATIONS      ISSUE DATE:  05-31-22  LC


ITEM ONE
INSURING COMPANY:
TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA
Declarations Period:  From:  07-01-21 to 07-01-22 12:01 A.M. Standard
Time at your mailing address shown in the Common Policy Declarations.

FORM OF BUSINESS: LIMITED LIABILITY CO

The Auto Dealers Coverage Part consists of these Declarations and the Coverage
Form shown below.


ITEM TWO
A. COVERAGE AND LIMITS OF INSURANCE
      This policy provides only those coverages where a limit, if applicable,
      is shown in the columns below. Each of the "auto"-related coverages
      will apply only to those "autos" shown as covered "autos"."Autos"
      are shown as covered "autos" for the applicable coverages by the
      entry of one or more of the symbols from section I - Covered Autos
      Coverages of the Auto Dealers Coverage Form next to the name of
      the "auto" related coverage.

      COVERAGES              COVERED AUTOS          LIMIT  OF INSURANCE
                                             THE MOST WE WILL PAY FOR ANY ONE
                                             ACCIDENT OR LOSS

      _____            _____   _____


      COVERED AUTOS LIABILTY    21            $  1,000,000 EACH ACCIDENT

      GENERAL LIABILITY                       $  1,000,000 EACH ACCIDENT
      BODILY INJURY AND PROPERTY
      DAMAGE LIABILITY

      DAMAGES TO PREMISES                     See CA T4 25
      RENTED TO YOU

      PERSONAL AND ADVERTISING                $  1,000,000 ANY ONE PERSON OR
      INJURY LIABILITY                                     ORGANIZATION

      GENERAL LIABILTY AGGREGATE              $  2,000,000

      PRODUCTS AND WORK YOU                   $  2,000,000
      PERFORMED AGGREGATE

      LOCATIONS AND OPERATIONS                $      5,000
      MEDICAL PAYMENTS

      ADDED PERSONAL INJURY                   SEPARATELY STATED IN EACH
      PROTECTION                              ADDED PIP ENDORSEMENT
      (or equivalent Added
      No-fault coverage)


      CA T0 77 02 15                    PAGE   (CONTINUED)
      PRODUCER: L P INS SERVICES LLC  CWV32   OFFICE: PHNX  169
```



One Tower Square, Hartford, Connecticut 06183

---

AUTO DEALERS                          POLICY NUMBER: AD-7N911433-21-CAG
COVERAGE PART DECLARATIONS            ISSUE DATE:  05-31-22  LC

| COVERAGES | COVERED AUTOS | LIMIT OF INSURANCE<br>THE MOST WE WILL PAY FOR ANY ONE<br>ACCIDENT OR LOSS |
|-----------|---------------|------------------|
| AUTO MEDICAL PAYMENTS | 21 | $     5,000 |
| UNINSURED AND UNDERINSURED MOTORISTS COVERAGE | 22 | See CA TO 30 |
| GARAGEKEEPERS COVERAGE | 30 | REFER TO ITEM FIVE |
| PHYSICAL DAMAGE COMPREHENSIVE COVERAGE | 23 28 31 | ACTUAL CASH VALUE OR COST OF REPAIR, WHICHEVER IS LESS MINUS $ DEDUCTIBLE FOR EACH COVERED AUTO. See ITEM SIX For Dealers "Autos". |
| PHYSICAL DAMAGE COLLISION COVERAGE | 23 28 31 | ACTUAL CASH VALUE OR COST OF REPAIR, WHICHEVER IS LESS MINUS $ Ded. FOR EACH COVERED AUTO. See Item Six for Dealers Blanket Collision. |
| ACTS, ERRORS OR OMISSIONS LIABILITY | | $   500,000    AGGREGATE<br>$     5,000    PER CLAIM DEDUCTIBLE |

B. AUDIT PERIOD:      ANNUAL

C. DESCRIPTION OF COVERED AUTO DESIGNATION SYMBOLS:
   Symbols 21-31: See AUTO DEALERS COVERAGE FORM Section I - Covered Autos
   SYMBOL 32.

D. LOSS PAYEE: Any loss under Physical Damage Coverages is payable as
   interest may appear to you and the Loss Payee named in the Declarations
   (see Loss Payable Clause below)

E. NUMBERS OF FORMS, SCHEDULES AND ENDORSEMENTS FORMING PART OF THIS COVERAGE
   PART: SEE IL T8 01 10 93

CA TO 77 02 15                        PAGE  (CONTINUED)
PRODUCER: L P INS SERVICES LLC  CWV32  OFFICE: PHNX  169



One Tower Square, Hartford, Connecticut  06183

AUTO DEALERS                          POLICY NUMBER: AD-7N911433-21-CAG
COVERAGE PART DECLARATIONS           ISSUE DATE:  05-31-22   LC


LOSS PAYABLE CLAUSE

   A.   We will pay you and the loss payee named in the policy for "loss"
        to a covered "auto", as interest may appear.

   B.   The insurance covers the interest of the loss payee unless the
        "loss" results from conversion, secretion or embezzlement on your
        part.

   C.   We may cancel the policy as allowed by the CANCELLATION Common
        Policy Condition.  Cancellation ends this agreement as to the loss
        payee's interest.  If we cancel the policy we will mail you and the
        loss payee the same advance notice.

   D.   If we make any payment to the loss payee, we will obtain their
        rights against any other party.



                    SCHEDULE OF LOSS PAYEES

                       LOSS PAYEE (Name and Address)








CA T0 77 02 15                          PAGE   (CONTINUED)
PRODUCER: L P INS SERVICES LLC   CWV32  OFFICE: PHNX  169

---



One Tower Square, Hartford, Connecticut  06183

```
                                 AUTO DEALERS COVERAGE PART DECLARATIONS
                                 AUTO DEALERS' SUPPLEMENTARY SCHEDULE
                                 Issue date: 05-31-22

                         Policy Number: AD -7N911433-21-CAG

ITEM THREE - LOCATIONS WHERE YOU CONDUCT AUTO DEALER OPERATIONS
 Loc         Address                          Zip              Cnty/twn
 No       Street and City          State     Code     terr       Code
 ---    ---------------            -----     ----     ----     --------
   4    550 KIETZKE LN
        RENO                        NV       89502    111

   5    700 KIETZKE LN
        RENO                        NV       89502    111

   6    1395 E NEWLANDS DR
        FERNLEY                     NV       89408    106


ITEM FOUR-AUTO DEALERS - LIABILITY AND PERSONAL INJURY PROTECTION
(Or Equivalent Or Similar No Fault Coverages) - PREMIUMS
 Loc    Class of                    No of   Rating   Total Rating
 No     Operators                  Persons  Units       Units
 ---    ---------                  -------  ------   -----------

