1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

TRAVELERS PROPERTY CASUALTY
COMPANY OF AMERICA

           Plaintiff(s),

    vs.

PROGRESSIVE DIRECT INSURANCE
COMPANY

           Defendant(s).

)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case #2:25-cv-02003 -CDS-MDC

**VERIFIED PETITION FOR**
**PERMISSION TO PRACTICE**
**IN THIS CASE ONLY BY**
**ATTORNEY NOT ADMITTED**
**TO THE BAR OF THIS COURT**
**AND DESIGNATION OF**
**LOCAL COUNSEL**

FILING FEE IS $250.00
[ECF No. 5]

          Renee Peters      , Petitioner, respectfully represents to the Court:
         (name of petitioner)

    1.    That Petitioner is an attorney at law and a member of the law firm of

            Usery & Associates
              (firm name)

with offices at         401 Lennon Lane, Suite 100        ,
              (street address)

  Walnut Creek  , California        , 94598  ,
    (city)          (state)        (zip code)

  (925) 945-4135  ,   rpeter@travelers.com  .
(area code + telephone number)    (Email address)

    2.    That Petitioner has been retained personally or as a member of the law firm by

Travelers Property Casualty Company of America  to provide legal representation in connection with
      [client(s)]

the above-entitled case now pending before this Court.

Rev 5/16

3.    That since _____12/3/1996_____, Petitioner has been and presently is a
                              (date)
member in good standing of the bar of the highest Court of the State of  California_____
                                                                          (state)
where Petitioner regularly practices law.  Petitioner shall attach a certificate from the state bar or
from the clerk of the supreme court or highest admitting court of each state, territory, or insular
possession of the United States in which the applicant has been admitted to practice law certifying
the applicant's membership therein is in good standing.

4.    That Petitioner was admitted to practice before the following United States District
Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts
of other States on the dates indicated for each, and that Petitioner is presently a member in good
standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| California State Courts | 12/3/1996 | 184061 |
| U.S.D.C., Northern District of California | 8/28/1998 | 184061 |
| U.S.D.C., Southern District of California | 11/4/1999 | 184061 |
| U.S.D.C., Eastern District of California | 10/10/2000 | 184061 |
| U.S.D.C., Central District of California | 12/15/2000 | 184061 |
| | | |
| | | |

5.    That there are or have been no disciplinary proceedings instituted against petitioner,
nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory
or administrative body, or any resignation or termination in order to avoid disciplinary or
disbarment proceedings, except as described in detail below:

None

2

Rev 5/16

6.    That Petitioner has never been denied admission to the State Bar of Nevada.  (Give particulars if ever denied admission):

> None

7.    That Petitioner is a member of good standing in the following Bar Associations.

> California Bar Association.

8.    Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications )

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9.    Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10.    Petitioner agrees to comply with the standards of professional conduct required of the  members of the bar of this court.

11.    Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev 5/16

1    That Petitioner respectfully prays that Petitioner be admitted to practice before this Court

2    FOR THE PURPOSES OF THIS CASE ONLY.

3                                                                    /s/ Renee Peters

4                                                        _____
                                                            Petitioner's signature

5    STATE OF California        )

6    COUNTY OF    Contra Costa    )

7         _____Renee Peters_____, Petitioner, being first duly sworn, deposes and says:

8    That the foregoing statements are true.

9                                                                    /s/ Renee Peters

10   Subscribed and sworn to before me this                _____
                                                            Petitioner's signature

11   _2nd_ day of _October_ , _2025_ .

12

13   _Jessica Ann Threat_____
                Notary Public or Clerk of Court

14

15

JESSICA ANN THREAT
COMM. #2411272
Notary Public - California
Contra Costa County
My Comm. Expires July 22, 2026

16          **DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO**
            **THE BAR OF THIS COURT AND CONSENT THERETO.**

17          Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner

18   believes it to be in the best interests of the client(s) to designate    Timothy F. Hunter    ,
                                                                              (name of local counsel)
19   Attorney at Law, member of the State of Nevada and previously admitted to practice before the

20   above-entitled Court as associate resident counsel in this action.  The address and email address of

21   said designated Nevada counsel is:

22

23   _____7450 Arroyo Crossing Parkway, Suite 250_____,
                                        (street address)

24   _____Las Vegas_____ , _____Nevada_____ , ____89113____ ,
            (city)                    (state)              (zip code)

25

26   ____(702) 479-4350____ , ____tfhunter@travelers.com____ .
       (area code + telephone number)          (Email address)

27

28                                        4                          Rev 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes

agreement and authorization for the designated resident admitted counsel to sign stipulations

binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____ Timothy F. Hunter _____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

*Cathy Hoi Kan Yau*
_____
(party's signature)

Travelers Property Casualty Company of America
(type or print party name, title)

*Cathy Hoi Kan Yau*
_____
(party's signature)

Cathy Hoi Kan Yau, Technical Specialist - Auto Liability
(type or print party name, title)

## CONSENT OF DESIGNEE
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

/s/ Timothy F. Hunter
_____
Designated Resident Nevada Counsel's signature

010622                              tfhunter@travelers com
_____                          _____
Bar number                      Email address

APPROVED:

Dated:  October 28, 2025

_____
UNITED STATES DISTRICT JUDGE

5

Rev 5/16