JOHN T. KEATING
Nevada Bar No. 6373
**K E A T I N G** LAW GROUP
9130 W. Russell Road, Suite 200
Las Vegas, Nevada 89148
jkeating@keatinglg.com
(702) 228-6800 phone
(702) 228-0443 facsimile
Attorney for Defendant

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, <br><br> Plaintiff <br><br> v. <br><br> PROGRESSIVE DIRECT INSURANCE COMPANY, <br><br> Defendant | CASE NO.: 2:25-cv-02003-CDS-MDC <br><br> STIPULATION AND ORDER TO EXTEND TIME FOR DFENDANT TO FILE RESPONSE TO PLAINTIFF TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA'S MOTION FOR SUMMARY JUDGMENT; OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT; MEMORANDUM OF POINTS AND AUTHORITIES <br><br> [ECF No. 15] |

Defendant Progressive Direct Insurance Company, and Plaintiff Travelers Property Casualty Company of America, by and through their respective counsel of record, hereby agree and stipulate as follows:

IT IS HEREBY STIPULATED AND AGREED that Defendant shall have an extension up to and including May 4, 2026 to file its response to Plaintiff Travelers Property Casualty Company of America's Motion for Summary Judgment; or, in the Alternative, Partial Summary Judgment; Memorandum of Points and Authorities (Doc. 14).

/ / /

/ / /

/ / /

Defendant's counsel requests the above extension due to the fact that he has received numerous motions in multiple cases and Plaintiff's counsel has graciously agreed to a two week extension for Defendant to respond.

DATED: April 16, 2026.                        DATED: April 16, 2026.

USERY & ASSOCIATES                        K E A T I N G LAW GROUP

/s/ Renee Peters                              /s/ John T. Keating

_____                  _____
Renee Peters, Esq.                            John T. Keating, Esq.
Nevada Bar No. 184061                         Nevada Bar No. 6373
401 Lennon Lane, Ste. 100                     9130 W. Russell Road, Ste. 200
Walnut Creek, CA 94598                        Las Vegas, Nevada 89148
                                              Attorney for Defendants
Timothy F. Hunter, Esq.
Nevada Bar No. 10622
RAY LEGO & ASSOCIATES
7450 Arroyo Crossing Pkwy., Ste. 250
Las Vegas, NV 89113
Attorneys for Plaintiff

## ORDER

**IT IS SO ORDERED** that the defendant has an extension up to and including May 4, 2026, to file its response to plaintiff Travelers Property Casualty Company of America's Motion for Summary Judgment; or, in the Alternative, Partial Summary Judgment; Memorandum of Points and Authorities (Doc. 14).

DATED: April 17, 2026

_____
UNITED STATES DISTRICT JUDGE