JOHN T. KEATING
Nevada Bar No. 6373
**K E A T I N G** LAW GROUP
9130 W. Russell Road, Suite 200
Las Vegas, Nevada 89148
jkeating@keatinglg.com
(702) 228-6800 phone
(702) 228-0443 facsimile
Attorney for Defendant

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>PROGRESSIVE DIRECT INSURANCE COMPANY,<br><br>Defendant | CASE NO.:  2:25-cv-02003-CDS-MDC<br><br>STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT TO FILE RESPONSE TO PLAINTIFF TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA'S MOTION FOR SUMMARY JUDGMENT; OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT; MEMORANDUM OF POINTS AND AUTHORITIES<br><br>[ECF No. 17] |

Defendant Progressive Direct Insurance Company, and Plaintiff Travelers Property Casualty Company of America, by and through their respective counsel of record, hereby agree and stipulate as follows:

IT IS HEREBY STIPULATED AND AGREED that Defendant shall have an additional extension up to and including May 11, 2026 to file its response to Plaintiff Travelers Property Casualty Company of America's Motion for Summary Judgment; or, in the Alternative, Partial Summary Judgment; Memorandum of Points and Authorities (Doc. 14).

/ / /

/ / /

/ / /

**KEATING** LAW GROUP
9130 W. RUSSELL RD., SUITE 200
LAS VEGAS, NEVADA 89148

Defendant's counsel requests the above extension due to the fact that he has encountered an unexpected issue regarding the completion of the Response and Plaintiff's counsel has graciously agreed to an additional one week extension for Defendant to respond.

DATED: April 30, 2026.

USERY & ASSOCIATES

/s/ Renee Peters

_____
Renee Peters, Esq.
Nevada Bar No. 184061
401 Lennon Lane, Ste. 100
Walnut Creek, CA 94598
-and-
Timothy F. Hunter, Esq.
Nevada Bar No. 10622
RAY LEGO & ASSOCIATES
7450 Arroyo Crossing Pkwy., Ste. 250
Las Vegas, NV 89113
Attorneys for Plaintiff

DATED: April 30, 2026.

K E A T I N G LAW GROUP

/s/ John T. Keating

_____
John T. Keating, Esq.
Nevada Bar No. 6373
9130 W. Russell Road, Ste. 200
Las Vegas, Nevada 89148
Attorney for Defendants

## ORDER

**IT IS ORDERED** that the defendant's deadline to file its response to plaintiff Travelers Property Casualty Company of America's Motion for Summary Judgment is extended up to and including May 11, 2026.

Dated: May 1, 2026

_____
UNITED STATES DISTRICT JUDGE

2