Renee Peters, Esq.  (SBN 196376)
**USERY & ASSOCIATES**
**Mailing Address**:  P.O. Box 2996
Hartford, CT  06104-2996
**Physical Address**:  401 Lennon Lane, Suite 100
Walnut Creek, CA  94598
Main (917) 778-6680; Fax (844) 571-3789
Direct (925) 945-4135
E-mail: rpeter11@travelers.com

Attorneys for Plaintiff TRAVELERS
PROPERTY CASUALTY COMPANY
OF AMERICA

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>PROGRESSIVE DIRECT INSURANCE COMPANY,<br><br>Defendant | Case No.: 2:25-cv-02003-CDS-MDC<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO FILE A REPLY TO DEFENDANT, PROGRESSIVE DIRECT INSURANCE COMPANY'S RESPONSE TO MOTION FOR SUMMARY JUDGMENT; OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT; MEMORANDUM OF POINTS AND AUTHORITIES**<br><br>[ECF No. 20] |

Plaintiff, Travelers Property Casualty Company of America, and Defendant, Progressive Direct Insurance Company, by and through their respective counsel of record, hereby agree and stipulate as follows:

IT IS HEREBY STIPULATED AND AGREED that Plaintiff shall have an extension up to and including June 2, 2026 to file its reply to Defendant, Progressive Direct Insurance Company's

Response to Motion for Summary Judgment; or, in the Alternative, Partial Summary Judgment; Memorandum of Points and Authorities (Doc. 19).

Plaintiff's counsel requests the above extension because the opposition was filed and served last Monday and Plaintiff's counsel was out of the office traveling for work Monday through Thursday last week and a brief extension of time is needed to complete the Reply. Counsel for Defendant has graciously agreed to provide this brief extension to Plaintiff.

DATED: May 21, 2026

USERY & ASSOCIATES

*Renee Peters*

_____
Renee Peters, Esq.
Nevada Bar No. 184061
401 Lennon Lane, Ste. 100
Walnut Creek, CA 94598
-and-
Timothy F. Hunter, Esq.
Nevada Bar No. 10622
RAY LEGO & ASSOCIATES
7450 Arroyo Crossing Pkwy., Ste. 250
Las Vegas, NV 89113
Attorneys for Plaintiff

DATED: May 21, 2026

K E A T I N G LAW GROUP

/s/ John T. Keating

_____
John T. Keating, Esq.
Nevada Bar No. 6373
9130 W. Russell Road, Ste. 200
Las Vegas, Nevada 89148
Attorney for Defendants

### ORDER

**IT IS SO ORDERED** that Plaintiff has an extension up to and including June 2, 2026, to file its Reply to Defendant Progressive Direct Insurance Company's Response to Motion for Summary Judgment; or, in the Alternative, Partial Summary Judgment; Memorandum of Points and Authorities (ECF No. 19).

DATED: June 1, 2026

_____
UNITED STATES DISTRICT JUDGE

-2-