**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Travelers Property Casualty Company of America, et al.,<br>Plaintiff(s),<br>vs.<br>Progressive Direct Insurance Company,<br>Defendant(s). | 2:25-cv-02003-CDS-MDC<br>**ORDER** |

Defendant filed a *Motion to Amend the Answer to Complaint* ("Motion"). *ECF No. 21*. Specifically, defendant seeks a limited amendment to its Answer to qualify its responses to paragraphs 22 and 23 of the Complaint. *Id.* The plaintiff filed a response (ECF No. 24) stating that it does not oppose the defendant's limited request but opposes defendant's motion arguments that rehash its pending motion for summary judgment. The Court agrees with the plaintiff that the defendant's merit arguments regarding summary judgment are better addressed in summary judgment motion, and the Court disregards those arguments in deciding the instant motion. Given that the plaintiff does not oppose defendant's requested relief, the Court **GRANTS** the Motion.

//

//

//

**IT IS ORDERED that:**

1. Defendant's *Motion for Leave to Amend the Answer to Complaint* (ECF No. 21) is **GRANTED.**
2. Defendant MUST file the amended answer on the docket within one week of this order.

DATED: August 20, 2026.

IT IS SO ORDERED.

Hon. Maximiliano D. Couvillier III
United States Magistrate Judge