   4       Cl I   Empl-Regular         1.0
           Cl I   Empl-A/O             3.0
           Cl II Non-Empl-Under age 25
           Cl II Non-Empl-Age 25 or over


   5       Cl I   Empl-Regular        16.0
           Cl I   Empl-A/O            57.0
           Cl II Non-Empl-Under age 25
           Cl II Non-Empl-Age 25 or over


   6       Cl I   Empl-Regular         7.0
           Cl I   Empl-A/O            19.0
           Cl II Non-Empl-Under age 25
           Cl II Non-Empl-Age 25 or over
```

```
              LOCATION        LOCATION        LOCATION
               #  4            #  5            #  6
          ---------------  ---------------  ---------------
```

```
                                                            TOTAL
              RATE    PREM   RATE    PREM   RATE    PREM   PREMIUMS
AUTO & GEN LIAB
LOC & OP MED PAY
PIP/APIP
NJ PED PIP
MICHIGAN PPI
AUTO MED PAY
A, E & O LIAB
    CA TO 78 02 15                         Page   2 (Continued)
```



One Tower Square, Hartford, Connecticut  06183

AUTO DEALERS COVERAGE PART DECLARATIONS
AUTO DEALERS' SUPPLEMENTARY SCHEDULE
Issue date: 05-31-22

Policy Number: AD -7N911433-21-CAG

ITEM THREE - LOCATIONS WHERE YOU CONDUCT AUTO DEALER OPERATIONS

| Loc No | Address Street and City | State | Zip Code | terr | Cnty/twn Code |
|---|---|---|---|---|---|
| 7 | 9455&9475 S VIRGINIA STREET RENO | NV | 89511 | 111 | |
| 9 | 1000 E. GOWAN RD NORTH LAS VEGAS | NV | 89030 | 109 | |

ITEM FOUR-AUTO DEALERS - LIABILITY AND PERSONAL INJURY PROTECTION
(Or Equivalent Or Similar No Fault Coverages) - PREMIUMS

| Loc No | Class of Operators | No of Persons | Rating Units | Total Rating Units |
|---|---|---|---|---|
| 7 | Cl I  Empl-Regular | 11.0 | | |
| | Cl I  Empl-A/O | 37.0 | | |
| | Cl II Non-Empl-Under age 25 | | | |
| | Cl II Non-Empl-Age 25 or over | | | |
| 9 | Cl I  Empl-Regular | 1.0 | | |
| | Cl I  Empl-A/O | | | |
| | Cl II Non-Empl-Under age 25 | | | |
| | Cl II Non-Empl-Age 25 or over | | | |
| | Cl I  Empl-Regular | | | |
| | Cl I  Empl-A/O | | | |
| | Cl II Non-Empl-Under age 25 | | | |
| | Cl II Non-Empl-Age 25 or over | | | |

| LOCATION # 7 | LOCATION # 9 | LOCATION # |
|---|---|---|
| --------------- | --------------- | --------------- |

| | RATE | PREM | RATE | PREM | RATE | PREM | TOTAL PREMIUMS |
|---|---|---|---|---|---|---|---|
| AUTO & GEN LIAB | | | | | | | |
| LOC & OP MED PAY | | | | | | | |
| PIP/APIP | | | | | | | |
| NJ PED PIP | | | | | | | |
| MICHIGAN PPI | | | | | | | |
| AUTO MED PAY | | | | | | | |
| A, E & O LIAB | | | | | | | |

CA T0 78 02 15                                   Page  3 (Continued)



One Tower Square, Hartford, Connecticut 06183

AUTO DEALERS COVERAGE PART DECLARATIONS
AUTO DEALERS' SUPPLEMENTARY SCHEDULE
Issue date: 05-31-22

Policy Number: AD -7N911433-21-CAG

ITEM FOUR-AUTO DEALERS - LIABILITY COVERAGE - PREMIUMS(Continued)

LIABILITY MINIMUM PREMIUM - 

DEFINITIONS:
Class I-Employees
Regular Operator - Proprietors, owners, executive officers, sales managers, service managers, finance managers and general managers, whether they have an assigned vehicle or not, and any employee whose principal duty involves the operation of covered "autos" or who is furnished a covered "auto".
All Others - All other employees including salespersons who have not been assigned an auto or who do not have permission to access plates for personal use of autos.

NOTE:
1.  Part-time employees working an average of 20 hours or more a week for the number of weeks worked are to be counted as one rating unit each.
2.  Part-time employees working an average of less than 20 hours a week for the number of weeks worked are to be counted as 1/2 rating unit each.

Class II-Non-Employees
Any of the following persons who are regularly furnished with a covered "auto" : Inactive proprietors, partners or officers and their relatives and the relatives of any person described in Class I.

CA TO 78 02 15                              Page  4



**TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

                              AUTO DEALERS COVERAGE PART DECLARATIONS
                              Issue Date: 05-31-22

                          Policy Number: AD -7N911433-21-CAG

ITEM FIVE
GARAGEKEEPERS COVERAGES AND PREMIUMS

Location          Coverages              Limit of Insurance for Each Location
   No.

        COMPREHENSIVE         $     2,500,000      MINUS THE DEDUCTIBLE AS
   1                          SHOWN ON CA T4 14
                                      OR
                              $          MINUS $          DEDUCTIBLE FOR ALL
                              PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO
                              $             MAXIMUM DEDUCTIBLE
                              FOR ALL SUCH LOSS IN EACH EVENT AT THIS LOCATION.


        SPECIFIED CAUSES OF   $          MINUS $          DEDUCTIBLE FOR
        LOSS                  EACH CUSTOMER'S AUTO FOR LOSS CAUSED BY THEFT
                              OR MISCHIEF OR VANDALISM SUBJECT TO $
                              MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY
                              ONE EVENT;
                                      OR
                              $          MINUS $          DEDUCTIBLE FOR ALL
                              PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO
                              $             MAXIMUM DEDUCTIBLE
                              FOR ALL SUCH LOSS IN ANY ONE EVENT.
        COLLISION             $ 2,500,000 MINUS $    3,000 DEDUCTIBLE FOR EACH
                              CUSTOMER'S AUTO.







        CA T0 79 02 15                        PAGE 01   (Continued)

 **TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

```
                              AUTO DEALERS COVERAGE PART DECLARATIONS
                              Issue Date: 05-31-22

                      Policy Number: AD -7N911433-21-CAG
ITEM FIVE
GARAGEKEEPERS COVERAGES AND PREMIUMS

Location          Coverages          Limit of Insurance for Each Location
   No.

          COMPREHENSIVE       $       500,000      MINUS THE DEDUCTIBLE AS
   2                          SHOWN ON CA T4 14
                                        OR
                              $           MINUS $          DEDUCTIBLE FOR ALL
                              PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO
                              $            MAXIMUM DEDUCTIBLE
                              FOR ALL SUCH LOSS IN EACH EVENT AT THIS LOCATION.


          SPECIFIED CAUSES OF $           MINUS $          DEDUCTIBLE FOR
          LOSS                EACH CUSTOMER'S AUTO FOR LOSS CAUSED BY THEFT
                              OR MISCHIEF OR VANDALISM SUBJECT TO $
                              MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY
                              ONE EVENT;
                                        OR
                              $           MINUS $          DEDUCTIBLE FOR ALL
                              PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO
                              $            MAXIMUM DEDUCTIBLE
                              FOR ALL SUCH LOSS IN ANY ONE EVENT.
          COLLISION           $   500,000 MINUS $     3,000 DEDUCTIBLE FOR EACH
                              CUSTOMER'S AUTO.
```

```
         CA T0 79 02 15                        PAGE 02   (Continued)
```



One Tower Square, Hartford, Connecticut 06183

                              AUTO DEALERS COVERAGE PART DECLARATIONS
                              Issue Date: 05-31-22

                    Policy Number: AD -7N911433-21-CAG
ITEM FIVE
GARAGEKEEPERS COVERAGES AND PREMIUMS

Location        Coverages           Limit of Insurance for Each Location
   No.

        COMPREHENSIVE       $    1,000,000    MINUS THE DEDUCTIBLE AS
   3                        SHOWN ON CA T4 14
                                 OR
                            $        MINUS $        DEDUCTIBLE FOR ALL
                            PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO
                            $          MAXIMUM DEDUCTIBLE
                            FOR ALL SUCH LOSS IN EACH EVENT AT THIS LOCATION.


        SPECIFIED CAUSES OF $        MINUS $        DEDUCTIBLE FOR
        LOSS                EACH CUSTOMER'S AUTO FOR LOSS CAUSED BY THEFT
                            OR MISCHIEF OR VANDALISM SUBJECT TO $
                            MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY
                            ONE EVENT;
                                 OR
                            $          MINUS $        DEDUCTIBLE FOR ALL
                            PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO
                            $          MAXIMUM DEDUCTIBLE
                            FOR ALL SUCH LOSS IN ANY ONE EVENT.
        COLLISION           $ 1,000,000 MINUS $    3,000 DEDUCTIBLE FOR EACH
                            CUSTOMER'S AUTO.




        CA T0 79 02 15                      PAGE 03   (Continued)

 **TRAVELERS**

One Tower Square, Hartford, Connecticut  06183

AUTO DEALERS COVERAGE PART DECLARATIONS
Issue Date: 05-31-22

Policy Number: AD -7N911433-21-CAG

ITEM FIVE
GARAGEKEEPERS COVERAGES AND PREMIUMS

| Location No. | Coverages | Limit of Insurance for Each Location |
|---|---|---|
| 4 | COMPREHENSIVE | $      100,000      MINUS THE DEDUCTIBLE AS SHOWN ON CA T4 14 OR $          MINUS $          DEDUCTIBLE FOR ALL PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO $          MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN EACH EVENT AT THIS LOCATION. |
|  | SPECIFIED CAUSES OF LOSS | $          MINUS $          DEDUCTIBLE FOR EACH CUSTOMER'S AUTO FOR LOSS CAUSED BY THEFT OR MISCHIEF OR VANDALISM SUBJECT TO $          MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT; OR $          MINUS $          DEDUCTIBLE FOR ALL PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO $          MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT. |
|  | COLLISION | $      100,000 MINUS $      3,000 DEDUCTIBLE FOR EACH CUSTOMER'S AUTO. |

CA T0 79 02 15                         PAGE 04   (Continued)

 **TRAVELERS**

One Tower Square, Hartford, Connecticut  06183

AUTO DEALERS COVERAGE PART DECLARATIONS
Issue Date: 05-31-22

Policy Number: AD -7N911433-21-CAG

ITEM FIVE
GARAGEKEEPERS COVERAGES AND PREMIUMS

| Location No. | Coverages | Limit of Insurance for Each Location |
|---|---|---|
| 5 | COMPREHENSIVE | $     1,000,000     MINUS THE DEDUCTIBLE AS SHOWN ON CA T4 14<br>                    OR<br>$          MINUS $          DEDUCTIBLE FOR ALL PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO $            MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN EACH EVENT AT THIS LOCATION. |
| | SPECIFIED CAUSES OF LOSS | $          MINUS $          DEDUCTIBLE FOR EACH CUSTOMER'S AUTO FOR LOSS CAUSED BY THEFT OR MISCHIEF OR VANDALISM SUBJECT TO $ MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT;<br>                    OR<br>$          MINUS $          DEDUCTIBLE FOR ALL PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO $            MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT. |
| | COLLISION | $ 1,000,000 MINUS $     3,000 DEDUCTIBLE FOR EACH CUSTOMER'S AUTO. |

CA T0 79 02 15                         PAGE 05   (Continued)



**TRAVELERS**

One Tower Square, Hartford, Connecticut  06183

AUTO DEALERS COVERAGE PART DECLARATIONS
Issue Date: 05-31-22

Policy Number: AD -7N911433-21-CAG

ITEM FIVE
GARAGEKEEPERS COVERAGES AND PREMIUMS

Location          Coverages                 Limit of Insurance for Each Location
   No.

        COMPREHENSIVE      $       500,000      MINUS THE DEDUCTIBLE AS
   6                       SHOWN ON CA T4 14
                                    OR
                           $           MINUS $          DEDUCTIBLE FOR ALL
                           PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO
                           $          MAXIMUM DEDUCTIBLE
                           FOR ALL SUCH LOSS IN EACH EVENT AT THIS LOCATION.


        SPECIFIED CAUSES OF $          MINUS $          DEDUCTIBLE FOR
        LOSS               EACH CUSTOMER'S AUTO FOR LOSS CAUSED BY THEFT
                           OR MISCHIEF OR VANDALISM SUBJECT TO $
                           MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY
                           ONE EVENT;
                                    OR
                           $          MINUS $          DEDUCTIBLE FOR ALL
                           PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO
                           $          MAXIMUM DEDUCTIBLE
                           FOR ALL SUCH LOSS IN ANY ONE EVENT.
        COLLISION          $   500,000 MINUS $     3,000 DEDUCTIBLE FOR EACH
                           CUSTOMER'S AUTO.




        CA T0 79 02 15                        PAGE 06   (Continued)

 **TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

AUTO DEALERS COVERAGE PART DECLARATIONS
Issue Date: 05-31-22

Policy Number: AD -7N911433-21-CAG

ITEM FIVE
GARAGEKEEPERS COVERAGES AND PREMIUMS

| Location No. | Coverages | Limit of Insurance for Each Location |
|---|---|---|
| 7 | COMPREHENSIVE | $    1,000,000    MINUS THE DEDUCTIBLE AS SHOWN ON CA T4 14<br>           OR<br>$         MINUS $         DEDUCTIBLE FOR ALL PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO $         MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN EACH EVENT AT THIS LOCATION. |
|  | SPECIFIED CAUSES OF LOSS | $         MINUS $         DEDUCTIBLE FOR EACH CUSTOMER'S AUTO FOR LOSS CAUSED BY THEFT OR MISCHIEF OR VANDALISM SUBJECT TO $ MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT;<br>           OR<br>$         MINUS $         DEDUCTIBLE FOR ALL PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO $         MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT. |
|  | COLLISION | $ 1,000,000 MINUS $    3,000 DEDUCTIBLE FOR EACH CUSTOMER'S AUTO. |

CA T0 79 02 15                          PAGE 07   (Continued)



One Tower Square, Hartford, Connecticut 06183

AUTO DEALERS COVERAGE PART DECLARATIONS
Issue Date: 05-31-22

Policy Number: AD -7N911433-21-CAG

ITEM FIVE
GARAGEKEEPERS COVERAGES AND PREMIUMS

| Location No. | Coverages | Limit of Insurance for Each Location |
|---|---|---|
| 9 | COMPREHENSIVE | $       500,000       MINUS THE DEDUCTIBLE AS SHOWN ON CA T4 14<br>OR<br>$          MINUS $          DEDUCTIBLE FOR ALL PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO $          MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN EACH EVENT AT THIS LOCATION. |
|  | SPECIFIED CAUSES OF LOSS | $          MINUS $          DEDUCTIBLE FOR EACH CUSTOMER'S AUTO FOR LOSS CAUSED BY THEFT OR MISCHIEF OR VANDALISM SUBJECT TO $ MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT;<br>OR<br>$          MINUS $          DEDUCTIBLE FOR ALL PERILS FOR EACH CUSTOMER'S AUTO SUBJECT TO $          MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT. |
|  | COLLISION | $    500,000 MINUS $     1,000 DEDUCTIBLE FOR EACH CUSTOMER'S AUTO. |

CA T0 79 02 15                          PAGE 08   (Continued)



**TRAVELERS**

One Tower Square, Hartford, Connecticut  06183

AUTO DEALERS COVERAGE PART DECLARATIONS
Issue Date: 05-31-22

Policy Number: AD -7N911433-21-CAG

ITEM FIVE - GARAGEKEEPERS COVERAGES & PREMIUMS (Continued)

PREMIUM FOR ALL LOCATIONS
        Comprehensive
        Specified Causes of Loss
        Collision



GARAGEKEEPERS COVERAGE applies on a legal liability basis unless one of
the Direct Coverage Options is indicated below by "(X)"

  DIRECT COVERAGE OPTIONS

    ( )  EXCESS INSURANCE  If this box is checked, GARAGEKEEPERS COVERAGE
         remains applicable on a legal liability basis. However coverage also
         applies without regard to your or any other "Insured's" legal
         liability for "loss" to a customer's "auto" on an  excess basis over
         any other collectible insurance regardless of whether the other
         insurance covers your or any other "insured's"interest or the interest
         of the covered "auto's" owner.

    ( )  PRIMARY INSURANCE  If this box is checked GARAGEKEEPERS COVERAGE is
         changed to apply without regard to your or any other "insured's"
         legal liability for "loss" to a customer's "auto" and is primary
         insurance.

        CA T0 79 02 15                          PAGE 09



**TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

```
                                        AUTO DEALERS
                                        COVERAGE PART
                                        DECLARATIONS
                                        ISSUE DATE 05-31-22

                        POLICY NUMBER: AD -7N911433-21-CAG

     ITEM SIX

     PHYSICAL DAMAGE INSURANCE-TYPES OF COVERED AUTOS AND INTERESTS IN THESE
     AUTOS-PREMIUMS-REPORTING OR NONREPORTING BASIS.

     Each of the following PHYSICAL DAMAGE coverages that is indicated in ITEM
     TWO applies only to the types of autos and interest indicated by 'X'.

                                                      SPECIFIED
     COVERAGES                         COMPREHENSIVE  CAUSES OF LOSS   COLLISION

     TYPES       NEW AUTOS                  X                            X
     OF
     AUTOS       USED AUTOS, DEMONSTRATORS
                 AND SERVICE VEHICLES       X                            X

     INTERESTS   YOUR INTEREST IN COVERED
     COVERED     AUTOS YOU OWN

                 YOUR INTEREST ONLY IN
                 FINANCED COVERED AUTOS

                 YOUR INTEREST AND THE
                 INTEREST OF ANY CREDITOR
                 NAMED AS A LOSS PAYEE      X                            X

                 ALL INTERESTS IN ANY AUTO NOT
                 OWNED BY YOU OR ANY CREDITOR
                 WHILE IN YOUR POSSESSION ON
                 CONSIGNMENT FOR SALE


     Our limit of insurance for 'loss' at locations other than those stated in
     ITEM THREE.
        $  1,000,000 Additional locations where you store covered autos
        $  1,000,000 In transit

     PREMIUM BASIS-Reporting (Quarterly or Monthly) or Nonreporting (Indicate Basis
     Agreed Upon by X)
        ( ) REPORTING BASIS (Quarterly or Monthly) as indicated below by 'X'.
            You must report to us on our form the locations of your covered "autos"
            and their total value at each such location. For your main sales location
            identified as location no. 1, you must include the total value of all
            covered "autos" you have furnished or made available to yourself, your
            executives, your "employees" or family members and other Class II - Non-
            Employees, and covered "autos" that are temporarily displayed or stored
            at locations other than those stated in ITEM THREE above. For your main
            sales location you must include the total value of all service vehicles.




     CA T0 80 02 15                                  PAGE    1
```

**TRAVELERS**                                   One Tower Square, Hartford, Connecticut  06183

```
                                    AUTO DEALERS
                                    COVERAGE PART
                                    DECLARATIONS
                                    ISSUE DATE 05-31-22

                         POLICY NUMBER: AD -7N911433-21-CAG
```

ITEM SIX    (CONTINUED)

PREMIUM BASIS-Reporting or Nonreporting(Indicate Basis Agreed Upon by X)
 (continued)

     YOUR REPORTING BASIS IS:
     ( ) QUARTERLY you must give us your first report by the fifteenth of the
         fourth month after the policy begins. Your subsequent reports must
         be given to us by the fifteenth of every third month. Your reports
         must contain the value for the last business day of every third
         month coming within the policy period.
     ( ) MONTHLY You must give us your reports by the fifteenth of every
         month. Your reports will contain the total values you had on the
         last business day of the preceding month.
     Premiums will be calculated pro rata of the annual premium for the expo-
     sures contained in each report. At the end of each policy year we will
     add the monthly premiums or the quarterly premiums to determine your
     final premium due for the entire policy year. The estimated total
     premiums shown will be credited against the final premium due.
   (X) NONREPORTING BASIS. Stated limit of insurance shown above applies.


LOC.
NO.    COVERAGE              LIMIT OF INSURANCE FOR EACH LOCATION

  1    COMPREHENSIVE         LIMIT OF INSURANCE AS STATED IN EACH SELECTION
                             BELOW, MINUS THE DEDUCTIBLES AS SHOWN ON
                             CA T4 14

                                      LIMIT        RATE        PREMIUM
         FIRE ONLY, BUILDING & LOTS
         BUILDING                   10,000,000
         STANDARD OPEN LOTS
         NON STANDARD OPEN LOTS      2,058,763
         MISCELLANEOUS BUILDING
         MISCELLANEOUS OPEN LOTS


ALL    BLANKET           $ 33,675,666 MINUS $ 2,500 DEDUCTIBLE FOR EACH
       COLLISION            COVERED AUTO.



                                        COLLISION PREMIUM  $


CA T0 80 02 15                                          PAGE    2
```



**TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

```
                              AUTO DEALERS
                              COVERAGE PART
                              DECLARATIONS
                              ISSUE DATE 05-31-22

                      POLICY NUMBER: AD -7N911433-21-CAG


  ITEM SIX    (CONTINUED)

  LOC.
  NO.    COVERAGE            LIMIT OF INSURANCE FOR EACH LOCATION

    3    COMPREHENSIVE       LIMIT OF INSURANCE AS STATED IN EACH SELECTION
                             BELOW, MINUS THE DEDUCTIBLES AS SHOWN ON
                             CA T4 14

                                      LIMIT        RATE        PREMIUM
         FIRE ONLY, BUILDING & LOTS
         BUILDING                    800,000       █████████████████████
         STANDARD OPEN LOTS        5,150,661       █████████████████████
         NON STANDARD OPEN LOTS    4,378,903       █████████████████████
         MISCELLANEOUS BUILDING                    █████████████████████
         MISCELLANEOUS OPEN LOTS                   █████████████████████

    4    COMPREHENSIVE       LIMIT OF INSURANCE AS STATED IN EACH SELECTION
                             BELOW, MINUS THE DEDUCTIBLES AS SHOWN ON
                             CA T4 14

                                      LIMIT        RATE        PREMIUM
         FIRE ONLY, BUILDING & LOTS
         BUILDING                                  █████████████████████
         STANDARD OPEN LOTS                        █████████████████████
         NON STANDARD OPEN LOTS      556,854       █████████████████████
         MISCELLANEOUS BUILDING                    █████████████████████
         MISCELLANEOUS OPEN LOTS                   █████████████████████

    5    COMPREHENSIVE       LIMIT OF INSURANCE AS STATED IN EACH SELECTION
                             BELOW, MINUS THE DEDUCTIBLES AS SHOWN ON
                             CA T4 14

                                      LIMIT        RATE        PREMIUM
         FIRE ONLY, BUILDING & LOTS
         BUILDING                   1,000,000      █████████████████████
         STANDARD OPEN LOTS                        █████████████████████
         NON STANDARD OPEN LOTS    5,308,570       █████████████████████
         MISCELLANEOUS BUILDING                    █████████████████████
         MISCELLANEOUS OPEN LOTS                   █████████████████████




  CA T0 80 02 15                                        PAGE    3
```



**TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

```
                              AUTO DEALERS
                              COVERAGE PART
                              DECLARATIONS
                              ISSUE DATE 05-31-22

                         POLICY NUMBER: AD -7N911433-21-CAG


     ITEM SIX    (CONTINUED)

     LOC.
     NO.    COVERAGE            LIMIT OF INSURANCE FOR EACH LOCATION

       6    COMPREHENSIVE       LIMIT OF INSURANCE AS STATED IN EACH SELECTION
                                BELOW, MINUS THE DEDUCTIBLES AS SHOWN ON
                                CA T4 14

                                      LIMIT        RATE        PREMIUM
          FIRE ONLY, BUILDING & LOTS
          BUILDING                    750,000   ████████████████████████
          STANDARD OPEN LOTS
          NON STANDARD OPEN LOTS    6,637,566
          MISCELLANEOUS BUILDING
          MISCELLANEOUS OPEN LOTS

       7    COMPREHENSIVE       LIMIT OF INSURANCE AS STATED IN EACH SELECTION
                                BELOW, MINUS THE DEDUCTIBLES AS SHOWN ON
                                CA T4 14

                                      LIMIT        RATE        PREMIUM
          FIRE ONLY, BUILDING & LOTS
          BUILDING                    800,000   ████████████████████████
          STANDARD OPEN LOTS
          NON STANDARD OPEN LOTS    1,435,010
          MISCELLANEOUS BUILDING
          MISCELLANEOUS OPEN LOTS

       9    COMPREHENSIVE       LIMIT OF INSURANCE AS STATED IN EACH SELECTION
                                BELOW, MINUS THE DEDUCTIBLES AS SHOWN ON
                                CA T4 14

                                      LIMIT        RATE        PREMIUM
          FIRE ONLY, BUILDING & LOTS
          BUILDING
          STANDARD OPEN LOTS         500,000   ████████████████████████
          NON STANDARD OPEN LOTS
          MISCELLANEOUS BUILDING
          MISCELLANEOUS OPEN LOTS




                              TOTAL PREMIUM  $  ████████████████

     CA T0 80 02 15                          PAGE    4
```

 **TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

                          AUTO DEALERS
                          COVERAGE PART
                          DECLARATIONS
                          ISSUE DATE 05-31-22

                    POLICY NUMBER: AD -7N911433-21-CAG

     ITEM SIX    (CONTINUED)

                      SCHEDULE OF LOSS PAYEES

        (Refer to the Schedule of Loss Payees in CA T0 77 02 15 ITEM TWO.)

     CA T0 80 02 15                              PAGE    5



One Tower Square, Hartford, Connecticut  06183

AUTO DEALERS COVERAGE PART DECLARATIONS

Issue date: 05-31-22

Policy Number: AD-7N911433-21-CAG

ITEM TEN
UNINSURED MOTORISTS COVERAGE-PREMIUMS-REFER TO ITEM SEVEN FOR SEPARATELY
REGISTERED COVERED AUTOS.

| LOCATION NUMBER | NUMBER OF PLATES | RATE PER PLATE | PREMIUM |
| --------------- | ---------------- | -------------- | ------- |
| 001 | 85 | | |
| 002 | 1 | | |
| 003 | 34 | | |
| 004 | 3 | | |
| 005 | 12 | | |
| 006 | 12 | | |
| 007 | 26 | | |
| 008 | 1 | | |

CA T0 83 02 15                              Page   1

POLICY NUMBER: **AD-7N911433-21-CAG**

COMMERCIAL AUTO
ISSUE DATE: **05-31-22**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# AUTO DEALERS – ACTS, ERRORS OR OMISSIONS LIMITS EXTENSION ENDORSEMENT

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM

**SCHEDULE OF ACTS, ERRORS OR OMISSIONS LIABILITY LIMITS**

The Limits of Insurance apply separately to each "act, error or omission" coverage:

| | |
|---|---|
| EACH CLAIM LIMIT OF INSURANCE | $ **500,000** |
| AGGREGATE LIMIT OF INSURANCE | $ **500,000** |
| ONE YEAR PRIOR ACTS LIMIT OF INSURANCE | $ 100,000 |

**PROVISIONS**

The following replaces Paragraph **E.**, **Limit Of Insurance And Deductible**, of **SECTION III – ACTS, ERRORS OR OMISSIONS LIABILITY COVERAGES:**

**E. Limits Of Insurance**

1. Regardless of the number of "insureds", claims made or "suits" brought or persons or organizations making claims or bringing "suits", the most we will pay for the sum of all damages for each separate "act, error or omission" coverage is the Aggregate Limit of Insurance shown in the Schedule Of Acts, Errors Or Omissions Liability Limits.

2. Subject to the Aggregate Limit of Insurance for the applicable "act, error or omission" coverage, the most we will pay for all damages resulting from any one claim is the Each Claim Limit of Insurance shown in the Schedule Of Acts, Errors Or Omissions Liability Limits. Any "suits" involving a class action will be deemed one claim. No other Limits of Insurance apply.

3. If One Year Prior Acts Coverage is part of your Acts, Errors And Omissions Liability Coverages, then the One Year Prior Acts Limit Of Insurance Paragraph is replaced by the following:

A **$100,000** One Year Prior Acts Limit Of Insurance applies separately to each coverage included in the definition of "act, error or omission" for damages because of any "act, error or omission" committed during this one year period. This limit applies to each such claim and as an aggregate for all such claims related to the same "act, error or omission" coverage. No other limit of insurance applies to such prior acts.

**CA T4 80 02 15**    © 2015 The Travelers Indemnity Company, Inc. All rights reserved.
Includes the copyrighted material of Insurance Services Office, Inc. with its permission.    Page 1 of 1

POLICY NUMBER: **AD-7N911433-21-CAG**

COMMERCIAL AUTO
ISSUE DATE: **05-31-22**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# GARAGEKEEPERS COVERAGE AND
# PHYSICAL DAMAGE MULTIPLE DEDUCTIBLES

This endorsement modifies insurance provided under the following:

    AUTO DEALERS COVERAGE PART DECLARATIONS
    AUTO DEALERS COVERAGE FORM

**PROVISIONS**

**1.** The deductibles shown in the applicable Schedule below apply for the Comprehensive and Specified Causes of Loss section at **ITEM FIVE – GARAGEKEEPERS COVERAGE AND PREMIUMS** and for the Comprehensive Coverage Limit of Insurance for Each Location section at **ITEM SIX – PHYSICAL DAMAGE COVERAGE** section of the **AUTO DEALERS COVERAGE PART DECLARATIONS**:

### SCHEDULE

**ITEM FIVE – GARAGEKEEPERS COVERAGE**

| Location (list each location separately) | Covered Causes of Loss* | Deductible | |
| --- | --- | --- | --- |
| | | For Each Covered "Auto" | Maximum Deductible in any one event at each location |
| **SEE SCHEDULE EXTENSION** | | | |

**ITEM SIX – PHYSICAL DAMAGE COVERAGE**

| Location (list each location separately) | Covered Causes of Loss* | Deductible | |
| --- | --- | --- | --- |
| | | For Each Covered "Auto" | Maximum Deductible in any one event at each location |
| **SEE SCHEDULE EXTENSION** | | | |

**CA T4 14 02 15**
© 2015 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.
Page 1 of 2

COMMERCIAL AUTO

- For each Deductible listed in this Schedule, enter the description of any Covered Causes of Loss listed below to which that Deductible applies:

  **(1)** Theft or Mischief or Vandalism

  **(2)** Earthquake

  **(3)** Windstorm Or Hail

  **(4)** Flood

  **(5)** All Covered Perils, other than collision, not listed separately on this Schedule

**2.** The following replaces Paragraph **5.**, **Limit Of Insurance And Deductibles**, in Paragraph **E.**, **Garagekeepers Coverage**, of **SECTION I – COVERED AUTOS COVERAGES**:

**5. Limit Of Insurance And Deductibles**

**a.** Regardless of the number of "customer's autos", "insureds", premiums paid, claims made or "suits" brought, the most we will pay for each "loss" is the Garagekeepers Coverage Limit of Insurance shown in the Declarations for that location minus the applicable deductible for "loss" caused by collision shown in the Declarations, and the applicable deductible for the specified covered cause of loss shown in the Schedule above.

**b.** The maximum deductible stated in the Schedule for Garagekeepers Coverage Comprehensive applies to the location for which it is shown and is the most that will be deducted for all "loss" in any one event from the covered cause of loss for which it is shown at that location. If "NO" appears in the Schedule above for maximum deductible, then no maximum deductible applies for "loss" from the covered cause of loss for which it is shown.

**c.** Sometimes to settle a claim or "suit" we may pay all or any part of the deductible. If this happens you must reimburse us for the deductible or that portion of the deductible that we paid.

**3.** The following replaces Paragraph **5.**, **Deductible**, in Paragraph **F.**, **Physical Damage Coverage**, of **SECTION I – COVERED AUTOS COVERAGES**:

**5. Deductible**

For each covered "auto", our obligation to pay for, repair, return or replace damaged or stolen property will be reduced by the applicable deductible shown in the Schedule above that applies to specified covered cause of loss.

The maximum deductible stated in the Schedule applies to the location for which it is shown and is the most that will be deducted for all "loss" in any one event from the covered cause of loss for which it is shown at that location. If "NO" appears in the Schedule above for maximum deductible, then no maximum deductible applies for "loss" from the covered cause of loss for which it is shown.

© 2015 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

**CA T4 14 02 15**

POLICY NUMBER:  AD-7N911433-21-CAG

COMMERCIAL AUTO
ISSUE DATE: 05-31-22

# SCHEDULE EXTENSION

**This is an extension of CA T4 14 02 15**

**GARAGEKEEPERS COVERAGE AND PHYSICAL DAMAGE MULTIPLE DEDUCTIBLES**

**SCHEDULE**

ITEM FIVE - GARAGEKEEPERS COVERAGE

| Loc | Covered Causes of Loss** | For Each Covered "Auto" | Maximum Deductible in any one event |
|---|---|---|---|
| 1 | Flood | $   2,500 | $   250,000 |
| 1 | Earthquake | $   1,000 | $   100,000 |
| 1 | Windstorm or Hail | $   1,000 | $   100,000 |
| 1 | All Covered Perils, other than collision, not listed separately on this Schedule | $   1,000 | $   10,000 |
| 2 | Flood | $   2,500 | $   250,000 |
| 2 | Earthquake | $   1,000 | $   100,000 |
| 2 | Windstorm or Hail | $   1,000 | $   100,000 |
| 2 | All Covered Perils, other than collision, not listed separately on this Schedule | $   1,000 | $   10,000 |
| 3 | Flood | $   2,500 | $   250,000 |
| 3 | Earthquake | $   1,000 | $   100,000 |
| 3 | Windstorm or Hail | $   1,000 | $   100,000 |
| 3 | All Covered Perils, other than collision, not listed separately on this Schedule | $   1,000 | $   10,000 |
| 4 | Flood | $   2,500 | $   250,000 |
| 4 | Earthquake | $   1,000 | $   75,000 |

CA T4 14 SCHED

COMMERCIAL AUTO
ISSUE DATE: 05-31-22

POLICY NUMBER: AD-7N911433-21-CAG

# SCHEDULE EXTENSION

### This is an extension of CA T4 14 02 15

### GARAGEKEEPERS COVERAGE AND PHYSICAL DAMAGE MULTIPLE DEDUCTIBLES

### SCHEDULE

| 4 | Windstorm or Hail | $ | 1,000 | $ | 100,000 |
| 4 | All Covered Perils, other than collision, not listed separately on this Schedule | $ | 1,000 | $ | 10,000 |

**ITEM FIVE - GARAGEKEEPERS COVERAGE**

| Loc | Covered Causes of Loss** | Deductible For Each Covered "Auto" | | Maximum Deductible in any one event | |
| --- | --- | --- | --- | --- | --- |
| 5 | Flood | $ | 2,500 | $ | 250,000 |
| 5 | Earthquake | $ | 1,000 | $ | 100,000 |
| 5 | Windstorm or Hail | $ | 1,000 | $ | 100,000 |
| 5 | All Covered Perils, other than collision, not listed separately on this Schedule | $ | 1,000 | $ | 10,000 |

**ITEM FIVE - GARAGEKEEPERS COVERAGE**

| Loc | Covered Causes of Loss** | Deductible For Each Covered "Auto" | | Maximum Deductible in any one event | |
| --- | --- | --- | --- | --- | --- |
| 6 | Flood | $ | 2,500 | $ | 250,000 |
| 6 | Earthquake | $ | 1,000 | $ | 100,000 |
| 6 | Windstorm or Hail | $ | 1,000 | $ | 100,000 |
| 6 | All Covered Perils, other than collision, not listed separately on this Schedule | $ | 1,000 | $ | 10,000 |

CA T4 14 SCHED

POLICY NUMBER:  AD-7N911433-21-CAG

COMMERCIAL AUTO
ISSUE DATE:  05-31-22

# SCHEDULE EXTENSION

**This is an extension of CA T4 14 02 15**

**GARAGEKEEPERS COVERAGE AND PHYSICAL DAMAGE MULTIPLE DEDUCTIBLES**

**SCHEDULE**

**ITEM FIVE - GARAGEKEEPERS COVERAGE**

| | | Deductible | |
| | | For Each | Maximum |
| | Covered Causes | Covered | Deductible in |
| Loc | of Loss** | "Auto" | any one event |
|---|---|---|---|
| 7 | Flood | $    2,500 | $   250,000 |
| 7 | Earthquake | $    1,000 | $   100,000 |
| 7 | Windstorm or Hail | $    1,000 | $   100,000 |
| 7 | All Covered Perils, other than collision, not listed separately on this Schedule | $    1,000 | $    10,000 |

**ITEM SIX - PHYSICAL DAMAGE COVERAGE**

| | | Deductible | |
| | | For Each | Maximum |
| | Covered Causes | Covered | Deductible in |
| Loc | of Loss** | "Auto" | any one event |
|---|---|---|---|

**ITEM SIX - PHYSICAL DAMAGE COVERAGE**

| | | Deductible | |
| | | For Each | Maximum |
| | Covered Causes | Covered | Deductible in |
| Loc | of Loss** | "Auto" | any one event |
|---|---|---|---|
| 1 | Flood | $    2,500 | $   250,000 |
| 1 | Earthquake | $    2,500 | $   250,000 |
| 1 | Windstorm or Hail | $    1,000 | $   100,000 |
| 1 | All Covered Perils, other than collision, not listed separately on | $    1,000 | $    10,000 |

CA T4 14 SCHED

Page   3 of   6

COMMERCIAL AUTO
ISSUE DATE: 05-31-22

POLICY NUMBER: AD-7N911433-21-CAG

# SCHEDULE EXTENSION

**This is an extension of CA T4 14 02 15**

**GARAGEKEEPERS COVERAGE AND PHYSICAL DAMAGE MULTIPLE DEDUCTIBLES**

**SCHEDULE**

this Schedule

**ITEM SIX - PHYSICAL DAMAGE COVERAGE**

| | | Deductible | |
| --- | --- | --- | --- |
| Loc | Covered Causes of Loss** | For Each Covered "Auto" | Maximum Deductible in any one event |
| 3 | Flood | $ 2,500 | $ 250,000 |
| 3 | Earthquake | $ 1,000 | $ 100,000 |
| 3 | Windstorm or Hail | $ 1,000 | $ 100,000 |
| 3 | All Covered Perils, other than collision, not listed separately on this Schedule | $ 1,000 | $ 10,000 |

**ITEM SIX - PHYSICAL DAMAGE COVERAGE**

| | | Deductible | |
| --- | --- | --- | --- |
| Loc | Covered Causes of Loss** | For Each Covered "Auto" | Maximum Deductible in any one event |
| 4 | Flood | $ 2,500 | $ 250,000 |
| 4 | Earthquake | $ 1,000 | $ 100,000 |
| 4 | Windstorm or Hail | $ 1,000 | $ 100,000 |
| 4 | All Covered Perils, other than collision, not listed separately on this Schedule | $ 1,000 | $ 10,000 |

**ITEM SIX - PHYSICAL DAMAGE COVERAGE**

Deductible

CA T4 14 SCHED

POLICY NUMBER: AD-7N911433-21-CAG

COMMERCIAL AUTO
ISSUE DATE: 05-31-22

# SCHEDULE EXTENSION

**This is an extension of CA T4 14 02 15**

**GARAGEKEEPERS COVERAGE AND PHYSICAL DAMAGE MULTIPLE DEDUCTIBLES**

**SCHEDULE**

| Loc | Covered Causes of Loss** | For Each Covered "Auto" | Maximum Deductible in any one event |
|-----|--------------------------|-------------------------|-------------------------------------|
| 5 | Flood | $    2,500 | $    250,000 |
| 5 | Earthquake | $    1,000 | $    100,000 |
| 5 | Windstorm or Hail | $    1,000 | $    100,000 |
| 5 | All Covered Perils, other than collision, not listed separately on this Schedule | $    1,000 | $    10,000 |

ITEM SIX - PHYSICAL DAMAGE COVERAGE

|  |  | Deductible |  |
|-----|--------------------------|-------------------------|-------------------------------------|
| Loc | Covered Causes of Loss** | For Each Covered "Auto" | Maximum Deductible in any one event |
| 6 | Flood | $    2,500 | $    250,000 |
| 6 | Earthquake | $    1,000 | $    100,000 |
| 6 | Windstorm or Hail | $    1,000 | $    100,000 |
| 6 | All Covered Perils, other than collision, not listed separately on this Schedule | $    1,000 | $    10,000 |

ITEM SIX - PHYSICAL DAMAGE COVERAGE

|  |  | Deductible |  |
|-----|--------------------------|-------------------------|-------------------------------------|
| Loc | Covered Causes of Loss** | For Each Covered "Auto" | Maximum Deductible in any one event |
| 7 | Flood | $    2,500 | $    250,000 |

CA T4 14 SCHED

POLICY NUMBER: **AD-7N911433-21-CAG**

COMMERCIAL AUTO
ISSUE DATE: **05-31-22**

# SCHEDULE EXTENSION

**This is an extension of CA T4 14 02 15**

**GARAGEKEEPERS COVERAGE AND PHYSICAL DAMAGE MULTIPLE DEDUCTIBLES**

**SCHEDULE**

| | | | | |
|---|---|---|---|---|
| 7 | Earthquake | $ | 1,000 | $ | 100,000 |
| 7 | Windstorm or Hail | $ | 1,000 | $ | 100,000 |
| 7 | All Covered Perils, other than collision, not listed separately on this Schedule | $ | 1,000 | $ | 10,000 |

CA T4 14 SCHED

Page  **6** of  **6**

**TRAVELERS**
PREMIUM AUDIT
P.O BOX 2927
HARTFORD, CT 06104-2927

**www.travelers.com/audit**
**Returning User ID:** 4694x5211

DOLAN AUTOMOTIVE GROUP, LLC
AND AS PER IL T8 03
2100 KIETZKE LN
RENO, NV 89502--360

**Online Invitation Letter**
**Due Date:** 07/31/2022
Date Created: 06/26/2022
Policy Period: 07/01/2021 to 07/01/2022
Policy Number: AD - 7N911433

How may we help? 1-800-842-4271 or auditcs@travelers.com

Dear Customer,

At the end of your policy period, Travelers conducts a premium audit to reconcile the information that was estimated at the beginning of your policy(ies) to what actually occured. To do this, we ask you to provide information to ensure that your premium reflects your business operations and any changes that may have occurred during the policy period. It's an industry-standard practice and your participation in providing this information is essential in order to calculate your final premium.

**Complete Your Premium Audit Online**
We invite you to complete your audit virtually by submitting your information online. To do so, register or login to the website listed above. Once you've registered, you can use the Premium Audit website to:

- Schedule an optional phone consultation with your auditor to discuss changes to your business, ask questions about requested information, or review audit results.
- Submit your audit information securely whenever your schedule allows.
- Delegate access to another employee, accountant or bookkeeper to provide the necessary information.
- Track the status of your audit, view prior policy term audits and obtain your Premium Adjustment Explanation.
- Review FAQs, Recordkeeping Tips and Document Checklists with details regarding the requested documents.

**Don't Have Electronic Documents or a Scanner?**
Here are some options:

- **Use your smart device.** Use a scanner app and convert your paper document to PDF format or take pictures of your documents, email them to your computer and upload to the secure site.
- **Fax your documents.** Log into the Premium Audit site and print a bar-coded fax cover sheet which associates your documents to your policy (cover sheets found under "Access Supporting Documents") and fax to: 855-298-6616.
- **Mail your documents.** Send documents to: Travelers Premium Audit, PO Box 2927, Hartford, CT 06104-2927. Please allow additional time for mailing and processing.

**Getting Started**
If you are a new user, you can register in three simple steps:

- Go to www.travelers.com/audit
- Select the "Register Now" link
- Enter the Temporary User ID 4694X5211 and PIN 99025277 provided

**What You Will Need**

In general, the following information is needed, however specific documents may be requested after you register and log into the customer website. Visit Travelers.com/audit for Required Documents Checklists (note: this may be a different site from where you are directed to register).

- **Garage Dealers Information.** Include information for each owner, officer and employee as outlined in the website, as well as additional information requested.

Your information is strictly confidential and will be used only for the purpose of completing your audit.

Thank you. We appreciate your time and assistance to complete your premium audit.

Sincerely,
The Travelers Premium Audit Team